**APPENDIX INDEX**

1. Velma Johnson, Birth Certificate ...................................................................................1

2. Susie Johnson v. Ernie Johnson, Divorce, Case No. 55935 ...............................................2

3. Velma Johnson, Cathedral High School Records .................................................4

4. Carrie Anna Burke, Death Certificate...................................................................6

5. William Haberthier, Death Certificate..................................................................7

6. Anna Haberthier, Death Certificate ......................................................................8

7. Anna Haberthier, Guardianship, Case No. 27578.................................................9

8. Velma Purkey, St. Francis Hospital, 5-29-1974..................................................15

9. Velma Purkey, St. Joseph Hospital, 6-29-1959 ..................................................30

10. Velma Purkey, St. Francis Hospital, 2-03-1973..................................................46

11. Velma Purkey, St. Francis Hospital, 2-02-1972..................................................71

12. Velma Purkey, St. Francis Hospital, 1-31-1981..................................................73

13. Velma Purkey, St. Francis Hospital, 7-10-1973................................................201

14. Velma Purkey, St. Francis Hospital, 12-18-1973..............................................218

15. Velma Purkey, St. Francis Hospital, 8-13-1975................................................240

16. Velma Purkey, St. Joseph Hospital, 5-31-1980 ................................................264

17. Velma Purkey, Death Certificate.......................................................................322

18. Jack Wesley Purkey, Birth Certificate ..............................................................323

19. Debbie Prothero, Purkey Family Report...........................................................324

20. Debbie Prothero, Declaration ............................................................................333

21. Russ Prothero, Declaration................................................................................341

22. Jack Purkey, Topeka USD School Records ......................................................344

**APPENDIX INDEX**

23. Jack Purkey, Wichita USD School Records ................................................. 354

24. Jack Purkey, Military Records ..................................................................... 356

25. Jack Purkey, St. Joseph Hospital, 2-09-1971 ............................................... 416

26. Jack Purkey, St. Francis Hospital, 8-21-1968 .............................................. 451

27. Jack Purkey, UMKC Hospital, 3-09-1980 ................................................... 469

28. Jack Purkey, St. Joseph Hospital, 10-21-1956 ............................................. 564

29. Jack Purkey, St. Joseph Hospital, 12-01-1956 ............................................. 576

30. Panic Attack Specifier, DSM V .................................................................... 603

31. Jack Purkey, Autopsy Report ....................................................................... 607

32. Roy Allen Purkey, Death Certificate ............................................................ 612

33. Nancy Purkey, Death Certificate .................................................................. 613

34. Irene Bartlett, Death Certificate ................................................................... 614

35. Jack Purkey vs Velma Louise Purkey, Divorce A-13312 ............................ 616

36. Jack Purkey and Velma Johnson, Marriage Affidavit, No. 37901 ............... 623

37. Velma Hamilton v. Milo Hamilton ............................................................... 624

38. Larry Gene Hamilton, Death Certificate ...................................................... 645

39. Gary Milo Purkey, Declaration, 11-29-2017 ............................................... 646

40. Milo Hamilton, US Social Security Death Index ......................................... 652

41. Jack Purkey and Velma Johnson, Marriage License, 5-28-1951 ................. 653

42. Wesley Purkey, Birth Certificate .................................................................. 654

43. Marguerite Hotchkiss, Declaration ............................................................... 655

44. Wesley Purkey, Larned State Hospital, 12-29-1972 .................................... 657

**APPENDIX INDEX**

45. Wesley Purkey, Psychiatric Evaluation, 11-16-1976 ................................... 669

46. Wesley Purkey, Psychological Evaluation by Dr. Sautter, 4-22-2018 .......... 673

47. Gary Hamilton, Declaration, 10-05-2007 ..................................................... 691

48. Jack Purkey, St. Francis Hospital, 1-26-1977 .............................................. 694

49. Velma Purkey, Wichita Police Dept., Case No. 17799 ................................ 697

50. Angie Genail, Declaration, 1-26-2017 .......................................................... 699

51. Wesley Purkey, Larned State Hospital, 2-04-1999 ...................................... 711

52. Dion Leiker, Declaration ............................................................................... 761

53. Jack Purkey and Velma Purkey, Divorce #2 ................................................ 763

54. Velma Purkey, Social Security, Itemized Statement of Earnings ................ 819

