## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019, the foregoing Petition for Writ of Habeas Corpus was filed electronically with the Clerk of the Court via CM/ECF, and further certify that service was made via regular U.S. Mail on the following:

Warden, USP Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802

Timothy A. Garrison
United States Attorney
Charles Evans Whittaker Courthouse
Room 5510
400 E. 9th Street
Kansas City, MO 64106

/s/Rebecca E. Woodman
Counsel for Petitioner