UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

WESLEY IRA PURKEY,                    )
                                      )
                Petitioner,           )
                                      )      CIVIL ACTION
        vs.                           )
                                      )      Case No.: 2:19-cv-414-JPH-DLP
WARDEN OF USP TERRE HAUTE,            )
UNITED STATES OF AMERICA              )      DEATH PENALTY CASE
                                      )      EXECUTION SCHEDULED
                                      )      FOR DECEMBER 13, 2019
                Respondents.          )

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY MICHELLE M. LAW

Rebecca E. Woodman, Attorney at Law, L.C., pursuant to S. D. Ind. Local

Rule 83-6(a), hereby moves this court for an Order granting Michelle M. Law,

Assistant Federal Public Defender, Western District of Missouri, leave to appear

*pro hac vice* for the purpose of appearing as counsel on behalf of Wesley Ira

Purkey in the above-styled cause only. In support of this motion, the undersigned

states:

1. The Certification of Michelle M. Law as required by S.D. Ind. Local Rule

83-6(b), is attached hereto as Exhibit A.

2. The filing fee is waived.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Michelle M. Law leave to appear *pro hac vice* for purposes of this cause only.

Dated: August 26, 2019

Respectfully submitted,

/s/Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
rewlaw@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Michelle M. Law was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

I further certify that on August 26, 2019 a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Michelle M. Law was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

/s/Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
rewlaw@outlook.com

## Exhibit A

### Certification of Michelle M. Law
### In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by

Rebecca E. Woodman, Attorney at Law, L.C., and pursuant to S. D. Ind. Local

Rule 83-6(b), the undersigned states:

1. I am an attorney member in good standing in the United States District Court for the Western District of Missouri, and in the Eighth Circuit Court of Appeals.

2. I am not currently nor have I ever been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct and the Local Rules* of the court, including the Rules of Disciplinary Enforcement, and will abide by these rules.

I certify that the above information is true and correct.

Dated: August 26, 2019

Respectfully submitted,

Michelle M. Law, MO Bar No. 45487
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Facsimile: (417) 873-9038
Email: michelle_law@fd.org