# APPENDIX TO MOTION FOR STAY OF EXECUTION

1. Listing of prior petitions, with docket numbers, filed in any state or federal court challenging the conviction and sentence challenged in the current petition:

*Purkey v. United States*, Case No. 4:06-cv-08001-FJG, Dkt. # 47 (§ 2255 Motion), Dkt. # 52 (Memorandum of Law)

2. Copy of, or a citation to, each state or federal court opinion, memorandum, decision, order, transcript of oral statement of reasons, or judgment involving an issue presented in the petition:

*Purkey v. United States*, Case No. 4:06-cv-08001-FJG, Dkt. #89 (Order Denying movant's Motion to Vacate, Set Aside or Correct His Sentence Pursuant to 28 U.S.C. § 2255), 2009 WL 3160774 (W.D. Mo. Sept. 29, 2009)

*Purkey v. United States*, 729 F.3d 860 (8th Cir. 2014)

*Purkey v. United States*, 135 S.Ct. 355 (2014) (mem)