**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **WESLEY IRA PURKEY**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No.: 2:19-cv-414-JPH-DLP |
| **WARDEN OF USP TERRE HAUTE**, | ) | |
| **UNITED STATES OF AMERICA** | ) | DEATH PENALTY CASE |
| | ) | EXECUTION SCHEDULED |
| | ) | FOR DECEMBER 13, 2019 |
| Respondents. | ) | |

_____

**NOTICE OF APPEARANCE**

_____

NOW COMES, Rebecca E. Woodman, and enters her appearance on behalf

of Wesley Ira Purkey in the above captioned matter.

Respectfully submitted,

/s/Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
rewlaw@outlook.com

Counsel for Petitioner

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019, the foregoing was filed electronically with the Clerk of the Court via CM/ECF, and further certify that service was made via regular U.S. Mail on the following:

Warden, USP Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802

Timothy A. Garrison
United States Attorney
Charles Evans Whittaker Courthouse
Room 5510
400 E. 9th Street
Kansas City, MO 64106

/s/Rebecca E. Woodman
Counsel for Petitioner

2