**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **WESLEY IRA PURKEY**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No.: 2:19-cv-414-JPH-DLP |
| **WARDEN OF USP TERRE HAUTE**, | **)** | |
| **UNITED STATES OF AMERICA** | ) | DEATH PENALTY CASE |
| | ) | EXECUTION SCHEDULED |
| | ) | FOR DECEMBER 13, 2019 |
| Respondents. | ) | |

---

**MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES**
(*in forma pauperis*)

---

Petitioner Wesley Ira Purkey respectfully moves this Court for leave to file his Petition for Writ of Habeas Corpus, filed this day, without prepayment of costs and to proceed *in forma pauperis*. Petitioner states as follows in support of this motion:

1. Petitioner is an indigent death-sentenced prisoner incarcerated at USP Terre Haute, and he is entirely without funds with which to pay the costs and fees associated with his Petition for Writ of Habeas Corpus.[1] His execution has been scheduled for December 13, 2019.

---

[1] Counsel for Petitioner is still in the process of obtaining Petitioner's account statement. Counsel will file the account statement with the appropriate signed form once the statement is obtained.

2. Petitioner was previously granted leave to proceed *in forma pauperis* in the United States District Court for the Western District of Missouri, the United States Court of Appeals for the Eighth Circuit, and the United States Supreme Court. The United States Court of Appeals for the Eighth Circuit appointed counsel for petitioner in order to pursue federal habeas corpus remedies, pursuant to 18 U.S.C. § 3599(a)(2). Federally-appointed counsel represented petitioner on his petition for a writ of *certiorari* to the Eighth Circuit Court of Appeals from the denial of his § 2255 motion in the United States Supreme Court.

WHEREFORE, for all the foregoing reasons, petitioner respectfully requests leave to file his petition for writ of certiorari without prepayment of fees and to proceed *in forma pauperis*.

Respectfully submitted,

_____

Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
*rewlaw@outlook.com*
Tel. (785) 979-3672

*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2019, a copy of this Motion for Stay of Execution has been served upon the following party via first class U.S. mail at the addresses listed below:

Warden, USP Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802

Timothy A. Garrison
United States Attorney
Charles Evans Whittaker Courthouse
Room 5510
400 E. 9th Street
Kansas City, MO 64106

/s/ Rebecca E. Woodman
REBECCA E. WOODMAN