UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY IRA PURKEY,                       )
                                         )
                    Petitioner,          )
                                         )
            v.                           )        No. 2:19-cv-00414-JPH-DLP
                                         )
UNITED STATES OF AMERICA, et al.         )
                                         )
                    Respondents.         )

**Order to Show Cause**

Petitioner Wesley Ira Purkey filed this habeas action pursuant to 28 U.S.C. § 2241.  This action will proceed as follows.

The United States has already been notified of the filing of the instant habeas petition.  It shall have **through September 27, 2019**, in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by Mr. Purkey should not be granted.  Mr. Purkey shall have **through October 28, 2019**, in which to reply.  The Court does not anticipate extending these deadlines absent extraordinary circumstances.

The parties' response and reply briefs must address both the question of whether Mr. Purkey can proceed under § 2241 and the merits of his claims. The parties should also address Mr. Purkey's pending motion to stay his execution as part of the briefs due on the above dates rather than briefing the motion separately.

The exhibits submitted with Mr. Purkey's habeas petition contain significant personal information.  The Clerk is **directed** to restrict access to the exhibits (dkt. [7]) to Case Participants Only unless and until ordered otherwise.  Mr. Purkey shall file either redacted exhibits or a motion

to maintain the exhibits under Case Participants Only restricted access by no later than **September 13, 2019**.

Mr. Purkey's motion for leave to proceed *in forma pauperis*, dkt. [6], is **granted**.

**SO ORDERED.**

Date: 8/29/2019

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com