UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00414-JPH-DLP |
| | ) | |
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Order Requiring Supplementation of Habeas Petition**

Petitioner's habeas petition does not contain a table of contents.  Petitioner shall have

**through September 5, 2019**, to supplement his habeas petition by filing a table of contents that

identifies each heading and sub-heading in the habeas petition and the corresponding page on

which those headings are located.

**SO ORDERED.**

Date: 8/29/2019

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com