# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **WESLEY IRA PURKEY**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No.: 2:19-cv-414-JPH-DL |
| **WARDEN OF USP TERRE HAUTE**, | ) | |
| **UNITED STATES OF AMERICA** | ) | DEATH PENALTY CASE |
| | ) | EXECUTION SCHEDULED |
| | ) | FOR DECEMBER 13, 2019 |
| Respondents. | ) | |

## MOTION FOR APPOINTMENT OF COUNSEL

Petitioner, Wesley Ira Purkey, a federal prisoner who is under a death sentence and is incarcerated at USP Terre Haute, and against whom a warrant for execution has been issued, seeks appointment of undersigned counsel to represent him in the above-captioned matter. Counsel has previously entered her appearance in this case, Dkt. [5], and the Court has granted Mr. Purkey's motion for leave to proceed *in forma pauperis*. Dkt. [6]. Ms. Woodman, along with Michelle Law, an Assistant Federal Public Defender in Springfield, Missouri whose motion for pro hac vice admission is currently pending in this matter, Dkt. [3], has continuously represented Mr. Purkey since her appointment at the *certiorari* stage of his proceedings under 28 U.S.C. § 2255 in 2014, and filed the present action on Mr.

Purkey's behalf. *See* 28 U.S.C. § 3599(e). As a result, Ms. Woodman is familiar with the record in this case and is willing to accept a CJA appointment.

Mr. Purkey seeks appointment of counsel pursuant to 18 U.S.C. § 3599, which mandates the appointment of counsel for all federal prisoners seeking post-conviction relief. While that provision does not specifically reference 2241 relief, 18 U.S.C. § 3006(a)(2)(B) expressly allows for the appointment of counsel at any stage of the proceedings. As a result, this Court should authorize the CJA appointment of Ms. Woodman to represent Mr. Purkey in this proceeding effective August 27, 2019.

Respectfully submitted,

/s/Rebecca E. Woodman
Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone:  (785) 979-3672
Email: rewlaw@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, this Motion for Appointment of Counsel has been filed electronically with the Court via CM/ECF, and was served by regular U.S. Mail on the following:

Warden, USP Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802

Timothy A. Garrison
United States Attorney
Charles Evans Whittaker Courthouse
Room 5510
400 E. 9th Street
Kansas City, MO 64106

/s/ Rebecca E. Woodman
REBECCA E. WOODMAN