# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

**WESLEY IRA PURKEY**,                )
                                      )
                   Petitioner,        )
                                      )     CIVIL ACTION
        vs.                           )
                                      )     Case No.: 2:19-cv-414-JPH-DL
**WARDEN OF USP TERRE HAUTE**,        )
**UNITED STATES OF AMERICA**          )     DEATH PENALTY CASE
                                      )     EXECUTION SCHEDULED
                                      )     FOR DECEMBER 13, 2019
                   Respondents.       )

_____

## SUPPLEMENT TO WRIT OF HABEAS CORPUS
_____

Per the Court's Order dated August 29, 2019, Dkt. [9], Petitioner

supplements his Petition for Writ of Habeas Corpus, Dkt. [1], with a Table of

Contents attached hereto as Exhibit A.

Respectfully submitted,

/s/Rebecca E. Woodman
Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone:  (785) 979-3672
Email: rewlaw@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, a copy of this Supplement to Writ of Habeas Corpus and Attachment A has been filed electronically with the Court via CM/ECF, and was served by regular U.S. Mail on the following:

Warden, USP Terre Haute
4700 Bureau Road South
Terre Haute, Indiana 47802

Timothy A. Garrison
United States Attorney
Charles Evans Whittaker Courthouse
Room 5510
400 E. 9th Street
Kansas City, MO 64106

/s/ Rebecca E. Woodman
REBECCA E. WOODMAN