**TABLE OF CONTENTS**

I. INTRODUCTION ................................................................................. 1

II. JURISDICTION .................................................................................... 5

III. WES PURKEY'S SOCIAL AND FAMILY HISTORY ........................ 13

    A. Wes's family history is marked by hardship and resilience, long undisclosed narratives of traumatic exposure to multiple generations of family members, and susceptibility to mental illness and neurodegenerative disease ........................................................ 13

    B. Wes's father Jack married his mother Velma against the wishes of Jack's family, and their first marriage ended in divorce after just six months. Velma re-married, but after two of her three sons born during that marriage died shortly after childbirth, she divorced again and then married Jack a second time, and Wes was born .................................................................. 20

    C. Born into a chaotic family environment of alcoholic, violent parents who were ill-equipped to provide love or support, Wes suffered unspeakable physical, emotional, and sexual violence at the hands of both of his parents, which left Wes in constant fear of being targeted for abuse and unable to trust other people ........ 22

    D. As a young child, Wes's only escape from the relentless violence he experienced at home was among his friends and their families in the neighborhood ............................................................ 30

    E. For Wes, school provided no safety or respite from the violence at home, because he was ridiculed by the nuns for his stuttering, and subjected to ongoing sexual abuse by the parish priest, leaving him feeling increasingly alone, isolated, and vulnerable ....................................................................................... 33

F. Finding no safety, comfort or security either at home or school, Wes began to turn to alcohol and drugs, and fell in with a group of rough boys in the neighborhood ........................................ 41

G. After graduating from St. Joe's, Wes's is sent to a local public high school with no resources for struggling students and a reputation for being rough and violent. Wes dropped out of school altogether in the ninth grade. After that Wes began to experience distinct physical and psychological symptoms that were never meaningfully treated, suffered two serious head injuries, and he became dependent on alcohol and drugs ....................... 48

H. Despite his difficulties, into adulthood Wes attempted to create a meaningful life for himself through work and sought treatment for his symptoms and his substance use when he could, but he could not overcome the extreme trauma he suffered growing up, and the addictions that resulted ............................. 59

I. The institutionalization from being incarcerated for much of his adult life, combined with his untreated trauma symptoms, left Wes ill-equipped to adjust to the outside world or to foster healthy relationships after he was released on parole in 1997, despite his best efforts and his deep love for his young daughter ....... 65

J. To this day Wes maintains a close bond with his daughter Angie and his grandchildren, and continues to provide all the love and support he can to his family from prison ................................. 77

IV. FACTS AND PROCEDURAL HISTORY OF THIS CASE ............... 82

A. The Crime ................................................................................ 82

B. The Trial Defense Team ......................................................... 84

C. The Trial .................................................................................. 90

D. The § 2255 Proceeding ........................................................... 96

CLAIM I:   Trial counsel was constitutionally ineffective for failing to challenge Juror 13, whose name is Jennifer, and who was selected to serve on Mr. Purkey's jury despite, and without any questioning about, her disclosure on her juror questionnaire that she was the victim of an attempted rape when she was 16 years old, where the underlying facts of the crime charged against Mr. Purkey alleged that he raped a 16-year-old girl named Jennifer ...................................................... 98

CLAIM 2:   Trial counsel was constitutionally ineffective in failing to investigate, develop and present readily available, compelling mitigating evidence to the jury at Mr. Purkey's capital trial, in violation of the Sixth, Eighth, and Fourteenth Amendments ................................................................ 106

   A. Trial counsels' failure to conduct an adequate mitigation investigation is directly attributable to the substitution of a uniquely unqualified investigator in place of a qualified mitigation specialist as part of the defense team ................................... 109

   B. Trial counsel was ineffective in failing to investigate, develop and present Mr. Purkey's full trauma history and the long-term consequences and effects of his trauma exposure and its connection to his behavior to explain why he committed the crime that led to his federal conviction .................. 115

   C. Trial counsel were ineffective in failing to investigate, discover, and present expert mental health evidence of Mr. Purkey's complex PTSD symptoms and behavior throughout his life up to and including the crime ....................................... 125

CLAIM 3:   Fred Duchardt perpetrated a fraud on the court requiring relief setting aside the judgment on his 28 U.S.C § 2255 petition by making false and misleading statements to the court in the § 2255 proceeding intended to secure denial of Mr. Purkey's claims of ineffective assistance of counsel alleged against Mr. Duchardt, and which the habeas court subsequently relied upon in denying Mr. Purkey relief .......... 139

CLAIM 4: Because there is a substantial possibility that the jury at Mr. Purkey's penalty trial understood the instructions in a way that rendered jurors unable to consider and give effect to mitigating evidence in determining whether to sentence Mr. Purkey to death, Mr. Purkey's death sentence is unconstitutional under the Eighth Amendment .......................... 154

CLAIM 5: Mr. Purkey's death sentence is unconstitutional in light of *Hurst v. Florida* because his sentencing jury did not find, beyond a reasonable doubt, each fact necessary to impose a sentence of death ................................................................................. 161

CLAIM 6: Imposition of the Death Penalty under the Federal Death Penalty Act (FDPA) Constitutes Cruel and Unusual Punishment in Violation of the Eighth Amendment ................. 164

    A. The death penalty is a disproportionate punishment ....................... 167

        1. The death penalty is being increasingly rejected throughout the country ................................................................... 167

        2. The death penalty is excessive ................................................. 176

        3. The United States is out of step with the international community's consensus against the death penalty .................... 178

    B. *Gregg* has failed to significantly further the goals of reliability, consistency, and equal justice ................................................................ 181

        1. The Death Penalty is Unreliable ............................................... 181

        2. The death penalty is arbitrary .................................................... 182

        3. The death penalty causes excessive delays and results in cruel conditions of confinement ..................................................... 190

CLAIM 7:   The Eighth Amendment categorically prohibits a death sentence for people who, like Mr. Mr. Purkey, suffer from severe mental illness ................................................................... 192

    A. Infliction of capital punishment upon individuals who were severely mentally ill at the time of the offense makes no measurable contribution to the acceptable goals of punishment ................................................................................ 192

    B. There is a national consensus against executing the mentally ill ........................................................................................... 197

        1. Our refusal to execute intellectually disabled people and children logically shows a consensus against executing the severely mentally ill ............................................. 197

        2. There is a consensus specifically against executing the mentally ill ................................................................... 198

CLAIM 8:   Trial counsel was constitutionally ineffective in his advice to Mr. Purkey prior to his suppression testimony that trial counsel knew directly contradicted Mr. Purkey's reasons for confessing to a federal kidnapping in reliance on the promise of a life-sentence plea offer, and in subsequently failing to file a motion in limine to prevent the government from using Mr. Purkey's suppression testimony to impeach his trial testimony that he did not kidnap Jennifer Long, and arguing that his suppression statements were true ............ 200

REQUEST FOR RELIEF ................................................................................ 219