UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY IRA PURKEY,                  )
                                    )
                  Petitioner,       )
                                    )
      v.                            )   Cause No.   2:19-cv-00414-JPH-DLP
                                    )
WARDEN, et al,                      )
                                    )
                  Respondents.      )

APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern

District of Indiana, by Brian Reitz, Assistant United States Attorney for the

Southern District of Indiana, and enters his appearance as counsel for the

Respondents.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   s/ Brian Reitz
      Brian Reitz
      Assistant United States Attorney
      Office of the United States Attorney
      10 W. Market St., Suite 2100
      Indianapolis, Indiana 46204-3048
      Telephone: (317) 226-6333
      Fax: (317) 226-6125
      E-mail: Brian.Reitz@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on September 3, 2019, a copy of the foregoing NOTICE OF

APPEARANCE was filed electronically.   Notice of this filing will be sent to

counsel of record by operation of the Court's electronic filing system. Parties

may access this filing through the Court's system.


s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov