UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY IRA PURKEY,              )
                               )
            Petitioner,        )
                               )
    v.                         )   Cause No.   2:19-cv- 00414-JPH-DLP
                               )
WARDEN, et al,                 )
                               )
            Respondents.       )

NOTICE OF APPEARANCE OF CO-COUNSEL

The government advises the Court and all parties that Special

Assistant United States Attorney Jeffrey E. Valenti hereby enters his

appearance as co-counsel for the Respondents. Assistant United States

Attorney Brian Reitz will remain lead counsel.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   s/ Jeffrey E. Valenti
      Jeffrey E. Valenti
      Special Assistant United States Attorney
      Office of the United States Attorney
      400 E. 9th Street, 5th Floor
      Kansas City, MO 64106
      Telephone: (816) 426-4262
      Fax: (816) 426-4328
      E-mail: Jeff.Valenti@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on September 3, 2019, a copy of the foregoing NOTICE OF APPEARANCE OF CO-COUNSEL was filed electronically.   Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

s/ Jeffrey E. Valenti
Jeffrey E. Valenti
Special Assistant United States Attorney
Office of the United States Attorney
400 E. 9th Street, 5th Floor
Kansas City, MO 64106
Telephone: (816) 426-4262
Fax: (816) 426-4328
E-mail: Jeff.Valenti@usdoj.gov

2