UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY IRA PURKEY,               )
                                 )
                 Petitioner,     )
                                 )
        v.                       )   Cause No.   2:19-cv- 00414-JPH-DLP
                                 )
WARDEN, et al,                   )
                                 )
                 Respondents.    )

NOTICE OF APPEARANCE OF CO-COUNSEL

The government advises the Court and all parties that Special

Assistant United States Attorney Brian P. Casey hereby enters his

appearance as co-counsel for the Respondents. Assistant United States

Attorney Brian Reitz will remain lead counsel.


                        Respectfully submitted,

                        JOSH J. MINKLER
                        United States Attorney

                By:     s/ Brian P. Casey
                        Brian P. Casey
                        Special Assistant United States Attorney
                        Office of the United States Attorney
                        400 E. 9th Street, Room 5510
                        Kansas City, MO 64106
                        Telephone: (816) 426-4138
                        Fax: (816) 426-4328
                        E-mail: Brian.Casey@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on September 3, 2019, a copy of the foregoing NOTICE OF

APPEARANCE OF CO-COUNSEL was filed electronically. Notice of this

filing will be sent to all ECF-registered counsel of record via email generated

by the Court's ECF system.

s/ Brian P. Casey
Brian P. Casey
Special Assistant United States Attorney
Office of the United States Attorney
400 E. 9th Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-4138
Fax: (816) 426-4328
E-mail: Brian.Casey@usdoj.gov