UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00414-JPH-DLP |
| | ) | |
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Order Granting Motion to Appoint Counsel**

The Court has determined that Petitioner is financially unable to obtain adequate representation in the above-styled case and that the interests of justice require appointment of counsel pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Accordingly, Petitioner's motion to appoint counsel, dkt. [10], is **granted**. The Court appoints Rebecca E. Woodman as counsel to represent Petitioner for all proceedings in this matter. Such appointment shall be deemed effective as of the date this action was filed, August 27, 2019.

Payment is authorized pursuant to the Court's CJA plan. It is counsel's responsibility to provide necessary documents to the Court's finance department in order establish a local account in CJA eVoucher.

**IT IS SO ORDERED.**

Date: 9/3/2019

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com