UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY IRA PURKEY,                          )
                                            )
                    Petitioner,             )
                                            )
           v.                               )    No. 2:19-cv-00414-JPH-DLP
                                            )
UNITED STATES OF AMERICA,                   )
WARDEN,                                     )
                                            )
                    Respondents.            )

## ORDER

This matter has come before the Court on motion of Michelle M. Law,

Assistant Federal Public Defender, Western District of Missouri,  seeking an order

granting leave to appear *pro hac vice* for the purpose of appearing as counsel on

behalf of the Plaintiff, Wesley Ira Purkey, in the above-styled cause only (Dkt. 3).

Being fully advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Michelle M. Law
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
T: (417) 873-9022
F: (417) 873-9038
Michelle_law@fd.org

Applicant shall register for electronic filing, as required by Local Rule 5-3, within ten (10) days of the entry of this Order.

So ORDERED.

Date: 9/4/2019

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

Michelle M. Law
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806