UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY IRA PURKEY,

Petitioner,

v.                                              Case No.   2:19-cv-00414-JPH-DLP

WARDEN, et al.,

Respondents.

NOTICE OF APPEARANCE OF CO-COUNSEL

The government advised the Court and all parties that Special Assistant United States

Attorney Kathleen D. Mahoney hereby enters her appearance as co-counsel for the Respondents.

Assistant United States Attorney Brian Reitz will remain lead counsel.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:    */s/ Kathleen D. Mahoney*

Kathleen D. Mahoney
Special Assistant United States Attorney

United States Attorney's Office
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone:   (816) 426-3122

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was delivered on September 6, 2019, to the ECF system of the United States District Court for the Southern District of Indiana for electronic delivery to all counsel of record.

*/s/ Kathleen D. Mahoney*

Kathleen D. Mahoney
Assistant United States Attorney