**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **WESLEY IRA PURKEY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No.: 2:19-cv-414-JPH-DL |
| **WARDEN OF USP TERRE HAUTE,** | ) | |
| **UNITED STATES OF AMERICA,** | ) | DEATH PENALTY CASE |
| | ) | EXECUTION SCHEDULED |
| | ) | FOR DECEMBER 13, 2019 |
| Respondents. | ) | |

_____

**MOTION FOR APPOINTMENT OF COUNSEL**
_____

Petitioner, Wesley Ira Purkey, a federal prisoner who is under a death sentence and is incarcerated at USP Terre Haute, and against whom a warrant for execution has been issued, seeks appointment of undersigned counsel to represent him in the above-captioned matter.  By order of this Court, undersigned counsel was granted leave to appear *pro hac vice* for the purposes of appearing as counsel on behalf of Petitioner (DCD 16).  Although undersigned counsel has continuously represented Mr. Purkey since her appointment by the Eighth Circuit Court of Appeals on August 15, 2014, as an Assistant Federal Public Defender, she requires

a court order appointing her as counsel for Petitioner in this case before she can enter her appearance as counsel for Petitioner.

Accordingly, Mr. Purkey respectfully seeks appointment of undersigned counsel pursuant to 18 U.S.C. § 3599, which mandates the appointment of counsel for all federal prisoners seeking post-conviction relief.  While that provision does not specifically reference § 2241 relief, 18 U.S.C. § 3006(a)(2)(B) expressly allows for the appointment of counsel at any stage of the proceedings.

Respectfully submitted,

*/s/ Michelle M. Law*
Michelle M. Law
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri  65806
Telephone:  (785) 979-3672
Email:  michelle_law@fd.org

September 9, 2019

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, this Motion for Appointment of Counsel has been filed electronically with the Court via CM/ECF. Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

*/s/ Michelle M. Law*
MICHELLE M. LAW

3