**APPENDIX INDEX**

1. Velma Johnson, Birth Certificate...........................................................................1

2. Susie Johnson v. Ernie Johnson, Divorce, Case No. 55935 ................................2

3. Velma Johnson, Cathedral High School Records...................................................4

4. Carrie Anna Burke, Death Certificate....................................................................6

5. William Haberthier, Death Certificate....................................................................7

6. Anna Haberthier, Death Certificate ......................................................................8

7. Anna Haberthier, Guardianship, Case No. 27578 .................................................9

8. Velma Purkey, St. Francis Hospital, 5-29-1974 (excerpt)..................................15

9. Velma Purkey, St. Joseph Hospital, 6-29-1959 (excerpt) ..................................20

10. Velma Purkey, St. Francis Hospital, 2-03-1973 (excerpt)...............................22

11. Velma Purkey, St. Francis Hospital, 2-02-1973 ..............................................25

12. Velma Purkey, St. Francis Hospital, 1-31-1981 (excerpt)...............................27

13. Velma Purkey, St. Francis Hospital, 7-10-1973 (excerpt)...............................43

14. Velma Purkey, St. Francis Hospital, 12-18-1973 (excerpt)............................48

15. Velma Purkey, St. Francis Hospital, 8-13-1975 (excerpt)...............................53

16. Velma Purkey, St. Joseph Hospital, 5-31-1980 (excerpt) ...............................57

17. Velma Purkey, Death Certificate ......................................................................67

18. Jack Wesley Purkey, Birth Certificate..............................................................68

19. Debbie Prothero, Purkey Family Report...........................................................69

20. Debbie Prothero, Declaration............................................................................78

21. Russ Prothero, Declaration ...............................................................................86

22. Jack Purkey, Topeka USD School Records.......................................................89

**APPENDIX INDEX**

23. Jack Purkey, Wichita USD School Records .......................................................105

24. Jack Purkey, Military Records ........................................................................107

25. Jack Purkey, St. Joseph Hospital, 2-09-1971 (excerpt) ................................167

26. Jack Purkey, St. Francis Hospital, 8-21-1968 (excerpt) ...............................172

27. Jack Purkey, KUMC Hospital, 3-09-1980 (excerpt) .....................................187

28. Jack Purkey, St. Joseph Hospital, 10-21-1956 (excerpt) ..............................191

29. Jack Purkey, St. Joseph Hospital, 12-01-1956 (excerpt) ..............................193

30. Panic Attack Specifier, DSM V .....................................................................197

31. Jack Purkey, Autopsy Report .........................................................................201

32. Roy Allen Purkey, Death Certificate .............................................................205

33. Nancy Purkey, Death Certificate ...................................................................206

34. Irene Bartlett, Death Certificate ....................................................................207

35. Jack Purkey vs Velma Louise Purkey, Divorce A-13312 ..............................209

36. Jack Purkey and Velma Johnson, Marriage Affidavit, No. 37901 ................216

37. Velma Hamilton v. Milo Hamilton .................................................................217

38. Larry Gene Hamilton, Death Certificate........................................................238

39. Gary Milo Purkey, Declaration, 11-29-2017 .................................................239

40. Milo Hamilton, US Social Security Death Index ...........................................245

41. Jack Purkey and Velma Johnson, Marriage License, 5-28-1951 ...................246

42. Wesley Purkey, Birth Certificate ...................................................................247

43. Marguerite Hotchkiss, Declaration ................................................................248

44. Wesley Purkey, Larned State Hospital, 12-29-1972 ......................................250

**APPENDIX INDEX**

45. Wesley Purkey, Psychiatric Evaluation, 11-16-1976 ....................................262

46. Wesley Purkey, Psychological Evaluation by Dr. Sautter, 4-22-2018...........266

47. Gary Hamilton, Declaration, 10-05-2007 ......................................................284

48. Jack Purkey, St. Francis Hospital, 1-26-1977................................................287

49. Velma Purkey, Wichita Police Dept., Case No. 17799 ..................................290

50. Angie Genail, Declaration, 1-26-2017............................................................292

51. Wesley Purkey, Larned State Hospital, 2-04-1999 ........................................304

52. Dion Leiker, Declaration ................................................................................354

53. Jack Purkey and Velma Purkey, Divorce #2 ..................................................356

54. Velma Purkey, Social Security, Itemized Statement of Earnings ..................412

55. Velma Purkey, Wichita Police Dept., Case No. 12847 ..................................423

56. Wesley Purkey, Peterson Diagnostic Interview Report, 4-19-2000...............428

