# STANDARD CERTIFICATE OF BIRTH.

**STATE BOARD OF HEALTH.**
DIVISION OF VITAL STATISTICS.

**STATE OF KANSAS.**

DO NOT WRITE IN THIS SPACE

287  20199

1. PLACE OF BIRTH.

County of *Sedgwick*

Township of
or
City of *Wichita*    No. *St. Frances Hospital* Street. Reg. No. *1084*
(If birth occurred in a hospital or institution, give its NAME instead of street and number.)

2. Full Name of Child *Velma Louise Johnson*    {If child is not yet named, make supplemental report, as directed.

3. Sex of child *F.*    To be answered ONLY in event of plural births.    4. Twin, triplet or other..............    5. Number, in order of birth ............

6. Le....    7. Date of birth *6* ...... 192..

8. Full name    **FATHER**    ....ER

*Ernest Duckline Johnson*    *Susanna Haberthier*

9. Post office or street No. *346 Ohio*
If nonresident, give place and state    15. Post office or street No. *346 Ohio*
If nonresident, give place and state

10. Color or race *White*    11. Age at last birthday ...... (Years)    16. Color or race *White*    17. Age at last birthday *22* (Years)

12. Birthplace (city or place) (State or country) *Missouri*    18. Birthplace (city or place) (State or country) *Missouri*

13. Occupation Nature of Industry *Mechanic*    19. Occupation Nature of Industry *Housewife*

20. Number of children of this mother (Taken as of time of birth of child herein certified and including this child.)    (a) Number of children born alive and now living *1*    (b) Number of children born alive but now dead *0*    (c) Number of children stillborn *0*

**CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE**

I hereby certify that I attended the birth of this child, who was *Born alive* at *11.80* p. m. on the date above stated.
(Born alive or stillborn)

* When there was no attending physician or midwife, then the father, householder, etc., should make this return. A stillborn child is one that neither breathes nor shows other evidence of life after birth.

Signature *Martin Hagan.*
(Physician or midwife)

Given name added from a supplemental report ...........
(Month, day, year)

Address *927 Beacon Bld*

Filed *6/26*, 192 *5*

Registrar,    10-707*    Registrar.

DECEASED

000001

C. H. 1007
FAMILY NAME        J O H N S O N                    CASE NO.        55955

D I V O R C E   F I L E S

PLAINTIFF:                                          DEFENDANT:

FULL NAME     Johnson, Susie                        FULL NAME    Johnson, Ernie

DATE OF MARRIAGE     May 1922                        RESIDENCE TIME SUIT WAS FILED Sed. Co.

DATE OF SEPARATION    Not stated

RESIDENCE TIME SUIT WAS FILED    Sedg. Co.          MANNER OF SUMMONS   Personal Service

PLACE OF MARRIAGE    Not stated                     WAS SUIT CONTESTED    No

GROUNDS FOR DIVORCE  Gross neglect                  DATE OF DECREE    April 4, 1926

                                                           Divorce

RELIEF ASKED FOR    Divorce                         DID DEFENDANT APPEAR    No

............

DIVORCE GRANTED TO PLAINTIFF  Yes                   OR DEFENDANT      No

WAS ALIMONY ASKED    No                             GRANTED    X         AMOUNT    X

NO. OF CHILDREN      None                           MINORS     X

ANY ALLOWANCE FOR MINORS    X                       AMOUNT     X

DISPOSITION OF MINORS    X

DATE CASE FILED   Sep.    3    1925

C.H. 1007
FAMILY NAME  J O H N S O N

                                                    CASE NO.        97522

PLAINTIFF:                    D I V O R C E  F I L E S

FULL NAME  Johnson, Sybil
DATE OF MARRIAGE   Sept 25, 1905                    DEFENDANT:
DATE OF SEPARATION    Not stated                    FULL NAME    Johnson, Russell P.
RESIDENCE TIME SUIT WAS FILED   Sedg. Co.           RESIDENCE TIME SUIT WAS FILED   Sedg. Co.
PLACE OF MARRIAGE    Not stated                     MANNER OF SUMMONS    Personal Service
GROUNDS FOR DIVORCE    Gross neglect                WAS SUIT CONTEST

000002

COPY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS.

Susie Johnson,
                    Plaintiff,  )
                                )
     vs                         )
                                )          No. 55935.
                                )
Ernie Johnson,                  )
                    Defendant.  )

JOURNAL ENTRY OF JUDGMENT.

And now on this 4th day of April, 1925, the same being one of the regular days of the January term of the above named court, the above matter comes on for judgment, the evidence in this case having heretofore, and on the 2nd day of March, 1925, been taken.

The Court, upon a review of the evidence, finds that the facts, allegations and statements in the petition contained herein are true, and that the plaintiff is entitled to a divorce from the defendant.

It is, therefore by the Court considered, ordered and adjudged that the bonds of matrimony heretofore existing between this plaintiff and this defendant be dissolved and set aside, and that this plaintiff be divorced from this defendant.

It is further ordered that this decree shall not take effect, or be in force for six months from this date.

_____
                    JUDGE.

O. K.

_____
     Attorney for Plaintiff.

Certificate of Clerk of the District Court. The above is a true and correct copy of the original instrument which is on file or of record in this court.
Dated this _____ day of _____ May _____, 20 16
CLERK OF THE DISTRICT COURT
18th JUDICIAL DISTRICT
SEDGWICK COUNTY, KANSAS
By _____

000003

## GENERAL INFORMATION

Last Name _Johnson_    First Name _Velma_    Middle Name _Louise_

Date of Birth: Month ███████████████████    Place _Wichita, Kans_

Date of Entrance to Cathedral High School: Month _Sept_    Day _5_    Year _1940_

Wichita Address _621 S. Elizabeth_

Address if Living outside City of Wichita

Name of Father _Deceased_    Business Address    Religion

Name of Mother _Mrs. E. Johnson_    Home Address _621 S. Elizabeth_    Religion _Catholic_

Occupation of Parent _Elevator_    Business Phone No.    House Phone No. _2-5-7-7-1_

Prepared for High School at _St. Joseph's_    Year _1938_

Other High School Attended _Mt. Carmel Academy_    No. of Credits Accepted

Credits from other schools:

| | | | | |
|---|---|---|---|---|
| | | | Date of Graduation: | Month and Day _May 30_ |
| | | | | Year _1943_ |
| | | | Date Withdrawn: | Month and Day |
| | Total | | | Year |

000004

Mt. Carmel Acad.

