## St. Francis Hospital
### Wichita, Kansas

| | | | |
|---|---|---|---|
| Unit No. | | Case No. | |
| Patient DURKEY VELMA LOUISE | S.S. No. ▮▮▮ | Date of Birth ▮▮▮ | Age 55 |
| Address 124 N SEDGWICK | Place ▮▮▮ | Child-S.M.W.D. DIV | Sex F Race W |
| City & State WICHITA KS 67203 | County SG | | Phone 943-1603 |

Religion CATHOLIC - Anointed - Feb 18, F. C. Baecke / Parish-Church-Syn. ST. JOSEPH

Date of Adm. 01-31-1981   Time 04:02 PM   Registrar LINDA HOSKINS

Reason for Admission: ACUTE PANCREATITIS

Physician CH HACAN   Service MED

Former Adm. Date YES   Name   Maiden Name JOHNSON VELMA LOUISE

Employer of Patient (if any) TOWN & COUNTRY MOTEL   Address of Emp. 4702 W KELLOGG

Person to Notify OL DARLING   Relation STEP FATHER   Phone 943-1603

Address 122 N SEDGWICK WICHITA KS

Person submitting Adm. Info. DURKEY VELMA LOUISE   Relation SELF   Phone 943-1603

Address 124 N SEDGWICK WICHITA KS 67203

Person to Pay This Account DURKEY VELMA LOUISE   S.S. No. ▮▮▮   Relation SELF

Address 124 N SEDGWICK WICHITA KS 67203   Phone 943-1603

Company TOWN & COUNTRY   Address 4702 W KELLOGG   Phone 942-3273

Insurance: Medicare No.   Medicaid No.   Veteran NO

BC-BS ID. No.   B.C. State & Plan   Subscriber:

Insurance other

Room 5090 SEMI   Rate 121.00   Ref. KORTAN/CANNATA/GERIG

Remarks PT WAS NO INS PL -- HAVE SOCIAL SERVICE CONTACT

Expired SAT FEB 28 1981

Date of Dismissal 2-28-81   Time 8 A   Cashier

No. of Days 28

---

### PHYSICIANS DATA

**Final Diagnosis (List in Order of Importance):**
Including Secondary Diagnosis and Complication

(1) Obstructive jaundice 2° Pancreatic Carcinoma

(2) Extensive metastasis to omentum, intestines, liver

| CODE |
|---|
| 157.9 |
| 152.8 |
| 197.0 |
| 197.6 |
| 196.2 |
| 197.7 |

**Operations or Procedures:**

2/9/81 Exploratory Laparotomy c Bx of metastatic node

| CODE |
|---|
| 54.11 |
| 40.11 |

2-3- CT Scan of abdomen

| |
|---|
| 88.01 |

**Delivery:**

Discharged: Alive ☐ Dead ☑ Autopsy ☐ Coroner ☐ AMA ☐   Service (Please Specify) Med - Surg

Consultant(s): A. T. Burkman

Surgeon(s):

Former Admission Date: 8-13-75   Case No. 471281

000027

WP_PC00001061

ORIGINAL

Reviewed by ▮▮▮ Revision and/or Audit Committee

Signature of Attending Physician

PATIENT'S NAME:            PURKEY, Velma Louise
ATTENDING PHYSICIAN:       Dr. C. T. Hagan
UNIT NUMBER:               089-655
CASE NUMBER:               B633717
DATE OF ADMISSION:         1-31-81
DATE OF DISCHARGE:         2-28-81

FINAL DIAGNOSIS:           1.  Pancreatic carcinoma.
                           2.  Estensive metastatis disease to the omentum, intestine,
and liver.
                           3.      Obstructive jaundice secondary to the pancreatic
carcinoma.

OPERATIONS AND PROCEDURES:  Exploratory laparotomy with biopsy of the metastatic node on
February 9, 1981.

