Urgent band made

## S. ST. FRANCIS HOSPITAL, WICHITA, KANSAS

| | | |
|---|---|---|
| CASE NO. | 411193 | ROOM 286 $50.00   RES. XX   INT. XX |
| PATIENT | Purkey, Mrs Velma L | DATE OF BIRTH [redacted]   S.S.NO. not avail. |
| ADDRESS | 427 Hiram | PLACE OF BIRTH Kansas |
| CITY & STATE | Wichita, Kansas 67213 | TELEPHONE 264 2902 |
| REASON FOR ADMISSION | Observation | SERVICE Psychiatry |
| CHILD-S, M. W. D. | Divorced   SEX Female   RACE White | AGE 48 |
| RELIGION | Catholic   PARISH-CHURCH SYN. St Joseph | |
| DATE OF ADM. | 7-10-73   TIME 6:15 pm   REGISTRAR Fines/jr | |
| DISMISSED | TIME   CASHIER | |
| FORMER ADM. DATE | 2-3-73   NAME | MAIDEN NAME Johnson |
| PHYSICIAN | Dr TF Morrow | SPECIAL DIET YES   NO X |
| PERSON TO NOTIFY | OL Darling | RELATION Stepfather |
| ADDRESS | 122 N Sedgwick   Bus. 9433257 | PHONE 04 31603 |
| PERSON RESPONSIBLE TO PAY THIS ACCOUNT | Velma L Purkey | RELATION Self |
| ADDRESS | Same   PHONE   Same BANK | |
| COMPANY | None   OCCUPATION Unemployed U | ADDRESS |
| PERSON SUBMITTING ADM. INFORMATION | Case#398545 verified | RELATION |
| ADDRESS | | PHONE |
| INSURANCE: MEDICARE NO. | MEDICAIDE NO. [redacted] | |
| INSURANCE: OTHER | POLICY NO. | IND |
| B. C. - B. S. IDENTIFICATION NO. | GROUP NO. | |
| BENEFIT DATE | EFFECTIVE DATE: | DED.   DIAGN. X-RAY? |
| B. C. OUT OF STATE | ROOM ALLOW. | |
| B. C. MEMBER NAME | E. B. R. | MAJOR MEDICAL: |
| REMARKS: | | U.S. VETERAN YES   NO |

DATE OF DISMISSAL 7-26-73   TIME 12:15 PM

THU JUL 26 1973   FINAL SUMMARY   Utilization Committee Reviewed JUL 16 1973

Diagnosis on Admission (to be completed 24 hours after admission) Depressive Neurosis

Date of onset

Final Diagnosis DEPRESSIVE NEUROSIS ✓

Complications and Wound Infections

Remarks

Consultation With

Condition on Discharge

☐ Recovered   ☑ Improved   ☐ Unimproved   ☐ Not Treated   ☐ Expired   ☐ Autopsy

Service: Surg.   Neuro Surg.   Med.   O. B. Gyn.   Ped.   Urology   Ortho.   E. E. N. T.   Neuropsychiatry

Operations:

### FORMER ADMISSIONS

Date 2-3-73   Case No. 398646   *Thomas T Morrow*
SIGNATURE OF ATTENDING PHYSICIAN

Reviewed for Filing by Medical Records Committee
FORM 01-003

ORIGINAL-1

0034 0064

000043

WC-PC00010524

ST. FRANCIS HOSPITAL
WICHITA KANSAS

NAME OF PATIENT: Purkey Velma L.                           DATE OF ADM:
ATTENDING PHYSICIAN: Dr. Morrow                           DATE OF DIS:
                                                          HOSPITAL NO: 411193

This 41 year old divorced was admitted to St. Francis Hospital open psychiatric section on 7-10-73 with complaints of tenseness and inability to eat and sleep. She was unable to function at home. Medications were of no particular use to her.

Physical examination revealed no notable findings.

CBC; UA; Serology were not remarkable.

