# ST. JOSEPH MEDICAL CENTER
360 EAST HARRY • WICHITA, KANSAS 67218

A 494981

| EL | URG | EMG | DNS | | | SM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | X | | | | | | | |

| PATIENT NAME | PHYSICIAN | PHY CD | PHYSICIAN | PHY CD | NURSE UNIT | ROOM NO. | BD | ACC CD | ADMISSION DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| Purkey, Velma L | J Morgan | 157 | | | 07 | 308 | A | S | 5 31 80 | 13:35pm |

| BIRTH DATE | AGE | RACE | SEX | MARITAL STATUS | DEP. | RELIGION-PARISH-CHURCH-SYN. | REL CD | CH | CD | BAPTIZED YES / NO | CO. | CO | CD | FIN | CODE BC | DISMISSAL DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | 54 | W | F | D | | Catholic | C | 1440 | | X | SG | 087 | | | | JUN 3 0 1980 | |

| PATIENT ADDRESS (IF DIFFERENT THAN RESP. PARTY.) | VET YES / NO | PREV. ADMISSION & NAME THEN | FATHER'S NAME | MOTHER'S MAIDEN NAME | PATIENT'S SOC. SEC. NO. |
|---|---|---|---|---|---|
| | X | yes | dec | dec | ███ 33 |

| RESPONSIBLE PARTY | RELATION | ADDRESS | RESP. PARTY SOC. SEC. NO. | |
|---|---|---|---|---|
| Velma L Purkey | pt | 122 N XXXXXX Sedgwick, Wichtia KS 67213 | same | 943 1603 |

| EMPLOYER OF RESPONSIBLE PARTY | ADDRESS | LENGTH OF SERVICE | HOURLY | SALARY | PEN NO. OR POSITION | PHONE |
|---|---|---|---|---|---|---|
| none | | | | | | |

| SPOUSE OF RESPONSIBLE PARTY | EMPLOYER | OWN | RENT |
|---|---|---|---|
| div. | | | |

| NEXT OF KIN | RELATION | DAY PHONE | NIGHT PHONE | OTHER FAMILY MEMBERS ADMITTED |
|---|---|---|---|---|
| Ol Darling | st/fa | 943 1603 | same | family |

| NOTIFY IN CASE OF EMERGENCY | DAY PHONE | NIGHT PHONE | OTHER PERSON TO CALL IN EMERG. | REL | PHONE |
|---|---|---|---|---|---|
| same | 26244501 | same | Gary Purkey | son | no phone |

| INJURED ON JOB YES / NO | DATE OF ACCIDENT | RESPONSIBLE PARTY INSURANCE | SPOUSE INSURANCE | OTHER |
|---|---|---|---|---|
| X | | none | | |

| PATIENT INSURANCE INF. RESP. PARTY / SPOUSE / OTHER | PERSONAL REFERENCE | ADDRESS | PHONE |
|---|---|---|---|
| XXX | | | |

| TYPE OF SERVICE | HOUSE OFFICER | HO | CD | ADMITTING DIAGNOSIS | ADM CD | OVERRIDE CD | PREPARED BY |
|---|---|---|---|---|---|---|---|
| M | | | | alcoholic | ALC XAX | | sam |

## PHYSICIAN'S DATA

**PROVISIONAL DIAGNOSIS (TO BE COMPLETED WITHIN 24 HOURS AFTER ADMISSION)**

Alcoholism manifested by acute & chronic obuse & personality changes.

**FINAL DIAGNOSIS:**

Same

CODE NO.

303.91
310.1
535.5

**SECONDARY DIAGNOSIS OR COMPLICATIONS:**

Gastritis

**OPERATIONS: (IF ANY)**

1600

| CONSULTANT | SURGEON |
|---|---|
| | |

**DISPOSITION OF PATIENT**

| ALIVE | DEATH | AUTOPSY |
|---|---|---|
| ✓ | | |

| ST. JOSEPH HOSPITAL AND REHABILITATION CENTER THIS RECORD | THIS IS TO CERTIFY THAT I HAVE CAREFULLY REVIEWED THIS PATIENT'S ATTACHED RECORDS AND TO THE BEST OF MY KNOWLEDGE FIND THEM TO BE ACCURATE AND COMPLETE. |
|---|---|
| REVIEWED | APPROVED | |

MEDICAL RECORDS COMMITTEE

ATTENDING PHYSICIAN

G - 293 REV. 2 - 76

**SUMMARY SHEET**

000057

WP_PC000010325

PURKEY, Velma
308-A
A494981
HISTORY AND PHYSICAL

CHIEF COMPLAINT:  Alcoholism.

This patient was here approximately two years ago and spent a month's time on the ATU Unit.  As I recall, she had quite a lot of difficulty with delerium tremens during that hospitalization.  She reminds me that she left several times but came back. She did finally finish the course.  She has gotten back on the drinking heavily recently, but has had no other serious problems.  See old chart for details.

PAST HISTORY:  See old chart.

FAMILY HISTORY:  See old chart.

REVIEW OF SYSTEMS:
Head — No complaints.
EENT — No complaints.
GI — No complaints.
GU — No complaints.
Cardiorespiratory — No complaints.

PHYSICAL EXAMINATION:  Slender white female in no acute distress.

Head — Negative.

EENT — Negative.

Neck — No abnormalities.

Chest — Clear to auscultation and percussion.  Good mobility of the diaphragm.

Heart — Regular rate and rhythm.

Abdomen — Spleen and kidneys not palpable.  Liver is two fingerbreadths below the right costal margin.  No hernias.

Pelvic and rectal — Not done.

Neurological — Negative.

Musculoskeletal — Negative.

IMPRESSION:  1.  Fatty liver secondary to alcoholism.
             2.  Alcoholism manifested by acute and chronic abuse and personality change.

J. Morgan, M.D./mlr
Dict 6-1-80

16.0

000058

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS 67218

1 June '80 Dr. A.T.N. 2 yrs ago.
will get old chrt. Pt OK now.
Undergoing withdrawal.
Symptoms alcoholism [illegible] withdrawal
Plan [illegible] [illegible] [illegible]
ATU program

| | |
|---|---|
| PURKEY, | Velma L. 308-A A494981 |
| 6-2-80 | This patient is still experiencing some withdrawal problems but is having no new complaints. Will continue the de-toxification treatment on her. |
| | J. Morgan, M.D./mlr Dict 6-3-80 |

| | |
|---|---|
| | PURKEY, VELMA L. 308-A #494981 J. MORGAN, M.D. |
| 6-3-80 | This patient is still experiencing some withdrawal complaints. We won't give her her clothes today. She appears to be somewhat better than yesterday but has some stomach pains and belching. We'll try some Bentyl and see how she does. She says that she is quite nervous and feels like crying. Her physical examination remains unchanged. Dict. 6-3-80/bkk J.MORGAN, M.D. |

Patient Identification

PURKEY VELMA L 494981
F 54 J Morgan
[redacted] [redacted]

1611

FORM G-5

WP_PC000010327

PROGRESS NOTES

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS 67218

PURKEY, VELMA L.        308-A        #A 494981

6/4/80    She seems to be settling down a little bit more today.  If she improves we will let her start the program tomorrow.

DR. JAMES MORGAN        /st

6/5/80    PURKEY, VELMA L.        308        494981

This patient appears to be reasonably settled down today.  She is alert and cooperative and has a smile on her face.  We will let her have her clothes and begin meetings.  She desires to have a pelvic and pap exam which we will do next week.

DR. JAMES MORGAN/mr

Patient Identification

PURKEY VELMA L        494981
F 54 J Morgan

1612

000060

WP_PC000010328

FORM G-5

PROGRESS NOTES 308

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS 67218

PURKEY, VELMA L.    308-A    #A 494981

6/7/80

This patient appears to be doing everything she can to get out of this treatment unit this weekend on a pass. She states she has to go to church on Sunday and that she has to go home and get some clothes and she has to do this and she has to do that. I talked to her at length in Ray's office and temporarily signed a pass provided that she talk to Ray. Later in the morning Ray and I talked and we tore the pass up and did not grant her permission to leave the hospital. We felt she was using every kind of an excuse to get out and that she was not quite ready to leave at this time. She was upset about this but I feel in general, this was the best thing to do.

DR. JAMES MORGAN    /st

PUrkey, Velma L.    306-A    494981    J. Morgan, M.D.

6-10-80

Breast exam was normal bilaterally. Pelvic was done and was found to be within normal limits. Pap test was done and report will be checked on at a later date. Rectal exam is normal.

Patient Identification 308 Purkey

PURKEY VELMA L    494981
F 54 J Morgan

000061

WP_PC000010329

PROGRESS NOTES

FORM G-5

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS 67218

| 6-13-80 | Shipley scores: VQ: 73 |
| | AQ: 78 |
| | CQ: 104 |

6/13/80    PERKINS, VELMA    306    494981

ATU STAFF NOTE

SOCIAL: Is treatment-wise, is not making much progress, not thinking clearly and is confused.

DR. D. L. TRUDEAU/JLP/mr  6/13/80

6/23/80    PURKEY, VELMA    222    494981    DR. JAMES MORGAN

This patient is complaining of abdominal pain. Will get an upper GI. and a gallbladder on her.

DR. JAMES MORGAN/mr

Patient Identification

1614

PURKEY VELMA L    494981
F 54 J Morgan



ACHL 3B    WP_PC000010330

PROGRESS NOTES 308

000062

FORM G-5

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS 67218

| 6/24/80 | PURKEY, VELMA L.    222 A    494981 |
| | This patient complains of back and abdominal pain. She had her gallbladder x-ray this morning.  She is quite upset emotionally and I tried to calm her down. Hopefully she will get some relief after her x-rays and she gets calmed down. |

DR. J. MORGAN/mr  6/24/80

PURKEY, Velma L.    222-A    A494981    ATU STAFF NOTE

| 6-27-80 | SOCIAL:  Will be discharged Monday.  Has madeno significant progress.  Has good sponsors in AA. |

D. Trudeau, M.D. by JLP/mlr    Dict 6-27-80

Patient Identification  Bob Purkey

1615

PURKEY VELMA L    494981
F 54 J Morgan

000063

WP_PC000010331

PROGRESS NOTES

FORM G-5

ST. JOSEPH MEDICAL CENTER
WICHITA, KANSAS 67218

PIRKEY, VELMA          494981                    J. MORGAN, M.D.

DISCHARGE SUMMARY:

This patient was admitted voluntarily to the ATU for treatment of alcoholism.

She states that she was here approximately 2 years ago for a month long stay.

At that time, she had quite a lot of difficulty with DTs. The patient's old

chart was unable to be obtained.

Laboratory evaluation: The patient's blood chemistry showed an LDH of moderate

elevation, 222, and cholesterol of 355. Routine blood and urine was essentially

within normal limits. EKG was normal for her age. Chest X-ray was within

normal limits. Pap test revealed a Class I negative test. X-rays of her

gallbladder and Upper GI were performed and normal.

Consultation was made by Dr. Babb for evaluation. This is a routine evaluation

showing her cognitive abilities to be in the lower 10% of the general population

and her age group. She has a psychological attitude of distrust and alienation.

She is one to manipulate others. No other suggestions were made on psychological

evaluation. She had no other consultation.

Hospital Course: The patient was quite jumpy during her hospitalization and had

a lot of abdominal complaints. This was when her gallbladder and Upper GI were

done. It was felt that probably she did have gastritis. She was very unsure of

herself on dismissal. She was dismissed to be followed in the AA program and

counselling.

Dismissal diagnosis: Alcoholism in remission.

                     Gastritis.

Prognosis: Fair.

                                    J. MORGAN, M.D. Dict. 7-31-80 fr

Patient Identification

1610

FORM G-5

000064

PROGRESS NOTES
WP_PC000010332

WICHITA, KANSAS
67218

Consulting Service or Physician _____

Report requested regarding _____ _Kovot_

_____

_____

Signature of attending Physician

## REPORT

Findings, Diagnosis and Recommendations:

D.O.B ▓▓▓▓▓▓▓

MMPI

481"3297'06-5
F—L/K

velma L. Purkey is a 54 yr old Female referred for psych. Testing as part of routine admission orders on the ATU. Date of Testing 6/12/80.

Intellectual Test Data: VQ 73, AQ 78, CQ 104. This reflects cognitive abilities is the lower 10% of the general population in her age group.

Personality Testing suggests an early established attitude of distrust of other people & an overriding feeling of alienation from the general social environment. Pts with such profiles are apt be quite selfish and self centered & demanding & critical of others. The latter may well be present in a passing way utilizing guilt To manipulate others. One way of avoiding facing psych problems and manipulating others is apt To involve complaints about somatic problems. In interacting with her This latter area should be avoided. Pt is also apt To project blame for various problems onto other people & or uncontrollable circumstances.

Patient Identification

Signature of Consultant

Date: 6/70/40

Y Z Burgle

1617

000065

orm G-8  Rev 3-75

WP PC000010333
CONSULTATION RECORD

St. Joseph Medical Center

Wichita, Kansas

## ATU ADMISSION AND ASSESSMENT

Admission from  ☒ ER  ☐ Admitting    ☐ Allergies _NKA_

☒ Ambulatory  ☐ W.C.  ☐ Cart    Dentures:  ☐ Upper  ☒ Lower  ☐ Partial  ☐ None

Date _5-31-80_    Time _245_ A.M. / P.M.

No. of previous ATU admissions _2_ _last here 1978_    Prosthesis:  ☐ Glass eye _____  ☐ Contacts

Temperature _____  Pulse: Apical ____  Radial ____  ☒ Glasses  ☐ Limb  ☐ Hearing Aid

Respirations _____  BP _____    Values to safe _NO_  Env. No. ____  ☐ With relatives

Height _5'4"_  Weight _____    Religion _Catholic_  Baptised  ☒ Yes  ☐ No    ☐ None

Medications in possession:
_Nitrostat 1/150 gr, prn_
_Inderal 40 mg tid_

Communion  ☐ Yes  ☒ No

Disposition of medications:  ☐ To Pharmacy for identification    Taken home:  ☐ Yes  ☐ No

By whom _____

_S Hawkins Rn_    _5-31-80_    Relationship _____

Signature    Date

### To be completed by R.N. or L.P.N. upon admission

Any discomfort? _Stomach pains very nervous_

Reason for admission — Pt.'s own concept: _____
_alcoholic_

Current Medications: _Inderal 40 mg tid Nitrostat prn_

Hx. of Drug Abuse _Valium 5mg - maybe 5 of them in the last wk 1 this am_

Age _____

What problem is drinking causing for you? _____
_everything_

When did you start drinking? _1952 heavy drinking_

What kind of liquor do you drink? _everything bourbon_

Longest period of sobriety in last 6 months? _____
_none_

How often and how much do you drink at the present?
_1 qt everyday_

Past treatment for alcoholism: _____
_worked @ Dee's halfway house_

Circle appropriate responses:

SKIN — rash, drainage, lesions, bruises, lacerations, scars, pruritus, abnormal color or turgor, (no present problem noted)

MUSCULAR — skeletal — paralysis, (tremor, numbness, movement impairment, (leg pain,) tenderness, no problem noted

URINARY SYSTEM — dysuria, frequency, hematuria, nocturia, incontinence

G.I. TRACT — (nausea,) vomiting, bleeding, diarrhea

PAST Hx. — epilepsy, (diabetes, hypertension,) arthritis, kidney, nervous disorder, (heart) GYN _Need Pap_ _borderline diabetic_

WITHDRAWAL ASSESSMENT:

Level of Consciousness — alert, (drowsy,) comatose, semi-comatose, oriented, disoriented, (obviously intoxicated)

Blood Alcohol Level — _____

PAST Hx — Withdrawal seizures, DT's, (frequent blackouts,) (passouts,) withdrawal severity

Amount consumed day of admission _1 pint_

Last time patient was dry _last September or first October_

Signature _____    Date

_SRS Form Completed_

Patient Identification

PURKEY VELMA L    494981
F 54 J Morgan

ATU ADMISSION AND ASSESSMENT

ACHL 3B

**000066**

WP_PC000010367

P—528

MAR 11 1981

**KANSAS STATE DEPARTMENT OF HEALTH AND ENVIRONMENT**
VITAL STATISTICS
## CERTIFICATE OF DEATH

LOCAL FILE NUMBER: 6.50-594

STATE FILE NUMBER: -81-003188

| DECEDENT—NAME | FIRST | MIDDLE | LAST | SEX | DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|---|
| | Velma | Louise | Purkey | Female | Feb 28, 1981 |

| AGE—Last Birthday (Yrs.) | UNDER 1 YEAR MOS : DAYS | UNDER 1 DAY HOURS : MINS | DATE OF BIRTH (Mo., Day, Yr) | RACE—(e.g. White, Black, American Indian, etc) (Specify) | ORIGIN OR DESCENT (Specify) | (e.g. Italian, Mexican German, Puerto Rican, English, Cuban, etc) |
|---|---|---|---|---|---|---|
| 55 | | | [redacted] | White | American | |

| COUNTY OF DEATH | CITY, TOWN OR LOCATION OF DEATH | HOSPITAL OR OTHER INSTITUTION—Name (If not in either, give street and number) | IF HOSP OR INST indicate DOA, OP Emer. Rm., Inpatient (Specify) |
|---|---|---|---|
| Sedgwick | Wichita | St. Francis Hospital | Inpatient |

| STATE OF BIRTH (If not in U.S.A. name country) | CITIZEN OF WHAT COUNTRY | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify) | SURVIVING SPOUSE (If wife, give maiden name) | WAS DECEDENT EVER IN U.S. ARMED FORCES? (Specify Yes or No) |
|---|---|---|---|---|
| Kansas | USA | Divorced | None | |

| SOCIAL SECURITY NUMBER | USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) | KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| [redacted] | Ret. Clerk | Boeing |

| RESIDENCE—STATE | COUNTY | CITY, TOWN OR LOCATION | STREET AND NUMBER | INSIDE CITY LIMITS (Specify Yes or No) |
|---|---|---|---|---|
| Kansas | Sedgwick | Wichita  67203 | 124 No. Sedgwick | Yes |

| FATHER—NAME First | Middle | Last | MOTHER—MAIDEN NAME First | Middle | Last |
|---|---|---|---|---|---|
| Ernest | Johnson | | Sue | Haberthier | |

| INFORMANT—NAME (Type or Print) | MAILING ADDRESS  STREET OR RFD NO | CITY OR TOWN  STATE  ZIP |
|---|---|---|
| Mr. O. L. Darling | 122 No. Sedgwick | Wichita, Ks. |

| BURIAL, CREMATION, REMOVAL, OTHER (Specify) | CEMETERY OR CREMATORY—NAME | LOCATION  CITY OR TOWN  STATE |
|---|---|---|
| Burial | Calvary Cemetery | Wichita, Ks. |

| FUNERAL SERVICE LICENSEE & LICENSE NO (Signature)  139 | NAME OF EMBALMER & LICENSE NO | NAME & ADDRESS OF FIRM |
|---|---|---|
| Jack M Cutter | John Harr 2764 | Downing & Lahey |

| 21a To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated (Signature and Title) | 22a On the basis of examination and/or investigation in my opinion death occurred at the time, date and place and due to the cause(s) stated (Signature and Title) |
|---|---|
| Gilligan MD | |

| 21b DATE SIGNED (Mo., Day, Yr.) | 21c HOUR OF DEATH | 22b DATE SIGNED (Mo., Day, Yr.) | 22c HOUR OF DEATH |
|---|---|---|---|
| 3/6/81 | 8:10 A.M. M | | M |

NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print)  21d

22d PRONOUNCED DEAD (Mo., Day, Yr.)  22e PRONOUNCED DEAD (Hour)

NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER OR CORONER) (Type or Print)  23
P. T. NAGAN — 959 N. Emporia  Wichita Ks

| REGISTRAR  24a (Signature) | DATE RECEIVED BY REGISTRAR (Mo., Day, Yr) |
|---|---|
| Patricia A. Launer | 24b MAR 9 1981 |

| 25 PART I | IMMEDIATE CAUSE | (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c)) | Interval between onset and death |
|---|---|---|---|
| (a) | intra abdominal cancer Metastasis | | 6 wk |
| DUE TO, OR AS A CONSEQUENCE OF (b) | Cancer of pancreas | | 1 yr |
| DUE TO, OR AS A CONSEQUENCE OF (c) | | | |

| PART II | OTHER SIGNIFICANT CONDITIONS—Conditions contributing to death but not related to cause given in Part I (a) | AUTOPSY (Yes or No) 26a | IF YES WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH (Yes or No) 26b | WAS CASE REFERRED TO CORONER (Specify Yes or No) 27 |
|---|---|---|---|---|
| | | | | |

| ACC., SUICIDE, HOM., UNDET., OR PENDING INVEST. (Specify) 28a | DATE OF INJURY (Mo., Day, Yr.) 28b | HOUR OF INJURY 28c | DESCRIBE HOW INJURY OCCURRED 28d |
|---|---|---|---|
| | | | |

| INJURY AT WORK (Specify Yes or No) 28e | PLACE OF INJURY—At home, farm, street, factory, office building, etc (Specify) 28f | LOCATION  STREET OR RFD No 28g | CITY OR TOWN  STATE |
|---|---|---|---|
| | | | |

000067

# STANDARD CERTIFICATE OF BIRTH.

## STATE BOARD OF HEALTH,
### DIVISION OF VITAL STATISTICS.
### STATE OF KANSAS.

DO NOT WRITE IN THIS SPACE

287 16952

1. PLACE OF BIRTH.

County of *Sedgwick*

Township of _____

or City of *Wichita*  No. *1438 S. Wichita* street. Reg. No. ____

1811

(If birth occurred in a hospital or institution, give its NAME instead of street and number.)

2. Full Name of Child *Jack Wesley Purkey.*   {If child is not yet named, make supplemental report, as directed.

3. Sex of child *male*

To be answered ONLY in event of plural births.

4. Twin, triplet or other _____

5. Number, in order of birth _____

6. Legitimate? *yes*

7. Date of birth ▇▇▇▇▇

| FATHER | MOTHER |
|---|---|
| 8. Full name *Ira F. Purkey.* | 14. Full maiden name *Opal Leone Moore* |
| 9. Post office or street No. *1438 S. Wichita.* If nonresident, give place and state *Wichita. Kansas.* | 15. Post office or street No. *1438 S Wichita.* If nonresident, give place and state *Wichita. Kans* |
| 10. Color or race *white*  11. Age at last birthday *33* (Years) | 16. Color or race *white*  17. Age at last birthday *36* (Years) |
| 12. Birthplace (city or place) (State or country) *Kansas* | 18. Birthplace (city or place) (State or country) *Missouri.* |
| 13. Occupation *____* Nature of Industry *Housewife,* | 19. Occupation *Telephone Operator* Nature of Industry *Howard man.* |

20. Number of children of this mother (Taken as of time of birth of child herein certified and including this child.)   (a) Number of children born alive and now living *7*   (b) Number of children born alive but now dead *____*   (c) Number of children stillborn *1*

## CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE.

I hereby certify that I attended the birth of this child, who was *alive* at *7* ____ m. on the date above stated.

(Born alive or stillborn)

* When there was no attending physician or midwife, then the father, householder, etc., should make this return. A stillborn child is one that neither breathes nor shows other evidence of life after birth.

Signature *Elmer J Woodruff M.D*

*529 Beumont Wichita, Kans*

(Physician or midwife)

Given name added from a supplemental report _____

(Month, day, year)

_____ Registrar.   10-707*

Address _____

Filed *11/7*, 1923   *D S Wamell*

Registrar.

000068

Doc. 3.

# Family History Report

(FRANK)    GREAT GRANDFATHER

**1.1.4a.1.1a William Francis Moore***

```
Birth:                    ████████ Linn, Missouri
Death:        ████████████ Wichita, Sedgwick, Kansas
Burial:       ████████████ Wichita, Sedgwick, Kansas, Old Mission
Occ:          Barber, Preacher, Nursery Salesman
```

Aunt Pearl said Frank was married to Mary Turner and had Lula and Lillie. The picture I have of him is with a woman and two girls. The marriage to Susan Phillips was in the marriage records. The family does not know or remember this marriage, but it is mentioned in his obituary. He married Mary Turner 2 Jul 1871 (according to internet). The picture I have of William Francis with Mary and his two daughters, shows the daughters to be about 18 months and about 4 months old. There must have been a divorce as Mary was living with her parents and two girls in the 1880 Linn Co., MO Census. William then marries Susan Phillips in 1877. She died in 1881. He then marries Alice Stringer in 1885. Oral tradition states that Alice's family were none to pleased with her choice of husband, mainly because he had been married before.

