# ST. FRANCIS HOSPITAL
## WICHITA, KANSAS

urgent

| | | | |
|---|---|---|---|
| Case No. | 269690   Room   A/24 | Res. | Int. |
| Patient | Purkey, Mr. Jack | Date of Birth | ███████████ |
| Address | ████████████ | Place of Birth | Kans |
| City & State | Wichita, Kans 67203 | Telephone | AM 5 7071 |
| Adm. Diag. | Obs | Service | Psy |
| Child – S.M.W.D. | Div   Sex   male | Race   white | Age   44 |
| Religion | Cath?   Parish – Church – Syn. | | ?? |
| Date of Adm. | 8-21-68   Time   1:30PM | Registrar | Mayhill/pr |
| Former Adm. Date | Never here   Name | Maiden Name | |
| Physician | L. Ibarra | Sp. Diet   Yes | Noxx |
| Person to Notify | Jim James | Relation   Friend | |
| Address | Same-Mamager of Fellowship Club | Phone   AM 5 7071 | |
| Occupation | Lear Jet (On leave of absence) Company | | |
| Insurance | ??   Policy No. | Group ☐   Individual ☐ | |

| Identification No. | CAT. BUS. | GROUP NUMBER | MAT | TYPE CONT. | Eff. Date (Cont. Yr.) | Code - R.C. Waiver - Date | BLUE CROSS | Eff. Date (Cont. Yr.) | Code - B.S. Waiver - Date | BLUE SHIELD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

← BENEFIT DATE   (BENEFITS SHOWN BEGIN ON THIS DATE) ROOM ALLOW._____   FEE SCHEDULE_____

C OUT OF STATE_____   DEDUCTIBLE_____   DIAGNOSTIC X-RAY_____

HOSP. DAYS
Ebr/M-M-Eff Date_____   Ebr/M-M-Eff Date_____

EXT. BENEFITS –_____   EXT. BENEFITS –_____

C MEMBERS NAME_____   BC MEMBERS BIRTHDAY_____

REMARKS

DATE OF DISMISSAL   August 29, 1968   TIME   ⁴⁵⁵ C. Watremo (w)

**THU AUG 29 1968**

## FINAL SUMMARY

Diagnosis on Admission (to be completed 24 hours after admission)_____ A B S

Date of onset_____

Final Diagnosis   A B S due to alcohol
Acute Gastritis (alcoholic)

Complications and Wound Infections_____

Remarks_____

Consultation With_____

Condition on Discharge_____

Recovered_____  ☐ Improved_____  ☐ Unimproved_____  ☐ Not Treated_____  ☐ Expired_____  ☐ Autopsy_____

Service: Surg.   Neuro Surg.   Med.   O.B. Gyn.   Ped.   Urology   Ortho.   E.E.N.T.   Neuropsychiatr

Operations:_____

DO NOT WRITE HERE

## ☐ FORMER ADMISSIONS ☐

Date   5-1-48   Case No.   5097A
MF

2851

000172   SIGNATURE OF ATTENDING PHYSICIAN

Approved for Filing by Medical Records Committee_____   WPI_PU000080835
ORM 01-003

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

## HISTORY

NAME _Penkey, Jack_ ROOM _24_ BED _7_ DOCTOR _Ebarra_

INFORMANT _____ DATE _____

| FAMILY | AGE | | HEALTH, IF LIVING OR CAUSE OF DEATH. NOTE ESPECIALLY HEREDITARY OR INFECTIOUS DISEASES |
|--------|------|--------|---------------------------------------------|
|        | DEAD | LIVING |                                             |
| FATHER | 67   |        | _Alcoholism_                                |
| MOTHER |      | 83     | Apparently in fair health for age.          |
| BROTHERS |    | 1      | Apparently good health                      |
| SISTERS |     | 4      | "                                           |
| CHILDREN |    | 2      | Ages 18-16 Good health.                     |

PAST HISTORY STATE HERE DISEASES FROM CHILDHOOD TO DATE, HABITS, MENSTRUAL HISTORY, OPERATIONS, ETC.

Car accident & fracture of skull in 1927 has a plate on upper frontal area

Insane and 6 years

CHIEF COMPLAINT  Drinking for about 2 weeks, mainly vodka & beer

PRESENT ILLNESS  In good contact, well oriented, cooperative Tremors & hic-coughs. Relevant & coherent no signs of delusions or hallucinations Shaky. Anorexia. Acute anxiety Cooperative. Eating very poorly

REVIEW OF SYSTEMS:

Acute gastritis due to alcohol. malnutrition PBS due to alcohol Abrasions of elbows before admission Treated

2852

01-181

SIGNATURE OF HOUSE PHYSICIAN _____

SIGNATURE OF ATTENDING PHYSICIAN _____
CONTINUE ON BACK FOR P. N.

000173

WP_PC000080836 HISTORY

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

## PHYSICAL EXAMINATION

FULL NAME Perkey, Jack                                    HOSP. NO. 269690

HEIGHT _____ WEIGHT _____ TEMP. _____ P. _____ RESP. _____ B. P. _____

OUTLINE TO BE FOLLOWED:                   AVOID SUCH TERMS AS " NORMAL " AND " NEGATIVE"

GENERAL APPEARANCE Adult W/M W/D & W/N

**A. HEAD:**

  EYE, EAR, NOSE,
  THROAT.

wearing beard & mustache.
Pupils react to L & A. Equal & reg.
Ears some loss of hearing.
Deformity frontal area of skull č plate
No adenopathy.

**B. NECK:**

**C. CHEST:**

  INSPECTION,
  PALPATION,
  PERCUSSION,
  AUSCULTATION.

Clear to DJ.
Symmetrical

**D. HEART:**

  B/P, POSITION
  SIZE, RATE,
  MURMURS.

Reg. no enl. sinus rhythm. Tones good
shape.

**E. ABDOMEN:**

  INSPECTION,
  PALPATION,
  PERCUSSION,

Soft, no tenderness, no organomegaly
Discolored area rt flank č healed abrasion

**F. GENITO-URINARY:**

n male

**G. EXTREMITIES & SPINE:**

  EDEMA, VARICOSITIES,
  BONES JOINTS.

complaints of cramps. no deformity no
evidence of fracture

**H. NERVOUS:**

  REFLEXES, SENSATION,
  MUSCULAR MOVEMENT.

**I. SKIN & GLANDS:**

**J. SPECIAL.**

abrasions on both elbows. discoloration
rt flank of abdomen. other scratches on legs
& arms, tatoos all over both arms

IMPRESSION:

A.B.S due to alcohol
Gastritis due to alcohol
abrasions of elbow
malnutrition

2853

DATE 8/22/68                      EXAMINED BY J. Guy Shann M.D.

01-284

000174

WP_PC000080837

ST. FRANCIS HOSPITAL
X-RAY DEPARTMENT
*J. R. KLINE, M. D., DIRECTOR*

01-382

| PURKEY | JOCK | | | |
|--------|------|-----|---|---|
| Last | First | Int. | | |

| Add. ████████████████ | | Film No. | C 16141 |
|---|---|---|---|
| Date 8-26-68  Age 44  M./F.  Birth Date ████ | | Part Exam. | CHEST |
| Dr. IBARRA          Case No. 269690 | | Room No. | 24 |

The examination of the chest does not reveal any evidence of a recent infiltration in the pulmonary fields.  The diaphragm is normal in position.  The heart is within normal limits.

CONCLUSION:  No evidence of active disease in the chest. (EFL:cd)

8-26-68

2854

000175

WP_PC000080838

ST. FRANCIS HOSPITAL

2858

**PROGRESS RECORD**

NAME _Puckey,    Jack_    ROOM _24_    BED _II_    DOCTOR _Ibarca._

| DATE | |
|------|--|
| 8-22-68 | Admission note: Pt was admitted through emergency room where he came requesting hospitalization due to drinking & unable to stop. Admitted for treatment of DTS & malnutrition |
| 8-23 | Still c hre coughs sporadically. Complains of being forgetful & dizzy c gets up. |
| 8-24 | Appears lethargic & weak. Calm. No hallucinations |
| 8-27 | Still very weak, feels dizzy, no energy. |
| 8-28 | Seems much better today. Will discuss tomorrow. |
| 8-29-68 | Discharge Summary: Pt recovered slowly regaining physical strength. Appetite improved, sleeping well. Symptoms of gastritis subsided. Re never developed DTP. In good contact. Promises to himself on medication including periam... Dx: DTS due to alcohol, Rx recovered. Gastritis    "    " malnutrition |

01-308

**000176**

PROGRESS RECORD

WP_PC000080842

ST. FRANCIS HOSPITAL 2859

# PHYSICIAN'S ORDERS

NAME Perkey, Jack ROOM 24 BED T DOCTOR Ibarra

| DATE | |
|---|---|
| 8-21-68 | [illegible] |
| please | Librium 25 mg qid |
| | Sparine 50 mg. IM q 4 hr prn restlessness |
| | High carb, High protein diet |
| please | Berocca ē hid |
| | Juice 1 glass qid |
| | Chloral hydrate 500 mg. hs prn, may repeat 1 or 2 x's if nec. |
| | Restraints prn. |
| | P.O. Dr. Ibarra's office / Dr. Ibarra / J. Clark RN |
| | [signature] |
| 8-21-68 please | Garamycin oint to elbows |
| | Apply dressings to both elbows. |
| | P.O. Dr Ibarra / [illegible] |
| | [signature] |
| 8-23 | Give him money for cigarettes & can keep cigarettes ē him |
| | [signature] |
| 8-26 | X-ray of chest |
| | [signature] |
| 8-27 | SS enema stat |
| please | Dulcolax tabs II H.S. & cont p r n |
| | DC Librium |
| please | Sparine 50 mg qid |
| please | Sal... B7 ... IM daily |
| please | Antabuse 70 mg ½ hr before breakfast & lunch |
| | [signature] |

OT-290

000177

WP-PC000080843

## ST. FRANCIS HOSPITAL

## PHYSICIAN'S ORDERS

NAME _Purkey, Jack_     ROOM _94_   BED _1_   DOCTOR _Ibarra_

DATE

8-2_ Vaseline gauze on dressing & _____ change daily

Street clothes

Phone privileges

qd

8-29  _____ today

Give him _____ out a roll of gauze & dressings

2860

01-290

**000178**

WP_PC000080844

PSYCHIATRY – NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

Date 8/21/68 . Room 24T  Name Purkey, Jack  Doctor Ibarra

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|---|---|---|---|---|---|
| 1³⁰ | 99² | 100 | 24 | | White 44 yr old male adm. wheelchair |
| | | | | Wt. 195. | to rm. 24.T from E.R. |
| | | | | Ht 6'2" | States that he was in a "drunk" |
| | | | | BP 106/72. | 4 days ago and has been |
| | | | | | living at the AA "house". |
| | | | | | Asking for shot. |
| | | | | | Alcohol noted on breathe. |
| | | | | " | Singultus present |
| | | | | | Cooperative. |
| | | | | | 2 Abrasions on both elbows |
| | | | | | – states he rubbed elbows on sheets. |
| 3-4 | 99⁶ | 108 | 20 | | Quiet in Room |
| 7-8 | | | | | Remains in room resting – continues |
| | | | | | to have hic-coughs. |
| 8⁰⁵ | | | | Phisohex soap – | used to cleanse elbows. |
| | | | | Garamycin oint – | applied to both elbows. |
| | | | | 4x4's and Kling – | applied over ointment to each elbow. |
| | | | | | Says he fell down and skinned elbows. |
| 8²⁰ | | | | Sparine 50 mgm – | IM in LUOQ of lt. gluteal muscle |
| | | | | | for nervousness given by L. Mayfue, LW |
| 9³⁰ | | | " | | Pt appears to sleep. |
| | | | | | Hic-coughs appear to have stopped. |
| 10³⁰ | | | | | Pt appears to cont. to rest quietly. |
| | | | | | R A Bobergh. RN |
| 12⁴⁰ | | | | AUG 22 1968 | Sleeping quietly |
| 2¹⁵ | | | | | Sleeping. Has Hic-coughs. |
| | | | | | Awakened Pt, med. given |
| 3²⁰ | | | | | Sleeping. |
| 6³⁰ | | | | Orange J. Awaken – | again J. given |
| | | | | | Fairly good night – M Ekhardt RN |
| 8⁰⁰ | | | | | A.M. care given. Remaining |
| | | | | | in room Singultus still present. |

