

# Tulane University

Frederic Sautter, Ph.D.
Department of Psychiatry and Behavioral Science
1440 Canal St.,   TB48
New Orleans, Louisiana 70112
(504) 988-5405  Fax (504) 988-4270

April 22, 2018

## Psychological Evaluation

**Defendant:** Wesley Ira Purkey
**Examiner:** Frederic J. Sautter, Ph.D.
**Date of Assessment:** 11-16-16; 11-17-16
**Location:** The United States Penitentiary, Terre Haute Indiana

### Professional Credentials

I am a clinical psychologist licensed in the State of Louisiana with specialized training in posttraumatic stress disorder (PTSD). I am currently a Professor of Clinical Psychiatry at the Tulane Health Science Center in the Department of Psychiatry and Behavioral Science. I am also the Program Manager of the Family Mental Health Program at the Southeast Louisiana Veterans Health Care System (SLVHCS). Before assuming that position I was a clinical psychologist in the PTSD Program for fifteen years. I also conduct research on post-traumatic stress disorder. My research has been funded by the Department of Veterans Affairs and National Institutes of Health (NIH). I have been funded by the Department of Veterans Affairs to conduct two randomized clinical trials of PTSD Treatments. A copy of my curriculum vitae is included in the Appendix.

### Basis of the Referral

The legal defense team of Mr. Wesley Ira Purkey requested that I conduct an evaluation of Mr. Purkey to assist the court's ability to understand his state of mind at the time of the crime and to help the court identify any mitigating mental health factors that may prove relevant to Mr. Purkey's sentencing. They also requested that I conduct an analysis of the mental health evidence and expert evaluations that were presented at the time of Mr. Purkey's prosecution for the homicide of Jennifer Long on January 22, 1998. This analysis can be found in a separate report.

### Methods

Clinician Administered PTSD Scale (CAPS), PTSD Checklist – Civilian Version (PCL-S), Structured Clinical Interview for DSM-IVR (SCID), Life Events Checklist; Child Trauma Questionnaire (CTQ), Trauma-Symptom Inventory-Second Edition (TSI-2), Miller Forensic Assessment Symptoms Test (M-FAST), Unstructured Clinical Interview.

## Sources of Information

Clinical interviews and assessments conducted with Wesley Purkey on November 16th and 17th of 2016. A complete list of sources of information is included in the Appendix. This list includes declarations from collateral sources of information that had observed Wesley Purkey's past behavior; medical reports that included information relevant to Wesley Purkey's mental health; records from correctional facilities where Wesley Purkey has been incarcerated that contain information relevant to his mental health; educational records that contain information relevant to his mental health; and legal records including reports provided to the court that contain information relevant to Mr. Purkey's mental health. This examiner had explained to Mr. Purkey that the information he provided to me would not be considered confidential and that anything he reported to me might be included in my report or testimony.

## Behavioral Observations

Interviews and an assessment were conducted with Wesley Purkey on November 16th and 17th of 2016 at the United States Penitentiary at Terre Haute, Indiana. The first assessment session lasted six hours and 30 minutes and the second assessment session lasted four hours. During both assessment sessions, Mr. Purkey was dressed in prison issued attire and behaved in a socially appropriate manner. He was able to provide information about his mental health. His performance on tests of malingering and exaggeration of psychopathology administered by this examiner and other expert examiners indicated that he was not exaggerating his psychological problems. His responses to questions about his mental health provided information that was consistent with his behavior and with data provided by other respondents.

During the first part of the first interview Mr. Purkey appeared anxious. He waited for the examiner to ask questions before providing information. He was able to communicate facts and respond to questions about past emotions and behaviors. Although he showed symptoms of mental illness, these symptoms did not appear to affect his ability to provide the examiner with information. It was possible to establish a good rapport with Mr. Purkey so that a productive series of interviews and assessments could be conducted.

