Emotional Abuse, Childhood Physical Abuse, Childhood Sexual Abuse, Childhood Emotional Neglect, and Childhood Physical Neglect.

Administration of the Childhood Trauma Questionnaire (CTQ) indicated that Mr. Purkey shows extremely high levels of exposure to childhood physical abuse, emotional abuse and sexual abuse as well as extremely high levels of childhood emotional neglect and childhood physical neglect. All of Mr. Purkey's CTQ scale scores for childhood abuse and neglect fell within the "Severe Range" of abuse and neglect. These scores are shown in the table below:

| CTQ Scale | Childhood Abuse | | | Childhood Neglect | |
|---|---|---|---|---|---|
| | Emotional | Physical | Sexual | Emotional | Physical |
| Score | 24 | 18 | 20 | 23 | 20 |
| Severity | Severe | Severe | Severe | Severe | Severe |
| Percentile* | 99% | 95% | 95% | 99% | 99% |

*Percentile relative to a comparison sample of individuals with serious mental health disorders.

Trauma exposure was also measured by administering the Life Events Checklist. This instrument allows the examiner to identify the traumatic life events experienced by Mr. Purkey that met DSM-IV-TR Criteria A for "Traumatic Events" that may cause posttraumatic stress disorder. These traumatic events were as follows:

(1) Physical assaults administered to Mr. Purkey by his father from the approximate age of five to the age of twelve. The most frequent and intense beating occurred between the ages of six and ten with less frequent abuse occurring over the next two years. These included beatings with the father's open hands, fists, and whippings with his belt. These were of sufficient severity as to cause Mr. Purkey intense pain and often left bruises or caused bleeding. They clearly met DSM-IV-TR criteria for PTSD Criteria A Stressful Events.

(2) Mr. Purkey recalled observing his father commit physical assaults on his mother from the time he was five years old through the age of ten, with less frequent assaults observed over the next two years. Mr. Purkey's father was reported to throw household objects and furniture at his wife as he threatened to harm or kill her, and on several occasions chased her as she tried to escape from him before he had opportunity to act on his verbal threats. Mr. Purkey reported on one occasion he watched his father thwart one of his mother's escape attempts and dragged her down the hall by her hair as she screamed for help. These beatings often occurred several times a week. They were of sufficient severity as to cause Mr. Purkey to fear for his mother's life. They clearly met DSM-IV-TR criteria for PTSD Criteria A Stressful Events.

(3) Mr. Purkey endured humiliation and verbal threats of physical violence from his father on a frequent basis from the age of five through the age of ten, with less frequent abuse reported over the next two years. These threats left Mr. Purkey afraid for his life as he worried that brutal

9

000274

physical attacks that could cause him bodily harm might be forthcoming in the future. They clearly meet DSM-IV-TR criteria for a PTSD Criteria A Stressful Events.

(4) Mr. Purkey witnessed his father direct verbal threats of violence to his mother. These verbal threats occurred almost daily from the time Mr. Purkey was five years old through the age of ten, with less frequent verbal threats witnessed over the next two years. He reported that these threats were often remarkable for their intensity. These traumas clearly met DSM-IV-TR criteria for PTSD Criteria A Stressful Events.

(5) Mr. Purkey endured sexual abuse from his mother from the age of nine through the age of twenty-two. This sexual abuse initially included his mother inappropriately touching his genitals and having Mr. Purkey sleep with her and manually stimulate her sexually or penetrate her with a hairbrush. As Mr. Purkey grew older, the sexual abuse included his mother instructing him to perform cunnilingus on her and engage in sexual intercourse with her. This sexual abuse clearly met DSM-IV-TR criteria for PTSD Criteria A Stressful Events.

(6) Mr. Purkey reported that he was sexually abused by a priest from the community church on many occasions over a three-year period. This sexual abuse was devastating because the priest was an authority figure who was revered by everyone in the community. This sexual abuse occurred from the age of eleven through thirteen and the memory of this abuse remains one of the most upsetting trauma-related memories that even today intrude into Mr. Purkey's conscious mind daily. This sexual abuse clearly met DSM-IV-TR criteria for fourteen years of continual PTSD Criteria A Stressful Events.

