February 05, 1999 / 14:25

# LARNED STATE HOSPITAL
## PATIENT INFORMATION FORM

**Name:** PURKEY, WESLEY IRA      **Case No:** 20655 DC
**AKA:**      **Adm No:** 2
**SSN:** ███████      **Adm Date:** 02/04/1999
**Resident County:** Wyandotte      **Adm Time:** 13:00
**Responsible County:** Wyandotte      **Adm Ward:** E2
**Legal County:** Wyandotte      **Adm Prog:** STATE SECURITY HOSPITAL
**Brought By:** Peace Officer      **Last Disch:** 04/13/1973
**Screened By:** No Screening

**Address:** ███████      **Home Phone:** (913) 772-0498
KANSAS CITY, KS  66109      **Work Phone:**
**Living Situation:** Largely capable of self care

**DOB:** ███████      **Race:** European/Caucasian
**Age:** 47      **Ethnicity:** Anglo-Saxon
**Sex:** Male      **Citizenship:** American Born
**Marital:** Married      **Religion:** Christian
**Birthplace:** KANSAS CITY, KS      **Education:** Three Years of College
**Veteran:** Not a Veteran      **Occupation:** Skilled Craftsmen/Trades Plumber

### LEGAL

| Admission Status: | Date | Status Changes |
|---|---|---|
| KSA 22-3302 Comp. Evaluation | | |
| KSA 22-3219 Insanity Evaluation | | |
| SRS Custody Status: No | | |

### GUARDIAN

**Name:**      **Relationship:**
**Address:**      **Home Phone:**
    **Work Phone:**

### EMERGENCY CONTACT

**Name:** Jeanette L. Purkey      **Relationship:** Spouse
**Address:** ███████      **Home Phone:** (913) 772-0498
Kansas City, KS 66109      **Work Phone:**

### COMMENTS

First Degree Murder, Off-Grid, Person Felony; Aggravated Robbery, Level 3, Person Felony; Theft, Class A Misdemeanor 98-CR22022

**Prepared by:** *Cheryl Schalen*
OA III      **Date:** 2/5/99

WP000150

000304

# PATIENT INFORMATION FORM

MS-115

Rev. 7/96

## LARNED STATE HOSPITAL

| DISCHARGE DATE | DISCHARGE PROGRAM NAME | DISCHARGE WARD |
|---|---|---|
| 03/25/99 | State Security Hospital | Dillon East II |

## TYPE OF DISCHARGE

__x__ Discharged Direct
_____ Discharged While on Temporary Visit
_____ Discharged While on Hospital Visit
_____ Discharged While on Temporary Transfer
_____ Discharged Against Medical Advice
_____ Discharged While on AWOL
_____ Permanent Transfer Out
_____ Death While Inpatient
_____ Death While on Temporary Visit
_____ Death While on Hospital Visit
_____ Death While on Temporary Transfer
_____ Death While AWOL

## DISCHARGED TO

Wyandotte County District Court

## REFERRED TO

Wyandotte County District Court

DISCHARGE DATA ENTERED BY: _Sally Rywell  OA III_    DATE: _4/8/99_
                          Signature and Title

WP000151

**000305**

LARNED STATE HOSPITAL
Larned, Kansas
9/87

SSH 45  EAST II

PURKEY, Wesley Ira

#20,655 DC

**PREVIOUS HOSPITALIZATIONS**

**MS-34**

Include Hospitalization at other
Psychiatric/Chemical Dependency Facilities,
Temporary Transfers for Medical Treatment,
Administrative Transfers and Building Transfers

| PROGRAM TITLE | ADMISSION DATE | DISCHARGE DATE | AXIS I & AXIS II DIAGNOSES |
|---|---|---|---|
| STATE SECURITY HOSPITAL<br>Larned, KS<br>Dillon Building – East II | 02/04/99 | 03/25/99 | Axis I:  Cocaine Dependence, In a Controlled Environment (304.20); Nicotine Dependence, In a Controlled Environment (305.10); Depressive Disorder NOS (311)<br>Axis II: Antisocial Personality Disorder (301.7) [Principal Diagnosis] |

**000306**

## REFERENCE ADDRESSES AND RELATIONSHIPS

SPOUSE:  Jeanette Purkey  925 S 25th  Kansas City, KS  66109
_____

              NAME                           ADDRESS

MOTHER:_____

              NAME                           ADDRESS              BIRTHPLACE

FATHER:_____

              NAME                           ADDRESS              BIRTHPLACE

CHILDREN:_____

              NAME                           ADDRESS

_____

              NAME                           ADDRESS

_____

              NAME                           ADDRESS

_____

              NAME                           ADDRESS

_____

              NAME                           ADDRESS

BROTHERS AND SISTERS:_____

_____

_____

_____

OTHERS INTERESTED:_____

_____

**000307**

LARNED STATE HOSPITAL

Larned, Kansas
MS-35

## RELEASE SUMMARY

**Name:** PURKEY, Wesley Ira          **Case No.:** 20,655          **Ward:** East II

**Admission Date:** 02/04/99      **No. of Admission:** 2       **Age:** 47
**Responsible Co:** Wyandotte     **Resident Co.:** Wyandotte    **Legal Co.:** Wyandotte
**Marital Status:** Married         **Occupation:** Skilled Craftsmen   **Race:** European/Caucasian
**Legal Entry Status:** K.S.A. 22-3302 Competency Evaluation and K.S.A. 22-3219 Insanity Evaluation
**Attending Physician:** J.L.L. Fernando, M.D.

**Date and Type of Release:** 03/25/99 Discharged to Wyandotte County District Court.

## ADMISSION DIAGNOSES

Axis I Diagnosis: Polysubstance Dependence, in a Controlled Environment (304.80): Depressive Disorder NOS (311)

Axis II Diagnosis: Antisocial Personality Disorder (301.7)

Axis III (Only physical disorders related to DSM-IV Axes) Diagnosis: None

Axis IV:  Code _8_   Statement(s): Legal issues

Axis V:  Admission GAF _40_   Past Year GAF _0_

Physical Disorders Not Related to DSM-IV Axes: None

## DISCHARGE DIAGNOSES

Axis I Diagnosis: (2) Cocaine Dependence, In a Controlled Environment (304.20); (3) Nicotine Dependence, In a Controlled Environment (305.10); Depressive Disorder NOS (311)

Axis II Diagnosis: (1) Antisocial Personality Disorder (301.7) **PRINCIPAL DIAGNOSIS**

Axis III (Only physical disorders related to DSM-IV Axes) Diagnosis: None

Axis IV: Code _8_   Statement(s): Legal issues

Axis V:  Discharge GAF _50_   Past Year GAF _45_

Physical Disorders Not Related to DSM-IV Axes: None

Length of Stay: _49 days_

WP000154
**000308**

Lamed State Hospital
Lamed, Kansas

MS-35
Page 2

## RELEASE SUMMARY

**Name:** PURKEY, Wesley          **Case No.:** 20,655          **Ward:** East II

### REASON FOR ADMISSION

Mr. Purkey was admitted to State Security Hospital (SSH) for the second time on February 4, 1999, as a referral from Wyandotte County District Court under the provisions of K.S.A. 22-3302 and K.S.A. 22-3219 for evaluation of his competency to stand trial and evaluation of his mental state at the time of the alleged offense (lack of mental state) respectively. He is charged with one count each of First Degree Murder, Aggravated Robbery and Theft Under $500.00.

### PERTINENT FINDINGS AT THE TIME OF ADMISSION

**Physical Examination:** Blood pressure 120/70, pulse 68 per minute, respirations 18 per minute, temperature 96.7°F., height 6'1" and weight 184 pounds. Patient presented as an essentially healthy male.

**Admission Laboratory, X-ray and Special Examinations:** PPD reported as negative. CBC revealed low RBC of 4.34 (normal 4.60-6.20), low hemoglobin of 13.5 (normal 14.0-18.0), low hematocrit of 39.8% (normal 40.0-54.0) and elevated stabs of 10% (normal 2-8), Prothrombin time reported as within therapeutic range, Complete Liver revealed mildly elevated SGOT of 38 (normal 9-34) and mildly elevated SGPT of 53 (normal 4-37), Serum Creatinine and electrolytes were reported as within normal limits, Thyroid Panel revealed low T3 uptake of 15% (normal 23-35) with T4 uptake within normal limit, TSH (thyroid stimulating hormone) reported as within normal limits, and HIV was reported as negative.

**Admission Psychiatric Examination:** Mr. Purkey appeared as a forty-seven-year-old, slender, tall, short-haired, white male sporting a goatee and appearing his stated age. He had tattoos distributed over both upper extremities. He was friendly, polite and cooperative. There was no evidence of abnormal movements. Speech was clear and of normal pace. Thought process showed no evidence of a thought disorder and content of thought showed no evidence of delusions. With regard to perceptual disorders (hallucinations), Mr. Purkey denied any. Mood was considered labile and affect was considered appropriate. At the time of the intake interview, Mr. Purkey admitted to poor impulse control. He denied any suicidal or homicidal ideations. Orientation to time, place and person was considered satisfactory. Memory in the areas of immediate recall, recent memory and remote memory was well within normal range.

### CLINICAL RESUME

**Clinical Course Summary:** During his stay at State Security Hospital, nursing personnel indicated he would become angry easily and had an incident with the chemical dependency counselor during one of his classes. In general, there were no management or behavioral problems on the unit. He was prescribed Paxil 10 mg p.o. hs. which was discontinued at patient's request. There was no symptomatology or signs indicative of acute psychosis or mood disorder that needed psychotropic medication during his hospitalization. Mr. Purkey continued to complain of a dysthymic mood and his affect showed underlying irritability. Psychological screening for neuropsychological types of impairment revealed no indication of gross dysfunction.

With reference to the issue of competency to stand trial, Mr.. Purkey is well aware of the legal charges which have been brought against him and the seriousness of them. He is also aware of what could happen if he is found guilty. He expressed a basic understanding of the courtroom procedures. His mental state does not indicate any affective instability and from all indications, he possesses the affective stability required to assist his attorney in preparing and presenting a legal defense. It is the opinion of the staff that he fulfills the criteria to be considered competent to stand trial.

After reviewing all available data, the staff concluded there was no description of or description about Mr. Purkey's functioning which would indicate that during the time period in question on 10/27/98, he acted in a demented manner or had experienced symptoms of a psychotic process (delusions or hallucinations) which

Larned State Hospital                                                    MS-35
Larned, Kansas                                                          Page 3

## RELEASE SUMMARY

**Name:** PURKEY, Wesley          **Case No.:** 20,655          **Ward:** East II

impaired his ability to know the nature and quality of his acts or distinguish between right and wrong. Therefore, it is the opinion of staff that he was not experiencing a major mental illness on or around the time period in question which would indicate he "lacked the mental state" required as an element of the offenses charged.

**Final Assessment:**
**Mental Status at Time of Release:** He was oriented in all spheres and was able to engage in goal directed conversation without difficulty. He denied hallucinatory phenomena or beliefs which might be described as delusional or bizarre.

**Physical Status at Time of Release:** Hypertension controlled with medication.

**Extent to Which Patient is Able to Meet His Basic Needs:** Patient is able to meet his basic needs.

**Prognosis:** Based upon previous criminal history, continued antisocial activities and continued dependence upon illegal drugs, prognosis for better social functioning is considered poor.

**Assessment of Dangerousness:** Due to patient's present legal charges and history of polysubstance dependence, he should be considered potentially dangerous to self and others.