55. Velma Purkey, Wichita Police Dept., Case No. 12847 ................................ 830

56. Wesley Purkey, Peterson Diagnostic Interview Report, 4-19-2000 ............. 835

57. Robert Bentley, Declaration ......................................................................... 888

58. Lee Hatfield, Declaration ............................................................................. 892

59. Velma Purkey, Wichita Police Dept., Case No. 87057 ................................ 897

60. Margaret Noe, Declaration .......................................................................... 899

61. Rex Newton, Ph.D., Declaration .................................................................. 901

62. Stephen E. Peterson, M.D., Declaration ..................................................... 903

63. Sharon Fisher, Declaration .......................................................................... 908

64. Garry Monty, Declaration ............................................................................ 914

65. James Haggard, Declaration ....................................................................... 920

66. Don Aaron, Declaration ............................................................................... 925

**APPENDIX INDEX**

67. Wesley Purkey, Christ the King Education Records ...................................... 930

68. Wesley Purkey, St. Joseph Education Records ............................................... 932

69. Dale Hartkemeyer, Declaration ....................................................................... 949

70. Edward Ring, Declaration ............................................................................... 955

71. Stephen Seely, Declaration.............................................................................. 958

72. Effects of Toluene on Central Nervous System .............................................. 963

73. Wesley Purkey, Wichita USD Education Records .......................................... 975

74. Gary Purkey, Sedgwick County, 64CR2796 (CR1559) ................................. 978

75. Gary Purkey, Sedgwick County, 72CR1013 (CR8458) ............................... 1014

76. Gary Purkey, Sedgwick County, 69CR669 .................................................. 1038

77. Gary Purkey, Criminal History Report ......................................................... 1066

78. Sharon Purkey v Gary Purkey, Divorce, D26961 ........................................ 1074

79. Sharon Purkey v Gary Purkey, Divorce, D28021 ........................................ 1079

80. Gary Purkey, Larned State Hospital ............................................................. 1086

81. Gary Purkey, Sedgwick County, 77CR341 .................................................. 1094

82. Wesley Purkey, Sautter Evaluation of Mental Health, 4-26-2018 ............... 1100

83. Wesley Purkey, Sedgwick County, Juvenile Docket .................................... 1114

84. J. Luis Ibarra Letter to Grey Dresie 2-16-1970 ............................................ 1115

85. Wesley Purkey, St. Francis Hospital, 12-29-1966 ....................................... 1117

86. Wes's Writings in Compassion Magazine .................................................... 1143

87. Dr. Robert Ouaou Report, 4-24-2017 ........................................................... 1169

88. Wesley Purkey, St. Francis Hospital, 2-09-1967 ......................................... 1180

**APPENDIX INDEX**

89. Wesley Purkey, Wichita Police Dept., Arrest Report, 1-17-1968 ............... 1195

90. Wesley Purkey, St. Joseph Hospital, 3-08-1968 ......................................... 1204

91. Wesley Purkey, Sedgwick County Civil Lawsuit, C14479 .......................... 1237

92. Wesley Purkey, St. Joseph Hospital, 4-29-1968 ......................................... 1251

93. Wesley Purkey, St. Francis Hospital, 11-17-1968 ...................................... 1253

94. Wesley Purkey, St. Joseph Hospital, 8-31-1972 ......................................... 1266

95. Wesley Purkey, KSIR, 5-24-1971 ............................................................... 1291

96. Wesley Purkey, St. Francis Hospital, 5-28-1976 ........................................ 1294

97. Wesley Purkey Letter to Attorney Grey Dresie, 5-19-1971 ........................ 1300

98. Wesley Purkey, Social Security, Itemized Statement of Earnings .............. 1301

99. Wesley Purkey, Psychiatric Evaluation, 11-16-1976 .................................. 1311

100. Paul Murphy Letter to Dr. Targownik, 2-15-1976 ..................................... 1315

101. Wesley Purkey, Wesley Medical Center, 2-15-1976 ................................. 1316

102. Velma Purkey, Wichita Police Dept., M-93941 ........................................ 1353

103. Velma Purkey, St. Francis Hospital, 12-26-1972 ...................................... 1360

104. Velma Purkey, Wichita Police Dept., L-90655 ......................................... 1378

105. Velma Purkey, Wichita Police Dept., G-39699 ........................................ 1380

106. Velma Purkey, Wichita Police Dept., L-84965 ......................................... 1383

107. Velma Purkey, Wichita Police Dept., M-97820 ........................................ 1385

108. Wesley Purkey, KDOC Inmate Data Sheet, 8-08-2001 ............................ 1388

109. Wesley Purkey, KDOC Segregation Records ........................................... 1389

110. State of Kansas, Ombudsman for Corrections, 2nd Annual Report ............ 1401