57. Robert Bentley, Declaration............................................................................481

58. Lee Hatfield, Declaration................................................................................485

59. Velma Purkey, Wichita Police Dept., Case No. 87057 ..................................490

60. Margaret Noe, Declaration..............................................................................492

61. Rex Newton, Ph.D., Declaration.....................................................................494

62. Stephen E. Peterson, M.D., Declaration .........................................................496

63. Sharon Fisher, Declaration..............................................................................501

64. Garry Monty, Declaration................................................................................507

65. James Haggard, Declaration ...........................................................................513

66. Don Aaron, Declaration ..................................................................................518

**APPENDIX INDEX**

67.  Wesley Purkey, Christ the King Education Records ........................................523

68.  Wesley Purkey, St. Joseph Education Records ...............................................525

69.  Dale Hartkemeyer, Declaration ....................................................................542

70.  Edward Ring, Declaration..............................................................................548

71.  Stephen Seely, Declaration ...........................................................................551

72.  Effects of Toluene on Central Nervous System .............................................556

73.  Wesley Purkey, Wichita USD Education Records ..........................................568

74.  Gary Purkey, Sedgwick County, 64CR2796 (CR1559) .................................571

75.  Gary Purkey, Sedgwick County, 72CR1013 (CR8458) .................................607

76.  Gary Purkey, Sedgwick County, 69CR669 ....................................................631

77.  Gary Purkey, Criminal History Report..........................................................659

78.  Sharon Purkey v Gary Purkey, Divorce, D26961...........................................667

79.  Sharon Purkey v Gary Purkey, Divorce, D28021...........................................672

80.  Gary Purkey, Larned State Hospital ..............................................................679

81.  Gary Purkey, Sedgwick County, 77CR341 (excerpt).....................................687

82.  Wesley Purkey, Sautter Evaluation of Mental Health, 4-26-2018 .................693

83.  Wesley Purkey, Sedgwick County, Juvenile Docket.......................................707

84.  J. Luis Ibarra Letter to Grey Dresie 2-16-1970 ............................................708

85.  Wesley Purkey, St. Francis Hospital, 12-29-1966..........................................710

86.  Wes's Writings in Compassion Magazine......................................................736

87.  Dr. Robert Ouaou Report, 4-24-2017 ...........................................................762

88.  Wesley Purkey, St. Francis Hospital, 2-09-1967............................................773

4

**APPENDIX INDEX**

89.  Wesley Purkey, Wichita Police Dept., Arrest Report, 1-17-1968...................788

90.  Wesley Purkey, St. Joseph Hospital, 3-08-1968..............................................797

91.  Wesley Purkey, Sedgwick County Civil Lawsuit, C14479............................804

92.  Wesley Purkey, St. Joseph Hospital, 4-29-1968..............................................818

93.  Wesley Purkey, St. Francis Hospital, 11-17-1968..........................................820

94.  Wesley Purkey, St. Joseph Hospital, 8-31-1972..............................................833

95.  Wesley Purkey, KSIR, 5-24-1971 ....................................................................847

96.  Wesley Purkey, St. Francis Hospital, 5-28-1976............................................850

97.  Wesley Purkey Letter to Attorney Grey Dresie, 5-19-1971...........................856

98.  Wesley Purkey, Social Security, Itemized Statement of Earnings.................857

99.  Wesley Purkey, Psychiatric Evaluation, 11-16-1976 .....................................867

100.  Paul Murphy Letter to Dr. Targownik, 2-15-1976 ........................................871

101.  Wesley Purkey, Wesley Medical Center, 2-15-1976 (excerpt)....................872

102.  Velma Purkey, Wichita Police Dept., M-93941 ...........................................882

103.  Velma Purkey, St. Francis Hospital, 12-26-1972 .........................................888

104.  Velma Purkey, Wichita Police Dept., L-90655 .............................................906

105.  Velma Purkey, Wichita Police Dept., G-39699..............................................908

106.  Velma Purkey, Wichita Police Dept., L-84965 .............................................911

107.  Velma Purkey, Wichita Police Dept., M-97820 ............................................913

108.  Wesley Purkey, KDOC Inmate Data Sheet, 8-08-2001 ..............................916

109.  Wesley Purkey, KDOC Segregation Records.................................................917

**APPENDIX INDEX**

110. State of Kansas, Ombudsman for Corrections, 2ⁿᵈ Annual Report (excerpt) ..................................................................................................................929