## CATHEDRAL HIGH SCHOOL—FINAL RECORD CARD

Last Name: *Johnson*  First Name: *Velma*  Middle Name: *Louise*

| STUDIES | 9TH GRADE 1 2 3 | 10TH GRADE 1 2 3 | 11TH GRADE 1 2 3 | 12TH GRADE 1 2 3 |
|---|---|---|---|---|
| Literature | | | | |
| English | D+ D+ / | D- D / | B- B+ / | |
| Algebra | C- C / | | D D+ / | |
| Geometry | | D- D . | | |
| Trigonometry | | | | |
| Latin | C- D+ / | D D+ . | | |
| Spanish | | | | |
| French | | | | |
| Ancient History | | | | |
| American History | | | | |
| Med. Mod. History | | | | |
| Economics | | | | |
| Problems of Govt. | | | | |
| Social Problems | | | | |
| Biology | | | | |
| Botany | | | | |
| Chemistry | | | | |
| Physics | | | | |
| Psychology | | | | |
| Methods | | | | |
| Reviews | | | | |
| World Hist | D+ D+ | | | |
| Effective Speak'g | | | | |
| Debate | | | | |

| STUDIES | 9TH GRADE 1 2 3 | 10TH GRADE 1 2 3 | 11TH GRADE 1 2 3 | 12TH GRADE 1 2 3 |
|---|---|---|---|---|
| **COMMERCIAL** | | | | |
| Penmanship | | | | C- C / |
| Arithmetic | | | | |
| Business English | | | | |
| Commercial Law | | | | |
| Stenography | | | | C+ D+ / |
| Typewriting | | | C+ A- / C | C+ / |
| Comm. Geog. | | | | |
| Religion | | C- C- | D+ C | 7 C- |
| Constitution | | | B .5 | |
| Sociology | | | B+ .5 | |
| **INDUSTRIAL AND VOCATIONAL** | | | | |
| Cooking | | | | |
| Sewing | | C+ B- / | | B- C+ / |
| Arts & Crafts | | | | |
| Gymnasium | B+ B | | | |
| Chorus | | | | |
| Glee Club | | | C+ | |
| Orchestra | | | | |
| Band | | | | |

000005

AUG 29 1980

650-2015

**KANSAS STATE DEPARTMENT OF HEALTH AND ENVIRONMENT**
VITAL STATISTICS
**CERTIFICATE OF DEATH**

LOCAL FILE NUMBER

-80-013693

STATE FILE NUMBER

| DECEDENT—NAME | FIRST | MIDDLE | LAST | SEX | DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|---|
| 1. | Carrie | Anna | Burke | 2. Female | July 11, 1980 |

| AGE—Last Birthday (Yrs.) | UNDER 1 YEAR MOS. | DAYS | UNDER 1 DAY HOURS | MINS. | | RACE—(e.g., White, Black, American Indian, etc.) (Specify) | ORIGIN OR DESCENT (Specify) | (e.g., Italian, Mexican, German, Puerto Rican, English, Cuban, etc.) |
|---|---|---|---|---|---|---|---|---|
| 4a. 85 | 4b. | | 4c. | | ███ | 6a. White | 6b. American | |

| COUNTY OF DEATH | CITY, TOWN OR LOCATION OF DEATH | HOSPITAL OR OTHER INSTITUTION—Name (if not in either, give street and number) | IF HOSP. OR INST. Indicate DOA, OP/Emer. Rm., Inpatient (Specify) |
|---|---|---|---|
| 7a. Sedgwick | 7b. Wichita | 7c. Catholic Center | 7d. Inpatient |

| STATE OF BIRTH (If not in U.S.A., name country) | CITIZEN OF WHAT COUNTRY | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify) | SURVIVING SPOUSE (If wife, give maiden name) | WAS DECEDENT EVER IN U.S. ARMED FORCES? (Specify Yes or No) |
|---|---|---|---|---|
| 8. Texas | 9. USA | 10. Widowed | 11. None | 12. |

| SOCIAL SECURITY NUMBER | USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) | KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| 13. ███ A | 14a. Kitchen Worker | 14b. St. Patricks |

| RESIDENCE—STATE | COUNTY | CITY, TOWN OR LOCATION 67203 | STREET AND NUMBER | INSIDE CITY LIMITS (Specify Yes or No) |
|---|---|---|---|---|
| 15a. Kansas | 15b. Sedgwick | 15c. Wichita | 15d. 134 No. Charles | 15e. Yes |

| FATHER—NAME First | Middle | Last | MOTHER—MAIDEN NAME First | Middle | Last |
|---|---|---|---|---|---|
| 16. Anthony | Haberthier | | 17. Annie | Hess | |

| INFORMANT—NAME (Type or Print) | MAILING ADDRESS STREET OR R.F.D. NO | CITY OR TOWN | STATE | ZIP |
|---|---|---|---|---|
| 18a. Mrs. Velma Purkey | 18b. 122 No. Sedgwick | Wichita, Ks. | | |

| BURIAL, CREMATION, REMOVAL, OTHER (Specify) | CEMETERY OR CREMATORY—NAME | LOCATION | CITY OR TOWN | STATE |
|---|---|---|---|---|
| 19a. Burial | 19b. St. Teresa Cemetery | 19c. Hutchinson, Ks. | | |

| FUNERAL SERVICE LICENSEE & LICENSE NO (Signature) | NAME OF EMBALMER & LICENSE NO. | NAME & ADDRESS OF FIRM |
|---|---|---|
| 20a. Jack Morris (320) | 20b. John Harr 2764 | 20c. Downing & Lahey East |

| | | |
|---|---|---|
| To be Completed by CERTIFYING PHYSICIAN Only | 21. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated (Signature and Title) ▶ JEFFERY L. MARTIN MD. | 22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated (Signature and Title) ▶ |
| | DATE SIGNED (Mo., Day, Yr.) 21b. 18 AUG 80 | HOUR OF DEATH 21c. 7:30 P.M. | DATE SIGNED (Mo., Day, Yr) 22b. | HOUR OF DEATH 22c. M |
| | NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) 21d. | PRONOUNCED DEAD (Mo., Day, Yr.) 22d. ON | PRONOUNCED DEAD (Hour) 22e. AT M |

| NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER OR CORONER) (Type or Print) |
|---|
| 23. 1131 S CLIFTON ... KS. 67218 |

| REGISTRAR | DATE RECEIVED BY REGISTRAR (Mo, Day, Yr) |
|---|---|
| 24a. (Signature) ▶ ... MD Patricia a. Lunn | 24b. AUG 25 1980 |

| | INTERVAL BETWEEN ONSET AND DEATH |
|---|---|
| 25. IMMEDIATE CAUSE (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c).) | |
| PART I (a) SEPSIS | Interval between onset and death 24 HOURS |
| DUE TO, OR AS A CONSEQUENCE OF: (b) | Interval between onset and death |
| DUE TO, OR AS A CONSEQUENCE OF: (c) | Interval between onset and death |

| PART II | OTHER SIGNIFICANT CONDITIONS—Conditions contributing to death but not related to cause given in Part I (a) | AUTOPSY (Yes or No) | IF YES WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH (Yes or No) | WAS CASE REFERRED TO CORONER (Specify Yes or No) |
|---|---|---|---|---|
| | ORGANIC BRAIN SYNDROME | 26a. No | 26b. | 27. TX |

| ACC., SUICIDE, HOM., UNDET., OR PENDING INVEST. (Specify) | DATE OF INJURY (Mo., Day, Yr.) | HOUR OF INJURY | DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| 28a. | 28b. | 28c. | 28d. |

| INJURY AT WORK (Specify Yes or No) | PLACE OF INJURY—At home, farm, street, factory, office building, etc. (Specify) | LOCATION | STREET OR R.F.D. No | CITY OR TOWN | STATE |
|---|---|---|---|---|---|
| 28e. | 28f. | 28g. | | | |