CONSULTANTS:               Dr. H. J. Biermann

HISTORY:                   This 55 year old white female, who has a known history of
alcholism, presented with a three week history of sharp, severe pain in the right flank
and epigastrium. This seemed to radiate through to the back. The patient complained of
milder more diffused abdominal pain all over her abdomen. Also, stated for the last week
she had been noticing increasing constipation and dark, yellowish, brown color to the
urine. She denied any change of color in her bowel movements. She noticed no blood in
her vomitus. No melena, or hematochezia. She has been quite nauseated and the vomiting
had been going on for several years. The patient apparently was seen in the office one
month ago, at which time a sonogram was done of the abdomen showing diffused enlargement
of the pancreas. At that time, she was not jaundiced, however, since then she had
developed marked jaundice and is acmitted at this time for that complaint.

PHYSICAL EXAMINATION:      Vital signs were within normal limits. In general, the
patient did appear markedly jaundiced. She was, also, quite anxious. HEENT was quite
unremarkable except for scleral icterus. The lungs were essentially clear with a few
basilar rales on the right side. Heart revealed an S1 and S2. The abdomen was
distended with abdominal girth with of 83 cm at the umbilicus. There was marked
tenderness in the epigastrium and right upper quadrant. No rebound or guarding noted.
Shifting dullness approximately 8 cm when turned to the left lateral decubitus position.
The liver was felt to be approximately 4 cm below the right costal margin. There was a
fullness in both flanks which probably represented ascitic fluid. Extremities were
essentially unremarkable. Neurological, also, was intact.

LABORATORY:                CBC on admission showed hemoglobin 10.1. White count 10,100
with a normal differential. The platelet count was 421,000. Protime was 12.6 with a
control of 12.5. SMA-24 showed a decreased albumin of 3.4. Alkaline phosphatase markedly
increased at 1,257. Total bilirubin was 5.4 with 4.4 direct. Creatinine was 1.6. LKD
was 2.15. SGOT was 51. SGPT was 65. Amylase was 21 with lipase of 12. The acidic fluid

Continue on page 2

SIGNED BY: _____ M.D.

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358    WICHITA, KANSAS 67201

| HISTORY AND PHYSICAL | INTERVAL HISTORY | CONSUL- TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
|  |  |  |  | XXX |  |

000028    0034  0151

PATIENT'S NAME:               PURKEY, Velma Louise
Unit and Case No:             089-655-    B633717
Doctor:                       Dr. C. T. Hagan

FINAL SUMMARY Continued Page 2

showed a specific gravity of 1.015 with an amylase of 4. Urinalysis was essentially unremarkable. EKG showed a normal sinus rhythm with a rate of 73.

RADIOLOGY:                    Data, CT scan of the abdomen showed considerable ascities and pleural fluid. There was an enlargement of the head and proximal body of the pancreas with a suggestion of an early pseudocyst. There was, also, secondary dilatation of the biliary tree noted. Abdominal sonogram showed a good deal of ascites with no evidence of masses on the anterior abdominal wall. Chest x-ray showed bilateraly discoid changes in the bases probably a left pleural fluid, also.

HOSPITAL COURSE:              The patient was admitted and the afore mentioned studies were performed. The patient, also, underwent percutaneous transheptic cholangiography which revealed dilated ducts and probably obstruction at the distal common duct. The patient was subsequently taken to surgery by Dr. Biermann at which time it was noted that the patient had extremely large pancreatic carcinoma with essentive metastasis to the omentum and the liver. The patient's postoperative course was very unremarkable, however, she did continue to be extremely weak. She did recover from her surgery to the point where she was able to walk around. However, progressively, she became more weak, more short of breath, markedly more jaundiced and the ascitic fluid began to return. She, also, noticed a considerable amount of peripheral edema probably secondary to hypoalbuminemia. The patient was informed of her condition and prognosis and made arrangements to see both of her sons prior to her expiration. Her course continued downhill until on February 28th, she did pass away.

Dr. C. T. Hagan/Dr. Cannata
6-6-81D & 6-8-81T/bab

SIGNED BY: _____ M.D.