Treatment consisted of drug therapy in the form of Elavil 25 mg qid; Prolixin 1 mg tabs 2 at hs; Dalmane 15mg 2 at hs prn for sleep.  In addition she was continued on Inderal 40mg qid; Diuril 500 mg bid; and Aprescline 100 mg qid which she was receiving by prescription from Dr. C.T.Hagan. In the hospital-setting she was able fairly rapidly to gain symptomatic relief.  Some of the situational problems she has were discussed and plans were made for out-patient follow-up care and she was dismissed improved on 7-26-73.

FINAL DIAGNOSIS:            Depressive neurosis.

Dr. Morrow:rp; 8-2-73d; 8-21-73t

000044

ST. FRANCIS HOSPITAL   7 10 73   95
WICHITA, KANSAS   2 NORTHEAST
HISTORY

NAME _____   ROOM _____   BED _____   PURKEY, VELMA L F48W
INFORMANT _____   417193 DR TF MORROW
427 MERAM   HA
7 10 73

| FAMILY | AGE | | HEALTH, IF LIVING OR CAUSE OF DEATH. NOTE ESPECIALLY HEREDITARY OR INFECTIOUS DISEASES |
| | DEAD | LIVING | |
| FATHER | | | |
| MOTHER | | | |
| BROTHERS | | | *See Old Record* |
| SISTERS | | | |
| CHILDREN | | | |

PAST HISTORY STATE HERE DISEASES FROM CHILDHOOD TO DATE, HABITS, MENSTRUAL HISTORY, OPERATIONS, ETC.

*See Old Record*

CHIEF COMPLAINT: Stomach tight, can't eat, can't sleep.

PRESENT ILLNESS: My family is making a nervous wreck out of me. I'm pooped, I don't know what will happen, just know how worried something awful will happen — So tired.
It had been in the hospital in Feb '73 at which time she was treated for a depression. She felt fine when she left, she went to the CMHC day care program and got along there on full day schedule. Then her younger son "started giving me trouble" and she has gone down hill since.

REVIEW OF SYSTEMS:

01-181

SIGNATURE OF HOUSE PHYSICIAN _____
SIGNATURE OF ATTENDING PHYSICIAN _____
CONTINUE ON BACK FOR P. L.   HISTORY

000045

ST. FRANCIS HOSPITAL          7 10 73

PROGRESS RECORD

PUCKEY, VELMA C F48W
427 HIRAM MO
7 10 73

**Admit Note**

A 48 year old woman who has had a considerable trouble over a long period of time. Difficulties with family and her health have been present — longer than the can remember.

She had a short period of unusual functioning following a lost worker but has gone downhill again with a recurrence of depression with many physical symptoms.

She at present is fairly alert. She talks slowly with little real energy or zest. Her main preoccupation is her trouble with her family. She describes repeatedly her feelings, but without real feeling tone — completely lost.

She is oriented in all spheres.

Imp: 1- Depressive reaction

0034 0074

000046

ST. FRANCIS HOSPITAL

PROGRESS RECORD

7 10 73

PUCKEY, VELMA C F48W
411123 DR TF MORROW
427 HIRAM  MA
7 10 73

DATE

*Admit Note*

7/10/73  A 48 year old divorcee who has had considerable trouble over a long period of time. Difficulties with family and her illness have been present — longer than the can remember.

She had a short period of improved functioning following her last visit with [Dr.] but has gone downhill again with a recurrence of depression with many physical symptoms.

She at present is fairly alert. She talks slowly with little real energy or push. Her main pre-occupation is her trouble with her family. She describes repeatedly her feelings of interest and speaks carefully loss.

She is oriented in all spheres.