Frank's birth and death dates are from his Death Certificate, a copy of which I have in my possession. Their Marriage License is also in my possession. He and his family appear on the 1900 Sullivan Co., MO Census. William Francis Moore is buried in Section C, Lot 26, Grave 2 in the Old Mission Cemetery in Wichita, Kansas.

```
1900 Missouri Census 106,108 Bowman Township Sullivan County
Frank W. Moore  Feb 1850  M 14 years
X Alice          Feb 1839
  Opal           Mar 1887
  Pearl          Jan 1888
  Fred           Jun 1890
  Ray            Jul 1893
  Eula           Mar 1894
  Hester         Mar 1896
124, 127 David Stringer  Nov 1849  Anna Mabel     Jan 1887
```

```
X Spouse:    Melvina Alice Stringer  GRANDMOTHER    3RD WIFE OF WM FRANCIS MOORE
  Birth:     ████████████ Humphreys, Sullivan, Missouri
  Death:     27 Mar 1942, Denver, Denver, Colorado
  Father:    James Madison Stringer (1812-1878)
  Mother:    Elizabeth Starnes (1821-1899)
  Marr:      27 Nov 1885, Linn, Missouri

X Children:  Opal Leona (1887-1968)  MOTHER
             Pearl Eunice (1888-1979)
             Fred Madison (1890-1958)
             Ray Thompson (1892-1964)
             Eula Virginia (1894-1951)
             Hester Eva (1896-1930)
```

2ND WIFE    1ST WIFE MARRIED ON JULY 2, 1871

Other Spouses, Susan J. Phillips, Mary Turner

IN 1877 MARRIED

**1.1.4a.1.1a.1 Opal Leona Moore**

Page 3

**000069**

## Cascading Pedigree

Chart #1

**8** Averett T. Moore
bd. abt 1788
bp. Virginia
m. 28 Feb 1816
mp. Chesterfield, Virginia
dd. 18 Nov 1842
dp. Linn, Missouri

2

**4** Thompson Blount (Bud) Moore
bd. 14 May 1829
bp. Kanawha, West Virginia
m. 26 Jan 1848
mp. Linn, Missouri
dd. 21 Jun 1904
dp. Linn, Missouri

Ann Mariah Simpson
bd. abt 1789
bp. Chesterfield, Virginia
dd. Jan 1844
**9** dp. Linn, Missouri

3

**2** William Francis Moore
bd. 2 Feb 1850
bp. Linn, Missouri
m. 27 Nov 1885
mp. Linn, Missouri
dd. 21 Mar 1921
dp. Wichita, Sedgwick, Kansas

**10** Thomas Jennings
bd. 19 Dec 1785
bp. Henrico, Virginia
m. 2 Dec 1830
mp. Mercer, Kentucky
dd. 5 Oct 1844
dp. Shelby, Kentucky

4

**5** Nancy Melissa Jennings
bd. 4 Oct 1831
bp. Shelby, Kentucky
dd. 8 Feb 1905
dp. Linn, Missouri

*mother of Wm. J. Bryan*

Lucinda Phillips
bd. 18 Aug 1803
bp. Mercer, Kentucky
dd. 20 Dec 1879
**11** dp. Linn, Missouri

5

**1** Opal Leona Moore
bd. 3 Mar 1887
bp. Shafter, Linn, Missouri
m. 24 Dec 1911
mp.
dd. Nov 1968
dp. Wichita, Sedgwick, Kansas

**12** David Stringer
bd. 1780/1783
bp. Wilkes, North Carolina
m. abt 1804
mp.
dd. Nov 1840
dp. Pulaski, Kentucky

6

**6** James Madison Stringer
bd. 12 Nov 1812
bp. Pulaski, Kentucky
m. abt 1837
mp.
dd. 12 Dec 1878
dp. Sullivan, Missouri

Susan Kirkham
bd. abt 1785
bp. Lincoln, Kentucky
dd. 1812/1823
**13** dp. Pulaski, Kentucky

7

**3** Melvina Alice Stringer
bd. 4 Feb 1861
bp. Humphreys, Sullivan, Missouri
dd. 27 Mar 1942
dp. Denver, Denver, Colorado

**14** Conrad Starnes
bd. 25 Apr 1791
bp. Washington, Virginia
m. abt 1810
mp. Washington, Virginia
dd. 6 Sep 1842
dp. Pulaski, Kentucky

8

**7** Elizabeth Starnes
bd. 4 Feb 1821
bp. Pulaski, Kentucky
dd. 6 Oct 1899
dp. Sullivan, Missouri

Sarah Hubble
bd. 2 Dec 1793
bp. Washington, Virginia
dd. 9 Aug 1850
**15** dp. Pulaski, Kentucky

9

Created: 15 Jun 2002 by EasyTree for Windows



DONNA J. SANTISTEVAN

**000070**

# Family History Report

## Opal Leona Moore

| | |
|---|---|
| Birth: | ▓▓▓▓▓▓ Shafter, Linn, Missouri |
| Death: | Nov 1968, Wichita, Sedgwick, Kansas |
| Burial: | 14 Nov 1968, Old Mission Cmty, Wichita, Kansas |

This birth recorded in 1883-1893 Linn County Births.  The death date from Old Mission Cemetery, Wichita, Kansas records.  She is buried in Section H, Lot 162, Grave 2.

| | |
|---|---|
| Spouse: | Ira F Purkey (DAD) |
| Birth: | ▓▓▓▓▓▓ Altoona, Kansas |
| Death: | Wichita, Kansas  MAR. 1968 |
| Marr: | 24 Dec 1911 |

Religion BAPTIST

### 1.1.4a.1.1a.2 Pearl Eunice Moore

| | |
|---|---|
| Birth: | ▓▓▓▓▓▓ Linn, Missouri |
| Death: | 31 Mar 1979, Milan, Sullivan, Missouri |

I talked with Aunt Pearl in 1978.  She was almost 90 years old at the time, but had a great mind.

| | |
|---|---|
| Spouse: | Ray Lawrence (Uncle) (Aunt Pearl's husband) |
| Marr: | 13 Nov 1907 |

### 1.1.4a.1.1a.3 Fred Madison Moore (Uncle) (Aunt Jessie's ")

| | |
|---|---|
| Birth: | ▓▓▓▓▓▓ Humphreys, Sullivan, Missouri |
| Death: | Jun 1958, Englewood, Coloardo |
| Burial: | 17 Jun 1958, Littleton, Arapahoe, Colorado, Littleton Cmtry |

| | |
|---|---|
| Spouse: | Jesse Taylor |
| Birth: | 1895 |
| Death: | 1953, Englewood, Colorado |

### 1.1.4a.1.1a.4 Ray Thompson Moore (Uncle) Aunt Helen's husband

| | |
|---|---|
| Birth: | ▓▓▓▓▓▓ Purdin, Linn, Missouri |
| Death: | 1 Aug 1964, Baldwin Park, California |

Ray ran a nursery business and sold trees in Taos.  He had one child named Ray Dean by a former wife.  He and Helen had Bill, Vernon, and Betty.  They were all deceased by 1995.

| | |
|---|---|
| Spouse: | Helen Marie Metcalf  ("Sweet Aunt Helen") |

### 1.1.4a.1.1a.5 Eula Virginia Moore  (" " or Eula)

| | |
|---|---|
| Birth: | ▓▓▓▓▓▓ Marceline, Linn, Missouri |
| Death: | 3 Sep 1951, Denver, Denver, Colorado |
| Burial: | Littleton, Arapahoe, Colorado |
| Reli: | Baptist |

Birth and Death dates are from Eula's Death Certificate which is in my

Page 4

000071

Information regarding the Purkey relatives, by Debbie Hotchkiss Prothero,

(My understanding of the Purkey family comes from my mother, Marguerite P. Hotchkiss.) --

Her dad, Ira, had been a boxer in his single days. He was four years younger than his wife, Opal. He was a Mason, smoker & coffee drinker, which caused quite a bit of friction in their marriage; due to Opal's very strong spiritual beliefs by the time Marguerite was a pre-teen. For that reason, her mom also didn't approve of dancing & make-up & movies – things my mother was looking forward to participating in as she grew up, just as her sisters had before her.

Russell, the oldest brother, was married to the same woman for many years. At some point, my mother says he came home drunk & committed incest w/her while she was still living at home with her parents. (It happened in our – Hotchkiss --home also, w/a brother & me. She didn't know how to deal with it.) Russell was often mean & sarcastic, & Mother remembers that he & Pauline would literally have fistfights. One time one of them pushed the other through a glass door. Mother would hurry outdoors or hide somewhere to avoid the strife. It made Opal cry & if Ira knew about it… well, Mother just tried to stay out of the way & be good.

Russell & his wife had four boys. We visited them a couple of times in California. We enjoyed ourselves while there, playing board games, etc. Pauline told Marguerite that Russell was always beating his boys. Now I know that one son is taking care of the widowed mom, (a preacher) and another was a sheriff years ago.

Pauline, (her twin, Paul Dean, died before the age of two) the oldest sister, became pregnant out of wedlock. The father of the child was a married father of six. When Ira found out about this, he got drunk & wrecked the company car – the only time Marguerite is aware of his drinking. This incident was the reason the company had the family move from Topeka to Wichita.

Pauline married the man & they had six children. Their home was full of conflict, to the point, Pauline told Marguerite, that one time he had Pauline with a knife to her throat. She told him to go ahead & kill her because living with him was unbearable. Later, they separated, but Pauline would not divorce him, because she didn't ever want to remarry. She was interested in the occult. She lived out her years with her oldest son, & his wife in California.

I remember once when we visited the Llamas family in California, seeing a son beating his head upon the sidewalk. They were all older than I, so I really only knew the youngest two a little over the years. A girl became a "call-girl"; two fellows died of overdoses & one of a motorcycle accident.

Irene was married & had a daughter. Her husband was unfaithful & they divorced. Years later she married Bus, they both worked full-time for Boeing until they retired, & he passed away a couple of years ago. She was faithful to take care of her folks in Wichita until they died, as the siblings had all moved away. Her daughter had a time of drug use, married & then her husband died. She moved to the West Coast, as Irene & Bus had, had a child out of wedlock who is now married & has a daughter. When her son was grown, Linda remarried, & her husband, Larry, recently passed away.

**000072**

WP_PC000070920

## "OUR FAMILY (OHANA) SCRAPBOOK)

"A HAPPY HOME IS MORE THAN A ROOF OVER YOUR HEAD, IT'S A FOUNDATION UNDER YOUR FEET." "A HOME IS A HOUSE WITH A HEART INSIDE." (BOTH FROM: 'YOUR SPECIAL DAY CALENDAR."

"THE FAMILY OF OPAL AND IRA PURKEY CONSISTED OF (8) CHILDREN:

(1) DONALD DUMONT- BORN OCT. 1913, DIED ABOUT 1914 (?)

(2) RUSSELL FRANK- BORN IN OKLAHOMA ▆▆▆▆, DIED MARCH 2001

(3) & (4) PAULINE AND PAUL DEAN- BORN IN OKLAHOMA ▆▆▆▆▆ PAUL DEAN DIED ABOUT 1918(?). PAULINE DIED ON FEB.18, ▆▆▆

(5) IRENE MILDRED- BORN IN WICHITA, KANSAS ▆▆▆ (ON DADDY'S BIRTHDAY). *Died 12/20/03*

(6) ELOISE BETTY- BORN IN WICHITA, KANSAS ▆▆▆ - (THE ONLY ONE BORN IN AN EVEN YEAR) *(Died 9/10/03 of emphasema.) IN Lynwood, Wa.)*

(7) JACK WESLEY- BORN IN WICHITA, KANSAS ▆▆▆ DIED IN MARCH 1984, TRAGICALLY, TAKING HIS OWN LIFE.

(8) MARGUERITE LEAH - BORN IN ARKANSAS CITY, KANSAS ON ▆▆▆▆ *She didn't know Leah was 1st for yrs & yrs*

RUSSELL AND WIFE, MARY (WOODS) HAD (4) SONS: LEON RUSSELL, ▆▆▆ ROBERT JACK, ▆▆▆ 1942, DAVID LEE, ▆▆▆ AND RICHARD (DICKIE), BORN ▆▆▆

PAULINE AND HUSBAND, TONY LLAMAS, HAD (6) CHILDREN: RAMON LEE *Purkey* ▆▆▆ 1937, RAOUL PATRICK, (ROCKY), BORN ▆▆▆ CHARD BORN ▆▆▆ (DIED JULY 3, 1959, IN A MOTORCYCLE ACCIDENT WHILE STATIONED AT A MILITARY BASE SOMEWHERE IN GEORGIA.) TONY, JR., BORN ▆▆▆, DIED TRAGICALLLY, OCT. 13, 1976, MARIA ELENA, BORN OCT. 21, 1944, AND JOHNNY, ▆▆▆ HE ALSO DIED AFTER HIS MOTHER PASSED AWAY, IN JULY 0F 2000. RAMONA CHRISTINE, MARIA'S ELDEST DAUGHTER INFORMED ME IN HER CHRISTMAS LETTER 2002, VERY SAD.

IRENE MILDRED- WAS MARRIED IN AUG. 1942, TO JERRY WILSON IN OKLAHOMA. THEY HAD ONE DAUGHTER, LINDA SUE, BORN AUG. 6, 1943. THEY WERE DIVORCED 1N 1943. SHE MARRIED BUS BARTLETT IN THE 1960'S. BUS HAD ONE SON, LARRY. BUS PASSED AWAY IN 1998.

ELOISE – MARRIED BOB BALSTERS IN THE EARLY 40'S AND THEY HAD ONE DAUGHTER, BEVERLY ANN. WITH 2ND HUSBAND, LOU MLASKA, HAD TWO SONS, MICHAEL & BILL. BILL WAS BORN IN JUNE OF 1952, AND I DON'T HAVE MICHAEL'S BIRTH DATE..*younger*

JACK WESLEY- MARRIED VELMA, SOMETIME IN THE 1940'S,. AFTER THEIR DIVORCE, VELMA REMARRIED AND HAD A SON, GARY. SHE DIVORCED HER SECOND HUSBAND AND REMARRIED JACK. THEN, THEY HAD A SON, WESLEY, BORN IN JAN. 1952.

MARGUERITE LEAH- MARRIED GUY HOTCHKISS, JR., ON AUG. 3, 1942. (4) CHILDREN: DANNY GUY, ▆▆▆, RITA ANNE, BORN ▆▆▆ DEBRA DIANE, BORN J▆▆ AND BARI ALAN, BORN DEC. 28, 1957

**000073**

Irene always seemed to be a kind and giving person. She has been a Christian for some years, & now is very frail & in a care-home.

Eloise was "Daddy's favorite" due to her involvement in professional softball (the "Red-Heads") & basketball. She had a daughter by the first husband & two sons by the last; her second marriage was annulled. Grandma (Opal) Purkey took care of Irene's & Eloise's girls for several years while their moms worked, etc.. Later, Eloise moved to Georgia.

When Ira was lying in the hospital in Wichita due to a heart attack & stroke on what proved to be his deathbed, Eloise came & took control, although all six siblings were there. The family only learned years later that she had made the decision to have their dad disconnected from the life-saving machines. Evidently Eloise took whatever she wanted from the family home as well, even to the extent of putting the refrigerator upon the roof of her car. (Alas, she left them at her brother Russell's home in Calif. too long -- he had them hauled off to the thrift store.)

About twenty years ago, a son made the decision to dedicate his life to his mother, Eloise. He was there in Lynnwood, Washington, for her when she just recently passed away. He was born in 1952, the same as Wesley & I. Eloise's daughter had a girl who has children in Texas, where she lives & has a good-paying job. She is an alcoholic. Their brother is still in Georgia with his family. I guess he's successful in business there.

Jack was in the Coast Guard, stationed in Hawaii a short time. Although Mother says he was cocky because girls seemed to be attracted to him, he was a kind-hearted, gentle man. He was in a terrible car accident in which his head hit the windshield. As a result, he had to have a metal plate inserted, which caused him unbearable pain. At that point, he was unable to wear a helmet, so he was given a medical discharge. Years later he confided in Mother that on the way across the ocean, he had to guard Japanese POWs. In the line of duty, he had to shoot & kill one of them. He never could forgive himself for that, so it seems it was easy to turn to alcohol. When he met Velma, she reinforced that reasoning to use alcohol to dull the pain. He spent the rest of his life as an alcoholic. He & Velma were married & then divorced. Velma had a son by the second husband, then divorced him & remarried Jack, & gave birth to Wesley.

I remember as a child seeing my Uncle Jack around our house & often when we came from our farm ninety miles north to visit the grandparents in Wichita, living at their house. Every time he would have difficulties in his marriage, he would go back home, live up in the attic room, drinking. He never seemed happy; he was always so quiet. Mother tried to talk her mom into not allowing him to return & live like that. Grandma evidently couldn't understand the concept of "tough love". In fact, all of the siblings took their turns trying to house Jack as he went from home to home until each one finally had to ask him to leave. My own father hired him twice in Kansas to work for him, & once in Hawaii, but had to ask him to leave.

Once I remember Velma reading to my sister & me up in that attic. Sometimes the boys, Gary & Wes, would be running around the house, too. We last saw the boys, as far as I recall, at the 50th wedding anniversary of our Purkey grandparents, Christmas of 1961, I believe. We all opened our gifts on that Eve, which was the first & only time I recall being with the relatives for Christmas. And, I don't remember any conversations we ever had, if indeed we did speak to one another. My

**000074**

WP_PC000070921

family moved away to Hawaii the spring of 1964; I was twelve years old at the time & never again saw my grandparents.

At some point, we heard that Velma was drinking & doing drugs with her boys, but we had no contact with them. When Russ & I visited Wes in a Kansas prison about 1990, he told us of an incident when he was a child in which they had company over for dinner. He was trying to ask for some mashed potatoes through his stuttering. His mom became so frustrated & angry with him that she threw her drink in his face.

After I was married with a child, Uncle Jack came to Hawaii & visited us. He later wrote to Mother that he'd made his "peace w/God", & I believe he said Velma died of a car accident. (I don't know why he was unaware that she died of cancer.) Then, just before my last baby was born in 1984, we heard that Jack had shot himself at his Wichita apartment. Mother flew over there to be with her sisters. The landlord said he'd been a good tenant, but had been seeing little green creatures. All of his clothes were meticulously hung & categorized in his closet. They arranged for Uncle Jack to be buried at Fort Scott, Kansas. That's when we found out about Wes being in prison, and we began to correspond.

Mother was the youngest of the family of eight children, though two died at a young age. Mother is the "pretty one" and the "baby". The older siblings must have enjoyed teasing her. They tried to "drown her" (from her perspective), so to this day she is fearful of swimming. She was very fearful of her father as he always threatened to "box her ears". She never found out what that meant, but she didn't want to know. She found school to be difficult, especially since she wasn't able to attend the events her sisters had. She would sneak make-up on after she arrived at school. She & a friend went out to try to get hired as singers; they made a record for fun once. But although she had other boyfriends at the time, (some gone to war) she was "taken" by a good-looking young man with a good job with Boeing & a nice, shiny car; my dad, Guy Hotchkiss. They met at a skating rink & eloped after knowing each other just a few months, & she was just shy of her seventeenth birthday. Grandma liked Guy. Grandpa may have liked him, but he refused to speak to Mother for quite some time after the elopement. Thank the Lord, over the years they reconciled. They were great grandparents – she was loving, he was funny & fun to be around.

Guy joined the Army/Air Corps, but he had to get an early discharge due to some ear trouble. Eventually they ended up in Belleville, Kansas, where Guy had a ready-mix plant. He had polio the year before I was born, yet he outfitted the family car so he could drive it by his hands instead of feet. Then, they pulled a trailer all the way to Florida, so I could be born in the warm weather. The first two had been born in Wichita, so Mother's mom could help out. The little family of three kids lived in a tiny house on the property with the plant. Then, about 1955, we moved out to the country where we stayed until going to Hawaii, & before moving, drove down to Florida again for the birth of my little brother. We had a couple of horses, & we all attended the public schools of the town.

There was a great deal of conflict in our home, although to outsiders it no doubt seemed as if we were the "perfect" family. Mother wasn't happy out in the country. Dad was in pain in the cold weather, although the Lord had strengthened him so he was able to walk again. People didn't seem to think they needed to pay Dad for his work, since he usually drove a new car, sometimes a

**000075**

Cadillac. We would normally drive to California once a year for a vacation. They thought we were rich. They didn't know we often just had bread & cheese for sandwiches & took the cheapest motel room along the way.

A brother seemed to always be in trouble for something, but he was a good student & hoped to become a doctor. Once, during a visit to Wichita, he was arrested for peeking into someone's bedroom window. Dad was often extremely violent in his response to the boy's behavior. I used to beg them to please stop fighting, so I could get some sleep in order to awaken in time for school. I remember when my brother was burning trash as he was told; the barn caught on fire & was destroyed. It seemed as if Dad was going to kill him, he was in such a rage. If Dad wasn't beating on him, he was throwing his possessions out in the yard or confiscating them. The man has become a loner & a mystery to his family. We will go for years without hearing from him. He has had trouble sticking with a job, though most of the time he's more interested in finding investors for his projects. He has been homeless some of the time, but he's also traveled the world. He was with the family the time we thought our dad was dying of cancer, but the Lord had mercy upon him, and he died three years later.

My sister had a traumatic experience at about three years old or so. She & a brother were playing and/or fighting on the back of a truck by the railroad track. She was pushed out & broke her collarbone. The doctor who aided her was very careless & hurt & frightened her. She was a good student who only got in trouble for talking too much to her friends. She & Dad had their conflicts, too, but not as serious as the boy's with him.

She married a Marine in Hawaii in March 1970. They spent years traveling as he was discharged & joined two other military branches. They have two children & sometimes over the years were living with us. We witnessed a great deal of verbal abuse, & physical abuse was suspected as my sister would often come over to Hawaii to stay with us, only saying they were taking a "vacation". Later, when their girl was sixteen & had been in sixteen different schools, we helped her come to Hawaii. Then we learned about some of the physical abuse. My dad paid for an attorney, & we were all trying to work out living arrangements for her to stay in Hawaii. When we received a call threatening police action if we didn't return her, & she wanted to go, we let her fly back home.

They did divorce, but they are together again. She has always kept & worked hard at a full-time job. Now their girl has had three children by three men; the last child was adopted out; my sister, the grandma, is raising the first two. The girl was married briefly & has been in & out of drug rehabs, jails & prison for drug-related crimes. The last one was an armed robbery. The son has had his years of drug use, but now he seems to be doing better, praise God.

Debbie was "Daddy's little girl" & married Russ, a newly honorably discharged Marine, in Wisconsin, July 1970, just after she graduated from Kailua High. Both newlyweds got factory jobs, but Debbie left hers after a couple of months. We moved from Racine, Wisconsin, Russ' hometown, to Lincoln, Nebraska, with my sister & spouse. It was our plan to buy a ranch to help orphans. However, it was not to be. We had our first child in Lincoln.

Russ was a high-school dropout from a broken home who couldn't tell you the names of the months in order when I met him. He has gone from factory-worker, to store salesman to construction

WP_PC000070923

worker/home builder, to his present occupation of real estate agent. In the meantime, he is always busy, since 1973, with church administration & ministry. He's taught children & adults, run a church while it was without a pastor a couple of times, & always loves singing praise & worship. Debbie was able to rent out & manage apartments as well as the household while still being an at-home mom to our four kids. That's been important to us.

We went back to Hawaii for a couple of years, keeping my little brother for a time because my parents had divorced when I was sixteen, & both of them were living on their own. Then, my dad remarried, so he went to live with them. We met Jesus, & moved back to Wisconsin for four years to tell the family there about Him. We also had our second child. Then, it was back to Hawaii for twenty-two years where we had our last two. We home-schooled the little girls, & then brought the older girl out of public school after 8th grade. Our son graduated from the public high school. He had an out-of-wedlock child. When the mom reached adulthood, they married & had a daughter several years later. They've been together fourteen years now, & moved from Hawaii to Boston where he's a superintendent/job foreman, working on multi-million dollar home construction.

Our second child married a Marine in '93 who is now a fireman in Washington state. They have four children whom they home-school. They are very active in their church; she is a worship leader & both write & play in skits. Another daughter married a computer software genius, two years ago, & they recently moved to Boston. Our youngest moved to Missouri with us three years ago, she graduated home school & is working part-time at a music store. She devotes much of her time to playing & singing worship & praise music at church, both for the youth & the adults.

We give God all the glory for everything He's done in & through us. We've not been a "perfect" family, either. I was an anxious, controlling mom who sometimes smothered my kids as well as spent far too much time scolding them. Of course we still have our share of conflict, too. It's only due to the grace of God that we're all so close & healthy & productive.

My younger brother went to a Seventh-day Adventist college up by Napa, California where he met his wife. She's two years older than he. They married & she became an attorney. He later completed his education & earned a degree in history. Now they have four children; two working & two still in school.