NS-10-30-67

2861

000179

WP_PC000080845

PSYCHIATRY — NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

Date 8/21/68 Room 24T Name Purkey, Jack Doctor Ibarra

| Time | Temp. | Pulse | Resp | Special Medications and Treatments | Observations - Nursing Care |
|------|-------|-------|------|-----------------------------------|------------------------------|
| 2⁰⁰ | | | | | Quiet in room. Does not socialize. C. Watrous RN |
| 4-6 | 100 | 84 | 12 | | Remains in room. Hic-coughs stopped. Started again after he ate. |
| 7⁴⁵ | | | | | Pt quieter now. Hic-coughs appeared to have stopped. |
| 8-9 | | | | | Remains in bed |
| 10³⁰ | | | | AUG 23 1968 | Quiet. RABolengi RN |
| 11²⁰ | | | | | Awake — Restless. No hiccoughs |
| 12²⁰ | | | | Grapefruit J. Enjoyed | "I feel so nervous to-night. I just can't sleep to-night." Hs. med. repeated. |
| 2⁴⁵ | | | | | Sleeping soundly |
| 4.2⁰ | | | | | Awake. Coughing for short time. |
| 4²⁵ | | | | | Has hiccoughs. Meds. given for hiccoughs. Sleeping. Ofair night — M-Elmhardt RN |
| 8⁰⁰ | 99 | | | | Singultus cont. Resting most of the time. |
| 2⁰⁰ | | | | | Stays confined to room when up to BR. J Clark RN |
| 3-5 | | | | | Remains in bed. Pt appears to have hic-coughs @ intervals. States that they come & go. |
| 5³⁰ | 100² | 96 | 24 | | No apparent hic-coughs @ this time. |
| 7⁴⁵ | | | | | Remains quiet in (beddi) bed. |
| 9⁴⁵ | | | | | Pt apparently has hic-coughs |
| 10³⁰ | | | | | Quiet now. RABolengi RN |

NS-10-30-67

2862

000180

WP_PC000080846

PSYCHIATRY – NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

Date 8-23  Room 94⁷  Name Purley, Jack  Doctor Stassen

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|---|---|---|---|---|---|
| 11⁴⁵ | | | | | up & about – gets "lost" |
| 12 | | | | AUG 24 1968 | Has hiccoughs – med. given me |
| 12¹⁵ | | | | | Its med. repeated. |
| | | | | milk | Requested. given |
| 1 | | | | | Sleeping soundly |
| 2²⁰ | | | | " | Has hiccoughs again |
| 3 | | | | | Sleeping – hiccoughing hard & Loud. |
| 2⁴⁵ | | | | | Awake. |
| 3⁴⁵ | | | | Sparine 50mg IM given me | Sleeping well @ this time |
| 4⁴⁵ | | | | | a fair night |
| | | | | | M. Eberhardt RN |
| 8⁰⁰ | | | | | A.M. care given. Remaining in bed. Still appears to have hiccoughs |
| 9⁰⁰ | | | | | Resting in bed. Very pale in appearance. C Watkins RN |
| 3³⁰-5 | | | | | Remains in bed - appears to be sleeping. No apparent hic - coughs. |
| 7-10 | | | | | Remains in room resting quietly. |
| 10³⁰ | | | | | Appears to be asleep. Does not seem to have hic - coughs. L Mayhew H |
| 12 | | | | AUG 25 1968 | asleep @ this time |
| 3⁴² | | | | | Awake - up to BR get lost - can't find Room Has hiccoughs. med given me |
| 4³⁰ 5 | | | | | sleeping |
| 6 | | | | | Hiccoughs again - med given |
| | | | | | a better night - M. Eberhardt RN |
| 8⁰⁰ | | | | | A.M. care given. Socialize some ᴄ̄ roommate. |
| 2 | | | | | Resting in room C. Watkins RN |

NS-10-30-67

2863

000181

WP_PC000080847

PSYCHIATRY — NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

Date 8-24-68 Room 245 Name Pinkey - Jack     Doctor Ibarra

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|------|-------|-------|-------|-----------------------------------|------------------------------|
| 3³⁰-6³⁰ | | | | | Remains in room resting most of afternoon. Has hic - coughs only short time. Seems quite drowsy. Elbows still appear quite red and sore. |
| 7-10 | | | | | Quiet evening - remains in bed. |
| 10³⁰ | | | | | Apparently asleep. L. Mayhue SN |
| 12 | | | | AUG 26 1968 | asleep @ this time |
| 2 | | | | | Continues to sleep |
| 3 | | | | | Awake - To BR - quiet. No hiccoughs to-night so far. |
| 5 | | | | | Dozing. |
| 6 | | | | | A fairly good night pr Eberhard N. R.N. |
| 8 | | | | | A.M. care given quiet and cooperative |
| 2 | | | | | Quiet in room. Socializes very little. C. Watuens SN |
| | | | | | Chest x-ray completed. C. Watuens SN |
| 3-5 | | | | | Remains in bed. Quiet |
| 5 | | | | | Appears to sleep. |
| 7 | | | | | Cont. to be quiet. |
| 8- | | | | | Out of room for a short time. Had hic-cough for a short interval. |
| 930 | | | | | To bed. |
| 10³⁰ | | | | | Seems quiet. Apparently asleep. R.A. Boling N.W. |
| 12 | | | | AUG 27 1968 | Sleeping. To BR x1 |
| 6³⁰ | | | | | A quiet noc. Grith Steward RN |
| 8 | | | | | A.M. care given. Hiccough at intervals |
| | | | | | 1 glass orange juice f. 12 |

NS-10-30-67

2864

000182

WP_PC000080848

SYCHIATRY — NURSES NOTES
T. FRANCIS HOSPITAL
ICHITA, KANSAS

ate _8-27_ Room _247_ Name _Purkey, Jack_ Doctor _Ibarra_

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations-Nursing Care |
|---|---|---|---|---|---|
| 11⁰⁰ | | | | S.S. enema given c̄ good results | |
| 1⁰⁰ | | | | Sdu B (FM) by C Watnema | |
| ,00 | | | | Up in rec. room. Quiet and cooperative. C. Watnema RN | |
| 3-4 | | | | Up in rec. room. seems to feel better. | |
| 5⁰⁰ | | | | Rests in bed. No complaints (seems to talk fairly coherently) but seems very groggy. | |
| 7⁰⁰ | | | | Rests. | |
| 3-9 | | | | Remains in bed. | |
| 10³⁰ | | | | Quiet.    RaBolingi RN | |
| 12 | | | | AUG 28 1968 | Sleeping | |
| 2³⁰ | | | | To B.R. | |
| | | | | O.J. provided @ pt's request. | |
| ²⁰-6 | | | | Sleeping | |
| 13⁰ | | | | A quiet noc.    Faith Steward RN | |
| 7⁰⁰ | | | | Am care given upon request. error | |
| | | | | orange juice (glass) c̄ reg sugar to terminate error | |
| 1³⁰ | | | | Dressing — changed. to both elbows. GARAMYCIN AND Vaseline gauze applied. Small amt. drainage. F W Haffner Gd/RN | |
| | | | | Sdu-B (Am) by S Mason RN | |
| pm | | | | Resting later this pm. Pleasant & Cooperative | |
| ₁-5 | | | | Rests in bed.    S Mason RN | |
| 6⁰⁰ | | | | Up to nurses station | |
| | | | | Complains of sore lips. | |
| | | | | Blistex — to lips. per pts. request. | |
| | | | | Pt seems slightly more out going & alert. | |
| 7⁰⁰ | | | | Quiet in Room. | |

NS-10-30-67

2865

000183

WP_PC000080849

PSYCHIATRY – NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

Date 8-28-68 Room 24? Name Purkey, Jack          Doctor Ibarra

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|------|-------|-------|-------|-----------------------------------|------------------------------|
| 7³⁰ | | | | | Complains of being shaky. Speech appears shaky & he stutters. |
| 7⁴⁰ | | | | Sparine 50 mgm I.M. LUOQ by RaBolungi RN. | for nervousness. |
| 8-9 | | | | | Appears to sleep. |
| 10³⁰ | | | | " | Cont. to be quiet. |
| | | | | | RaBolingi RN. |
| 12ᵒᵒ | | | | AUG 29 1968 | Asleep |
| 3²⁰ | | | | | Awake. Had cigarette - To BR |
| 4ᵒᵒ | | | | | Sleeping soundly |
| | | | | | A good night - |
| | | | | | M. Eberhart RN |
| 9⁴⁵ | | | | GARAMYCIN Ont. Dressings applied to both elbows. | |
| | | | | Adeptic | L. Sander RN. |
| | | | | | AM care given. Dressed. |
| 10⁸⁵ | | | | | Dismissed from hospital c̄ |
| | | | | | belongings. C Watrens RN |

2866

NS - 10 - 30 - 67

000184

WP_PC000080850

PSYCHIATRY - MEDICINE RECORD
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

Room 241   Name Purkey, Jack   Doctor Ibarra

| Medications | | Date 8-21 | 8-22 | 8-23 | 8-24 | 8-25 | 8-26 | 8-27 |
|---|---|---|---|---|---|---|---|---|
| 1 Ofaine 3 T | AM | | 2-4-6 | 12 4-8-10 | 8-10-12-2 | 4-6-8-10 | 8-10-12-2 | (13)(14)(6) |
| | PM | 4-6-8 | 6-8-10 | 12 | | | | 8 2 |
| 2 Librium 25 mgm | AM | | 8-12 | 8-12 | 8-12 | 8-12 | 8-12 | (1) (12) |
| | PM | 6   9 | 6-9 | 6   9 | 6   9³⁰ | 6   9³⁰ | 6   9⁴⁵ | |
| 3 Berocca cap i | AM | | 8 | 8 | 8 | 8 | 8 | 8 |
| | PM | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 4 Chloral Hydrate 500 mgm | AM | | | 12²⁵ | 12¹⁰ | | | |
| | PM | 9 | 9 | 9 | | 9³⁰ | 9³⁰ | 9⁴⁵ | 9 |
| 5 Sparine 50 mg | AM | | | | | | | 12 |
| | PM | | | | | | | 6 - 9 |
| 6 Ritalin 20 mg | AM | | | | | | | |
| | PM | | | | | | | |
| 7 Ducolax i | AM | | | | | | | |
| | PM | | | | | | | 9 |
| 8 | AM | | | | | | | |
| | PM | | | | | | | |
| 9 | AM | | | | | | | |
| | PM | | | | | | | |
| 10 | AM | | | | | | | |
| | PM | | | | | | | |
| 11 | AM | | | | | | | |
| | PM | | | | | | | |
| 12 | AM | | | | | | | |
| | PM | | | | | | | |
| 13 | AM | | | | | | | |
| | PM | | | | | | | |
| Blood Pressure | AM | | | | | | | |
| | PM | | | | | | | |
| Diet Hi Carb - Hi Prot | AM | | w/w | w/w | w/w | w/w | w/w | w/w |
| | PM | 5³⁰ | w | w | 5³⁰ | 5³⁰ | w | w |
| Fluid Intake | | | | | | | | |
| Fluid Output | | | | | | | | |
| Stools | | | | 1 | 1 | 0 | 1 | |
| Bath | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Doctor's Visits | | | ✓ | ✓ | ✓ | | | |
| Nurse 7-3 | | | Curtren | M. Ho... | Curtren | Curtren | Curtren | Curtren |
| Nurse 3-11 | | Mayhue 9b | Bakosy | Mayhue | Mayhue | Mayhue | Mayhue | Bakosy |
| Nurse 11-7 | | Eberhard | Eberhard | Eberhard | Eberhard | Eberhard | Stewart | Stewart |