As the first interview continued, Mr. Purkey became more relaxed and actively participated in the assessment. He started to volunteer information when it seemed appropriate. He was not unusually defensive, but when asked about the abusive aspects of his childhood he became overwhelmed with emotion. The two topics that elicited the most intense emotions from Mr. Purkey were the killing and dismemberment of Ms. Long and the sexual abuse he suffered from a priest. He was not able to discuss the dismemberment of Ms. Long. He became distraught with emotion as he communicated his shame for killing Ms. Long and the fact that his behavior deprived his daughter and grandchildren of having a supportive parent or grandparent. He wept when talking about his missing his daughter.

2

Mr. Purkey described a history of extensive childhood emotional, physical and sexual abuse and reported behaviors that caused him shame and anger. On one occasion toward the end of the first day's examination he told the examiner "You have no idea how hard it is to talk about what my father did to me" as he wept with tears streaming down his face on to his drenched shirt. Mr. Purkey appeared depressed and sullen as he described his own emotional pain when talking about his hurting other people and neglecting his own child.

**Background Information**

Wesley Ira Purkey was born on ▓▓▓▓▓▓▓▓▓▓ to Jack and Velma Purkey. He is the youngest of two children. His father is reported to have committed suicide when Wesley Purkey was 32 years old and his mother died of pancreatic cancer when he was 29 years old. The Purkey family shows a history of psychiatric problems and it is documented through declarations from family, friends and other sources that this created levels of psychological adversity and physical, emotional, and sexual abuse that devastated a child that was provided low levels of emotional, financial, and material support and few role models for healthy behavior. While limited information about Wesley Purkey's physical, emotional and sexual abuse were presented at Mr. Purkey's 2003 murder trial, witnesses and informants have stepped forward to report that Mr. Purkey was sexually abused from the age of nine through twenty-two by his mother and by others. Current evidence indicates that Mr. Purkey told his therapist about his sexual abuse as early as 1987 validating his current descriptions of intensive sexual abuse as well as high levels of emotional and physical abuse over that same period.

Given Mr. Purkey's extensive early life exposure to traumatic stress and abuse it is hardly surprising to learn that many of his adult behavior problems began during his childhood and adolescence. Records indicate he performed poorly in school and showed increasing problems controlling his emotions and behavior as he grew older. He described increasing anxiety and depression as a child and at the age of thirteen Mr. Purkey reported starting to abuse drugs and alcohol. His report to me during my interview and supporting records show that this alcohol and substance abuse exacerbated his behavior problems and adversely affected his academic and social development. The impact of alcohol and drugs was sufficiently devastating as to culminate in Mr. Purkey's quitting school prior to completing the ninth grade. He described his efforts to earn a living in his community, but his alcohol abuse and behavior problems became barriers to employment as he reported that he rarely stayed at one job for more than six months. As he grew older he became engaged in criminal behavior to support his growing addictions and committed several burglaries and other forms of robbery to support his addictions. This growing dependence on alcohol and drugs interfered with his efforts to adjust to his environment and signaled the onset of a problem that would remain a destructive factor for the rest of his life.

Mr. Purkey's growing alcohol and drug dependence coupled with his reported exposure to interpersonal trauma during his childhood and adolescence appear to have played significant

3

roles in his committing increasing interpersonal violence as he continued to commit more crimes as he grew up. His reports during the interview process were that these instances always occurred when young Purkey was intoxicated and when he reported emotions related to his earlier experiences with abuse. My perception that his earlier abuse played a role in his increasingly angry behavior is consistent with studies showing that children who are exposed to domestic violence and interpersonal trauma develop delinquent behavior during adolescence and interpersonal violence and antisocial behavior as adults.[1] Mr. Purkey was arrested for burglary and rape and other assaultive behaviors several times during his twenties and early thirties and was sentenced to periods of increasing incarceration until finally sentenced to a term of 15 years to life in prison when he was in his mid-thirties. Then, at the age of forty-five, Mr. Purkey was released from prison and in less than two years was arrested for committing a homicide. These sequences of drunken trauma-related assaults and attempts to secure money for alcohol and drugs that invariably led to longer and longer incarcerations became the defining characteristic of his life.