(7) Mr. Purkey reported that he was sexually abused when he was eleven years old by a friend of his older half-brother named "Hup" who would enter his bedroom at night and perform fellatio on him. This sexual abuse clearly met DSM-IV-TR criteria for fourteen years of continual PTSD Criteria A Stressful Events.

(8) Mr. Purkey reported that when he was approximately twelve years old that on several occasions his father commanded prostitutes to molest him as they climbed on top of him as he pretended to lay asleep in bed and stimulated his genitals and performed fellatio on him. He reports this made him feel unsafe and "in danger" as he was a small boy that feared assault and sexual abuse. These attacks clearly met DSM-IV-TR criteria for PTSD Criteria A Stressful Events.

(9) Mr. Purkey reported to me and to collaterals that he was physically beaten and abused by his older half-brother Gary Purkey who struck him and severely beat him on several occasions. He reported beatings when he was 10-12 years of age that left him bloodied and concerned that he might have been injured. These attacks met DSM-IV-TR criteria for PTSD Criteria A Stressful Events.

10

000275

(10) Mr. Purkey was involved in two motor vehicle accidents each of which left him in need of medical care at St. Francis Hospital in Wichita, Kansas. The accidents occurred when Mr. Purkey was sixteen and twenty years of age, and both accidents caused a loss of consciousness and may have caused traumatic brain injury. The accident that he was involved in at the age of sixteen is reported to have left him unconscious for up to 48 hours. Four years later, Mr. Purkey was involved in a second serious motor vehicle accident that led to a brief period of loss of consciousness. These serious motor vehicle accidents led Mr. Purkey to fear for his life. Each of these events meet DSM-IV-TR PTSD Criteria A for "Traumatic Events".

(11) Mr. Purkey reported that he was the victim of emotional and physical abuse from nuns who served as educational and religious staff at St. Joseph's Catholic School, a neighborhood parochial school in Wichita that Mr. Purkey attended for seven years from the ages of seven through fourteen. During that time Mr. Purkey and several informants, most notably a classmate named Don Aaron, report that the nuns emotionally abused Wesley for his stuttering problem as they mercilessly ridiculed and humiliated him. The nuns practiced corporal punishment and hit and whipped Mr. Purkey for his perceived transgressions; unfortunately, they viewed Mr. Purkey's stuttering problem as an indication of misbehavior and purposely embarrassed him in front of classmates and beat him on several occasions. Mr. Purkey felt that his physical integrity was in danger and that he might suffer permanent physical injury. These events meet DSM-IV-TR PTSD Criteria A for "Traumatic Events".

## Assessment of PTSD Symptoms
The Clinician Administered PTSD Scale (CAPS), the PTSD Checklist (PCL), and the Structured Clinical Interview for DSM-IV-R(SCID) were used to determine if Mr. Purkey meets DSM-IV-TR diagnostic criteria for PTSD. A diagnosis of PTSD by DSM-IV-TR criteria requires the following: the individual must have been exposed to a traumatic event that meets DSM-IV-TR Criteria A for a traumatic event and show evidence of re-experiencing the trauma (Criterion B), avoidance of trauma reminders and numbing of trauma-related emotions (Criteria C), and show hyperarousal symptoms (Criterion D). The symptoms of reexperiencing, avoidance and numbing, and hyperarousal must occur when the individual is reminded of or exposed to stimuli that are associated with the Criteria A traumatic event. These symptoms should show a duration exceeding one month (Criteria E) and cause clinically significant levels of distress (Criteria F).

The data from the Life Events Checklist showed that Mr. Purkey was exposed to numerous events that met DSM-IV-TR Criteria A for traumatically stressful events. Data from the Structured Clinical Interview of DSM-IV-TR (SCID) showed that Mr. Purkey met Criteria B for PTSD as he showed intrusive memories of his trauma, distressing dreams, flashbacks of his trauma, and high levels of emotional distress and physiological reactivity when exposed to trauma-reminders. Mr. Purkey also showed signs of avoidance of trauma reminders and

11

000276

emotional numbing as he reported avoiding trauma-related thoughts and emotions, traumatic forgetting, loss of interest in significant activities when reminded of trauma, and feelings of detachment and emotional numbing associated with trauma-related stimuli. These responses indicate that Mr. Purkey met Criteria C for PTSD. Administration of the SCID indicated that Mr. Purkey met criteria for Criteria D for PTSD as his SCID responses showed the presence of insomnia, irritability, concentration problems, hyper-vigilance in addition to hyper-startle responses to trauma-related cues. He experienced these PTSD symptoms over periods of time that far exceeded one month (Criteria E) and these symptoms elicited extremely high levels of distress showing that he met PTSD Criteria F. These SCID data show that Mr. Purkey met DSM-IV-TR diagnostic criteria for posttraumatic stress disorder (PTSD) at the time of this evaluation.