**Reason for Release:** Completion of forensic procedures and report of results sent to the court.

**Discharged To:** Wyandotte County District Court.

**Referred To:** Wyandotte County District Court.

**Recommendations:** Patient be returned to the custody and jurisdiction of Wyandotte County District Court for further legal disposition.

**Recommended Diet:** Regular diet, no restrictions.

**Recommended Physical Activity:** As tolerated by the patient.

**Medications on Release:** A five day supply of Feldene 20 mg daily and Aspirin 650 mg daily for shoulder pain was sent with the patient.


_Phyllis Giles_ MRT          04/07/99
Phyllis Giles, Medical Records Technician          Date
Person Preparing Summary


_Fernando MD_          4.9.99
J.L.L. Fernando, M.D.          Date
Responsible Clinician


Date Received: 04/06/99
Date Typed: 04/07/99 pg

WP009156

**000310**

CONFIDENTIAL

This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal Regulations (42 C.F.R., Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

# FORENSIC EVALUATION REPORT

**Participating Members:**
George Strobel, LBSW, Social Worker
Beverly Debes, RN, Ward Nurse
Robert Huerter, M.S., LMLP, Psychologist
J.L.L. Fernando, M.D., Psychiatrist

## PURKEY, Wesley Ira
#20,655 DC (Wyandotte Co. Case #98-CR-2202)

### I.    Identifying Information:

Staff at State Security Hospital met at a conference to review, discuss and to interview Wesley Purkey in order to provide an opinion regarding Mr. Purkey's competency to stand trial and an opinion regarding his mental status at the time of the alleged crime.  Wesley Purkey was admitted to State Security Hospital for the second time on February 4, 1999, as a referral from Wyandotte County District Court under the provisions of K.S.A. 22-3302 and K.S.A. 22-3219 for evaluation of his competency to stand trial and evaluation of his mental state at the time of the alleged offense (lack of mental state) respectively.  He is charged with one count each of First Degree Murder, Aggravated Robbery and Theft Under $500.00.

### II.    Background Information:

Information from a Social History complied on January 10, 1973 (when Mr. Purkey was admitted the previous time to Larned State Security Hospital) was utilized in complying background information for this report.  Mr. Purkey was born on January 6, 1952, without any problems at birth and his developmental milestones were reached within normal limits.  Reports indicate that he began stuttering at a very early age and received speech therapy at the Institute of Logopedics, Wichita, Kansas, during his early school years.  According to the reports, prior to his school years Mr. Purkey experienced what was described as "polio"  which affected the use of one leg.  He got along well within the family setting during his early childhood.

1

WP000157

000311

Family background, during Mr. Purkey's childhood, was described as extremely chaotic. Mr. Purkey indicated during his growing up period with the parents, it was his grandmother who brought him up because "parents were drunk most of the time". He described he had an extreme lack of affection and his parents indicated to him most of the time "don't do this, don't do that all the time". He indicated he cannot ever remember his father giving him a hug. During interviews he specifically mentioned that when he was 9 years old, one Thanksgiving because of his speech impediment when he asked for the mashed potatoes, his father threw a bowl full of jelly in his face. Reports indicate that in 1951 Mr. Purkey's mother divorced her husband and remarried her first husband. In 1962 when Mr. Purkey was 10 years old, his mother again divorced his father. The mother was employed and became neglectful of the children. According to an aunt, the mother became openly promiscuous and often brought her male friends into the home for sexual situations. As indicated previously, Mr. Purkey's father and mother both were always very heavy drinkers and the mother continued to have a drinking problem. When Mr. Purkey was approximately 14 years of age, the court appointed his aunt as the legal guardian at which time the whereabouts of his father were unknown. Mr. Purkey attended school through eighth grade making average and below average grades. During the eighth grade, he was referred to the Wichita Psychiatric Center for Evaluation because of his truancy, antisocial behavior at school and primarily because of his physical complaints of headaches and dizziness for which his family physician could find no organic basis. After he quit school prior to completing ninth grade, Mr. Purkey entered the Wichita Auto Mechanics School which he attended for a short period of time. He took a General Education Development test while at the Kansas State Industrial Reformatory but missed passing by two points. Mr. Purkey's work experience had consisted of unscheduled short-term and odd jobs for very short periods of time. He was employed at Wesley Hospital, Wichita, Kansas, as a housekeeping technician from 01-06-70 to 01-30-70. He terminated his job as he did most jobs by simply not reporting for work. (It has been indicated that the employees would have considered him for re-employment if future work was available.) During the interviews while he was at State Security Hospital, Mr. Purkey indicated his employment history consisted of working as a busboy, herding cattle, in pipeline laying, construction, roofing and as a plumber. The last being while he was in prison.

## III.    Psychiatric History:

As was indicated previously, Mr. Purkey was referred to the Wichita Psychiatric Center for evaluation during his eighth grade school year. Reports indicated he was subsequently admitted to St. Francis Hospital where a complete

2

diagnostic checkup revealed he was experiencing a serious personality disorder centering around a psychosexual problem of identification. The reports also indicated that Mr. Purkey had psychotherapy on an outpatient basis in Wichita, Kansas, and later was referred to a psychologist where he remained in psychotherapy until his offense in 1970. At this time, he was also reported to be in Lake Afton Boys Ranch for Joyriding, Car Theft, etc.

Mr. Purkey was admitted for the first time to Larned State Hospital on December 29, 1972, on a voluntary basis (while on parole). According to his parole officer, he had been "having problems while serving parole for Burglary, First Degree". After several incidents, including a charge of Joyriding, the parole board gave Mr. Purkey a choice to enter Larned State Hospital and obtain vocational training or have his parole revoked in court. After he had undergone vocational evaluation, Mr. Purkey was placed on a temporary visit status from Larned State Hospital on 03-17-73 so that he could begin a job as a welder in Kansas City, Kansas. He was discharged from temporary visit status on 04-13-73. His final psychiatric diagnosis at that time was: Passive Aggressive Personality with Depressive Features.

## IV.    Substance Abuse History:

Mr. Purkey gave a history of extensive substance abuse with Ritalin, methamphetamine, crack, and cocaine. He indicated he started using all these substances at age 15 and used them intermittently most of the time intravenously. He also indicated he used to use methamphetamine and cocaine, smoking them some of the time. With relation to sharing needles, he indicated "no, but possible". He indicated he used about a gram to one and one/half grams a day of methamphetamine. He also indicated he "free based also". Mr. Purkey indicated that during the times he used these substances, he felt very euphoric and felt as if he was "king of the hill". He also indicated during the times he was using cocaine and methamphetamine, his sexual appetite was enhanced "although you couldn't do much". He indicated he used these substances most of the time to feel and "get something I did not have and for piece of mind". Mr. Purkey indicated he was admitted one time to the Kansas University Medical Center for a drug overdose of Ritalin and cocaine. Apparently he received one-to-one counseling while he was at Lansing in 1995 and 1996 for drug usage.

3

000313

## V.    Legal History:

Reports indicate that Mr. Purkey was first arrested on 08-12-69 for Burglary and Attempted Rape; on 03-12-70, he was arrested for Burglary and Larceny; and on 04-09-70, he was arrested for Burglary and Attempted Rape. Reports indicated no disposition of these cases. Mr. Purkey was charged with Burglary in the First Degree as his first felony and was sentenced to 10-21 years at the Kansas State Industrial Reformatory (KSIR) on 09-01-70 by Sedgwick County District Court; on 10-12-70, he was admitted to KSIR; on 10-22-70, he was transferred to the Kansas State Reception and Diagnostic Center (KSRDC) for evaluation; prior to this evaluation, he was returned to court by a court order on 11-02-70. Subsequently, he was admitted to KSIR on 03-11-71 and on 04-01-71 transferred to KSRDC. (Diagnoses given at this time consisted of: Schizophrenic Reaction, Schizoaffective Type, Depressed Superimposed Upon Pre-existing Antisocial Personality Characterized by Selfishness, Callousness, Irresponsibility, Impulsiveness and Inability to Feel Guilt or Learn From Experience and Punishment.) On 10-14-72, he was placed in a halfway house in order to have a more structured environment until he became fully employed, which he never did. Reports indicate that on 12-05-72, he went to his mother's house and took her car without permission; she filed a complaint against him for Auto Theft which was reduced to Joyriding. On 12-15-72, he pled guilty and received a sentence of 30 days and $50.00 fine. These were suspended on condition that he voluntarily submit himself to Larned State Hospital for evaluation.

In the present case, Mr. Purkey is charged with one count each of First Degree Murder, Aggravated Robbery and Theft. A co-defendant in the same case was also charged with Misdemeanor Theft and three co-defendants were charged with one count of Aiding a Felon. It is alleged that on or about 10-27-98, Mr. Purkey killed his 80-year-old female victim by repeatedly striking her on the head with a hammer. The crime was committed during the course of a burglary.

## VI.    Mental Status Examination On Admission and Functioning On the Unit:

At the time of admission to State Security Hospital on February 14, 1999, Mr. Purkey appeared as a 47-year-old, slender, tall, short-haired, white male sporting a goatee and appearing his stated age. He has tattoos distributed over both upper extremities. He was friendly, polite and cooperative; he broke into tears at the end of the intake interview. There was no evidence of abnormal movements. Speech was clear and of normal pace. Thought process showed no evidence of a thought disorder and content of thought showed no evidence of delusions. With regard to

4

000314

perceptual disorders (hallucinations), Mr. Purkey denied any. Mood was considered labile and his affect was considered appropriate. At the time of the intake interview, Mr. Purkey admitted to poor impulse control. He denied any suicidal or homicidal ideations. Orientation to time, place and person was considered satisfactory. Memory in the areas of immediate recall, recent memory, remote memory was well within normal range.

During his stay at State Security Hospital, nursing personnel indicated that he gets angry easily and had an incident with the chemical dependency counselor during one of the classes. In general, there were no management or behavioral problems on the unit. Mr. Purkey indicated he was taking Paxil, 10 mg, at bedtime at the time of admission, but after a few days this was discontinued at his own request. There was no symptomatology or signs indicative of acute psychosis or mood disorder that need psychotropic medication during the time he stayed on the unit. Mr. Purkey continued to complain of a dysthymic mood and his affect showed underlying irritability. On several occasions, Mr. Purkey explained that his problems were due to his chaotic and unsettling life he had experienced previously, and because of cocaine and methamphetamine "being laced by chemicals and pesticides".

## VII.   Psychological Information:

Psychological information provided by Robert Huerter, Licensed Masters Level Psychologist, indicated the following:

> According to the Weschler Adult Intelligence Scale-Revised (abbreviated adaptation), Mr. Purkey scored a Verbal I.Q. of 95, average; a Performance I.Q. of 85, low average; and a Full-Scale I.Q. of 89, low average. Before taking this test, Mr. Purkey stated to the psychometric technician, "I didn't sleep last night. My brain is not functioning." Nonetheless, it is the impression of this examiner as determined by the patient's adaptive level of functioning and performance during mental status examinations, that current test scores provide an accurate reflection of his overall intellectual potential.

> Psychological screening for neuropsychological types of impairment revealed no indication of gross dysfunction.

5

000315

During all contacts with Mr. Purkey, his general appearance was appropriate. He was oriented in all spheres and he was able to engage in goal directed conversation without apparent difficulty. In spite of occasional and brief stammering, Mr. Purkey spoke in a rapid, flowing and connected manner. There was no indication of defensiveness in his interactions with this examiner as Mr. Purkey openly volunteered considerable personal information about himself. The content of his thought did not reveal anything clinically significant. When questioned specifically, he denied experiencing hallucinatory phenomena or beliefs which might be described as delusional or bizarre. Throughout contacts with the patient he made no attempts to emphasize the fact that he was placed in a difficult and unsettling environment. At several points, he emphasized having a good awareness as to his parental responsibilities including a need to be an example to his son. His overall mood at this particular time reflects anxiousness, concern and a significant degree of victim empathy. Without seemingly making an attempt to rationalize his behavior or to manipulate this examiner, Mr. Purkey cried while talking about the victim of his crime.