**APPENDIX INDEX**

111. Wesley Purkey, Kansas State Penitentiary, 90 Day Review ...................... 1411

112. Mike Hornecker, Declaration ................................................................... 1412

113. Claire Berry, Sedgwick County, 86TR19256 ........................................... 1416

114. Claire Purkey v Wesley Purkey, Shawnee County, 81-D-798 .................. 1418

115. Carrie Burke, Burial Services Pamphlet .................................................. 1428

116. Wesley Purkey, KDOC Arrest Report, 8-12-1980 ................................... 1436

117. Angie Purkey, Birth Certificate ................................................................ 1438

118. Wesley Purkey, Arrest Record, 8-04-1980 .............................................. 1439

119. Wesley Purkey, Certificate of Parole, 3-01-1997 ..................................... 1440

120. Wesley Purkey, Administrative Segregation Review, 4-17-1986 ............. 1441

121. Robert T. Stephan, Statement of Attorney General, 2-23-1989 ................ 1442

122. Wesley Purkey, PHS Medical History and Physical, 1-11-1993 ............... 1456

123. Wesley Purkey, GED Test Results ........................................................... 1458

124. Wesley Purkey, Chemeketa Community College ..................................... 1459

125. KDOC Interdepartmental Memo, 6-07-1994 ............................................ 1460

126. Jeanette Broyles, Declaration .................................................................. 1461

127. Wesley Purkey, Dietz Evaluation, 10-07-2003 ......................................... 1466

128. Wesley Purkey, Counseling Parole Notes ................................................ 1553

129. Angela Purkey, Sedgwick County, 98CR00176 ....................................... 1558

130. Wesley Purkey, KU Medical Records, 9-13-1998 .................................... 1560

131. Wesley Purkey, Western District Missouri, Docket Sheet, 01-CR-00308 . 1565

132. Wesley Purkey, Western District Missouri, Trial Judgment ...................... 1622

**APPENDIX INDEX**

133. Death Row: The Lawyer Who Keeps Losing, 11-24-2016 ........................ 1625

134. Laura O'Sullivan, Declaration, 5-3-2017 ................................................. 1638

135. Defense Investigator Initial Request .......................................................... 1645

136. Defense Investigator Supplemental Request ............................................. 1649

137. Michael Armstrong, MSPD Personnel Info .............................................. 1654

138. Mona Spencer, Declaration ........................................................................ 1660

139. Anita Burns, Declaration ............................................................................ 1665

140. Anita Burns, Clay County, Full Order of Protection, CV 197-6788 .......... 1670

141. Michael Armstrong v. MSPD, Clay County, CV 197-006492 ................. 1740

142. Michael Armstrong, Private Investigator Licensing Missouri ................... 1910

143. Barbara Hoppe Letter to Fred Duchardt ..................................................... 1911

144. Katherine Ladesh, Clay County, Full Order of Protection, CV197-6789 .. 1912

145. Trial Transcript page 566 ........................................................................... 1967

146. Michael Speakman, FBI Report, 11-28-2001 ............................................ 1968

147. Stephen Peterson, M.D., Declaration .......................................................... 1971

148. Wesley Purkey, Motion to Suppress Transcript ......................................... 1976

149. Trial Transcript pages 1042-1043 ............................................................... 1977

150. Trial Transcript pages 1128-1130 ............................................................... 1979

151. Trial Transcript page 1104 .......................................................................... 1982

152. Michael Armstrong, Death Notice .............................................................. 1983

153. Angie Genail, Declaration, 3-22-2008 ....................................................... 1984

154. Dr. Cunningham Letter to Duchardt, 12-19-2002 ...................................... 1987

**APPENDIX INDEX**

155. Trial Transcript pages 1816-1817 .................................................................. 1994

156. Trial Transcript pages 1933-1935 .................................................................. 1996

157. Trial Transcript pages 2267-2268 .................................................................. 1999

158. Special Verdict Form ..................................................................................... 2001

159. Trial Transcript page 2257 ............................................................................. 2011

160. Trial Transcript page 2297 ............................................................................. 2012

161. Trial Transcript page 2309 ............................................................................. 2013

162. Trial Transcript page 2310 ............................................................................. 2014

163. Trial Transcript page 2313 ............................................................................. 2015

164. Gary Brotherton, Supreme Court of Missouri, Order, 7-08-2016 .............. 2016

165. 2255 Petition, Western District Missouri ..................................................... 2018