111. Wesley Purkey, Kansas State Penitentiary, 90 Day Review ........................939

112. Mike Hornecker, Declaration..........................................................................940

113. Claire Berry, Sedgwick County, 86TR19256................................................944

114. Claire Purkey v Wesley Purkey, Shawnee County, 81-D-798.....................946

115. Carrie Burke, Burial Services Pamphlet .......................................................956

116. Wesley Purkey, KDOC Arrest Report, 8-12-1980 .......................................964

117. Angie Purkey, Birth Certificate ....................................................................966

118. Wesley Purkey, Arrest Record, 8-04-1980....................................................967

119. Wesley Purkey, Certificate of Parole, 3-01-1997 ........................................968

120. Wesley Purkey, Administrative Segregation Review, 4-17-1986...............969

121. Robert T. Stephan, Statement of Attorney General, 2-23-1989 ..................970

122. Wesley Purkey, PHS Medical History and Physical, 1-11-1993 ................984

123. Wesley Purkey, GED Test Results ...............................................................986

124. Wesley Purkey, Chemeketa Community College .........................................987

125. KDOC Interdepartmental Memo, 6-07-1994 ...............................................988

126. Jeanette Broyles, Declaration........................................................................989

127. Wesley Purkey, Dietz Evaluation, 10-07-2003 ...........................................994

128. Wesley Purkey, Counseling Parole Notes ..................................................1081

129. Angela Purkey, Sedgwick County, 98CR00176.........................................1086

130. Wesley Purkey, KU Medical Records, 9-13-1998 .....................................1088

6

**APPENDIX INDEX**

131.  Wesley Purkey, Western District Missouri, Docket Sheet, 01-CR-00308.1093

132.  Wesley Purkey, Western District Missouri, Trial Judgment .......................1150

133.  Death Row: The Lawyer Who Keeps Losing, 11-24-2016 ........................1153

134.  Laura O'Sullivan, Declaration, 5-3-2017 .................................................1166

135.  Defense Investigator Initial Request..........................................................1173

136.  Defense Investigator Supplemental Request ..............................................1177

137.  Michael Armstrong, MSPD Personnel Info................................................1182

138.  Mona Spencer, Declaration........................................................................1188

139.  Anita Burns, Declaration ..........................................................................1193

140.  Anita Burns, Clay County, Full Order of Protection, CV 197-6788..........1198

141.  Michael Armstrong v. MSPD, Clay County, CV 197-006492 ...................1268

142.  Michael Armstrong, Private Investigator Licensing Missouri ...................1438

143.  Barbara Hoppe Letter to Fred Duchardt ....................................................1439

144.  Katherine Ladesh, Clay County, Full Order of Protection, CV197-6789..1440

145.  Trial Transcript page 566...........................................................................1495

146.  Michael Speakman, FBI Report, 11-28-2001.............................................1496

147.  Stephen Peterson, M.D., Declaration.........................................................1499

148.  Motion to Suppress Transcript page 59 .....................................................1504

149.  Trial Transcript pages 1042-1043..............................................................1505

150.  Trial Transcript pages 1128-1130..............................................................1507

151.  Trial Transcript page 1104.........................................................................1510

152.  Michael Armstrong, Death Notice..............................................................1511

**APPENDIX INDEX**

153. Angie Genail, Declaration, 3-22-2008........................................................1512

154. Dr. Cunningham Letter to Duchardt, 12-19-2002 .....................................1515

155. Trial Transcript pages 1816-1817................................................................1522

156. Trial Transcript pages 1933-1935................................................................1524

157. Trial Transcript pages 2267-2268................................................................1527

158. Special Verdict Form ...................................................................................1529

159. Trial Transcript page 2257............................................................................1539

160. Trial Transcript page 2297............................................................................1540

161. Trial Transcript page 2309............................................................................1541

162. Trial Transcript page 2310............................................................................1542

163. Trial Transcript page 2313............................................................................1543

164. Gary Brotherton, Supreme Court of Missouri, Order, 7-08-2016..............1544

165. 2255 Petition, Western District Missouri ....................................................1546