000006

KANSAS STATE DEPARTMENT OF HEALTH
Division of Vital Statistics          CERTIFICATE OF DEATH    33          (DO NOT WRITE IN THIS BOX)

Birth No. 679-2          NOV 27 1967          Registrar's No. 685-45          67    U18904

**1. PLACE OF DEATH**
a. County     Shawnee    0892          **2. Usual Residence** (Where deceased lived. If institution, residence before admission)
b. City, Town, or Location                                   a. State  Kansas          b. County  Shawnee  0892
     Topeka    CITY    c. Length of Stay in 1b          c. City, Town, or Location
                              5 days                              Topeka
d. Name of Hospital   (If not in hospital, give street address)     d. Street Address
or Institution  2  AT. & SF. Hospital  3                                2133 Van Buren
e. Is Place of Death Inside City Limits?          e. Is Residence Inside City Limits?     f. Is Residence on a Farm?
   Yes ☒   No ☐                                    Yes ☒  No ☐                    Yes ☐  No ☒

**3. NAME OF DECEASED**          First       Middle       Last          **4. DATE OF DEATH**   Month   Day   Year
(Type or Print)          William   Anthony   Haberthier             Nov. 21, 1967

**5. SEX**   | **6. Color or Race** | **7. Married** ☒   Never Married ☐   **8. Date of Birth** 1908 | **9. Age** (In years last bir day) | If Under 1 Year | If Under 24 Hrs.
Male   |   White   | Widowed ☐   Divorced ☐   | 59 | Months | Days | Hours | Min.

**10a. Usual Occupation** (Give kind of work done during most of working life, even if retired)  **10b. Kind of Business or Industry**   (State or foreign country)   **12. Citizen of What Country?**
Annuitant (Conductor) AT. & SF. Ry.   Humansville, Mo.   USA

**13. FATHER'S NAME**                              **14. MOTHER'S MAIDEN NAME**
   Anthony P. Haberthier                             Anna L. Hess

**15. Was Deceased Ever in U. S. Armed Forces?**   **16. Social Security No.**   **17. Informant**                  Address
(Yes, no, or unknown)(If yes, give war or dates of service)
Yes    WW 2                                    Mrs. Irene A. Haberthier Topeka, Ks.

**18. CAUSE OF DEATH** (Enter only one cause per line)
Part 1. Death was caused by:                                                    Interval Between Onset and Death
     Immediate cause (a) Cerebral Thrombosis                                   5 days

Conditions, if any, which     Due to (b)_____
gave rise to above cause
(a), stating the underly-
ing cause last          )  Due to (c)_____

Part II. Other significant conditions contributing to death but not related to the terminal disease condition given in part I (a)   **19. Was Autopsy Performed?**
     Diabetes Mellitus          332X          Yes ☐  No ☒

**20a. ACCIDENT   SUICIDE   HOMICIDE**     **20b.** Describe how injury occurred. (Enter nature of injury in Part I or Part II of item 18)
     ☐         ☐          ☐

**20c. TIME OF INJURY**   (Month)  (Day)  (Year)  (Hour)
                                                    a. m.
                                                    p. m.

**20d. Injury occurred**          **20e.** Place of injury (e. g., in or about home, farm, factory,   **20f. City, Town, or Location**   County   State
While at ☐   Not While ☐   street, office bldg., etc.)
Work          at Work

**21.** I hereby certify that I attended the deceased from AUG. 23, 1964, to NOV. 21, 1967, that I last saw the deceased alive on NOV. 21, 1967, and that death occurred at 8:06 a.m. from the causes and on the date stated above.

**22a. Signature**          (Degree or title)  **22b. Address**                **22c. Date signed**
   O. L. Hann          M D   Topeka, Kansas          11/21/67

**23a. Burial, Cremation, Removal**  **23b. Date**   **23c. Name of Cemetery or Crematory**   **23d. Location** (City, Town, or County) (State)
(Specify)
   BURIAL  11-24-1967          CALVARY CEMETERY          WICHITA, KANSAS

**24a. Date Rec'd by Local Registrar**  **24b. Registrar**          **25. Funeral Director**   685-0-1          Address
NOV 27 1967   William M. Douglas  C          PENWELL-GABEL F. H. TOPEKA, KANSAS

MEDICAL CERTIFICATION

000007

**KANSAS STATE BOARD OF HEALTH**
**Division of Vital Statistics**

**CERTIFICATE OF DEATH**

MAY 6 - 1952

Birth No. _____    Registrar's No. 650420 1

52   006275
DO NOT WRITE IN THIS SPACE

**1. PLACE OF DEATH**
a. County: Sedgwick    CITY
b. City, (If outside corporate limits, write RURAL and give township) or Town: Wichita
c. Length of Stay (in this place): 5 (in yrs.)
d. Full Name of (If not in hospital or institution, give street address or location) Hospital or Institution: 122 N. Sedgwick

**2. Usual Residence (Where deceased lived. If institution: residence before admission).**
a. State: Kansas    b. County: Sedgwick
c. City (If outside corporate limits, write RURAL and give township) or Town: Wichita
d. Street Address: (If rural, give location) 124 N. Sedgwick

**3. NAME OF DECEASED** (Type or Print)
a. (First): ANNA    b. (Middle): LOUISE    c. (Last): HAVERTHIER
**4. Date of Death** (Month) (Day) (Year): April 1 1952

**5. SEX:** F
**6. COLOR OR RACE:** W
**7. MARRIED, NEVER-MARRIED, WIDOWED, DIVORCED (Specify):** widowed
**8. DATE OF BIRTH:** ▮▮▮▮
**9. Age (In years last birthday):** 64    Months | Days | Hours | Min.

**10a. Usual Occupation (Give kind of work done during most of working life, even if retired):** housewife
**10b. Kind of Business or Industry:**
**11. BIRTHPLACE (State or foreign country):** Monroe, Michigan
**12. Citizen of What Country?** U.S.A.