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358     WICHITA, KANSAS 67201

| HISTORY AND PHYSICAL | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
| | | | | XXX | |

000029

Name:   PURKEY, Velma Louise                Room: 6089    Doctor: C.T. Hagan, M.D.

Unit:   089-655              Case No.: 8633717              Date:   1-31-81

HOSPITAL REGULATION: All Positive and Important Negative Findings Shall Be Recorded.

CHIEF COMPLAINT:                    Abdominal pain.

HISTORY OF PRESENT ILLNESS:        This is a 55 year old white female, who has a known history of alcholism for several years.  Patient states that for about the last three weeks she has had sharp, severe pain in the right flank and the epigastrium.  The pain in the epigastrium seems to radiate through to the back, and then also seems to complain of some milder, more diffuse abdominal pain all over her abdomen.  This pain does not seem to be related to meals or activity.  She gets minimal relief with rest or flexion of the hips.   She also states that for about the last week she has noticed increasing constipation and a dark yellowish-brown color to her urine.  She denies any change in the color of her bowel movements, stating that they are still brown in color.  Patient also has a long history of nausea and vomiting, which has been going on for several years.  She states this has possibly been slightly worse lately.  She has noticed no blood in her vomitus.  She denies any melena or hematochezia.  Patient did have a sonogram in Dr. Hagan's office approximately one month ago, which showed diffuse enlargement of the pancreas.  At that time, serum amylase and lipase levels were within normal limits, and the patient was not jaundiced.  She has developed a marked jaundice since then.  Patient also states that over the last two to three weeks she has noticed increasing abdominal distention.  She denies much gas passage, though.

PAST HISTORY:                      The patient had the usual childhood diseases, and has had very few serious adult illnesses.  She has been treated for hypertension for approximately twelve to thirteen years, and states that this is under fairly good control at the present time.  She also has a past history of some type of heart problem for which she apparently took Nitroglycerin, however she denies any anginal symptoms at the present.
        OPERATIONS:                Include a tonsillectomy and adenoidectomy as a child.  She had a bartholin cyst removed in 1974, and she has had numerous D&C's for menometrorrhagia, however she has not had any of these since she underwent menopause in 1973.
        INJURIES:                  She denies any serious injuries.

FAMILY HISTORY:                    Patient's father was unknown, no history on her paternal side was elicited.  Patient's mother died at age 68 of a CVA, she also had heart disease, high blood pressure and diabetes mellitus.  Patient had a maternal aunt with diabetes, and a maternal uncle with high blood pressure, CVA and myocardial infarction.  Patient also had a maternal grandfather with high blood pressure.  She has had no brothers and sisters, and has no other history of diabetes mellitus, heart disease or cancer in the family.

CONTINUED:

SIGNED BY: _____ M.D.

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358     WICHITA, KANSAS 67201

| HISTORY AND PHYSICAL XXX | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
| | | | | | |

0034 0153

Name:              PURKEY, Velma Louise
Unit and Case No: 089-655 B633717
Doctor:            C.T. Hagan, M.D.

HISTORY Continued Page 2

SOCIAL HISTORY:
    ALLERGIES:              Patient denies any allergies.
    HABITS:                 She does smoke, has smoked approximately 1 to 1 1/2 packs per day for the last 35 years. Patient does have a considerable drinking history, going back to 1952 until the present. The patient has stopped intermittently during that time, but has been very reluctant to undergo any formal therapy until six months ago, at which time she was in the ATN unit at St. Jo for her alcoholism. The patient states she continued to drink after that, up until six weeks ago, when she noticed the increasing nausea, vomiting and abdominal pain, for which she sought help from Dr. Hagan. She states that she has not drank since then.
    MEDICATIONS:            At the present time is Inderal 40mg three times a day, Hygroton 50mg daily, Indocin 25mg four times a day for shoulder arthritis, and Tylenol #3 as needed for pain.