Imp: 1- Depressive Neurosis

0034 0074

000047

Urgent Band Made

ST. FRANCIS HOSPITAL, WICHITA, KANSAS

| | |
|---|---|
| CASE NO. | 423489    ROOM 2NW#3 $55.00 RES. |
| PATIENT | Purkey, Mrs. Velma L.    DATE OF BIRTH ▓▓▓    s.s 20 No t Avail |
| ADDRESS | 427 Hiram    PLACE OF BIRTH Kansas |
| CITY & STATE | Wichita, Kansas    67213    TELEPHONE 264-2902 |
| REASON FOR ADMISSION | Observation    SERVICE Psychiatry |
| CHILD-S. M. W. D. | Divorced    SEX Female    RACE White    AGE 48 |
| RELIGION | Catholic    PARISH CHURCH SYN. St. Joseph's |
| DATE OF ADM. | 12-18-73    TIME 5:20 PM    REGISTRAR Wolfe/sw |
| DISMISSED | TIME    CASHIER |
| FORMER ADM. DATE | 7-10-73    NAME    MAIDEN NAME Johnson |
| PHYSICIAN | Dr. T. F. Morrow    SPECIAL DIET YES    NO |
| PERSON TO NOTIFY | O. L. Darling    RELATION StepFather |
| ADDRESS | 122 North Sedgwick Bus. 943-3257    PHONE 943-1603 |
| PERSON RESPONSIBLE TO PAY THIS ACCOUNT | Mrs V. L. Purkey    RELATION Patient |
| ADDRESS | Same    PHONE    Same BANK |
| COMPANY | None    OCCUPATION    Unemployed |
| PERSON SUBMITTING ADM. INFORMATION | Case# 411193    Verified By    RELATION Patient |
| ADDRESS | Same    PHONE    Same |
| INSURANCE MEDICARE NO. | MEDICAIDE NO.    YPM |
| INSURANCE OTHER | POLICY NO.    CP ☐    IND ☐ |
| B. C. — B. S. IDENTIFICATION NO. | GROUP NO. |
| BENEFIT DATE | EFFECTIVE DATE    DED.    DIAGN. X-RAY? |
| B. C. OUT OF STATE | ROOM ALLOW. |
| B. C. MEMBER NAME | E. & R.    MAJOR MEDICAL |
| REMARKS | Pt. want to be moved to a semi room with stool VETERAN YES    NO |
| DATE OF DISMISSAL | 1-10-74    TIME |

(THU JAN 10 1974  FINAL SUMMARY  23days)  UTILIZATION COMMITTEE REVIEW JAN 2 1974

Diagnosis on Admission (to be completed 24 hours after admission)

Date of onset

Final Diagnosis    ACUTE ALCOHOL INTOXICATION
DEPRESSIVE NEUROSIS
HYPERTENSIVE CARDIOVASCULAR DIS.

Complications and Wound Infections

Remarks

Consultation With C. T. Hayes

Condition on Discharge

Recovered #1    Improved    Unimproved    Not Treated    Expired    Autopsy

Service: Surg.    Neuro Surg.    Med.    O. & Gyn.    Ped.    Urology    Ortho.    E. E. N. T.    Neuropsychiatry

Operations

FORMER ADMISSIONS

Date 7-10-73    Case No. 411193    SIGNATURE OF ATTENDING PHYSICIAN

Reviewed for Filing by Medical Records Committee
FORM 01-003

ORIGINAL-1

000048    WP_PC000040



Form SC-996

Date: March 4, 1974

ST. FRANCIS HOSPITAL

MEDICAL RECORDS

929 N. Emporia
Wichita, Ks. 67214

RE: VELMA PURKEY

ATT: RITA PHELAN
This is my authorization to release any medical information that may be requested
by the Director of the Sedgwick County Department of Social Welfare, or his rep-
resentative.

CONFIDENTIAL

Signed: Velma Purkey

PATIENT'S NAME: Purkey, Velma L.                              HOSP. NO: 423489
ADDRESS:                                                      DATE OF ADM: 12-18-73
ATTENDING PHYSICIAN:   Dr. T. F. Morrow                       DATE OF DIS:

DISCHARGE SUMMARY:
*******************

This 48 year old divorced woman admitted to St. Francis Hospital psychiatric section 12-18-73. She was extremely nervous, feeling very bad. She is having trouble sleeping and eating and she reached a point at home where she could no longer care for herself. She gave a history of increasing intake of alcohol for a period of a few weeks. This along with situational factors resulted in her finally getting down.