Submitted to Fred Duchardt, Jr., attorney for Wes I. Purkey. Written 10/1/03 by Debbie H. Prothero

**000077**

WP_PC000070924

**Declaration of Debbie Prothero**

1.  I am Wesley Ira Purkey's first cousin – his father, Jack Purkey, and my mother, Marguerite Purkey Hotchkiss, were siblings.  Wesley and I are the same age, and I have memories of us spending time together as very young children.  Over the years, I have maintained contact with Wesley, even during times when he has been incarcerated.  My husband, Russ Prothero, and I visit Wesley at USP Terre Haute as often as we can – our last visit with Wes was in April of 2019.

2.  Even though Wesley's crimes are troubling to me, I love him like a brother. Looking back on our family's history, and the way in which Wesley was neglected, abused and ridiculed as a child, I am not surprised that Wesley is in the place that he is. My grandmother, Opal Purkey, and my mother discussed Wesley's family situation when he was young, and they wished that they could have done more to help him.  The last time I remember seeing Wesley as a boy was at our grandparent's 50th wedding anniversary which coincided with Christmas of 1964.  I moved with my family to Hawaii shortly after the Christmas of 1964.

3.  Wesley's paternal grandparents were Ira and Opal Purkey.  They had eight children together including Donald Dean Purkey (1913 – 1914), Russell Purkey (1915 – 2001), twins Pauline Purkey (1917 – 1998) and Paul Purkey (1917 – 1918), Irene Purkey (1919 – 2003), Eloise Purkey (1922 – 2003), Jack Purkey (1923 – 1984) and my mother, Marguerite Purkey (1925 – 2015).

1

**000078**

4. Ira Purkey was an authoritarian parent who put fear of physical violence in his children so they did not misbehave. He was a professional boxer as a young man, and my mother witnessed Ira beat his sons, Russel and Jack. My mother told me that Ira would threaten to "box her ears" if she misbehaved, and she believed that he would follow through on his threat if she misbehaved.

5. Opal Purkey was a very stern parent. When my mother was a preteen, Opal experienced a religious conversion and became a Baptist. After this conversion, Opal was even more strict with my mother, the youngest of the siblings. Opal would not let my mother wear make-up, dress in the current fashion or attend school dances as her sisters had. Opal's religious conversion caused friction and tension in her marriage -- Ira was a Mason, a smoker and a coffee drinker, habits that conflicted with Opal's new lifestyle. My mother did not like living with Opal's strict rules and she eloped with my father, Guy Hotchkiss, when she was sixteen.

6. Unlike her stern parenting style with her own children, Opal was a lovely grandmother. She was openly loving toward her grandchildren – she smiled with them. It was always hugs and kisses when the kids went home. This was a complete contrast to her tough and demanding way of parenting her children.

7. Sexual abuse also occurred in Ira and Opal's home. Russell Purkey in particular sexually abused all of his younger sisters including Irene, Eloise and my mother, Marguerite. My mother remembered that Russell would come home drunk and

2

sexually abuse his sisters. Despite the fact that Russell sexually abused my mother, I believe my mother had a good relationship with Russell as an adult.

8. The influence of Ira's physical violence toward his children followed them throughout their lives. The siblings used violence to resolve conflict between them, and between others. Russell and Ira in particular would have fist fights. When Ira's children became parents, they utilized violence as a means of discipline just like Ira – this was especially true for Russell who was always beating his boys.

9. Pauline Purkey had a child out of wedlock with a man named Tony Llamas, who at the time was married to another woman with whom he had six children. When Ira Purkey learned of Pauline's situation, he got drunk and wrecked his company car, resulting in a job transfer that moved the family from Topeka, Kansas to Wichita, Kansas. Pauline married Tony Llamas and moved with him to California. They had six children together. Their life together was full of conflict -- I heard stories of their abusive relationship. In one incident, Tony Llamas pushed Pauline up against a wall and put a knife to her throat. Pauline begged him to kill her because she would rather die than continue to live because life with him was unbearable. He did not kill her. When I visited them, I witnessed one of their kids, my cousin, literally beating his head on the sidewalk.

10. My own parents fought often as I was growing up. My mother and my father, Guy Hotchkiss, fought often and there was always yelling in the household. My father was physically abusive to my older brother Dan, something my mother tolerated because

3



000080

she grew up with the same type of discipline. I was also sexually abused by my older brother. My parents waited until Ira and Opal died before they got divorced because my mother did not want to deal with Opal's disapproval.

11. My mother remembered Wesley's father, Jack Purkey, fondly. She told me that Jack protected her when she was young, and that he would walk her to and from school and carry her books. My mother remembered Jack as an involved person, not as a wallflower as he came to be as an adult, after his accident.

12. Jack enlisted in the Coast Guard as a young man, and was stationed in Hawaii for a short time during World War II. He was in a serious car accident – he was driving a convertible and was hit head-on by another car. He slammed his head against the steel frame that supports the windshield. He was in the hospital for a long time and the surgeons inserted a metal plate into his head to repair his broken skull. After his head injury, he could not wear a helmet so he was given a medical discharge from the Coast Guard.

13. Jack Purkey changed after the head injury. He became withdrawn and generally absent from the rest of the Purkeys. He never smiled – he was almost lifeless.

14. Before Jack married Velma, he never drank alcohol. My mother believes that after they were married, Velma Purkey encouraged Jack to drink as a way to handle the pain associated with his head injury. Opal Purkey did not approve of Jack's marriages to Velma Purkey because of her many vices. She did not want Velma to be her daughter-in-

4



law. Jack drank a lot – he never said more than two words at family gatherings. He kept to himself.

15. Jack was transient as an adult – the siblings took their turns trying to house Jack as he went from home to home. He stayed until he was asked to leave. My own father hired him twice in Kansas and once in Hawaii to work for him, but eventually, my father had to ask Jack to leave.

16. My husband, Russ Prothero, and I lived for many years in Hawaii. We lived on the windward side of Oahu, in Kaneohe, and my mother Marguerite lived on the other side of Oahu, in Honolulu. Jack visited us when we lived in Hawaii because he was stationed in Oahu during World War II and he wanted to tour the military sites. He stayed at our house for a while and then traveled to the other side of Oahu to visit my mother, Marguerite. When he stayed with us, Jack rarely spoke a word to us. He was never rude or unfriendly, he just rarely spoke. He was obsessive about his appearance, wearing perfectly pressed white, French-cuffed shirts, and perfectly pressed pants in spite of the tropical weather. His shoes were so shiny that you could see reflections. All of his clothing was hung perfectly in the closet, and his bed was made every day, just as if he were in the military.

17. Later in his life, Jack confided in my mother that during the war, when he was responsible for guarding Japanese prisoners of war, he was forced to shoot a prisoner. She said he never forgave himself for this.

5

000082

18. Just before Jack committed suicide, he wrote Marguerite and told her that he had a religious conversion and that he was at peace with God and himself. He enclosed a photograph of himself in the letter, and my mother remarked that Jack looked really good. Shortly thereafter, Jack shot himself.

19. My mother and my grandmother Opal were very much aware that Jack was absent from Wesley's life. They both tried to help Wesley during the moments that they had with him, but there was not a lot they could do because they did not have much time with Wesley. Wesley visited Opal's house when he was young, but not very often. My mother said that Wesley did not speak until he was six years old, and that when he did finally speak, his words were hard to understand. My mother was concerned with the way that Wesley was humiliated by Velma – she made fun of him for stuttering and threw drinks at him as he was struggling to speak. My mother and grandmother tried to help in the short amount of time they had with Wesley, but they felt there was little they could do to change his situation.

20. All of Ira and Opal's children stuttered, including Wesley's father Jack. The only exception was my mother, Marguerite, who did not stutter. I believe Wesley inherited the brain abnormality of stuttering from the Purkey side of the family.

21. After my mother divorced my father Guy Hotchkiss, she began to live an increasingly erratic life. She was increasingly unsettled and moved frequently. She was always unsatisfied with where she was, and that feeling would prompt another move.

6



000083

She bounced around between Hawaii, Missouri, Arkansas, Washington and California, all locations where various family members lived, before she would become unsatisfied and move again about every two – three months. My husband and I tried to find ways to settle Marguerite's mind. We traveled to Opal and Ira's home in Wichita, Kansas so that she could have some last memories of her life. The family house was gone, however, it burned to the ground after Opal died -- the only familiar thing was a side walk displaced by a tree root. Upon reflection, I believe that my mother's erratic behavior was an early symptom of Alzheimer's disease, a disease later diagnosed by her doctor. I remember seeing her brain scan shortly before she died, and the brain damage was obvious to me.

22. Although, in some ways, my mother was never totally normal. As I grew up, it became clear that something was wrong with her – I couldn't figure out why she and I did not get along. The first year my family moved to Hawaii, when I was 12 years old, my sister and I painted plaster figurines of hula girls with flowers in their hair, and we gave the painted figurines to my mother as gifts. She became angry and threw the figurines against the wall shattering them, yelling "your father put you up to this!" Years later, I found out that at the time my mother felt she could not measure up to the beauty of the figurines, and that she felt her husband had somehow used the figurines to make fun of her.

23. For some reason, my mother gravitated toward me. Once she was divorced, she seemed to revert to teenaged behavior by dating men on the Marine base – the same

7

place I found boyfriends. When we lived close, she would visit my house, but would almost totally ignore all four of my children and my husband, Russ. She'd spend hours talking to me, eyeball to eyeball, and ask the kids to move out of the way. Then she would ask why the kids were not hugging and kissing her, as they did me.

24. My husband and I are devout Christians. When we visit Wesley, we share our faith with him. We share our faith in letters, too. We believe he is a person worthy of redemption. He has been good to his family while he has been incarcerated – he is vital to their well-being. He recognizes that his family history has far reaching effects, and he counsels his daughter and grandchildren about how to live life in a way that breaks the cycle. He is so proud of his family and always shares the latest pictures in letters to us and when we visit. It would be very difficult for us if Wesley were executed because we would be unsure of his eternal fate, and because we know his death would have a devastating impact on his family.

I declare under penalty of perjury of perjury that the foregoing is true and correct to the best of my knowledge.

This, the 12th day of August, 2019

_Debbie Prothero_
Debbie Prothero

8

000085

## DECLARATION OF RUSS PROTHERO

1. I am Debbie Prothero's husband. Debbie is Wesley Purkey's first cousin.

2. I grew up in Wisconsin and was raised by a single mother. She worked hard to provide for us, but we were poor.

3. The nature of the Purkeys was to be unhappy. They always struggled. They always had problems, and they could never come up with a solution to the problems. They struggled with their relationships with one another. There was name calling, dysfunction, and conflict without resolution.

4. Conflict existed in my wife's family household – the Hotchkiss household. The Hotchkiss household was in a constant state of conflict. Everyone yelled to resolve conflict which served to create more conflict. Growing up, in my family, if someone did not like you, they would tell you upfront, in your face, and that was the end of it. In my family, my mother made the best of our situation – she coached my little league baseball team and my grandmother helped out. There was no such cooperation in the Hotchkiss household. Debbie's mom, Marguerite must have learned that type of behavior from someone – I believed she learned it growing up in the Purkey household.

5. I remember speaking with Bill Darling, Wesley's step-grandfather, in the late 1980s. My wife and I, and our children, visited with him for an entire day, a couple of different times. I remember Bill Darling talking to us about how Wesley never stood a chance because when he was growing up, he faced too many barriers. He said Wesley's

1

000086

older brother, Gary, took advantage of him and betrayed him. He used Wesley to help with pharmacy burglaries, by dropping Wesley through a hole in the ceiling so that he could steal drugs for him. Bill Darling talked about the abuse in Wesley's home and that Wesley had no place to turn for help – there was no nurturing influence. He said that Wesley had no examples of how to live a normal life and that Wesley did not know how to function in society. He never learned how to resolve conflict.

6. My mother-in-law, Marguerite, suffered from dementia. She was eventually diagnosed with Alzheimer's Disease. I was speaking to her one time, and even though her mind was clouded, she remember the sexual abuse she suffered growing up when her own brother, Russell, sexually abused her. She cried about this.

7. My wife and I are devout Christians. When we visit Wesley, we share our faith with him. We share our faith in letters, too. We believe he is a person worthy of redemption. He has been good to his family while he has been incarcerated – he is vital to their well-being. He recognizes that his family history has far reaching effects, and he counsels his daughter and grandchildren about how to live life in a way that breaks the cycle. He is so proud of his family and always shares the latest pictures when we visit. It would be very difficult for us if Wesley were executed because we would be unsure of

2

000087

his eternal fate, and because we know his death would have a devastating impact on his family.

I declare under penalty of perjury of perjury that the foregoing is true and correct to the best of my knowledge.

This, the 12th day of August, 2019

Russ Prothero

3

000088

| Student | Purkey, Jack W |
|---|---|
| Birthdate | 10/30/2023 |
| Grade | K |
| School Year | 29-30 |

ATTENDANCE & SCHOLARSHIP RECORD
ELEMENTARY SCHOOLS

**First Term**

| | Time Tardy | Days Present | Days Absent | Days Withdrawn | Conduct | Effort | Reading & Literature | English | Spelling | Penmanship | Arithmetic | Geography | History & Civics | Music | Art | Manual Arts | Dom. Art | Dom Sci | Physiol & Hygiene | Gen Science | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th wk | 0 | 5 | 0 | 29 | | | | | | | | | | | | | | | | | |
| 12th wk | 0 | 29 | 1 | 0 | | | | | | | | | | | | | | | | | |
| Term Grade | 0 | 19 | 3 | 0 | C | C | | | | | | | | C | | | | | | | |
| Total Attend | 0 | 53 | 4 | 29 | | | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to ____1B____  Grade _____  Teacher  Florence McNutt

| | Time Tardy | Days Present | Days Absent | Days Withdrawn | Conduct | Effort | Reading & Literature | English | Spelling | Penmanship | Arithmetic | Geography | History & Civics | Music | Art | Manual Arts | Dom. Art | Dom Sci | Physiol & Hygiene | Gen Science | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th wk | | | | | | | | | | | | | | | | | | | | | |
| 12th wk | | 55.5 | 2.5 | | B | B | C | | | B | B | | | B | B | | | | | | |
| Term Grade | | 28 | | | B | B | B | | | B | B | | | B | B | | | | | | |
| Total Attend | | 83.5 | 2.5 | | | | | | | | | | | | | | | | | | |

Promoted or Assigned to ____1A____  Grade _____  Teacher  Augusta L Waite

GRADING SCALE   A, Excellent, 94-100%   C, Good, 80-86%   N.P. Not Passing, below 70%
B, Very Good, 87-93%   D, Fair, 70-79%   D is lowest passing grade

**000089**

Student      Purkey, Jack W

Birthdate    10/30/2023

Grade        1A

School Year  30-31

ATTENDANCE & SCHOLARSHIP RECORD

ELEMENTARY SCHOOLS

**First Term**

| | Time Tardy | Days Present | Days Absent | Days Withdrawn | Conduct | Effort | Reading & Literature | English | Spelling | Penmanship | Arithmetic | Geography | History & Civics | Music | Art | Manual Arts | Dom. Art | Dom Sci | Physial & Hygiene | Gen Science | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th wk | 0 | 29 | 0 | 0 | B | B | B | | | D | B | | | C | C | | | | | | |
| 12th wk | 0 | 24 | 1 | 0 | C | B | C | | | C | B | | | C | C | | | | | | |
| Term Grade | 0 | 20 | 0 | 0 | C | B | C | | D | D | B | | | C | C | | | | | | |
| Total Attend | 0 | 73 | 1 | 0 | | | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to        2B        Grade _____    Teacher   Elizabeth Schenck

| | Time Tardy | Days Present | Days Absent | Days Withdrawn | Conduct | Effort | Reading & Literature | English | Spelling | Penmanship | Arithmetic | Geography | History & Civics | Music | Art | Manual Arts | Dom. Art | Dom Sci | Physial & Hygiene | Gen Science | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th wk | 0 | 30 | 0 | 0 | C | C | D | | B | D | A | | | C | C | | | | | | |
| 12th wk | 0 | 28 | 0 | 0 | C | C | B | | B | B | A | | | B | C | | | | | | |
| Term Grade | 0 | 30 | 0 | 0 | C | C | B | | A | B | A | | | B | C | | | | | | |
| Total Attend | 0 | 88 | 0 | 0 | | | | | | | | | | | | | | | | | |

Promoted or Assigned to        2A        Grade _____    Teacher   Elizabeth Schenck

GRADING SCALE      A, Excellent, 94-100%      C, Good, 80-86%      N.P. Not Passing, below 70%

B, Very Good, 87-93%      D, Fair, 70-79%      D is lowest passing grade

**000090**

Student　　Purkey, Jack W

Birthdate　10/30/2023

Grade　　　2A

School Year　31-32

**ATTENDANCE & SCHOLARSHIP RECORD**

State Street　　　　Elementary School

**First Term**

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 1 | 33 | 0 | Per I | A | C | D | D | | | | C | C | D | | | D | D | |
| II | 1 | 24 | 0 | Per II | B | B | C | C | | | | D | A | C | | | D | C | |
| III | 2 | 22 | 0 | Term | B | B | D | C | | | | C | C | C | | | C | C | |
| Total | 4 | 79 | 0 | | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to _____3B_____ Grade _____ Teacher　Charlotte Clark

School　State Street

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 2 | 26 | 0 | Per I | B | C | D | C | | | | D | B | D | | | C | D | |
| II | 0 | 28 | 0 | Per II | C | C | NP | D- | | | | C | B | C | | | C | D | |
| III | 2 | 27 | 0 | Term | B | B | C- | C | | | | C+ | B | C | | | C | D | |
| Total | 4 | 81 | 0 | | | | | | | | | | | | | | | | |

Promoted or Assigned to _____3A_____ Grade _____ Teacher　Charlotte Clark

**GRADING SCALE**　　A, B, C, D (lowest passing grade), and NP (Not Passing)

No. 7952　P. 5

Demographics

Feb. 4. 2016　4:30PM

**000091**

Student   Purkey, Jack W

Birthdate   10/30/2023

Grade   3A

School Year   32-33

ATTENDANCE & SCHOLARSHIP RECORD

State Street _____ Elementary School

**First Term**

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 1 | 34 | 0 | Per I | B | C | NP | C | | | | C | D | D | | | C | C |
| II | 1 | 25 | 0 | Per II | B | C | NP | C | | | | D | D | D | | | C | C |
| III | 3 | 24 | 0 | Term | B | C | D | C | | | | D | D | D | | | C | C |
| Total | 5 | 83 | 0 | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to _____4B_____ Grade _____ Teacher   Mary Lillian Dole

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 1 | 32 | | Per I | C | B | C | D | D | | | C | C | D | | | C | C |
| II | 0 | 28 | | Per II | B | B | C | D | D | | | C | B | D | | | C | C |
| III | 0 | 29 | | Term | B | B | D | D | C | | | C | C | D | | | C | C |
| Total | 1.5 | 89.5 | | | | | | | | | | | | | | | | |

Promoted or Assigned to _____4A_____ Grade _____ Teacher   C. Bleakley

GRADING SCALE        A, B, C, D (lowest passing grade), and NP (Not Passing)

No. 7952   P. 6

Demographics

Feb. 4. 2016   4:30PM

000092

| Student | Purkey, Jack W |
|---|---|
| Birthdate | 10/30/2023 |
| Grade | 4A |
| School Year | 33-34 |

**ATTENDANCE & SCHOLARSHIP RECORD**

Oakland _____ Elementary School

**First Term**

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | | 30 | | Per I | B | C | D | C | B | | | C | D | D | | | C | C | |
| II | | 27 | | Per II | A | B | D+ | C | B | | | C | C | C | | | C | B | |
| III | | 28 | | Term | B | B | D | C | B | | | C | D | C | | | C | C- | |
| Total | | 85 | | | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to _____ 5B _____ Grade _____ Teacher   Katherine Lund

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0.5 | 28.5 | 0 | Per I | B | C+ | D | C | D | C | | D | NP | C | | B | B | C | |
| II | 2 | 26 | 0 | Per II | C | C | D+ | C | C | D+ | | C | D | C | | B | B | C+ | |
| III | 0 | 30 | | Term | C | C | D | D | C | C | | C | C | C | | B | B | C | |
| Total | 2.5 | 84.5 | | | | | | | | | | | | | | | | | |

Promoted or Assigned to _____ 5A _____ Grade _____ Teacher   M. Hanes

GRADING SCALE    A, B, C, D (lowest passing grade), and NP (Not Passing)

000093

| Student | Purkey, Jack W |
|---|---|
| Birthdate | 10/30/2023 |
| Grade | 5A |
| School Year | 34-35 |

**ATTENDANCE & SCHOLARSHIP RECORD**

Oakland _____ Elementary School

**First Term**

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | | 30 | | Per I | B | B | D | C | D | A | | C | C | C | | B | B | C |
| II | | 27 | | Per II | B | A | C | B | B | A | | C | B | C | | A | A | C |
| III | | 27 | | Term | B | B | C | C | C | B | | B | B | C | | B | B | C |
| Total | | 84 | | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to _____ 6B _____ Grade _____ Teacher Betty Vawter

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | 29 | | Per I | S | S | C | C | C | | C | C | B | S | | S | S | S |
| II | 3 | 26 | | Per II | S | S | D | B | C | | C | C | B | S | | S | S | S |
| III | | 28 | | Term | S | S | NP | B | C | | C | C | B | S | | S | S | S |
| Total | | | | | | | | | | | | | | | | | | |

Promoted or Assigned to _____ 6A _____ Grade _____ Teacher M. Hanrahan

**GRADING SCALE** A, B, C, D (lowest passing grade), and NP (Not Passing)

000094

**Student** Purkey, Jack W

**Birthdate** 10/30/2023

**Grade** 6A

**School Year** 35-36

ATTENDANCE & SCHOLARSHIP RECORD

Oakland _____ Elementary School

**First Term**

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | 30 | | Per I | S | S | B | B | C | | B | C | A | S | | S | S | S | | |
| II | 0 | 26 | | Per II | S | S | C | A | C | | B | C | A | S | | S | S | S | | |
| III | 0.5 | 29 | | Term | S | S | C | B | D | | C | C | A | S | | S | S | S | | |
| Total | | | | | | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to _____ 7B _____ Grade _____     Teacher   H.J. Freeborn

School   Holliday Jr High

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | 30 | 0 | Per I | B | B | C | B | B | B | | | | | | D | B | | | |
| II | 3 | 25 | 0 | Per II | B | B | C | C | B | C | | | | | | C | B | | | |
| III | 0 | 30 | 0 | Term | A | B | B | B | C | D | | | | | | D | B | | | |
| Total | 3 | 85 | 0 | | | | | | | | | | | | | | | | | |

Promoted or Assigned to _____ 7A _____ Grade _____     Teacher   Inez A Cornell

GRADING SCALE        A, B, C, D (lowest passing grade), and NP (Not Passing)

000095

Student    Purkey, Jack W

Birthdate    10/30/2023

Grade    7A

School Year    36-37

**ATTENDANCE & SCHOLARSHIP RECORD**

Holliday Jr. High     School

**First Term**

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct & Effort | Algebra | Arithmetic | Business Scl | Community Civics | English | Gen Science | Geography | Health Habits | History & Civics | Latin | World Relations | Art | Dom. Art | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | 30 | 0 | Per I | B | | A | | | C | | C | C | C | | | C | | |
| II | 0 | 26 | 0 | Per II | B | | B | | | C | | C | B | D | | | D | | |
| III | 1.5 | 28.5 | 0 | Term | B | | C | | | C | | C | B | D | | | D | | |
| Total | 1.5 | 84.5 | 0 | | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to    8B    Grade     Teacher    Inez A. Cornell

School    Holliday Jr High

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct & Effort | Algebra | Arithmetic | Business Scl | Community Civics | English | Gen Science | Geography | Health Habits | History & Civics | Latin | World Relations | Art | Dom. Art | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | 29 | 0 | Per I | B | | D | | | C | C | | | C | | | C | B | |
| II | 0 | 28 | 0 | Per II | B | | D | | | C | C | | | C | | | B | B | |
| III | 0 | 29 | 0 | Term | B | | C | | | C | C | | | C | | | C | B | |
| Total | 0 | 86 | 0 | | | | | | | | | | | | | | | | |

Promoted or Assigned to    8A    Grade     Teacher    Inez A Cornell

GRADING SCALE     A, B, C, D (lowest passing grade), and NP (Not Passing)

000096

No. 7952    P. 3

Demographics    Feb. 4. 2016    4:29PM

| | |
|---|---|
| **Student** Purkey, Jack W | **ATTENDANCE & SCHOLARSHIP RECORD** |
| **Birthdate** ▓▓▓▓ | **ELEMENTARY SCHOOLS** |
| **Grade** K | |
| **School Year** 29-30 | |