NS-10-30-67

2867

000185

WP_PC000080851

PSYCHIATRY-MEDICINE RECORD
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

Room 347    Name Purkey, Jack    Doctor Ibarra

| Medications | | Date 8-28 | 8-29 | 8-30 | 8-31 | 9-1 | 9-2 | 9-3 |
|---|---|---|---|---|---|---|---|---|
| 1 Ofaine m ʒ i | AM | | | | | | | |
| | PM | | | | | | | |
| 2 Beracca | AM | 8 | P | | | | | |
| | PM | 6 | | | | | | |
| 3 Sparine 50mg | AM | 8-12 | P | | | | | |
| | PM | 6:40-9 | | | | | | |
| 4 Ritalin 20mg | AM | 6:5 11 | | | | | | |
| | PM | | | | | | | |
| 5 Chloral hydrate 500mg | AM | | | | | | | |
| | PM | 9 | | | | | | |
| 6 Duleplax tabs ii | AM | | | | | | | |
| | PM | | | | | | | |
| 7 | AM | | | | | | | |
| | PM | | | | | | | |
| 8 | AM | | | | | | | |
| | PM | | | | | | | |
| 9 | AM | | | | | | | |
| | PM | | | | | | | |
| 10 | AM | | | | | | | |
| | PM | | | | | | | |
| 11 | AM | | | | | | | |
| | PM | | | | | | | |
| 12 | AM | | | | | | | |
| | PM | | | | | | | |
| 13 | AM | | | | | | | |
| | PM | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Blood Pressure | AM | | | | | | | |
| | PM | | | | | | | |
| Diet Hi Carb Hi Prot | AM | w/w | w/w | | | | | |
| | PM | w | | | | | | |
| Fluid Intake | | | | | | | | |
| Fluid Output | | | | | | | | |
| Stools | | i/i | | | | | | |
| Bath | | | | | | | | |
| Doctor's Visits | | | | | | | | |
| Nurse 7-3 | | M.Winkelman W. Walker | | | | | | |
| Nurse 3-11 | | Bolinger R.N. | | | | | | |
| Nurse 11-7 | | Ehinland f | | | | | | |

NS-10-30-67

2868

000186

WP_PC000080852

THE UNIVERSITY OF KANSAS MEDICAL CENTER
COLLEGE OF HEALTH SCIENCES AND HOSPITAL

**RECORD OF ADMISSION**
(FACE SHEET)

Hospital No. 80062451

Date of Admission 03/09/80

Soc. Sec. No. ▊▊▊▊▊▊

Patient Name PURKEY JACK WESLEY

Street ▊▊▊▊▊▊▊▊▊▊

City and State WICHITA   KS

County SG   67219

Telephone No. 316832-0247

Race W   Sex M   Mar. Stat. D   Rel. PRO   Classification B

Birthdate ▊▊▊▊▊▊   Age 56   Birthplace KS   Vet. Y

Father's Name PURKEY IRA F

Mother's Name MOORE OPAL L

Resp. Party PURKEY JACK WESLEY

Street ▊▊▊▊▊▊▊▊

City and State WICHITA   KS   67219

Telephone No. 316832-0247

Resp. Party No. JWP1031231

Nearest Rel. CALES IRENE

Street

City and State HOT SPRINGS   AR

Telephone 501767-1165

Relationship to Pat. FRI

Relatives or Household   Adults 1   Children 0

Employer DISABLED

Street

City and State

Position Held

LOE

Referring M.D. or Agency LEWIS H DAN JR   MD

City and State KANSAS CITY   MO

Dependent Adults 0

Name of Spouse

Employer

Street

City and State

Relationship

4604 3/13
(2) 2367 3/12
2619 3/10

Admission No. 00690163

MED 1   1900

Admission Time 10 25 A

Room No. 4621 01   Service 860

Patient Type F

Financial Classification B

Admitting Dr. CTS

Attending Dr. T C MILITANO

Adm. Diagnosis CORONARY ARTERY DISEASE WITH ANGINA

| SERVICE NUMBER | ICD-9-CM CODE | DIAGNOSES/COMPLICATIONS/OPERATIONS/PROCEDURES |
|---|---|---|
| | **PRINCIPAL DIAGNOSIS** | (Diagnosis of the condition established after study to be chiefly responsible for occasioning the admission of the patient to the hospital.) |
| | 414.0 | Coronary Artery Disease with Incapacitating Angina |
| | 413.9 | |
| | **OTHER DIAGNOSES** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| X | 36.13 **OPERATIONS/ PROCEDURES** | Aorto-Coronary Bypass to the First Obtuse Marginal, the Anterior Descending and the Posterior Descending Artery. |

SUMMARY DICTATED BY Garrett Marth   DATE 3-19-80   MARR
RESIDENT RESPONSIBLE FOR DICTATION

OPERATIVE REPORT DICTATED BY ___   DATE ___

STAFF PHYSICIAN'S SIGNATURE
3/17/80

DIAGNOSES/COMPLICATIONS/ OPERATIONS/PROCEDURES

**DATA BASE**

**FINAL RECORD**

DISCHARGE DATE

000187

THE UNIVERSITY OF KANSAS MEDICAL CENTER
COLLEGE OF HEALTH SCIENCES AND HOSPITAL
RAINBOW BOULEVARD AT 39TH  •  KANSAS CITY, KANSAS 66103

## CONSENT UPON ADMISSION TO HOSPITAL FOR MEDICAL TREATMENT

### 1. MEDICAL CONSENT

I, X Jack W. Pinkey , knowing that _____ I _____ am (is)
(Name of Patient or "I")
suffering from a condition requiring hospital care do hereby voluntarily consent to such hospital care, encompassing routine diagnostic procedures and medical treatment by the medical staff of the University of Kansas Medical Center, or their assistants or designees as is necessary in their judgment.

### 2. PRACTICE OF MEDICINE

I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the result of treatments or examinations or operation in the hospital.

### 3. UNIVERSITY HOSPITAL

As a University hospital and teaching center, patients are seen by staff physicians and other observers in accordance with usual practices of this medical facility. Photography, preparation of drawings and closed circuit television are frequently desirable as a part of patient care and advancement of medical knowledge and education and I consent to their use.

### 4. SCIENTIFIC STUDY AND DISPOSAL OF HUMAN TISSUE AND BODY FLUIDS

I consent to the University of Kansas Medical Center, the retention, study, use and/or disposal of any blood, fluid, specimen or tissues which may be removed from me during my hospitalization.

### 5. RELEASE OF INFORMATION (GENERAL)

The University of Kansas Medical Center is authorized to furnish from the patient's record requested information or excerpts to the referring physician, if any, and to any insurance company or authorizing agency for the purpose of obtaining payment of the account of the Medical Center or any physician for services provided to the patient.

### 6. RELEASE OF INFORMATION (ALCOHOL OR DRUG ABUSE)

The University of Kansas Medical Center is authorized to furnish from the patient's record requested information or excerpts to the referring physician, if any, and to any insurance company or authorizing agency for the purpose of obtaining payment of the account of the Medical Center or any physician for services provided to the patient. University of Kansas Medical Center is further authorized to release such information as may be required, from the patient's record, to its medical personnel to facilitate providing medical services to patient; to central registries concerning types of drugs and dosage; to patient's family and to patient's attorney, upon written request from such attorney, endorsed by patient.

### 7. PERSONAL VALUABLES

It is understood and agreed that the hospital maintains a safe in the Admitting Office for the safekeeping of money and valuables and the hospital shall not be liable for the loss or damage to any money, jewelry, glasses, dentures, hearing aids, documents, or other articles of unusual value and small compass, unless placed therein, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping.

THIS FORM HAS BEEN FULLY EXPLAINED TO ME AND I CERTIFY THAT I UNDERSTAND ITS CONTENTS.

Signature of Witness:                                    Signature of Authorizing Person(s):

_Lynne Lee_                                              X Jack W. Pinkey
                                                                      Patient

Date ___ 3-9-80 ___                      or _____
                                                             Nearest Relative
Time ___ 10:30 ___ AM PM

000188

Dr. Marr/km
D:  3/19/80
T:  3/21/80
4-5631

## UNIVERSITY OF KANSAS MEDICAL CENTER
### COLLEGE OF HEALTH SCIENCES AND HOSPITAL
### KANSAS CITY, KANSAS

### CASE SUMMARY

| NAME | HOSP. NO. | ADMITTED | DISCHARGED | CL. |
|------|-----------|----------|------------|-----|
| PURKEY, Jack W. | 8006245-1 | 3/9/80 | 3/17/80 | B |

HISTORY OF PRESENT ILLNESS:  The patient is a 56 year old male, admitted after transfer from Kansas City Veterans Administration Hospital with a chief complaint of chest pain.  The patient was hospitalizeed in 9/1978 with a documented myocardial infarction after having a lengthy history of chest pain, approximately 10 years in duration.  The patient has a limited exercise tolerance, secondary to chest pain and tightness.  He has been well controlled with limited medication and Nitroglycerin.

PAST MEDICAL HISTORY:  Surgery – 1946, metal plate prosthesis in the skull; 1960, hemorrhoidectomy.  Myocardial infarction in 1978.  Medical illnesses – atherosclerotic heart disease.  Medicaations – Nitroglycerin, 0.4 mg. p.r.n.; Tylenol, p.r.n. for arthritic pain.  Allergies – none.

FAMILY HISTORY:  Positive for cerebrovascular accident.

SOCIAL HISTORY:  Forty to 50 pack years cigarette smoking, no recent ethyl alcohol ingestion.

REVIEW OF SYSTEMS:  Essentially noncontributory.

PHYSICAL EXAMINATION:  Revealed an overweight, white male in no acute distress.  Pulse rate 72 and regular, blood pressure 120/72, respiratory rate of 18.  HEENT – within normal limits.  Neck – without bruits.  Cardio-vascular system – regular rate and rhythm without murmurs.  Lungs – clear bilaterally.  Abdomen – obese, nontender without masses.  Extremities – within normal limits, 2+ femoral and 2+ dorsalis pedis and posterior tibial pulses.  Neurological examination was well within normal limits for motor and sensory.  Integument – demonstrates bilateral tattoos of the forearm.

LABORATORY AND X-RAY:  Demonstrates a Hgb. of 15.4, a Hct. of 44, platelet count, adequate.  Serum chemistries revealed a Na of 139, K 4.1, Cl 102, bicarbonate 27.  BUN 22, creatinine 1.1, glucose 114.  Protime – patient 10 and control 10, PTT of 35.  EKG demonstrates normal sinus rhythm.  Chest x-ray – no acute infiltrates; heart and mediastinal structures were unremarkable.

HOSPITAL COURSE:  The patient subsequently was taken to the operating room on 3/10/80 where a coronary artery bypass graft with saphenous vein graft was performed on heart lung bypass without difficulty.  The patient's postopera-tive course was satisfactory with a hemoglobin, prior to transfer back to the Kansas City Veterans Administration Hospital of 8.6, a hematocrit of 24.7 with a white count of 9,500.  Serum chemistries at the time of transfer demonstrated potassium of 4.1, and a BUN of 17, creatinine of 1.2.  Arterial blood gases on room air demonstrated a $PO_2$ of 70, a $PCO_2$ of 37, with a pH of 7.42.  LDH 1,034, CPK 654 on 3/11/80.  On 3/12/80 LDH was 779, CPK 368.  The patient's wounds were well healed without evidence of drainage, and he was subsequently transferred to the Veterans Administration Hospital for continuing follow

KUMC 74-138        CHART COPY.  PLEASE DO NOT REMOVE FROM CHART.                    MI-992

000189



Dr. Marr/km
D: 3/19/80
T: 3/21/80
4-5631
Page 2                                                                                    CTS

**UNIVERSITY OF KANSAS MEDICAL CENTER**
**COLLEGE OF HEALTH SCIENCES AND HOSPITAL**
**KANSAS CITY, KANSAS**

## CASE SUMMARY

| NAME | HOSP. NO. | ADMITTED | DISCHARGED | CL. |
|------|-----------|----------|------------|-----|
| PURKEY, Jack W. | 8006245-1 | 3/9/80 | 3/17/80 | B |

up care on 3/17/80.  Medications at the time of transfer consisted of
Dalmane, 30 mg. p.r.n. sleep; Tylenol, 10 grains p.r.n. for pain;  Ferrous
Sulfate, 300 mg. p.o. t.i.d.  The patient was transferred to the Veterans'
Hospital by ambulance.