These patterns of emotionally driven self-destructive behavior continued to rule his life even after his incarceration as he awaited his 2003 capital trial. Mr. Purkey told me his emotions were increasingly intense as he continued to use drugs and showed severe problems with emotional control. He reported frequent trauma memories and mood swings. It is reported that he showed explosive anger, insomnia, agitation, depression, racing thoughts, and an inability to engage in normal social behavior as he awaited trial. His behavior was self-destructive and he admitted to me during his interviews that he could not control himself. He reported verbally aggressive behavior with police officers, jail staff, and even members of his own legal team. He was emotionally dysregulated, impulsive and suspicious of the intentions of other people. Mr. Purkey showed periods of medical compliance followed by periods of noncompliance and an inability to work with his legal team in a consistently helpful way. These emotionally driven behaviors continued up to the days of his 2003 capital trial.

This psychologist was hired by his current legal team to evaluate the mental health information provided to the court at Mr. Purkey's 2003 capital trial. I was also asked to assess his mental health and to report whether trauma-related disorders such as PTSD or other psychological abnormalities might have influenced Mr. Purkey's behavior when he committed the homicide that he was tried for at his 2003 trial.

<strong>Trauma Assessment</strong>

**Assessment of Malingering**

Before the findings of this assessment can be used to determine if Mr. Purkey suffers from a mental disorder, it must be established that he was truthful in his reporting of psychological symptoms and traumatic events during the assessment. The Miller Forensic Assessment of

---

[1] Wilson, Stover, & Berkowitz (2009). The relationship between childhood violence exposure and juvenile antisocial behavior. *Child Psychology and Psychiatry*, 7: 769-779.

4

Symptoms Test (M-FAST) is a test that was designed to measure the exaggeration or distortion of symptoms (i.e. "malingering") in forensic populations. It contains seven (7) primary scales that are designed to identify individuals who endorse single items, or combinations of items, that are unlikely to be reported by individuals who have a valid psychological disorder. All seven of Mr. Purkey's scale scores fell within the "Honest" range, indicating that it is highly unlikely that he was malingering. These data support the validity of the assessment findings and show that Mr. Purkey was not distorting his responses to the questions posed to him during this assessment.

The Trauma Symptom Inventory (TSI) also contains Validity Scales that provide information about exaggeration and minimization of trauma. On the TSI Validity Scales Mr. Purkey did not show any signs of under-reporting trauma symptoms as he reported a symptomatic response on all six Response Level (RL) items and his score of 9 on the Atypical Response (ATR) scale falls at the mean (M 9.38; SD 4.14) for a standardization sample of incarcerated people with PTSD. These scores indicate he was not endorsing levels of trauma problems that suggest symptom exaggeration.  This finding, together with the data from the M-FAST indicates that he is responding without exaggeration and shows no sign of feigning a psychiatric disorder. In addition, Robert Ouaou, Ph.D., who assessed Mr. Purkey's neuropsychological functioning during the same approximate time that this evaluation was conducted, also determined that Mr. Purkey did not appear to exaggerate his psychological difficulties.

**PTSD Risk Factors**
**Family History of Psychiatric Disorder**
Family history data was reviewed to estimate Mr. Purkey's familial vulnerability to psychiatric problems. This is important because a family history of psychiatric disorder increases a vulnerability to PTSD and other trauma-related conditions[2] and because high levels of family distress increase PTSD.[3] This information was provided to the examiner by Mr. Purkey and was supplemented by medical records, mental health reports and signed declarations from key relatives, acquaintances, and clinicians with information about the mental health problems experienced by Mr. Purkey's family members.

Family history information indicates that Mr. Purkey's first- and second- degree relatives show a preponderance of alcoholism, domestic violence, and child abuse. This is important because alcohol intoxication increases risk for domestic violence.[4]  Both of Mr. Purkey's parents were

---

[2] Breslau, N. (2009). The epidemiology of trauma, PTSD, and other posttrauma disorders. *Trauma, Violence, & Abuse, 10*(3), 198-210.

[3] Pietrzak, R. H., Johnson, D. C., Goldstein, M. B., Malley, J. C., Rivers, A. J., Morgan, C. A., & Southwick, S. M. (2010). Psychosocial buffers of traumatic stress, depressive symptoms, and psychosocial difficulties in veterans of Operations Enduring Freedom and Iraqi Freedom: the role of resilience, unit support, and postdeployment social support. *Journal of Affective Disorders, 120*(1), 188-192.