The Clinician Administered PTSD Scale (CAPS) was also administered to Mr. Purkey to determine the extent to which his symptom presentation suggests a PTSD diagnosis and to measure the intensity of his PTSD symptoms. Administration of the CAPS showed Mr. Purkey meets all diagnostic criteria for PTSD with high levels of PTSD in each of the three PTSD symptom clusters (re-experiencing, avoidance and numbing, and hyperarousal). Mr. Purkey's CAPS scores are shown in Table 4 on page 13.

An inspection of the Table reveals unusually high scores in the "Avoidance and Numbing" area. This is important because avoidance and numbing in people who have been exposed to trauma predicts the development of chronic PTSD. The use of drugs and alcohol is one way that people with PTSD often avoid experiencing trauma-related emotions, as intoxication with alcohol and drugs with sedating properties often numb a person to their emotional pain thus facilitating the avoidance process. The high levels of avoidance explain, in part, why other assessors did not detect Mr. Purkey's trauma exposure and PTSD; trauma survivors who show high levels of avoidance and numbing typically go to great lengths to avoid disclosing and discussing their traumatic experiences and their memories of those experiences. Mr. Purkey's CAPS score of 94 shows that his CAPS score falls within the "Extreme PTSD Severity" range, the most highly symptomatic CAPS classification for PTSD scores.

**Summary**

Data collected using the Clinician Administered PTSD Scale (CAPS) was consistent with data collected with the PTSD Checklist, a self-report measure of PTSD, and the SCID; data from all three instruments indicated that Mr. Purkey met DSM-IV-TR criteria for PTSD at the time of the assessment. Both the SCID and CAPS yield a "lifetime" diagnosis and both showed that Mr. Purkey met DSM-IV-TR criteria for PTSD over the one-month period that preceded the murder of Ms. Long in 1998. Furthermore, Mr. Purkey's scores on the Trauma Symptom Inventory (TSI) validated a PTSD diagnosis and showed significant problems in emotion regulation with extreme elevations on the internal avoidance scale. Those elevations indicate a marked propensity for Mr. Purkey to avoid trauma-related thoughts and emotions. This finding supports

12

000277

the hypothesis that Mr. Purkey's drug abuse functions to help him to avoid trauma-related emotions and memories, suggesting his drug use is secondary to PTSD.

| Table 4: Clinician Administered PTSD Scale (CAPS) | | |
|---|---|---|
| DSM IV TR Criteria | Symptom (Y/N) | Intensity (0-8) |
| Criteria A: Exposure to Traumatic Events | YES | |
| Criteria B: Re-experiencing | | |
| Intrusive Memories | YES | 6 |
| Distressing Dreams | YES | 4 |
| Flashbacks | YES | 3 |
| Cued Psychological Distress | YES | 7 |
| Cued Physiological Reactions | YES | 4 |
| At Least Two Symptoms Meet Criteria? | YES | 24 |
| Criteria C: Avoidance/Numbing | | |
| Avoid Internal Reminders | YES* | 7 |
| Avoid External Reminders | YES* | 7 |
| Inability to Recall | YES* | 6 |
| Diminished Interest | NO | 6 |
| Detachment | YES* | 7 |
| Numbing | YES* | 6 |
| Foreshortened Future | NO | 6 |
| Symptoms Meet Criteria? | 5/7 Yes | 45 |
| Criteria D: Hyperarousal | | |
| Insomnia | YES* | 6 |
| Irritability | YES* | 5 |
| Concentration | YES* | 4 |
| Hypervigilance | YES* | 6 |
| Hyper startle | YES* | 4 |
| Symptoms Meet Criteria? | 5/5 Yes | 25 |
| Total Meets DSM-IVR PTSD Criteria? (PTSD Intensity Cutoff 45) | YES | 94 |