In direct contrast to the attitude he displayed during interviews, the patient made an attempt to feign rather severe psychiatric symptoms on personality testing. For an individual of average intelligence, it would seem he could have made a more sophisticated attempt to manipulate the test data. However, he exaggerated a degree of psychopathology to such a degree so as to render both personality tests as invalid. Ironically as much as the patient made efforts to make himself appear high emotionally distressed on testing, he does not present as an individual who, in the opinion of this examiner, does present as being emotionally distraught. He does not impress this examiner as being an individual who possesses an ongoing psychotic process but his longitude and general history reflects he has been exposed to a number of potentially traumatizing events in his life. Because of these early life experiences, he has some

6

000316

identity issues which apparently have never been resolved. In addition, addiction to drugs and depression are problems which have plagued him throughout most of his adult life. Even when symptoms of depression and drug seeking behaviors are not present, his core character traits which are antisocial in nature do rise to a new set of problems which make it difficult for him to function while in society.

## VIII.    Diagnostic Considerations:

Based upon the longitudinal and general history, and available clinical data (including interviews), the following diagnoses are applicable to Mr. Purkey: Antisocial Personality Disorder; Cocaine Dependence; Nicotine Dependence; and Depressive Disorder, Not Otherwise Specified. During several interviews, Mr. Purkey indicated a chaotic/unsettling environment that he grew up in as a child and adolescent and the turmoil he has as an adult. He also complained he has continued to have a dysthymic mood although presenting symptomatology (previously and at present time) do not indicate a major depressive disorder. He also has an extensive substance abuse history and it is difficult to separate his substance abuse history from the dysthymic mood as to which one caused the other. During interviews, Mr. Purkey also indicated part of the burglarizing that he carried out during his adolescent and early adult time was to obtain money to maintain his drug habit.

## IX.    Opinion:

With reference to the issue of competency to stand trial, Mr. Purkey is well aware of the legal charges which have been brought against him and the seriousness of them. He is also aware what could happen to him if he is found guilty of his charges. He expresses a basic understanding of the basic courtroom procedures and expresses a desire to be found competent to stand trial. He also indicated he was "not very happy" with his present attorney and when he returns to court, he will probably request a change of attorney. His mental state does not indicate any affective instability and from all indications, he possesses the affective stability required to assist his attorney in preparing and presenting a legal defense. Therefore, it is the opinion of the staff that Mr. Purkey fulfills the criteria to be considered competent to stand trial.

WP900163

000317

In reference to the events which occurred on or around October 27, 1998, available records which included police report, a brief report from Wyandotte County Jail, Mr. Purkey's previous psychiatric records from Larned State Hospital and all data generated during the course of Mr. Purkey's current evaluation at this hospital were reviewed. Mr. Purkey has explained in several interviews in a very organized and narrative manner that he purchased and smoked crack cocaine in the hours just prior to going to the home of the victim. Upon arrival at the victim's home, he smoked crack cocaine in her bathroom. As explained by Mr. Purkey, he "couldn't breathe" and fell down while coming out of the bathroom. In falling "she saw the pipe and asked about it". It caused his heart to start "racing" and he soon realized he had his "hand over her mouth and blood everywhere". Mr. Purkey, in several interviews, has given a very constant account of the events leading to his arrest and there was no change in the manner he related the events on that day. He readily admits he had been smoking cocaine while he was in the victim's house and become rather emotional during the times he had explained the events. Mr. Purkey also indicated this event occurred probably about 10:30 am on that day and he was in the house until about 7:00-8:00 pm. During this period, he went back to check on the victim. Mr. Purkey indicated he was arrested three days later (on October 31, 1998) at a correctional officer's house while he was having coffee with the correctional officer. Mr. Purkey also indicated during interviews that he was planning to turn himself in. All in all, Mr. Purkey continued to provide with a sequencing of events which were consistent with that found in the police reports dated 10-31-98. As indicated by his self-reported long-term functioning prior to the time period in question and his adjustment since that time, it is the opinion of the staff that Mr. Purkey was manifesting symptoms of cocaine induced agitation and a fear of being caught during the time period in question. Thus the staff concluded after reviewing all available data, there was no description of or description about Mr. Purkey's functioning which would indicate that during the time period in question on 10-27-98 he acted in a demented manner or had experienced symptoms of a psychotic process (delusions or hallucinations) which impaired his ability to know the nature and quality of his acts or distinguish between right and wrong. Therefore, it is the opinion of this staff that Mr. Purkey was not experiencing a major mental illness (disease of the mind) on or around the time period in question which would have indicated he "lacked the mental state" required as an element of the offenses charged.

_____
J.L.L. Fernando, M.D.
Psychiatrist

Date:_____3. 16 . 99_____

jlh

8

WP000164

000318

Larned State Hospital
Larned, Kansas
08/98

**INTEGRATED PSYCHIATRIC INTAKE ASSESSMENT**
**MS-66**
Page 1

SSH 45      East II

PURKEY, Wesley Ira

#20,655 DC

---

**SECTION A** INSTRUCTIONS: Complete this section within 24 hours of admission.

Brought By: _Wyandotte Co Officers._

Date _2-4-99_ Time _2 pm_ Name ____

Address ███ ██ ████ ██, County _Wyandotte_

Age _77_ Date of Birth ____ Sex _M_ Race _C_ Dominant Language _English._

In Emergency Contact _Jeanette Purkey_ Phone _(913) 772-0498_

Address ████████ _Leavenworth_ Relationship _Wife._
66048

Legal Guardian _N/A_

Number of Admissions _2_ Legal Status _KSA 22-3219/336_ Religion _christian_

Cash/Checks/Currency Brought on Admission: _Ø_

VITAL SIGNS: _96.1_ Temperature _68_ Pulse _18_ Respirations _120/74_ Blood Pressure
_6'1"_ Height _184_ Weight _Gray_ Hair _Blue_ Eyes

Current Medications, Supplements, Nonprescription Drugs

| Name | Dose | Last Dose | Reason For |
|------|------|-----------|------------|
| Paxil | 10mg/hs | Last night | Depression |
| | | | |
| | | | |

Allergies/Sensitivities

| Allergens | Symptoms | Treatment |
|-----------|----------|-----------|
| NKA | | |
| | | |
| | | |

Alcohol/Drug Abuse History:

| Drug Usage *Indicates Drug of Choice | Route of Use | Age 1st Used | Frequency of Use Prior to Admission/Incarceration | Quantity Used Prior to Admission/Incarceration | Tolerance/Longest Period of Abstinence | Last Used |
|---|---|---|---|---|---|---|
| Ritalin/Methe-? | I.V. | 15 y/o | intermittently | mod/heavy | — | 9 yrs ago |
| Crack | I.V. | 15/yr | intermittently | mod/heavy | — | 9 yrs ago |
| Cocaine | I.V. | 15 y/o | intermittently | mod/heavy | — | 9 yrs ago |

CURRENT MEDICAL/PHYSICAL PROBLEMS: _Denies_ Pt. reports having had a mild heart attack 4 mo. ago at KU Med Center - also reports hx of asthma since age 8 or 9 yrs. of age, but not on any medication.

SUICIDAL ATTEMPTS/IDEATIONS: _Denies_ at this time but attempted suicide last Oct 1998, after he allegedly committed the crime.

WP000165

**000319**

Larned State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE ASSESSMENT**
**MS-66**
Page 2

SSH 45 East II

PURKEY, Wesley Ira

#20,655 DC

---

**ACTIVITY/REST PATTERNS:**
Patterns of sleep:
Number of hours per night: 6-8
Use of sleep aids: Ø
Pattern of awakening during the night: a lot

Rested upon awakening: No

Personal Hygiene/Activities of Daily Living (ADL):
Patterns of self-care: Independent X

Requires assistance with: Ø
Mobility (specify ambulatory aids if required):

Hygiene:
Toileting:
Feeding:
Other:
Describe personal hygiene and general appearance:
Clean, neat

**DENTAL APPLIANCE:**
Indicate Dentures (upper or lower, partial), or Braces:
Ø

Ambulatory: yes       Other:

**NUTRITION:**
✓ Well Nourished          ___ Special diet (specify):
___ Obese                       Regular
___ Emaciated               3 Meals per day
___ Gastric tube           Ø Snacks per day

Do you feel you have or have you ever been told you have an eating disorder? If yes, what? None

**WEIGHT:**
If significant change noted, specify planned or unplanned, amount, and time frame:
Lost 20 + lbs. during last 3 mo.

**ELIMINATION:**
BOWEL HABITS                    BLADDER HABITS
1 Number of stools/day       ___ Urgency
X Soft/formed                        ___ Hematuria
___ Constipation once in      ___ Nocturia
___ Blood in stool awhile     ___ Ostomy device
___ Other                              ___ Other Ø

**REPRODUCTIVE PATTERN:**
Pregnant: ___ Yes ___ No

Date of last menses:

GLASSES
___ None          X Glasses for reading
___ Contacts    ___ Prosthetic Eye
___ Unknown

BUILD
___ Small          ___ Medium
✓ Large            ___ Unknown

| | | |
|---|---|---|
| TATTOOS | x + | Name |
| SCARS | -/-/-/-/- | Length |
| BRUISES | ⬤ | Size |
| LACERATION | — | Length |
| SWELLING | ⬯ | Size |
| RASH | ⋯ | Size |
| MARK | ⋯ | Length |

X Pierced Ears
3 Number of holes in ears
each ear ✓ Right ✓ Left

ANTERIOR

POSTERIOR

WP900166

**000320**

Larned State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE**
**ASSESSMENT**
**MS-66**
Page 3

SSH 45      East II

PURKEY, Wesley Ira

#20,655 DC

CHIEF COMPLAINT *(Include source of information and reliability)*: Denies

HISTORY OF PRESENT ILLNESS *(Include onset of illness and circumstances leading to admission)*: This is the first LSSH for this 47 Caucasian male referred from Wyandotte Co under the provisions of KSA 22-3214 and KSA 22-5302. He has been charged with first degree murder, the victim being an "80 yr old lady", whom patient allegedly murdered with a hammer. He has a history of substance abuse and antisocial behavior which have led to several arrests and conviction. He was admitted to LSH in 1972-1973 and diagnosed as having a "Schizophrenic Reaction" and antisocial personality disorder. He has admitted to a H/o Psychoactive drug abuse consisting of Amphet/Ritalin and Crack/Cocaine, mostly self-administered p.v.

WP000157

**000321**

Larned State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE
ASSESSMENT
MS-66**
Page 4

SSH 45       East II

PURKEY, Wesley Ira

#20,655 DC

**THIS PAGE MAY BE ELIMINATED IF SECTION "B" IS BEING COMPLETED AT THIS TIME.**

Mental Status (Includes the following areas: appearance/attitude, behavior, thought processes/content, perception, mood/affect, and cognitive functioning):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DIAGNOSES (Use official diagnostic nomenclature):

Axis I: (Please designate principal diagnosis if it is on Axis II):_____  _____

_____

Axis II:_____  _____  _____

Axis III:_____  _____  _____

_____

Physician Signature _____        R.N. Signature _____

Date____/_____  Time_____        Date_____  Time_____

WP000168

**000322**

Larned State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE ASSESSMENT**
**MS-66**
Page 5

SSH 45    East II

PURKEY, Wesley Ira

#20,655 DC

**SECTION B INSTRUCTIONS:** Complete this section by the end of the first full working day following admission.

SIGNIFICANT HISTORY
**Mental Health** *(Include medication responses, circumstances, and frequency of previous hospitalizations, family history; physical/sexual abuse as victim or abuser.)* Has been admitted to LSH back in 1972-1973, diagnosed with "Schizophrenia reaction, schizoaffective type and Antisocial Personality Disorder". Currently on Paxil.