166. Affidavit of Frederick Duchardt, Jr., 5-09-2008 ......................................... 2074

167. Juror 13 Questionnaire, Redacted ................................................................ 2191

168. Trial Transcript pages 10-11 ......................................................................... 2224

169. Trial Transcript pages 55-56 ......................................................................... 2226

170. Challenges to Venire Based on Questionnaire, 10-10-2003 ...................... 2228

171. Order Regarding Venire Challenges, 10-10-2003 ...................................... 2235

172. Request and Proposed Procedure for Small Group Voir Dire ................... 2237

173. Trial Transcript page 358 .............................................................................. 2244

174. Trial Transcript page 366 .............................................................................. 2245

175. Teresa Norris, Declaration ............................................................................ 2246

176. Fred Duchardt, Jr. and Michael Armstrong, MSPD Records .................... 2256

**APPENDIX INDEX**

177. Michael Armstrong, Clay County, MU197-431 ....................................... 2257

178. Michael Speakman, Declaration ............................................................... 2289

179. BVM Nuns, St. Joseph's Catholic School ................................................. 2294

180. Jennifer Merrigan, Declaration ................................................................. 2295

181. 2255 Memorandum of Law, 11-30-2007 .................................................. 2301

182. Motion for Order Requiring Trial Counsel to Prepare Affidavit ............... 2385

183. Government's Response to 2255, 5-20-2008 ............................................ 2393

184. 2255 District Court Judgment, 9-29-2009 ................................................ 2570

185. Wesley Purkey, Appendix Volume V ....................................................... 2576

186. Laura O'Sullivan, Declaration, 10-16-2007 .............................................. 2585

187. Proposed Budget, 1-29-2002 ..................................................................... 2593

188. Ex Parte Motion for Funds to Obtain Psychiatric Expert Assistance ........ 2604

189. Ex Parte Motion for Funds to Obtain Mitigation Expert Assistance ......... 2609

190. Mental Defense, Duchardt Letter to Whitworth, 8-21-2003 ..................... 2615

191. Mark Cunningham, Ph.D., Declaration .................................................... 2618

192. Mark Cunningham, Ph.D., Report, 10-23-2003 ........................................ 2629

193. Ex Parte Motion (Cunningham), 4-11-2002 ............................................. 2696

194. Frederick Duchardt, Sinisterra Affidavit 11-26-2006 ............................... 2734

195. Jennifer Herndon, Sinisterra Affidavit, 12-02-2004 .................................. 2758

196. Lawrence Fox, Report, 9-15-2008 ............................................................ 2768

197. Jury Instruction No. 34 ............................................................................. 2778

198. Jury Instruction No. 38 ............................................................................. 2782

**APPENDIX INDEX**

199. Trial Transcript page 2297 ............................................................................. 2783

200. Trial Transcript page 2309 ............................................................................. 2784

201. Trial Transcript page 2310 ............................................................................. 2785

202. Trial Transcript page 2312 ............................................................................. 2786

203. Bradley Young, Declaration ........................................................................... 2787

204. Robert Barnes, Declaration ............................................................................ 2790

205. Jennifer Hernandez, Declaration .................................................................... 2793

206. Steven Barquist, Declaration .......................................................................... 2798

207. Jury Instruction No. 31 ................................................................................... 2801

208. Jury Instruction No. 32 ................................................................................... 2805

209. Jury Instruction No. 35 ................................................................................... 2807

210. Sentencing Hearing Transcript, 1-23-2004 .................................................... 2810

211. Gary Purkey, Cheyenne Regional Medical Center, 2-05-2015 ..................... 2832

212. Gary Purkey, Mary Lanning Memorial Hospital, 1-29-1992 ........................ 2837

213. Dr. Peterson Report, 8-13-2003 ..................................................................... 2839

214. KDOC Sentence Data Sheet .......................................................................... 2904

215. Dr. Leeson Report .......................................................................................... 2905