166. Affidavit of Frederick Duchardt, Jr., 5-09-2008.........................................1602

167. Juror 13 Questionnaire, Redacted...............................................................1719

168. Trial Transcript pages 10-11........................................................................1752

169. Trial Transcript pages 55-56........................................................................1754

170. Challenges to Venire Based on Questionnaire, 10-10-2003.......................1756

171. Order Regarding Venire Challenges, 10-10-2003 ......................................1763

172. Request and Proposed Procedure for Small Group Voir Dire...................1765

173. Trial Transcript page 358.............................................................................1772

174. Trial Transcript page 366.............................................................................1773

**APPENDIX INDEX**

175.  Teresa Norris, Declaration ...............................................................1774

176.  Fred Duchardt, Jr. and Michael Armstrong, MSPD Records .....................1784

177.  Michael Armstrong, Clay County, MU197-431 ........................................1785

178.  Michael Speakman, Declaration ..................................................1817

179.  BVM Nuns, St. Joseph's Catholic School ...............................................1822

180.  Jennifer Merrigan, Declaration ....................................................1823

181.  2255 Memorandum of Law, 11-30-2007 .................................................1829

182.  Motion for Order Requiring Trial Counsel to Prepare Affidavit ...............1913

183.  Government's Response to 2255, 5-20-2008 ..............................................1921

184.  2255 District Court Judgment, 9-29-2009 ...............................................2098

185.  Wesley Purkey, Appendix Volume V .......................................................2104

186.  Laura O'Sullivan, Declaration, 10-16-2007 ...............................................2113

187.  Proposed Budget, 1-29-2002 ....................................................................2121

188.  Ex Parte Motion for Funds to Obtain Psychiatric Expert Assistance .........2132

189.  Ex Parte Motion for Funds to Obtain Mitigation Expert Assistance ..........2138

190.  Mental Defense, Duchardt Letter to Whitworth, 8-21-2003 ......................2143

191.  Mark Cunningham, Ph.D., Declaration ....................................................2146

192.  Mark Cunningham, Ph.D., Report, 10-23-2003 .........................................2150

193.  Ex Parte Motion (Cunningham), 4-11-2002 ..............................................2223

194.  Frederick Duchardt, Sinisterra Affidavit 11-26-2006 ...............................2261

195.  Jennifer Herndon, Sinisterra Affidavit, 12-02-2004 ..................................2285

196.  Lawrence Fox, Report, 9-15-2008 .............................................................2295

**APPENDIX INDEX**

197. Jury Instruction No. 34 ................................................................................2305

198. Jury Instruction No. 38 ................................................................................2309

199. Trial Transcript page 2297 ...........................................................................2310

200. Trial Transcript page 2309...........................................................................2311

201. Trial Transcript page 2310...........................................................................2312

202. Trial Transcript page 2312...........................................................................2313

203. Bradley Young, Declaration .........................................................................2314

204. Robert Barnes, Declaration..........................................................................2317

205. Jennifer Hernandez, Declaration...................................................................2320

206. Steven Barquist, Declaration .......................................................................2325

207. Jury Instruction No. 31 ................................................................................2328

208. Jury Instruction No. 32 ................................................................................2332

209. Jury Instruction No. 35 ................................................................................2334

210. Sentencing Hearing Transcript, 1-23-2004...................................................2337

211. Gary Purkey, Cheyenne Regional Medical Center, 2-05-2015 (excerpt) ..2359

212. Gary Purkey, Mary Lanning Memorial Hospital, 1-29-1992 (excerpt) .....2364

213. Dr. Peterson Report, 8-13-2003 ..................................................................2366

214. KDOC Sentence Data Sheet .......................................................................2431

215. Dr. Leeson Report........................................................................................2432

216. Trial Transcript pages 11 - 24......................................................................2441

217. Trial Transcript pages 1035 - 1036..............................................................2455

218. Trial Transcript pages 2192 - 2194..............................................................2457

**APPENDIX INDEX**

219.  Motion to Suppress Transcript pages 62 - 64 .............................................2460

220.  Motion to Suppress Transcript pages 71.....................................................2463

221.  Motion to Suppress Transcript pages 89 - 90 ............................................2464