**13. FATHER'S NAME:** Joseph Hess
**14. MOTHER'S MAIDEN NAME:** Julia ---

**15. Was Deceased Ever in U. S. Armed Forces?** (Yes, no, or unknown) (If yes, give war or dates of service): no
**16. Social Security No.:** ▮▮▮▮
**17. INFORMANT:** Mrs. Sue Darling

**18. Cause of Death**
Enter only one cause per line for (a), (b), and (c).

* This does not mean the mode of dying, such as heart failure, asthenia, etc. It means the disease, injury, or complication which caused death.

**MEDICAL CERTIFICATION**

I. DISEASE OR CONDITION DIRECTLY LEADING TO DEATH* (a): _acute coronary occlusion_
ANTECEDENT CAUSES
Morbid conditions, if any, giving rise to the above cause (a) stating the underlying cause last.
DUE TO (b): _coronary sclerosis_
_Generalized arteriosclerosis_ 4201.
DUE TO (c):

II. OTHER SIGNIFICANT CONDITIONS
Conditions contributing to the death but not related to the disease or condition causing death: _malignant hypertension_ _senility - previous cerebral vascular accident_ 1948

**INTERVAL BETWEEN ONSET AND DEATH:** hour

**19a. Date of Operation:**
**19b. Major Findings of Operation:**
**20. AUTOPSY?** Yes ☐ No ☑

**21a. ACCIDENT, SUICIDE, HOMICIDE** (Specify)
**21b. Place of Injury** (e.g., in or about home, farm, factory, street, office bldg., etc.)
**21c. (City, Town, or Township)** (County) (State)
**21d. Time of Injury** (Month) (Day) (Year) (Hour): m.
**21e. Injury Occurred:** while at work ☐  not while at work ☐
**21f. How Did Injury Occur?**

22. I hereby certify that I attended the deceased from _____, 19 48, to 4-1, 19 52 that I last saw the deceased alive on 3-4, 19 52, and that death occurred at 1 A m., from the causes and on the date stated above.

**23a. SIGNATURE:** L.V. Daniel, M.D. (Degree or title)
**23b. ADDRESS:** L.A.O'Donnell, M.D. 1028 E. Kellogg
**23c. Date Signed:** 4-2-52

**24a. Burial, Cremation, Removal (Specify):** burial    **24b. Date:** 4-2-52
**24c. Name of Cemetery or Crematory:** Calvary Cemetery
**24d. Location (City, town, or county):** Wichita    (State): Kansas

**Date Rec'd by Local Reg.:** Apr __ 1952
**Registrar's Signature:** _____
**25. FUNERAL DIRECTOR:** Ahey Mortuary    **ADDRESS:** 1401 E. Douglas

**000008**

PETITION FOR COMMITMENT

Comes now _____ a reputable citizen residing at _____ _Witt_____, whose address is _124 N. Sedgwick_

and alleges and states to the Court as follows:

That _Anna Habergen_ residing at _____

whose address is _____; is to the best of your petitioner's

knowledge and belief an ~~Insane~~ person and ~~unsafe to be at large;~~ that _S_he

is suffering under mental derangement and that h__ _welfare_

requires h__ ~~restraint and commitment to some hospital for the insane.~~

That _____ residing at _____, whose

address is _____ is h___ nearest relative.

That the truth of the allegations herein may be substantiated and proved

by _____ and _____ .

WHEREFORE and by reason of the foregoing, your petitioner prays that a

hearing be held to find, determine, and adjudge the said _Anna Habergen_

an ~~insane~~ person and that __he ~~be committed to a State Hospital for the insane~~

for care and treatment.

_Carrie Burke_
**PETITIONER**

STATE OF KANSAS, SEDGWICK COUNTY, ss.

_Carrie Burke_ of lawful age, being duly sworn upon oath states:

That the statements and allegations of the above petition are true and correct.

_Carrie Burke_

Subscribed and sworn to before me, ~~a Notary Public,~~ in and for the County

and State aforesaid, this _28_ day of _July_ , A.D. 19_49_

_____
~~NOTARY PUBLIC~~
PROBATE JUDGE

My com. exp:_____

Subscribed and sworn to before me this _12th_ day of_ June _, 19_68_

_Patricia Murphy_
Notary Public — ~~Probate Judge~~

PATRI... ... Public
My Commission Expires Oct. 12, 1971

**000009**

99

COPY

## IN THE PROBATE COURT OF SEDGWICK COUNTY, KANSAS

IN THE MATTER OF

*Anna Hahnthier, an Incompetent* PERSON.

NO. _____

# Report of Examining Physicians

We, *R E Padfield* and *Daniel Ruhall* permanent residents of the County and State aforesaid, being severally and duly sworn, do severally certify, each for himself, as follows:

I am a graduate of an incorporated medical college and have been a legally practicing physician for more than three (3) years in said State; that I have with care and diligence prosecuted an examination this *2 5* day of *July*, 194*8*, at *Home*, Sedgwick County, Kansas, at *10* o'clock *A* m. with reference to the mental condition of one *Anna Hahnthier*; said examination having been conducted under the authority, supervision, and appointment of the Probate Court of said County and State in pursuance to the petition filed for the appointment of a guardian of the person and estate of said *Anna Hahnthier*.

From such personal examination of said *Anna Hahnthier* and the evidence adduced, I do find and hereby so certify that the said *Anna Hahnthier* is *not* mentally competent and capable of managing (her, ~~his~~) own affairs and that it is to *her* welfare that a guardian be appointed for *her* person and estate.

*R E Padfield, M.D.*

*Daniel R Ruhall*

The above examining physicians subscribe their names to the above report before me after each being duly sworn upon his oath, this *2 5* day of *July*, 194*8*.

_____
Probate Judge

000010

# LETTERS OF GUARDIANSHIP

STATE OF KANSAS, SEDGWICK COUNTY, ss:

### IN THE PROBATE COURT

TO ALL WHOM THESE PRESENTS SHALL COME, GREETINGS:

KNOW Ye, That CARRIE BURKE having been appointed and having qualified as Guardian of the person and estate of ANNA HABERTHIER a minor incompetent person, is hereby granted letters of Guardianship of said person and his estate with full power and authority in the premises as provided by law.

IN TESTIMONY WHEREOF, I Clyde M. Hudson, Judge and Ex-Officio Clerk of the Probate Court in and for the State and County aforesaid, have hereunto signed my name and affixed the seal of said Court, this 26th day of July, 19 49.

_Clyde M. Hudson_
Probate Judge.

000011

# OATH OF FIDUCIARY

STATE OF KANSAS } ss.
SEDGWICK COUNTY }

## In the Probate Court

I, _Carrie Burke_____, Administrat_____, Execut_____.
Guardian of the Estate of _Anna Haberthier_____Deceased, minor, incompetent person, on oath do solemnly swear that I will faithfully and impartially and to the best of my ability discharge all the duties of my trust according to law and the orders of this Court. I do further swear that in the administration of this trust I am acting solely in my own behalf and not on behalf of any bank or corporation organized and having its principal place of business outside the state of Kansas.

x _Carrie Burke_____

Subscribed and sworn to before me this 26 day of _July_____, 19 49

_____
Probate Judge — Notary Public

My commission expires_____, 19_____.