REVIEW OF SYSTEMS:
    GENERAL:                The patient denies any definite weight loss. States that she weighed 114 pounds in the office three weeks ago, and weighed approximately 120 pounds six months ago, but she states she has been trying to loose weight. She denies any fever, chills or sweats.
    SKIN:                   Patient does note the yellow discoloration to her body and her eyes, which she's noted for the last couple of weeks.
    HEENT:                  Patient has occasional frontal headaches. States that she's a rather nervous individual, and gets these fairly frequently. She denies any blurring of vision, decrease in hearing, throat pain or dysphagia.
    RESPIRATORY:            Patient denies any cough, shortness of breath, but does complain of dyspnea on exertion, although this has not seemed to change recently.
    CARDIOVASCULAR:         Except for the previously mentioned history of possible angina, patient has no present symptoms of angina.
    GASTROINTESINTAL:       See HPI.
    GENITOURINARY:          Patient denies any dysuria, frequency or incontinence. She has had occasional urinary tract infections in the past, but none recently.
    GYNECOLOGICAL:          Patient is a gravida 4, para 4, white female, who has two living children. Patient states that her first and third child died just a few days after birth of unknown causes. Patient has apparently had rather severe episodes of menomentrorrhagia before menopause, for which she received D&C's. She underwent menopause in 1973 and has had no further problems since then. She states that she does have a slight yellow discharge at the present time, but no itching or burning.
    LOCOMOTOR:              The patient denies any dizziness, unsteadiness, states that she is able to get around the way that she would like to, although she has noticed increased weakness in the last few weeks.

CONTINUED:

SIGNED BY: _____ M.D.

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358     WICHITA, KANSAS 67201

| HISTORY AND PHYSICAL | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
| | | | | | |

000031     WP_PC000010621

Name:                    PURKEY, Velma Louise
Unit and Case No: 089-655 B633717
Doctor:                  C.T. Hagan, M.D.

HISTORY Continued Page 3

REVIEW OF SYSTEMS (CONT.):
   NEUROPSYCHIATRIC:            Patient has a long history of psychiatric problems, the
primary one being related to her chronic alcoholism.  Patient has had numerous social
crises in her life, including being raped by her son.  She presently lives alone and is
employed at Town and Country as a desk clerk, doing office work.  She states that she
enjoys her job, but it makes it difficult for her to work with the pain that she's having
at the present time.

C.T. Hagan, M.D./Dr. Cannata
2-3-81 D&T/mhc

SIGNED BY: _____ M.D.

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358      WICHITA, KANSAS 67201

| HISTORY AND PHYSICAL XXX | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Name:    PURKEY, Velma Louise          Room: 6089      Doctor: C.T. Hagan, M.D.

Unit:    089-655      Case No.:   B533717                 Date:    1-31-81

Height           Weight            Temp.        P.      Resp.        B.P.

GENERAL:

Vital signs were as noted. This is a 55 year old white female who appears slightly older than her stated age. She does appear markedly jaundiced. She appears quite anxious, but does cooperate with the interview.

HEENT:

Tympanic membranes appear normal. There is slight cerumen in the left canal. Marked scleral icterus is noted with a small arcus senilis bilaterally. Pupils are quite myotic, but there is some small response to light. Fundi appear relatively benign. Nasopharynx and oropharynx are essentially normal. Patient does wear lower dentures.

NECK:

Reveals no JVD, no adenopathy or goiter. Carotid pulses are 2+/4 bilaterally, no bruits are noted.

LUNGS:

Clear to percussion except for a few basilar rales in the right side. There is marked dullness at the left base, with what appears to be elevation of the left diaphragm on inspiration. It is not noted that this seems to change. The right diaphragm does seem to move approximately 2cm with deep inspiration. Patient's inspirations are slightly shallow because of the abdominal pain which she says she is experiencing.

HEART:

Reveals an S1 and S2, which were slightly decreased in intensity. No abnormal heart sounds are noted, except for possibly a short, soft sound immediately after S2, which may represent some type of click.