PHYSICAL EXAMINATION: Revealed woman who appeared both acutely and chronically ill. Face was edematous, blood vessels over the cheeks were notably prominent, blood pressure was 140/100.

LABORATORY STUDIES: Including CBC, UA, serology, SMA 12 revealed a RBC of 3.8, MCV 110, MCH 37, abnormalities in potassium, chlorides, carbon dioxide which when repeated about 8 days later showed notable improvement with still some borderline findings on blood studies. Patient has been under care C. T. Hagan and she was seen by him for review of a medical condition here. Treatment consisted of supportive care in the hospital setting with drug therapy in the form of Hygroton 50 mg daily, Indural 40 mg q.i.d. and Teractan 25 mg prn orally.

Patient improved physically and to some extent psychologically. The patient's performance outside of the hospital has been quite borderline with her being in continuous difficulties and unable to function much beyond minimal housekeeping and self care. She was unable to make any very positive steps towards her care. She did decide that she wanted to try herself at home again. She was dismissed improved with final diagnosis of: 1) Acute alcohol intoxication. 2) Depressive neurosis. 3) Hypertensive cardiovascular disease.

Dr. T. F. Morrow/LS 1-21-74d/2-8-74t

000050

**ST. FRANCIS HOSPITAL**
**WICHITA, KANSAS**
**HISTORY**

12 18 73    2 NORTHWEST

PURKEY, VELMA L  F48W
DOG 3489 T.P.  MORROW
427   HIRAM  MA
12-18-73

**NAME**

**INFORMANT**

| FAMILY | AGE | | HEALTH, IF LIVING OR CAUSE OF DEATH, NOTE ESPECIALLY HEREDITARY OR INFECTIOUS DISEASES |
|---|---|---|---|
| | DEAD | LIVING | |
| FATHER | | | |
| MOTHER | | | |
| BROTHERS | | | *See prev. record* |
| SISTERS | | | |
| CHILDREN | | | |

**PAST HISTORY STATE HERE DISEASES FROM CHILDHOOD TO DATE, HABITS, MENSTRUAL HISTORY, OPERATIONS, ETC.**

*See prev. record*

**CHIEF COMPLAINT**  "I feel awful"

**PRESENT ILLNESS**  For several weeks now pt says she has been having trouble eating and sleeping. In the past few days she has been feeling worse to the point she could no longer go on. She reports she has been drinking and that her condition has been worsened by this.

**REVIEW OF SYSTEMS:**

CNS - headache
CR - high blood pressure, under medication
GI - stomach upset, no eating
GU - WR

**SIGNATURE OF HOUSE PHYSICIAN**

000051

**ATTENDING PHYSICIAN**

WP_PC00001041

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

**PHYSICAL EXAMINATION**

12·18·73    2 NORTHWEST

PURKEY, VELMA L.  F48W
423489  T.F.  MORROW
427  HIRAM  MA

FULL NAME _____

HEIGHT _____  WEIGHT _____  TEMP. ___  88  12·18·73  B.P. 140/100

OUTLINE TO BE FOLLOWED:    AVOID SUCH TERMS AS "NORMAL" AND "NEGATIVE"

A. HEAD:
   EYE, EAR, NOSE,
   THROAT,

B. NECK:

C. CHEST:
   INSPECTION,
   PALPATION,
   PERCUSSION,
   AUSCULTATION,

D. HEART:
   B/P, POSITION
   SIZE, RATE,
   MURMURS,

E. ABDOMEN:
   INSPECTION,
   PALPATION,
   PERCUSSION,

F. GENITO-URINARY,

G. EXTREMITIES & SPINE,
   EDEMA, VARICOSITIES,
   BONES, JOINTS,

H. NERVOUS:
   REFLEXES, SENSATION,
   MUSCULAR MOVEMENT,

I. SKIN & GLANDS:

J. SPECIAL

GENERAL APPEARANCE: A W/d _____ W/W woman who appears quite ill, face flushed and swollen.

P constricted. React sluggishly. Hydration ____ Normal.