**First Term**

| | Time Tardy | Days Present | Days Absent | Days Withdrawn | Conduct | Effort | Reading & Literature | English | Spelling | Penmanship | Arithmetic | Geography | History & Civics | Music | Art | Manual Arts | Dom. Art | Dom. Sci | Physiol & Hygiene | Gen Science | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th wk | 0 | 5 | 0 | 29 | | | | | | | | | | | | | | | | | |
| 12th wk | 0 | 29 | 1 | 0 | | | | | | | | | | | | | | | | | |
| Term Grade | 0 | 19 | 3 | 0 | C | C | | | | | | | | C | | | | | | | |
| Total Attend | 0 | 53 | 4 | 29 | | | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to _____ 1B _____ Grade _____ Teacher    Florence McNutt _____

| | Time Tardy | Days Present | Days Absent | Days Withdrawn | Conduct | Effort | Reading & Literature | English | Spelling | Penmanship | Arithmetic | Geography | History & Civics | Music | Art | Manual Arts | Dom. Art | Dom. Sci | Physiol & Hygiene | Gen Science | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th wk | | | | | | | | | | | | | | | | | | | | | |
| 12th wk | 55.5 | 2.5 | | B | B | C | | | B | B | | | B | B | | | | | | | |
| Term Grade | 28 | | | B | B | B | | | B | B | | | B | B | | | | | | | |
| Total Attend | 83.5 | 2.5 | | | | | | | | | | | | | | | | | | | |

Promoted or Assigned to _____ 1A _____ Grade _____ Teacher    Augusta L Waite _____

**GRADING SCALE**

| | | |
|---|---|---|
| A, Excellent, 94-100% | C, Good, 80-86% | N.P. Not Passing, below 70% |
| B, Very Good, 87-93% | D, Fair, 70-79% | D is lowest passing grade |

000097

| Student | Purkey, Jack W |
|---|---|
| Birthdate | ███████ |
| Grade | 1A |
| School Year | 30-31 |

**ATTENDANCE & SCHOLARSHIP RECORD**
**ELEMENTARY SCHOOLS**

**First Term**

| | Time Tardy | Days Present | Days Absent | Days Withdrawn | Conduct | Effort | Reading & Literature | English | Spelling | Penmanship | Arithmetic | Geography | History & Civics | Music | Art | Manual Arts | Dom. Art | Dom Sci | Physiol & Hygiene | Gen Science | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th wk | 0 | 29 | 0 | 0 | B | B | B | | | D | B | | | C | C | | | | | | |
| 12th wk | 0 | 24 | 1 | 0 | C | B | C | | | C | B | | | C | C | | | | | | |
| Term Grade | 0 | 20 | 0 | 0 | C | B | C | | D | D | B | | | C | C | | | | | | |
| Total Attend | 0 | 73 | 1 | 0 | | | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to _____ 2B _____ Grade _____ Teacher   Elizabeth Schenck

| | Time Tardy | Days Present | Days Absent | Days Withdrawn | Conduct | Effort | Reading & Literature | English | Spelling | Penmanship | Arithmetic | Geography | History & Civics | Music | Art | Manual Arts | Dom. Art | Dom Sci | Physiol & Hygiene | Gen Science | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th wk | 0 | 30 | 0 | 0 | C | C | D | | B | D | A | | | C | C | | | | | | |
| 12th wk | 0 | 28 | 0 | 0 | C | C | B | | B | B | A | | | B | C | | | | | | |
| Term Grade | 0 | 30 | 0 | 0 | C | C | B | | A | B | A | | | B | C | | | | | | |
| Total Attend | 0 | 88 | 0 | 0 | | | | | | | | | | | | | | | | | |

Promoted or Assigned to _____ 2A _____ Grade _____ Teacher   Elizabeth Schenck

| GRADING SCALE | A, Excellent, 94-100% | C, Good, 80-86% | N.P. Not Passing, below 70% |
|---|---|---|---|
| | B, Very Good, 87-93% | D, Fair, 70-79% | D is lowest passing grade |

000098

No. 7952  P. 4

Feb. 4. 2016  4:29PM  Demographics

Student      Purkey, Jack W

Birthdate    ▮▮▮▮▮

Grade        2A

School Year  31-32

ATTENDANCE & SCHOLARSHIP RECORD

State Street _____ Elementary School

**First Term**

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 1 | 33 | 0 | Per I | A | C | D | D | | | | C | C | D | | D | D | |
| II | 1 | 24 | 0 | Per II | B | B | C | C | | | | D | A | C | | D | C | |
| III | 2 | 22 | 0 | Term | B | B | D | C | | | | C | C | C | | C | C | |
| Total | 4 | 79 | 0 | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to _____ 3B _____ Grade _____  Teacher  Charlotte Clark

School  State Street

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 2 | 26 | 0 | Per I | B | C | D | C | | | | D | B | D | | C | D | |
| II | 0 | 28 | 0 | Per II | C | C | NP | D- | | | | C | B | C | | C | D | |
| III | 2 | 27 | 0 | Term | B | B | C- | C | | | | C+ | B | C | | C | D | |
| Total | 4 | 81 | 0 | | | | | | | | | | | | | | | |

Promoted or Assigned to _____ 3A _____ Grade _____  Teacher  Charlotte Clark

**GRADING SCALE**      A, B, C, D (lowest passing grade), and NP (Not Passing)

**000099**

| Student | Purkey, Jack W |
|---|---|
| Birthdate | ▇▇▇▇▇ |
| Grade | 3A |
| School Year | 32-33 |

**ATTENDANCE & SCHOLARSHIP RECORD**

State Street _____ Elementary School

**First Term**

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 1 | 34 | 0 | Per I | B | C | NP | C | | | | C | D | D | | | C | C | |
| II | 1 | 25 | 0 | Per II | B | C | NP | C | | | | D | D | D | | | C | C | |
| III | 3 | 24 | 0 | Term | B | C | D | C | | | | D | D | D | | | C | C | |
| Total | 5 | 83 | 0 | | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to _____ 4B _____ Grade _____ Teacher    Mary Lillian Dole _____

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 1 | 32 | | Per I | C | B | C | D | D | | | C | C | D | | | C | C | |
| II | 0 | 28 | | Per II | B | B | C | D | D | | | C | B | D | | | C | C | |
| III | 0 | 29 | | Term | B | B | D | D | C | | | C | C | D | | | C | C | |
| Total | 1.5 | 89.5 | | | | | | | | | | | | | | | | | |

Promoted or Assigned to _____ 4A _____ Grade _____ Teacher    C. Bleakley _____

**GRADING SCALE**        A, B, C, D (lowest passing grade), and NP (Not Passing)

**000100**

Student  Purkey, Jack W

Birthdate  ▮▮▮▮▮▮

Grade  4A

School Year  33-34

**ATTENDANCE & SCHOLARSHIP RECORD**

Oakland _____ Elementary School

**First Term**

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I |  | 30 |  | Per I | B | C | D | C | B |  |  | C | D | D |  |  | C | C |
| II |  | 27 |  | Per II | A | B | D+ | C | B |  |  | C | C | C |  |  | C | B |
| III |  | 28 |  | Term | B | B | D | C | B |  |  | C | D | C |  |  | C | C- |
| Total |  | 85 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**Second Term**

Promoted or Assigned to _____ 5B _____ Grade _____  Teacher  Katherine Lund

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0.5 | 28.5 | 0 | Per I | B | C+ | D | C | D | C |  | D | NP | C |  | B | B | C |
| II | 2 | 26 | 0 | Per II | C | C | D+ | C | C | D+ |  | C | D | C |  | B | B | C+ |
| III | 0 | 30 |  | Term | C | C | D | D | C | C |  | C | C | C |  | B | B | C |
| Total | 2.5 | 84.5 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Promoted or Assigned to _____ 5A _____ Grade _____  Teacher  M. Hanes

GRADING SCALE  A, B, C, D (lowest passing grade), and NP (Not Passing)

000101

Student    Purkey, Jack W

Birthdate    █████

Grade    5A

School Year    34-35

**ATTENDANCE & SCHOLARSHIP RECORD**

Oakland _____ Elementary School

**First Term**

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I |  | 30 |  | Per I | B | B | D | C | D |  | A |  | C | C | C |  | B | B | C |
| II |  | 27 |  | Per II | B | A | C | B | B |  | A |  | C | B | C |  | A | A | C |
| III |  | 27 |  | Term | B | B | C | C | C |  | B |  | B | B | C |  | B | B | C |
| Total |  | 84 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**Second Term**

Promoted or Assigned to _____ 6B _____ Grade _____   Teacher   Betty Vawter

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | 29 |  | Per I | S | S | C | C | C |  | C |  | C | B | S |  | S | S | S |
| II | 3 | 26 |  | Per II | S | S | D | B | C |  | C |  | C | B | S |  | S | S | S |
| III |  | 28 |  | Term | S | S | NP | B | C |  | C |  | C | B | S |  | S | S | S |
| Total |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Promoted or Assigned to _____ 6A _____ Grade _____   Teacher   M. Hanrahan

**GRADING SCALE**    A, B, C, D (lowest passing grade), and NP (Not Passing)

000102

No. 7952   P. 9

| Student | Purkey, Jack W |
|---|---|
| Birthdate | ▓▓▓▓▓▓ |
| Grade | 6A |
| School Year | 35-36 |

**ATTENDANCE & SCHOLARSHIP RECORD**

Oakland _____ Elementary School

**First Term**

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | 30 | | Per I | S | S | B | B | C | | B | C | A | S | | S | S | S | |
| II | 0 | 26 | | Per II | S | S | C | A | C | | B | C | A | S | | S | S | S | |
| III | 0.5 | 29 | | Term | S | S | C | B | D | | C | C | A | S | | S | S | S | |
| Total | | | | | | | | | | | | | | | | | | | |

**Second Term**

Promoted or Assigned to _____ 7B _____ Grade _____    Teacher  H.J. Freeborn

School  Holliday Jr High

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct | Effort | Arithmetic | English | Geography | Health Habits | History & Civics | Reading | Spelling | Art | Household Art | Manual Art | Music | Penmanship | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | 30 | 0 | Per I | B | B | C | B | B | B | | | | | | D | B | | |
| II | 3 | 25 | 0 | Per II | B | B | C | C | B | C | | | | | | C | B | | |
| III | 0 | 30 | 0 | Term | A | B | B | B | C | D | | | | | | D | B | | |
| Total | 3 | 85 | 0 | | | | | | | | | | | | | | | | |

Promoted or Assigned to _____ 7A _____ Grade _____    Teacher  Inez A Cornell

GRADING SCALE        A, B, C, D (lowest passing grade), and NP (Not Passing)

Demographics

Feb. 4. 2016  4:31PM

**000103**

**Student** Purkey, Jack W

**Birthdate** ▓▓▓▓▓▓

**Grade** 7A

**School Year** 36-37

ATTENDANCE & SCHOLARSHIP RECORD

Holliday Jr. High _____ School

## First Term

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct & Effort | Algebra | Arithmetic | Business Scl | Community Civics | English | Gen Science | Geography | Health | Habits | History & Civics | Latin | World Relations | Art | Dom. Art | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | 30 | 0 | Per I | B | | A | | | C | | C | C | C | | | | C | | |
| II | 0 | 26 | 0 | Per II | B | | B | | | C | | C | B | D | | | | D | | |
| III | 1.5 | 28.5 | 0 | Term | B | | C | | | C | | C | B | D | | | | D | | |
| Total | 1.5 | 84.5 | 0 | | | | | | | | | | | | | | | | | |

## Second Term

Promoted or Assigned to _____8B_____ Grade _____   Teacher   Inez A. Cornell

School   Holliday Jr High

| Period | Absent & Withdrawn | Attended | Tardy | Grades at close of | Conduct & Effort | Algebra | Arithmetic | Business Scl | Community Civics | English | Gen Science | Geography | Health | Habits | History & Civics | Latin | World Relations | Art | Dom. Art | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0 | 29 | 0 | Per I | B | | D | | | C | C | | | | C | | | C | | B |
| II | 0 | 28 | 0 | Per II | B | | D | | | C | C | | | | C | | | B | | B |
| III | 0 | 29 | 0 | Term | B | | C | | | C | C | | | | C | | | C | | B |
| Total | 0 | 86 | 0 | | | | | | | | | | | | | | | | | |

Promoted or Assigned to _____8A_____ Grade _____   Teacher   Inez A Cornell

GRADING SCALE    A, B, C, D (lowest passing grade), and NP (Not Passing)

No. 7952   P. 10

Demographics   Feb. 4. 2016   4:31PM

000104

08/05/2015 WICHITA PUBLIC SCHOOLS USD 259

STUDENT RECORDS AND ENROLLMENT SERVICES
201 N. WATER
WICHITA, KS 67202-1292

| STUDIES | 9th GRADE | | 10th GRADE | | 11th GRADE | | 12th GRADE | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 |
| English | C C 1. | | C C 1. | | | | | |
| Algebra | C C 1. | | | | | | | |
| Geometry | | | | | | | | |
| Trigonometry | | | | | | | | |
| Latin | | | | | | | | |
| Spanish | | | | | | | | |
| French | | | | | | | | |
| German | | | | | | | | |
| European History | | | | | | | | |
| American History | | | | C D 1. | | | | |
| Economics | | | | | | | | |
| Civics | | | | C .5 | | | | |
| Social Problems | | | | | | | | |
| Psychology | | | | | | | | |
| International Relations | | | | D .5 | | | | |
| World Geography | | | | | | | | |
| Biology | | | | | | | | |
| Botany | | | | | | | | |
| Chemistry | | | | | | | | |
| Physics | | | | | | | | |
| Physiology | | | | | | | | |
| Effective Speaking | | | | | | | | |
| Debate | | | | | | | | |
| Dramatics | | | | | | | | |

| STUDIES | 9th GRADE | | | 10th GRADE | | | 11th GRADE | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 1 | 2 | 3 | 1 | 2 | 3 |
| Penmanship | | | | | | | | | |
| Arithmetic | D C 1. | | | | | | | | |
| Bookkeep'g & Acc. | | | | | | | | | |
| Commercial Law | | | | | | | | | |
| Stenography | | | | | | | | | |
| Typewriting | | | | | | | | | |
| Economic Geog. | | | | | | | | | |
| Salesmanship | | | | | | | | | |
| Business English | | | | | | | | | |
| Business Adm. | | | | | | | | | |
| Mechanical Dr'g. | | | | | | | | | |
| Woodworking | C A 1. | | | C D 1. | C | | | | |
| Electricity | | | | | | | | | |
| Printing | | | | | | | | | |
| Cooking | | | | | | | | | |
| Sewing | | | | | | | | | |
| Art | C C 1. | | | C C 1. | | | | | |
| Gymnasium | F + 1. | | | F + 1. | B .5 | | | | |
| Chorus | | | | | | | | | |
| Glee Club | | | | | | | | | |
| Orchestra | | | | | | | | | |
| Band | | | | | | | | | |

**ATTENDANCE**

| | PRESENT | ABSENCE | TARDIES |
|---|---|---|---|
| FIRST | | | |
| SECOND | | | |
| THIRD | | | |
| FOURTH | | | |
| FIFTH | | | |
| SIXTH | | | |

EXPLANATION: 1 FIRST SEMESTER. 2 SECOND SEMESTER. 3 AMOUNT OF CREDIT

TOTAL CR. BY SEMESTER 1 2. 2 2. 3 /5 + 2. 5 /75 6 /.75 TOTAL CREDITS 12.

Date of Entrance: January 22, 1932

Date of Withdrawal:

Reason For Withdrawal:

Date of Graduation: 7.7. May 29, 1942

Ranked In: Lower Third of Class

Place in Class: 468th   Number In Class: 604

LAST NAME: Purkey   FIRST NAME: Jack   MIDDLE NAME: Hester

000105

08/05/2015 WICHITA PUBLIC SCHOOLS USD 259

Name of ... Purkey, Jack Nestly    Address  348 Fannie

Date of Birth _____    Place of Birth  Wichita, Kansas

Name of Father  Ira Purkey    Business Address    Telephone Bld.    Occupation _____

Name of Mother  Opal Purkey    Address  348 Fannie    Occupation  Housewife

| EXTRA CURRICULAR ACTIVITIES, HONORS, AWARDS, ETC. | NAME OF TEST | DATE GIVEN | SCORE | |
|---|---|---|---|---|
| | Hennon-Nelson, Form A | 4-4-39 | 46 | 108 |

STUDENT RECORDS AND ENROLLMENT SERVICES 201 N. WATER WICHITA, KS 67202-1285

Prepared For High School at  Roosevelt

Year:  1938-39

Other High Schools Attended:

Credits from 9th Grade of School previously attended:
1st. S. 2nd S

| | | |
|---|---|---|
| English | D | D |
| Mathematics | C- | C- |
| Social Science | | |
| Science V | C | |
| Typewriting | | B |
| Printing | C | C- |

Total  4.0

| QUALITIES | 10TH GRADE | 11TH GRADE | 12TH GRADE | RATING | | | |
|---|---|---|---|---|---|---|---|
| I. SCHOOL ... Interest, enthusiasm, industry, application, enterprise. | | | | Craves scholarly Work | Energetic | Studious | Usually indifferent | Apathetic |
| II. INTELLECTUAL ABILITY AND APTITUDE. Alertness, cleverness, brightness, power to assimilate, facility of adjustment to new situations. | | | | Keen | Alert and clever | Learns readily | A slow learner | Dull |
| III. INITIATIVE. Originality of thought, resourcefulness. | | | | Very resourceful | Self-reliant | Meets minimum requirements | Needs constant supervision |
| IV. INTEGRITY. Trustworthiness, faithfulness, reliability, loyalty, honesty. | | | | Merits complete confidence | Dependable | Usually faithful | Doubtful | Unreliable |
| V. LEADERSHIP. Ability to inspire or command the confidence, affection, good will, and loyalty of others; ability to secure a following. | | | | Outstanding | Capable | Fairly successful | A follower | Non-co-operative |
| VI. SOCIAL ADAPTABILITY. Personal strength and attractiveness, capacity as a mixer, ability to make and hold friends; social poise. | | | | Thoroughly at home in any situation | Popular | Fairly popular | Socially colorless | Socially repellent |

NATIONAL PERSONNEL RECORDS CENTER

1 ARCHIVES DRIVE    ST LOUIS, MO 63138-1002

*www.archives.gov*

NATIONAL ARCHIVES

May 27, 2015

ELIZABETH VARKESSIAN, PHD
310 S EAST AVE
BALTIMORE, MD 21224

**RE:**        **Veteran's Name:  PURKEY, Jack Wesley**
              **SSN/SN: ******856**
              **Request Number:  2-13985266068**

Dear Recipient:

Thank you for contacting the National Personnel Records Center.  We are pleased to respond to your request for **complete** Personnel Records and Medical Records by providing the enclosed document(s).

Separation documents may include the following information:  the type and character of discharge, authority and narrative reason for separation, reenlistment eligibility code, and separation program designator/number.  If you require a copy of the separation document that does not contain this information, a "*deleted*" copy must be requested from this Center.  A seal has been affixed to the separation document to attest to its authenticity.

The Privacy Act of 1974 does not permit the release of personal information without the authorization of the individual concerned; therefore, if present in the record, personal data pertaining to other individuals have been blacked out.

If you have questions or comments regarding this response, you may contact us at 314-801-0800 or by mail at the address shown in the letterhead above.  If you contact us, please reference the Request Number listed above.  If you are a veteran, or a deceased veteran's next of kin, please consider submitting your future requests online by visiting us at http://vetrecs.archives.gov.

Sincerely,

JAMADJ MIMS-NEELY
Archives Technician (AFN-MC3C)

**We Value Our
Veterans' Privacy**
*Let us know if we have
failed to protect it.*

Enclosure(s)

**000107**

N. C. G. 2525 B
U.S. COAST GUARD

/

## PHYSICAL EXAMINATION RECORD
(To be completely made up by medical officer, in duplicate)

Name Purkey, Jack Wesley  Service Number ███████
(Surname first)

Age: Years 18  Months ____  Color White

For: Enlistment U. S. C. G. Reserve
(Special temporary or regular enlistment, appointment or promotion)

Rank or Rating Apprentice Seaman (R)

Place Wichita, Kans Date July 7, 1942

Personal Medical History Measles, chicken-pox.

Vision: R.E. 20/ 20 L.E. 20/ 20 Corrected: R.E. 20/ ____ L.E. 20/ ____

Color blind? No  Test used Stilling

Hearing: Conversational speech R.E. 30/ 30 L.E. 30/ 30

Eyes, eyelids, and reflexes Normal

Ears: Right Normal  Left Normal
(Condition of drum, discharge, etc.)

Head, face, and neck Normal

Mouth, nose, and throat Normal

Teeth (indicate on diagram: Missing, "o"; replaced, "x"; carious, "I".)

(Right Side)
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Gums Normal  Temperature 98.6

Height 72 inches.  Weight (stripped) 170 Lbs.  Obesity No

Skin Normal

Lymph. glands Normal

Chest: Inspiration 38  Expiration 35½

Heart and blood vessels Normal

Blood pressure: Systolic 128  Diastolic 70

Pulse before exercise 80, after exercise 108, after 2 min. 80

Lungs Normal

Abdomen and pelvis Normal

Genito-urinary organs Normal

Spine and extremities Normal

Nervous and mental conditions Normal

Urine: Albumin Neg.  Sugar Neg.  Shreds Neg.

Microscopical exam. (if indicated) epithelia Neg.  Sp. Gr. 1.016

Blood cells Neg.  Pus cells Neg.  Casts Neg.

Blood (if indicated) Hb ____%.  Reds ____  Whites ____

Wassermann or Kahn test: Date 7-7-42 Result ____

2—16141

000108

REMARKS: _____

---

### CERTIFICATE

WE/I certify that WE/I have personally made this physical examination and find that Jack Wesley Purkey

He is physically qualified for Enlist. U.S.C.G.(R)
(Enlistment, appointment, promotion)

He is physically qualified to perform the duties of A.S.(R)
(Use in case of promotion of commissioned officer or annual examination)   (Rank)

He is not physically qualified for _____

on account of _____

_____

Charles Woodhouse
A.A.S.
Surgeon, U.S. Public Health Service.

### 1st INDORSEMENT

July 7, 1942

Mobile recruiting sub-station.

Place Wichita, Kansas

From: Officer in charge.

To: Commandant.

HD 011812 (April 1941)
_____

1. Forwarded for action.  Present status: Accepted Applicant for enl. as A.S.(R),USCGR.

M.M.16.
Commanding—Dist. Comdr.-Off. in Ch.

### 2d INDORSEMENT

HEADQUARTERS MEDICAL OFFICE.

U.S. COAST GUARD, Washington.

_____
(Date)

The findings of the certificate are not approved _____

_____

_____

_____

By direction of the Surgeon General:

_____
Medical Director, U.S Public Health Service.

### 3d INDORSEMENT

HEADQUARTERS, WASHINGTON.

_____
(Date)

From: Commandant.

To:

1.

_____

Insert this copy in health record.

By direction,

_____
Chief. Personnel Section.

U.S. GOVERNMENT PRINTING OFFICE    2—16141

**000109**

Form 2525-A—TREASURY DEPARTMENT—COAST GUARD

## DENTAL RECORD
(To be filled in by the Dental Officer)

PURKEY,
(Surname)

Jack Wesley
(Given name-s)

(Rank or rate)

### INSTRUCTIONS

The Dental Record will be inserted as the top sheet in the Health Record.

This sheet will be prepared when an officer or man is first examined or treated by a dental officer, and subsequent entries will be made according to instructions.

The dental sheet should accompany a patient sent to another ship or station for dental treatment.

Upon the completion of treatment and the necessary entries over the signature of the dental officer, it will be sent to the officer having the custody of the Health Record.

### RECORD OF FIRST DENTAL EXAMINATION

REMARKS: _____

1-29-43. _____ (Date and signature of examining dental officer)

### RECORD OF SUBSEQUENT DENTAL OPERATIONS

2—16140

000110

## DENTAL RECORD
### Entries to cover entire period of service

| DIAGNOSIS AND TREATMENT | DATE | SIGNATURE |
|---|---|---|
| Prophylaxis | 2-10-43 | F. Overcast Ph.M.1c. |
| #19 R. Amalgam | 2-16-43 | S. P. Marshall |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

U. S. GOVERNMENT PRINTING OFFICE                                    2—16140

000111

Form 2525-D—TREASURY DEPARTMENT—COAST GUARD

## MEDICAL HISTORY

Page ____

Surname ____PURKEY,____ Service No. ▓▓▓▓▓

Christian name–s ____Jack Wesley____

| STATE NAME OF PLACE | DATE EACH NEW ENTRY |
|---|---|

CAPTAIN OF THE PORT DETIAL
U.S.C.G. MEDICAL CENTER
Pier 11 Homolulu, T.H.
2 February, 1943

CHIEF COMPLAINT: I have a cold.

DIAGNOSIS:          0331 Common Cold

HISTORY:          Pt. states that he had
this cold for a couple
of days.

TREATMENT:          A.P.C. Tablets ten(10)
grains every four(4) hr.

2-8-43          Discharged this date
fit for duty,
Off duty six (6) days

A .G. Love
P.A. SURGEON.