PROGNOSIS:            Good.

FINAL DIAGNOSIS:      Coronary artery disease with incapacitating angina.

OPERATIONS AND PROCEDURES:
                      Aortocoronary bypass to the first obtuse marginal,
                      to the left anterior descending and the posterior
                      descending artery.

Attending Staff Physician
Cardiothoracic Surgery Service

KUMC 74-136      CHART COPY.  PLEASE DO NOT REMOVE FROM CHART.                        MI-982

000190

Name _____

Address _____ Wichita, Ks. Telephone No. MU-37757

Date of Birth _____ Birthplace Ks.

Occupation Tool Planner Employer Boeing

Age 32 Sex M Race W

Husband or Wife Velma Religion Prot.

Church _____

Baptized Yes

Ins. B.C.-B.S. No. _____

Father's Name Mr. Ima Purkey

Address _____, Wichita, Ks.

Mother's Maiden Name Miss Bessie Moore

| Mar. | Sing. | Wid. | Sep. | Div. |
|------|-------|------|------|------|
| ☒ | ☐ | ☐ | ☐ | ☐ |

Hospital No. 80501

Doctor L.A.O'Donnell

(3)

Admitted 10-21-56 Hour 5:30

Dismissed OCT 2 4 1956 Hour ____

Diagnosis Chest Pains

Service Med.

Previous Admission

Date No

Name Then _____

Birth Place _____

Birth Place _____

**Provisional Diagnosis (to be completed within 24 hours after admission):**
Possible acute coronary occlusion with infection because of the history and the possibility thereof in spite of his early age.

**Final Diagnosis:**

Virus rhinitis
Secondary virus tracheitis, acute

**Code No.**

310-100
340-100

**Secondary Diagnosis or Complications:**

**Operation:**

**Consultation With** _____

**Results:** ☐ Recovered ☒ Improved ☐ Not Improved ☐ Not Treated ☐ Diagnosed Only ☐ Died

**Cause of Death** _____ **Autopsy:** ☐ Yes ☐ No

WICHITA-ST. JOSEPH HOSPITAL
This Record
Reviewed 11/26/56
Approved _____
Medical Records Committee

I have examined and approved this complete medical record on 10-30 1956

Signed _Jos O'Donnell_ M. D., Attending Physician

WICHITA-ST. JOSEPH HOSPITAL
SUMMARY SHEET

2949

**000191**

WP_PC000080940

Name_____ Purkey, Jack_____ Room No._____ 21/A    Hospital No. **80501**

Address_____■■■■ ■■■■____, Wichita, Ks Telephone No._____ MU-37757_____    Doctor____ **L.A.O'Donnell**

Date of Birth____ ■■■■■■_____ Birthplace____ **Ks.**    Admitted **10-21-56** Hour **5:30A**

■■■■____ **Tool Planner**    Employer. **Boeing**    Dismissed_____ Hour____

Age____ **32** Sex **M**____ Race____ **W**____    Mar. Sing. Wid. Sep. Div.    Diagnosis **Chest Pains**

Husband or Wife_____ **Velma**_____    [X] [ ] [ ] [ ] [ ]    Service____ **Med.**

Religion____ **Prot.**    Previous Admission

Church_____    Date____ **No**

Ins.____ **B.C.-B.S.**____ No.____ **676826-CC9002**    Baptized____ **Yes**    Name Then_____

**Family History** Not Obtained

**Personal History** Not Obtained

**Chief Complaint:**

**Present Illness: Onset and History** This 32 year old male was seen early the morning of admission 10-21-56 because of substernal pain of some 12 hours duration. Sufficient to keep awake. Exacerbated by breathing and also upright position for some relief. After suffering this pain for some 8 hours patient was obliged to come to the emergency room. I saw this patient in the emergency room 4 a.m. day of admission. Patient had no previous episodes of this discomfort. No recent cold or upper respiratory infection. Patient was given sodium luminal, graines 2 in the emergency room with no relief. Some 30 to 45 minues later I saw this patient and he was given demoral 50 milligrams with atrophine gaines, 150, with much relief in some 40 minutes. Some degree of apprehension noted. PA of the chest done immediately showed no cardiac enlargement. Scout film of the abdomen was negative. Patient was admitted.

Repeat cardiograph was taken on an out patient basis following dismissal was gain negative for mycardial insult.

2950

(If Necessary Use Continuation Sheet)
**WICHITA-ST. JOSEPH HOSPITAL**
HISTORY

**000192**

WP_PC000080941

Address ████ ████, Wichita    Telephone No. MU 37757    Hospital No. 82598

Date of Birth ████    Birthplace Ks    Doctor L. A. O'Donnel

Occupation Eng. Tool Planner    Employer Boeing    ③    Admitted 12-1-56 Hour 2:2

Dismissed DEC 4 1956 Hour

Age 33 Sex M Race W    Diagnosis X-Rays, Tests

Mar. XXX Sing. ☐ Wid. ☐ Sep. ☐ Div. ☐    Service Med.

Husband or Wife Velma    Religion Bapt    Previous Admission

Church    Date 10-21-56

Baptized yes    Name Then

Ins. BC, Blue Shield No.

Father's Name Ira Purkey    Birth Place Ks

Address ████, Wichita

Mother's Maiden Name Opal Moore    Birth Place Ks

Provisional Diagnosis (to be completed within 24 hours after admission):

Anterior chest pain, etiology undetermined.

Final Diagnosis:

Upper anterior chest pain, etiology undetermined.

Code No.

410-400

Secondary Diagnosis or Complications:

Operation:

LAO'D/pa

Consultation With

Results: ☐ Recovered ☑ Improved ☐ Not Improved ☐ Not Treated ☐ Diagnosed Only ☐ Died

Cause of Death    Autopsy: ☐ Yes ☐ No

WICHITA-ST. JOSEPH, HOSPITAL

This Record DEC 31 1956
Reviewed
Approved
Medical Records Committee

I have examined and approved this complete medical record on 12/2 1956

Signed _____ M. D., Attending Physician

WICHITA-ST. JOSEPH HOSPITAL
SUMMARY SHEET

2930

**000193**

WP_PC000080913

Name _____

Address _____, Wichita    Telephone No. MU 37757    Hospital No. 82598

Date of Birth _____    Birthplace KS    Doctor L.A. O'Donnell

Occupation Eng. Tool Planner    Employer Boeing    Admitted 12-1-56 Hour 2:25
Dismissed _____ Hour _____

Age 33    Sex M    Race W

| | Mar. | Sing. | Wid. | Sep. | Div. |
|---|---|---|---|---|---|
| | XXX | ☐ | ☐ | ☐ | ☐ |

Diagnosis X-Rays, Tests
Service Med.

Husband or Wife Velma    Religion Bapt    Previous Admission
Church _____    Date 10-21-56

Baptized yes    Name Then

Ins. BC, Blue Shield    No. ____

Family History _____

Personal History _____

Chief Complaint: _____

Present Illness: Onset and History _____

SEE FOLLOWING SHEETS FOR HISTORY AND PHYSICAL EXAMINATION.

(If Necessary Use Continuation Sheet)
**WICHITA-ST. JOSEPH HOSPITAL**
HISTORY

2931

000194

WP_PC000080914

Purkey, Jack W.                        Dr. L.A. O'Donnell                        #82598

    Onset of sudden severe upper anterior chest pain radiating to both sides of anterior neck region noted the a.m. day prior to this admission. This is similar to the episode noted five weeks ago, for which patient was admitted to this hospital. Patient has been symptom free in the interim. This present pain became more severe, and the night prior to this admission was seen in the emergency room of this hospital by the resident, who noted findings of: Temperature 99, pulse 100. No definite findings otherwise. The resident presumed a spasm, etc.. Patient was given 75 mgms. of Demerol and sent home. Patient obtained relief from above injection for some 4 hours. The pain then recurred. Patient was seen at my office the day of admission complaining of severe pain in the anterior upper chest with some reference to both sides of the anterior neck region. No nausea or vomiting was noted.

PERTINENT PHYSICAL FINDINGS:
Temperature: 100.    Blood pressure: 130/70,    Pulse: 88.

PHYSICAL EXAMINATION:

SKIN:  No **evidence** of recent loss of subcuticular fat. Turgor good. Skin moist. No scars. No icterus or rash. No purpura. No cyanosis. Resiliency good. Skin warm. No excessive perspiration. No tumors.

MENTAL STATUS: **Alert, cooperative, and responsive.**

HEAD:  Normal contour. No exostosis. No alopecia, generalized or circumscripta. No tenderness. No bruit on auscultation. No scars. No rash.

EYES:  No injection of the conjunctiva. No arcus senilis. Pupils equal, react to light and accommodation. No disturbance of the extraocular muscle movements. Visual field is normal. Normal Mobius' sign. No lid lag. No exophthalmus or enophthalmus. No nystagmus. No icterus. No pterygium.

EARS:  External canals normal. No injection. No cerumen. Myringes are pearly gray. No perforation or injections. No bulgings, no loss of normal markings.

NOSE:  Nares are patent. No deviation of the septum. No injection of the nasal mucous membrane. No enlargement of the turbinates or bogginess, suggesting allergy. No polyps. No perforation of septum.

MOUTH: Teeth present. Good repair. Tonsils present. Mucous membrane not injected. No ulcers. No gingival reactions. Tongue normal. No recession of gums.

NECK:  Supple. Free motion. Not able to palpate superficial or deep cervical glands in anterior-posterior cervical chain. Thyroid not palpable. No pulsation with the finger in the suprasternal notch. No glands palpable, supraclavicular. No engorement of neck veins or abnormal pulsations noted.

LUNGS: Lung fields are negative. No palpable superficial nodes. There was some tenderness on palpation of the upper sternum over the upper manubrium.

HEART: Rhythm regular. Rate normal. Apex beat is about 5th intercostal space, about an inch inside the nipple line. Sternum is normal; it is not retracted or protruded. There is no tenderness on palpation of the thoracic wall; that is, the sternum itself or costochondral junctions.

2932

000195

WP_PC000080915

Physical findings: (Continued)

ABDOMEN: Presents no scars. There is no distention. There is no enlargement of the normal viscera. There are no abnormal masses. There is no tenderness. There is no rigidity. There is no abnormal peristalsis. There is no visible peristalsis. There is no diastasis of the abdominal muscles. Inguinal rings are normal. They present no pulsation with the finger in the inguinal canal and the patient coughing. Inguinal glands not enlarged. Femoral pulsation good - bilateral.

GENITALIA: The genitalia are palpated and are normal. There is no atrophy. There is no tumor of the testicles. There is no enlargement of the veins of the cord, known as varicocele. There is no increased accumulation of fluid in the tunica vaginilis. Superficial reflexes, abdominal and cremasteric are normal and present.

EXTREMITIES: The extremities are normal. There are no scars. There are no motor deficits. There are no sensory deficits. The reflexes are present and equivocal. There are no pathological reflexes. BOOG is normal. There is no loss of digits, neither hands nor feet. There is no tremor on extended fingers. There is no tremor elicited by usage. Stereognostic sense is good. Position sense is good. Balance is good. There is no infection of the feet in the form of teniae. The gait is norma; not spastic. Voluntary muscle movement is normal.

RECTAL: No rectal tags. Good sphincter tone. No tumors palpable. No bleeding. Prostate normal in feel, smooth, non-tender, not enlarged.


Patient was given Emp. #3 for pain, and admitted for observation and laboratory studies. His subsequent course is noted on the progress notes.

INITIAL IMPRESSION:   Anterior chest pain, etiology undetermined.

FINAL DIAGNOSIS:   Upper anterior chest pain, etiology undetermined.