[4] Costa, B. M., Kaestle, C. E., Walker, A., Curtis, A., Day, A., Toumbourou, J. W., & Miller, P. (2015). Longitudinal predictors of domestic violence perpetration and victimization: A systematic review. *Aggression and Violent Behavior, 24*, 261-272.

5

alcohol dependent individuals who committed acts of domestic violence and child abuse with regularity; this couple directed violent behavior toward each other and toward their children as their alcohol intoxication fueled their aggression and violence. This familial pattern of alcoholism and domestic violence was associated with familial depression as Mr. Purkey's mother, half-brother (maternal), and daughter have all been treated for major depression. Because the presence of domestic violence and psychiatric disorder in a family is associated with an increased risk for posttraumatic stress, we may infer from this family information data that Mr. Purkey was vulnerable to developing PTSD and that his victimization to extensive physical, emotional and sexual abuse, and observed abuse in others, would further increase his risk for PTSD and trauma-related disorders like alcohol abuse and dependence and depression.[5]

**Identification of Childhood Adversity**

Childhood adversity was assessed because it has been established that both childhood adversity and childhood trauma exposure increase a child's risk for developing PTSD and trauma-related disorders as an adult.[6] This is relevant for this assessment because the examiner had learned that there was a likelihood that Mr. Purkey was exposed to high levels of psychological adversity as a child and adolescent. This childhood adversity is important because early life adversity affects a child's brain development thus increasing the child's vulnerability to developing mental disorders and posttraumatic stress while limiting the child's intellectual development and coping skills.[7] During his childhood and adolescence Mr. Purkey was exposed to the following adversities:

(1) Economic deprivation affected his opportunities for education and limited Mr. Purkey's access to the kinds of mental health and special education programs that might have identified some of his early problems and secured remediation and therapy that would have allowed him to overcome some of his early life brain and behavior deficits.

(2) The lack of acceptable medical and mental health care was damaging to Mr. Purkey who was confronted with a range of mental health and medical challenges as a child and young person. It has been reported that Mr. Purkey showed behavioral signs of Fetal Alcohol Effects and symptoms of polio when he was five years old. Mr. Purkey would have benefited from sound neurological care as he experienced possible traumatic brain injuries after being involved in serious motor vehicle accidents at the ages of sixteen and twenty years of age. There are also reports of neurological tests that indicate that Mr. Purkey experienced deficits in brain

---

[5] McLaughlin, K.A. et al. (2010) Childhood adversity, adult stressville events, and risk of past-year psychiatric disorder: A test of the stress sensitization hypothesis in a population-based sample of adults. *Psychological Medicine*, 40 (10): 1647-1658.

[6] McLaughlin, K.A. et al. (2010) Childhood adversity, adult stressville events, and risk of past-year psychiatric disorder: A test of the stress sensitization hypothesis in a population-based sample of adults. *Psychological Medicine*, 40 (10): 1647-1658.

[7] Carrion, V. G., & Wong, S. S. (2012). Can traumatic stress alter the brain? Understanding the implications of early trauma on brain development and learning. *Journal of Adolescent Health, 51*(2), S23-S28.

6

functioning as early as his teenage years. This suggests that Mr. Purkey may have experienced life-changing benefits if he had received more intensive diagnostic testing and treatments during childhood and early adolescence.

(3) Despite the fact that records document Mr. Purkey's early life depression and trauma exposure, he was never provided an evidence-based treatment for depression (e.g., Cognitive Behavioral Therapy for Depression) nor did he ever, as a child or as an adult, receive a trauma assessment or an evidence-based PTSD treatment (e.g., Prolonged Exposure (PE), Cognitive Processing Therapy (CPT)). This lack of assessment and treatment had a significant negative impact on his psychological functioning.