**Assessment of other Major Mental Disorders**

**SCID-Mood Disorders Module**

The Structured Clinical Interview for DSM-IV-TR Disorders (SCID) was administered to Mr. Purkey to assess for the presence of Axis I disorders. Data from the Mood Disorders Module indicated that he did not meet diagnostic criteria for major depression at the time of the assessment, but that he did experience a significant number of major depressive episodes in the past, with his first major depressive episode occurring when he was ten years old; Mr. Purkey did not remember a time in his childhood when he was not experiencing significantly depressed affect. He related his depression as occurring in response to his physical and sexual abuse and to his exposure to his father's beatings of his mother. His major depressive episodes have been characterized by depressed mood, weight loss, insomnia, psychomotor retardation, feelings of

13

000278

worthlessness and diminished concentration. This interview indicated that he meets lifetime criteria for <u>Major Depressive Disorder</u> but that he did not meet full DSM-IV-TR criteria for major depression at the time of the evaluation. He was experiencing a major depressive episode in the time prior to the homicide and it appears that his depression increases when he experiences PTSD re-experiencing symptoms. Administration of the SCID to Mr. Purkey established that his major depression is a secondary condition to his posttraumatic stress disorder as the onset of his major depression did not occur until after his onset of PTSD and his depressive episodes typically occur after he has experienced an increase in re-experiencing symptoms. Data from the SCID did not support a diagnosis of mania, hypomania, or bipolar disorder.

**SCID-Anxiety (and Trauma) Disorders Module**
Data from the Trauma Module (Anxiety Disorder Module of DSM-IVR SCID) has been presented in the "Assessment of PTSD" section of this document. Data from the SCID yielded a diagnosis of current and lifetime PTSD. There were symptoms of panic and generalized anxiety that were better accounted for by Mr. Purkey's PTSD than by Generalized Anxiety Disorder or a Panic Disorder. Mr. Purkey did not meet DSM-IV-TR diagnostic criteria for any other Anxiety Disorders.

**SCID-Psychotic Disorder Module**
Data from the SCID indicated that Mr. Purkey did report infrequently experiencing psychotic symptoms for periods of time as an adult. They usually occurred when Mr. Purkey was either extremely intoxicated or was experiencing high levels of emotion dysregulation and was depressed or dysphoric. Emotion dysregulation was likely to occur when Mr. Purkey was triggered by reminders of sexual abuse and experienced depression. He appears to respond to dysregulation by becoming impulsive and experiencing an increase in his sexual urges. Increases in sexual behavior then trigger further increases in PTSD and depression. Mr. Purkey may become vulnerable to transient psychotic symptoms when his depression and hyper-sexuality interact with his impulsivity to increase alcohol and drug abuse. This interaction of increasing mood, impulsivity, and posttraumatic stress elevating his cravings for alcohol and drugs may create a perfect storm of complex PTSD that puts Mr. Purkey at high risk for intimate partner violence.

The transient psychotic symptoms infrequently experienced by Mr. Purkey co-occurred with changes in mood, thus they appear to be symptoms of an affective psychosis. These transient psychotic symptoms are usually co-occuring with substance abuse or alcohol intoxication. When intoxicated and emotionally dysregulated Mr. Purkey reported paranoid thinking, some visual hallucinations, and disordered (illogical) thoughts. These symptoms were not reported to me as symptoms that occur while Mr. Purkey is sober or not emotionally dysregulated and experiencing high levels of posttraumatic stress. His brief experiences of affective psychoses

14

000279

may be a result of intoxication or a drug-induced delirium or may be related to Mr. Purkey's reported frontal-temporal lobe abnormalities.[8]

## Assessment of Alcohol and Substance Use Behaviors and Disorders

Administration of the Substance Abuse Module of the SCID revealed that Wesley Purkey reported a lifetime history of alcohol and substance abuse. Emotion dysregulation problems have been shown to moderate the relationship between PTSD and substance abuse.[9] Mr. Purkey met DSM-IV-TR criteria for <u>Polysubstance Dependence Disorder</u> and <u>Alcohol Dependence Disorder.</u>

## Assessment of Complex PTSD

Most of the trauma endured by Mr. Purkey occurred between the age of five and early adulthood, with his first exposure to sexual abuse occurring when he was approximately nine years old. He recalls, for example, that his head was battered through a wall when he was six years old and that he was beaten by his father and observed domestic violence for as long as he can recall. Collateral information validates Mr. Purkey's physical abuse by his mother and father beginning when Mr. Purkey was five years old. Mr. Purkey was sexually molested by his mother from the age of nine through early adulthood. According to his reports this insidious sustained sexual abuse did not terminate until Mr. Purkey started his life of incarceration in his early twenties. He explained that his abuse was a function of his loyalty to his mother. Because clinical and epidemiological research show that early life trauma is predictive of the complexity and severity of adult PTSD symptoms it was important to measure these complex forms of trauma symptoms in Mr. Purkey.