**Developmental/Family:** Met all developmental milestones. Has been exposed to a chaotic family environment.

**Physical Health** *(Include medications; major physical health problems/needs and potential interactions with mental health problems/needs, high risk behaviors for HIV.)* Denies.

**Education/Work:** Has an A.S. degree in Literature at Chemeeka Jr College, Salem, Oregon.

**Cultural Issues:** None.

**Legal Issues:** Has had prior arrests and convictions.

HEALTH HISTORY PATIENT/FAMILY:

| (Check appropriate box) | Patient | Mother | Father | Other | Elaborations |
|---|---|---|---|---|---|
| Alcoholism | | ✓ | ✓ | ✓ | Brother |
| Arthritis | | | | | |
| Asthma | | | | | |
| Cancer | | ✓ | | | Pancreatic Ca (now deceased) |
| Diabetes | | ✓ | | | |
| Drug Abuse/Dependence | ✓ | | | ✓ | Brother |
| Glaucoma | | | | | |
| Heart Disease | | | | | |
| High Blood Pressure | | | | | |
| Jaundice | | | | | |
| Mental Illness | | | | | |
| Mental Retardation | | | | | |
| Obesity | | | | | |
| Rheumatic Fever | | | | | |
| Stroke | | | | | |
| Thyroid Disorders | | | | | |
| Tuberculosis | | | | | |
| Seizures | | | | | |
| High Risk Behaviors | ✓ | | | | |

WP000169

**000323**

Larned State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE**
**ASSESSMENT**
**MS-66**
Page 6

SSH 45      East II

PURKEY, Wesley Ira

#20,655 DC

**MENTAL STATUS:**

Appearance: _Slender, tall, short-haired, sporting a goatee and appearing the stated age. Has tattoos, diffusely distributed over both upper extremities_

Attitude (Include cooperation, guardedness, avoidance): _Friendly, polite and cooperative; broke into tears at the end of the interview._

Behavior (Include psychomotor activity, abnormal movements): _no evidence of abnormal movements._

Speech (Include rate, e.g. normal, slow, mute, rapid; quality; and abnormalities, e.g. aphasia, dysarthria): _Clear, of normal pace._

Thought Processes (Include logical and organized, circumstantial, tangential, disorganized, flight of ideas; describe in terms specific to this patient): _no evidence of thought disorder_

Thought Content (Include delusions, ideas of reference; describe in terms specific to this patient): _no evidence of delusions_

Perceptual Disorders (Include hallucinations, illusions; describe in terms specific to this patient): _denies_

Mood and Affect (Include stability; congruence/incongruence): _mood is labile. Affect is appropriate_

WP000170

**000324**

Larned State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE
ASSESSMENT
MS-66**
Page 7

SSH 45    East II

PURKEY, Wesley Ira

#20,655 DC

Impulse Control *(Include ability to control aggressive, hostile, sexual impulses)*: _Has poor impulse control, by his own admission and by history._

Suicidal and/or Homicidal Behavior/Ideation *(Describe in terms specific to this patient)*: _Denies at this time._

Cognitive Functioning Examination *(Describe any tests used in making the following interpretations)*:
Sensorium/level of consciousness (Indicate whether awake, responsive, lethargic, fluctuation): _Alert and responsive._

Orientation
  Time: _Knows the date_

  Place: _Knows the name of the Hospital_

  Person: _Knows his name._

Memory
  Immediate Recall *(three objects after five minutes, digit span, serial numbers)*: _Could recall 3/3 objects after 5 min. Could do digit span of 3 and 5. Could do serial numbers._

  Recent Memory *(events of past 24 hours)*: _Could recall what he had for supper last night. Could recall where he came from (prior to Admission)_

  Remote Memory *(personal/nonpersonal)*: _Could recall DoB, Wife's address and phone #_

  Ability to abstract and generalize *(Include proverbs and similarities)*: _Good._

Estimation of Intelligence (Indicate above average, average or below average and how evidenced): _Average, based on fund of Knowledge._

Insight/Judgment *(Include awareness of mental illness and understanding of consequences of actions; describe in terms specific to this patient)*: _Both fair at this time._

WP000131

**000325**

Larned State Hospital
Larned, Kansas
08/98
**INTEGRATED PSYCHIATRIC INTAKE
ASSESSMENT
MS-66**
Page 8

SSH 45    East II

PURKEY, Wesley Ira

#20,655 DC

## ADVANCE DIRECTIVES (Complete only for patients 18 and older). If the patient has executed an advance directive, the original or a copy must be included in the clinical record.)
The patient has executed a (check all that apply):

☐ Living Will
☐ Consent for a do-not-resuscitate order
☐ Durable power of attorney for health care decisions

The patient has received written information on Advance Directives: ☐ Yes    ☐ No

## LEISURE INTERESTS (Please indicate interests):

√ Active Group Sports    __ Fishing/Hunting/Camping
√ Less Active Sports    √ Movies
√ Swimming    __ Gardening/Plants
√ Walking    √ Arts and Crafts
√ Cooking    √ Exercise/Weight Training
__ Dances    √ Listening to Music
√ Table Games/Cards    __ Playing Instruments
√ Computers    √ Singing/Choir
√ Library/Reading    √ Community Trips
__ Other    __ Other _____

Please list other vocational interests or hobbies:
_Plumbing_____

Overall, do you prefer to spend time alone or with others?
_Spend time ē my family or alone_____

Medical Assessment of limitation pre-
cautions for participation in Therapeutic/
Recreational/Leisure Activities:
__ Self-abusive    __ Diabetic
__ Sun sensitive meds    __ No cigarettes
__ Physical limitations    __ Suicidal
__ Limit liquids    √ Asthma _pt. reports he has asthma_
__ Heart Problems    __ No Swimming
__ Elopement Precautions    __ Wanders
__ Seizure Precautions
__ Sexually inappropriate
__ Other: _____
_____
_____

## MANAGED CARE
Community agencies utilized prior to admission (Department of Corrections, Social and Rehabilitation Services, Private Organizations, Mental Health Center, AA/NA, etc): _____

ASSETS: _Average intelligence. Has college degree. Coherent speech._
_Has marketable job skills._

PATIENT'S PERCEPTION OF STRENGTHS AND WEAKNESSES: _Strenghts: "I don't have any" - Weaknesses: "I don't know"_

## RECOMMENDATIONS AND INITIAL TREATMENT

Medical: _None_____

Psychiatric: _Will continue on Paxil_____

Nursing: _Orient to ward & ward rules & explain points program_

Social Services: _PROVIDE ROUTINE SERVICES_____

WP000172

**000326**

Larned State Hospital
Larned, Kansas
08/98

**INTEGRATED PSYCHIATRIC INTAKE
ASSESSMENT
MS-66**
Page 9

SSH 45       East II

PURKEY, Wesley Ira

#20,655 DC

Psychological Services: *will be provided*

Activity Therapy: *Will be assessed at a later date*

Nutritional:  ☑ No nutritional concerns noted at this time
☐ Further intervention/assessment indicated based upon:_____

Other Consultative Services: *None*

Assessment of Dangerousness: *Dangerous to others and self when under the influence, especially.*

DIAGNOSES (Use official diagnostic nomenclature): *Polysubstance Dependence, in*
Axis I (Please designate principal diagnosis if it is on Axis II): *a controlled environment. Depressive disorder NOS.*

Axis II: *Antisocial Personality Disorder*

Axis III: *None*

Axis IV: Code  *8*  Statement: *Legal issues* .

Axis V: Admission GAF  *40*              Past Year GAF  *0*

Other Physical Disorders Not Related to DSM-IV: *none*

Sign and Date:

_____ (BPV)  *12-4-99*          _____  *2,04,99*
                                        *Robert Lopez LN4I* *2-5-99*
_____  *12/4/99*                *Frieda Augustine RN* *2-4-99*
Physician Signature                      R.N. Signature

✓ Original - Master File
-- Copy - Treatment File

**000327**

| Larned State Hospital<br>Larned, Kansas | 8/95 | SSH 45    EAST II |
|---|---|---|
| **PSYCHOLOGICAL INFORMATION**<br>**MS-56** | | PURKEY, Wesley<br><br>#20,655 DC |
| Date: March 5, 1999                  Page 1 | | |

## REASON FOR REFERRAL:

Mr. Purkey was referred to this facility under the provisions of KSA 22-3302 and KSA 22-3219. As a result, this psychological evaluation will provide an opinion in reference to Mr. Purkey's competency to stand trial and an opinion in reference to his mental state at the time of the alleged criminal offenses.

## ASSESSMENT PROCEDURES UTILIZED:

Millon Clinical Multiaxial Inventory-III (MCMI-III), Minnesota Multiphasic Personality Inventory-2 (MMPI-2), Bender Motor Gestalt, Wechsler Adult Intelligence Scale-Revised (WAIS-R) (abbreviated adaptation), Competency Screening Test (CST), patient's hospital file, observations of patient on the ward, and several psychodiagnostic interviews.

## ASSESSMENT:

According to the WAIS-R (abbreviated adaptation), Mr. Purkey scored a Verbal IQ of 95, average; a Performance IQ of 85, low average; and a Full Scale IQ of 89, low average. Before taking this test, Mr. Purkey stated to the psychometric technician, "I didn't sleep last night. My brain in not functioning." Nonetheless, it is the impression of this examiner as determined by the patient's adaptive level of functioning and performance during mental status examinations that current test scores provide an accurate reflection of his overall intellectual potential.

Psychological screening for neuropsychological types of impairment revealed no indication of gross dysfunction.

During all contacts with Mr. Purkey, his general appearance was appropriate, he was oriented in all spheres, and he was able to engage in goal-directed conversation without apparent difficulty. In spite of occasional and brief stammering, Mr. Purkey spoke in a rapid, flowing, and connected manner. There was no indication of defensiveness in his interactions with this examiner as Mr. Purkey openly volunteered considerable personal information about himself. The content of his thought did not reveal anything clinically significant. When questioned specifically, he denied experiencing hallucinatory phenomena, or beliefs which might be described as delusional or bizarre. Throughout contacts with the patient, he made no attempts to emphasize the fact that he was raised in a difficult and unsettling environment. At several points, he emphasized having a good awareness as to his parental responsibilities, including a need to be an example to his son. His overall mood at this particular time reflects anxiousness, concern, and a significant degree of victim empathy. Without seemingly making an attempt to rationalize his

000328

| Larned State Hospital<br>Larned, Kansas | 8/95 | SSH 45    EAST II |
|---|---|---|
| **PSYCHOLOGICAL INFORMATION**<br>**MS-56** | | PURKEY, Wesley<br><br>#20,655 DC |
| Date: March 5, 1999            Page 2 | | |

behaviors or to manipulate this examiner, Mr. Purkey cried while talking about the victim of his crimes.