000012

# IN THE PROBATE COURT OF SEDGWICK COUNTY, KANSAS

IN THE MATTER OF

*Anna Haberthier*
_____
An Incompetent Person

NO._____

# ORDER

NOW, on this _23rd_ day of _July_, 194_7_, this matter comes on for hearing upon the petition of _Carrie Burge_ alleging that the above named is an incompetent person and the Court finds that the said matter should be set for hearing on the _24_ day of _July_, 194_7_, at _10_ o'clock _a_ m., at _the Court_, Wichita, Sedgwick County, Kansas, and that notice of said hearing should be given by personal service upon said incompetent person.

The Court further finds that said hearing should be had by commission and that _R. E._ _Padfield_ and _David F. Wall_ duly licensed physicians of medicine, of regular and active practice should be appointed to make personal examination of said alleged incompetent person and file with the Probate Court a report in writing verified by affidavit, of the results of their inquires together with their conclusions and recommendations.

And the Court further finds that _____ should be appointed attorney for _Anna Haberthier_

IT IS SO ORDERED.

AND NOW, on this _24_ day of _July_, 194_7_, this matter comes on for further hearing and the Court finds that due and proper notice of the hearing herein has been given to _Anna Haberthier_ as ordered by the Court; that said notice is in all respects approved and the Court after examining the report of the commission heretofore appointed herein finds that said _Anna Haberthier_ is _____ mentally incompetent and unable to handle (his, her) own affairs and that a guardian should be appointed for (him, her).

The Court further finds that _Carrie Burge_ is a suitable and proper person to act as such Guardian.

IT IS SO ORDERED.

_____
Probate Judge

000013

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
PROBATE DEPARTMENT

IN THE MATTER OF THE GUARDIANSHIP
AND CONSERVATORSHIP

)
)
)
)
)
OF                     )
)
)
)
*Anna Hatelhier*        )
)
A MINOR          DISABLED PERSON )

Nov 29  10 32 ''' '83

BY _____

Case No. *27578*



## ORDER CLOSING GUARDIANSHIP AND CONSERVATORSHIP

NOW, on this _____ *29* _____ day of _____ *Nov.* _____, 198 *3*, this matter comes on for hearing on the Court's own motion for an order closing the above case, and remitting all court costs.

The Court finds the following:

☐ This was a school guardianship and the minor is now over 18 years of age, therefore this guardianship is not necessary.

☐ This was a minor, subject to the Juvenile Code at the time it was filed, and the child is now over 18 years of age, therefore this guardianship is not necessary.

☐ This guardianship is of the person only, there has been no action since the letters of guardianship were issued, the minor would be over the age of 18 years, therefore this case should be closed.

☐ The guardian, conservator, ward is now deceased.

☒ The conservator has not accounted to the Court since *July 25, 1949*, therefore this case should be dismissed.

☐ .

This case is hereby reviewed under Supreme Court Rule No. 186, and this court finds this case shoud be terminated.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the guardian of the person and the conservator of the estate be discharged, this case ordered closed and the unpaid Court costs be remitted.

IT IS SO ORDERED.

_____
DISTRICT JUDGE

1301-43 (Rev. 8/83)

000014

## ST. FRANCIS HOSPITAL, WICHITA, KANSAS

CASE NO. 436225    7    ROOM 2 NW#10-57  SEX XX    INT. XX

PATIENT: Purkey, Mrs. Velma L.    DATE OF BIRTH ▮▮▮▮▮    S.S. NO. ▮▮▮▮▮

ADDRESS: 427 Hiram    PLACE OF BIRTH Kansas

CITY & STATE: Wichita, Kansas  67213    TELEPHONE 264-2902

REASON FOR ADMISSION: Observation    SERVICE Psychiatry

CHILD-S. M. W. D.: Divorced    SEX Female    RACE White    AGE 48

RELIGION: Catholic    PARISH-CHURCH-SYN. St. Joseph's

DATE OF ADM. 5-29-74    TIME 6:05 P.M.    REGISTRAR Krkosska/jjk

DISMISSED    TIME    CASHIER

FORMER ADM. DATE 12-18-73    NAME    MAIDEN NAME Johnson

PHYSICIAN: Dr. T. F. Morrow    SPECIAL DIET YES    NO XX

PERSON TO NOTIFY: O. L. Darling    RELATION Step-Father

ADDRESS: 122 North Sedgwick    Bux: 943-3257    PHONE 943-1603

PERSON RESPONSIBLE TO PAY THIS ACCOUNT: Mrs. V. L. Purkey    RELATION Patient

ADDRESS: Same    PHONE Same    BANK

COMPANY: None    OCCUPATION    ADDRESS

PERSON SUBMITTING ADM. INFORMATION: Case #123489 Verified by Mrs. Purkey    Patient

ADDRESS: Same    PHONE    Same

INSURANCE: MEDICARE NO.    MEDICAIDE NO. XXPT

INSURANCE OTHER    POLICY NO.    GP ☐    IND ☐

B. C. — B. S. IDENTIFICATION NO.    GROUP NO.

BENEFIT DATE    EFFECTIVE DATE    DED.    DIAGN. X-RAY?

B. C. OUT OF STATE    ROOM ALLOW.

B. C. MEMBER NAME    E. B. R.    MAJOR MEDICAL

REMARKS    U.S. VETERAN YES    NO

DATE OF DISMISSAL 6-6-74    TIME 6 pm

### FINAL SUMMARY

THU JUN 6 1974    (8 days)    Utilization Committee Reviewed JUN 3 1974

Diagnosis on Admission (to be completed 24 hours after admission): CNS disease

Date of onset

Final Diagnosis: Non Psychotic OBS due to toxic + Metabolic factors

2. Depressive Neurosis

Complications and Wound Infections

Remarks

Consultation With

Condition on Discharge

☐ Recovered    ☐ Improved    ☐ Unimproved    ☐ Not Treated    ☐ Expired    ☐ Autopsy

Service: Surg.    Neuro Surg.    Med.    O. B. Gyn.    Ped.    Urology    Ortho.    E. E. N. T.    Neuropsychiatry

Operations:

FORMER ADMISSIONS

Date 12-18-73    Case No. 423487

Reviewed for Filing by Medical Records Committee

FORM 01-003    SIGNATURE OF ATTENDING PHYSICIAN

ORIGINAL-1

000015

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

NAME OF PATIENT:      Purkey, Mrs. Velma L.          HOSPITAL NO.:  436225
ATTENDING PHYSICIAN: Dr. Morrow                      DATE OF ADM.:  12-18-73
                                                     DATE OF DIS.:  6-6-74

DISCHARGE SUMMARY:
*******************

HISTORY:                    This 48 year old divorced woman was admitted to the
open psychiatric service following the onset of dizziness unsteadiness, inability to
see clearly, and double vision. Symptoms have come on over a period of a week or so.
After further observation at home she was admitted to the hospital for evaluation.