ABDOMEN:

Extended. Abdominal girth is approximately 83cm at the umbilicus. Patient does have marked tenderness in the epigastrium and in the right upper quadrant, however is difficult to find any area of the abdomen that is not at least diffusely tender. Patient has no rebound or guarding. Shifting dullness is noted with a shift of approximately 9cm when turned into the left lateral decubitus position. Liver edge is difficult to palpate due to the distention. It is felt to be possibly about 4cm

CONTINUED:

SIGNED BY: _____ M.D.

| HISTORY AND PHYSICAL | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
| XXX | | | | | |

000033

NAME:                                PURKEY, Velma Louise
Unit and Case No.:                   089-655 B633717
Doctor:                              C.T. Hagan, M.D.

PHYSICAL Continued Page 2

ABDOMEN (CONT):
below the right costal margin in the midclavicular line. Spleen is not palpable. There is a fullness in both flanks when the patient is lying supine. Patient does have some tenderness in her flank on pounding, but this could not be definitely called CVA tenderness. Bowel sounds are normal active.

GENITOURINARY AND RECTAL:
Pelvic examination reveals the vagina and BUS to be normal. No significant discharge can be noted. Cervix appears parous, does not appear to be enlarged, no lesions are noted. Uterus is in the midline, is slightly retroflexed, but is of normal, non-gravid size. Right adnexa is well palpated and feels of normal size, non-tender. Left adnexa is more difficult to palpate due to the abdominal tenderness, but is not felt to be enlarged. Rectal examination is normal. No hemorrhoids are noted.

EXTREMITIES:
Patient has no edema. Distal pulses are 2/4 at the dorsalis pedis and 1/4 in the posterior tibial. Patient has 2/4 deep tendon reflex at the knee, with no reflex elicited at the ankle. The upper extremities: there's a 1/4 biceps reflex bilaterally, but no brachial radialis or triceps elicited. Babinski is negative.

NEUROLOGICAL:
Patient has decreased sensation from about the mid calf down, bilaterally, in kind of a stocking distribution. This seems to be more pronounced distally in the lower extremities. No decrease in touch sensation can be elicited in the upper extremities. Proprioception appears to be intact, as is vibratory sense. Heel-to-shin and finger-to-nose are done fairly appropriately, and Romberg is negative. Cranial nerves II-XII appear to be intact.

SKIN:
Reveals the patient to be markedly jaundiced. There are numerous areas of spider telangiectasias, but do blanch on pressure in the upper thorax, these being noted mainly on the anterior thorax. There are also several, small, 1 to 2mm, slightly raised, red lesions on the chest wall, which appear to be cherry angiomatous type lesions. Lower

CONTINUED:

SIGNED BY: _____ M.D.

| HISTORY AND PHYSICAL | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
| | | | | | |

NAME:                               PURKEY, Velma Louise
Unit and Case No.:                  089-555 0633717
Doctor:                             C.T. Hagan, M.D.

PHYSICAL Continued Page 3

SKIN (CONT.):                       extremites show numerous areas of venous varicosities.

IMPRESSION:                         55 year old white female with approximately a two week
                                    history of jaundice, and associated abdominal pain, with a
                                    known history of alcoholism. Rule out obstructive jaundice
                                    secondary to acute or chronic pancreatitis, mass lesion,
                                    cholelithiasis or common duct stones, etc. Need to also
                                    rule out primary liver disease, etc.

PLAN:                               See orders.

C.T. Hagan, M.D./Dr. Cannata
2-3-81 D&T/mhc

SIGNED BY: _____  M.D.