Clear

____

Soft. Non tender. BS present

No deformities

DTRs active + = Plantars ○/○

face flushed, vessels ____ cheeks prominent

IMPRESSION:
1 — Acute Alcoholism
2 — Depressive Neurosis
3 — Hypertensive CV disease

DATE 12/19/73

EXAMINED BY _____ M.D.

Urgent Band Made    ST. FRANCIS HOSPITAL, WICHITA, KANSAS

| | | | | |
|---|---|---|---|---|
| CASE NO. 471281 | ROOM 294/$67/00 | REG. XX | | INT. XX |
| PATIENT | Purkey, Mrs. Velma L. | DATE OF BIRTH ▓▓▓ | S.S.NO. Not Avail. | |
| ADDRESS | 134 North Charles | PLACE OF BIRTH Kansas | | |
| CITY & STATE | Wichita, Kansas 67203 | TELEPHONE None | | |
| REASON FOR ADMISSION Observation | | | SERVICE Psychiatry | |
| CHILD-S. M. W. D. Divorced | SEX Female | RACE White | AGE 50 | |
| RELIGION Catholic | PARISH-CHURCH-SYN. St. Joseph | | | |
| DATE OF ADM. 8-13-75 | TIME 5:00 PM | REGISTRAR Mmeds/am | | |
| DISMISSED | TIME | CASHIER | | |
| FORMER ADM. DATE About one Year ago | NAME | MAIDEN NAME Johnson | | |
| PHYSICIAN Dr. T. Morrow | | SPECIAL DIET YES    NO | | |
| PERSON TO NOTIFY O.L. Darling | | RELATION Step-Father | | |
| ADDRESS 122 North Sedgwick Wichita,Kansas1 | | PHONE 943 1603 | | |
| PERSON RESPONSIBLE TO PAY THIS ACCOUNT Mrs. Velma L. Purkey | | RELATION Patient | | |
| ADDRESS Same | PHONE Same | BANK | | |
| COMPANY None | OCCUPATION | ADDRESS | | |
| PERSON SUBMITTING ADM. INFORMATION Mrs Velma L. Purkey | | RELATION Pateint | | |
| ADDRESS Same | | PHONE Same | | |
| INSURANCE: MEDICARE NO. | MEDICAIDE NO. XX PT | | | |
| INSURANCE: OTHER | POLICY NO. | GP ☐ | IND ☐ | |
| B. C. - B. S. IDENTIFICATION NO. | GROUP NO. | | | |
| BENEFIT DATE | EFFECTIVE DATE | DED. | DIAGN. X-RAY? | |
| B. C. OUT OF STATE | ROOM ALLOW. | | | |
| B. C. MEMBER NAME | E. B. R. | MAJOR MEDICAL: | | |
| REMARKS: | | U.S. VETERAN YES    NO | | |

DATE OF DISMISSAL 9-5-75    FRI SEP 5 1975    TIME 12⁴⁵ PM

NO. OF DAYS: 23

AUG 1 8 1975

PHYSICIANS DATA    UTILIZATION COMMITTEE REVIEW

Final Diagnosis (List In Order of Importance):

*Non-psychotic OBS due to Alcohol Dis*

*OTHER ALCOHOLIC HALLUCINOSIS*

Secondary Diagnosis or Complications: *EPISODIC EXCESSIVE DRINKING*

Operations or Procedures:

Delivery:

| Discharged: | Recovered: | Improved: | Unimproved: | Not Treated: | Left Ama: | Expired: | Autopsy: | Coroner's Case |
|---|---|---|---|---|---|---|---|---|
| Service: | Surgery: | Neuro Surgery: | Medicine: | OB-GYN: | Urology: | Orthopedics: | Eye: | Ent: |
| | Psychiatry | Neurology | Pediatrics | | | | | |

Consultant(s):

Surgeon(s):

FORMER ADMISSION DATE: 5-29-74    CASE NO. ▓▓▓225

Approved    Reviewed by Medical Records and/or Audit Committee    Date 11/20/7?    Signature of Attending Phy ___    WP_PC000010591

000053    ORIGINAL-1

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
SOCIAL SECURITY ADMINISTRATION

Form Approved.
OMB No. 72-R0864

## GENERAL AUTHORIZATION FOR MEDICAL INFORMATION

I hereby authorize any physician, hospital, agency or other organization to disclose to the Social Security Administration or to the State agency that may review my application for disability benefits under the Social Security Act, any medical records or other information about my disability.