CAPTAIN OF THE PORT,
U.S.C.G. MEDICAL CENTER,
13 February, 1943.

NOTE: Special Examination and Request
Report from the U.S. Naval Hospital,
Aiea, Oahu, T.H.
SKULL: outine studies of the skull show
an old depressed fracture of the right fr
rontal area. A section of both bables
of the skull which measures approximately
4 cm. in length has been depressed
inward about 1 cm. There is no
evidence of recent skull fracture.
No definite fracture lines are visualized
in the old fracture region, the fracture
lines apparently having healed. No other
significant changes re noted in the skull

R. G. GATES, Lt. Comdr. (MC)

000112

*Purkey* Page 6

USCG BASE INFIRMARY, DATE: 3-5-43
ALAMEDA, CALIFORNIA
DIAGNOSIS: SKULL FRACTURE, DEPRESSED,
OLD, RT. FRONTAL AREA, WITH POST
TRAUMATIC HEADACHES.
DIAGNOSIS NO: 4079 KEY LETTER: H
ORIGIN: IS not MISCONDUCT.
CHIEF COMPLAINT: REFERRED FROM HONOLUL
T.H. WITH ABOVE COMPLAINT.
ONSET: E.P.T.E.
IS NOT INCIDENT TO SERVICE.

REPORT OF BD. OF MED. SURVEY

Patient states that he suffered
a skull fracture in an automobile
accident 3 years ago at Wichita
Kansas. This was a depressed
fracture and patient has had head-
aches off and on ever since. An
X-Ray report from US NAVAL HOSPITAL
PEARL HARBOR, T.H., showed an old
depressed fracture of the right
frontal area. Patient states that
wearing a steel helmet and standing
long watches causes almost daily
headaches. Undoubtedly there is a
large element of neurosis in this
man's complaint built up around
his mild symptoms as a result of an
old skull fracture.

RECOMMENDATION: Discharge from
the US COAST GUARD.

Condition existed prior to enlist-
ment.

PROBABLE FURTHER DURATION:
Permanent.

W. S. KNEPP,
Ass't. Surgeon, USPHS(R)
Senior Member.

U. S. GOVERNMENT PRINTING OFFICE 2—16143
EVAN G. GAMETTE,
Ass't. Surgeon, USPHS(R)
Member

000113

Form No. 2525 C
TREASURY DEPARTMENT
U.S. COAST GUARD

## VACCINATION AND INOCULATION
## RECORD

Name ___PURKEY, Jack Wesley_____
        (Surname first)

Rank or rating _____ Service number ████████

### SMALLPOX VACCINATION

Number of prior scars _____

| DATE | SIGNATURE OF MEDICAL OFFICER VACCINATING | RESULT | SIGNATURE OF MEDICAL OFFICER OBSERVING RESULT |
|------|-----|-----|-----|
| 2/21/42 | W Trump | P R | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ENTER RESULT AS: "PR"; "AR"; "IR"; OR "F"
(See instructions on back)

### TYPHOID AND PARATYPHOID PROPHYLAXIS

| DATES ADMINISTERED | | | SIGNATURE OF MEDICAL OFFICER |
|------|------|------|------|
| First | Second | Third | |
| 7/24/42 | 7/31/42 | 8/7/42 | |
| | | | |
| | | | |
| | | | |

### EXEMPTION

(If exempted from vaccination or inoculation, state reason)

_____

_____

_____

2—16142                          (Signature of medical officer)

000114

Form No. 2525-C-1

U. S. COAST GUARD

BLOOD-TYPE, TETANUS AND YELLOW FEVER
INOCULATION RECORD

NAME _ _PURKEY, Jack W_ _ _ _ _ _ _

RANK OR RATING _ _ _ _ _ _ _ _ _ _

SERVICE NO. _ ▮▮▮▮▮▮ _ _ _

BLOOD TYPE

| DATE | TYPE | Signature of Medical Officer |
|------|------|------------------------------|
| 1/23/44 | O | W. S. Knapp |

(Enter Type As: "A", "AB", "B", "O",
International Classification)

TETANUS IMMUNIZATION

| Dates Adm. | Reactn. | Signature of Medical Officer |
|------------|---------|------------------------------|
| 1st 8/12/42 | | W S R |
| 2nd 11/5/42 | | J. A. M |
| 3rd | | |
| 4th | | |

YELLOW FEVER INOCULATION

| Date Adm. | Reactn. | Signature of Medical Officer |
|-----------|---------|------------------------------|
| 8/4/42 | | W S R |

000115

Form No. 2525
U.S. Coast Guard
March 1938

TERMINATION OF HEALTH RECORD

Name __ PURKEY, Jack Wesley

Rating **Sea2c**      Service No. ████

Place **Alameda, Calif**      Date __3-19-43

I certify that I have today examined the above-named person, and find that he has the following disease or physical condition likely to result in physical disability or death:

(1)   Skull fracture, depressed, old, right frontal area, with post traumatic headaches.

Other defects noted ____

In my opinion those numbered __ are incident of service.
In my opinion those numbered (1) are not incident of service.

To be filled in only when physical examination prior to discharge necessary,

E. W. BLATTER,
P.A. Surgeon, U.S.P.H.Service.

I certify to the best of my knowledge and belief:

~~That I have no xxxxxxxxxxxxxxxxxxxxx~~

That I have the following defect(s)

"Injury to my head"

To be filled in only when physical Examination prior to discharge necessary.

JACK WESLEY PURKEY

Sea2c(R)  Rank or Rating, U.S.C.G.

Service terminated __19 March, 1943__
(date)
At __USCG BASE, ALAMEDA, CALIFORNIA.__
(Place)

By reason of __PHYSICAL DISABILITY.__
(Expiration enlistment; physical disability; undesirability; desertion)

C. E. GUISNESS,

Commander, USCG Custodial Off.
(Rank)

000116

## ABSTRACT OF SERVICE

| Ship or station | date attached | date detached |
|---|---|---|
| R.O.,Omaha, Nebraska | 7/10/42 | 7/10/42 |
| Alameda, USCGTS | 7/13/42 | AUG 15 1942 |
| C.O.T.P.Honolulu, TH | 10-14-42 | 11-10-42 |
| Hono Tra. Sta | 11-10-42 | 1.6.43 |
| C.O.T.P.Honolulu, T.H. | 3/4/43 | 2/23/43 |
| Alameda Base | MAR 3 1943 | 3-19-43 |

000117

REMARKS: _____
_____

---

### CERTIFICATE

{WE / I} certify that {WE / I} have personally made this physical examination and find that Jack Wesley Purkey

He is physically qualified for Enlist. U.S.C.G. (R)
(Enlistment, appointment, promotion)

He is physically qualified to perform the duties of A.S. (R)
(Use in case of promotion of commissioned officer or annual examination)     (Rank)

He is not physically qualified for _____

on account of _____

*Charles Woodhouse*

Charles Woodhouse
Surgeon, U.S. Public Health Service.
A.A.S.

### 1st INDORSEMENT

July 7, 1942

Mobile recruiting sub-station.
Place Wichita, Kansas
From: Officer in charge.
To: Commandant.
HD 011812 (April 1941)

1. Forwarded for action. Present status: Accepted Applicant for enl. as A.S. (R) USCGR.

*Frank L. Crawford*
Commanding—Dist. Comdr.-Off. in C.
M.M.1C.

### 2d INDORSEMENT

HEADQUARTERS MEDICAL OFFICE.
U.S. COAST GUARD, Washington.

_____
(Date)

The findings of the certificate are not approved _____
_____
_____
_____

By direction of the Surgeon General:

_____
Medical Director, U.S Public Health Service.

### 3d INDORSEMENT

HEADQUARTERS, WASHINGTON.

_____
(Date)

From: Commandant.
To:
1.

_____
Insert this copy in health record.
By direction,

_____
Chief, Personnel Section.

U.S. GOVERNMENT PRINTING OFFICE     2—16141

000118

U. S. COAST GUARD (8)

N. C. G. 2525 B
U.S. COAST GUARD

REC'D JUL 17 1942

## PHYSICAL EXAMINATION RECORD
(To be completely made up by medical officer, in duplicate)

Name Purkey, Jack Wesley  Service Number ___ ■■■■■■
(Surname first)

Age: Years 18  Months 8  Color White

For: Enlistment U.S.C.G. Reserve
(Special temporary or regular enlistment, appointment or promotion)

Rank or Rating Apprentice Seaman (R)

Place Wichita, Kans Date July 7, 1942

Personal Medical History Measles, chicken-pox.

Vision: R.E. 20/ 20 L.E. 20/ 20 Corrected: R.E. 20/ ___ L.E. 20/ ___

Color blind? No  Test used Stilling

Hearing: Conversational speech R.E. 30/ 30 L.E. 30/ 30

Eyes, eyelids, and reflexes Normal

Ears: Right Normal Left Normal
(Condition of drum, discharge, etc.)

Head, face, and neck Normal

Mouth, nose, and throat Normal

Teeth (indicate on diagram: Missing, "z"; replaced, "x"; carious, "I".)

(Right Side)

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Gums Normal  Temperature 98.6

Height 72 inches.  Weight (stripped) 170 Lbs.  Obesity No

Skin Normal

Lymph. glands Normal

Chest: Inspiration 38  Expiration 35½

Heart and blood vessels Normal

Blood pressure: Systolic 128  Diastolic 70

Pulse before exercise 80, after exercise 108, after 2 min. 80

Lungs Normal

Abdomen and pelvis Normal

Genito-urinary organs Normal

Spine and extremities Normal

Nervous and mental conditions Normal

Urine: Albumin Neg.  Sugar Neg.  Shreds Neg.

Microscopical exam. (if indicated) epithelia Neg.  Sp. Gr. 1.016

Blood cells Neg.  Pus cells Neg.  Casts Neg.

Blood (if indicated) Hb ___%. Reds ___ Whites ___

Wassermann or Kahn test: Date 7, 7, 42 Result ___

2—16141

000119

# UNITED STATES COAST GUARD

ADDRESS REPLY TO:
**COMMANDANT
U. S. COAST GUARD
HEADQUARTERS
WASHINGTON 25, D. C.**



20 March, 1952

FILE PE-3

Mr. Jack W. Purkey
728 Ida Street
Wichita, Kansas

Dear Sir:

In response to your recent application, there is inclosed a
Certificate in Lieu of Discharge of

JACK WELSEY PURKEY ████████

By direction of the Commandant

Very truly yours,

W. H. BUXTON
Commander, USCG
Ass't. Chief, Enlisted Personnel Div.

Incl:
Certificate in Lieu of Discharge

corres:Obs,mtl return to 3-13

mailed 3-24-52 mjt

000120

APPLICATION FOR CERTIFICATE IN LIEU OF DISCHARGE

TREASURY DEPARTMENT
U. S. COAST GUARD
CG-9552 (Rev. 11-47)

Read carefully the instructions printed below

DATE: 2-19-51

| 1. NAME (Last) (First) (Middle) | 2. SERVICE NO. | 3. RACE | 4. DATE CERTIFICATE LOST OR DESTROYED |
|---|---|---|---|
| PURKEY  JACK  WESLEY | 535-876 | W | 12-51 |

| 5. ENTERED COAST GUARD AT (City or county, and State) | 6. DATE ENTERED SERVICE | 7. RATE AT DISCHARGE |
|---|---|---|
| OMAHA, NEBRASKA | July 10-1942 | SEAMAN 2 CLASS |

| 8. DATE OF DISCHARGE | 9. PLACE OF DISCHARGE | 10. TYPE OF DISCHARGE |
|---|---|---|
| MARCH 19-1943 | COAST GUARD BASE - ALAMEDA CALIFORNIA | HONORABLE |

TO:

PEA-A

R 2
R 2 & 10

INSTRUCTIONS

1. Complete this application for certificate in lieu of lost discharge, in detail, and return it for consideration to:

COMMANDANT (PE)
U. S. COAST GUARD HEADQUARTERS
WASHINGTON 25, D. C.

11. CIRCUMSTANCES SURROUNDING LOSS OR DESTRUCTION OF CERTIFICATE (Any mutilated certificate must be forwarded with this application and a duplicate certificate will be issued by Coast Guard Headquarters.

DISCHARGE WAS BURNED BY MISTAKE IN TRASH FIRE

12. IF MORE THAN ONE DISCHARGE CERTIFICATE HAS BEEN LOST OR DESTROYED, GIVE IN THE FOLLOWING SPACE, RATE, CLASSIFICATION, AND DATE AND PLACE OF ENLISTMENT AND DISCHARGE FOR THE PERIODS OF SERVICE COVERED BY EACH CERTIFICATE

| 13. DATE OF BIRTH | 14. PLACE OF BIRTH (City or county, and State) | 15. HEIGHT | 16. COMPLEXION |
|---|---|---|---|
| ▮▮▮ | WICHITA - KANSAS | 6 FT. 1 IN. | RUDDY |

| 17. COLOR OF EYES | 18. COLOR OF HAIR | 19. OCCUPATION BEFORE TIME OF ENLISTMENT. |
|---|---|---|
| BLUE | BROWN | ATTENDED SCHOOL |

CERTIFICATION

I DO HEREBY CERTIFY that the above statements are true to the best of my knowledge and belief

| SIGNATURE OF APPLICANT | ADDRESS TO WHICH CERTIFICATE IS TO BE MAILED |
|---|---|
| *(signature)* | 728 IDA. Wichita, Kansas |
| SIGNATURE OF WITNESS | ADDRESS |
| *(signature)* | 1438 N. Main, Wichita, Kansas |

SUBSCRIBED AND SWORN TO BEFORE ME THIS Identified by Coast Guard DAY OF _____ , 19____

*Jack Wesley Purkey*

NOTARY PUBLIC'S SEAL

▮▮▮▮▮

Notary Public

NOTICE: A complete set of fingerprints (both hands) may be affixed free of charge at any Coast Guard Recruiting Station or police station.

LEFT HAND FEB 27 1952

WJ

RIGHT HAND

PLACE FINGERPRINTS IN THIS SPACE

Notarization and seal may be omitted if fingerprints are attached except when a duplicate certificate is requested in the place of a mutilated certificate.

000121

(PPP)
CG-73
783

FILE
H. W.

27 April, 1944

To:                    U. S. Navy Inspector of Recruiting and Induction
                       Seventh Joint Service Induction Area
                       Baird Building, 1704 Douglas Street
                       Omaha, Nebraska

Subj:                  Purkey, Jack Wesley (535-876) ex-seaman, second class,
                       USCR; induction of

The case of subject man, who enlisted on 10 July, 1942, and was discharged
on 19 March, 1943, with an honorable discharge, by reason of physical
disability which existed prior to enlistment, has been carefully considered.
This man may be forwarded for induction at the discretion of his local
Selective Service Board and his induction into the armed forces is
authorized provided he is found fully qualified otherwise.


                                    I. F. STEELE
                                    Commander, USCG
                                    Chief, Personnel Procurement Division


Incls

                            U. S. COAST GUARD
                            MAIL SECTION (1)

                            MAILED APR 27 1944

Wilkison Rm 2312 2-8

000122

## MONTHLY PREMIUMS FOR EACH $1,000 OF INSURANCE
### FIVE YEAR LEVEL PREMIUM TERM PLAN

| Age | Monthly Premium | Age | Monthly Premium | Age | Monthly Premium | Age | Monthly Premium | Age | Monthly Premium |
|---|---|---|---|---|---|---|---|---|---|
| 15 | $0. 63 | 25 | $0. 67 | 35 | $0. 76 | 45 | $0. 99 | 55 | $1. 77 |
| 16 | . 64 | 26 | . 68 | 36 | . 77 | 46 | 1. 03 | 56 | 1. 90 |
| 17 | . 64 | 27 | . 69 | 37 | . 79 | 47 | 1. 08 | 57 | 2. 05 |
| 18 | . 64 | 28 | . 69 | 38 | . 81 | 48 | 1. 14 | 58 | 2. 21 |
| 19 | . 65 | 29 | . 70 | 39 | . 83 | 49 | 1. 20 | 59 | 2. 40 |
| 20 | . 65 | 30 | . 71 | 40 | . 85 | 50 | 1. 27 | 60 | 2. 60 |
| 21 | . 65 | 31 | . 72 | 41 | . 87 | 51 | 1. 35 | 61 | 2. 82 |
| 22 | . 66 | 32 | . 73 | 42 | . 89 | 52 | 1. 44 | 62 | 3. 07 |
| 23 | . 66 | 33 | . 74 | 43 | . 92 | 53 | 1. 54 | 63 | 3. 34 |
| 24 | . 67 | 34 | . 75 | 44 | . 95 | 54 | 1. 65 | 64 | 3. 64 |

1. Upon written request of the applicant, the policy of insurance may be issued effective as of the first day of the month in which the application and tender of premiums are made to the Veterans Administration, provided such date is not prior to date of entrance into the active service, or as of the first day of any month prior to the month in which the application and tender of premiums are made, provided such date is not prior to date of entrance into the active service, upon payment of the amount of the first premium and the reserve, if any, as required by the regulations of the Veterans Administration; or effective as of the first day of the month following the date of application and tender of premiums if premiums are paid by direct remittances.

2. At any time after the insurance has been in effect for 1 year and within the 5-year period, National Service Life Insurance on the 5-year level premium term plan may be exchanged for or converted to policies of insurance on the ordinary life, twenty-payment life, or thirty-payment life plans. All 5-year level premium term policies shall cease and terminate at the expiration of the 5-year term period.

3. Subject to regulations, upon application and submission of evidence satisfactory to the Administrator of Veterans' Affairs that the insured prior to becoming 60 years of age, is and has been continuously totally disabled for 6 or more consecutive months, premiums may be waived, effective as of the due date of the monthly premium becoming payable for the 7th consecutive month of such disability, and such waiver shall continue until such disability ceases.

4. The insurance may be applied for in favor of one or more of the following persons: Husband or wife, child (including adopted child, stepchild, or illegitimate child), parent (including person in loco parentis), brother or sister (whole or half blood) of the insured.

The insured may name any person or persons within the permitted class as contingent beneficiary or beneficiaries who will take the monthly installments of insurance if the principal beneficiary or beneficiaries predecease the insured, or take any remaining monthly installments if the principal beneficiary or beneficiaries survive the insured but die before all installments certain have been paid.

5. The insurance shall be payable in the following manner:

(1) If the beneficiary to whom payment is first made is under 30 years of age at the time of maturity, in two hundred and forty equal monthly installments.

(2) If the beneficiary to whom payment is first made is 30 or more years of age at the time of maturity, in equal monthly installments for one hundred and twenty months certain, with such payments continuing during the remaining lifetime of such beneficiary.

(3) Any installments certain of insurance remaining unpaid at the death of any beneficiary shall be paid in equal monthly installments in an amount equal to the monthly installments paid to the first beneficiary, to the person or persons then in being within the classes hereinafter specified and in the order named, unless designated by the insured in a different order—

(A) to the widow or widower of the insured, if living;

(B) if no widow or widower, to the child or children of the insured, if living, in equal shares;

(C) if no widow, widower, or child, to the parent or parents of the insured, if living, in equal shares;

(D) if no widow, widower, child, or parent, to the brothers and sisters of the insured, if living, in equal shares.

If no beneficiary is designated by the insured or if the designated beneficiary does not survive the insured, the beneficiary shall be determined in accordance with the order specified in subparagraph (3) of the above and the insurance shall be payable in equal monthly installments in accordance with subparagraphs (1) and (2) as the case may be.

6. This application must be witnessed and the information as to service certified by the commissioned officer who has custody of the applicant's service record unless by reason of detached service no commissioned officer is available, in which event it may be witnessed by a non-commissioned officer who, if he has custody of the applicant's service record, may certify the information as to service.

U. S. GOVERNMENT PRINTING OFFICE    16—18411

000123

**U. S. COAST GUARD (8)**

**REC'D JUL 13 1942**

## U. S. COAST GUARD RECRUITING STATION

**Omaha, Nebraska**
XXXXXXXXXXXXXXXXX

**10 July, 1942**
(Date)

From:  Recruiting Officer, **Omaha, Nebraska** XXXXXXXXXXXX
To;  Local Board Selective Service,

Subject:  Enlistment in the U. S. Coast Guard of man eligible for Selective Service.

1.  It is reported that the below named man who is eligible for selective service enlisted in the U. S. Coast Guard at this Recruiting Station this date.

FULL NAME  **Jack**                    **Wesley**                    **Purkey**
(First)                    (Middle)                    (Family name)

PRESENT home address  **728 Ida**
(Street and number)

**Wichita, Kansas**
(City and State)

Address at time of registration on or after October 16, 1940  **728 Ida**
(Street and Number)

**Wichita, Kansas**
(City and State)

Address of Local Board having jurisdiction (from registration card) Local Board #  **4**

**Postoffice Building**
(Street and Number)

**Wichita, Kansas**
(City and State)

(Signed)  **J.P. Hancock, Boatswain, USCG.**
(Recruiting Officer)

000124

VETERANS ADMINISTRATION
Insurance Form 365

DUPLICATE E.M.O.

File

73

## NOTIFICATION OF DISCONTINUANCE OF ALLOTMENT

### (National Service Life Insurance Premiums)

| PURKEY | Jack | W. | | Sea2c. (R) | ALAMEDA BASE RESERVE |
|---|---|---|---|---|---|
| (Last name) | (First name) | (Middle initial) | (Service number) | (Grade or rank) | (Unit or organization) |

I hereby request the discontinuance of allotment in the amount of $ 3.25 _____ for the monthly

premium on $ 5,000.00 _____ after deduction has been made for the month of March , 19 43
              XXXXX (Amount of insurance)

I { desire / do not desire } to continue my insurance in force and understand that if I do desire to continue my

insurance I must tender premiums due within the grace period by remittance direct to the Veterans

Administration, Washington, D. C., beginning _____, 19_____

Permanent home address  728 Ida          Wichita      Kansas
                         (Number and street or rural route)    (City, town, or post office)    (State)

Dated  19 March , 19 43        Jack W. Purkey

Reason for discontinuance  Physical discharge.      Jack W. PURKEY (Signature of insured)

This is to inform the Veterans Administration, Washington, D. C., that the last checkage to be made

on account of the allotment of the above-named insured { was / will be } made for the month of March ,

19 43 , for the premium due for the month of April , 19 43

J.A.B. HAY, Jr. Lt(jg)USCG.
(Signature of disbursing officer)

Lt(jg)                    USCG.
(Rank and organization)      (Service)

To: VETERANS ADMINISTRATION
     NAVY—via Allotment Officer (Original only).
     MARINE CORPS—via The Paymaster (In duplicate).
     COAST GUARD—via Headquarters (In duplicate).

REMARKS:

16—19173    U. S. GOVERNMENT PRINTING OFFICE

000125

# C O M P L E M E N T

_____          _____
(Unit)                                                    (Date approved)

## STANDARD

| | |
|---|---|
| _____ Captain | _____ Boatswain |
| _____ Commander | _____ Gunner |
| _____ Lieutenant Commander | _____ Electrician |
| _____ Lieutenant | _____ Radio Electrician |
| _____ Lieutenant (jg) | _____ Machinist |
| _____ Ensign | _____ Carpenter |
| | _____ Pharmacist |
| | _____ Pay Clerk |

| | | |
|---|---|---|
| _____ C.B.M. | _____ C.C.M. | _____ Off.Std.1c |
| _____ B.M.1c | _____ C.M.1c | _____ Off.Std.2c |
| _____ B.M.2c | _____ C.M.2c | _____ Off.Std.3c |
| _____ Coxswains | _____ C.M.3c | _____ M.Att.1c |
| _____ C.G.M. | _____ C.M.M. | _____ M.Att.2c |
| _____ G.M.1c | _____ M.M.1c | _____ M.Att.3c |
| _____ G.M.2c | _____ M.M.2c | _____ C.E.M.(Tel) |
| _____ G.M.3c | _____ C.W.T. | _____ E.M.1c(Tel) |
| _____ C.Q.M. | _____ W.T.1c | _____ E.M.2c(Tel) |
| _____ Q.M.1c | _____ W.T.2c | _____ E.M.3c(Tel) |
| _____ Q.M.2c | _____ F.1c | _____ A.C.M.M. |
| _____ Q.M.3c | _____ F.2c | _____ A.M.M.1c |
| _____ C.S.M. | _____ F.3c | _____ A.M.M.2c |
| _____ S.M.1c | _____ C.Y. | _____ A.M.M.3c |
| _____ S.M.2c | _____ Y.1c | _____ A.C.M. |
| _____ S.M.3c | _____ Y.2c | _____ A.M.1c |
| _____ Sea.1c | _____ Y.3c | _____ A.M.2c |
| _____ Sea.2c | _____ C.Ph.M. | _____ A.M.3c |
| _____ A.S. | _____ Ph.M.1c | _____ A.P. |
| _____ Surfmen | _____ Ph.M.2c | _____ C.P. |
| _____ C.E.M. | _____ Ph.M.3c | _____ P.1c |
| _____ E.M.1c | _____ Bandmasters | _____ P.2c |
| _____ E.M.2c | _____ 1st.Mus. | _____ P.3c. |
| _____ E.M.3c | _____ Mus.1c | _____ C.Prtr. |
| _____ C.R.M. | _____ Mus.2c | _____ Prtr.1c |
| _____ R.M.1c | _____ C.C.Std. | |
| _____ R.M.2c | _____ S.C.1c | |
| _____ R.M.3c | _____ S.C.2c | |
| | _____ S.C.3c | |

## PROVISIONAL

000126

N.C.G. 2681

## EDUCATIONAL AND SPECIAL QUALIFICATIONS

NOTE:  Fill out and return to Headquarters (and District) one copy of this form in the case of each commissioned officer, warrant officer, and enlisted man upon original entry in the Coast Guard.