LAO'D/pa

Signature of attending physician

2933

000196

WP_PC000080916

with alcohol or medications. Comorbidity with other anxiety disorders and illness anxiety disorder is also common.

Panic disorder is significantly comorbid with numerous general medical symptoms and conditions, including, but not limited to, dizziness, cardiac arrhythmias, hyperthyroidism, asthma, COPD, and irritable bowel syndrome. However, the nature of the association (e.g., cause and effect) between panic disorder and these conditions remains unclear. Although mitral valve prolapse and thyroid disease are more common among individuals with panic disorder than in the general population, the differences in prevalence are not consistent.

# Panic Attack Specifier

**Note:** Symptoms are presented for the purpose of identifying a panic attack; however, panic attack is not a mental disorder and cannot be coded. Panic attacks can occur in the context of any anxiety disorder as well as other mental disorders (e.g., depressive disorders, posttraumatic stress disorder, substance use disorders) and some medical conditions (e.g., cardiac, respiratory, vestibular, gastrointestinal). When the presence of a panic attack is identified, it should be noted as a specifier (e.g., "posttraumatic stress disorder with panic attacks"). For panic disorder, the presence of panic attack is contained within the criteria for the disorder and panic attack is not used as a specifier.

An abrupt surge of intense fear or intense discomfort that reaches a peak within minutes, and during which time four (or more) of the following symptoms occur:

**Note:** The abrupt surge can occur from a calm state or an anxious state.

1. Palpitations, pounding heart, or accelerated heart rate.
2. Sweating.
3. Trembling or shaking.
4. Sensations of shortness of breath or smothering.
5. Feelings of choking.
6. Chest pain or discomfort.
7. Nausea or abdominal distress.
8. Feeling dizzy, unsteady, light-headed, or faint.
9. Chilis or heat sensations.
10. Paresthesias (numbness or tingling sensations).
11. Derealization (feelings of unreality) or depersonalization (being detached from oneself).
12. Fear of losing control or "going crazy."
13. Fear of dying.

**Note:** Culture-specific symptoms (e.g., tinnitus, neck soreness, headache, uncontrollable screaming or crying) may be seen. Such symptoms should not count as one of the four required symptoms.

## Features

The essential feature of a panic attack is an abrupt surge of intense fear or intense discomfort that reaches a peak within minutes and during which time four or more of 13 physical and cognitive symptoms occur. Eleven of these 13 symptoms are physical (e.g., palpitations, sweating), while two are cognitive (i.e., fear of losing control or going crazy, fear of dying). "Fear of going crazy" is a colloquialism often used by individuals with panic attacks and is not intended as a pejorative or diagnostic term. The term *within minutes* means that the time to peak

intensity is literally only a few minutes. A panic attack can arise from either a calm state or an anxious state, and time to peak intensity should be assessed independently of any preceding anxiety. That is, the start of the panic attack is the point at which there is an abrupt increase in discomfort rather than the point at which anxiety first developed. Likewise, a panic attack can return to either an anxious state or a calm state and possibly peak again. A panic attack is distinguished from ongoing anxiety by its time to peak intensity, which occurs within minutes; its discrete nature; and its typically greater severity. Attacks that meet all other criteria but have fewer than four physical and/or cognitive symptoms are referred to as *limited-symptom attacks.*

There are two characteristic types of panic attacks: expected and unexpected. *Expected panic attacks* are attacks for which there is an obvious cue or trigger, such as situations in which panic attacks have typically occurred. *Unexpected panic attacks* are those for which there is no obvious cue or trigger at the time of occurrence (e.g., when relaxing or out of sleep [nocturnal panic attack]). The determination of whether panic attacks are expected or unexpected is made by the clinician, who makes this judgment based on a combination of careful questioning as to the sequence of events preceding or leading up to the attack and the individual's own judgment of whether or not the attack seemed to occur for no apparent reason. Cultural interpretations may influence their determination as expected or unexpected. Culture-specific symptoms (e.g., tinnitus, neck soreness, headache, uncontrollable screaming or crying) may be seen; however, such symptoms should not count as one of the four required symptoms. Panic attacks can occur in the context of any mental disorder (e.g., anxiety disorders, depressive disorders, bipolar disorders, eating disorders, obsessive-compulsive and related disorders, personality disorders, psychotic disorders, substance use disorders) and some medical conditions (e.g., cardiac, respiratory, vestibular, gastrointestinal), with the majority never meeting criteria for panic disorder. Recurrent unexpected panic attacks are required for a diagnosis of panic disorder.

## Associated Features

One type of unexpected panic attack is a *nocturnal panic attack* (i.e., waking from sleep in a state of panic), which differs from panicking after fully waking from sleep. Panic attacks are related to a higher rate of suicide attempts and suicidal ideation even when comorbidity and other suicide risk factors are taken into account.

## Prevalence

In the general population, 12-month prevalence estimates for panic attacks in the United States is 11.2% in adults. Twelve-month prevalence estimates do not appear to differ significantly among African Americans, Asian Americans, and Latinos. Lower 12-month prevalence estimates for European countries appear to range from 2.7% to 3.3%. Females are more frequently affected than males, although this gender difference is more pronounced for panic disorder. Panic attacks can occur in children but are relatively rare until the age of puberty, when the prevalence rates increase. The prevalence rates decline in older individuals, possibly reflecting diminishing severity to subclinical levels.

## Development and Course

The mean age at onset for panic attacks in the United States is approximately 22–23 years among adults. However, the course of panic attacks is likely influenced by the course of any co-occurring mental disorder(s) and stressful life events. Panic attacks are uncommon, and unexpected panic attacks are rare, in preadolescent children. Adolescents might be less willing than adults to openly discuss panic attacks, even though they present with episodes of intense fear or discomfort. Lower prevalence of panic attacks in older individuals may be related to a weaker autonomic response to emotional states relative to younger individuals. Older individuals may be less inclined to use the word "fear" and more inclined

000198

to use the word "discomfort" to describe panic attacks. Older individuals with "panicky feelings" may have a hybrid of limited-symptom attacks and generalized anxiety. In addition, older individuals tend to attribute panic attacks to certain situations that are stressful (e.g., medical procedures, social settings) and may retrospectively endorse explanations for the panic attack even if it was unexpected in the moment. This may result in under-endorsement of unexpected panic attacks in older individuals.

## Risk and Prognostic Factors

**Temperamental.**    Negative affectivity (neuroticism) (i.e., proneness to experiencing negative emotions) and anxiety sensitivity (i.e., the disposition to believe that symptoms of anxiety are harmful) are risk factors for the onset of panic attacks. History of "fearful spells" (i.e., limited-symptom attacks that do not meet full criteria for a panic attack) may be a risk factor for later panic attacks.

**Environmental.**    Smoking is a risk factor for panic attacks. Most individuals report identifiable stressors in the months before their first panic attack (e.g., interpersonal stressors and stressors related to physical well-being, such as negative experiences with illicit or prescription drugs, disease, or death in the family).

## Culture-Related Diagnostic issues

Cultural interpretations may influence the determination of panic attacks as expected or unexpected. Culture-specific symptoms (e.g., tinnitus, neck soreness, headache, and uncontrollable screaming or crying) may be seen; however, such symptoms should not count as one of the four required symptoms. Frequency of each of the 13 symptoms varies cross-culturally (e.g., higher rates of paresthesias in African Americans and of dizziness in several Asian groups). Cultural syndromes also influence the cross-cultural presentation of panic attacks, resulting in different symptom profiles across different cultural groups. Examples include *khyâl* (wind) attacks, a Cambodian cultural syndrome involving dizziness, tinnitus, and neck soreness; and *trúng gió* (wind-related) attacks, a Vietnamese cultural syndrome associated with headaches. *Ataque de nervios* (attack of nerves) is a cultural syndrome among Latin Americans that may involve trembling, uncontrollable screaming or crying, aggressive or suicidal behavior, and depersonalization or derealization, and which may be experienced for longer than only a few minutes. Some clinical presentations of *ataque de nervios* fulfill criteria for conditions other than panic attack (e.g., other specified dissociative disorder). Also, cultural expectations may influence the classification of panic attacks as expected or unexpected, as cultural syndromes may create fear of certain situations, ranging from interpersonal arguments (associated with *ataque de nervios*), to types of exertion (associated with *khyâl* attacks), to atmospheric wind (associated with *trúng gió* attacks). Clarification of the details of cultural attributions may aid in distinguishing expected and unexpected panic attacks. For more information about cultural syndromes, see "Glossary of Cultural Concepts of Distress" in the Appendix to this manual.

## Gender-Related Diagnostic Issues

Panic attacks are more common in females than in males, but clinical features or symptoms of panic attacks do not differ between males and females.

## Diagnostic Markers

Physiological recordings of naturally occurring panic attacks in individuals with panic disorder indicate abrupt surges of arousal, usually of heart rate, that reach a peak within minutes and subside within minutes, and for a proportion of these individuals the panic attack may be preceded by cardiorespiratory instabilities.

000199

## Functional Consequences of Panic Attacks

In the context of co-occurring mental disorders, including anxiety disorders, depressive disorders, bipolar disorder, substance use disorders, psychotic disorders, and personality disorders, panic attacks are associated with increased symptom severity, higher rates of comorbidity and suicidality, and poorer treatment response. Also, full-symptom panic attacks typically are associated with greater morbidity (e.g., greater health care utilization, more disability, poorer quality of life) than limited-symptom attacks.

## Differential Diagnosis

**Other paroxysmal episodes (e.g., "anger attacks").**   Panic attacks should not be diagnosed if the episodes do not involve the essential feature of an abrupt surge of intense fear or intense discomfort, but rather other emotional states (e.g., anger, grief).

**Anxiety disorder due to another medical condition.**   Medical conditions that can cause or be misdiagnosed as panic attacks include hyperthyroidism, hyperparathyroidism, pheochromocytoma, vestibular dysfunctions, seizure disorders, and cardiopulmonary conditions (e.g., arrhythmias, supraventricular tachycardia, asthma, chronic obstructive pulmonary disease). Appropriate laboratory tests (e.g., serum calcium levels for hyperparathyroidism; Holter monitor for arrhythmias) or physical examinations (e.g., for cardiac conditions) may be helpful in determining the etiological role of another medical condition.

**Substance/medication-induced anxiety disorder.**   Intoxication with central nervous system stimulants (e.g., cocaine, amphetamines, caffeine) or cannabis and withdrawal from central nervous system depressants (e.g., alcohol, barbiturates) can precipitate a panic attack. A detailed history should be taken to determine if the individual had panic attacks prior to excessive substance use. Features such as onset after age 45 years or the presence of atypical symptoms during a panic attack (e.g., vertigo, loss of consciousness, loss of bladder or bowel control, slurred speech, or amnesia) suggest the possibility that a medical condition or a substance may be causing the panic attack symptoms.

**Panic disorder.**   Repeated unexpected panic attacks are required but are not sufficient for the diagnosis of panic disorder (i.e., full diagnostic criteria for panic disorder must be met).

## Comorbidity

Panic attacks are associated with increased likelihood of various comorbid mental disorders, including anxiety disorders, depressive disorders, bipolar disorders, impulse-control disorders, and substance use disorders. Panic attacks are associated with increased likelihood of later developing anxiety disorders, depressive disorders, bipolar disorders, and possibly other disorders.

# Agoraphobia

Diagnostic Criteria                                    **300.22 (F40.00)**

A. Marked fear or anxiety about two (or more) of the following five situations:

   1. Using public transportation (e.g., automobiles, buses, trains, ships, planes).
   2. Being in open spaces (e.g., parking lots, marketplaces, bridges).
   3. Being in enclosed places (e.g., shops, theaters, cinemas).
   4. Standing in line or being in a crowd.
   5. Being outside of the home alone.

B. The individual fears or avoids these situations because of thoughts that escape might be difficult or help might not be available in the event of developing panic-like symp-

000200

FILED

NAME

APR 3 6 51 AM '84

CLERK
18TH JUDICIAL DISTRICT
SEDGWICK
BY

Patient    Jack Wesley Purkey

Officers present    W.P.D.