(4) Mr. Purkey grew up in a family environment that modeled alcohol abuse, sexual exploitation and aggression, thus exposing him to models that normalize those unhealthy behaviors and increase tolerance of behaviors that increase his risk of developing psychological problems and self-destructive coping mechanisms. He was never provided with healthy male role models regarding the difference between assertive behavior and aggression, healthy ways to cope with stress, healthy sexual behavior and the importance of respecting women, and the respectful treatment of women. Instead, his home environment modeled unhealthy attitudes regarding sexuality as he reports that his father frequently brought prostitutes into the home and even encouraged one of them to sexually abuse Mr. Purkey. It has been reported that young Purkey's mother encouraged men to engage in sexual behavior with her in front of her son, and both of his parents regularly abused alcohol in front of their children and encouraged young Purkey to drink to intoxication before he was of legal age to drink alcohol. Mr. Purkey lacked exposure to healthy adult male role models that would have taught him to avoid alcohol and drugs and unhealthy sexual behaviors and encouraged him to engage in healthy prosocial behaviors.

(5) Mr. Purkey was raised in a family system that consisted of multiple generations of alcoholism, mood disorder, violence, and child emotional, physical and sexual abuse. The preponderance of these mental health problems occurred within a family system that lacked social structures that reinforced the importance of psychological boundaries, emotional self-control, and the desirability of responsible behavior. Growing up in a family with apparent multigenerational trauma and adversity and being directly exposed to familial trauma significantly increases risk for several different trauma-related disorders and limits the development of healthy coping behaviors.

(6) Mr. Purkey was raised by two parents that had no knowledge of the importance of consistent and competent parenting practices that encourage offspring behavioral self-control and emotional self-regulation. Instead, their "parenting practices" encouraged sexual incest and domestic violence and promoted attitudes and behaviors that promote mental illness, pathological adult relationships, and domestic violence.

7

000272

(7) The ability to disclose and discuss emotions, vulnerabilities, and challenging life experiences with another human being was never modeled in the Purkey family. The reported fact that Mr. Purkey's mother sexually abused him from the approximate ages of nine through fifteen and continued to engage in illicit sexual behavior with him during his young adult life prevented him from disclosing his personal psychological history and his uncomfortable emotions to other people. One implication of this incestuous pattern of sexual abuse is that Mr. Purkey could never request mental health treatment because it would mean that he would have to disclose that he remained in an ongoing sexual relationship with his mother. He was not freed of that abusive bond until he was living in a jail; but because reporting child sexual abuse in a penitentiary often leads to sexual victimization in prison systems Mr. Purkey could not ask for mental health treatment. This meant he could never receive help in trying to confront his own trauma issues.

(8) Mr. Purkey suffered a stuttering problem that made him an easy target of frequent ridicule and abuse from others, including adults. Mr. Purkey's stuttering left him constantly fearing that he would be targeted for abuse. It was a source of great anxiety and emotional distress and played an important role in his inability to maintain attendance in school, ultimately leading him to drop out in the ninth grade.

(9) Research on posttraumatic stress has shown that one of the most damaging aspects of trauma are the ways that trauma changes a person's beliefs and attitudes about the world. People who have endured trauma and adversity often suffer damage to their beliefs about how the world works that undermine their ability to maintain good mental health and leave them unable to believe that life will treat them fairly. The emotional, physical, and sexual abuse suffered by Mr. Purkey when he was victimized by his mother and priest dampened his expectations of safety, trust, and loyalty making it difficult for him to experience hope about his future.

**Exposure to Traumatic Events**

An important part of the PTSD Assessment is to determine whether Mr. Purkey was exposed to traumatic stress as trauma, as it is a necessary condition for developing PTSD. This is because trauma exposure causes PTSD. This is accomplished in two ways. First, Mr. Purkey's exposure to traumatic events sufficiently severe as to cause PTSD was measured through administration of the Life Events Checklist which helps the examiner to identify traumatic life events that meet DSM-IV-TR PTSD Criteria A for trauma that have been experienced by Mr. Purkey. Second, because Mr. Purkey was reported to have experienced childhood trauma, I administered the Childhood Trauma Questionnaire (CTQ), an instrument that has been shown to measure childhood trauma in vulnerable populations. It is used in combination with other sources of information about abuse and neglect and within the context of measures of malingering to make clinical determinations regarding abuse and neglect. The CTQ yields measures of Childhood

8

000273