The Trauma Symptom Inventory is a self-report instrument that was developed in part to measure those aspects of posttraumatic stress that are associated with complex forms of PTSD. Data from the Traumatic Symptom Inventory (2nd Edition) indicated that Mr. Purkey showed significant elevations on scales that measure trauma-related hyperarousal, trauma-related re-experiencing and intrusions, and defensive avoidance of trauma reminders. These scales measure the primary PTSD symptoms and they validate the PTSD diagnosis as ascertained with the Clinician Administered PTSD Scale (CAPS), PTSD Checklist (PCL), and the SCID. Data from the TSI-2 also showed that Mr. Purkey evidenced high levels of guilt and shame and high levels of suicidal ideation.

Regarding complex PTSD symptoms the TSI data indicated that Mr. Purkey shows externalization symptoms that are often associated with early life trauma exposure. Individuals

---

[8] Finding from expert report of Dr. Robert Ouaou.

[9] Tull, M. T., Bardeen, J. R., DiLillo, D., Messman-Moore, T., & Gratz, K. L. (2015). A prospective investigation of emotion dysregulation as a moderator of the relation between posttraumatic stress symptoms and substance use severity. *Journal of Anxiety Disorders, 29*, 52-60.

15

that show elevated scores on this scale are prone to responding to internal distress by engaging in self-destructive and aggressive behaviors. As indicated previously, these symptoms are a distinctive aspect of Mr. Purkey's core psychological problems. This pattern of scores suggests that Mr. Purkey experiences high levels of complex posttraumatic stress because of his exposure to trauma throughout his childhood. These findings are important because they are consistent with his history of emotion regulation problems and intoxication and Mr. Purkey's long-standing history of emotionally fueled aggression and self-destructive behavior. These behaviors are all characteristic of complex PTSD.

**Summary of Assessment Findings**
Data collected with the Clinician-Administered PTSD Scale (CAPS), PTSD Checklist (PCL), and the Structured Clinical Interview for DSM-IV-TR indicate that Wesley Purkey DSM-IV-TR met current and lifetime diagnostic criteria for <u>Posttraumatic Stress Disorder (PTSD)</u>. In addition, Mr. Purkey met lifetime criteria for <u>Major Depressive Disorder.</u> He did not meet full criteria for a major depressive disorder at the time of the assessment. Mr. Purkey also met DSM-IV-TR lifetime criteria for <u>Alcohol Dependence Disorder</u> and a <u>Polysubstance Dependence Disorder</u> though he was no longer using alcohol or drugs as an incarcerated prisoner. When highly intoxicated Mr. Purkey reported experiencing dramatic changes in mood and marked cognitive problems; at those times it is likely that a diagnosis of a delirium-related psychotic disorder would be appropriate.

**Psychological Factors Affecting Wesley Purkey at the Approximate Time of the Homicide**
The results of this assessment clearly indicate that Mr. Purkey meets DSM-IV-TR Criteria for PTSD and they indicate that he suffered from increased PTSD at the time of the homicide. My assessment shows that Mr. Purkey developed posttraumatic stress disorder (PTSD) secondary to his exposure to extensive childhood emotional and physical abuse and that his posttraumatic stress has continued to affect him throughout his adult life. It has been established that a history of repeated childhood physical abuse stimulates the development of a syndrome called complex PTSD which is characterized by problems in emotion regulation, relationship problems, and is often associated with alcohol and drug abuse. In fact, 60% of all people with PTSD meet criteria for an alcohol or drug abuse disorder at some point in their adult lives. [10]

The high comorbidity of PTSD and substance abuse is attributable to the fact that people with posttraumatic stress disorder show a very high risk for psychoactive drug abuse, with data showing increasing PTSD predicts increasing abuse of psychoactive medication.[11] This self-medication phenomenon is particularly severe with PTSD because **avoidance of trauma-related memories and suppression of emotional pain** increases psychological discomfort and PTSD.