In direct contrast to the attitude he displayed during interviews, the patient made an attempt to feign rather severe psychiatric symptoms on personality testing.  For an individual of average intelligence, it would seem he could have made a more sophisticated attempt to manipulate the test data.  However, he exaggerated the degree of his psychopathology to such a degree so as to render both personality tests as invalid. Ironically, as much as the patient made efforts to make himself appear highly emotionally distressed on testing, he does present as an individual who, in the opinion of this examiner, does present as being emotionally distraught.  He does not impress this examiner as being an individual who possesses an ongoing psychotic process, but his longitudinal history reflects he has been exposed to a number of potentially traumatizing events in his life. Because of these early life experiences, he has some identity issues which apparently have never been resolved.  In addition, addiction to drugs and depression are problems which have plagued him throughout most of his adult life.  Even when symptoms of depression and drug-seeking behaviors are not present, his core character traits, which are antisocial in nature, give rise to an new set of problems which make it difficult for him to function well in society.

## COMPETENCY ISSUES:

In reference to the issue of competency to stand trial, Mr. Purkey is aware of the legal charges which have been brought against him and the seriousness of them.  He expresses a basic understanding of the courtroom procedures, and he expresses a desire to be found competent to stand trial.  From all indications, he possesses the affective stability required to assist his attorney in the preparing and presenting of a legal defense.  Thus, it is the opinion of this examiner that Mr. Purkey easily meets the standard for competency to stand trial.

## MENTAL STATE:

In reference to the events which occurred on or around October 27, 1998, this examiner reviewed available records which included police reports, a brief report from the Wyandotte County Jail which indicated Mr. Purkey had been incarcerated since October 30, 1998, the patient's previous psychiatric records from Larned State Hospital, and all data which were generated during the course of the patient's current evaluation at this hospital.  As explained by Mr. Purkey in an organized narrative account, he had purchased and smoked crack cocaine in the hours just prior to going to the home of the victim on October 27, 1998.  Upon arrival at the victim's home, he smoked crack cocaine in her bathroom.  As

000329

| | | |
|---|---|---|
| Larned State Hospital<br>Larned, Kansas | 8/95 | SSH 45    EAST II |
| **PSYCHOLOGICAL INFORMATION**<br>**MS-56** | | PURKEY, Wesley<br><br>#20,655 DC |
| Date: March 5, 1999         Page 3 | | |

explained by Mr. Purkey, he "couldn't breath" and fell down while coming out of the bathroom. In falling, "she saw the pipe and asked about it." It caused his heart to start "racing," and he soon realized he had his "hand over her mouth and blood is everywhere." Mr. Purkey continued to provide this examiner with a sequencing of events which were consistent with that found in the police report dated October 31, 1998. As indicated by his self-reported long-term functioning prior to the time period in question, and his adjustment since that time, it is the opinion of this examiner that Mr. Purkey was manifesting symptoms of a cocaine-induced agitation, paranoia, and a fear of being caught during the time period in question. Thus, this examiner concluded after reviewing all available data that there was no description of or description about Mr. Purkey's functioning which would indicate that during the time period in question, October 27,1998, he acted in a demented manner or had experienced symptoms of a psychotic process (delusions or hallucinations), which impaired his ability to know the nature and quality of his acts or distinguish between right and wrong. Therefore, it is the opinion of this examiner that Mr. Purkey was not experiencing a major mental illness, disease of the time, on or around the time period in question which would have indicated he "lacked the mental state" required as a element of the offenses charged.

## DIAGNOSTIC IMPRESSIONS:

Axis I: Cocaine Dependence; Nicotine Dependence; and Depressive Disorder NOS
Axis II: Antisocial Personality Disorder



_____
Robert Huerter, LMLP


____3-10-99_____
Date

Date Dictated: 03/05/99 RH
Date Received: 03/05/99
Date Typed: 03/10/99 dar

✓ Original - Master File
__ Copy - Treatment File

WP0009176

**000330**

Larned State Hospital
Larned, Kansas

SSH 45   EAST II

**CONTINUATION SHEET
MS-130**

PURKEY, Wesley Ira

#20,655 DC

CORE HISTORY UPDATE

Date:   February 12, 1999          Page 1

**PERIOD COVERED:**  12/29/72 to 02/04/99

**SOURCES OF INFORMATION:**

1.    Interviews with patient (reliability estimated as fair)
2.    Wyandotte County District Court order for patient's present commitment to State Security Hospital (Case No. 98 CR 2202)
3.    Police reports of investigation
4.    Master file information covering patient's first hospitalization at Larned State Hospital

**SUMMARY OF ACTIVITIES WHILE SEPARATED FROM HOSPITAL:**

Mr. Purkey was admitted for the first time to Larned State Hospital on 12/29/72, on a Voluntary basis (while on parole).  According to his parole officer, he had been "having problems while serving parole for burglary, first degree.  After several incidents including a charge of joy riding, the parole board gave Wes a choice to enter Larned State Hospital and obtain vocational training or have his parole revoked."

After he had undergone vocational evaluation, Mr. Purkey was placed on Temporary Visit status from the hospital on 03/17/73 so that he could begin a job as a welder in Kansas City, Kansas.  He was discharged from Temporary Visit status on 04/13/73.  His final psychiatric diagnosis was Passive-Aggressive Personality with Depressive Features.

Mr. Purkey recently stated that he had initially returned to Wichita after his release from Larned State Hospital.  Although he had done some welding, his primary occupation throughout the years has been as a plumber.  He had wanted to join the military service, but never did.

He is presently in his second marriage, and has three sons (ages 13, 11 and 10) and one daughter (age 19).

In the present case, Mr. Purkey is charged with one count each of First Degree Murder (Off-Grid Person Felony), Aggravated Robbery (Level 3 Person Felony), and Theft under $500 (Class A Non-Person Misdemeanor).  A co-defendant in the same case was also charged with misdemeanor Theft, and three co-defendants were charged with one count of Aiding a Felon (Level 8 Non-Person Felony).  It is alleged that on or about 10/27/98, Mr. Purkey killed his 80-year-old female victim by repeatedly striking her on the head with a hammer.  The crime was committed during the course of a burglary.

No information was made available concerning the patient's behavior during his incarceration which began on 10/30/98 000331 transported to State Security Hospital on

Larned State Hospital
Larned, Kansas

**CONTINUATION SHEET**
**MS-130**

LSH 45    EAST II

PURKEY, Wesley Ira

#20,655 DC

<u>CORE HISTORY UPDATE</u>
Date:    February 12, 1999                    Page 2

02/04/99, pursuant to KSA 22-3302, for an evaluation of his competency to stand trial.

**COLLATERAL RESOURCE INVOLVEMENT:**

Upon completion of the patient's evaluation, he will be discharged and returned to the custody and jurisdiction of the committing court for further legal disposition of his case.

**FUTURE POTENTIALS/PROSPECTS:**

Recommendations will be made at the patient's Forensic Staff Conference.

George Strobel, LBSW

2-17-99
Date

Date Dictated: 021/2/99
Date Received: 02/12/99
Date Typed: 02/17/99 GS:pm

__Original - Master File
__Copy - Treatment File

**000332**

LARNED STATE HOSPITAL
Larned, Kansas

SSH 45  EAST II

**PHYSICAL AND NEUROLOGICAL EXAMINATION**

PURKEY, Wesley Ira

**MS-103**

#20,655 DC

Page 1 of 6

Date of Examination: ___2 /4 /99___  Time: __3·25 pm__  Age: __47~__
Vital Signs: Blood Pressure (Right Arm Sitting): _120/70_ Pulse: _68_ Respirations: _18_
(Oral/Rectal) Temperature: _96.7_ *Height: _6'1"_ * Weight: _184_  (* Nursing Notes)

**GENERAL APPEARANCE**

1 Well developed
2 poorly developed
3 Well nourished
4 poorly nourished
5 obese
6 thin
7 cachectic
8 Alert
9 confused
10 apprehensive
11 Cooperative
12 uncooperative
Comments _____
_____
_____

**SKIN**

13 Good turgor
14 poor turgor
15 Good texture
16 dry
17 scaly
18 delicate
19 thick
20 No lesions
21 lesions
22 scars
Comments _Abdomen_
_Superf. Knife wound./Scar_
_Scar on for head_

**HAIR**

23 Normal distribution
24 alopecia
25 scalp
26 eyebrows
27 axilla
28 pubis
29 hypertrichosis
30 face
31 body
32 hirsutism
Comments _____
_____
_____

**NAILS**

33 Normal
34 clubbing
35 brittle
36 ridging
Comments _____
_____
_____

**FACE**

37 No lesions
38 moon
39 dull
40 plethoric
41 acromegalic
Comments _____
_____
_____

**HEAD**

42 Normal scalp
43 Normal skull
44 microcephaly
45 hydrocephaly
46 irregular contour
Comments _____
_____
_____

**EYES**

47 Globes normal
48 absent R
49 absent L
50 exophthalmos
51 hard R
52 hard L
53 Normal lids
54 chalazion R
55 chalazion L
56 xanthoma R
57 xanthoma L
58 blepharitis R
59 blepharitis L
60 ptosis R
61 ptosis L

62 Normal conjunctiva
63 pterygium
64 pterygium L
65 pale conjunctiva
66 Normal sclerae
67 icterus
68 Cornea normal
69 corneal scar R
70 corneal scar L
71 interstitial keratitis R
72 interstitial keratitis L
73 arcus senilis
74 Lens normal
75 cataract R
76 cataract L
77 lens absent R
78 lens absent L
79 Iris normal
80 iritis R
81 iritis L
82 Funduscopic
83 not able to be tested
84 vessels normal
85 tortuosity R
86 tortuosity L
87 A/V nicking R
88 A/V nicking L
89 exudates
90 hemorrhages
91 Discs discrete
92 cupping R
93 cupping L
Comments _____
_____
_____

**EARS**

94 Canal clear
95 filled with cerumen R
96 filled with cerumen L
97 inflamed R
98 inflamed L
99 serous exudate R
100 serous exudate L
101 purulent exudate R
102 purulent exudate L

Original - Master File
Copy - Treatment File

Use page 6 for additional comments and descriptions

000353

## PHYSICAL AND NEUROLOGICAL EXAMINATION (MS-103) - Page 2 of 6

103 Drums normal
104 cannot be visualized R
105 cannot be visualized L
106 erythema R
107 erythema L
108 perforation R
109 perforation L
Comments _____
_____
_____

### NOSE

110 No abnormalities
111 inflamed mucosa R
112 inflamed mucosa L
113 obstruction R
114 obstruction L
115 perforated septum
116 deviated septum
Comments _____
_____
_____

### MOUTH

117 Normal
118 leukoplakia
119 mucosal lesions
120 Gums normal
121 bleed to touch
122 hypertrophy
123 pyorrhea
124 gingivitis
125 Teeth in good repair
125 poor repair
127 edentulous
128 dentures
129 tongue lesions
Comments _____
_____
_____

### PHARYNX

130 Normal
131 inflamed
132 infected
133 Tonsils normal
134 absent
135 enlarged
136 infected
Comments _____
_____
_____

### NECK

137 Supple
138 wry neck
139 limitation of motion
140 tracheal deviation
141 tracheotomy scar
142 nuchal rigidity

Comments _____
_____
_____

### THYROID

143 Non-palpable
144 palpable thyroid
145 diffuse enlargement
146 nodular
147 bruit
Comments _____
_____
_____

### BREASTS

148 No masses
149 mass present R
150 mass present L
151 several masses R
152 several masses L
153 surface lesion R
154 surface lesion L
155 post-op mastectomy R
156 post-op mastectomy L
157 gynecomastia R
158 gynecomastia L
Comments _____
_____
_____

### THORAX

159 Rib cage normal
160 pigeon breast
161 pectus excavatum
162 barrel chest
163 thoracotomy scar
Comments _____
_____
_____