PHYSICAL EXAMINATION:       Revealed primarily unsteadiness in walking and a veering
to the right. Neurological examination otherwise not remarkable.

LABORATORY STUDIES:         Showed evidence of anemia, trace of bile, in the urine,
normal plasmacrit, elevation of alkaline phosphatase and SGOT.

HOSPITAL COURSE:            Patient was seen in consultation by Dr. C.T. Hagan.
He recommended continuing conservative management. She has been on Inderal 40 mg.
q.i.d. This was the only medication that was continued during the hospitalization.
With hospital care symptoms gradually disappeared. There was concluded that her
symptoms were possibly related to toxic factors in both drugs and alcohol which
patient has been in the process of discontinuing. There have been evidences of
forgetfullness and impaired concentration, probably on a toxic basis. She was dismissed
improved, with a plan for follow-up outpatient care.

FINAL DIAGNOSIS:            1. Non Psychotic organic brain syndrome due to
nutritional and metabolic factors.
                            2. Depressive neurosis.

Dr. Morrow/7-8-74 d-7-16-74 t/DDD

000016    0034  0106

5 29 74        2NY-10 '1
2-NORTHWEST ST. FRANCIS HOSPITAL

PURKEY, VELMA L.   F48W        Wichita, Kansas
436225 DR. TF MONROW
427 HIRAM      MA
5-29-74    1

**PERMISSION TO LEAVE THE GROUNDS:**

I hereby give permission that _____
be allowed to leave the grounds of the hospital with or without the attendance of an employee of that in-
stitution, at the discretion of the physicians of the St. Francis Hospital. I hereby release the St. Francis
Hospital, its physicians, and employees, from the responsibility for anything that may occur while the pa-
tient is off the grounds of the St. Francis Hospital.

**REQUESTS FOR RECREATIONAL, SPORTS, AND MANUAL ARTS ACTIVITIES:**

I hereby request that _____
be permitted to participate in all recreational activities under the supervision of the St. Francis Hospital
and at the direction of the physician. Such recreational activities include those which are approved by the
physician. I also request that the above named patient be permitted to participate in all manual arts activ-
ities under the direction of the physician. I am fully aware of the hazards which accompany participation
in sports and manual arts activities and hereby release the St. Francis Hospital from any and all liability
which may arise while the patient is engaging in any of these activities.

Signed: X Velma L Purkey          Address: X 427 Hiram

Relation to patient: _____

Witness: Mary M Fish

NS:1-15-64

000017

5 29 74        2NW-10   1   ST. FRANCIS HOSPITAL
               2-NORTHWEST      WICHITA, KANSAS
                                   HISTORY

NAME FURKEY, VELMA L.   F48W          ROOM        BED        DOCTOR
     436225 DR. TY MORROW
INFORMANT 427 HIRIM        M/                                 DATE

| FAMILY 6 | DEAD | LIVING | | HEALTH, IF LIVING OR CAUSE OF DEATH, NOTE ESPECIALLY HEREDITARY OR INFECTIOUS DISEASES | |
|---|---|---|---|---|---|
| FATHER | | | | | |
| MOTHER | | | | | |
| BROTHERS | | | | | |
| SISTERS | | | | | |
| CHILDREN | | | | | |

PAST HISTORY STATE HERE DISEASES FROM CHILDHOOD TO DATE, HABITS, MENSTRUAL HISTORY, OPERATIONS, ETC.

CHIEF COMPLAINT  Can't see right
PRESENT ILLNESS  dizzy and unsteady

Three days ago while driving pt noted lines in the street coming together and pt had cars seemed to come at her. She felt dizzy had the next day and was very unsure on her feet. When seen at the office yesterday she still was having blurring of vision and an occasional double image. When walking she tended to keep to the right.

It has been on inderal and aspirin. For almost 2 months she has been denied refills for any other medication. She also has stopped drinking.

REVIEW OF SYSTEMS:

01-181

SIGNATURE OF HOUSE PHYSICIAN
SIGNATURE OF ATTENDING PHYSICIAN                         HISTORY

000018

Mrs. Velma Purkey
May 29, 1974

Mrs. Purkey was seen at the office today after she had called yesterday. She reported having an experience of driving down the street with her car and finding that she was seeing double and that the lines in the street were going off to the right, in fact, she seemed to be right up on the curb even though she was in the center lane. She continued to see double with blurring as well. She stated, too, that she had much trouble walking around, had the sensation like she was going to fall again to the right.

She decided she wanted to see how she would get along and try to keep an office appointment. Today vision is better, although she still does have times when she sees figures, one along side of the other, feels very unsteady and unsure of herself. She has not had an episode such as this before. A week ago she did have three days when she had what she calls "dry heaves." She reports that she hasn't had anything to drink now for three weeks. This may or may not be reliable. She has not had any medications, at least, prescribed by me for at least a month and a half.

A preliminary examination reveals pupils are round and equal, react *to light*. Extra ocular movements are normal, there is no nystagmus. Tongue is in mid-line, no notable facial weakness. There is no rigidity in head or neck. Patient can stand erect with eyes open and closed. Has some difficulty in standing on the right foot. On finger to nose test there is gross tremor bilaterally but it is accomplished with fair accuracy. When she walks she takes small steps and goes quite carefully, tends to veer to the right.

Patient is quite anxious and apprehensive and relates again a series of events involving family members. She is most concerned with how awful she feels and the difficulties that she is having in getting around. I told her I thought the condition warranted hospital observation, evaluation. She elected to follow this recommendation and arrangements are being made for admission.

Thomas F. Morrow, M.D.

TFH:cc

000019

Name_____ Room No._____ Hospital No. __127582__ ✓

Address___4450 W Douglas_____ Phone No.__Wh 22927_____ Doctor___Crowley____

Date of Birth ██████ ██

Birthplace_____ Admitted 6-29-59 Hour 2:10PM

Occupation__Tool Planning (husband)__ Employer Boeing 65343 Dismissed JUL 2 1959 Hour___

| | Mar. | Sing. | Wid. | Sep. | Div. | Diagnosis__Minor GYN__ |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | Service__Surg__ |

Age__34__ Sex__F__ Race__W__

Husband or Wife___Jack W_____ Religion__Cath__ Previous Admission

Church__Christ the King__ Date__1951__

Cont'l/Boeing 65343 Baptized__yes__ Name Then_____

Ins. BC-BS 676826 FA No. CC9002

Father's Name___Ernest Johnson_____ Birth Place_____
Address____unk address_____
Mother's Maiden Name__Irene Wilson___ Birth Place_____

**Provisional Diagnosis (to be completed within 24 hours after admission):**

---

**Final Diagnosis:**        Code No.

Menorrhagia - Dysmenorrhea (765)