St. Francis Hospital OF WICHITA, INC.
P.O. BOX 1358    WICHITA, KANSAS 67201

| HISTORY AND PHYSICAL | INTERVAL HISTORY | CONSUL-TATION | OPERATION | FINAL SUMMARY | SPECIAL REPORTS |
|---|---|---|---|---|---|
| XX | | | | | |

000035

ST FRANCIS HOSPITAL OF WICHITA, INC. RADIOLOGY DEPARTMENT

NAME:    TURKEY VELMA LOUISE          ROOM: 6089          CASE: B633717
ADDRESS: 124 N SEDGWICK               UNIT: 0089655       FILM: A3173
         WICHITA    KS 67203                              DATE: 01/31/81
AGE: 055 SEX: F    BIRTHDAY: ███████
DR: C T HAGAN                         PART EXAMINED: ABD, CHEST

CHEST:   THE EXAMINATION SHOWS SOME ELEVATION OF THE LEFT HEMIDIAPHRAGM.
THERE ARE BILATERAL DISCOID CHANGES IN THE BASES.   THERE APPEARS TO BE
SOME FLUID ALSO IN THE LEFT BASE. THE REMAINDER OF THE LUNGS ARE CLEAR.
THE HEART IS NORMAL IN SIZE.

IMPRESSION:   BILATERAL DISCOID CHANGES IN THE BASES.   PROBABLE LEFT
              PLEURAL FLUID.

ABDOMEN:   THE BOWEL GAS PATTERN IS NORMAL.   THERE IS SOME MILD CALCIFICATION
OF THE ABDOMINAL AORTA WHICH IS NOT DILATED.   THE LIVER AND SPLEEN ARE
NOT ENLARGED. NO ABNORMAL MASS LESIONS ARE SEEN.   THERE ARE SOME
CALCIFICATIONS IN THE LEFT UPPER QUADRANT OF THE ABDOMEN PROBABLY
CALCIFICATIONS IN THE SPLENIC ARTERY.

IMPRESSION:   ARTHROSCLEROTIC VASCULAR DISEASE.   OTHERWISE NO ACUTE PROCESS
              IS SEEN IN THE ABDOMEN.   RH/LO

Radiology

000036

WP TEC000010026

ST FRANCIS HOSPITAL OF WICHITA,INC   RADIOLOGY DEPARTMENT

NAME:      PURKEY VELMA LOUISE  -         ROOM: 6089          CASE: B633717A
ADDRESS: 124 N SEDGWICK                   UNIT: 0089655       FILM: A3173
         WICHITA    KS 67203                                  DATE: 02/02/81
AGE: 055 SEX: F      BIRTHDAY: ███████
DR: C T HAGAN                             PART EXAMINED: ABD SONOGRAM

THE PATIENT HAS A GOOD DEAL OF ASCITIES.   THERE IS NO EVIDENCE OF ANY
MASSES OFF THE ANTERIOR ABDOMINAL WALL WHICH IS THE BEST AREA TO LOOK
FOR MALIGNANCY.   THIS APPEARS TO BE JUST PLAIN ASCITIES.   THE LIVER
HAS A NORMAL ECHO PATTERN DISPITE THE HISTORY OF SCEROSIS.   NO
OTHER FINDINGS CAN BE SEEN AS ALL THE BOWEL LOOP'S ARE FLOATING TOGETHER
AND OBSCURING ALL THE OTHER STRUCTURES IN THE ABDOMEN.   HIK/LO

Radiology

000037



ST. FRANCIS HOSPITAL
RADIOLOGY DEPARTMENT
M. M. SOMERS, MD, DIRECTOR OF RADIOLOGY

PURKEY          VELMA        L.
Last              First           Int.

Add.   124 N SEDGWICK                      Film No.      S# 11133

Date  02-03-81    Age 55    F    Birth Date 06-21-25    Part Exam.  CT  ABDOMEN

Dr.   HAGAN, CT              Case No.   B# 633717    Room No.    6089



CT findings: Areas of higher X ray absorption than normal are indicated by hatching the respective region, areas having lower absorption by dotting it. Mass displacements and ventricular enlargements are marked by overdrawing the respective structures.