_Velna L. Purkey_      6 - 21-76

SIGNATURE OF CLAIMANT (Or person acting on his behalf)      (Date)

122 N. Sedgwick

STREET ADDRESS

Wichita, Kansas  67203      943-1603

CITY    STATE    ZIP CODE    PHONE

Velna L. Purkey     ████████

Name and Social Security Number of Wage Earner (Please print or type)

*Copied*
*71251 - H+P*
*DS on 7/15/76*
*SC.*

| | a. ADMISSION DATE(S) | b. DISCHARGE DATE(S) | c. (Give any necessary additional data such as Bldg., clinic, patient no., etc.) |
|---|---|---|---|
| IDENTIFYING INFORMA-TION FOR HOSPITALS | | | ☒ IN-PATIENT ☐ OUT-PATIENT |
| | d. BIRTH DATE | | e. NAME AND ADDRESS AT TIME OF ADMISSION (if different) |

FORM SSA-827b (10-71)

000054

WP: PC000010592

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

NAME OF PATIENT:        Purkey, Velma L.          HOSPITAL NO.:   471281
ATTENDING PHYSICI. .    Dr. T. Morrow             DATE OF ADM.:   8-13-75
                                                  DATE OF DIS.:   9-5-75

DISCHARGE SUMMARY:
*******************

HISTORY:            This 50 year old divorced woman was admitted to the open psychiatric
service 8-13-75 after an office interview. There she was quite troubled, speech was thick,
slurred. She reported a series of difficulties with her family and acknowledged that she
had been drinking. She was hospitalized.

PHYSICAL EXAM:      Revealed no abnormal findings.

LAB:                Laboratory studies including a CBC, UA, serology revealed no abnormal-
ities. SMA 12 showed a cholesterol of 319, total bilirubin 1.3, aikaline phosphatase 131,
LDH 205 and SGOT of 94. 2-hour blood sugar was 136. Pap smear revealed no abnormal findings.
A series of urine tests for sugar and acetone were all negative.

HOSPITAL COURSE:         Treatment consisted of supportive hospital care. With Taractan 25 mg
I.M. prn. Two days after admission the patient began to experience visual hallucinations,
was very restless and it was necessary to transfer her to IPCU. The worse condition cleared
in the course of 4 days and she was returned to the open section. As she improved, plans
were made for follow up outpatient care including her living at a halfway house. She was
dismissed pending completion of these arrangements. Final diagnosis was; 1. alcoholic
hallucinosis.

Dr. T. Morrow/pa/9-25-75D/9-30-75T

0034 0124

000055

ST. FRANCIS HOSPITAL

**PROGRESS RECORD**

NAME _Purkey_   ROOM _____ BED _____

8 20 75   085   3
2-NORTHEAST

PURKEY, VELMA L. MSOW
471281 DR T MORROW
1 Bottom NORTH CHARLES   MA
1

| DATE | |
|------|---|
| 8/21 | P- Drinking & Can't keep things straight — even yesterday spread a Drusty thing in front of her — Upset at family & making a promise of no more drinking — Moved from ICU on 8/9. Up and about — taking some interest in herself. Very anxious — but open to talking about half way house. — Hallucinations cleared. Considerable apprehension (Probably still related to drug withdrawal). — Will start planning for possible placement in half way house. |
| 8/25/75 | Pt has not fully accepted the plan proposed to have her go to a half-way house for alcoholics. She continued to need medication, close control of the Hospital, and further counselling on a daily basis. In my opinion, it would be wise for her to remain here until her regular psychiatrist returns on 9/2/75. |

PROGRESS RECORD

01-308

000056   0034 0139   WP-P-00001000