PURKEY, Jack W.          535-876                    A.S.(R)
_____
(NAME)              (SERVICE NUMBER)        (RATING, RANK or GRADE)

EDUCATION:
  (a) Grammar School: _____ Graduated _____
                      (Number of years attended, graduated)        (Grade)

  (b) High School: _____ *Graduated* _____
                      (Number of years attended, grade completed or graduated)

  (c) College: _____
                      (Number of years attended, grade attained, special studies

                      pursued or completed and degrees received, if any)

EXPERIENCE:
 Indicate in the parenthesis after each of the following, the number of years served at each, including up to present date:

Aviation Rigger       (  )    Aviation Mechanic      (  )    Accountant               (  )
Bookkeeper            (  )    Carpenter              (  )    Dentist                  (  )
Draftsman            (  )    Electrician (telephone) (  )   Electrician (general)    (  )
Engineer (Diesel)     (  )    Engineer (steam)       (  )    Lathe Operator           (  )
Machinist            (  )    Mechanical Engineer    (  )    Pharmacist               (  )
Photographer (general) (  )  Photographer (aviation) (  )   Pattern-maker            (  )
Plumber and fitter    (  )    Secretary             (  )    Sign painter             (  )
Stenographer         (  )    School teacher        (  )    Tool maker               (  )
Telephone linesman    (  )    Telegrapher           (  )    Welder (acetylene)       (  )
Welder (electric)     (  )

 Specify ability as interpreter in foreign languages below:

_____

 Set forth briefly, yet clearly, below any previous experience or training not covered above. Also set forth such remarks as will indicate more fully the experience you have had in trades which you have followed as well as such remarks you desire to make regarding education and courses pursued.

_____

Use reverse side of this form when necessary.

                                        *Jack W. Purkey*
                                        Jack W. Purkey
                                        _____
                                              (SIGNATURE)

000127

(PEA)
CG-783

24 February, 1944

Local Board No. 4
Selective Service System
Federal Building
Wichita, Kansas

Gentlemen:

The following information is furnished relative to Jack Wesley
Purkey (535-876), Order No. 13152, in accordance with your request
dated 18 February, 1944;

    Enlisted:    10 July, 1942, in the U. S. Coast Guard
              Reserve at Omaha, Nebraska.

    Discharged:   19 March, 1943, with an honorable discharge
              by reason of physical disability which existed
              prior to enlistment; not recommended for
              reenlistment.
              Diagnosis:  Skull fracture, depressed, old, right
              frontal area, with post traumatic headaches.

    Ratings held: Apprentice seaman; seaman, second class.

    Born:    30 October, 1923, Wichita, Kansas.

By direction of the Commandant.

        Very truly yours,


        S. C. CRANDALL
        Lieutenant Commander, USCG
        Assistant Chief, Enlisted Assignments Div.


Incl
Duplicate copy of inquiry.


U. S. COAST GUARD (76)

REC'D FEB 25 1944

BEABES;mej

000128

SELECTIVE SERVICE SYSTEM

Approval not required

3-12

## REQUEST FOR INFORMATION CONCERNING DISCHARGE OF SERVICEMAN

Local ____ . 4          73
Sedgwick County          173
FEB 18 1944          04
Federal Building
Wichita, Kansas
(LOCAL BOARD DATE STAMP WITH CODE)

13152
(Order number)

2-18-44
(Date)

NAME ____ Purkey ____ Jack ____ Wesley
(Last)          (First)          (Middle initial)

Military Serial No. ████████

TO: ____ The Commandant ____
(Name of military agency addressed)

____ United States Coast Guard Headquarters ____

Washington, D. C.
(Address)

In order to classify properly the registrant identified hereon in accordance with the Selective Training and Service Act of 1940, as amended, it is necessary that we be informed as to the specific reasons for his discharge from military service.    Prompt reply will be appreciated.

Date of birth ████████          Place of birth ____ Wichita, Kansas ____

Date of induction into military service ____ July 10, 1942 ____

Place of induction into military service ____ Wichita, Kansas ____

Date of separation from military service ____ March 19, 1943 ____

Place of separation from military service ____ Coast Guard Base Alameda, California ____

Military organization from which discharged ____ United States Coast Guard ____

____ Dorothy L. Errington ____
(Member or clerk of local board)

### 1st Ind.

TO: THE ABOVE-NAMED LOCAL BOARD:

The registrant identified above was given a _____ in accordance
(Kind of discharge)

with _____ for the following specific reasons:
(Appropriate regulation)

Date _____

DSS Form 177

16—35108-1    U. S. GOVERNMENT PRINTING OFFICE

000129

N.C.G. No. 2599
U. S. Coast Guard
(Revised 1937)

# REPORT OF CHANGE IN PERSONNEL

PURKEY _____ Jack _____ W. _____ 535-876 _____ Sea.2c.(R)
(Surname)          (First name)     (Middle initial)   (Service No.)      (Rank or rating)

COAST GUARD BASE _____ Alameda, California _____ 19 March, 1943
(Unit)                         (Place)                         (Date)

Issued Honorable discharge this date by reason of physical disability.

AUTHORITY:

DCGO, 12th NavDist
Ltr. 3-17-43

_S. Wilk_

S. Wilk, Lt.(i.g.) U.S.C.G.

Commanding Officer
C.G.BASE, Alameda, Calif.
By direction

SPACE BELOW IS FOR HEADQUARTERS' USE ONLY

| LAW | PERSONNEL RECORDS | | |
| --- | --- | --- | --- |
| | STATISTICS | CORRESPONDENCE | RECORDS |
| | | | |

U. S. GOVERNMENT PRINTING OFFICE    O

000130

SECOND: I oblige and subject myself to serve { THREE years from 10 July, 1 942

during/minority until 9 July, 1 945

unless sooner discharged by proper authority.

In the event of war or National emergency declared by the President to exist during my term of service, I oblige and subject myself to serve until 6 months after the end of the war or National emergency if so required by the Secretary of the Navy unless I voluntarily reenlist or extend my enlistment. I understand that when so detained I am not entitled to enlistment allowance and that in time of war the addition of one-quarter pay as specified in the Act of July 11, 1941, is not applicable.

I also oblige myself, during such service, to comply with and be subject to such laws, regulations, and discipline for the government of the Coast Guard as are or shall be established by the Congress of the United States or other competent authority, and to submit to treatment for the prevention of smallpox, typhoid (typhoid prophylaxis), and to such other preventive measures as may be considered necessary by proper authorities.

THIRD: I am of the legal age to enlist; I have never deserted from the United States Coast Guard, Navy, Army, or Marine Corps; I have never been discharged from the United States Service or other service on account of disability or through sentence of either civilian or military court; and I have never been discharged from any service, civil or military, except with good character and for the reasons given by me to the recruiting officer prior to enlistment. I am not a member of the Coast Guard Reserve, Naval Reserve, Naval Militia, Marine Corps Reserve, National Guard, or Army Reserve.

FOURTH: I understand that upon enlistment in the Coast Guard Reserve, I may be ordered to active duty in time of war or when in the opinion of the President a National emergency exists, and that I may be required to perform active duty throughout the war or until the National emergency ceases to exist and for 6 months thereafter.

FIFTH: I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concerning assignment to duty, or promotion during my enlistment.

OATH OF ALLEGIANCE: I, Jack Wesley Purkey do solemnly swear (or affirm) that I will bear true faith and allegiance to the United States of America, and that I will serve them honestly and faithfully against all their enemies whomsoever, and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to the laws of the United States and the regulations governing the Coast Guard.

And I do further swear (or affirm) that all statements made by me as now given in this record are correct.

*Jack Wesley Purkey*

Jack Wesley Purkey
-----------------------------------------------
(Signature in own handwriting, surname to right)

Subscribed and sworn to before me this 10th day of July, A. D. 19 42

J. P. Hancock, Boatswain, USCG.
-----------------------------------------------
(Commanding officer, notary public, or other officer qualified to administer oaths)

Recruiting Officer, Omaha, Nebraska
-----------------------------------------------
(Title)

Citizenship substantiated and contract perfected.

*Grant L. Cudney*

Grant L. Cudney,
-----------------------------------------------

M.M.1c.
-----------------------------------------------, U. S. C. G., Enlisting Officer.

000131

WICHITA HIGH SCHOOL EAST

THIS CERTIFIES THAT Jack Wesley Purkey HAVING COMPLETED THE
COURSE OF STUDY PRESCRIBED BY THE BOARD OF EDUCATION OF THE
CITY OF WICHITA, IS THEREFORE ENTITLED TO THIS DIPLOMA.
GIVEN AT WICHITA, KANSAS THIS TWENTY-NINTH DAY OF MAY, A.D.,1942.

/s/ L. Mayberry _                    /s/ H. Claude Hofuees
Superintendent of Schools            President Board of Education
/s/ L.W. Brooks _                    /s/ Luins Gerties _
Principal High School                Secretary Board of Education

Certified to be a true copy of the original.

Grant L. Cudney, M.A.1c. _
Officer in Charge.

000132

N.C.G. 2682

# CHARACTER REFERENCE URGENT

### UNITED STATES COAST GUARD RECRUITING OFFICE

Mr. Jerry Wilson
730 Ida
Wichita, Kansas

Wichita, Kansas, 30 June, 1942

Jack Wesley Purkey ......... has applied at this office for enlistment in the United States Coast Guard and has referred us to you for a character reference. It will, therefore, be appreciated if you will transmit to this office by return mail, such information as you may be able to supply in regard to the questions enumerated below.

The government assumes that you will answer, fully, carefully and with frankness. Your reply will be considered strictly CONFIDENTIAL. A franked envelope with return address is enclosed for your reply so that you may give the matter your immediate attention. No postage is required. AN EARLY REPLY WILL ASSIST THIS MAN IN OBTAINING STEADY EMPLOYMENT.

Bernard F. Young, Y3c. (R)

By direction — —Recruiting Officer

1. How long have you known the applicant? ............ *3 Mo.*
2. What is his general reputation in the community? ...... *good*
3. Is he industrious? ..................... *Yes*
4. Is he trustworthy? .................... *Yes*
5. Is he married? ...................... *no*
6. What are his usual habits as regards to sticking to his job? ... *good if interested* *in the particular kind of job*
7. Is he addicted to the use of intoxicating liquors or other habit forming drugs? .............. *no.*
8. To your knowledge, has he ever been arrested, confined in jail, penitentiary, or other correctional institution? ..... *no*
9. Has he ever been a member of any military or naval organization, active or reserve, and if so, is he still a member? .. *no*
10. Are you related to the applicant? ............... *no*

Ralph N Wilson
(SIGNATURE)

728 Ida St.
(STREET or BOX NUMBER)

Wichita                          K
(CITY)                        (STATE)

000133

N.C.G. 2682

# CHARACTER REFERENCE    URGENT

### UNITED STATES COAST GUARD RECRUITING OFFICE

Dr. Hayes
347 Greenwood
Wichita, Kansas

Wichita, Kansas, 30 June, 1942

Jack Wesley Purkey has applied at this office for enlistment in the United States Coast Guard and has referred us to you for a character reference. It will, therefore, be appreciated if you will transmit to this office by return mail, such information as you may be able to supply in regard to the questions enumerated below.

The government assumes that you will answer, fully, carefully and with frankness. Your reply will be considered strictly CONFIDENTIAL. A franked envelope with return address is enclosed for your reply so that you may give the matter your immediate attention. No postage is required. AN EARLY REPLY WILL ASSIST THIS MAN IN OBTAINING STEADY EMPLOYMENT.

Bernard F. Young, Y3c.(R)

By direction - -Recruiting Officer

1. How long have you known the applicant?. . seven years . . . .
2. What is his general reputation in the community?. . . . . . . good
3. Is he industrious? . . . . . . . . . . . . . . . . . . . . . yes
4. Is he trustworthy? . . . . . . . . . . . . . . . . . . . . . yes
5. Is he married? . . . . . . . . . . . . . . . . . . . . . . . no
6. What are his usual habits as regards to sticking to his job? . loyal

7. Is he addicted to the use of intoxicating liquors or other habit forming drugs? . . . . . . . . . . . . . . . . . . . . . no
8. To your knowledge, has he ever been arrested, confined in jail, penitentiary, or other correctional institution? . . . . never
9. Has he ever been a member of any military or naval organization, active or reserve, and if so, is he still a member? . . no
10. Are you related to the applicant?. . . . . . . . . . . . . . no

This fine lad is from one of our best families. His father is Chief Engineer for the Southwestern Bell Telephone Co.

J. E. Hayes M.D.
(SIGNATURE)

346 Greenwood Drive
(STREET or BOX NUMBER)

Wichita,                    Kansas
(CITY)                      (STATE)

000134

N.C.G. 2682

# CHARACTER REFERENCE URGENT

### UNITED STATES COAST GUARD RECRUITING OFFICE

Mr. G. O. Pruitt
727 South Chautauqua
Wichita, Kansas

Wichita, Kansas, 30 June, 1942

Jack Wesley Purkey has applied at this office for enlistment in the United States Coast Guard and has referred us to you for a character reference. It will, therefore, be appreciated if you will transmit to this office by return mail, such information as you may be able to supply in regard to the questions enumerated below.

The government assumes that you will answer, fully, carefully and with frankness. Your reply will be considered strictly CONFIDENTIAL. A franked envelope with return address is enclosed for your reply so that you may give the matter your immediate attention. No postage is required. AN EARLY REPLY WILL ASSIST THIS MAN IN OBTAINING STEADY EMPLOYMENT.

Bernard F. Young, Y3c.(R)

By direction — Recruiting Officer

1. How long have you known the applicant? . . . . . . . . . . . _3 years_
2. What is his general reputation in the community? . . . . . . _Good_
3. Is he industrious? . . . . . . . . . . . . . . . . . . . . _Yes_
4. Is he trustworthy? . . . . . . . . . . . . . . . . . . . . _Yes_
5. Is he married? . . . . . . . . . . . . . . . . . . . . . . _No_
6. What are his usual habits as regards to sticking to his job? . _Good_
7. Is he addicted to the use of intoxicating liquors or other habit forming drugs? . . . . . . . . . . . . . . . . . . . _No_
8. To your knowledge, has he ever been arrested, confined in jail, penitentiary, or other correctional institution? . . . . _not to my knowledge_
9. Has he ever been a member of any military or naval organization, active or reserve, and if so, is he still a member? . . _No_
10. Are you related to the applicant? . . . . . . . . . . . . . _No_

G. O. Pruitt
(SIGNATURE)

727 S Chautauqua
(STREET or BOX NUMBER)

Wichita          Kans.
(CITY)            (STATE)

000135

Form 2679 (Revised)
TREASURY DEPARTMENT
U. S. Coast Guard
November 1939

# REPORT OF POLICE RECORD

**Coast Guard Recruiting Station,** __Wichita, Kansas__
(Place)

__30 June, 1942__
(Date)

**To Chief of Police,** __Wichita, Kansas__

DEAR SIR:

The following-named man, whose fingerprints appear on the reverse side of this form, has made formal application for enlistment in the U. S. Coast Guard.

__Jack Wesley Purkey__
(Name of applicant)

__18Yrs. 8Mos.__          __6' 0"__          __170__          __White__
(Age)              (Height)          (Weight)          (Color)

It is requested that you fill in the following from the records of your office:

Has the above-named man, from the records of your office, been in: (1) Reform school? _____

(2) Jail? _____  (3) Penitentiary? _____  (4) Convicted of crime? _____  (5) Arrested

for any offense? _____  To your knowledge is he married or single? _____

Bernard F. Young, Y3c. (R)
By direction  Recruiting Officer.

6-30-42
(Date)

**To Recruiting Officer,** _____

The above information is submitted from the records of this office.

NO RECORD

H. M. TOMLINSON, CAPT. RECORD DIV.

Capt. H. M. Tomlinson
by D. Harrington
Chief of Police

U. S. GOVERNMENT PRINTING OFFICE    16—9747

000136

DO NOT FOLD THIS FORM          *Classification No.* _____

16—9747



000137

Form 2679 (Revised)
TREASURY DEPARTMENT
U. S. COAST GUARD
November 1939

## REPORT OF POLICE RECORD

**Coast Guard Recruiting Station,** _Wichita, Kansas_

(Place)

_30 June, 1942_

(Date)

**To Chief of Police,** _Topeka, Kansas_

DEAR SIR:

The following-named man, whose fingerprints appear on the reverse side of this form, has made formal application for enlistment in the U. S. Coast Guard.

_Jack Wesley Purkey_

(Name of applicant)

_18Yrs. 8Mos._ _6' 0"_ _170_ _White_

(Age) (Height) (Weight) (Color)

It is requested that you fill in the following from the records of your office:

Has the above-named man, from the records of your office, been in: (1) Reform school? _____

(2) Jail? _____ (3) Penitentiary? _____ (4) Convicted of crime? _____ (5) Arrested

for any offense? _____ To your knowledge is he married or single? _____

_Bernard F. Young, Ysa. (R)_

By direction—_Recruiting Officer._

**To Recruiting Officer,** _No Record_

The above information is submitted from the records of this office.

RECEIVED
JUL 1 1942
CHIEF POLICE
TOPEKA, KANS

_Chief of Police._

U. S. GOVERNMENT PRINTING OFFICE     16—9747

**000138**



000139

U. S. COAST GUARD RESERVE

CONSENT FOR IMMEDIATE ACTIVE DUTY

I, _____Jack Wesley Purkey_____

residing in the _____City_____ of _____Wichita_____,

County of _____Sedgwick_____ and State of

___Kansas_____, do hereby give my consent to be

ordered to immediate active duty upon my enlistment in the United

States Coast Guard Reserve.

PLACE:___R. C., Omaha, Nebraska____

DATE:___10 July, 1942_____

*Jack Wesley Purkey*
___Jack Wesley Purkey_____
(Signature of Applicant)

000140

U. S. COAST GUARD RESERVE

AFFIDAVIT OF APPLICANT REGARDING DISABILITY ALLOWANCE

"I   Jack Wesley Purkey                , U. S. COAST GUARD RESERVE

BEING FIRST DULY SWORN, UPON OATH DEPOSE AND SAY THAT I AM NOT

DRAWING, NOR HAVE I A CLAIM FOR A PENSION, DISABILITY ALLOWANCE,

DISABILITY COMPENSATION OR RETIRED PAY FROM THE GOVERNMENT OF

THE UNITED STATES."

*Jack Wesley Purkey*

Jack "esley Purkey

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___10th___ DAY OF ___July___

___July___, 19_42_.

J.P. Hancock, Boatswain, U.S.C.G.

(Signature and Official Title)

Recruiting Officer, Omaha, Nebraska.

( S E A L )

SECOND: I oblige and subject myself to serve ⎱ ~~THREE~~ years from ___10 July___, 1 **942**

⎰ ~~////////////~~ until ___9 July___, 1 **945**

unless sooner discharged by proper authority.

In the event of war or National emergency declared by the President to exist during my term of service, I oblige and subject myself to serve until 6 months after the end of the war or National emergency if so required by the Secretary of the Navy unless I voluntarily reenlist or extend my enlistment. I understand that when so detained I am not entitled to enlistment allowance and that in time of war the addition of one-quarter pay as specified in the Act of July 11, 1941, is not applicable.

I also oblige myself, during such service, to comply with and be subject to such laws, regulations, and discipline for the government of the Coast Guard as are or shall be established by the Congress of the United States or other competent authority, and to submit to treatment for the prevention of smallpox, typhoid (typhoid prophylaxis), and to such other preventive measures as may be considered necessary by proper authorities.

THIRD: I am of the legal age to enlist; I have never deserted from the United States Coast Guard, Navy, Army, or Marine Corps; I have never been discharged from the United States Service or other service on account of disability or through sentence of either civilian or military court; and I have never been discharged from any service, civil or military, except with good character and for the reasons given by me to the recruiting officer prior to enlistment. I am not a member of the Coast Guard Reserve, Naval Reserve, Naval Militia, Marine Corps Reserve, National Guard, or Army Reserve.

FOURTH: I understand that upon enlistment in the Coast Guard Reserve, I may be ordered to active duty in time of war or when in the opinion of the President a National emergency exists, and that I may be required to perform active duty throughout the war or until the National emergency ceases to exist and for 6 months thereafter.

FIFTH: I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concerning assignment to duty, or promotion during my enlistment.

OATH OF ALLEGIANCE: I, ___**Jack Wesley Purkey**___ do solemnly swear (or affirm) that I will bear true faith and allegiance to the United States of America, and that I will serve them honestly and faithfully against all their enemies whomsoever, and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to the laws of the United States and the regulations governing the Coast Guard.

And I do further swear (or affirm) that all statements made by me as now given in this record are correct.

*Jack Wesley Purkey*

___**Jack Wesley Purkey**___
(Signature in own handwriting, surname to right)

Subscribed and sworn to before me this ___**10th**___ day of ___**July**___, A. D. 19**42**

___**J. P. Hancock, Boatswain, USCG.**___
(Commanding officer, notary public, or other officer qualified to administer oaths)

___**Recruiting Officer, Omaha, Nebraska**___
(Title)

Citizenship substantiated and contract perfected.

*Grant L. Cudney*

___**Grant L. Cudney,**___

___**M.M.1c.**___, U. S. C. G., *Enlisting Officer.*

U. S. GOVERNMENT PRINTING OFFICE    16—8420-1

Form 2500-C
TREASURY DEPARTMENT
U. S. COAST GUARD
(Revised July 1941)

**SERVICE RECORD**

Sheet 1

β-2

RECORD OF _____ PURKEY, Jack Wesley _____
(Full name, surname to the left)

## 1. TRANSFERS

| Departed from— | | | Reported to— | | |
|---|---|---|---|---|---|
| Unit | Date | Signature | Unit | Date | Signature |
| R.C., Omaha, Neb. | 7/10/42 | Bos'n | CGTS, ALAMEDA | JUL 13 1942 | Lt. Comdr. |
| CGTS, ALAMEDA | AUG 15 1942 | Lt. Comdr. | Capt. Port Bn. | 8/15/42 | Lieut. |
| Capt. Port Bn. | 10-6-42 | Lieut. | COTP, HONO. | 10-16-42 | Lt. Comdr |
| COTP, HONOLULU | 2-23-43 | L. Comdr. | Alameda Base | MAR 3 1943 | Lt. Comdr |

## 2. CHANGES IN RATING

| Unit | Rated or disrated to— | Date | Signature |
|---|---|---|---|
| COTP, HONOLULU | Sea.2c.(R) | 11-5-42 | Lt. Comdr. |

(1)

16—9676-1

000143

RECORD OF _____ PURKEY, Jack Wesley _____

(Full name, surname to the left)

## 3. EFFICIENCY MARKS

| Date | Rate | Proficiency in rating | Seaman-ship | Mechanical ability | Ability as leader of men | Special qualification or special detail | Conduct | Signature |
|------|------|------|------|------|------|------|------|------|
| 10 July, 1942 | A.S.(R) | — — | — — | — — | — — | — — — | 4.0 | Bos'n |
| Aug 19 1942 | A.S.(P) | 3.0 | | | | | 4.0 | Lt. Co |
| 10-6-42 | A.S.(R) | 3.1 | 3.1 | 3.2 | 3.2 | | 4.0 | Lt. Comdr |
| 12-31-42 | Sea.2c. | 3.0 | — | 3.0 | — | | 4.0 | LtCd |
| 1-9-43 | " | LESS THAN ONE MONTH | | | | | 4.0 | LtCd |
| 2-23-43 | " | 3.0 | | 3.0 | | | 4.0 | Lt Cd |
| 3-19-43 | " | 3.0 | | 3.0 | | | 4.0 | |
| | | | | | | | | |
| Average | x x x x x | 3.02 | 3.1 | 3.05 | 3.2 | x x x x x x x x x x x x | 4.0 | |

Upon receipt of Enlistment Record it shall be checked to see that previous marks have been entered. The last unit at which service is rendered will be held responsible for the completeness of the marks.