**STATE OF KANSAS**
Office of Coroner
Sedgwick, County
REPORT OF DEATH

Accession No. _____

Date _____

Age 60  Address _____    Date March 11, 1984

Time notified 9:30AM Date of Birth _____  Sex Male

---

Place of death _____    Time & Date of Death Time Unknown on March 11, 1984

Autopsy, Yes    No    Body removed to Cochran    Burial Lakeview Crematory Wichita, Kansas

Recent attending Physician None    When _____

Information By    W.P.D.    Address _____

Identified By    Wesley J Purkey (Son)    Autopsy By W.G. Eckert M.D.

CIRCUMSTANCES OF DEATH (Medical history if available)

Statements of witnesses   (their names)   (Accident, Suicide, Homicide, Natural.)

His body was found in his apartment about 9:30 A.M. on March 12, 1984.

He had last been seen alive on March 11, 1984.

Findings: Sitting in an overstuffed chair. There is a bullet hole behind

his right ear, a revolver lays nearby. His body is beginning to decompose.

Disposition of Body:

DIAGNOSIS:

Provisional _____

Final  Bullet wound of the head.
       See autopsy report.
Toxicological Requests:

_____ CORONER

Use reverse side for more details

FORM 1

COPY

Approved by
THE KANSAS BUREAU OF INVESTIGATION

WHITE COPY – COUNTY CLERK
CANARY COPY – DISTRICT CORONER
PINK COPY – DEPUTY DISTRICT CORONER

**000201**

# MEDICOLEGAL AND FORENSIC SCIENCES
# INTERNATIONAL

WILLIAM G. ECKERT, M.D.
DIRECTOR

P.O. BOX 8282 / WICHITA, KANSAS 67208 / (316) 685-7612

### THE REPORT OF POSTMORTEM EXAMINATION

CASE NUMBER W-96

NAME John Parky

AGE 60

SEX M  RACE W

AUTHORITY Dr Robt Daniels    DATE OF DEATH 3-9-84

OFFICIAL PRESENT Det Katchis   DATE OF AUTOPSY 3-12-84

LOCATION WMS              TIME OF AUTOPSY 3pm

### PATHOLOGICAL FINDINGS

Gunshot wound of right side of head behind the ear

Massive destruction of brain and hemorrhage

### TOXICOLOGICAL FINDINGS

### EVIDENCE TAKEN

Blood, Bullet- Handed after marking to Det Katchis

PATHOLOGIST

William G. Eckert MD



COPY

000202

2.    W-96

EXTERNAL EXAMINATION -    The body is that of an elderly white male who is roubust , weighing 200 lbs and measuring 6'1½" in length.   He is clothed is checkered trousers, black socks and shoes.  He has urine soaked white jockey shorts.   He is noted to have a 25cm mid sternal scar on his anterior chest.   There is a bullet hole of a contact type in the region behind his right ear at a point 68 3/4 inches above his right heel.   The hole is 4mm in diameter and has a 1mm zone of injury.   There are no other signs of trauma present.  He was edentulous and no injuries were seen in his mouth. The eyes were gray and sunken.  His hair was short and white.  No organ enlargement was noted.

INTERNAL EXAMINATION-    The head was symmetrical.  The scalp shows a perf-oration in the right side behind the ear.   There is noted blackened marks about the entrance hole in the skull.  There was a fragment of the bullet found in the temporalis muscle on the right side where a great deal of blood was seen.   There was a 2½inch round stainless steel plate in his mid frontal bone covering a defect in his skull.   There were two screws which held it in place.   The skull cap was removed revealing a massive destruction of the brain with a tract from right to left and backward.  The bullet impacted in the posterior region of the left parietal bone.  The bone was cracked here. the bullet was distorted  and of small caliber and found in the subdural space on the left side.  It was removed, marked P/W and handed directly to Detective Katchis of the Wichita Police Dept. Laboratory.

The brain weighed 1250 grams and had the tract from the right temporal lobe of the brain to the left posterior region of the parieta lobe.  The circle of willis was intact and the brain externally showed no scarring or adhesions under the stainless steel plate.  There was no sign of old injury, hemorrhage tumor or natural disease processes seen. The dura was stripped from the base of the skull and no fractures were seen.  The Pituitary is in normal position and size.



000203

PAGE THREE W-96

INTERNAL EXAMINATION

NECK. No injuries seen in the soft tissues. The larynx and trachea are patent and the thyroid was in normal position and size. The vessels are unremarkable.

CHEST GENERAL No defects or deformities were seen. There was no fluid or adhesions in the pleural cavity.

LUNGS WEIGHT LEFT 800 GMS RIGHT 850 GMS

The Pleural surfaces are congested. The parenchyma is unremarkable except for a considerable amount of edema bilaterally. The bronchi are patent as are the pulmonary vessels.

HEART WEIGHT 800 GMS

The pericardial cavity is obliterated by adhesions. There are three bypass openings in the anterior first part of the thoracic aorta. The venous grafts are intact and patent. The coronaries showed severe calcification. There is scarring in the septum and posterior left ventricle.

ABDOMEN GENERAL No fluid or adhesions are seen.

LIVER WEIGHT GMS 1900

The capsule is smooth. The cut surface is reddish yellow. The gall bladder and biliary system was unremarkable.

SPLEEN WEIGHT 100 GMS

The capsules strip with ease. The cut surface is congested.

ADRENALS Normal size and shape.

PANCREAS Autolysed

KIDNEYS WEIGHT RT 140 GMS LEFT 130 GMS

The capsules strip with ease showing a congested surface. The cut surface is congested. The ureters are unremarkable.

STOMACH CONTENTS 30 CC

Mucosa normal.

GI TRACT No obstruction, tumor formation, hemorrhages or ulcers

BLADDER The bladder is distended with 350cc of urine. The mucosa is congested.

GENITALIA The prostate is enlarged.' The external genitalia is normal.

SKELETAL STRUCTURES Normal



COPY

000204

639-400

**KANSAS STATE DEPARTMENT OF HEALTH**
Division of Vital Statistics
LOCAL FILE NUMBER   FEB 21 1968   **CERTIFICATE OF DEATH**   68   003627
STATE FILE NUMBER

| DECEASED—NAME FIRST | MIDDLE | LAST | SEX | DATE OF DEATH (MONTH, DAY, YEAR) |
|---|---|---|---|---|
| Roy | Allen | Purkey | Male | Feb. 13, 1968 |

| RACE WHITE, NEGRO, AMERICAN INDIAN, ETC. (SPECIFY) | AGE—LAST BIRTHDAY (YEARS) | UNDER 1 YEAR MOS / DAYS | UNDER 1 DAY HOURS / MIN. | DATE OF BIRTH (MONTH, DAY, YEAR) | COUNTY OF DEATH |
|---|---|---|---|---|---|
| White | 74 | | | ▓▓▓▓▓ | Sedgwick |

| CITY, TOWN, OR LOCATION OF DEATH | INSIDE CITY LIMITS SPECIFY YES OR NO | HOSPITAL OR OTHER INSTITUTION—NAME (IF NOT IN EITHER, GIVE STREET AND NUMBER) |
|---|---|---|
| Wichita | Yes | St. Joseph Hospital |

| STATE OF BIRTH (IF NOT IN U.S.A., NAME COUNTRY) | CITIZEN OF WHAT COUNTRY | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY) | SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) |
|---|---|---|---|
| Kansas | U.S.A. | Married | Florence Haltom |

| SOCIAL SECURITY NUMBER | USUAL OCCUPATION (GIVE KIND OF WORK DONE DURING MOST OF WORKING LIFE, EVEN IF RETIRED) | KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| Unknown | Self-Employed | Interior Decorator |

| RESIDENCE—STATE | COUNTY | CITY, TOWN, OR LOCATION | INSIDE CITY LIMITS (SPECIFY YES OR NO) | STREET AND NUMBER |
|---|---|---|---|---|
| Kansas | Sedgwick | Wichita | Yes | ▓▓▓▓▓ |

| FATHER—NAME FIRST | MIDDLE | LAST | MOTHER—MAIDEN NAME FIRST | MIDDLE | LAST |
|---|---|---|---|---|---|
| Andrew | Jackson | Purkey | Ida | | Dobbins |

| INFORMANT—NAME | MAILING ADDRESS (STREET OR R.F.D. NO., CITY OR TOWN, STATE, ZIP) |
|---|---|
| Mrs. Florence Purkey | ▓▓▓▓▓▓▓▓▓▓, Kansas 67200 |

**PART I   DEATH WAS CAUSED BY:**   (ENTER ONLY ONE CAUSE PER LINE)   APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

4339   (a) *cerebral thrombosis & hemiplegia left*   6 wks

322X   CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDERLYING CAUSE LAST   (b) *arteriosclerosis*   3 yrs

(c)

**PART II.   OTHER SIGNIFICANT CONDITIONS:** CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a)

AUTOPSY (YES OR NO): No   IF YES WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH

| ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED (SPECIFY) | DATE OF INJURY (MONTH, DAY, YEAR) | HOUR | HOW INJURY OCCURRED (ENTER NATURE OF INJURY IN PART I OR PART II, ITEM 18) |
|---|---|---|---|

| INJURY AT WORK (SPECIFY YES OR NO) | PLACE OF INJURY AT HOME, FARM, STREET, FACTORY, OFFICE BLDG., ETC. (SPECIFY) | LOCATION (STREET OR R.F.D. NO., CITY OR TOWN, STATE) |
|---|---|---|

CERTIFICATION—PHYSICIAN: I ATTENDED THE DECEASED FROM 12-21-64 TO 2-13-68 AND LAST SAW HIM/HER ALIVE ON 2-13-68. I DID / DID NOT VIEW THE BODY AFTER DEATH. DEATH OCCURRED AT 4:45 M. AT THE PLACE, ON THE DATE, AND, TO THE BEST OF MY KNOWLEDGE, DUE TO THE CAUSE(S) STATED.

CERTIFICATION—MEDICAL EXAMINER OR CORONER: ON THE BASIS OF THE EXAMINATION OF THE BODY AND/OR THE INVESTIGATION, IN MY OPINION, DEATH OCCURRED ON THE DATE AND DUE TO THE CAUSE(S) STATED. HOUR OF DEATH 4:45 A.M.   THE DECEDENT WAS PRONOUNCED DEAD 2-13-68   HOUR 4:54 M.

| CERTIFIER—NAME (TYPE OR PRINT) | SIGNATURE | DEGREE OR TITLE | DATE SIGNED (MONTH, DAY, YEAR) |
|---|---|---|---|
| Dr. Hervey R. Hodson, M.D. | *Hervey R. Hodson* M.D. | | |

MAILING ADDRESS—CERTIFIER (STREET OR R.F.D. NO., CITY OR TOWN, STATE, ZIP): 1122 S. Clifton, Wichita, Kansas 67200

| BURIAL, CREMATION, REMOVAL (SPECIFY) | CEMETERY OR CREMATORY—NAME | LOCATION | CITY OR TOWN | STATE |
|---|---|---|---|---|
| Burial | White Chapel Memorial Gardens | | Wichita | Kansas 67211 |

DATE (MONTH, DAY, YEAR): Feb. 15, 1968   FUNERAL HOME—NAME AND ADDRESS (STREET OR R.F.D. NO., CITY OR TOWN, STATE, ZIP): The Broadway Mortuary, 1147 S. Broadway, Wichita, Ks.

FUNERAL DIRECTOR—SIGNATURE   REGISTRAR—SIGNATURE: *Leon Bowman*   DATE RECEIVED BY LOCAL REGISTRAR: FEB 20 1968

**000205**

KANSAS STATE BOARD OF HEALTH
Division of Vital Statistics

**CERTIFICATE OF DEATH**

(DO NOT WRITE IN THIS BOX)

Birth No.