---

[10] Kessler, R. C., Sonnega, A., Bromet, E., Hughes, M., & Nelson, C. B. (1995). Posttraumatic stress disorder in the National Comorbidity Survey. *Archives of general psychiatry*, *52*(12), 1048-1060.
[11] Chilcoat, H. D., & Breslau, N. (1998). Posttraumatic stress disorder and drug disorders: testing causal pathways. *Archives of General Psychiatry*, *55*(10), 913-917.

16

000281

Results of my assessment show that Mr. Purkey evidences high levels of avoidance behavior as measured by the Clinician-Administered PTSD Scale (CAPS), the PTSD Checklist (PCL), and the Trauma Symptom Inventory (TSI-2), all psychometrically valid measures of core PTSD symptoms. These findings show that Mr. Purkey's posttraumatic stress may increase his drive to self-medicate through drug use; his need for drugs would therefore intensify as his PTSD increases, as indicated by his self-report. Data from the TSI-2 indicate that his avoidance of internal anxiety and fear may have been channeled into aggressive behavior toward others showing the destructive influence of his childhood emotional, physical and sexual abuse.

The increase in Mr. Purkey's drug intoxication and posttraumatic stress in the days prior to the homicide were especially ominous signs because intoxication has been shown to dramatically increase intimate partner violence in people with PTSD.[12] It is likely that the intoxication and delirium experienced by Mr. Purkey clouded his sense of reality and the fact that his most devastating early life trauma involved sexual trauma may have further obscured the boundaries between the past and the present. This hypothesis is supported by data on the TSI-2 which suggest the presence of dissociative symptoms. The powerful synergistic effect of PTSD hyperarousal and the disinhibition caused by alcohol and drug intoxication have been shown in the clinical research literature to be one of the most dangerous aspects of PTSD.

Wesley Purkey's increased risk for violence would be expected to be especially pronounced because of his recently identified frontal lobe deficits. These neurobiological deficits would be expected to limit his capacity to inhibit anger and aggressive emotions and impulses. The combination of increasing PTSD and drug use in a person with frontal lobe damage created a psychological "perfect storm" of violence risk factors and predicted a dramatically increased risk of violent behavior under the circumstances that were evident at the time of the Long homicide.

## Conclusions

After conducting a thorough analysis of Mr. Purkey's history of exposure to psychological adversity and traumatic events and assessing the PTSD he developed because of his exposure to sexual abuse and other highly traumatic life events, I can state with a high degree of scientific certainty that Mr. Purkey developed a syndrome referred to as complex PTSD. The extraordinarily high levels of trauma and adversity endured over his childhood and adolescence interacted with Mr. Purkey's significant familial and environmental psychiatric risk factors to cause the development of complex PTSD in addition to mood (depression) and alcohol and drug dependence disorders. I can state with a high degree of scientific certainty that this interaction of severe complex PTSD with high levels of intoxication and an apparent delirium would greatly increase Wesley Purkey's risk for violent behavior.

---

[12] Costa, B. M., Kaestle, C. E., Walker, A., Curtis, A., Day, A., Toumbourou, J. W., & Miller, P. (2015). Longitudinal predictors of domestic violence perpetration and victimization: A systematic review. *Aggression and Violent Behavior, 24,* 261-272.

17

000282

My assessment also indicated that when Mr. Purkey experienced high levels of posttraumatic stress and depression and became highly intoxicated before the homicide that his thinking became very disorganized. During my interview he described this disorganization as an inability to think and described thought blocking. On those occasions, his ability to process information and make logical decisions about his behavior were greatly diminished. Recent neuropsychological testing has shown evidence of frontal lobe abnormalities suggesting the strong possibility of traumatic brain injuries. Regardless of their etiology, Mr. Purkey reported thought disorganization and thought blocking as he experienced increasingly high levels of intoxication and PTSD before the murder of Jennifer Long. These problems apparently left him unable to control his aggressive behavior with Ms. Long ensuring that his conflict with her would lead to a tragic outcome.

Frederic Sautter, Ph.D.
Clinical Professor of Psychiatry
Tulane University Department of Psychiatry
New Orleans, Louisiana

18