### LUNGS

164 Equal bilateral expansion
165 unequal expansion
    Tactile fremitus:
166 increased R
167 increased L
168 decreased R
169 decreased L
170 Clear to percussion
171 dull R
172 dull L
173 hyperresonant R
174 hyperresonant L
175 Clear to auscultation
    Breath sounds:
176 diminished R
177 diminished L
178 wheezes
179 wet rales
180 musical rales

181 crepitant rales
182 friction rub
Comments _____
_____
_____

### HEART

183 PMI normal location
184 PMI is __cm L of MCL
185 and in __interspace
186 No cardiomegaly
187 heart enlarged __cm
    to L of MCL
188 Regular rhythm
189 rhythm irregular
190 No murmurs
191 systolic murmur
192 mitral area
193 aortic area
194 pulmonic area
195 left sternal border
196 diastolic murmur
197 mitral area
198 aortic area
199 pulmonic area
200 left sternal border
    systolic murmur radiates to:
201 neck
202 axilla
203 loud MI
204 opening snap
205 friction rub
Comments _____
_____
_____

### ABDOMEN

206 Symmetrical
207 asymmetrical
209 obese
209 diastasis recti
210 scar present
211 several scars present
212 tenderness or pain
213 rigidity
214 colostomy
215 Liver non-palpable
216 liver palpable
217 liver is hard
218 liver is tender
219 liver is nodular
220 liver is smooth
221 Spleen non-palpable
222 palpable spleen
223 spleen is hard
224 spleen is tender
225 spleen is nodular
226 spleen is smooth
227 Kidneys non-palpable
228 right kidney palpable
229 left kidney palpable
230 No palpable mass

000334

**LARNED STATE HOSPITAL**
Larned, KS

**PHYSICAL AND NEUROLOGICAL EXAMINATION**
**MS-103**

SSH 45   EAST II

PURKEY, Wesley Ira

#20,655 DC

Page 3 of 6

---

231   palpable mass
232   No hernias
233   inguinal hernia R
234   inguinal hernia L
235   umbilical hernia
236   femoral hernia R
237   femoral hernia L
Comments _____

**BACK**

239   No skeletal abnormalities
239   kyphosis
240   lordosis
241   scoliosis
242   limitation of motion
243   muscle spasm
244   muscle weakness
245   muscle tenderness
246   No CVA tenderness (costal vertebral angle)
247   bony tenderness
Comments _____

**LYMPH SYSTEM**

248   No palpable nodes
249   palpable nodes
250   lymphedema
251   lymphangitis
Comments _____

**VASCULAR**

252   No abnormalities
253   varicosities
254   aneurysm
Comments _____

**EXTREMITIES**

255   No abnormalities
256   Pulses bilaterally equal
257   absent R
258   absent L

259   diminished R
260   diminished L
261   pitting edema
262   non-pitting edema
263   amputation
Comments _____

**BONES AND JOINTS**

264   Within normal limits
265   contracture
266   dislocation
Comments _____

**MALE GENITALIA**

267   Normal male
268   circumcised
269   hypospadias
270   phimosis
271   chancre
272   scar
273   ulcer
274   tumor
275   Testes normal
276   undescended testis R
277   undescended testis L
278   atrophic testis R
279   atrophic testis L
280   absent testis R
281   absent testis L
282   No scrotal mass
283   hydrocele R
284   hydrocele L
285   scrotal mass R
286   scrotal mass L
Comments _____

**RECTAL**

287   Sphincter tone normal
288   sphincter tone lax
289   Small firm prostate
290   prostate enlarged
291   prostate hard
292   prostate soft
293   prostate tender

294   prostate nodular
295   prostate absent
296   No rectal masses
297   mass present
298   fissure
299   fistula
300   pilonidal cyst
301   hemorrhoids
302   hemorrhoidal tags
Comments _____
_Two Keratotic patches on both buttock, possibly by sitting on hard surface._

**PELVIC**

303   External genitalia normal
304   perineum excoriated
305   perineum leukoplakia
306   perineum ulceration
307   perineum atrophic
308   perineum fistulae
309   Vaginal mucosa normal
310   atrophic
311   ulcerated
312   creamy discharge
313   foamy discharge
314   bloody discharge
315   cystocele
316   cystocele
316   rectocele
317   Cervix normal
318   absent
319   erosion
320   tumor
321   infection
322   Uterus normal
323   uterus enlarged
324   descensus present
325   retroverted
326   retroflexed
327   uterine mass
328   pregnant
329   absent
330   Adnexa normal
331   mass present R
332   mass present L
333   tenderness R
334   tenderness L
335   absent
Comments _____

_N/A_

## PHYSICAL AND NEUROLOGICAL EXAMINATION (MS-103) - Page 4 of 6

### NEUROLOGICAL

#### STATE OF CONSCIOUSNESS

336 Alert
337 Hypervigilance
338 Inattentive
339 Lethargic
340 Fluctuating
341 Confusion
342 Comatose
Comments _____
_____
_____

343 Right handed
344 Left handed

#### SPEECH ASSESSMENT

Pitch:
345 Normal
346  too high
347  too low
348  monotonous
349  pitch breaks
350  other:

Loudness:
351 Normal
352  too loud
353  too soft
354  monotonous
355  other:

Rate:
356 Normal
357  too fast
358  too slow
359  uneven
360  other:

Quality:
361 Normal
362  breathiness
363  harshness
364  hoarseness
365  nasality
366  other:

Articulation:
367 Normal
368  general misarticulations
369  other:

Language:
370 Normal
371  no response to examiner
372  brief responses
373  responses gramatically
        incomplete
374  responses slow

375  responses irrelevant
376  lack of spontaneity in
        verbalizations
377  limited vocabulary
378  responses vague or
        ambiguous
379  excessive verbal output
380  other:

Fluency:
381 Adequate or fluent
382  repetitious
383  revisions
384  other:
Comments: _____
_____
_____

### CRANIAL NERVES

I.
385 Sense of smell normal
        (tested with vinegar)
286  anosmia R
387  anosmia L

II.
388 Visual acuity good
        (Snellen's Chart)
389 Vision acuity not able to
        be tested
390  blindness R
391  blindness L
392  impaired vision
393  wears glasses
394 Visual fields full to
        confrontation
395  visual fields loss R
396  visual fields loss L
397  Visual fields not
        amenable to be tested
398 Discs discrete
399  papilledema R
400  papilledema L
401  atrophy R
402  atrophy L

III, IV, and VI:
403 EOM intact
404  EOM defect R
405  EOM defect L
406  nystagmus
407  strabismus R
408  strabismus L
409 Pupils round
410  pupils irregular
411 Pupils equal
412  pupils unequal
413 Pupils react directly and
        consensually to light and
        accommodation
414  no reaction to light R
415  no reaction to light L
416  loss of accommodation R

417  loss of accommodation L

V.
418 Sensations preserved
        over face
419  sensory deficit face R
420  sensory deficit face L
421 Temporal and masseter
        muscles contract
        normally when patient
        clenches teeth
422  temporal and masseter
        muscle weakness R
423  temporal and masseter
        muscle weakness L
424 Jaw jerk normal
425  jaw jerk exaggeration

VII.
426 Able to close eyes tightly
427  unable to close eye R
428  unable to close eye L
429  weakness of eyelid R
430  weakness of eyelid L
431 Taste sensations
        preserved on anterior
        tongue (sweet, salt &
        sour tested with sugar,
        salt, & vinegar,
        respectively)
432  deficit anterior tongue R
        (sweet, salt, & sour)
433  deficit anterior tongue L
        (sweet, salt, & sour)
434 Able to whistle
435  unable to whistle
436 Both corners of mouth
        draw up when patient
        smiles or shows upper
        teeth
437  corners of mouth do not
        draw up R
438  corners of mouth do not
        draw up L
439 Able to inflate mouth with
        air and blow out
440  weakness R
441  weakness L

VIII:
442 Audiogram to be done
443 Hears normally
        (conversational voice at
        12 feet; whispered voice
        at 3-4 feet)
444  deficient hearing R
445  deficient hearing L

IX:
446 Palatal reflex present
        (tickling back of pharynx
        causes reflex contraction
        of the soft palate)
447  palatal reflex absent

000336

**LARNED STATE HOSPITAL**
Larned, KS

**PHYSICAL AND NEUROLOGICAL EXAMINATION**
**MS-103**

SSH 45  EAST II

PURKEY, Wesley Ira

#20,655 DC

Page 5 of 6

| | | |
|---|---|---|
| **X:** | 462 tongue deviates to R | 487 muscle weakness trunk R |
| 448 Swallowing normal | 463 tongue deviates to L | 488 muscle weakness trunk L |
| 449 regurgitation of fluids through nose while swallowing | 464 No wasting of tongue | 489 Sensory system normal |
| | 465 wasting of tongue R | Deficits: |
| | 466 wasting of tongue L | 490 arm R |
| 450 Both sides of palate arch upwards when saying "ah" | Comments _____ | 491 arm L |
| | _____ | 492 leg R |
| 451 palate does not arch R | _____ | 493 leg L |
| 452 palate does not arch L | | 494 trunk R |
| 453 Normal voice | 467 Stands normally | 495 trunk L |
| 454 hoarse and deep | 468 Romberg's sign | 496 Superficial reflexes normal |
| | 469 Gait normal | 497 diminished or absent R |
| **XI.** | 470 ataxic | 498 diminished or absent L |
| 455 Able to shrug shoulders against resistance | 471 plegic | 499 Deep tendon reflexes normal |
| | 472 Parkinsonian | 500 hyperactive R |
| 456 unable to shrug shoulder against resistance R | 473 Coordination normal | 501 hyperactive L |
| | 474 coordination poor | 502 clonus R |
| 457 unable to shrug shoulder against resistance L | 475 cerebellar signs | 503 clonus L |
| | 476 Motor system normal | 504 hypoactive R |
| 458 Able to rotate chin bilaterally | 477 involuntary movements | 505 hypoactive L |
| | 478 tremor: intention | 506 absent R |
| 459 weakness of rotation of chin to opposite side R | 479 tremor: coarse resting | 507 absent L |
| | 480 tremor: fine resting | 508 Babinski's sign absent |
| 460 weakness of rotation of chin to opposite side L | 481 fibrillation | 509 Babinski's sign present |
| | 482 fasciculation | 510 Patient too uncooperative for test |
| **XII:** | 483 muscle weakness arm R | Comments _____ |
| 461 Able to protrude tongue straight | 484 muscle weakness are L | _____ |
| | 485 muscle weakness leg R | _____ |
| | 486 muscle weakness left L | |

Summarize Positive Findings:

*Essentially Healthy*

*scars+*
*Keratitic pattern buttocks 2"x1" on each buttock*

**Diagnostic Impression:** *Normal Physical Exam*

_____
Signature of Physician

NINEETHA. S. FERNANDO MD
Print Name

WP009183

000337

**PHYSICAL AND NEUROLOGICAL EXAMINATION (MS-103)** - Page 6 of 6

Additional Comments or Descriptions:

000338

_____
Signature of Physician

_____
Print Name

**Larned State Hospital**
**Larned, Kansas**
**MS-517**
**BIOPSYCHOSOCIAL ASSESSMENT**

Name:  PURKEY, Wesley
Case No:  20655          Sex:  Male
Ward:  East II - SSH
Adm Date:  2/4/99
Current Date:   2/5/99

Page 1

| INCLUDES ASSESSMENT OF: | | AS APPROPRIATE: |
|---|---|---|
| 1. Emotional/Behavioral Functioning | 6. Family Cultural | 11. Vocational |
| 2. Maladaptive or Dangerous Behavior | 7. Military Service | 12. Educational |
| 3. Environment and Home | 8. Financial Status | 13. Legal |
| 4. Leisure and Recreation | 9. Physical Health | |
| 5. Religion | 10. Sexual Orientation | |

Please Address Each Item and List Problems and Unmet Needs

## ASSESSMENT OF PROBLEMS AND NEEDS

1. Mr. Purkey was cooperative during admission procedures
2. Polysubstance dependence; present legal charges
3. N/A
4. His interests will be assessed on an ongoing bais
5. Roman Catholic
6. N/A
7. None
8. N/A
9. Essentially physically healthy
10. Heterosexual
11. Laborer
12. Two-year junior college degree
13. Admitted from the Wyandotte County District Court, pursuant to KSA 22-3302 and 22-3219

## PATIENT'S ASSESSMENT OF STRENGTHS AND WEAKNESSES

STRENGTHS:  "I don't have any."
WEAKNESSES:  "I don't know."