785-X20 ✓

**Secondary Diagnosis or Complications:**

**Operation:**

D & C

785-164 ✓

---

**Consultation With**_____

Results: ☐ Recovered   ☒ Improved   ☐ Not Improved   ☐ Not Treated   ☐ Diagnosed Only   ☐ Died

Cause of Death_____ Autopsy: ☐ Yes ☐ No

| WICHITA-ST. JOSEPH HOSPITAL | I have examined and approved this complete medical record on_____ 19____ |
|---|---|
| This Record | |
| Reviewed_____ | Signed _E Crowley_       M. D., Attending Physician |
| Approved __BS__ | WICHITA-ST. JOSEPH HOSPITAL |
| Medical Records Committee | SUMMARY SHEET |

**000020**

WP_PC000010238 ✓

Hospital

Name_ Purkey, Velma L.          Room No. 227           Hospital No. 127582
Address_                         Telephone No.          Doctor_ E. X. Crowley

Date of Birth_                   Birthplace_            Admitted_____Hour____
                                                        Dismissed_____Hour____
Age____ Sex____ Race____         Mar. Sing. Wld. Sep. Div.   Diagnosis_
                                  ☐    ☐    ☐    ☐    ☐       Service_
Husband or Wife_                 Religion_              Previous Admission
                                 Church_               Date_
                                 Baptized_             Name Then_

Family History_ Non-contributory.

Personal History_ Usual childhood diseases.  No previous surgery.  Two full term pregnancies wit
no complications.

Chief Complaint: Dysmenorrhea; Metrorrhagia;

Present Illness: Onset and History_ Patient is an extremely tense and nervous individual who has had
little or no trouble throughout two pregnancies.  However, in the past 9 months she has had an
increasing amount of dysmenorrhea for the first two days of her menstrual flow and an increasing
amount of menorrhagia persisting 4 to 5 days.  Other than this she is relatively free of
symptoms.

Form G-3

(Use Continuation Sheet)

000021

WP_PC000010239

**Urgent Band Made**

ST. FRANCIS HOSPITAL, WICHITA, KANSAS

CASE NO. 398646

ROOM 775/$52.00 RES. XX

INT. Moyer

PATIENT Purkey, Mrs. Velma L.

DATE OF BIRTH ████

S.S.NO. Not Avail.

ADDRESS 427 Hiram

PLACE OF BIRTH Kansas

CITY & STATE Wichita, Kansas 67213

TELEPHONE 264-2902

REASON FOR ADMISSION Hypertension and Unexplained weakness

SERVICE Medical

CHILD—S. M. W. D. Divorced

SEX Female

RACE White

AGE 47

RELIGION Catholic

PARISH-CHURCH-SYN. St. Joseph

DATE OF ADM. 2-3-73

TIME 5:25 P.M.

REGISTRAR Tompkins/pt

DISMISSED

TIME

CASHIER

FORMER ADM. DATE 12-26-72

NAME Same

MAIDEN NAME Johnson

PHYSICIAN Dr. C.T. Hagan

SPECIAL DIET YES NO XX

PERSON TO NOTIFY Mrs. Purkey O.L. Darling

RELATION StepFather

ADDRESS 122 N. Sedgwick

PHONE WH31603

PERSON RESPONSIBLE TO PAY THIS ACCOUNT Mrs. Velma L. Purkey

RELATION Self

ADDRESS Same

PHONE Same

BANK

COMPANY Unemployed

OCCUPATION

ADDRESS

PERSON SUBMITTING ADM. INFORMATION Case#395129 (Verified)

RELATION

ADDRESS

PHONE

INSURANCE: MEDICARE NO.

MEDICAIDE NO. XXPT

INSURANCE: OTHER

POLICY NO.

GP ☐ IND ☐

B.C. – B.S. IDENTIFICATION NO.

GROUP NO.

BENEFIT DATE

EFFECTIVE DATE:

DED.

DIAGN. X-RAY?

B.C. OUT OF STATE

ROOM ALLOW.

B.C. MEMBER NAME

E.B.R.

MAJOR MEDICAL:

REMARKS:

U.S. VETERAN YES NO

DATE OF DISMISSAL 3-7-23

TIME 12:30 P.M.

WED MAR 7 1973

FINAL SUMMARY Utilization Committee Reviewed FEB 26 1973

Diagnosis on Admission (to be completed 24 hours after admission) *Hypertension, Depression*

Date of onset

Final Diagnosis *Depressive Neurosis Cardiovascular disease with hypertension*

Complications and Wound Infections

Remarks

Consultation With *Morrow*

Condition on Discharge

☐ Recovered ☐ Improved ☐ Unimproved ☐ Not Treated ☐ Expired ☐ Autopsy

Service: Surg. Neuro Surg. Med. O. B. Gyn. Ped. Urology Ortho. E. E. N. T. Neuropsychiatry

Operations:

] FORMER ADMISSIONS [

Date 1-3-73 Case No. 395129

Reviewed for Filing by Medical Records Committee

FORM 01-003

SIGNATURE OF ATTENDING PHYSICIAN

ORIGINAL—1

000022

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

## CONSULTATION RECORD

DATE _2-7-73_

NAME _Purkey, Velma L._    398646    ROOM OR WARD NO. _2N8_    DOCTOR _C. T. Hagan_

CONSULTING PHYSICIAN    _T. F. Morrow_

REPORT REQUESTED REGARDING

_Psychiatric eval_

SIGNATURE OF ATTENDING PHYSICIAN

### REPORT

FINDINGS

This 47-year old woman was admitted to St. Francis Hospital medical service last Saturday after she has experienced some spells of nearly passing out. She was very apprehensive and fearful of losing control. When seen today, she expressed ideas that maybe she was going out of her mind but she has had trouble over many years and is at a point where she doesn't know if she can take much any longer. She reported being here in the hospital right after Christmas following an altercation with her son. She said at that time the doctor had suggested that she see a psychiatrist but she really couldn't do that. She said she has doctored for her nerves over a number of years and taken nerve medicine but had never seen a psychiatrist; she didn't really think she needed a psychiatrist. She stated, "I knew I wasn't going out of my mind."

Mental status is marked by a patient who is a pale, washed out, worried, troubled appearing woman who appears about her stated age of 47. She speaks of being very uneasy and afraid and stated she just might get sick at any time. She apologized for possibly crying. She put much emphasis on maintaining control, being proper and being a lady. She reminded me and herself that she was grown up and that there wasn't any need for her to carry on in the way that she did. She was able to describe her situation fairly clearly, certainly wasn't guarded. She indicated long standing difficulties and going on against all odds. Her speech and train of thought was somewhat slowed. This, I believe, was the effect of medication. She speaks of being quite depressed, although she has her ups and downs. There was no evidence of disorganization of thinking nor serious perceptual distortions. Picture is primarily that of a person who is experiencing a depression. There is evidence to support a diagnosis of an underlying personality disorder or possibly a more serious personality disorganization. She at this time states she wants to see what can be done about her condition. She agreed to a plan of action to include transfer to the open section and a period of observation and treatment there.