CT Scan

000039



ST FRANCIS HOSPITAL OF WICHITA, INC   RADIOLOGY DEPARTMENT

NAME:      PURKEY VELMA LOUISE                RCOM: 6089              CASE: B633717B
ADDRESS:   124 N SEDGWICK                     UNIT: 0089455           FILM: S11133
           WICHITA      KS 67203                                      DATE: 02/03/81
AGE: 055 SEX: F      BIRTHDAY: ████████
DR: C T HAGAN                                 PART EXAMINED: C.T. ABDOMEN

COMPUTERIZED TOMOGRAPHIC STUDY OF THE UPPER ABDOMEN SHOWS THERE IS BILATERAL
PLEURAL FLUID PRESENT.  THERE IS EXTENSIVE ASCITES PRESENT.  THE LIVER IS
NOT ENLARGED BUT THERE IS DILATATION OF THE BILIARY TREE NOTED.  THE PANCREAS
APPEARS TO BE TOP NORMAL IN SIZE.  THERE IS SOME CALCIFICATION ALONG THE
DORSAL ASPECT OF THE PANCREAS WHICH APPEARS TO LIE WITHIN THE SPLENIC ARTERY
RATHER THAN WITHIN THE PANCREAS ITSELF AT THE LEVEL OF THE JUNCTION OF THE
BODY AND HEAD OF THE PANCREAS.  THERE IS INCREASED BULK WITH ABOUT A 4 CM.
LESION WHICH CONTAINS SOME LOW DENSITY ANTERIORLY.  THE APPEARANCE IS
SUGGESTIVE OF POSSIBLY A MASS OR WITH A CLINICAL HISTORY GIVEN AN AREA OF
EARLY PSEUDOCYST FORMATION  INVOLVING THE PROXIMAL BODY AND HEAD OF THE
PANCREAS.  NO ABNORMAL RETROPERITONEAL PERIAORTIC OR PERICAVAL ADENOPATHY
IS NOTED.  THE KIDNEYS APPEAR NORMAL.  THERE IS CONSIDERABLE ASCITES PRESENT
THROUGHOUT THE ABDOMEN.

IMPRESSION       CONSIDERABLE ASCITES.  PLEURAL FLUID, ENLARGEMENT OF THE
                 HEAD AND PROXIMAL BODY OF THE PANCREAS WITH SUGGESTION OF
                 EARLY PSEUDOCYST.  THERE IS SECONDARY DILATATION OF THE
                 BILIARY TREE NOTED.  CLINICAL CORRELATION AND FOLLOW-UP
                 STUDY ADVISED AS APPROPRIATE.    HZ/DW

000040

WP_PC000010630

ST. FRANCIS HOSPITAL OF WICHITA, INC.
WICHITA, KANSAS

AUTHORIZATION FOR MEDICAL AND/OR
SURGICAL TREATMENT OR PROCEDURE

In re: _Vilma Purkey_ , the undersigned thereby authorizes
(patient)

Dr. _C. T. Hagan_ (and whomever he may designate as his assistants)
to administer such treatment as is necessary, and to perform the following operation or procedure:

_Percutaneous transhepatic cholangiogram_
(Name of operation and/or procedure)

and such additional operations or procedures as are considered therapeutically necessary on the basis of findings during the course of said operation. I also consent to the Administration of such anesthetics as are necessary, with the exception of

_No Spinal_
(None, Spinal Anesthesia, or Other)

_____: Any tissues or part surgically removed may be disposed of by the hospital.

I certify that I have read and fully understand this Authorization, the type or nature of my ailment, the purposes of the proposed treatment or procedure, the alternative modes of treatment, the possible complications and the advantages and possibilities of success, all of which were explained to me by Dr. _C. T. Hagan_. I also certify that no guarantee or assurance has been made as to the results that may be obtained.

Date _2-4_ 19 _81_

Time _9:30_ a.m. / p.m.

Witness _____    Signed: _Vilma Purkey_
                                        (Patient or nearest Relative)

Witness _Dolores Carter VC_
                                        (Relationship)

Authorization must be signed by the patient, or by the nearest relative in the case of a minor; or when patient is physically or mentally incompetent.