## 4. SWIMMING QUALIFICATIONS

| Unit | Date of qualification | Signature |
|------|------|------|
| | | |

(2)

U. S. GOVERNMENT PRINTING OFFICE     16—9676-1

000144

Form 2500-C
TREASURY DEPARTMENT
U. S. COAST GUARD
Revised June 1938

Sheet 2

RECORD OF _____ PURKEY, Jack Wesley _____
(Full name, surname to the left)

## 5. TRIALS BY COAST GUARD COURTS AND RESULT

| Unit | Date | REMARKS: Kind of court, charge, sentence of court, and action of reviewing authority to be shown in this column | Signature |
|------|------|------|------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## 6. MERITORIOUS CONDUCT
(Award of medals, citations, Headquarters commendation, honorable discharge button, etc.)

| Unit | Date | Remarks | Signature |
|------|------|---------|-----------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(3)

16—9076

000145

RECORD OF _____ PURKEY, Jack Wesley _____    ████████  (Service No.)

(Full name, surname to the left)

## 7. SPECIAL QUALIFICATIONS

| Unit | Date | Proficient in— | Signature |
|------|------|----------------|-----------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## 8. DETAILS

(Will include inter-unit transfers)

| Unit | Date From— | Date To— | Duty | Signature |
|------|------------|----------|------|-----------|
|  |  |  |  |  |
| C.G.BASE ALAMEDA | 3-3-43 | 3-19-43 | Active | _(signature)_ COMDR. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(4)

000146

Form 2500-C
TREASURY DEPARTMENT
U. S. COAST GUARD
Revised June 1938

Sheet 3

RECORD OF _____ FURKEY, Jack Wesley _____
(Full name, surname to the left)



## 9. LEAVE ACCOUNT
### WITH PAY

| Unit | Date | | Number of days | Balance | | Signature |
| --- | --- | --- | --- | --- | --- | --- |
| | Departed | Returned | | Annual | Reenlist | |
| R.O.,Omaha, Neb. | 10 July, 1942 | | Credit | 30 | | Bos'n |

000147

16—9676

RECORD OF ........PURLEY, Jack Wesley........ _____

(Full name, surname to the left)                (Service No.)

## 10. ABSENT FROM DUTY

(On account of sickness or injury due to own misconduct. Without leave (including overleave, desertion, imprisonment under civil arrest resulting in conviction), and absence from duty (confinement) while awaiting trial by a Coast Guard court resulting in a conviction, or while serving a sentence.) (Absences less than 24 hours not to be entered.) (Show inclusive dates.)

| Unit | Months | Days | From— | To— | Remarks | Signature |
|---|---|---|---|---|---|---|
| R.S.,Omaha,Nebr. | | | NO DEDUCTIBLE TIME WHILE ATTACHED TO THIS UNIT | | | Bos'n |
| CGTS, ALAMEDA | | | NO DEDUCTIBLE TIME WHILE ATTACHED TO THIS UNIT | | | Lt.Comdr. |
| Capt. Port Bn. | | | NO DEDUCTIBLE TIME WHILE ATTACHED TO THIS UNIT. | | | Lt.Comdr |
| COTP, HONOLULU | | | NO DEDUCTIBLE TIME WHILE ATTACHED TO THIS UNIT. | | | Lt.Comdr. |
| C.G.BASE ALAMEDA | | | NO DEDUCTIBLE TIME WHILE ATTACHED TO THIS UNIT | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## 11. EXTENSION OF ENLISTMENT

| Unit | Period | Reason | Signature |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## 12. ON DISCHARGE

Date 19 March _____, 1943  Place Alameda, California _____  Serial No. ==========

Kind of discharge ____Honorable____  Authority for P.B.#122-42; DCGO 12thNavDist,letter,

Discharged on account of Physical disability. _____ 17 March, 1943

Is not, by reason of physical disability. _____ recommended for reenlistment.

Informed of Selective Service requirements

(If "not," so state and show reason)

SIGNATURE C. E. GOSISNESS, Comdr., U.S.C.G.

## 13. ON DESERTION

| Unit | Date | Remarks | Signature |
|---|---|---|---|
| | | | |
| | | | |

(6)

000148

Form 2500-C
TREASURY DEPARTMENT

NAVSANDA-FB/680 K

Sheet 4

## AUTHORIZATION FOR MUSTERING OUT PAYMENT

Serial Number _____

1. ___Jack_____ _____ _____        F|▮▮▮▮| No. ____ Rank or Rating & Branch of Service
   First Name        Initial        Surname

   ___28 Ida Ave._____
   Number                    Street                    MUSTERING OUT PAYMENT    DIVISION DATA

   ___Wichita, 9, Kans._____        Acct. No.
   City            Zone            State

2. ___Honorable_____ ___19 March 1943___          ___C-58365___
   Character of Discharge  Date of Discharge or Release from Active Duty

3. Amount of payment: Indicate which is applicable

   (   ) $100

   (   ) $200

   (   ) $300    $300.

   APPROVED FOR PAYMENT

   FEB 2 5 1944

Monthly rate of pay when discharged, $_____

The within-named man has been furnished travel allowance amounting to $___96.95_____

at the rate of ___5___ cents per mile from ___Alameda, California___ to ___Wichita,___

Kansas_____ and paid $___101.67___ in full to date of discharge.  Name of

pay officer _____
            J.A.B. HAY, Jr., Lt.(jg) USCG.

Address subsequent to discharge will be:

___728 Ida_____ Street,

___Wichita_____ City, ___Kansas_____ State.

HAS SIGNIFIED INTENTION { ~~TO~~ / NOT TO } REENLIST NEXT DAY.

Certified to be correct upon termination of service ___19 March___ 19 43

_____
C. T. GUISNESS, Commander, U.S.C.G.
~~Commanding Officer—Officer in Charge~~
Executive Officer.

U. S. GOVERNMENT PRINTING OFFICE    16—9676        (7)

000149

Form 2500-C
TREASURY DEPARTMENT
U. S. COAST GUARD
Revised June 1938

Sheet 4

RECORD OF _____PURKEY, Jack Wesley_____   ___535-876___
(Full name, surname to the left)          (Service No.)

## 14. ON RETIREMENT

| Unit | Date | Cause | Authority | Signature |
|------|------|-------|-----------|-----------|
|      |      |       |           |           |

## 15. ON DEATH

| Unit | Date | Cause | Place of burial | Disposition of effects | Was death in line of duty | Signature |
|------|------|-------|-----------------|------------------------|---------------------------|-----------|
|      |      |       |                 |                        |                           |           |

## 16. RECORD OF SERVICE

Creditable Coast Guard service during this enlistment:

| 0 | 3 | 10 |
|---|---|----|
| (Years) | (Months) | (Days) |

(Notations under article 10 to be considered when executing this article.)

## 17. CERTIFICATE UPON TERMINATION OF SERVICE

Monthly rate of pay when discharged, $____54.00____

The within-named man has been furnished travel allowance amounting to $__96.95__

at the rate of ____5____ cents per mile from ____Alameda, California___ to ___Wichita,__

Kansas _____ and paid $ __104.67__ in full to date of discharge.  Name of

pay officer ___J.A.B. Hay Jr.___
          J.A.B. HAY, Jr., Lt. jg. USCG.

Address subsequent to discharge will be:

_____728 Ida_____ Street,

____Wichita____ City, ____Kansas____ State.

HAS SIGNIFIED INTENTION { TO / NOT TO } REENLIST NEXT DAY.

Certified to be correct upon termination of service ___19 March___, 19_43_

_____ Commander U. S. C. G.
Commanding Officer—Officer in Charge
Executive Officer.

U. S. GOVERNMENT PRINTING OFFICE   16—9675          (7)

000150

N.C.G. 2681

# EDUCATIONAL AND SPECIAL QUALIFICATIONS

NOTE:  Fill out and return to Headquarters (and District) one
copy of this form in the case of each commissioned officer, warrant
officer, and enlisted man upon original entry in the Coast Guard.

| PURKEY, Jack W. | 535-876 | A.S.(R) |
|---|---|---|
| (NAME) | (SERVICE NUMBER) | (RATING, RANK or GRADE) |

EDUCATION:

(a) Grammar School: _____ Graduated _____

(Number of years attended, graduated)          (Grade)

(b) High School: _____ *Graduated* _____

(Number of years attended, grade completed or graduated)

(c) College: _____

(Number of years attended, grade attained, special studies

pursued or completed and degrees received, if any)

EXPERIENCE:

Indicate in the parenthesis after each of the following, the number of years served at each,
including up to present date:

| | | | | | |
|---|---|---|---|---|---|
| Aviation Rigger | ( ) | Aviation Mechanic | ( ) | Accountant | ( ) |
| Bookkeeper | ( ) | Carpenter | ( ) | Dentist | ( ) |
| Draftsman | ( ) | Electrician (telephone) | ( ) | Electrician (general) | ( ) |
| Engineer (Diesel) | ( ) | Engineer (steam) | ( ) | Lathe Operator | ( ) |
| Machinist | ( ) | Mechanical Engineer | ( ) | Pharmacist | ( ) |
| Photographer (general) | ( ) | Photographer (aviation) | ( ) | Pattern-maker | ( ) |
| Plumber and fitter | ( ) | Secretary | ( ) | Sign painter | ( ) |
| Stenographer | ( ) | School teacher | ( ) | Tool maker | ( ) |
| Telephone linesman | ( ) | Telegrapher | ( ) | Welder (acetylene) | ( ) |
| Welder (electric) | ( ) | | | | |

Specify ability as interpreter in foreign languages below:

_____

Set forth briefly, yet clearly, below any previous experience or training not covered above.
Also set forth such remarks as will indicate more fully the experience you have had in trades
which you have followed as well as such remarks you desire to make regarding education and
courses pursued.

_____

_____

_____

_____

_____

Use reverse side of this form when necessary.

*Jack W. Purkey*

Jack W. Purkey

(SIGNATURE)

000151

WICHITA HIGH SCHOOL EAST

THIS CERTIFIES THAT Jack Wesley Purkey HAVING COMPLETED THE
COURSE OF STUDY PRESCRIBED BY THE BOARD OF EDUCATION OF THE
CITY OF WICHITA, IS THEREFORE ENTITLED TO THIS DIPLOMA.
GIVEN AT WICHITA, KANSAS THIS TWENTY-NINTH DAY OF MAY, A.D.,1942.

/s/ L. Mayberry _                          /s/ H. Claude Hofuees
Superintendent of Schools                  President Board of Education
/s/ I.W. Brocks _                          /s/ Luins Certics _
Principal High School                      Secretary Board of Education

Certified to be a true copy of the original.

Grant L. Cudney, Maj.lc. _
Officer in Charge.

000152

U. S. COAST GUARD RESERVE

AFFIDAVIT OF APPLICANT REGARDING DISABILITY ALLOWANCE

"I ___Jack Wesley Purkey_____, U. S. COAST GUARD RESERVE

BEING FIRST DULY SWORN, UPON OATH DEPOSE AND SAY THAT I AM NOT

DRAWING, NOR HAVE I A CLAIM FOR A PENSION, DISABILITY ALLOWANCE,

DISABILITY COMPENSATION OR RETIRED PAY FROM THE GOVERNMENT OF

THE UNITED STATES."

*Jack Wesley Purkey*
____Jack Wesley Purkey_____

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___**10th**___ DAY OF ___**July**___

___July___, 19__42___.

____J.P. Hancock, Boatswain, U.S.C.G.____
(Signature and Official Title)
**Recruiting Officer, Omaha, Nebraska.**

( S E A L )

**000153**

U. S. COAST GUARD RESERVE

CONSENT FOR IMMEDIATE ACTIVE DUTY

I, _____Jack Wesley Purkey_____

residing in the _____City_____ of _____Wichita_____ ,

County of _____Sedgwick_____ and State of

_____Kansas_____ , do hereby give my consent to be

ordered to immediate active duty upon my enlistment in the United

States Coast Guard Reserve.

PLACE: _____R. O., Omaha, Nebraska_____

DATE: _____10 July, 1942_____

_____Jack Wesley Purkey_____
      Jack Wesley Purkey
     (Signature of Applicant)

000154

C.G. Training Station
Honolulu, T.H.

Name *Turkey, J. W.* ........ Service Number ███████ Rank *Sea 2 C*

Date of Training *July 10, 1944* Age *19* .... Married or Single *Single*

Specialty Training *Graduate high school*
*One and a half years in sea scouts*
*One year working in sheet metal shop*
*making stove*

Remarks *Wants sea duty on small boats*

..................................................

..................................................

..................................................

Tests ...............................................

..................................................

..................................................

General Information ...............................

..................................................

..................................................

..................................................

..................................................

..................................................

..................................................

..................................................

000155

Checked according to merits of man concerned, merit increases from left to right.

NAME _Purkey, Jack W._____ Company Commander _Rose MM½._

| RESPONSIVENESS TO DISCIPLINE | | | | | Fin. Mk. |
|---|---|---|---|---|---|
| Habitual or serious offender | Requires continual correction | Normal | Responsive | / | Outstanding |

| WILLINGNESS | | | | | |
|---|---|---|---|---|---|
| Sullen to a marked degree | Sometimes sullen | Usually willing and cheerful | Always shows willingness, cheerfulness | / | Outstanding |

| REACTION TO TROUBLE OR DIFFICULTY | | | | | |
|---|---|---|---|---|---|
| Always gloomy and downcast | Often gloomy, worried and downcast | Seldom gloomy, responds to encouragement | Always shows willingness, cheerfulness | / | Outstanding |

| INTEGRITY | | | | | |
|---|---|---|---|---|---|
| Deceitful | Evasive | Straight forward | With sense of honor | / | Outstanding |

| PERFORMANCE OF ASSIGNED TASKS | | | | | |
|---|---|---|---|---|---|
| Poor worker, full time supervision | Requires supervision det. instr. | Does them well | Shows initiative | / | Outstanding |

| AMBITION AND PERSEVERANCE IN ADAPTING HIMSELF TO COAST GUARD | | | | | |
|---|---|---|---|---|---|
| No perseverance, learns only when forced | Enthusiasm usually short lived | Steady going average | Determined to study and learn | / | Outstanding |

| NEATNESS AND CLEANLINESS | | | | | |
|---|---|---|---|---|---|
| Always dirty in person and effects | Corrected often for being dirty | Dirty under unfavorable conditions | Clean, Effects clean and neatly stowed | / | Outstanding |

| APTITUDE FOR SERVICE | | | | | |
|---|---|---|---|---|---|
| Not fitted | Casual Interest | Gaining in value | Enthusiastic, well fitted | / | Outstanding |

| DEPORTMENT | | | | | |
|---|---|---|---|---|---|
| Coarse and vulgar | Careless in language and actions | Respectful in manner toward others | Very courteous and tactful | / | Outstanding |

| COOPERATION | | | | |
|---|---|---|---|---|
| Obstructive | Responsive to leadership, works in harmony with others | Works harmoniously with others to a common end | / | Outstanding |

REMARKS:-

000156



JACK                    WESLEY               PURKEY

728 Ida              Wichita,                Kansas

Wichita,        Kan.

10 July, 1942              A.S., U.S. Coast Guard Reserve              538-876

None                              No

5,000                                    3.25
                                          No

Opal "M" Purkey          Mother       $2,500
Ira Frank Purkey         Father       $2,500

Margaret Purkey          Sister       $2,500
Betty Eloise Purkey      Sister       $2,500

                         1st      September          42

Mrs. I. F. Purkey

    3.25                      August, 1942

    Alameda, California            1st        August              42
       and

F. D. LIPPMAN, Ensign, U.S.C.G.R.        Jack Wesley Purkey
Alameda, California

000157

Form NCG-2551
(June 1938)

## CONSENT, DECLARATION, AND OATH OF PARENT OR GUARDIAN

(NOTE.—To be executed in duplicate in the enlistment of a minor under twenty-one years of age. The original to be attached to the enlistment contract and forwarded to Headquarters. The duplicate to be filed in the service record.)

ENLISTMENT OF _____ PURKEY, Jack Wesley _____

USCG. Mobile Recruiting Sub-Station, Wichita, Kansas _____ 6 July, 1942
(Ship or Station)                                                  (Date)

I,¹ _____ Ira Franklin Purkey _____, residing in the _____ City _____

of _____ Wichita _____, County of _____ Sedgwick _____

and State of _____ Kansas _____, do hereby consent to the enlistment

of ² _____ Jack Wesley Purkey _____ to serve for a period of _____ THREE _____ years
from date of enlistment, unless sooner discharged, subject to all requirements and lawful commands of the officers who may, from time to time, be placed over him; and I do hereby relinquish all claim to his service, and to any wages or compensation for the same, and I certify that there are no circumstances now existing or that can be foreseen which will cause me to request his discharge at any time

during this enlistment, and I do further certify that he was born in _____ Wichita, Kansas _____

_____, on the _____ ▮▮▮▮▮▮

And I, the said ¹ _____ Ira Franklin Purkey _____ do solemnly swear

(or affirm) that I am the ⁴ _Father & Guardian_ of the said ² _____ Jack Wesley Purkey _____,

to be enlisted by my consent as ³ _____ Apprentice Seaman (R) _____, and that he has no other legal guardian but myself.  So help me God.

_Ira Franklin Purkey_
Ira Franklin Purkey
(Signature of Parent or Guardian)

Address: ▮▮▮▮▮▮
(Street and Number)          ▮▮▮▮▮▮          ▮▮▮▮▮▮
                             (City or Town)          (State)

Personally appeared before me ¹ _____ Ira Franklin Purkey _____

a resident of _____ Wichita _____, in the County of _____ Sedgwick _____

and State of _____ Kansas _____, who is well known to me as a credible person, and made oath that the foregoing statement is correct and true, and signed the same in my presence this

_____ 6 _____ day of _____ July _____, 19 42

My commission expires _____ 3-16-45 _____

_L E Castle_
(Signature of Officer administering oath)
_Notary Public_

Notes to which the small figures refer in the oath of the parent or guardian:
(¹) Fill with the NAME of the parent or guardian.
(²) Fill with the NAME of the applicant.
(³) Fill with rating for which enlisted.
(⁴) Fill with the words, "FATHER," "MOTHER," or "GUARDIAN," as the case may be.

U. S. GOVERNMENT PRINTING OFFICE      16—25552-1

000158

N. C. G.-2529
(Rev. 8-2-41)

# UNITED STATES COAST GUARD

# DESIGNATION OF BENEFICIARIES FOR DEATH GRATUITY

Recruiting Office
(Unit)

Omaha, Nebraska
(Place)

10 July, 1942
(Date)

FROM: PURKEY, Jack W. ( **535-876** ) A.S. (R)

To: COMMANDANT (via Recruiting Officer, Omaha, Nebraska)

1. In the event of my death I hereby designate beneficiary or beneficiaries for payment of six months' pay, as provided in the Act of June 4, 1920, as amended by the Act of May 22, 1928, as follows:

Not Married
(Full name of wife; if not married, so state)

(Address of wife)

None
(Full name of child; if none, so state)

(Address of child)

(Full name of child; if none, so state)

(Address of child)

(Full name of child; if none, so state)

(Address of child)

2. In the event of my leaving no widow or child, or of their decease before payment is made, I then designate as my beneficiary under the said act the following dependent relative:

Opal Mae Purkey
(Full name of relative)

Mother
(Relationship)

█████████
(Address of relative)

Potential
(State briefly wherein dependency exists)

3. In the event of the death of the above-named dependent relative before payment is made, I then designate as my beneficiary under said act the following dependent relative:

(Full name of relative)

(Relationship)

(Address of relative)

(State briefly wherein dependency exists)

I hereby swear (or affirm) that the statements made herein regarding dependency and relationship of the persons named above are true.

Subscribed and sworn to before me this

10th day of July, 1942

J. P. Hancock, Boatswain, USCG.
(Signature)

Recruiting Officer, Omaha, Nebraska
(Rank or title)

Jack W. Purkey
Jack W. Purkey
(Signature)

A.S. (R)
(Rank or rating)

U. S. GOVERNMENT PRINTING OFFICE    10—25758-1

000159

N. C. G.-2529
(Rev. 9-2-41)

# UNITED STATES COAST GUARD

# DESIGNATION OF BENEFICIARIES FOR DEATH GRATUITY

.Recruiting Office
(Unit)

Omaha, Nebraska
(Place)

10 July, 1942
(Date)

FROM: PURKEY, Jack W.(   535-876   )A.S.(R)

To: COMMANDANT (via Recruiting Officer, Omaha, Nebraska,)

1. In the event of my death I hereby designate beneficiary or beneficiaries for payment of six months' pay, as provided in the Act of June 4, 1920, as amended by the Act of May 22, 1928, as follows:

Not Married
(Full name of wife; if not married, so state)

(Address of wife)

None
(Full name of child; if none, so state)

(Address of child)

(Full name of child; if none, so state)

(Address of child)

(Full name of child; if none, so state)

(Address of child)

2. In the event of my leaving no widow or child, or of their decease before payment is made, I then designate as my beneficiary under the said act the following dependent relative:

Opal Mae Purkey
(Full name of relative)

Mother
(Relationship)

███████████
(Address of relative)

Potential
(State briefly wherein dependency exists)

3. In the event of the death of the above-named dependent relative before payment is made, I then designate as my beneficiary under said act the following dependent relative:

(Full name of relative)

(Relationship)

(Address of relative)

(State briefly wherein dependency exists)

I hereby swear (or affirm) that the statements made herein regarding dependency and relationship of the persons named above are true.

Subscribed and sworn to before me this

10th day of July , 19 42

J. F. Hancock, Boatswain, USCG.
(Signature)

Recruiting Officer, Omaha, Nebraska
(Rank or title)

*Jack W. Purkey*
Jack W. Purkey
(Signature)

A.S.(R)
(Rank or rating)

U. S. GOVERNMENT PRINTING OFFICE   16—25758-1

000160

N. C. G. 2500
(Rev. Dec. 1941)

# ENLISTMENT CONTRACT

Auth. for enl.
H/D 271130 (June, 1942)

UNITED STATES { ~~COAST GUARD~~ | Alameda Training Station
COAST GUARD RESERVE

Enlistment of          PURKEY, Jack Wesley                    ;   535-876   ;   $50.00
5th Congressional District (Kansas) *(Full name, surname to left)*        *(Service number)*      *(Pay per month)*
Accepted for enlistment at Mobile Recruiting Sub-Station, Wichita, Kansas; _____ A.S.(R) _____
                                                                                   *(Rating in which enlisted)*

Enlisted at Recruiting Station, Omaha, Nebraska                    ;   10 July, 1942
                                                                            *(Date)*

Transferred to Alameda Training Station, Government Island, Alameda, Calif.

Occupation __Student__    Citizenship* __NB__    If naturalized, place and date

of naturalization _____    Certificate No. _____

Date of birth ████████████    Place of birth __Wichita, Kansas__

Home address ████████    ████████    ████████    ████████
              *(Street and number)*    *(Town)*    *(County)*    *(State)*

Married or single __Single__    Name and address of next of kin or legal guardian

Opal Mae Purkey    (Mother)    ████████████████
        *(Relationship)*                        *(Address)*

Continuous Service Certificate _____    Previous service { Coast Guard } _____
                              *(Number)*                        { Reserve }  *(Years)* *(Months)* *(Days)*

First enlisted _____ at _____ and was
                  *(Date)*              *(Place)*

last discharged _____ from _____
                  *(Date)*              *(Unit)*

with _____ discharge as _____ No. _____
      *(Character)*              *(Rate)*

Previous Navy service _____    Previous Marine Corps service _____
                    *(Years)* *(Months)* *(Days)*                        *(Years)* *(Months)* *(Days)*

Previous Army service _____    Age __18__ Years __8__ Months
                  *(Years)* *(Months)* *(Days)*

Height __6__ feet __0__ inches.  Weight __170__ pounds

Eyes __Blue__ Sex __Male__ Hair __Brown__ Complexion __Ruddy__ Color __White__

Personal characteristics, _____ marks, etc. __None__

For and in consideration of the pay or wages due to the ratings which may from time to time be assigned me during the

continuance of my service, I agree to and with __Grant L. Cudney, M.M.1c.__

_____ of the United States Coast Guard, as follows:

FIRST: To enter the Coast Guard of the United States and to report to such station or vessel as I may be ordered to join, and to the utmost of my power and ability discharge my several services or duties and be in everything conformable and obedient to the several requirements and lawful commands of the officers who may be placed over me.

*Citizenship—Use expressions "NB" for native born; "NZ" for naturalized; "NPI" for native of Philippine Islands; "NPR" for native of Puerto Rico.

16—8420-1

000161

Form NCG-2551
(June 1938)

## CONSENT, DECLARATION, AND OATH OF PARENT OR GUARDIAN

(NOTE.—To be executed in duplicate in the enlistment of a minor under twenty-one years of age. The original to be attached to the enlistment contract and forwarded to Headquarters. The duplicate to be filed in the service record.)