AUG 3 1960    Registrar's No. 139    331X

60    011869

**1. PLACE OF DEATH**
a. County — Neosho    0672
b. City, Town, or Location — Chanute    c. Length of Stay in 1b — 1 Year
d. Name of Hospital or Institution (If not in hospital, give street address) — Neosho Manor Nursing Home
e. Is Place of Death Inside City Limits? — Yes ☒  No ☐

**2. Usual Residence (Where deceased lived. If institution, residence before admission)**
a. State — Kansas    b. County — Neosho    0672
c. City, Town, or Location — Chanute
d. Street Address — Neosho Manor Nursing Home
e. Is Residence Inside City Limits? — Yes ☒  No ☐    f. Is Residence on a Farm? — Yes ☐  No ☒

**3. NAME OF DECEASED (Type or Print)**
First — Nancy    Middle — Ida    Last — Purkey

**4. DATE OF DEATH** — Month July 23, Day, Year 1960

**5. SEX** — Female
**6. Color or Race** — White
**7. Married ☐  Never Married ☐  Widowed ☒  Divorced ☐**
**8. Date of Birth** — [redacted]
**9. Age (In years last birthday)** — 89    Months | Days | Hours | Min.

**10a. Usual Occupation** (Give kind of work done during most of working life, even if retired) — Housewife
**10b. Kind of Business or Industry** — Home
**11. Birthplace (State or foreign country)** — Green County Missouri
**12. Citizen of What Country?** — USA

**13. FATHER'S NAME** — John Dobbins
**14. MOTHER'S MAIDEN NAME** — Unknown

**15. Was Deceased Ever in U.S. Armed Forces?** (Yes, no, or unknown)(If yes, give war or dates of service) — NONE
**16. Social Security No.** — NONE
**17. Informant** — Mrs. C.P. Williams    Address — Chanute, Kansas

**18. CAUSE OF DEATH** [Enter only one cause per line for (a), (b), and (c).]

Part I. Death was caused by:
Immediate cause (a) — Cerebral Hemorrhage
Conditions, if any, which gave rise to above cause (a), stating the underlying cause last.
Due to (b) — Osteo Arthritis
Due to (c) —
Part II. Other significant conditions contributing to death but not related to the terminal disease condition given in part I (a) —

Interval Between Onset and Death — 3 days / 30 years

**20a. ACCIDENT ☐  SUICIDE ☐  HOMICIDE ☐**
**20b. Describe how injury occurred.** (Enter nature of injury in Part I or Part II of item 18) — 33/X
**19. Was Autopsy Performed?** — Yes ☐  No ☒
**20c. TIME OF INJURY** — (Month) (Day) (Year) (Hour) a.m. p.m.
**20d. Injury occurred** — While at Work ☐  Not While at Work ☐
**20e. Place of injury** (e.g., in or about home, farm, factory, street, office bldg., etc.)
**20f. City, Town, or Location** — County — State

**21.** I hereby certify that I attended the deceased from 6-6-60 to 7-23-1960 alive on 7-23-1960 and that death occurred at 5:55 PM, from the causes and on the date stated above. That I last saw the deceased

**22a. Signature** — R. Herbert Radd MD    (Degree or title)    **22b. Address** — Chanute, Ks    **22c. Date signed** — 7-28-60

**23a. Burial, Cremation, Removal (Specify)** — Burial
**23b. Date** — July 26 1960
**23c. Name of Cemetery or Crematory** — Elmwood Cemetery
**23d. Location (City, Town, or County) (State)** — Chanute, Kansas

**24a. Date Rec'd by Local Registrar** — 7-30-60
**24b. Registrar's Signature** — Howard Pease    672
**25. Funeral Director** — Koch - Skinner Memorial Home    507-4-7    Address — Chanute, Ks

**000206**

STATE OF WASHINGTON
DEPARTMENT OF HEALTH

**OFFICE USE ONLY**

1. DISTRICT
D7

2. COPIES

3. HOSPITAL

4. OCCURRENCE

5. RESIDENCE

6. TRACT

7. OCCUPATION

3547
LOCAL FILE NUMBER

**Health**
Washington State Department of

**CERTIFICATE OF DEATH**

146  3  44341
STATE FILE NUMBER

| 1. NAME First | Middle | Last | 2. SEX (M / F) | 3. DEATH DATE (Mo, Day, Yr) |
|---|---|---|---|---|
| Irene | M. | Bartlett | Female | 12-19-2003 |

| 4. AGE LAST BIRTH-DAY (Yrs) 84 | 5. UNDER 1 YEAR MOS / DAYS | 6. UNDER 1 DAY HOURS / MINS | 7. BIRTHDATE (Mo, Day, Yr) | 8. BIRTHPLACE (City, State or Foreign Country) Topeka, KS. | 9. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes / No) no | 10. COUNTY OF DEATH Snohomish |

11. CITY, TOWN OR LOCATION OF DEATH
Mill Creek

12. PLACE OF DEATH — ☒ BOX FOR PLACE THEN GIVE ADDRESS OR INSTITUTION NAME
1. ☐ HOME  2. ☐ IN TRANSPORT  3. ☐ EMERG. RM/OUT PTN  4. ☐ HOSP.  5. ☒ NUR HOME  6. ☐ OTHER PLACE

13. SMOKING IN LAST 15 YEARS? (Yes / No)  No

14. MARITAL STATUS — Married, Never married, Widowed, Divorced (Specify)
Widow

15. SURVIVING SPOUSE (If wife, give maiden name)

16. SOCIAL SECURITY NO.

17. DECEDENT'S EDUCATION (Specify only highest grade completed)
Elementary/Secondary (0-12) 12  |  College (1-4 or 5+)

18. USUAL OCCUPATION (Give kind of work done during most of working life, DO NOT USE RETIRED)
Records Clerk

19. KIND OF BUSINESS OR INDUSTRY
Boeing Air Craft Corp.

20. Was Decedent of Hispanic origin or descent? (Ancestry) (Specify Yes or No. If Yes, specify Cuban, Mexican, Puerto Rican, etc.) (Yes / No) Specify: no

21. RACE (Specify)
Caucasian

| 22. RESIDENCE — NUMBER AND STREET 313  92nd St. NE | 23. CITY/TOWN, OR LOCATION Marysville | 24. INSIDE CITY LIMITS? (Yes / No) Yes | 25A. COUNTY Snohomish | 25B. LENGTH OF RES. IN CO. 35 | 26. STATE WA | 27. ZIP CODE 98271 |

28. FATHER'S NAME — FIRST, MIDDLE, LAST
Ira F. Purkey

29. MOTHER'S NAME — FIRST, MIDDLE, MAIDEN SURNAME
Opel Moore

| 30. INFORMANT — NAME Linda Johnson | 31. MAILING ADDRESS  STREET OR RFD NO. | CITY OR TOWN Marysville | STATE WA | ZIP 98270 |

| 32. BURIAL, CREMATION, REMOVAL, OTHER (Specify) Cremation | 33. DATE (Mo, Day, Yr) 12-23-2003 | 34. CEMETERY Jern's Crematory | 35. LOCATION — CITY/TOWN, STATE Bellingham, Washington |

| 36. FUNERAL DIRECTOR SIGNATURE  X | 37. NAME OF FACILITY American Burial and Cremation | 38. ADDRESS OF FACILITY 5727 Littlerock Road  Tumwater, WA  98512 |

**TO BE COMPLETED ONLY BY CERTIFYING PHYSICIAN**

39. TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND WAS DUE TO THE CAUSE(S) STATED.

SIGNATURE AND TITLE
X  Betty Westfall ARNP

| 40. DATE SIGNED (Mo, Day, Yr) 12/22/03 | 41. HOUR OF DEATH (24 Hrs) 1830 |

42. NAME AND TITLE OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print)

**TO BE COMPLETED ONLY BY MEDICAL EXAMINER OR CORONER**

43. ON THE BASIS OF EXAMINATION AND/OR INVESTIGATION, IN MY OPINION DEATH OCCURRED AT THE TIME, DATE AND PLACE AND WAS DUE TO THE CAUSE(S) STATED.

SIGNATURE AND TITLE
X

44. DATE SIGNED (Mo., Day, Yr)

45. HOUR OF DEATH (24 Hrs.)

46. PRONOUNCED DEAD (Mo., Day, Yr)

47. HOUR PRONOUNCED DEAD (24 Hrs.)

48. NAME AND ADDRESS OF CERTIFIER — PHYSICIAN, MEDICAL EXAMINER OR CORONER (Type or Print)
Betty Westfall, ARNP, P O Box 1822, Monroe, WA 98272

49. ME/CORONER FILE NUMBER
03SN2224

50. ENTER THE DISEASES, INJURIES, OR COMPLICATIONS WHICH CAUSED THE DEATH:

IMMEDIATE CAUSE (Final disease or condition resulting in death).
a. Parkinson's Disease c̄ Dementia

DO NOT ENTER THE MODE OF DYING, SUCH AS CARDIAC OR RESPIRATORY ARREST, SHOCK, OR HEART FAILURE. LIST ONLY ONE CAUSE ON EACH LINE.
DUE TO, OR AS A CONSEQUENCE OF:
b. HTN.

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury which initiated events resulting in death) LAST.
DUE TO, OR AS A CONSEQUENCE OF:
c. Bilateral Pneumonia
DUE TO, OR AS A CONSEQUENCE OF:
d.

INTERVAL BETWEEN ONSET AND DEATH
1  ? 5 yrs.
7 5 yrs
20 days

51. OTHER SIGNIFICANT CONDITIONS — CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVE ABOVE:

52. AUTOPSY? (Yes / No)  No

53. WAS CASE REFERRED TO MEDICAL EXAMINER OR CORONER? (Yes / No)  Yes

54. ACC. SUICIDE, HOM., UNDET., OR PENDING INVEST. (Specify)

55. INJURY DATE (Mo, Day, Yr)

56. HOUR OF INJURY (24 Hrs)

57. DESCRIBE HOW INJURY OCCURRED:

58. INJURY AT WORK? (Yes / No)

59. PLACE OF INJURY — AT HOME, FARM, STREET, FACTORY, OFFICE, BLDG, ETC. (Specify)

60. LOCATION — STREET OR RFD NO., CITY/TOWN, STATE

| 61. RECORD AMENDMENT (Registrar use only) ITEM / DOCUMENTARY EVIDENCE / REVIEWED BY / DATE | 62. REGISTRAR SIGNATURE X  M. Wrend Hinds MD | 63. DATE RECEIVED (Mo., Day, Yr) DEC 2 3 2003 |

FOR INSTRUCTIONS SEE BACK AND HANDBOOK

DOH 110-008 (Rev. 7/91) (formerly DSHS 9-150)

A

DOH 01-003 (10/15)

THIS IS A CERTIFIED COPY OF THE RECORD ON FILE WITH CENTER FOR HEALTH STATISTICS. CERTIFIED COPIES MUST HAVE THE OFFICIAL SEAL

000207

# Affidavit for Correction

**Washington State Department of Health**

**This is a legal document. Complete in ink and do not alter.**

Mail to: **Center for Health Statistics**
P.O. Box 47814
Olympia, WA 98504-7814
360-236-4300

## STATE OFFICE USE ONLY

| State File Number | Fee Number | | Initials | Date | Affidavit Number |
|---|---|---|---|---|---|

### Required information must match current information on record

**Required**

Record Type:  ☐ Birth  ☐ Death  ☐ Marriage  ☐ Dissolution (Divorce)

| 1. Name on Record: First  Middle  Last | 2. Date of Event: MM/DD/YYYY | 3. Place of Event: City or County |
|---|---|---|

4. Father/Parent Full Legal Name (Spouse A for Marriage or Dissolution) — First  Middle  Last/Maiden

5. Mother/Parent Full Birth Name (Spouse B for Marriage or Dissolution) — First  Middle  Last/Maiden

6. Name of Person Requesting Correction:   Relationship to Person on Record:  ☐ Self  ☐ Parent(s)  ☐ Guardian  ☐ Funeral Director  ☐ Informant  ☐ Other (specify)  ☐ Hospital

7. Return Mailing Address:  P.O. Box or Street Address   City   State   Zip

Telephone Number: (   )    Email Address:

### Use the section below for requesting any changes on the record. The record is incorrect or incomplete as follows:

| The record now shows: | The true fact is: |
|---|---|
| 8. | 9. |
| 10. | 11. |
| 12. | 13. |
| 14. | 15. |

**I declare under penalty of perjury under the laws of the State of Washington that the forgoing is true and correct**

| 16a. Signature: | 16b. Signature of 2nd parent (if required): |
|---|---|
| Printed name:   Date: | Printed name:   Date: |

**INSTRUCTIONS** – go to www.doh.wa.gov for more information

**Driver's license, Social Security card or hospital decorative birth certificate cannot be used as proof**

Required documentary proof must be submitted with the affidavit and include full name and birth date. Examples of documentary proof include:

- Birth/Marriage/Divorce record
- Certificate of Naturalization
- Military record (DD-214)
- Hospital/medical record
- School transcripts
- Passport
- Social Security Numident Report
- Green/Permanent Resident card (I-551)

### Birth Certificates

1. Only a parent(s), legal guardian (if the child is under 18), or the named individual (if 18 or older) may change the birth certificate.
2. **The proof(s) must match** the asserted fact(s). For example, if the affidavit says the name should be Mary Ann Doe, the proof must show the name to be Mary Ann Doe.
3. Documentary proof must be five or more years old or established within five years of birth.