## PROBLEMS/NEEDS WHICH WILL NOT BE ADDRESSED IN TREATMENT PLAN AT THE CURRENT TIME

Issues not related to the court order of commitment

J. L. Fernando, MD - Team Leader

2.5.99

Date

WP000185

**000339**



LSH 350     Assigned to Dr. Lara                                             Form IM-1500

# FACE SHEET

| PATIENT'S NAME (Last, first, middle) | | INSTITUTION | CASE NO. | ADMITTING WARD |
|---|---|---|---|---|
| PURKEY, Wesley Ira | | Larned St. Hosp. | 20,655 | Pinel |

| PERMANENT ADDRESS | DATE OF ADMISSION | TSF To WARD | DATE |
|---|---|---|---|
| ████ █████ s, Wichita, Kansas 67200 | 12-29-72 | | |

| IN EMERGENCY NOTIFY (Name, address, telephone number, relationship) | |
|---|---|
| Mrs. Carrie Burke (Aunt), ███████████ , Wichita, Kansas 67200 | AM 7-6724 |

| COUNTY OF RESIDENCE | PLACE OF BIRTH | DATE OF BIRTH | AGE & ADMISSION |
|---|---|---|---|
| Sedgwick | Wichita, Kansas | ███ 2 | 20 |

| SEX | RACE | RELIGION | MARITAL STATUS | EDUCATION |
|---|---|---|---|---|
| M | White | Catholic | Never married | 9th grade |

| USUAL OCCUPATION | VETERAN STATUS | REL. TO VET. | CITIZENSHIP |
|---|---|---|---|
| Welder | None | Father a veteran | American |

| TYPE OF ADMISSION | ADMISSION STATUS | SOCIAL SECURITY NUMBER | MEDICARE NUMBER |
|---|---|---|---|
| Voluntary | First | ██████████ | |

| PREVIOUS HOSPITALIZATION (Institution, admission and discharge dates) | Referred By: |
|---|---|
| | Dr. Ibarra<br>Dr. Murphy<br>Social Problem Area |

| ADMISSION DIAGNOSIS *Passive Aggressive Personality w Depressive Features* | ESTABLISHED DIAGNOSIS |
|---|---|
| PSYCHIATRIC | PSYCHIATRIC *Confirmed* |
| SOMATIC *Healthy Male* | SOMATIC *Confirmed* |

| ADM. DATE | DISCH. DATE | M & S SECTION DIAGNOSIS |
|---|---|---|
| | | |
| | | |
| | | |

**TREATMENT SUMMARY:** (Change in status, special procedures, comments, assigned to)

| Date | Comments |
|---|---|
| 2-2-73 | *Transferred to Voc Rehab.* |

**RECORD OF RELEASES:** (Continue on back, if necessary)

| Type of Leave | Condition | Date Out | Date Return | Days Absent |
|---|---|---|---|---|
| Temp. Visit | | 2-17-73 | 2-18-73 | |
| " " | | 3-2-73 | 3-5-73 | |
| " " | | 3-16-73 | | |
| " " extended | | 3-30-73 | | |
| *Discharge* while on Temp Visit | | 4-13-73 | | |

CHART STRIPPED
DATE 2-21-89

**DEATH, DISCHARGE OR DISMISSAL** (Net Length of Hospitalization) _____ Years _____ Days

**CAUSES OF DEATH** (As recorded on death certificate) _____

WP900186

**000340**

(OVER)

## REFERENCE ADDRESSES AND RELATIONSHIP

SPOUSE: None
_____Name_____Address_____

MOTHER: Velma Purkey, 330 South Charles, Wichita, Kansas
_____Name_____Address_____Birthplace

FATHER: Jack Purkey, 1302 South Topeka, Wichita, Kansas
_____Name_____Address_____Birthplace

CHILDREN: None
_____Name_____Address_____

_____Name_____Address_____

_____Name_____Address_____

_____Name_____Address_____

BROTHERS AND SISTERS: Gary Purkey (presently in jail in Wichita. Did not live at home

while out of jail.)

OTHERS INTERESTED

161-b

WP000187

**000341**

IM-1503 Rev. 10-69
LSH-360-Rev.

# RELEASE SUMMARY

## LARNED STATE HOSPITAL
Larned, Kansas

IDENTIFYING INFORMATION:                    BUILDING Voc.Rehab.
                                                     Pinel

Name  PURKEY, Wesley Ira      Age 20   Race White   Case Number  20,655

Marital Status  Never Married          Occupation  Welder

admitted to the Larned State Hospital for the 1st time from Sedgwick

County on  12-29-72                on a  Voluntary            basis
           (date of admission)             (type of admission)

DATE & TYPE OF RELEASE Temp. Visit 3-16-73; Extended 3-30-73
                       Discharged while on Temp. Visit: 4-13-73

The attending physician was  D. H. Davis, M. D.            and the final

diagnoses were:  PHYSICAL  Healthy Male


                 PSYCHIATRIC Passive Aggressive Personality with
                             Depressive Features.


## REASON FOR ADMISSION:

According to the patient's parole office, Mr. Robert Lindt, Wichita, the
patient was having problems while serving parole for burglary, first
degree.  After several incidents including a charge of joy riding, the
parole board gave Wes a choice to enter Larned State Hospital and obtain
vocational training or have his parole revoked.  He chose to enter the
hospital.


## PERTINENT FINDINGS AT THE TIME OF ADMISSION:

1. Physical examination  ht 6'1" wt 173, T 98.6 P 100, BP 130/70
scar forehead. Tattoo forearms.


2. Routine laboratory, X-ray and Special Examinations :VDRL:  Non-Reactive
BLOOD MORPHOLOGY:  Hgb. 15.4, MCHC 35.5, WBC 7,100, Hematocrit 43%,
Count 100, Baso. 1, Eosins. 1, Stabs. 2, Segs. 56, Lymphs. 40  BLOOD SUGAR:
2 hr pc 77, BUN 7.0, URINALYSIS:  Color - yellow, Character - hazy,
Reaction 6.0, Specific Gravity 1.023.WBC 10-12-/hpf, Ep.Cells 1-2/hpf,
3. Psychiatric examination
Wesley was cooperative, well oriented as to time, place and person.  His
thought content was centered with his problems with the law.  He was some-
what depressed.  He evidenced poor judgment and has some difficulties in
accepting responsibilities.  No distortions of perception or hallucinatory
experiences could be elicited.  His memory seemed to be preserved for all
events and his intelligence seemed to be in the average range.  His thought
process was logical, coherent and in relation to his hospitalization and hi

(continued on page two)                              Cont'd.

WP000188

000342

PATIENT'S NAME___ Purkey, Wesley I._____CASE NO.20,655___

ROUTINE LABORATORY:  Bacteria - occ., Yeast 1+. Normal Chest.

PSYCHIATRIC EXAMINATION:  Continued from Page 1

problems with the law.  His mood was appropriate to the situation.
He admitted having severalb problems with the law and admitted to being
jailed twice after he left KSIR because of drinking problems.

000343

RELEASE SUMMARY - Continued                                          LSH-360 A

PATIENT'S NAME   Purkey, Wesley I. CASE NO. 20,655

TREATMENT PROGRAM: (Include patient's response, complications, consultations, etc.)

Wesley Perkey entered T.O.W.E.R. January 15, 1973 completing January 19, 1973
He completed 6 vocational evaluations in 4 days. The Kuder Personal and
the Kuder Vocational Preference tests, Bass Orientation Inventory, and the
G.A.T.B. were not given due to his low reading level of 6.2. The clerical
and electronics evaluations were above average. The machine shop, and
sewing machine evaluations were average. The drawing and workshop assembly
were below average. He has a fair spectrum of vocational potential,
providing his poor listening habits and motivation improve.
Wes participated in the Resocialization Class from 2-5-73 to 3-2-73. The
instructors report stated that he participated in class discussions tho
at times it seemed quite superficial. He did well in all didactic material,
attended classes regularly, and his grooming was good. Wes was placed on
a work evaluation at the Laundry and it was reported that he was a good worker
even though he did not particularly like the job.

CONDITION ON TERMINATION: (include reason for release; type of release; name, address and
relationship of relative assuming responsibility; amulation;
self-care; ability to work.)

Wesley Perkey is ambulatory, capable of taking care of his personal needs

and working. He was placed on Temp. Visit 3-16-73; Extended 3-30-73
and Discharged while on Temp. Visit 4-13-73. He left the Vocational
Rehabilitation Unit for employment as a Welder with the Maywrith Company,
Dodge City, Kansas. He is residing at the Osage Apartments, 504 1st St.
Dodge City, Kansas

RECOMMENDATIONS: (Instructions for continued care; other therapeutic measures besides
medication; referrals and plans for follow-up.)

Financial assistance and follow up services will be provided by

Vocational Rehabilitation. Vivien Hanna is the Vocational Rehabilitation
Counselor.

MEDICATIONS ON RELEASE: (Name and Dosage)   Sinequan - 25 mg. tid

DATE  5-4-73         UNIT SUPERVISOR

ATTENDING PHYSICIAN  DH Davis m.D    APPROVED  5-4-73
                                                Section Chief

WP000190
000344

Dict: DHD  4-27-73
Typed: dc  5-3-73

LSH-365

## SUMMARY OF HOSPITALIZATION
## LARNED STATE HOSPITAL
Larned, Kansas

CASE SUMMARY

IDENTIFYING INFORMATION:

Name ____ PURKEY, Wesley Ira ____  Age __21__  Race __White__  Case No. __20,655__

Marital Status __Never Married__  Occupation __Welder__  Religion __Catholic__

admitted to the Larned State Hospital Adult Unit #1 ____ , __Pinel__ , for the __first__ time
(section)                           (building)

from __Sedgwick__ County on __12-29-72__ on a __Voluntary__ basis
(date of admission)          (type of admission)

Patient's status was changed to _____ on _____ .

REASON FOR ADMISSION:

According to the patient's parole officer, Mr. Robert Lindt, Wichita, the patient was having problems while serving parole for burglary, first degree. After several incidents including a charge of joy riding, the parole board gave Wes a choice to enter Larned State Hospital and eventually obtain vocational training or to have his parole revoked. The patient chose to enter Larned State Hospital.