SIGNATURE OF CONSULTANT

CHART COPY
(81-073) T. F. Morrow, M.D./Jolene 2-7-73 d 2-8-73 t

000023    WP_PC000010520

ST. FRANCIS HOSPITAL
Wichita, Kansas

NAME OF PATIENT: Purkey, Velma L.

ATTENDING PHYSICIAN: Dr. T. F. Morrow

HOSPITAL NO:  398646
DATE OF ADM:  2-3-73
DATE OF DIS:  3-7-73

DISCHARGE SUMMARY:
*******************

This 47-year-old, divorced woman was admitted to St. Francis medical service
February 3, 1973.  She was seen in consultation because of a history of marked
emotional disturbance and recurrent and persistent spells of tension and physical
disturbances.  She was transferred to the open psychiatric section after she had
received clearance on her physical state.  She has been in treatment for a medical
condition by Dr. C. T. Hagan.  On the psychiatric service with combination of
cardiovascular drugs and an antidepressant, she did show a notable response and
relief of her symptoms.  She was able to deal with some of the distressing factors
in her life and make some plans for follow up care.  She was dismissed improved
on March 7, 1973 with final diagnosis of (1) depressive neurosis, (2) cardio-
vascular disease with hypertension.

Dr. T. F. Morrow                          -12-73d/5-5-73t

000024

St. Francis Hospital and School of Nursing - Wichita, Kansas

# EMERGENCY AND OUTPATIENT RECORD

CASE NO. E 37 2468

398646

PAGE 1

PLEASE TYPE or PRINT LEGIBLY (circle correct word where applicable)

| Family Name | First Name | Middle Name | Phone; Patient or Responsible Party | Admission Date and Hour | Date Previous Adm. (If Any) |
|---|---|---|---|---|---|
| Purkey | Velma | Cul | 2642902 | 2-2-73-838 | Yes |

| Address | City | State | Zip | Age and Sex | Date of Birth | Civil Status | Name at Last Adm. |
|---|---|---|---|---|---|---|---|
| 427 | Hiram | | | 47 F | | M S W D Sep. | |

| Employer Of Patient (If Any) | Address of Employer | Maiden Name |
|---|---|---|
| None | | Zwakugo |

| Relative or Friend; Parent or Guardian If Minor | Address | Phone No. |
|---|---|---|
| Self | | |

| Name and State B/C - B/S Plan | Contract No. | Group No. | Name of Subscriber |
|---|---|---|---|
| | | | |

| Soc. Sec. No. | Medicare No. | Medicaid No. | Work. Comp.? |
|---|---|---|---|
| | | | YES    NO |

Other Insurance Information - If Group Name and Address of Employer

If Individual Policy - Insurance Co. and Address - Policy No.

| Person or Company Responsible For Payment of Service - Include Address | Phone No. |
|---|---|
| | |

| Employer of Responsible Party (If Other Than Patient) | Address | Relation of Party |
|---|---|---|
| | | |

## AUTHORIZATION FOR EMERGENCY AND OR OUTPATIENT TREATMENT

The undersigned has been informed of the emergency care and treatment or the outpatient treatment considered necessary for the patient hereinbefore mentioned and acknowledges that the treatment and procedures will be performed by or under the supervision of a licensed physician selected by the undersigned or approved by the undersigned.

The nature of the ailment, the nature and purpose of the proposed procedure, the risks and unfortunate results or possible complications and of unforeseen physical conditions within the body, and the possible alternatives have been explained to and understood by the undersigned.

The undersigned hereby requests that said care and treatment be carried out by Dr. Pearson and agrees to assume any risks involved. The undersigned is aware that the practice of medicine and surgery is not an exact science and acknowledges that no guarantees have been made as to the results that may be obtained from the care and treatment.

Date 2-2-73    Time 8:45    A.M. P.M.    Signed X Velma L. Purkey    PATIENT

WITNESS K. Hardesty RN    Or AUTHORIZED PERSON    RELATION TO PATIENT

### COMMUNICATION WITH ATTENDING STAFF DOCTOR

| NAME OF DOCTOR | NO. PHONED | TIME | CALLED BY | RESULTS |
|---|---|---|---|---|
| Dr. C. T. Hays | exchange | | | will call |
| | | 9:00 | Dr. Pearson | sent |
| | | | | |

### SERVICE CHARGES

| ITEM | CHARGE | ITEM | CHARGE | ITEM | CHARGE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| Dr. Daniels | | IV Fluid | | Phys. Ther. | | AMOUNT $ |
| Emer. Room | | Laboratory | | | | |
| Cast | | Medicine | | | | PAID BY: |
| Dressing | | Splint | | | | |
| EKG | | Sut. Pack | | | | RECEIPT NO. |
| Inj. Med. | | X-Ray | | | | CODE NO. |

MEDICAL RECORDS

0034-0279

000025

CASE NO. E378468
PAGE 2

St. Francis Hospital and School of Nursing - Wichita, Kansas
## EMERGENCY AND OUTPATIENT RECORD
PLEASE TYPE or PRINT LEGIBLY (circle correct word where applicable)

PATIENT NAME _Purkey        Velma_

_Dr. C.T. Heigler_

BRIEF HISTORY:
IF ACCIDENT STATE WHERE, WHEN AND HOW INJURED; IF ILLNESS DESCRIBE

_Difficult breathing    Nausea_

_Rapid Breath → SOB_

| | NOTIFIED |
|---|---|
| | RELATIVE |
| | POLICE |
| | CORONER |
| | BY WHOM |
| | TIME  AM PM |

NURSES SIGNATURE:                RN        OFFICERS SIGNATURE        STAR NO.        DISTRICT

PHYSICIANS REPORT    CONDITION ON ADMISSION: GOOD · FAIR · POOR · SHOCK · HEMORRHAGE · COMA
TREATMENT AND ORDERS

TEMP 97.4
P 92
R 24
BP 160/110

DIAGNOSIS    _Hyperventilation Synd_

DISPOSITION OF CASE    _Home_        CONDITION ON DISCHARGE: GOOD · FAIR · POOR

REFERRED TO DR.    _Hagen_        DATE

NURSES NOTES    _No Known med allergies_

_920    Valium 5mg IM ® deltoid / K Hardesty_
_Kathy Hardesty R_        NURSES SIGNATURE

INSTRUCTIONS TO PATIENT    _Rest_

_2-2-73    925 AM PM_

PATIENT'S SIGNATURE        DATE        TIME        ATTENDING PHYSICIAN    M.D.
01-138        MEDICAL RECORDS

0034 0280

000026