01-043                                                    12/24/75; lb

000041                                     WP_PC000010631



ST FRANCIS HOSPITAL OF WICHITA INC  RADIOLOGY DEPARTMENT

NAME:     PURKEY VELMA LOUISE          ROOM: 6089          CASE: B633717
ADDRESS: 124 N SEDGWICK                UNIT: 0089655        FILM: A3173
         WICHITA    KS 67203                                DATE: 02/04/81
AGE: 055 SEX: F    BIRTHDAY: ████████
DR: C T HAGAN                          PART EXAMINED: PERCUTANEOUS HEPATIC

                                                      CHOLANGIOGRAM

THE EXAM WAS DONE BY DR. C.T. HAGAN.  THE NEEDLE WAS PLACED IN THE LIVER USING
STERILE TECHNIQUE.  DR. HAGAN IMMEDIATELY ENTERED A BRANCH OF THE RIGHT
HEPATIC DUCT. CONTRAST WAS INJECTED.  THERE IS MARKED AREA OF NARROWING WHICH
IS BOWED, JUST PAST THE AREA WHERE THE RIGHT AND LEFT HEPATIC DUCTS JOIN.  IT
IS VERY SMOOTH, THERE IS NO IRREGULARITY TO IT.  WE THEN SEE THE DISTAL COMMON
BILE DUCT WHICH IS MOST OF THE DUCT, ABOUT 85 TO 90 PERCENT OF IT, AND THIS
IS NORMAL.  WE NEVER SEE THE GALLBLADDER HOWEVER, OR CYSTIC DUCT.  WE TOOK
DELAYED FILMS WHICH SHOWED THERE IS SOME OBSTRUCTION AND THAT THE DUCT SYSTEM
IS MILDLY DILATED.  THE LESION HAS SEVERAL POSSIBILITIES, THE ONLY BENIGN ONE
OF WHICH WOULD BE THAT THIS IS A LARGE STONE TRAPPED IN THE PROXIMAL DUCT. THIS
IS A RARE AREA AS  THEY ARE USUALLY TRAPPED AROUND THE AMPULLA. THE SMOOTH-
NESS AND LACK OF IRREGULARITY ALONG WITH THE ROUND DEFECT COULD REPRESENT AN
NODE WHICH IS PUSHING IN FROM THE OUTSIDE.  THE FACT THAT WE DO NOT SEE THE
GALLBLADDER WOULD MAKE THE POSSIBILITY OF CARCINOMA OF THE GALLBLADDER, WHICH
HAS METATASIZED TO THE PORTA HEPATIS A VERY STRONG ONE.  DESPITE THE FACT THAT
WE KNOW THE PANCREAS IS ENLARGED ON PREVIOUS EXAMS.  THE DISTAL DUCT DOES NOT
APPEAR TO BE INVOLVED, AND FOR THE WHOLE PANCREAS TO BE INVOLVED THERE
SHOULD HAVE BEEN A CARCINOMA AT THE HEAD OF PANCREAS, WHICH ALSO WOULD
INVOLVED THE DISTAL DUCT.  PRIMARY CARCINOMA OF THE COMMON DUCT ITSELF IS
A POSSIBILITY, HOWEVER IT IS VERY SMOOTH AND DOES NOT APPEAR TO BE IRREGULAR.
IT APPEARS TO BE MORE LIKELY AN EXTRINSIC DEFECT OR DUE TO A SMOOTH DEFECT
WITHIN THE LUMEN.  THE DIFFICULTY WHICH WILL BE ENCOUNTERED WITH THIS LESION,
IS THERE IS PROBABLY NOT ENOUGH COMMON DUCT TO BYPASS OR TO DIVERT. THE BILE
FLOW.  HJK/JA

*Herbert J. Hudson M.D.*

000042                                                    WP_PC000010632

Radiology