ENLISTMENT OF _____ PURKEY, Jack Wesley _____

USCG. Mobile Recruiting Sub-Station, Wichita, Kansas _____ 6 July, 1942 _____
(Ship or Station)                                                    (Date)

I, ¹ _____ Ira Franklin Purkey _____, residing in the _____ City _____

of _____ Wichita _____, County of _____ Sedgwick _____

and State of _____ Kansas _____, do hereby consent to the enlistment

of ² _____ Jack Wesley Purkey _____ to serve for a period of _____ THREE _____ years
from date of enlistment, unless sooner discharged, subject to all requirements and lawful commands of the officers who may, from time to time, be placed over him; and I do hereby relinquish all claim to his service, and to any wages or compensation for the same, and I certify that there are no circumstances now existing or that can be foreseen which will cause me to request his discharge at any time during this enlistment, and I do further certify that he was born in _____ Wichita, Kansas _____

_____, on the _____ ███████████

And I, the said ¹ _____ Ira Franklin Purkey _____ do solemnly swear

(or affirm) that I am the ⁴ Father & Guardian of the said ² _____ Jack Wesley Purkey _____,

to be enlisted by my consent as ³ _____ Apprentice Seaman (R) _____, and that he has no other legal guardian but myself.  So help me God.

_Ira Franklin Purkey_
Ira Franklin Purkey
(Signature of Parent or Guardian)

Address: ███████████ _____ ███████████ _____ ███████████ _____
(Street and Number)                  (City or Town)              (State)

Personally appeared before me ¹ _____ Ira Franklin Purkey _____,

a resident of _____ Wichita _____, in the County of _____ Sedgwick _____,

and State of _____ Kansas _____, who is well known to me as a credible person, and made oath that the foregoing statement is correct and true, and signed the same in my presence this

_____ 6 _____ day of _____ July _____, 1942

My commission expires _____ 3-16-45 _____
_L. E. Castle_
(Signature of Officer administering oath)
Notary Public

Notes to which the small figures refer in the oath of the parent or guardian:
(¹) Fill with the NAME of the parent or guardian.
(²) Fill with the NAME of the applicant.
(³) Fill with rating for which enlisted.
(⁴) Fill with the words, "FATHER," "MOTHER" or "GUARDIAN," as the case may be.

U. S. GOVERNMENT PRINTING OFFICE    16—25552-1

000162

Form 2520
TREASURY DEPARTMENT
U. S. COAST GUARD
Revised Dec. 1938

This application blank will be forwarded with enlistment contract in cases of men accepted for enlistment

# APPLICATION FOR ENLISTMENT

### COAST GUARD RESERVE

Position desired___APPRENTICE SEAMAN (R)_____

### WARNING

If you have been in the Coast Guard, Army, Navy, or Marine Corps, or have ever been arrested by civil authorities, and fail to reveal the facts, your fingerprints will establish your identity and summary punishment will be forthcoming for fraudulent enlistment.

If statements made herein are found to be false disciplinary action will result.

_Wichita, Kansas_____
(Place)
_30 June, 1942_____, 19

I respectfully request permission to enlist in the United States Coast Guard, and to that end do declare that I am ___18___ years ___8___ months old, and believe myself to be physically qualified to perform the duties of the rating in which I may be enlisted; that I am of good habits and character in all respects; that I have never deserted from the U. S. Coast Guard, Navy, Marine Corps, Army, or Naval Reserve; and I certify that the following statements are correct:

Name in full___Jack Wisley Purkey_____

Date of birth ___███████████████_____

Place of birth___Wichita, Kansas_____ Citizenship___NB_____

Home address___728 Ida_____Wichita,_____Sedgwick_____Kansas___
    (Street)          (Town)        (County)      (State)

Are you married?___No___ Number and relationship of persons dependent on you for support?___None___

Wife's Name:_____ ADDRESS:_____

Are you prepared to support your dependents on service pay?___Yes_____

Are your parents living?___Yes_____ Are your parents dependent on you for support?___No_____
MOTHER:___Nae Mae Purkey___ADD:███████████
Name and address of next of kin___FATHER:___Ira Franklin Purkey___ADD:███████████

The following must be filled out to cover the last year for those under 21 and the last 2 years for those over 21. In case of nonemployment, substitute school history.

| Employer's Name | His Address | His Business | Length of Employment From— | To— | You were Employed as— |
|---|---|---|---|---|---|
| School (Student) | Wichita-Kansas | | | | |
| | | | | | |
| | | | | | |

Do you drink intoxicating liquors? If so, to what extent?___No___

Have you ever been arrested? If so, for what?___No_____
Have you ever been in a reform school, jail, or penitentiary, or have you ever been convicted of any crime?___No___

(OVER)

2—13412

000163

HEIGHT _6' 0"_     WEIGHT _170_     COLOR _White_

I have had the following education (state grammar schools, high schools, business colleges, or schools and colleges attended, stating whether or not you graduated and the number of years you attended each):

| NAME OF SCHOOL ATTENDED | ADDRESS OF SCHOOL ATTENDED | YEARS ATTENDED | GRAD. |
|---|---|---|---|
| Oak and Grade School | Topeka Kansas | 6 yrs. | Graduate |
| Roosevelt Intermediate | Wichita Kansas | 3 yrs. | Graduate |
| 1st High School | Wichita Kansas | 3 yrs. | Graduate |
| | | | |
| | | | |

Have you ever served in the U. S. Coast Guard, Navy, Marine Corps, Army, or Naval Reserve? _No_

If so, state which _____

Are you now or have you been a member of the National Guard? _No_
Produce your discharges from the U. S. Coast Guard, Navy, Marine Corps, Army, Naval Reserve, or National Guard.
Have you ever applied for enlistment in the Coast Guard? _No_

When did you apply? _____     Where? _____

Were you accepted or rejected? _____     If rejected, state why _____

I further certify that there do not exist any circumstances connected with the support of my dependents nor any conditions in my domestic affairs which, in the event I am accepted for enlistment, would cause me to seek a discharge prior to the expiration of my period of enlistment on account of dependency or the need for my presence at home.

(Sign your full name here) _Jack Wesley Purkey_

Accepted or rejected _Accepted_     Cause of rejection _____

Date _10 July, 1942_

I certify that the statements of the applicant, contained herein have been verified and that the same are true to the best of my knowledge and belief.

_J.P. HANCOCK,_
Boatswain, U. S. C. G.

LIST NAME AND ADDRESSES OF THREE CHARACTER REFERENCES OTHER THAN RELATIVES, SCHOOL TEACHERS, OR FORMER EMPLOYERS: —

1. _Mr. S. O. Pruitt_ _____ ADDRESS
2. _Dr. Hayes_ _____ ADDRESS
3. _Jerry Wilson_ _____ ADDRESS

U. S. GOVERNMENT PRINTING OFFICE    2—13412

000164

N. C. G. 2500
(Rev. Dec. 1941)

# ENLISTMENT CONTRACT

REC'D JUL 17 1942

Auth. for enl.
H/D 271130 (June, 1942)

UNITED STATES {  COAST GUARD. Alameda Training Station

COAST GUARD RESERVE

Enlistment of ___PURKEY, Jack Wesley___ ; ___▮___ ; ___$50.00___
(Full name, surname to left)        (Service number)   (Pay per month)

5th Congressional District (Kansas)

Accepted for enlistment at ___Mobile Recruiting Sub-Station, Wichita, Kansas___ ; ___A.S.(R)___
(Rating in which enlisted)

Enlisted at ___Recruiting Station, Omaha, Nebraska___ ; ___10 July, 1942___
(Date)

Transferred to ___Alameda Training Station, Government Island, Alameda, Calif.___

Occupation ___Student___     Citizenship* ___NB___     If naturalized, place and date

of naturalization _____     Certificate No. _____

Date of birth ___▮___     Place of birth ___Wichita, Kansas___

Home address ___▮___
(Street and number)        ▮ (Town)     ▮ (County)     ▮ (State)

Married or single ___Single___     Name and address of next of kin or legal guardian

___Opal Mae Purkey___     (Mother)     ▮
(Relationship)                              (Address)

Continuous Service Certificate _____     Previous service { Coast Guard Reserve } _____
(Number)                                                (Years) (Months) (Days)

First enlisted _____     at _____     and was
(Date)                          (Place)

last discharged _____     from _____
(Date)                            (Unit)

with _____ discharge as _____     No. _____
(Character)                    (Rate)

Previous Navy service _____     Previous Marine Corps service _____
(Years) (Months) (Days)                          (Years) (Months) (Days)

Previous Army service _____     Age ___18___ Years ___8___ Months
(Years) (Months) (Days)

Height ___6___ feet ___0___ inches.     Weight ___170___ pounds

Eyes ___Blue___ Sex ___Male___ Hair ___Brown___ Complexion ___Ruddy___ Color ___White___

Personal characteristics, _____ marks, etc. ___None___

For and in consideration of the pay or wages due to the ratings which may from time to time be assigned me during the

continuance of my service, I agree to and with ___Grant L. Cudney, H.M.1c.___

_____ of the United States Coast Guard, as follows:

FIRST: To enter the Coast Guard of the United States and to report to such station or vessel as I may be ordered to join, and to the utmost of my power and ability discharge my several services or duties and be in everything conformable and obedient to the several requirements and lawful commands of the officers who may be placed over me.

*Citizenship—Use expressions "NB" for native born; "NZ" for naturalized; "NPI" for native of Philippine Islands; "NPR" for native of Puerto Rico.
16—8420–1

000165

VETERANS ADMINISTRATION
Insurance Form 350

# APPLICATION FOR NATIONAL SERVICE LIFE INSURANCE
## UNDER SECTION 602 (a) NATIONAL SERVICE LIFE INSURANCE ACT OF 1940 AND REGULATIONS OF THE VETERANS ADMINISTRATION
### WITHOUT REPORT OF PHYSICAL EXAMINATION

(For use by persons who enter the active service in the land or naval forces of the United States after October 8, 1940. Application must be made to the Veterans Administration while in the active service and within 120 days after entrance into such service. NOTE.—Persons in the active service on October 8, 1940, and persons who thereafter re-enlist or reenter the active service immediately following discharge from previous enlistments or who thereafter are discharged to immediately accept commissions and whose services are continuous, must make application on Insurance Form 350a, which requires a complete report of physical examination.) USE INK OR TYPE.

**ALL QUESTIONS MUST BE COMPLETELY ANSWERED**

1. NAME IN FULL: (Please print or type)

| First | Middle | Last name |
|---|---|---|
| JACK | WESLEY | PURKEY |

2. HOME ADDRESS: Number — Street or rural route — County, city, town, or post office — State

| | | | |
|---|---|---|---|
| 728 Ida | | Wichita, | Kansas |

3. I WAS BORN AT — City, town, or post office / State / Day of month / Month / Year / Age nearest birthday

Wichita, Kan. — 19

4. DATE OF ENTRY INTO PRESENT TOUR OF ACTIVE DUTY: 10 July, 1942

5. PRESENT ORGANIZATION: Rank, grade, or rating. — Organization, regiment, station, ship, etc.
A.S., U.S. Coast Guard Reserve

6. SERIAL NUMBER: 535-876

7. DATE OF SEPARATION FROM LAST TOUR OF ACTIVE DUTY. (If no previous active duty, state "none,") None

8. ARE YOU NOW DISABLED ON ACCOUNT OF INJURY OR DISEASE? IF SO, STATE DETAILS No

9. I HEREBY APPLY FOR INSURANCE ON THE FIVE-YEAR LEVEL PREMIUM TERM PLAN IN THE AMOUNT OF $ 5,000

10. I WILL PAY PREMIUMS AS INDICATED BELOW:

| BY DEDUCTION MONTHLY | BY ALLOTMENT MONTHLY | PAYMENTS TO BE MADE DIRECT TO VETERANS ADMINISTRATION AS FOLLOWS: | | | |
|---|---|---|---|---|---|
| | | Monthly | Quarterly | Semiannual | Annual |
| $ | $ 3.25 | $ | $ | $ | $ |

11. ARE YOU NOW CARRYING GOVERNMENT LIFE INSURANCE? (ANSWER "YES" OR "NO") No. IF "YES" GIVE AMOUNT OF INSURANCE AND POLICY NUMBER IF AVAILABLE. AMOUNT, $_____ POLICY NO._____
(No person may carry a combined amount of National Service Life Insurance and U. S. Government Life Insurance in excess of $10,000 at any one time)

12. FULL NAME OF BENEFICIARY

| | Full name of beneficiary (If married woman, her own first and middle name and husband's last name must be stated) | Relationship | Amount for each beneficiary | Post-office address (Number and street, city, town, or post office) |
|---|---|---|---|---|
| PRINCIPAL | Opal "M" Purkey | Mother | $2,500 | |
| | Ira Frank Purkey | Father | $2,500 | |
| CONTINGENT | Margaret Purkey | Sister | $2,500 | |
| | Betty Eloise Purkey | Sister | $2,500 | |

Permitted class of beneficiaries: Husband or wife, child, parent, brother or sister of the insured. (See reverse side, Paragraph 4.)

13. I REQUEST THAT THE EFFECTIVE DATE of this policy be made the 1st day of September, 1942. If no date is specified the insurance herein applied for shall become effective as follows:
a. If the first premium is to be paid by allotment or deduction, the insurance will become effective on the first day of the month following the month in which the application and allotment or authorization for deduction are executed, provided the amount of the premium is deducted from the applicant's active service pay in accordance with the allotment or authorization, or
b. If the first premium is paid by direct remittance, the insurance will become effective as of the day on which the application and tender of premiums are made and forwarded to the Veterans Administration.
(See reverse side, Paragraph 1, for further information as to effective dates of insurance)
THE UNITED STATES IS NOT LIABLE FOR DEATH OCCURRING PRIOR TO THE EFFECTIVE DATE OF THE POLICY

14. I REQUEST THE POLICY BE MAILED TO—
Mrs. I. F. Purkey
(Name) (Please print or type)          (Address)

15. (A) I WILL AUTHORIZE [Allotment] from my pay for month of August, 1942, to cover the monthly premium of $ 3.25 on the amount of insurance applied for. (This authorization may be effective during periods of active service only.)

(B) I enclose herewith remittance payable to the TREASURER OF THE UNITED STATES by { Draft / Money order / Check } in the amount of $_____ to cover the first _____ premium of $_____ on the amount of insurance applied for.
(Write above whether monthly, quarterly, semiannual, or annual)

SIGNED AT Alameda, California ON THE 1st DAY OF August, 19 42

WITNESSED BY: and
INFORMATION AS TO SERVICE CERTIFIED BY:
F. D. LIPPMAN, Ensign, U.S.C.G.R.
Alameda, California
(Rank and organization. See reverse side, Paragraph 6)

*Jack Wesley Purkey*
Jack Wesley Purkey
(Applicant sign here. Do not print signature)

EM

NOTE.—Penalties for fraud in securing for self or another the issue or payment of insurance: $1,000 to $5,000 fine and imprisonment. Insurance will be forfeited for mutiny, treason, spying or other specified offenses. (Sections 613, 615, and 612, National Service Life Insurance Act of 1940.)

## DO NOT USE THIS SPACE

Effective Date_____ Age_____ Amt., $_____ Premium: Mo. $_____ Qr. $_____ S. A. $_____ A. $_____

Beneficiary_____

Action taken_____

Examiner_____ Reviewer_____

Certificate issued_____ Policy issued_____

16—18411-1

000166

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
34 GRAND AVE. WICHITA, KANSAS 67218

A N° 314967

| PATIENT NAME | PHYSICIAN Kim | PHY. CODE | ROOM NO. H | ACC. CD | NURS. STAT. | ADMISSION DATE | TIME |
|---|---|---|---|---|---|---|---|
| Purkey, Jack | R Lee/ T Poling/ | 801 | Hall B W | 7 | | 2-9-71 | 9:30PM |

| BIRTH DATE | AGE 47 | RACE W | SEX M | MARITAL STATUS D | DEP. | RELIGION None | | BAPTIZED YES NO X | REL. CODE N | FINANCIAL | DISMISSAL DATE FEB 14 1971 | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PATIENT ADDRESS (IF DIFFERENT THAN RESP. PARTY) | PREV. ADMISSION & NAME THEN None | FATHER'S NAME Dec | MOTHER'S MAIDEN NAME Dec | PATIENT'S SOC. SEC. NO. |
|---|---|---|---|---|

| RESPONSIBLE PARTY Jack Purkey | RELATION Self | ADDRESS 1202 ▬ Wichita Ks. | ZIP CODE 67211 | PHONE No Phone |
|---|---|---|---|---|

| EMPLOYER OF RESPONSIBLE PARTY Kansas Elks Training Center | ADDRESS Maize Road | PHONE | LENGTH OF SERVICE 3 Mos | HOURLY SALARY Truck | PEN NO. Driver |
|---|---|---|---|---|---|

| SPOUSE OF RESPONSIBLE PARTY | EMPLOYER | ADDRESS | PHONE |
|---|---|---|---|

| NEXT OF KIN Reba McBeath | RELATION Fr | DAY PHONE 264-6255 | NIGHT PHONE Same | OTHER FAMILY MEMBERS ADMITTED ? |
|---|---|---|---|---|

| NOTIFY IN CASE OF EMERGENCY Same | DAY PHONE Same | NIGHT PHONE Same | OTHER PERSON TO CALL IN EMERG. Just Call Friend | REL. | PHONE |
|---|---|---|---|---|---|

| INSURANCE COMPANY Bankers Life/Kansas Elks Training Center - Grp | ADDRESS | POLICY NUMBER | TYPE OF SERVICE Med |
|---|---|---|---|

| ADMITTING DIAGNOSIS Chest Pain Empending D.T's | PERSONAL REFERENCE Reba McBeath | ADDRESS 1706 E. ▬ | PHONE 264-6255 | PREPARED BY MW |
|---|---|---|---|---|

PHYSICIAN'S DATA

PROVISIONAL DIAGNOSIS (TO BE COMPLETED WITHIN 24 HOURS AFTER ADMISSION)

Hypertension and chronic alcoholism.

FINAL DIAGNOSIS:                                                                    CODE NO.

1. Hypertension, essential.
2. Hiatus hernia, symptomatic.
3. Chronic alcoholism.

401.0
551.3
313.2

SECONDARY DIAGNOSIS OR COMPLICATIONS:

OPERATIONS: (IF ANY)

2878

94.7

| CONSULTANT | | SURGEON | |
|---|---|---|---|

DISPOSITION OF PATIENT

| RECOVERED | IMPROVED X | UNIMPROVED | OBSERVATION | NOT TREATED | DIAGN. ONLY | NO DISEASE | DIED | AUTOPSY |
|---|---|---|---|---|---|---|---|---|

TYPE OF PAY

| BC | MEDICARE |
|---|---|
| COMM | W. COMP |
| GOV'T | CHAMPUS |
| CHARITY | MEDICAID |
| PRIVATE | |

| ST. JOSEPH HOSPITAL AND REHABILITATION CENTER THIS RECORD | THIS IS TO CERTIFY THAT I HAVE CAREFULLY REVIEWED THIS PATIENT'S ATTACHED RECORDS AND TO THE BEST OF MY KNOWLEDGE FIND THEM TO BE ACCURATE AND COMPLETE. |
|---|---|
| REVIEWED                    APPROVED | |
| MEDICAL RECORDS COMMITTEE | ATTENDING PHYSICIAN |

3-298

**000167**

WP_PC000080862

SUMMARY SHEET

PURKEY, JACK
293-A
314967
Lee/Poling

HISTORY

Chief Complaint: Chest pain.

Present Illness: This 47 year old divorced white male was admitted to this
hospital on 2-9-71 through the ER. He has been quite well until two days
prior to admission, when he began to experience chest pain in the sternal
region. On the day of admission, around 5:00 o'clock, this pain developed
in severity and produced a cramping like pain. Also, he has had several vomit-
ing episodes for the past two days. He came to the emergency room for treat-
ment.

Past History: He has gained body weight, 109 lbs to 210 lbs. in the past two
years. Two years ago, he was hospitalized at the Veterans Administration Hos-
pital for alcoholic intoxication. Eighteen years ago, he was admitted to this
hospital with the same problem and at that time he was informed that he had
nervous spasm.  At the age of 35 years, he had a hemorrhoidectomy. At age 16
he had skull fracture because of car accident. At the age of 10 years, a ton-
sillectomy was performed. There is no history of nervous breakdown.

Childhood diseases: Measles.  No known allergies.

In 1944, when he was in the service, he had an episode of gonorrhea.

Family History: His father, age 77, and his mother age, 71, died from strokes.
He has one brother, age 55, and four sisters, ages 53, 50, 49, and 45, who are
all  in good health. He has one son, age 21 who is in good health. He stated that
two uncles had stomach cancer and one uncle was an alcoholic. There is a family
history of hypertension, but no history of epilepsy.

Social History: He eats a regular diet, smokes two or three packs of cigaretes
per day since age 18. He drinks heavily. He has drank Vodka and Wine since age
18 when he was in the service.  He is working at the present time for a retarded
childrens school as an assistant supervisor, for three years. Before this job,
he had worked for Boeing Company for 12 years. His education is junior high
school graduate. In August 62, he divorced. Since then, he has not remarried.

Review of Systems:
HEENT: He has had a long history of headaches which usually occur in the morning
after getting up and also he has a denture, upper and lower sides. Sometimes he
can have double vision.
CV:    He has hypertension when he is nervous or excited.
GI:  Frequent history of upset GI tract. Bowel movements are regular. He has a
good appetite. No history of diarrhea or bloody stool.
GU: No history of dysuria or polyuria.
NM: He is always nervous and worrying about something.

PHYSICAL EXAMINATION

Temperature 99°. Height 6'2". Weight 210 lbs. Pulse 100 per minute. BP, right and
left arms: 150/90. Respiration: 20.

000168

WP_PC000080863

Page 2   H & P
Purkey, Jack

General Appearance: Well developed, well nourished white male who appears to be nervous.

HEENT: Negative.
Chest: Clear and anterior-posteriorly expanded.

CV: No murmurs. Regular sinus rhythm. Cardiac sounds were diminished.

Abdomen: Soft. The liver was palpable, 3 cm. below the right costal margin. No splenomegaly.

Skin: Dry and cool.

Bones and Joints: No limitation of movement or edema.

Glandular: No lymphadenopathy.

NM: The deep tendon reflexes are intact.

IMPRESSION: 1) Hypertensive vascular disease.
              2) Chronic alcoholism.
              3) Anxiety syndrome.
              4) Rule out chronic obstructive pulmonary disease.

K.S.KIM, MD/k

2830

000169

WP_PC000080864

PROGRESS NOTES

PURKEY, JACK----293

2/10/71    Will order a liver scan on the patient.  General condition seems to be fairly good.

Dr. Rex Lee/HMJ

2/12/71    Progressing satisfactorily.

Dr. Rex Lee/HMJ

2/14/71    The patient was dismissed.

PROV DIAG:  Hypertension and chronic alcoholism.

FINAL DIAG:  1.  Hypertension, essential.  2.  Hiatus hernia, symptomatic.
3.  Chronic alcoholism.

CONDITION ON DISCHARGE:  Improved.

DISCHARGE MEDICATIONS:  C-vim T, 1 PID; Mylanta, 2 teaspoonsful, QID, PC & HS;
Librium, 10 milligrams, TID.  He was given Mag. Sulphate, 2 ccs. IM prior to dis-
missal as his serum magnesium was 1.13 with a normal of 1.8 to 3.1.  He was also
given B-12, one thousand micrograms, IM and Lipoplex, 2 ccs. IM.

Dr. Rex Lee/HMJ

2881

000170

WP_PC000080865

PURKEY, JACK                    DISCHARGE SUMMARY            DRS. LEE AND POLING

Adm.  2/9/71
Dis.  2/14/71


LABORATORY WORK:

HGB:  18.2
HCT  52.6%
WHITE COUNT:  21,600 with 76 polys, 3 stabs, 15 lymphs, 5 monos, 1 baso.
UA:  PH 8.0, specific gravity 1.035, protein trace, sugar negative, 0--2 WBCs.
ELECTROLYTES:  Normal
REPEAT CBC:  HGB 14.5
HCT:  43.8%
WHITE COUNT:  10,700 with 68 polys, 1 stab, 26 lymphs, 4 monos, 1 eosin.
SED RATE:  17
SERUM MAGNESIUM 113
2 HR. POST PRANDIAL BLOOD SUGAR:  110
24 HR. CEPH FLOC:  Negative
48 HR. CEPH FLOC:  Trace
SERUM ZINC:  195 mcgm.%
          PROFILE:  Within normal limits except BUN of 30,
TOTAL BILIRUBIN:  2
CHEST X-RAY:  Negative
ROSE BENGAL CLEARANCE:  Normal
UPPER G.I.:  Revealed sliding hiatal hernia during valsalva as described with
deformity of the duodenal bulb.  No active ulcer crater or obstruction noted.
EKG:  No definite evidence of myocardial damage.  Sinus  tachycardia.

DRS. LEE AND POLING/mr

2882

000171

WP_PC000080866