**Child under 18**

- If legal guardian(s), include certified court order proving guardianship
- Up to age one, last name can be changed once to either parents' name on certificate (can be any combination of the first, middle or last names)*
- After age one, a court order is required to change the last name
- No proof is required to change the first or middle name*
- To correct parent's information, one documentary proof is required.
- To correct the sex of the child, one documentary proof from a medical provider is required

**Adult (18 years or older)**

- Only the adult can change his or her birth certificate
- If the first or middle name is missing, three pieces of documentary proof are required
- If the first, middle and/or last name is misspelled, or date of birth is incorrect, two pieces of documentary proof are required
- To correct parent's birth date, place of birth, or name, one documentary proof is required

*To change any part of the name of a child, **signatures from both parents listed on the certificate are required**. If one parent is deceased, submit a death certificate with request.

**This affidavit cannot be used to add a father to a birth certificate (use paternity acknowledgment form DOH 422-032)**

### Death Certificates

1. Only the informant, the funeral director, or executors/administrators (if evidence confirming such position is presented) may change the non-medical information. Proof is required to make changes if requested by a family member not listed as the informant on the certificate (family members are spouse or registered domestic partner, parent, sibling or adult child or stepchild). The informant may change marital status with proof. Marital status requires a certified copy of a court order if someone other than the informant is requesting the change.
2. The medical information (cause of death) may be changed only by the certifying physician or the coroner/medical examiner.

### Marriage/Dissolution (Divorce) Certificates

1. Personal facts (minor spelling changes in name, date or place of birth or residence) may be changed by the person with one piece of documentary proof.
2. To change the date or place of marriage or dissolution, the officiant (marriage) or clerk of court (dissolution) must complete and submit the affidavit.

DOH 422-034 October 2015

CHRISTIE SPICE
STATE REGISTRAR
OF VITAL RECORDS

DO NOT DESTROY

MAY 09 2016

**000208**

FF00059855



Plaintiff:                                      Defendant:                          No.
Full Name Purkey, Jack W.                       Full Name Purkey, Velma Louise      A-13312

Date Case Filed  11-15-44                        Grounds for Divorce Gross Neglect&Extreme Cruelty

Date of Marriage 5-5-44                          Place of Marriage

                          X                                                          9-22-45
Divorce Granted to: PLAINTIFF.    DEFENDANT.                    Date of Decree
          Name "Johnson" restored

Was Alimony Asked?          Granted?         Amount $         Child Support $

Number of Children         Minors         Custody to

000209



IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

JACK W. PURKEY                                                      PLAINTIFF

                                    VS

VELMA LOUISE PURKEY                                                 DEFENDANT

                        PETITION FOR DIVORCE

        Comes now the plaintiff and for his action against
the defendant alleges and says that he is now and has been for
more than one year last past, prior to the filing of this his
petition herein, an actual resident in good faith of the State
of Kansas and the County of Sedgwick, and that he and the de-
fendant were married at Wichita, Kansas on the 5th day of May,
1944, and are still husband and wife.

        Plaintiff further alleges and says that there
been no fault on his part, but that the defendant has been
guilty of gross neglect of duty and extreme cruelty.

        Wherefore and by reason of the foregoing, plaintiff
prays that he be granted an absolute divorce from the defendant.

                        SULLIVAN AND ANGLE

                        BY _____
                           Attorneys for Plaintiff

STATE OF KANSAS, COUNTY OF SEDGWICK, ss.

        Jack W. Purkey, of lawful age, being first duly
sworn, says that he is the plaintiff in the above entitled
action; that he has read the foregoing petition and is familiar
with the contents thereof and that all the statements and
allegations contained therein are correct and true.

                        _____
                                   Plaintiff

Subscribed and sworn to before me this 14th day of October, 1944.

                        _____
                                   Notary Public

My commission expires:  2-9-46.

000210



PRECIPE FOR SUMMONS                        Case No. ___ 912

## District Court of Sedgwick County, Kansas

Jack W. Purkey

vs

Velma Louise Purkey

TO THE CLERK OF SAID COURT
ISSUE SUMMONS in the above entitled cause, returnable according to law and direct the same to the sheriff of _____
Sedgwick                County, State of Kansas, to or for the defendants _____
Velma Louise Purkey lives at 621 S. Elizabeth.

Amount claimed $ _____ , and _____ % interest from _____ day of _____

Action brought for Divorce

Dated _____ 4 day of _____ October, A.D. 19 44

_____ Attorney for Plaintiff.

Summons issued 11-16 19 44

By _____

f.d. 12-18-44

000211

SUMMONS                                              Case No. A 18112

STATE OF KANSAS          } ss.     Plaintiff    Jack W. Purkey
COUNTY OF SEDGWICK                 Defendant    Velma Louise Purkey

THE STATE OF KANSAS TO THE SHERIFF OF SEDGWICK COUNTY, GREETINGS:

YOU ARE HEREBY COMMANDED TO NOTIFY _____ 246 _____

Velma Louise Purkey lives at 621 S. Elizabeth

has been sued together with _____ by _____ Jack W. Purkey in the District Court, Eighteenth Judicial District, State of Kansas, sitting within and for the County of Sedgwick, and that _____ she _____ answer the petition filed against _____ her _____ in the Clerk's Office of said Court, on or before the _____ 18th _____ day of _____ December _____ , A. D. 19 44 , or such petition will be taken as true and judgment rendered accordingly.

The Sheriff will make due return of this summons on or before the 27th day of November A. D. 19 44

WITNESS MY HAND, and the seal of said Court, at my office in the City of Wichita, in said County of Sedgwick, the 16th day of November A. D. 19 44

L. D. LELAND, Clerk of the District Court,

(SEAL)                          By _____ Thelma Robnett
                                            Deputy

Suit brought for divorce

Amount claimed $ _____ , and _____ % interest from _____ day of _____

and for costs of this action.

                                Sullivan & Angle
                                Attorney for Plaintiff

                    SHERIFF'S RETURN

STATE OF KANSAS      } ss.
SEDGWICK COUNTY

Received this writ 11/16 194 4 and as commanded therein, I summoned the following persons, of the defendants within named, at the times following, to-wit:

_____ 194
_____ 194
_____ 194
_____ 194

And delivering to each of said defendants, personally, in said county, a true copy of the within summons with all of the endorsements thereon.

And I summoned in said county the following persons, of the defendants within named at times following, to-wit:

Velma Louise Purkey 11/16 194 4
_____ 194
_____ 194

_____ 194
_____ 194
_____ 194
_____ 194

by leaving at the usual place of residence of each of said defendants, a true copy of the within summons and all the endorsements thereon.

The following persons, of the defendants within named, not found in said county:

Serving Each person      $ 50
Mileage     copies
Sum Total
Additional Mileage     at he     75
                                    75
TOTAL                     75

                          Keith E. Frazee           SHERIFF
                          F. H. Busby               DEPUTY

000212

SULLIVAN AND ANGLE

ATTORNEYS AT LAW

410 Orpheum Bldg. - Wichita, Kansas

A1    12

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

Jack W. Purkey )
   Plaintiff )
        ) No. A-
        )
vs       ) Div. 246
        )
Velma Louise Purkey )
   Defendant )

### WAIVER OF SUMMONS

  I, Velma Louise Purkey , hereby enter my appearance herein and waive the issuance and service of summons in the above entitled action and consent that the same be set down for trial and heard at any time convenient to the court without further notice to me, and I desire to be restored to my maiden name, Velma Louise Johnson.

        x Velma Louise Purkey
           Defendant

STATE OF KANSAS , county of SEDGWICK . ss.

  BE IT REMEMBERED, That on this 15th day of November , 19__ before me the undersigned a Notary Public, in and for the County and State aforesaid, came, Velma Louise Purkey , who is personally known to me to be the same person who executed the within instrument of writing and that such person duly acknowledged the execution of the same.

        Ben H. Millar
         Notary Public

My commission expires: 21st day of June  1945

**000213**



000214



SULLIVAN AND ANGLE
410 Orpheum Bldg.
Wichita, Kansas

FILED

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

JACK W. PURKEY          PLAINTIFF )
                                  )
        VS                        )        CASE NO. A-13512
                                  )        DIV. NO. 4
VELMA L. PURKEY         DEFENDANT )

* * * * * * * * * * * * * * * * *

DECREE

Now on this 22nd day of September 1945, the same being a regular judicial day of the April 1945 term of said court, this matter came on for hearing, upon the petition of the plaintiff for a divorce, the plaintiff appearing in person and by his attorney, R. E. Angle, of Sullivan and Angle; the court after being fully advised in the premises finds:

First, that the said cause has been on the docket more than the sixty days required by law.

Second, that the statements and allegations contained in the plaintiff's petition are correct and true.

Third, that the defendant has entered her appearance herein by Waiver and consented that this matter be sed down for trial and heard at any time convenient to the court without further notice to her; said waiver is hereby approved by the Court.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED ADJUDGED AND DECREED that the plaintiff be and he is hereby granted an absolute divorce from the defendant, Velma L. Purkey.

IT IS FURTHER ORDERED BY THE COURT that the plaintiff defendant be and she is hereby restored to her maiden name of Velma L. Johnson.

IT IS FURTHER ORDERED BY THE COURT that this DECREE does not take effect or become absolute until the expiration of six months from the date hereof.

_____
Judge

O.K. SULLIVAN AND ANGLE

_____
Attorneys for Plaintiff

6

000215

AFFIDAVIT TO OBTAIN MARRIAGE LICENSE

# MARRIAGE AFFIDAVIT

STATE OF KANSAS, SEDGWICK COUNTY, ss.                    No. *37901*

298

IN THE PROBATE COURT OF SAID COUNTY AND STATE

*Jack W. Purkey* ................................................ hereby applies for a MARRIAGE LICENSE

Addressed to any minister or magistrate authorized by law to unite in matrimony

*Jack W. Purkey* ................ of *Wichita* ................................ and

*Velma L. Johnson* of ................ *"* ................ ,

and being duly sworn, deposes

That said *Jack W. Purkey* ................ is *21* ................ years of age, and that said

................ *Velma L. Johnson* ................ is aged *18* ................ years; that they have

their parents' consent to said union; and that neither has been divorced within six months last past.

That said contracting parties are not related to each other in any of the degrees prohibited by law, namely: parent and child, grandparent and grandchild in any degree, brother and sister of the whole or the half blood, uncle or niece, aunt or nephew, nor first cousins.

That neither of said parties is or ever has been epileptic, imbecile, feeble-minded, or insane; or if either is or has ever been so aflicted, then that the woman is more than forty-five years of age.

And that neither party was born subsequent to the insanity of either of his or her parents, or if so, that the woman about to be married is more than forty-five years of age.

*Jack W. Purkey*

Subscribed and sworn to before me, this ......... *3rd* ................ day of

(SEAL)                         *May* ........ , 19 *44*

*Irene Elliott*

Notary Public                                    Probate Judge

Commission expires ................ *11/12/46*

000216