HISTORY OF ILLNESS: The patient had never been in any mental hospital until his present admission to Larned State Hospital. In the past few years he was arrested on 8-12-69 for burglary and attempted rape; 3-2-70 for burglary and larceny; 4-9-70 for burglary and attempted rape; and 7-29-70 for kidnap and attempted rape. We do not have the disposition of these charges available. WEsley's first felony as an adult was burglary, 1st degree for which he was sentenced 10-21 on 9-1-70 by the Sedgwick County District Court. On 10-12-70 he was admitted to KSIR and on 10-22-70 was transferred to Kansas State Reception and Diagnostic Center for evaluation. Prior to the completion of his evaluation he was returned to the county by court order, on 11-2-70. Subsequently he

000345

1 of 4

LSH-365

# SUMMARY OF HOSPITALIZATION
## LARNED STATE HOSPITAL
Larned, Kansas

CASE SUMMARY, continued:
Page ___2___

Name ___PURKEY, Wesley Ira___
Case No. ___20,655___ Section Adult Unit # 1
Building ___Pinel___

~~REASON FOR ADMISSION SERVICES~~ HISTORY OF ILLNESS(continued):

was readmitted to KSIR on 3-11-71 and on 4-1-71 was transferred to Kansas State Reception

and Diagnostic Center. He was given the diagnosis of Schizophrenia Reaction, Schizo-

Affective Type, Depressed, superimposed upon a pre-existing antisocial personality charac-

terized by selfishness, callousness, irresponsibility, impulsiveness, and the inability

feel guilt or learn from experience and punishment. He was released on parole 7-18-72.

His progress was very poor. On 10-4-72 he was placed in the halfway house in order to

have a more structured environment until he became fully employed, which he never did.

On 12-5-72 he went to his mother's house and took her car without permission. She filed

a complaint against him for auto theft, which was reduced to joy riding. On 12-15-72 he

pled guilty and received a sentence of 30 days and a $50.00 fine. These were suspended

on the condition that he voluntarily submit himself to Larned State Hospital for evalua-

~~BACKGROUND INFORMATION:~~ tion and treatment. Also, the patient's parole officer states

that he is hoping Wesley will receive Vocational Rehabilitation training while at Larned

State Hospital and will be encouraged to seek employment in some area other than Wichita

after discharge.

BACKGROUND INFORMATION

The family background prior to and during the patient's childhood has been extremely

chaotic. The patient's father and mother were married and divorced one month later in

1943. In 1944 the patient's mother married another man. The patient's half-brother,

Gary Purkey, was born to this union on 5-20-48. In 1951 the patient's mother divorced

her husband and remarried her first husband. Wesley was the only child born to them,

WP000192
000346

C A S E   S U M M A R Y

Re: PURKEY, Wesley Ira

Page: IIa.

BACKGROUND INFORMATION(continued):

but his father adopted Gary.  Wesley was born, healthy, on 1-6-52.  His development was within normal limits.  He began stuttering at a very early age and received speech therapy at the Institute of Logopedics in Wichita, Kansas, during his early school years.  Also, prior to his school years, according to his aunt, he experienced what she described as polio, which affected the use of one leg.  He got along well within the family setting during his early childhood.  In 1962, when Wesley was 10 years old, his mother again divorced his father.  The mother was employed and became neglectful of the children.  According to the aunt, the mother became openly promiscuous and often brought her male friends into the home for sexual situations.  The patient's father and mother both were always very heavy drinkers and the mother continued to have drinking problems.  Therefore, Mrs. Burke, a great aunt who had lived with the family for several years, asked Wesley's mother to leave the home, which she did.  When Wesley was approximately 14, the court appointed his aunt as his legal guardian, as the whereabouts of the father were unknown.  Wesley attended school thru the 8th grade, making average and below average grades.

During the 8th grade he was referred to the Wichita Psychiatric Center for evaluation because of his truancy and antisocial behavior at school, and primarily because of his physical complaints of headaches and dizziness for which his family physician could find no organic basis.  He was subsequently admitted to St. Francis Hospital where a complete diagnostic checkup revealed that he was experiencing a serious personality disorder, centering around a psychosexual problem of identification.  The recommendation was made that he be sent to BIS, but this was not carried thru.  Therefore, Wesley began psychotherapy on an outpatient basis with Dr. F.C. Newsom in Wichita, Kansas.  He was then referred to Dr. Paul G. Murphy, Ph.D.(Psychologist) where he remained in psychotherapy until his offense in 1970.  Wesley also reports being in Lake Afton Boys Ranch for joy riding, car theft, etc".  We have requested information from them but it has not yet been received.  After he quit school prior to completing the 9th grade, he

WP000193
**000347**

<u>BAC KGR OUND INFORMATION</u>(continued):

entered Wichita Auto Mechanics School, which he attended for a short period of time.
He took the GED while at KSIR but missed passing by 2 points. Wesley's work experience
has consisted of unskilled, short-term, and odd jobs for very short periods of time.
He was employed at Wesley Hospital in Wichita, Kansas as a housekeeping technician
from 1-6-70 to 1-13-70. He voluntarily terminated this job, as he does most jobs, by xim
simply not reporting for work. They indicated that they might consider him for re-em-
ployment in the future if work were available. Wesley has never been married. He
would like to enter the military but his parole officer says not until his parole ends
in 7-1974. His health history includes a head injury which he sustained from an auto
accident in 1968, subsequent to which he was treated at St. Francis and St. Joseph
Hospital in Wichita. He denies excessive use of alcohol but says that when he does
drink it can become a problem. He admits to trying speed, marijuana, and hash at
parties. His half-brother, Gary is presently in the county jail for robbery. He
has served 1 year at KSIR for forgery, 2nd degree and attempted burglary and 1 year
at KSP for burglary.

Wesley's future plans include aide training at Vocational Rehabilitation and eventually
job placement in some area other than Wichita. His parole officer asks that he not be
returned to Wichita, indicating that Wesley gets along better away from his mother.
The parole officer related the following incident to this social worker, as an example.
On Christmas Eve, 1972, patient's mother brought a bottle of whiskey to his residence.
She talked him into drinking with her until he passed out. Then she went to the hospital
and accused him of raping her. The police talked with Wesley, but did not pursue
the charge, as the mother denied it when sober. Therefore, the parole officer, too,
wishes that Wes could work in Dodge City or elsewhere after his discharge from Larned
State Hospital.

KB:ccw
Dict,typed:1-10-73

Katherine Busse
Social Worker

000348

## SUMMARY OF HOSPITALIZATION
## LARNED STATE HOSPITAL
Larned, Kansas

**STAFF CONFERENCE NOTE**

Page __1__

IDENTIFICATION:

Patient _____ PURKEY, Wesley _____  Case Number __20,655__  Section & **Adult Unit # 1** Building _ **Pinel Bldg.**

Date of Staffing _____ 1-12-73 _____  Attending were **Marcos Lara, M.D.; Robert Yohman,**

**Psychologist: Katherine Busse, Social Worker; Kathleen Garner, PA I; Dorothy Young,**

**Adj. Therapist.**

ADDITIONAL INFORMATION NOT INCLUDED IN CASE SUMMARY:

The patient is attending his assignment regularly. He also is quiet and cooperative

on the ward but he does not socialize with the other patients and could be considered

a loner.

SIGNIFICANT OPINIONS OF PARTICIPATING STAFF MEMBERS:

The patient seems to be an immature dependent individual who has some difficulty in

accepting responsibilities. He has a long record of inappropriate and illegal behavior.

**000349**

LSH-3190

## SUMMARY OF HOSPITALIZATION
## LARNED STATE HOSPITAL
### Larned, Kansas

STAFF CONFERENCE NOTE, continued:

Page ___2___

Name ___PURKEY, Wesley___

Case No. ___20,655___

Section & Bldg. ___Adult Unit#1, Pinel Bldg.___

PROGNOSIS:

___Good.___

RECOMMENDATIONS:

1. He will be referred to Vocational Rehabilitation for TOWER testing to decide future placement.

ESTABLISHED DIAGNOSIS:

a. Physical ___Healthy male.___

b. Psychiatric ___Passive Aggressive Personality with Depressive Features.___
(Use official diagnostic nomenclature with code number)

Completed by:

| | | | |
|---|---|---|---|
| Robert Yohman | Katherine Busse | Kathleen Garner | Dorothy Young |
| Psychologist | Social Worker | P A I | Adj. Therapist |
| (Title) | | | |

Ward Physician    Marcos Lara, M.D.

**000350**

Date ___1-12-73___

ML:ccw    Dict: 1-12-73;typed:1-29-73

2 of 2

LSH-365

SUMMARY OF HOSPITALIZATION
LARNED STATE HOSPITAL
Larned, Kansas

CASE SUMMARY, continued:

Page___3___

Name_____PURKEY, Wesley_____

Case No.___20,655_____Section Adult Unit # 1

Building_____Pinel_____

SUMMARY OF MEDICAL HISTORY:

He has had the usual childhood diseases without complication. According to the patient he had meningitis when he was about 4 years old. He has a history of being unconscious twice for short periods of time. Tonsillectomy. Had a high fever when he was a child.

EXAMINATIONAL DATA:

a. Physical & Neurological Examinations:__ No pathological significant findings.____

b. Laboratory, X-ray & Special Examinations:__2hr pc blood sugar 77, BUN 7.0, Hgb. 15.4, MCHC 33.5, Hct. 43%. Urinalysis showed yellow color, hazy character, reaction 6.0, Albumin, Sugar and Acetone negative, WBC 10-12/hpf, bacteria occasional, occult blood negative. Serology was non reactive. Chest xray was reported as normal chest.

c. Psychiatric Examination:__ Mr. Purkey is a 20 year old white male, single, Catholic, welder, with a ninth grade education who was admitted to this hospital on a voluntary basis because he was drinking and acting in a bizarre way in the community. Upon his admission he was cooperative, well oriented as to time, place and person. His thought content was centered in his problems with the law. He was somewhat depressed. He seemed to be a dependent individual who evidenced a poor judgment and now has some difficulties in accepting responsibilities. He admitted to being in KSIR for two years for burglary; he

000351

<u>C A S E   S U M M A R Y</u>

Re: PURKEY, Wesley

Page: 4a.

<u>PSYCHIATRIC EXAMINATION</u>(<u>continued</u>):

ing responsibilities; however, he is quiet and cooperative on the ward.  He is

attending his assignment regularly but he does not socialize very much with the

other patients.

000352

**SUMMARY OF HOSPITALIZATION**
**LARNED STATE HOSPITAL**
Larned, Kansas

CASE SUMMARY, continued:

Page  2  4

Name _____ PURKEY, Wesley _____

Case No. __20,655__ Section Adult Unit # 1

Building ____Pinel____

c. Psychiatric Examination, continued also admitted to having been in jail two times after he

left KSIR on 7-18-72 for drinking problems. He was placed on the following medication

upon admission: Sinequan 25mg TID, Thorazine 100mg q6h prn for agitation, Thorazine 50mg

IM prn once a day AM or PM if patient refuses his regular medication. Prior to the staff

he was interviewed and he appeared clean in person and dress, long-haired, cooperative,

well oriented as to time, place and person; no distortions of perception or hallucinatory

experiences could be elicited. His memory seemed to be preserved for all the events and

his intelligence seemed to be average. His thought process was logical, coherent, was in

relation to his hospitalization and his problems with the law. His mood was appropriate

to the situation. He admitted having been having several problems with the law and also

he admitted to being jailed twice after he left KSIR because of drinking problems. Mr.

Purkey seems to be a very dependent individual, immature, with some difficulty in accept-
(see attached sheet)

DIAGNOSTIC IMPRESSION:

a. Physical ____ Healthy male. _____

b. Psychiatric ____ Passive Aggressive Personality with Depressive features. _____

RECOMMENDATIONS:

To be made at Staff Conference. _____

Pages 1 & 2
Completed by: _____
Katherine Busse
Social Worker

_____, M.D.
Ward Physician   Marcos Lara, M.D.

(Title)

Date _____

000353

Date ____ 1-12-73
ML:ccw   Dict: 1-12-73;typed:1-29-73

4 of 4