### Declaration of Dion Leiker

I have known Wes Purkey for 25 years. Wes was possibly the only true friend that Duane, (my brother) had at the time of his death. When Duane was murdered, Wes called my father, Floyd Bose, and told him that he had heard another inmate bragging about the murder. At that time my father was Sheriff of Smith Center, KS. He held that position for many years. And I was a Deputy Sheriff. My dad went down to Hutchinson, where Wes was incarcerated, and talked with him about what Wes had heard. Wes explained that Duane had gotten involved with drug traffickers. They killed his wife, who was six months pregnant at the time, and were planning on taking the insurance money. Duane wanted out of the drug trade, but they would not allow it, he was in too deep. Duane went to California, and these men told him that they would kill his family in the same way they had killed his wife. They killed him and left his body in a swamp in Florida. Were it not for Wes coming forward with what he had heard, my family would have no closure. We would never have known what happened to my brother. Wes was punished mightily in prison for coming forward with the truth. My father helped him get transferred to Lansing, thinking that it would be safer than Hutchinson. But in Lansing he was later stabbed seven times. I believe that he was stabbed because he helped my family.

Wes and I have written one another on and off ever since then. He is a very compassionate person, who cares a great deal for others. He cares more than anything for his daughter. He put me in contact with her because he felt that she really needed more people like me in her life. Her mother is a very negative force in her life. She resurfaces in Angie's life and tortures her emotionally.

I have never known Wes on the streets, and I have never known him on drugs. I believe that he is a very different person when he is on drugs. I do not agree with the crime that he committed, but I also believe that drugs played a major part in it. I know that he was desperately seeking help from his parole officer to clean up and quit using drugs. Wes knew that he was losing control, and his parole officer ignored his pleas for help. As a long time member of law enforcement, that really upsets me. I worked in law enforcement for most of my life. My father was the sheriff while I was growing up. I started riding with him in his patrol car when I was 18. About that time, I started as a dispatcher. I was also a matron, and a deputy. I worked in law enforcement for 12 years.

I think Wes' mental problems, as well as his drug problems, are related to his childhood. Wes is very emotional and unstable. He reminds me of an aunt who would become very manic at the drop of a hat, anything could set her off. We found out that my aunt had a brain aneurysm. I always wondered if Wes had some sort of brain injury like that. He gets so worked up sometimes, and I know that it is frustrating for him, because he doesn't know why. When I found out that he was in a terrible car accident in 1968, it made sense to me. I could always tell that something was wrong, his thinking patterns seemed disjointed, and his mannerisms were off sometimes. Sometimes it was as if he was unable to reason. He also has constant severe headaches, like my aunt used to have. They're not like migraines, they're always present.

His parents were really awful to him and I think that has a lot to do with his psychological problems as well. His father beat the daylights out of both Wes and his brother, and their mom. Wes' brother, Gary, got the tar beat out of him as well, until he was old enough to get out of that house, and away from their parents. One of the worst stories that Wes ever told me about his father, was that when he was very young he saw his father dragging his mother by her hair down the hallway completely naked. When Wes tried to stop his father, his father turned his rage on him.

Wes' mother molested him for years. She would force him to have sex with her. She forced him to touch her and do things to make her feel good. Wes was less than ten years old at the time. He avoids talking

1

000354

about the intimate details, because it's really hard for him. When he tries to talk about it, he becomes very emotional and starts stuttering really badly. He opened up to me about this to help me understand what my grandson was going through, after he was molested by his father. My grandson now lives with me and I have had difficulty addressing and understanding some of his behavioral problems. For example, my grandson was having trouble with hygiene. Wes told me that this was directly related to the sexual molestation, and encouraged me to do some research on the subject. I went to the mental health center, and learned that many of the behaviors my grandson was displaying were a direct consequence of the sexual exploitation he had endured. Wes has helped me to understand what was going on, and now I can better help my grandson.

This is not the only time that Wes has helped me through a difficult time. Last year my daughter took her own life. Wes was my only source of emotional support. I have always been the strong one for my family, and when my daughter died, I had no one to lean on. Through his letters, Wes offered me comfort, support, reassurance, and understanding. I felt horribly guilty, and deeply sad. He was a good listener, and he never shied away from talking to me about her death. He is a very compassionate person, and he really helped me get through that time in my life. Wes is very strong in his faith, he believes that God saved his life. We write to one another about our faith, about our grandkids, and about what is going on in our lives.

Wes probably saved my life in 1983. I was in an extremely violent marriage and was being abused on a weekly basis. I was far too ashamed to tell my family or anyone else, except Wes, in my letters. He was my only outlet. Then I got the letter from Wes that changed everything. I remember it like it was yesterday. He said that if I didn't tell my dad what was happening to me and get out of there, he was going to and he had the letter to my dad already written to mail the day after he mailed the one I was reading. He forced my hand and I called my dad that day. Within a few days of that letter, my kids and I were safely in a house 300 miles from my husband and I was granted an emergency divorce within 30 days. I honestly believe that my husband wasn't far from coming home drunk and killing me by the time I got out of there. If not for Wes, I probably wouldn't be here today raising my grandson.

I would have testified on Wes' behalf, but his attorney never called me. Wes and I were not in touch at that time, but I would have been easy to find. Wes told me that he asked Fred Duchardt, his attorney, multiple times to contact me or my father. My father, who was still sheriff at the time, had lived in the same home since I was eleven years old. He's had the same address and phone number for 40 years. We both would have been easy to find, and willing to testify. I even called Fred multiple times after the trial, because I was very concerned about Wes, who was not receiving medication at Terre Haute. Fred never asked me if I would have been willing to testify. I am very grateful for what Wes did for my family and I appreciate how he has been there for me. I believe that Wes is a good person, who is compassionate, loyal and caring. I would have happily come to court and told that to the jury.

I declare, under penalty of perjury, that the foregoing declaration is true and correct to the best of my knowledge

Signed this _15_ day of October, 2007.

_Dion Leiker_
Dion Leiker

2

000355

REDMOND, FRIZZELL, SETTER & GROVES
ATTORNEYS AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                  Plaintiff,

   -vs-

JACK W. PURKEY,

                  Defendant.

B10040

Case No. _____

## P E T I T I O N

For cause of action against the above named defendant, plaintiff alleges and shows to the court:

1. That she is now and has been for more than one year next preceding the filing of this petition an actual bona fide resident of the state of Kansas and that she is now a resident in good faith of Sedgwick county, Kansas. That the defendant resides in and can be personally served with summons in Sedgwick county, Kansas.

2. Plaintiff and defendant were united in marriage on the 2nd day of June, 1950, at Wichita, Kansas, and have been since said time and are now husband and wife; that there have been born to plaintiff and defendant as the fruits of said marriage two children, to wit: Gary Milo Purkey, age 13, and Wesley Ira Purkey, age 9. That plaintiff has performed each and every duty devolving upon her as the wife of said defendant, but said defendant, disregarding his duties and marriage vows, has been guilty of extreme cruelty toward plaintiff.

3. That plaintiff now has the custody and care of said minor children, and that defendant is an unfit person to have their care or custody or control.

4. That plaintiff and defendant have accumulated by their joint efforts and are now the owners of certain personal property, consisting of a 1946 Dodge Automobile, and household goods and furnishings, upon which there is a mortgage at All State Finance Company, 145 North Market, Wichita, Kansas, in the original amount of $500.00, and that the payments are $17.71 per month.

That the defendant is a strong, able-bodied man, capable of earning and is earning the sum of $550.00 per month and is employed at Boeing Airplane Company at Wichita, Kansas; that plaintiff has no means and no income of her own with which to support herself and minor children and is wholly dependent upon the defendant for support.

000356



Wherefore, plaintiff prays that the court issue an Order of Separate Maintenance between plaintiff and defendant, and that she be allowed alimony, both temporary and permanent, and also be allowed suit money and attorneys fees pending this action; that she be granted the care, custody and control of said minor children, and child support for them, and that she have a Restraining Order against the defendant, and that she have judgment for attorney fees and costs against the defendant and such other and further equitable relief as to the court may seem fit and proper.

Owen J. Redmond, Jr.
Attorney for Plaintiff

000357



STATE OF KANSAS        ]
                       ]  ss:
COUNTY OF SEDGWICK     ]


        VELMA LOUISE PURKEY, of lawful age, being first
duly sworn upon her oath, deposes and says:

        That she is the plaintiff above named, that she
has read the above and foregoing attached Petition for
Separate Maintenance, for child custody, child support
and support money, equitable division of property, court
costs and attorneys fees, and that the same is true and
correct to the best of her knowledge and belief, and fur-
ther because of her poverty she is unable to give security
for costs.


                                    *Velma Louise Purkey*
                                    Velma Louise Purkey


        Subscribed and sworn to before me, this _16_ day of
July, 1961.


                                    *Carolyn M. Stands*
                                    Notary Public


My Commission Expires

April 8th, 1964.

000358



PRECIPE FOR SUMMONS                              Case No. B10040

District Court of Sedgwick County, Kansas

Velma Louise Purkey,
                                        Plaintiff,

        vs.
Jack W. Purkey
                                        Defendant.

TO THE CLERK OF SAID COURT:

ISSUE SUMMONS in the above entitled cause, returnable according to law and direct the same to the sheriff of Sedgwick County, State of Kansas, to or for the defendants

Jack W. Purkey,        ▬▬▬▬▬▬▬▬▬, Wichita, Kansas

Amount claimed $ _____, and ____ % interest from _____ day of _____

Action brought for _____ Separate Maintenance, child custody and support, Equitable division of property, Alimony, Attorney's Fees and Costs, and Restraining Order

Dated 10th day of July, A. D. 19 61

                                        Attorney for Plaintiff.

Summons issued _____ 19 ____

By _____

000359



REDMOND, FRIZZELL, SETTER & GROVES
ATTORNEYS AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                Plaintiff,

     -vs-

JACK W. PURKEY,

                Defendant.

Case No. B 10040

## RESTRAINING ORDER

NOW, on this 10th day of July, 1961, the same being a regular judicial day of the April, 1961 term of this court, this matter comes on for hearing upon the sworn petition of the plaintiff herein, asking the court for a Restraining Order against the defendant, support money, attorneys fees and costs, child custody, and the Court being fully advised in the premises, makes the following Order:

The Court finds that the plaintiff should be granted the care, custody and control of the said minor chiltren, to-wit: Gary Milo Purkey, age 13, and Wesley Ira Purkey, age 9; and that the defendant should pay to plaintiff the sum of $75.00 twice a monthas and for child support, for the support and maintenance of the said minor children of the parties.

The Court further finds that the defendant should be enjoined and restrained from entering in or upon the premises wherever the plaintiff may be living, and more particularly at 237 North Clarence, Wichita, Kansas, or molesting the plaintiff in any way, during the pendency of this action.

It is therefore considered, ordered, adjudged and decreed by the court, that the care, custody and control of the said minor children, Gary Milo Purkey, age 13, and Wesley Ira Purkey, age 9, be given to the plaintiff during the pendency of this action, or until the further Order of the Court.

IT IS FURTHER ORDERED BY THE COURT, that the defendant herein be restrained and enjoined from interfering with the care, custody or control of the said minor children of the parties during the pendency of this action, or until the further order of the Court.

000360



IT IS FURTHER ORDERED that the defendant be, and he is ordered to pay to plaintiff's attorney, Owen J. Redmond, Jr., the sum of $200.00 forthwith as temporary attorneys fees, and the sum of $15.00 forthwith to the Clerk of the District Court to cover Court costs deposits for this action; the defendant is further ordered to pay to said Clerk for the support and maintenance of the said minor children, the sum of $75.00 on the 15th and 30th of each month, commencing July the 15th, 1961, for the support of the minor children of the parties, to-wit: Gary Milo Purkey, age 13 years, and Wesley Ira Purkey, age 9 years, and a like sum on the 15th and 30th of each month thereafter, until the further order of this Court.

IT IS FURTHER ORDERED, that the plaintiff be and she is hereby given the use of the household goods and effects of the parties located at 237 North Clarence, Wichita, Sedgwick County, Kansas, during the pendency of this action.

IT IS FURTHER ORDERED that the defendant make the payments on the loan to All State Finance, 145 North Market, Wichita, Kansas, in the amount of $17.71 per month during the pendency of this action until the further order of the Court, and that defendant be granted the possession of the 1946 Dodge automobile until the further order of this Court, and his personal clothing and effects.

IT IS FURTHER ORDERED BY THE COURT, that the defendant be and he is hereby enjoined from disposing of any of the personal effects or personal property of the parties during the pendency of this action.

IT IS FURTHER ORDERED that the Sheriff of Sedgwick County, Kansas, be and he is hereby ordered to serve a certified copy of this order and summons upon the defendant personally at his place of residence 237 North Clarence, Wichita, Kansas, and make due and proper return of the same.

JUDGE

Deft earns 550 per mo

Pltf does not work

SUBMITTED BY:

By: _____
Owen J. Redmond, Jr.
Attorney for Plaintiff

000361

SUMMONS — Case No. B10040

STATE OF KANSAS
COUNTY OF SEDGWICK } ss.

Plaintiff Velma Louise Purkey
Defendant Jack W. Purkey

THE STATE OF KANSAS TO THE SHERIFF OF SEDGWICK COUNTY, GREETINGS:

YOU ARE HEREBY COMMANDED TO NOTIFY

Jack W. Purkey, 237 North Clarence, Wichita, Kansas

That he has been sued together with by Velma Louise Purkey in the District Court, Eighteenth Judicial District, State of Kansas, sitting within and for the County of Sedgwick, and that he must answer the petition filed against him in the Clerk's Office of said Court, on or before the 9th day of August A. D. 19 61, or such petition will be taken as true and judgment rendered accordingly. The Sheriff will make due return of this summons on or before the 20th day of July A. D. 1961.

WITNESS MY HAND, and the seal of said Court, at my office in the City of Wichita, in said County of Sedgwick, the 10th day of July A. D. 19 61.

HARRIET GRAHAM, Clerk of the District Court,

By Vi Rieg
Deputy

(SEAL)

Suit brought for separate maintenance; child custody and support; equitable division of property; alimony; attorney's fees and costs; and restraining order

Amount Claimed $ and % interest from day of

and for costs of this action.

Owen J. Redmond, Jr.
Attorney for Plaintiff

SHERIFF'S RETURN

STATE OF KANSAS
SEDGWICK COUNTY } ss.

Received this writ 7-10, 19 61 and as commanded therein, I summoned the following persons, of the defendants within named, at the times following to-wit:

Jack W. Purkey 7-10, 19 61

by delivering to each of said defendants, personally, in said county, a true copy of the within summons with all the endorsements thereon.

And I summoned in said county the following persons, of the defendants within named at times following, to-wit:

by leaving at the usual place of residence of each of said defendants, a true copy of the within summons with all the endorsements thereon.

The following persons, of the defendants within named, not found in said county:

Serving first person $ .50
Serving copies
Not found
Necessary Mileage at 5c .35
TOTAL $ .85

DENVER BLASE
SHERIFF

SHERIFF

DEPUTY

000362



REDMOND, FRIZELL, SETTER & GROVES
ATTORNEYS AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                                    Plaintiff,

        -vs-                                        Case No. D-10040

JACK W. PURKEY,

                                    Defendant.

RESTRAINING ORDER

NOW, on this 10th day of July, 1961, the same being a regular judicial day of the April, 1961 term of this court, this matter comes on for hearing upon the sworn petition of the plaintiff herein, asking the court for a Restraining Order against the defendant, support money, attorneys fees and costs, child custody, and the Court being fully advised in the premises, makes the following Order:

The Court finds that the plaintiff should be granted the care, custody and control of the said minor children, to-wit: Gary Milo Purkey, age 13, and Wesley Ira Purkey, age 9; and that the defendant should pay to plaintiff the sum of $75.00 twice a months and for child support, for the support and maintenance of the said minor children of the parties.

The Court further finds that the defendant should be enjoined and restrained from entering in or upon the premises wherever the plaintiff may be living, and more particularly at 237 North Clarence, Wichita, Kansas, or molesting the plaintiff in any way, during the pendency of this action.

It is therefore considered, ordered, adjudged and decreed by the court, that the care, custody and control of the said minor children, Gary Milo Purkey, age 13, and Wesley Ira Purkey, age 9, be given to the plaintiff during the pendency of this action, or until the further Order of the Court.

IT IS FURTHER ORDERED BY THE COURT, that the defendant herein be restrained and enjoined from interfering with the care, custody or control of the said minor children of the parties during the pendency of this action, or until the further order of the Court.

000363



IT IS FURTHER ORDERED that the defendant be, and he is ordered to pay to plaintiff's attorney, Owen J. Redmond, Jr., the sum of $200.00 forthwith as temporary attorneys fees, and the sum of $15.00 forthwith to the Clerk of the District Court to cover Court costs deposits for this action; the defendant is further ordered to pay to said Clerk for the support and maintenance of the said minor children, the sum of $75.00 on the 15th and 30th of each month, commencing July the 15th, 1961, for the support of the minor children of the parties, to-wit: Gary Milo Purkey, age 13 years, and Wesley Ira Purkey, age 9 years, and a like sum on the 15th and 30th of each month thereafter, until the further order of this Court.

IT IS FURTHER ORDERED, that the plaintiff be and she is hereby given the use of the household goods and effects of the parties located at 237 North Clarence, Wichita, Sedgwick County, Kansas, during the pendency of this action.

IT IS FURTHER ORDERED that the defendant make the payments on the loan to All State Finance, 145 North Market, Wichita, Kansas, in the amount of $17.71 per month during the pendency of this action until the further order of the Court, and that defendant be granted the possession of the 1946 Dodge automobile until the further order of this Court, and his personal clothing and effects.

IT IS FURTHER ORDERED BY THE COURT, that the defendant be and he is hereby enjoined from disposing of any of the personal effects or personal property of the parties during the pendency of this action.

IT IS FURTHER ORDERED that the Sheriff of Sedgwick County, Kansas, be and he is hereby ordered to serve a certified copy of this order and summons upon the defendant personally at his place of residence 237 North Clarence, Wichita, Kansas, and make due and proper return of the same.

HOWARD C. KLINE
JUDGE

SUBMITTED BY:

By: _____
Owen J. Redmond, Jr.
Attorney for Plaintiff



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
ISP DOCKET NO.

MAR 26  4 03 PM '62

HARRIET INGRAM, CLK.

DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                     Plaintiff,

-vs-

JACK W. PURKEY,

                     Defendant.

B- 10040

## AMENDED PETITION

For cause of action against the above named defendant, plaintiff alleges and shows to the Court:

1. That she is now and has been for more than one year next preceding the filing of this petition, an actual bona-fide resident of the State of Kansas, and that she is now a resident in good faith of Sedgwick County, Kansas. That the defendant resides in and can be personally served with summons at 238 North Clarence, Wichita, Sedgwick County, Kansas.

2. Plaintiff and defendant were united in marriage on the 2nd day of June, 1950, at Wichita, Kansas, and have been since said time and are now husband and wife; that there have been born to plaintiff and defendant as the fruits of the said marriage, two children, to-wit: Gary Milo Purkey, aged 13, and Wesley Ira Purkey, aged 10 years. That plaintiff has performed each and every duty devolving upon her as the wife of the said defendant, but that said defendant disregarding his duties and marriage vows has been guilty of extreme cruelty and gross neglect of duty toward this plaintiff.

3. That plaintiff now has the custody and care of the said minor children, and that the defendant is an unfit person to have their care, custody or control of the said children.

4. That plaintiff and defendant have accumulated by their joint efforts and are now the owners of certain personal property consisting of a 1946 Dodge Automobile, and household goods and furnishings, upon which there is a mortgage to Allstate Finance Company, 145 North Market, Wichita, Kansas, in the original amount of $500.00 and payments are made at the rate of $17.71 per month, and that they have a charge account with Montgomery Ward and Co., in the amount of approximately $100.00 and that they have a loan with Associates Finance Co., with payments in the amount of $14.00 per month and they owe approximately $120.00 thereon.

000365



5. That defendant is a strong able-bodied man, capable of earning and is earning the sum of $550.00 per month and is employed at Boeing Airplance Company of Wichita, Kansas; that plaintiff has no means of support and no income of her own, with which to support herself and the minor children, and is wholly dependent upon the defendant for support.

WHEREFORE, plaintiff prays that the Court issue an order of Separate Maintenance between the plaintiff and defendant, and that she be allowed alimony, both temporary and permanent, and also be allowed suit money and attorneys fees pending this action; that she be granted the care, custody and control of the said minor children and child support for them, that she have a restraining order against the defendant, and that she have judgment for attorneys fees and costs against the defendant, and such other and further relief as to the Court may deem just and equitable.

Owen J. Redmond, Jr.
Attorney for Plaintiff

000366



STATE OF KANSAS      ]
                     ]   ss:
COUNTY OF SEDGWICK   ]

      VELMA LOUISE PURKEY, of lawful age, being first duly sworn upon her oath, deposes and says:

      That she is the plaintiff above named, that she has read the above and foregoing attached Petition for Separate Maintenance, for child custody, child support and support money, equitable division of the property, court costs and attorneys fees, and that the same is true and correct to the best of her knowledge and belief, and further because of her poverty she is unable to give security for costs at this time.

                         Velma Louise Purkey

      Subscribed and sworn to before me this 26th day of March, 1962.

           HARRIET GRAHAM, Clerk of the District Court.

           By_____
                          Deputy

            Notary Public

My Commission Expires

November 25, 1965.

000367



RECIPE FOR SUMMONS                                    Case No. ___ B-10040

District Court of Sedgwick County, Kansas

    Velma Louise Purkey                                        MAR 26   4 09 PH '62
                                              Plaintiff

    Jack W. Purkey,        vs.
                                              Defendant

TO THE CLERK OF SAID COURT

    ISSUE SUMMONS in the above entitled cause, returnable according to law and direct the same to the sheriff of
    Sedgwick                                    County, State of Kansas, to or for the defendant:
    Jack W. Purkey, ████████████        Wichita, Kansas

Amount claimed $_____ , and ____ % interest from ____ day of ____

Action brought for    Separate Maintenance, child custody, child support,
    restraining order, equitable division of property, attorney's fees
    costs and restraining order,

Dated    26th    day of    March                            , A. D., 19 62,
                                              Attorney for Plaintiff.

Summons Issued _____ , 19 ____

By _____

OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

000368



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED

Mar 26

HARRIET GRAHAM CLK

DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY, ]
]
]
Plaintiff, ]
]
-vs- ]                    Case No. B-10040
]
]
JACK W. PURKEY, ]
]
]
Defendant. ]
_____]

AMENDED RESTRAINING ORDER

NOW, on this 26th day of March, 1962, the same being a regular judicial day of the January 1962 Term of this Court, this matter comes on for hearing upon the sworn petition of plaintiff herein, asking the Court for restraining order against the defendant, for support money, attorney fees and costs, child support and child custody, and the Court being fully advised in the premises, makes the following order:

The Court finds that plaintiff should be granted the care, custody and control of the said minor children, to-wit: Gary Milo Purkey, aged 13 years and Wesley Ira Purkey, aged ten years, and that defendant should pay to plaintiff the sum of $75.00 twice a month for child support and for the support and maintenance of the said minor children of the parties.

The Court further finds that the defendant should be enjoined and restrained from entering in or upon the premises whereever the plaintiff may be living and more particularly at 238 North Clarence, Wichita, Kansas, or molesting the plaintiff in any way during the pendency of this action.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED BY THE COURT, that the care, custody and control of the said minor children, Gary Milo Purkey, aged 13 years and Wesley Ira Purkey, aged ten years, be given to the plaintiff during the pendency of this action or until the further order of the Court.

IT IS FURTHER ORDERED BY THE COURT, that the defendant herein be restrained and enjoined from interfering with the care custody and control of the said minor children of the parties during the pendency of this action or until the further order of the Court.

IT IS FURTHER ORDERED that the defendant be and he is ordered to pay to plaintiffs' attorney, Owen J. Redmond, Jr., 619 West Douglas, Wichita, Kansas, the sum of $200.00 as temporary attorneys fees, payable at the rate of $25.00 each two weeks, commencing March 29, 1962, and payable through the Clerk of the

000369

District Court of Sedgwick County, Kansas, and the sum of $15.00 forthwith to the Clerk of the District Court for court costs for this action; that the defendant is further ordered to pay to said Clerk for the support and maintenance of the said minor children, the sum of $75.00 on the 29th day of March, 1962, and $75.00 each two weeks thereafter to be paid by the Clerk to the plaintiff for the support of the minor children of the parties to-wit: Gary Milo Purkey, aged 13 years and Wesley Ira Purkey, aged ten years, until the further order of the Court.

IT IS FURTHER ORDERED AND DECREED BY THE COURT that plaintiff be and she is hereby given the use of the household goods and effects located at 237 North Clarence, Wichita, Sedgwick County, Kansas, during the pendency of this action or until the further order of the Court, and that the defendant should be and he is hereby restrained and enjoined from molesting the plaintiff in any manner at 237 North Clarence, or whereever she may be during the pendency of this action.

IT IS FURTHER ORDERED AND DECREED BY THE COURT, that the defendant make the payments on the outstanding indebtedness of the parties, and that he pay to Allstate Finance, 145 North Market, Wichita, Kansas, the sum of $17.71 per month for payment during the pendency of this action, that he make the payments to Associates Finance Co. of Wichita, Kansas, in the amount of $14.00 per month, and that he make the payment to Montgomery Ward and Co., on the charge account thereon during the pendency of this action.

IT IS FURTHER ORDERED BY THE COURT, that the defendant be granted the possession of the 1946 Dodge Automobile, and his personal effects until the further order of this Court.

IT IS FURTHER ORDERED BY THE COURT, that the defendant should be and he is hereby enjoined from disposing of any of the personal property or effects of the parties during the pendency of this action.

IT IS FURTHER ORDERED, that the Sheriff of Sedgwick County, Kansas, be and he is hereby ordered to serve a certified copy of this order and summons upon the defendant personally at his place of residence at 139 North Clarence, Wichita, Kansas, or at his place of employment at Boeing Airplance Company, and that the defendant at that time turn over the house keys to the plaintiff and that the sheriff make due and proper return of the same.

_____
J U D G E

SUBMITTED BY:

_____
Owen J. Redmond, Jr.
Attorney for Plaintiff

000370

482

SUMMONS —        Case No. ~~XXXXXXX~~ B10040   APP. DOCKET NO.    FILED

STATE OF KANSAS    } ss.    Plaintiff Velma Louise Purkey    MAR 29   11 41 AM '62

COUNTY OF SEDGWICK   }    Defendant Jack W. Purkey    HARRIET GRAHAM, CLN

THE STATE OF KANSAS TO THE SHERIFF OF SEDGWICK COUNTY, GREETINGS:   DEPUTY

YOU ARE HEREBY COMMANDED TO NOTIFY

Jack W. Purkey, 238 N. Clarence, Wichita, Ks.

that   he   ha⁸   been sued together with    by   Velma Louise Purkey

in the District Court, Eighteenth Judicial District, State of Kansas, sitting within and for the County of Sedgwick, and that   hd

must answer the petition filed against   him   in the Clerk's Office of said Court, on or before the   25   day of

April    A. D. 19 62   or such petition will be taken as true and judgment rendered accordingly.

The Sheriff will make due return of this summons on or before the   5   day of   Arpil    A. D. 19 62

WITNESS MY HAND, and the seal of said Court, at my office in the City of Wichita, in said County of Sedgwick, the 26

day of   March    Mr. A. D. 1962

HARRIET GRAHAM, Clerk of the District Court.

(SEAL)    By   k. Angley    Deputy

Suit brought for   sept. maint, child custody, child support, restr. order, equitable div. of property, attyfees, costs & restr. order.

Amount Claimed $    and    % interest from    day of

and for costs of this action.

Owen J. Redmond
Attorney for Plaintiff

SHERIFF'S RETURN

STATE OF KANSAS    } ss.
SEDGWICK COUNTY

Received this writ   3-26   1962 and as commanded therein, I summoned the following persons, of the defendants within named, at the times following, to-wit:

Jack W. Purkey   3-27   1962

by delivering to each of said defendants, personally, in said county, a true copy of the within summons with all the endorsements thereon.

And I summoned in said county the following persons, of the defendants within named at times following, to-wit:

by leaving at the usual place of residence of each of said defendants, a true copy of the within summons with all the endorsements thereon.

The following persons, of the defendants within named, not found in said county:

Serving first person    $   .50
Serving    copies
Not found
Necessary Mileage   6   at 7c   42
TOTAL    $   92

DENVER BLAND - SHERIFF    SHERIFF

Bob Baird    DEPUTY

MAR 2 8 1962

000371



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
APP. DOCKET NO.

MAR 28 11 at AM '62

HARRIET GRAHAM, CLK
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

      Plaintiff,

 -vs-

JACK W. PURKEY,

      Defendant.

Case No. E-10040

### AMENDED RESTRAINING ORDER

NOW, on this 26th day of March, 1962, the same being a regular judicial day of the January 1962 Term of this Court, this matter comes on for hearing upon the sworn petition of plaintiff herein, asking the Court for restraining order against the defendant, for support money, attorney fees and costs, child support and child custody, and the Court being fully advised in the premises, makes the following order:

The Court finds that plaintiff should be granted the care, custody and control of the said minor children, to-wit: Gary Milo Purkey, aged 13 years and Wesley Ira Purkey, aged ten years, and that defendant should pay to plaintiff the sum of $75.00 twice a month for child support and for the support and maintenance of the said minor children of the parties.

The Court further finds that the defendant should be enjoined and restrained from entering in or upon the premises whereever the plaintiff may be living and more particularly at 23? North Clarence, Wichita, Kansas, or molesting the plaintiff in any way during the pendency of this action.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED BY THE COURT, that the care, custody and control of the said minor children, Gary Milo Purkey, aged 13 years and Wesley Ira Purkey, aged ten years, be given to the plaintiff during the pendency of this action or until the further order of the Court.

IT IS FURTHER ORDERED BY THE COURT, that the defendant herein be restrained and enjoined from interfering with the care custody and control of the said minor children of the parties during the pendency of this action or until the further order of the Court.

IT IS FURTHER ORDERED that the defendant be and he is ordered to pay to plaintiffs' attorney, Owen J. Redmond, Jr., 619 West Douglas, Wichita, Kansas, the sum of $200.00 as temporary attorneys fees, payable at the rate of $25.00 each two-weeks, commencing March 29, 1962, and payable through the Clerk of the

000372

District Court of Sedgwick County, Kansas, and the sum of $15.00 forthwith to the Clerk of the District Court for court costs for this action; that the defendant is further ordered to pay to said Clerk for the support and maintenance of the said minor children, the sum of $75.00 on the 29th day of March, 1962, and $75.00 each two weeks thereafter to be paid by the Clerk to the plaintiff for the support of the minor children of the parties to-wit: Gary Milo Purkey, aged 13 years and Wesley Ira Purkey, aged ten years, until the further order of the Court.

IT IS FURTHER ORDERED AND DECREED BY THE COURT that plaintiff be and she is hereby given the use of the household goods and effects located at 237 North Clarence, Wichita, Sedgwick County, Kansas, during the pendency of this action or until the further order of the Court, and that the defendant should be and he is hereby restrained and enjoined from molesting the plaintiff in any manner at 237 North Clarence, or wherever she may be during the pendency of this action.

IT IS FURTHER ORDERED AND DECREED BY THE COURT, that the defendant make the payments on the outstanding indebtedness of the parties, and that he pay to Allstate Finance, 145 North Market, Wichita, Kansas, the sum of $17.71 per month for payment during the pendency of this action, that he make the payments to Associates Finance Co. of Wichita, Kansas, in the amount of $14.00 per month, and that he make the payment to Montgomery Ward and Co., on the charge account thereon during the pendency of this action.

IT IS FURTHER ORDERED BY THE COURT, that the defendant be granted the possession of the 1946 Dodge Automobile, and his personal effects until the further order of this Court.

IT IS FURTHER ORDERED BY THE COURT, that the defendant should be and he is hereby enjoined from disposing of any of the personal property or effects of the parties during the pendency of this action.

IT IS FURTHER ORDERED, that the Sheriff of Sedgwick County, Kansas, be and he is hereby ordered to serve a certified copy of this order and summons upon the defendant personally at his place of residence at 137 North Clarence, Wichita, Kansas, or at his place of employment at Boeing Airplane Company, and that the defendant at that time turn over the house keys to the plaintiff and that the sheriff make due and proper return of the same.

_____
JUDGE BRYANT
B. MACK BRYANT
J U D G E

SUBMITTED BY:

_____
Owen J. Redmond, Jr.
Attorney for Plaintiff

OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
APP. DOCKET NO.

Aug 13  4 36 PM '62

HARRIET GRAHAM, CLK
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                Plaintiff,

   -vs-

JACK W. PURKEY,

                Defendant.

Case No. B-10040

### AMENDED PETITION

For cause of action against the above named defendant, plaintiff alleges and shows to the Court:

1. That she is now and has been for more than one year next prededing the filing of this petition an actual bona-fide resident of the State of Kansas, and that she is now a resident in good faith of Sedgwick County, Kansas. That the defendant resides in and can be served with summons at 238 North Clarence, Wichita, Kansas.

2. Plaintiff and defendant were united in marriage on the 2nd day of June, 1950, at Wichita, Kansas, and have been since said time and are now husband and wife; that there have been born to plaintiff and defendant as the fruits of said marriage, two children, to-wit: Gary Milo Purkey, aged 14 years and Wesley Ira Purkey, aged 10 years. That plaintiff has performed each and every duty devolving upon her as the wife of the said defendant, but that said defendant disregarding his duties and marriage vows has been guilty of extreme cruelty and gross neglect of duty toward this plaintiff.

3. That plaintiff now has the care, custody and control of the said minor children, and that the defendant is an unfit person to have their care, custody or control.

4. That plaintiff and defendant have accumulated by their joint efforts and are now the owners of certain personal property consisting of a 1946 Dodge Automobile and household goods and furnishings, upon which there is a mortgage to Allstate Finance Company, 145 North Market, Wichita, Kansas, in the original amount of $500.00 and payments are made thereon at the rate of $17.71 per month, and that they have a charge account at Montgomery Ward and Co., in the approximate amount of $100.00, that there is a loan with Associates Finance Co., with payments in the amount of $14.00 per month.

000374



5. That the defendant is a strong able-bodied man, capable of earning and is earning the sum of $550.00 per month, and is employed by Boeing Airplance Company of Wichita, Kansas; that plaintiff has no means of support and no income of her own, with which to support herself and the minor children of the parties, and is wholly dependent upon the defendant for support.

WHEREFORE, plaintiff prays that the Court issue an order restraining and enjoining the defendant from molesting or bothering the plaintiff in any way, that she be allowed alimony, both temporary and permanent, also suit money and attorneys fees pending this action; that she be granted the care, custody and control of the said minor children of the parties and have child support for the same, that she have judgment for attorneys fees and costs against the defendant and for such other and further relief as to the Court may deem just and proper.

Owen J. Redmond, Jr.
Attorney for Plaintiff

STATE OF KANSAS       [
                      [   ss:
COUNTY OF SEDGWICK     [

VELMA LOUISE PURKEY, of lawful age, being first duly sworn upon her oath, deposes and says:

That she is the plaintiff above named, that the petition for divorce, alimony both temporary and permanent, child support child custody, restraining order, attorneys fees and court costs, that she has read the same and that the same is true and correct to the best of her knowledge and belief, and further because of her poverty she is unable to give security for costs at this time.

Velma Louise Purkey

Subscribed and sworn to before me this 13th day of August, 1962.
HARRIET GRAHAM, Clerk of the District Court
By
Notary Public     Deputy

My Commission Expires:

000375



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
AT P. DOCKET NO. B-10040

AUG 13  4 38 PM '62

HARRIET GRANAM, CLK

DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                              Plaintiff,

          -vs-                                    Case No. B-10040

JACK W. PURKEY,

                              Defendant.

<u>AMENDED RESTRAINING ORDER</u>

NOW, on this 13th day of August, 1962, the same being one of the regular judicial days of the April Term of this Court, this matter comes on for hearing upon the sworn petition of the plaintiff herein, asking the Court for restraining order against the defendant, for support money, attorneys fees and court costs, child support and child custody, and the Court being fully advised in the premises, makes the following order:

The Court finds that the plaintiff should be granted the care, custody and control of the minor children of the parties, to-wit:  Gary Milo Purkey, aged 14 years and Wesley Ira Purkey, aged 10 years, and that the defendant should pay to plaintiff the sum of $75.00 twice a month for child support and for the support and maintenance of the said minor children of the parties.

The Court further finds that the defendant should be enjoined and restrained from entering in or upon the premises wherever the plaintiff may be living and more particularly at 238 North Clarence, Wichita, Kansas, or molesting the plaintiff in any way during the pendency of this action.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED BY THE COURT, that the care, custody and control of the said minor children, to-wit:  Gary Milo Purkey aged 14 years, and Wesley Ira Purkey, aged 10 years, be given to the plaintiff during the pendency of this action or until the further order of the Court.

IT IS FURTHER ORDERED BY THE COURT, that the defendant herein be restrained and enjoined from interfering with the care, custody and control of the said minor children of the parties, during the pendency of this action or until the further order of the Court.

IT IS FURTHER ORDERED, that the defendant be and he is ordered to pay to Owen J. Redmond, Jr., attorney for Plaintiff herein, the sum of $200.00 as temporary attorneys fees, payable at the rate of $50.00 each two weeks, commencing August 13, 1962, to the Clerk of the District Court of Sedgwick County, Kansas, to

000376



be disbursed by said Clerk to Owen J. Redmond, Jr., 619 West Douglas, Wichita, Kansas, and to remit forthwith the sum of $15.00 to the Clerk of the District Court as and for court costs, that the defendant is further ordered to pay to said Clerk for the support and maintenance of the said minor children, the sum of $75.00 on the 16th day of August 1962, and $75.00 each two weeks thereafter for the support and maintenance of the said minor children, until the further order of the Court.

IT IS FURTHER ORDERED AND DECREED BY THE COURT, that the plaintiff be and she is hereby given the use of the household goods and effects located at 238 North Clarence, Wichita, Kansas, during the pendency of this action or until the further order of the Court, and the defendant is further enjoined and restrained from molesting the plaintiff in any way during the pendency of this action.

IT IS FURTHER ORDERED BY THE COURT, that the defendant make the payments on the outstanding indebtedness of the parties, to the Associates Finance Co, of Wichita, Kansas, in the amount of $14.00 per month, the payments to Montgomery Wards and Co., on the charge account thereon during the pendency of this action, that he pay the back utility bills and all other bills that may be outstanding.

IT IS FURTHER ORDERED BY THE COURT, that the defendant be granted the possession of the 1946 Dodge Automobile, and his personal effects.

IT IS FURTHER ORDERED BY THE COURT that the defendant should be and he is hereby enjoined from disposing of any of the personal property of the parties during the pendency of this action.

IT IS FURTHER ORDERED that the Sheriff of Sedgwick County, Kansas, be and he is hereby ordered to serve a certified copy of this order and summons upon the defendant personally at his place of residence at 238 North Clarence, Wichita, Kansas, and that the defendant at that time turn the keys to the residence of 238 North Clarence over to the Sheriff, and that the Sheriff check to see that the keys fit the lock of said residence.

IT IS SO ORDERED.

_____
J U D G E/Division No. 3

SUBMITTED BY:

_____
Owen J. Redmond, Jr.
Attorney for Plaintiff

000377



PRAECIPE FOR SUMMONS                         Case No. B-18040

District Court of Sedgwick County, Kansas                    FILED
                                              REP. DOCKET NO.

Velma Louise Purkey                                    AUG 13 — 4 30 PM '62
                                              Plaintiff
                                              HARRIET GRAHAM, CLK.
                          vs.
                                              DEPUTY
Jack M. Purkey,
                                              Defendant

TO THE CLERK OF SAID COURT

ISSUE SUMMONS in the above entitled cause, returnable according to law and direct the same to the sheriff of

Sedgwick                                      County, State of Kansas, to or for the defendants

Jack M. Purkey,                              Wichita, Kansas

Amount claimed $                , and    % interest from        day of

Action brought for     Separate Maintenance, child custody, child support,
restraining order, equitable division of property, attorney's fees
costs and restraining order.

Dated   26th/3  day of   March                A. D. 19.62.
                                                      Attorney for Plaintiff

Summons issued

By

000378



000379



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                    Plaintiff,

    -vs-

JACK W. PURKEY,

                    Defendant.

Case No. B/0040

## AMENDED RESTRAINING ORDER

NOW, on this 13th day of August, 1962, the same being one of the regular judicial days of the April Term of this Court, this matter comes on for hearing upon the sworn petition of the plaintiff herein, asking the Court for restraining order against the defendant, for support money, attorneys fees and court costs, child support and child custody, and the Court being fully advised in the premises, makes the following order:

The Court finds that the plaintiff should be granted the care, custody and control of the minor children of the parties, to-wit: Gary Milo Purkey, aged 14 years and Wesley Ira Purkey, aged 10 years, and that the defendant should pay to plaintiff the sum of $75.00 twice a month for child support and for the support and maintenance of the said minor children of the parties.

The Court further finds that the defendant should be enjoined and restrained from entering in or upon the premises wherever the plaintiff may be living and more particularly at 238 North Clarence, Wichita, Kansas, or molesting the plaintiff in any way during the pendency of this action.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED BY THE COURT, that the care, custody and control of the said minor children, to-wit: Gary Milo Purkey aged 14 years, and Wesley Ira Purkey, aged 10 years, be given to the plaintiff during the pendency of this action or until the further order of the Court.

IT IS FURTHER ORDERED BY THE COURT, that the defendant herein be restrained and enjoined from interfering with the care, custody and control of the said minor children of the parties, during the pendency of this action or until the further order of the Court.

IT IS FURTHER ORDERED, that the defendant be and he is ordered to pay to Owen J. Redmond, Jr., attorney for Plaintiff herein, the sum of $200.00 as temporary attorneys fees, payable at the rate of $50.00 each two weeks, commencing August 18, 1962, to the Clerk of the District Court of Sedgwick County, Kansas, to

000380



be disbursed by said Clerk to Owen J. Redmond, Jr., 619 West Douglas, Wichita, Kansas, and to remit forthwith the sum of $15.00 to the Clerk of the District Court as and for court costs, that the defendant is further ordered to pay to said Clerk for the support and maintenance of the said minor children, the sum of $75.00 on the 16th day of August 1962, and $75.00 each two weeks thereafter for the support and maintenance of the said minor children, until the further order of the Court.

IT IS FURTHER ORDERED AND DECREED BY THE COURT, that the plaintiff be and she is hereby given the use of the household goods and effects located at 238 North Clarence, Wichita, Kansas, during the pendency of this action or until the further order of the Court, and the defendant is further enjoined and restrained from molesting the plaintiff in any way during the pendency of this action.

IT IS FURTHER ORDERED BY THE COURT, that the defendant make the payments on the outstanding indebtedness of the parties, to the Associates Finance Co, of Wichita, Kansas, in the amount of $14.00 per month, the payments to Montgomery Wards and Co., on the charge account thereon during the pendency of this action, that he pay the back utility bills and all other bills that may be outstanding.

IT IS FURTHER ORDERED BY THE COURT, that the defendant be granted the possession of the 1946 Dodge Automobile, and his personal effects.

IT IS FURTHER ORDERED BY THE COURT that the defendant should be and he is hereby enjoined from disposing of any of the personal property of the parties during the pendency of this action.

IT IS FURTHER ORDERED that the Sheriff of Sedgwick County, Kansas, be and he is hereby ordered to serve a certified copy of this order and summons upon the defendant personally at his place of residence at 238 North Clarence, Wichita, Kansas, and that the defendant at that time turn the keys to the residence of 238 North Clarence over to the Sheriff, and that the Sheriff check to see that the keys fit the lock of said residence.

IT IS SO ORDERED.

B. MACK BRYANT
_____
J U D G E Division No. 3

SUBMITTED BY:
_____
Owen J. Redmond, Jr.
Attorney for Plaintiff



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
TAX DOCKET NO.

Oct 4 4 01 PM '62

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                Plaintiff,

    -vs-

JACK W. PURKEY,

                Defendant.

Case No. B-10040

AFFIDAVIT AND ACCUSATION OF CONTEMPT

STATE OF KANSAS    ]
               ] ss:
COUNTY OF SEDGWICK ]

    COMES NOW, Velma Louise Purkey, of lawful age, being first duly sworn upon her oath, deposes and says:

    That she is the plaintiff above named, that the District Court of Sedgwick County, Kansas, did on the 13th day of August, 1962, issue its orders requiring the defendant, Jack W. Purkey, to pay the utility bills that were in arrears, and to pay the monthly payments to Montgomery Ward and Company and to make the payments to the Associates Finance Company of Wichita, Kansas, and to pay all other bills that were outstanding at the time this action was filed, and that the defendant has failed, refused and neglected to comply with the Court's Orders, and that said defendant is by virtue of his willful failure to comply with the orders of this court in indirect contempt of this Court.

    Affiant prays that an attachment or other legal process be issued for the defendant to be brought before the Court, to be processed against as a charge for indirect contempt as provided by law.

                                      Velma Louise Purkey

    Subscribed and sworn to before me this 2nd day of October, 1962.

                                      Notary Public

My Commission Expires:

January 23, 1964

000382



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
INF DOCKET NO.

Oct 4  4 03 PH '62

HARRIET GRAHAM, CLK.

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                Plaintiff,

    -vs-

JACK W. PURKEY,

                Defendant.

Case No. B-10040

## O R D E R

NOW, on this 4 day of October, 1962, this matter comes on for hearing upon the affidavit and accusation of contempt of the plaintiff herein by and through her attorney, Owen J. Redmond, Jr., moving the Court for an order requiring the defendant to appear in Court and show cause why he should not be punished for contempt for failing to comply with the orders of this Court issued on the 13th day of August, 1962.

The Court being well and fully advised in the premises and after reviewing the files and hearing the evidence of the attorney for plaintiff herein, finds that this matter should now be, and the same is now set for hearing on the 15th day of October, 1962, at 1:30 o'clock p. m., in the Courthouse at Wichita, Kansas, Room 1020 on the 10th floor of the Courthouse, and that the Sheriff of Sedgwick County, Kansas, serve a copy of this order and summons upon the defendant personally at his place of residence, 728 Ida, Wichita, Kansas, and make due and proper return of the same.

IT IS SO ORDERED.

JUDGE Division No. 2

SUBMITTED BY:

Owen J. Redmond, Jr.
Attorney for Plaintiff

000383



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
A.P. DOCKET NO. _____

OCT 11    1 54 PH '62
HARRIET GRAHAM, CLK.
DEPUTY _____

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

           Plaintiff,

      -vs-

JACK W. PURKEY,

           Defendant.

Case No. B-10040

## O R D E R

NOW, on this 4 day of October, 1962, this matter comes on for hearing upon the affidavit and accusation of contempt of the plaintiff herein by and through her attorney, Owen J. Redmond, Jr., moving the Court for an order requiring the defendant to appear in Court and show cause why he should not be punished for contempt for failing to comply with the orders of this Court issued on the 17th day of August, 1962.

The Court being well and fully advised in the premises and after reviewing the files and hearing the evidence of the attorney for plaintiff herein, finds that this matter should now be, and the same is now set for hearing on the 15th day of October, 1962, at 1:30 o'clock p. m., in the Courthouse at Wichita, Kansas, Room 1020 on the 10th floor of the Courthouse, and that the Sheriff of Sedgwick County, Kansas, serve a copy of this order and summons upon the defendant personally at his place of residence, 728 Ida, Wichita, Kansas, and make due and proper return of the same.

IT IS SO ORDERED.

B. MACK BRYANT
J U D G E Division No. 2

SUBMITTED BY:

Owen J. Redmond, Jr.
Attorney for Plaintiff.

000384



Velma Louise Purkey

vs.                                    CASE No. B-10040

Jack W. Purkey

Attorneys:
For Plaintiffs    Owen J. Redmond, Jr.
For Defendants

Date Filed    10-4-62

Motion    Order for Deft. to appear October 15, 1962

Last Ruling:

                                        Date OCT 15 1962
                                        Date
                                        Date
                                        Date
                                        Date

Journal Entry Filed

000385



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                    Plaintiff,

      -vs-                      Case No. B-10040

JACK W. PURKEY,

                    Defendant.

## JOURNAL ENTRY

NOW on this 3rd day of January 1963, the same being one of the regular judicial days of the September 1962 Term of this Court, this matter comes on before Division No. 3 of the District Court of Sedgwick County, Kansas, and the cause comes regularly on for trial. The plaintiff appeared in person and by Owen J. Redmond, Jr., her attorney, and the defendant appeared not, nor answered, but was wholly in default. The Court finds that the defendant was personally served with summons in this action on August 17th, 1962, and the Sheriff's return is duly filed.

The Court after listening to the evidence, reviewing the files and arguments of counsel, finds that the allegations contained in plaintiff's petition are true, and that plaintiff is entitled to the relief prayed for.

That plaintiff has been an actual resident in good faith of the State of Kansas for more than one year next preceding the filing of the petition herein, and was at the filing thereof, and is now an actual resident of the State of Kansas and of the County of Sedgwick.

That plaintiff has performed her duties as the wife of the said defendant, but that the defendant disregarding his marriage vows and obligations, has been guilty of extreme cruelty and gross neglect of duty toward plaintiff.

That plaintiff should have and recover from defendant, the following described personal property, to-wit: the household goods and articles now in her possession, and the automobile now in her possession.

The Court further finds that the defendant should be held liable for the debts and obligations of the parties contracted during the marriage. The Court finds that the defendant should have the personal effects now in his possession and his automobile. The parties hereto own no interest in real property.

That the plaintiff is to have the care, custody and control of Gary Milo Purkey, aged fourteen years (14), and Wesley Ira Purkey, aged ten (10) years, and that the defendant should pay the sum of $75.00 twice a month for child support, for the support and maintenance of the minor children of the parties, through the Clerk of the District Court, and by said Clerk remitted to the plaintiff,

000386



and that defendant have reasonable rights of visitation with said children.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED AND DECREED BY THE COURT, that said plaintiff be divorced from said defendant, and that the bonds of matrimony heretofore existing between said parties be dissolved, set aside and held for naught; and that plaintiff have the following described personal property, consisting of the household goods and articles now in her possession, and that the defendant have the personal property now in his possession, including his automobile.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT, that the defendant pay the bills accumulated by the parties during the marriage.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT, that plaintiff have the care, custody and control of the minor children of the parties, Gary Milo Purkey, aged 14, and Wesley Ira Purkey, aged 10 years, and that the defendant have the right of visiting said children at all reasonable times, and that defendant pay plaintiff the sum of $75.00 each two weeks twice a month, as and for child support for the minor children of the parties. The first payment to commence January 10th, 1963, and the second payment of $75.00 on the 24th day of January, 1963, and a like payment of $75.00 on the 10th and 24th day of each month thereafter. Said payments to be made through the Clerk of the District Court of Sedgwick County, Kansas, and by said Clerk remitted to the plaintiff at her address 238 North Clarence, Wichita, Kansas.

IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED AND DECREED, that defendant pay the costs of this action, including the sum of $75.00 allowed to plaintiff's attorney as attorneys fees.

IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED AND DECREED, that this decree of divorce shall not become absolute and take effect until the expiration of six months from this date.

B. Mack Bryant, JUDGE, Division No. 3

SUBMITTED BY:

Owen J. Redmond, Jr.
Attorney for Plaintiff

000387



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
A+P, DOCKET NO.

Apr 9 5 05 PM '63

JOANN DUNN, CLK.
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                                        Plaintiff,

        -vs-                                            Case No. B-10040

JACK W. PURKEY,

                                        Defendant.

ORDER

NOW on this ⁄ day of April, 1973, this matter comes on upon the oral Motion of Owen J. Redmond, Jr., attorney for Velma Louise Purkey, and the attorney for the plaintiff shows to the Court that a judgment has been granted him against the defendant for attorney fees in the amount of $70.00, and that there is now due and owing the same to the attorney for plaintiff. That there is now due the defendant from the Clerk of the District Court in return court costs, the sum of $4.86.

The Court after exmining the file, listening to the arguments of counsel, finds that the Court should pay the refund of $4.86 to Owen J. Redmond, Jr., attorney for plaintiff to apply against the judgment heretofore rendered in his favor.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED , that the Clerk of the District Court pay the $4.86 refund to Owen J. Redmond, Jr., attorney for plaintiff to apply against the attorneys fees judgment in the sum of $70.00 rendered in his favor on the 3rd day of January, 1963.

IT IS SO ORDERED.

B. MACK BRYANT  JUDGE

SUBMITTED BY:

Owen J. Redmond, Jr.
Attorney for Plaintiff

000388



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
APR 15 1 34 PM '63
JOANN DU....
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

            Plaintiff,

    vs

JACK W. PURKEY,

            Defendant.

Case No. B-10040

### AFFIDAVIT AND ACCUSATION OF CONTEMPT

STATE OF KANSAS    }
               } ss:
COUNTY OF SEDGWICK }

    COMES NOW, Velma Louise Purkey, of lawful age, being first duly sworn upon her oath, and deposes and says:

    That she is the plaintiff above named, that the District Court of Sedgwick County, Kansas, did on the 13th day of August 1962, issue its orders requiring the defendant, Jack W. Purkey, to pay to said plaintiff for the care and maintenance of the minor children, the sum of $75.00 each two weeks as and for child support. That the defendant is in arrears in said payments in the sum of $_____. That the defendant has failed, neglected and refused to comply with the orders of this Court and is by reason of his willful failure to comply with the orders of this Court in indirect contempt of this Court.

    Affiant prays that an attachment or other legal process be issued for the defendant to be processed against to be brought before the Court as a charge for indirect contempt as provided by law.

                                _____
                                  Velam Louise Purkey

    Subscribed and sworn to before me this 11th day of April, 1963.

                                _____
                                  Notary Public

My Commission Expires:

000389



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
APP. DOCKET NO.

Apr 15

JOANN DUNN
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,
                              )
                              )
              Plaintiff,      )
                              )
        -vs-                  )    Case No. B-10040
                              )
JACK W. PURKEY,               )
                              )
              Defendant.      )

O R D E R

NOW on this __ day of April, 1963, this matter comes on for hearing upon the affidavit of contempt of the plaintiff herein, by and through her attorney, Owen J. Redmond, Jr., moving the Court for an order requiring the defendant to appear and show cause why he should not be punished for contempt for failing to comply with the orders of this Court issued on the 13th day of August, 1962.

The Court being well and fully advised in the premises and after reviewing the files and hearing the evidence of the attorney for plaintiff herein, finds that this matter should now be, and the same is now set for hearing on the 22nd day of April, 1963, at 1:30 o'clock P. M. in the Courthouse at Wichita, Kansas, Room 1020 on the 10th floor of the Courthouse, and that the Sheriff of Sedgwick County, Kansas, serve a copy of this order and summons upon the defendant, personally at his place of residence, 728 Ida, Wichita, Kansas, and make due and proper return of the same.

IT IS SO ORDERED.

_____
J U D G E   Division No. 3

SUBMITTED BY:

_____
Owen J. Redmond, Jr.
Attorney for Plaintiff

000390



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
REP. DOCKET NO. B-10040

Apr 18

JOANN
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                              Plaintiff,
           -vs-                                     Case No. B-10040

JACK W. PURKEY,

                              Defendant.

## O R D E R

NOW on this 13 day of April, 1963, this matter comes
on for hearing upon the affidavit of contempt of the plaintiff
herein, by and through her attorney, Owen J. Redmond, Jr.,
moving the Court for an order requiring the defendant to appear
and show cause why he should not be punished for contempt for
failing to comply with the orders of this Court issued on the
13th day of August, 1962.

The Court being well and fully advised in the premises
and after reviewing the files and hearing the evidence of the
attorney for plaintiff herein, finds that this matter should
now be, and the same is now set for hearing on the 22nd day
of April, 1963, at 1:30 o'clock P. M. in the Courthouse at
Wichita, Kansas, Room 1020 on the 10th floor of the Courthouse,
and that the Sheriff of Sedgwick County, Kansas, serve a copy
of this order and summons upon the defendant, personally at his
place of residence, 728 Ida, Wichita, Kansas, and make due and
proper return of the same.

        IT IS SO ORDERED.

                                        B. MACK BRYANT
                                        J U D G E   Division No. 3

SUBMITTED BY:

Owen J. Redmond, Jr.
Attorney for Plaintiff

        APR 15 1963

Certificate of Clerk of the District Court. The above is a
true and correct copy of the original instrument which
is on file or of record in this court.
Done this _____ day of _____ 19 63
JOANN DUNN, Clerk, By _____ Deputy

000391



VELMA LOUISE PURKEY

vs.

JACK W. PURKEY

CASE No. B-10040

Attorneys:
For Plaintiffs _____ OWEN J. REDMOND, JR. _____

For Defendants _____

Date Filed _____ 4-15-63 _____

Motion _____ Order for deft. to appear April 22, 1963 _____

Last Ruling:

JUDGE BAUM    2 weeks - to comply -
             & ordered to return) -    Date APR 2 2 1963

_____ Date _____

_____ Date _____

_____ Date _____

_____ Date _____

Journal Entry Filed _____

000392



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
A-P. DOCKET NO.
APR 29  1  06 PM '63
JOANN DUNN, CLK.
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                    Plaintiff,

        -vs-                          Case No. B-10040

JACK W. PURKEY,

                    Defendant.

O R D E R

NOW on this 22nd day of April, 1963, this matter comes on for hearing upon the affidavit of contempt of the plaintiff herein, and she appears by and through her attorney, Owen J. Redmond, Jr., and the defendant appears in person.

WHEREUPON, the parties approached the bench and the defendant stated that he had been terminated from his job, and that he had used his termination pay to return to Wichita, Kansas, from the East, and that he had promise of a job, and was given a continuance to the 6th day of May, 1963, that he can bring the payments up to date.

WHEREUPON, the Court upon the request of the defendant, Jack W. Purkey, continued the said matter to the 6th day of May, 1963, and ordered the defendant to appear personally at Room 1020 on the 10th floor of the Courthouse on May 6th, 1963, at 1:30 o'clock P. M.,

IT IS SO ORDERED.

                                    TOM RAUM    J U D G E
                                    Division No. 7

SUBMITTED BY:

Owen J. Redmond, Jr.
Attorney for Plaintiff

000393



VELMA LOUISE PURKEY

vs.                                    CASE No.  B-10040

JACK W. PURKEY

Attorneys:  For Plaintiffs     OWEN J. REDMOND, JR.
            For Defendants

Date Filed      4-29-63

Motion      Order for deft. to appear May 6, 1963

Last Ruling:

JUDGE SATTGAST  *Not guilty*              Date MAY  6 1963

                                          Date
                                          Date
                                          Date
                                          Date

Journal Entry Filed

38

000394



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
AT P. DOCKET NO.

MAY 24  1  03 PM '63

JOANN DUNN, CLK.
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                                    Plaintiff,

        -vs-                                        Case No. B-10040

JACK W. PURKEY,

                                    Defendant.

## O R D E R

NOW on this 6th day of May, 1963, this matter comes regularly on for hearing having been continued from the 22nd day of April, 1963, and the plaintiff appears in person and by her attorney, Owen J. Redmond, Jr., and the defendant appears in person and by his attorney, Pat Healy.

THEREUPON, both parties announced themselves ready for hearing, and the matter proceeded to hearing and the Court after reviewing the files herein andlistening to the testimony of the witnesses and arguments of counsel, finds that the defendant should be found not guilty of contempt on condition that he pick up the payments for the last thirty (30) days within thirty (30) days, and if necessary sell his car that he had represented to the Court that he was going to do, as soon as the tile came from Pennsylvania, and the Court also admonished the defendant to make up the payment upon the divan which the finance company wanted to repossess.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT, that the defendant be found not guilty of contempt upon the condition that he bring up the payments for the last thirty days within thirty days of this date.

IT IS SO ORDERED.

_____
J U D G E

SUBMITTED BY:

_____
Owen J. Redmond, Jr.
Attorney for Plaintiff

APPROVED BY:

_____
Pat Healy
Attorney for Defendant

29

000395



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
AFP. DOCKET NO. 6-10040
JUN 7  3 36 PM '63
JOANN DUNN, CLK.
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                Plaintiff,

    -vs-

JACK W. PURKEY,

                Defendant.

Case No. B-10040

AFFIDAVIT AND ACCUSATION OF CONTEMPT

STATE OF KANSAS    ]
               ] ss:
COUNTY OF SEDGWICK ]

    COMES NOW, Velma Louise Purkey, of lawful age, being
first duly sworn upon her oath, and deposes and says:

    That she is the plaintiff above named, that the District
Court of Sedgwick County, Kansas, did on the 13th day of August
1962, issue its orders requiring the defendant, Jack W. Purkey,
to pay to said plaintiff for the care and maintenance of the
minor children of the parties the sum of $75.00 each two weeks
as and for child support. That the defendant is in arrears
in said payments in the total amount of $300.00. That the
defendant has failed, neglected and refused to comply with
the orders of this Court, and is by reason of his willful
failure to comply with the orders of this Court in indirect
contempt of this Court.

    Affiant prays that an attachment or other legal process
be issued for the defendant to be processed against, to be
brought before the court as a charge for indirect contempt as
provided by law.

                                Velma Louise Purkey

    Subscribed and sworn to before me this ___ day of June,
1963.

                                Notary Public

My Commission Expires:
    April 30, 1967

000396



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
A F P. DOCKET NO. B-____

JUN 7  3 36 PM '63

JOANN ULAN, CLK.
DEPUTY ____

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

      Plaintiff,

  -vs-

JACK W. PURKEY,

      Defendant.

     Case No. B-10040

## O R D E R

NOW on this 7th day of June, 1963, this matter comes regularly on for hearing upon the affidavit of contempt of the plaintiff herein, and she appears by and through her attorney, Owen J. Redmond, Jr., moving the Court for an order requiring the defendant to appear and show cause why he should not be punished for contempt for failing to comply with the orders of this Court issued on the 13th day of August, 1962.

The Court being well and fully advised in the premises and after reviewing the files and hearing the evidence of the attorney for plaintiff herein, finds that this matter should now be, and the same is now set for hearing on the 17th day of June, 1963, at 1:30 o'clock P. M. in the Courthouse at Wichita, Kansas, Room 1020 on the 10th Floor of said Court House, and that the Sheriff of Sedgwick County, Kansas, serve a copy of this order upon the defendant personally at the Veterans Hospital at 5500 East Kellogg, Wichita, Kansas, and make due and proper return of the same.

IT IS SO ORDERED.

          _____
            J U D G E

SUBMITTED BY:

_____
Owen J. Redmond, Jr.
Attorney for Plaintiff

31

000397



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
JP. DOCKET NO.
JUN 17  11 17 AM '63
JOANE BURNGER
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                    Plaintiff,

    -vs-                                Case No. B-10040

JACK W. PURKEY,

                    Defendant.

### ORDER

NOW on this 7th day of June, 1963, this matter comes regularly on for hearing upon the affidavit of contempt of the plaintiff herein, and she appears by and through her attorney, Owen J. Redmond, Jr., moving the Court for an order requiring the defendant to appear and show cause why he should not be punished for contempt for failing to comply with the orders of t is Court issued on the 13th day of August, 1962.

The Court being well and fully advised in the premises and after reviewing the files and hearing the evidence of the attorney for plaintiff herein, finds that this matter should now be, and the same is now set for hearing on the 17th day of June, 1963, at 1:30 o'clock P. M. in the Courthouse at Wichita, Kansas, Room 1020 on the 10th Floor of said Court House, and that the Sheriff of Sedgwick County, Kansas, serve a copy of this order upon the defendant personally at the Veterans Hospital at 5500 East Kellogg, Wichita, Kansas, and make due and proper return of the same.

IT IS SO ORDERED.

                                    TOM RAUM
                                    ─────────────
                                       J U D G E

SUBMITTED BY:

Owen J. Redmond, Jr.
Attorney for Plaintiff


JUN 7 1963

000398



Velma Louise Purkey

vs.                                Case No. B 10040

Jack W. Purkey

Attorneys: { For Plaintiffs Owen J. Redmond, Jr.

For Defendants

Date Filed 6-7-63

Motion Order for Hearing          June 17, 1963

Last Ruling:

JUDGE RIDDEL _____ Date JUN 1 7 1963

JUDGE KLINE _____ JUL 1 1963 Date

_____ Date

_____ Date

_____ Date

Journal Entry Filed _____

000399



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
AFP. DOCKET NO. _____
JUL 5  3 ᴍ₃ PM '63
JOANN DUNN, CLK.
DEPUTY _____

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                  Plaintiff,       Case No. B-10040

    -vs-

JACK W. PURKEY,

                  Defendant.

### AFFIDAVIT AND ACCUSATION OF CONTEMPT

STATE OF KANSAS    ]
                  ] ss:
COUNTY OF SEDGWICK ]

      COMES NOW, Owen J. Redmond, Jr., of lawful age, being first duly sworn upon his oath, deposes and says:

      That he is the attorney for the plaintiff herein, that the District Court of Sedgwick County, Kansas, did on the 13th day of August 1962, issue its orders requiring the defendant, Jack W. Purkey, to pay to said plaintiff for the care and maintenance of the minor children of the parties the sum of $75.00 each two weeks as and for child support. That the defendant is in arrears in said payments in the total amount of $300.00. That the defendant has failed, neglected and refused to comply with the orders of this Court, and is by reason of his willful failure to comply with the orders of this Court in indirect contempt of this Court.

      Affiant prays that an attachment or other legal process be issued for the defendant to be processed against, to be brought before the Court as a charge for indirect contempt as provided by law.

                                Owen J. Redmond, Jr.

      Subscribed and sworn to before me this _5th_ day of July, 1963.

                                Notary Public

My Commission Expires:
      4 30-67

000400



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
AFP. DOCKET NO. _____

JUL 5  3 43 PM '63

JOANN DUNN, CLK.
DEPUTY _____

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                   Plaintiff,      Case No. B-10040

    -vs-

JACK W. PURKEY,

                  Defendant.

## O R D E R

NOW on this _____ day of July, 1963, this matter comes regularly on for hearing upon the affidavit of contempt of the plaintiff herein, and she appears by and through her attorney, Owen J. Redmond, Jr., moving the Court for an order requiring the defendant to appear and show cause why he should not be punished for contempt for failing to comply with the orders of this Court issued on the 13th day of August, 1962.

The Court being well and fully advised in the premises and after reviewing the files and hearing the evidence of the attorney for plaintiff herein, finds that this matter should now be, and the same is now set for hearing on the 15th day of July, 1963, at 1:30 o'clock P. M. in the Courthouse at Wichita, Kansas, Room 1020 on the 10th floor of said Courthouse, and that the Sheriff of Sedgwick County, Kansas, serve a copy of this order upon the defendant personally at the residence, 728 Ida, Wichita, Kansas, and make due and proper return of the same.

IT IS SO ORDERED.

                                              _____
                                              JUDGE

SUBMITTED BY:

_____
Owen J. Redmond, Jr.
Attorney for Plaintiff

000401



OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
APP. DOCKET NO.
JUL 11  7 35 PM '63
JOANN DUNN, CLK.
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,

                    Plaintiff,

    -vs-

JACK W. PURKEY,

                    Defendant.

Case No. B-10040

ORDER

NOW on this ____ day of July, 1963, this matter comes regularly on for hearing upon the affidavit of contempt of the plaintiff herein, and she appears by and through her attorney, Owen J. Redmond, Jr., moving the Court for an order requiring the defendant to appear and show cause why he should not be punished for contempt for failing to comply with the orders of this Court issued on the 13th day of August, 1962.

The Court being well and fully advised in the premises and after reviewing the files and hearing the evidence of the attorney for plaintiff herein, finds that this matter should now be, and the same is now set for hearing on the 15th day of July, 1963, at 1:30 o'clock P. M. in the Courthouse at Wichita, Kansas, Room 1020 on the 10th floor of said Courthouse, and that the Sheriff of Sedgwick County, Kansas, serve a copy of this order upon the defendant personally at the residence, 728 Ida, Wichita, Kansas, and make due and proper return of the same.

    IT IS SO ORDERED.

                                        _____
                                        JUDGE

SUBMITTED BY:

_____
Owen J. Redmond, Jr.
Attorney for Plaintiff

Certificate of Clerk of the District Court. The above is a true and correct copy of the original instrument which is on file of record in this court.
this ____ day of _____, 19____
JOANN DUNN, Clerk, By _____ Deputy

000402

OWEN J. REDMOND, JR.
ATTORNEY AT LAW
619 WEST DOUGLAS
AM 7-0233
WICHITA, KANSAS

FILED
APP. DOCKET NO.

SEP 4  10 10 AM '63

JOAN. DUNN, CLR.
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY,
                              Plaintiff,

        -vs-                                      Case No. B-10040

JACK W. PURKEY,
                              Defendant.

## O R D E R

NOW, on this 22nd day of July, 1963, this matter comes on upon the affidavit and accusation of contempt filed herein. The plaintiff appears by and through her attorney, Owen J. Redmond, Jr., and the defendant appears personally.

Whereupon, the Court calls said matter for hearing, and the counsel for plaintiff advises the Court that in the previous week, the defendant has surrendered his 1955 Chevrolet, 4-door, automobile, and that the attorney for the plaintiff has given him a receipt therefore for the sum of $300.00.

Whereupon, the Court stated that the matter should be passed August 19, 1963, and that if the defendant was current on his child support payments at that time, that he need not return to the Court at that time, and the contempt citation would be dismissed, but that if the defendant was in arrears on his child support payments on August 19, that this matter should be and he is hereby ordered to return to the Court.

The Court found that the contempt citation had been filed and that attorney for the plaintiff should be allowed $25.00, attorney's fees, for each of the contempt citations so filed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that this matter be continued to August 19, 1963, and if the defendant is current on his support payments at that time, he need not return and the contempt citation will be dismissed. If, on the other hand, the defendant is not current, he is hereby ordered to return to Room 1020, at 1:30 o'clock P.M., on August 19, 1963, to abide to further orders from the Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that the defendant is hereby ordered to pay the sum of $75.00 as attorney's fees in this matter to be paid at the rate of $10.00 per month commencing August, 1963.

IT IS SO ORDERED.

                                        _____
                                              J U D G E
                                            Division # 5

SUBMITTED BY: _____
Owen J. Redmond, Jr.
Attorney for Plaintiff

000403



SUBMITTED BY:
Owen J. Redmond, Jr.
Attorney for Plaintiff

JUDGE
Division # 5

VELMA L PURKEY

vs.                                    Case No.___ B 10040

JACK W PURKEY

Attorneys: { For Plaintiffs____ OWEN J REDMOND JR.
            { For Defendants____

Date Filed____ 7-5-63

Motion____ Order for hearing 7-15-63

Last Ruling:

JUDGE RIDDEL ____ Date JUL 1 5 1963

____ Date____

JUDGE NOONE  8-19 to ref if Δ complin with order Date JUL 2 2 1963

JUDGE ____ pass to 9-3-63 Date AUG 19 1963

JUDGE NOONE ____ SEP 3 1963

Journal Entry Filed ____

38



In The District Court of Sedgwick County, Kansas

VELMA LOUISE FURKEY

Plaintiff

vs.

JACK W. FURKEY                    Defendant

CASE NO.    B-10040

Div. No.  I

## AFFIDAVIT IN CONTEMPT

STATE OF KANSAS
SEDGWICK COUNTY        } SS:

_____ B. G. Tudor _____, first being duly sworn upon oath, deposes and states:

That he is the __Attorney for the Social Welfare Department__ in the above-entitled action;

That heretofore, and on the __27th__ day of _____ February, 1963 _____, this court entered an order directing the defendant to pay to the clerk of this court, the sum of $__75.00 twice__ month for _____ Child Support.

That the defendant has failed, neglected, and refused to comply with the aforesaid order of this court, and is in contempt for his failure to do so.

WHEREOF, Affiant prays that the defendant be ordered and directed to appear before this court, to then and there show cause, if any he may have, why he should not be proceeded against for indirect contempt, as provided by law.

B. G. TUDOR

Subscribed and sworn to before me, a notary public, in and for said county and state, on this 9th day of __August__, 19 65.

My commission expires:

July 30, 1967

Regina Stephen



FILED
A.P. DOCKET NO B-10040

Aus 16  2 10 PM '65
SW: Alexander - 225
JOANN DUHN, CLK.
DEPUTY

In The District Court of Sedgwick County, Kansas

VELMA LOUISE PURKEY
                                    Plaintiff
            vs.                              CASE NO.    B-10040
                                                        div. No.  1
JACK W. PURKEY
                                    Defendant

## ORDER TO APPEAR

NOW, On this 9th day of August, 19 65 this matter comes on to be heard upon the affidavit of the Attorney for the Sedgwick County Social Welfare Department, charging the defendant with indirect contempt of this court; the court having examined into the facts, finds:

That the defendant should appear before this court, and show cause why he has not complied with the order of this court.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED, AND DECREED That Jack W. Purkey, the defendant herein, be and he is hereby ordered to appear before this court, Hon. Wm. C. Kandt, 6th Floor Courthouse on the 3rd day of September, 19 65 at 9:30, A. M., to then and there show cause, if any he may have, why he should not be punished for indirect contempt of this court, for failure to comply with the orders of this court.

IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED, AND DECREED That the Sheriff of Sedgwick County, Kansas, execute this order by serving a certified copy thereof upon the defendant, and making due return thereon.

APPROVED:

Judge of the District Court

000406



VELMA LOUISE PURKEY

vs.                              CASE No. B 10040

JACK W. PURKEY                   DIV. 1

Attorneys: { For Plaintiffs____ B. G. TUDOR
            { For Defendants____

Date Filed _____ 8-16-65

Motion _____ For defendant to appear on Sept 3, 1965 at 9:30 a m

Last Ruling:

Guilty: 30 days, probation _____ Date SEP - 3 1965
—he to pay $50 each 2 weeks _____ Date
—reduced from $150 per month _____ Date
_____ Date
_____ Date

Journal Entry Filed _____

000407



B. G. TUDOR
WELFARE ATTORNEY
WELFARE DEPARTMENT

FILED
APP. DOCKET NO.

IN THE DISTRICT COURT OF SEDGWICK COUNTY. SEP 28 12 35 PM '65

VELMA LOUISE PURKEY
               Plaintiff

vs

JACK W. PURKEY
               Defendant

CASE NO..    E-10040

DIV. NO.:    I

### JOURNAL ENTRY OF DISMISSAL

NOW on this ___3rd___ day of ___September___, 19_65_ the same being a regular judicial day of the _____ April , 19_65, Term of this Court, the captioned matter comes on for hearing on an order to show cause why the Defendant should not be punished for Indirect Contempt of this Court.

WHEREUPON, B. G. Tudor, attorney for the Social Welfare Department, moved the captioned matter be dismissed which was approved by the Court.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, AD-JUDGED AND DECREED that the contempt proceedings should be and they are hereby dismissed.

_Wm. C Kandt_
JUDGE

PREPARED AND APPROVED BY:

_B. G. Tudor_
B. G. TUDOR
WELFARE ATTORNEY

42

SWL-116p

000408



B. G. TUDOR
WELFARE ATTORNEY
WELFARE DEPARTMENT

C F. DUCKET NO. FILED

OCT 14  4 22 PM '65

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY
                    Plaintiff

VS

JACK W. PURKEY
                    Defendant

CASE NO. B-10044

DIV. NO.  I

ORDER

NOW on this _____ 8th _____ day of _October_ , 19 _65_ )
this cause comes on for hearing on the oral motion of the Plaintiff
to modify the previous order of the Court. The movant appears by
B. G. Tudor, attorney for the Sedgwick County Social Welfare Board,
and there are no other appearances.

THE COURT, after reviewing the files and being fully
advised in the premises, finds that said motion should be sustained.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, AD-
JUDGED AND DECREED that the previous order of the Court is hereby
modified by ordering the Clerk of the District Court to pay all future
payments of child support to the Sedgwick County Social Welfare Board.

Wm. C. Kandt
                                    JUDGE

APPROVED:

B. G. TUDOR
WELFARE ATTORNEY

SWL-113p

$75.00 twice monthly
= 7-65



B. G. TUDOR
WELFARE ATTORNEY
WELFARE DEPARTMENT

FILED
DOCKET NO.

Oct 21  5 44 PM '65

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY
                                    Plaintiff

        VS                                          CASE NO.        8-1304?

JACK W. PURKEY                                      DIV. NO.        2

                                    Defendant

## ORDER

NOW on this _____ 14th day of _____ October , 19 65 ,
this cause comes on for hearing on the oral motion of the Plaintiff
to modify the previous order of the Court. The movant appears by
B. G. Tudor, attorney for the Sedgwick County Social Welfare Board,
and there are no other appearances.

THE COURT, after reviewing the files and being fully
advised in the premises, finds that said motion should be sustained.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, AD-
JUDGED AND DECREED that the previous order of the Court is hereby
modified by ordering the Clerk of the District Court to pay all future
payments of child support to the Sedgwick County Social Welfare Board.

Wm. C. Kandt
JUDGE

APPROVED:

B. G. TUDOR
WELFARE ATTORNEY

SWL-113p

$75.00 twice monthly

CC: SW. Alexander



B. G. TUDOR
WELFARE ATTORNEY
WELFARE DEPARTMENT

FILED
AFP. DOCKET NO. B-10040

DEC 1  4 00 PH '65
DOROTHY I. VAN ARSDALE,
(CLERK)
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

VELMA LOUISE PURKEY
                    Plaintiff

vs                                    CASE NO.    B-10040

                                      DIV. NO.    I

JACK W. PURKEY
                    Defendant

ORDER

NOW on this ____30th____ day of ____November____, 19_65_, this cause comes on for hearing on the oral motion of the Plaintiff to modify the previous order entered herein. The Plaintiff is present by B. G. Tudor, attorney for the Sedgwick County Social Welfare Board and there are no other appearances.

THE COURT, after hearing the evidence, reviewing the files and being fully advised in the premises, finds that the previous order should be modified.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED that the previous order to the Court is hereby modified as to order the Clerk of the District Court to pay all sums received under such order to ____Velma Louise purkey____ and to pay no further sums to the Sedgwick County Social Welfare Board.

_Wm. C. Kandt_
JUDGE

APPROVED:

_B. G. Tudor_
B. G. TUDOR
WELFARE ATTORNEY

SWL:llbp

CC:  SW. Alexander

000411

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS

                            SOCIAL SECURITY ADMINISTRATION
                            OFFICE OF CENTRAL OPERATIONS
                            6100 WABASH AVENUE
                            BALTIMORE MARYLAND  21215

                                              Date: 01/20/2016

JOHN FOX
500 S CONKLING ST
BALTIMORE MD 21224

We are sending the statement of earnings requested for:

   Number Holder's Name: VELMA L PURKEY
 Social Security Number: █████████

        Years Requested: 1937 THRU 1981

Control Number: 15322164726
Remittance Number: 201511190090

Enclosure(s):
    Earnings Statement

**000412**

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS


                        SOCIAL SECURITY ADMINISTRATION
                         EARNINGS RECORD INFORMATION


                                           Date: 01/20/2016


Our records show the amount of earnings reported, not the amount of
Social Security taxes that were paid.

Wages were first covered under Social Security in 1937.  Therefore,
1937 is the first year for which earnings may be shown on our records.
Employers were required to report earnings semi-annually in 1937,
and on a quarterly basis for the years from 1938 through 1977.
Beginning with 1978, employers are required to report earnings annually.

Our records do not show the exact date of employment (month and day)
because we do not need this information to figure Social Security
benefits.  Employers do not give us this information.

Each year, there is a maximum amount of earnings that is subject to
Social Security taxes and is used to compute benefits.  If a person
earns more than this maximum amount, the earnings statement will
usually show the maximum rather than the total earnings.  Maximum
benefits can be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

Beginning in 1951, self-employed persons could also receive
Social Security credit for their work.  The maximum amounts of
self-employment earnings that are subject to Social Security taxes
and are used to compute benefits can also be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

If you have any questions, you should call, write,  or visit any
Social Security office.  If you visit or call, please bring this letter.
It will help us answer questions.  The toll free number to call is
1-800-772-1213 (for the deaf or hard of hearing, call our TTY number,
1-800-325-0778).


**000413**

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                   * * *      FOR SSN ▮▮▮▮▮▮▮▮ * *

FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        6100 WABASH AVENUE
        BALTIMORE  MARYLAND  21215


NUMBER HOLDER NAME: VELMA L PURKEY
    YEARS REQUESTED: 1937 THRU 1981



JOHN FOX
500 S CONKLING ST
BALTIMORE MD 21224




EMPLOYER NUMBER:  48-0477270
WICHITA CANDY KITCHEN
117 W DOUGLAS
WICHITA  KS 00000-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1942 |         | 50.00   | 134.73  | 4.96    | $189.69 |


EMPLOYER NUMBER:  13-1098710
NEW YORK LIFE INS CO
51 MADISON AVE
NEW YORK  NY 00000-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1943 | 29.10   | 64.60   |         |         | $93.70 |


EMPLOYER NUMBER:  48-0116619
AERO PARTS MFG CO INC
201 N WACO
WICHITA  KS 00001-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1943 |         | 31.20   | 424.10  | 505.17  | $960.47 |
| 1944 | 436.59  | 216.67  |         |         | $653.26 |

**000414**

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                      * * *      FOR SSN  ▐▬▬▬▬▬▬▬▬▬▌   * * *

EMPLOYER NUMBER:  43-0254900
EDISON BROTHERS STORES INC
% AMJ ADVISORS LLC
999 CENTRAL AVE STE 208
NEW YORK  NY 10001-0000
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1944 |         |         | 183.27  |         | $183.27 |

```
EMPLOYER NUMBER:  48-0396580
BUCKS INC
300 E DOUGLAS
WICHITA  KS 67202-0000
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1944 |         |         | 5.38    |         | $5.38 |

```
EMPLOYER NUMBER:  48-0397083
THUNSTONS
220 E DOUGLA AVE
WICHITA  KS 00000-0000
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1944 |         |         | 6.54    |         | $6.54 |

```
EMPLOYER NUMBER:  48-0404878
SANTA FE TRAIL TRANSPORTATION CO
YORKE NATHAN TTEE
150 N MICHIGAN AVE
CHICAGO  IL 60601-7553
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1944 |         |         | 27.30   | 347.60  | $374.90 |
| 1945 | 339.44  | 366.36  | 11.88   |         | $717.68 |

```
EMPLOYER NUMBER:  13-1159180
J C PENNEY CO
330 W 34TH ST
NEW YORK  NY 00000-0000
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1945 |         |         | 125.08  | 142.03  | $267.11 |
| 1949 | 4.88    | 8.13    |         |         | $13.01 |

**000415**

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                     * * *       FOR SSN  ██████████        * * *
```

EMPLOYER NUMBER:  48-0490624
COMMONWEALTH BUILDING INC
102 COLORADO DERBY BLDG
WICHITA  KS 67202-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1946 | | | 25.99 | | $25.99 |

EMPLOYER NUMBER:  83-0111545
CODY TRADING CO
PO BOX 69
CODY  WY 82414-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1947 | | | | 60.00 | $60.00 |

EMPLOYER NUMBER:  48-0463560
WALKER BROTHERS INC
202 WEST FIRST SUITE 400
WICHITA  KS 67202-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1950 | | | 107.62 | 356.58 | $464.20 |
| 1951 | 393.61 | 472.97 | 162.28 | | $1,028.86 |

EMPLOYER NUMBER:  48-0514064
HENRYS INC
PO BOX 789789
WICHITA  KS 67278-9789

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1952 | 35.00 | | | | $35.00 |

EMPLOYER NUMBER:  91-0425694
THE BOEING COMPANY
PO BOX 3707
SEATTLE  WA 98124-2207

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1952 | 125.40 | 856.46 | 952.57 | 1019.83 | $2,954.26 |
| 1953 | 991.03 | 1030.19 | 1000.32 | 578.46 | $3,600.00 |
| 1954 | 974.83 | 932.22 | 1096.90 | 596.05 | $3,600.00 |
| 1955 | 1027.14 | 693.12 | 1058.92 | 1059.02 | $3,838.20 |
| 1956 | 937.42 | 1155.01 | 328.44 | 82.20 | $2,503.07 |
| 1957 | 476.72 | 921.90 | 910.88 | 1101.24 | $3,410.74 |
| 1958 | 925.68 | 1137.54 | 987.44 | 1149.34 | $4,200.00 |
| 1959 | 1080.13 | 1234.87 | 573.33 | | $2,888.33 |
| 1962 | | | | 1129.44 | $1,129.44 |

000416

SSA-1826              ITEMIZED STATEMENT OF EARNINGS
                 * * *    FOR SSN �█▧▨▨▨▨▨▨▨  * * *

1963    1322.51    1404.17    1471.88    601.44         $4,800.00

EMPLOYER NUMBER:  13-5596707
R H MACY & CO INC
151 W 34TH ST
NEW YORK  NY 10001-2101

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1960 |         |         |         |         |       |
| 1961 | 31.30   |         |         | 78.50   | $78.50 |
|      |         |         |         | 9.10    | $40.40 |

EMPLOYER NUMBER:  43-0711552
EBSS-KANSAS INC
PO BOX 14020
SAINT LOUIS  MO 63178-4020

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1962 |         |         | 91.86   | 7.90    | $99.76 |

EMPLOYER NUMBER:  47-0372999
CUDAHY COMPANY
100 W CLARENDON
PHOENIX  AZ 85013-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1964 | 116.63  |         |         |         | $116.63 |

EMPLOYER NUMBER:  48-0677428
HIWAY INN INC
HIWAY INN
3900 W KELLOGG
WICHITA  KS 67202-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1964 | 3.50    | 42.00   |         |         | $45.50 |

EMPLOYER NUMBER:  48-0687170
KING ARTHURS INC
502 S ESTELLE
WICHITA  KS 67211-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1964 |         | 40.00   |         |         | $40.00 |

000417

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                    * * *      FOR SSN ████████████      * * *

EMPLOYER NUMBER:  48-0515552
RAYMOND & FRED STEVENS
 110 S WALNUT
BOX 1098
WICHITA  KS 67201-0000

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1964                                 72.00                       $72.00


EMPLOYER NUMBER:  48-0611161
L & S AERODYNE INC
2601 N W EXPRESSWAY STE 611EAST
OKLAHOMA CITY  OK 73112-0000

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1964                                375.29                      $375.29


EMPLOYER NUMBER:  48-0322558
RUSSELL MARTIN
MARTIN TOOL CO
PO BOX 8035
WICHITA  KS 67208-0000

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1965                                             622.40          $622.40
1966      888.98       770.38                                  $1,659.36


EMPLOYER NUMBER:  47-0421069
SCHIMMEL HOTELS CORPORATION
ESTABLISHMENT I
13 & M ST
LINCOLN  NE 68508-0000

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1966                   156.94        95.00                      $251.94


EMPLOYER NUMBER:  48-0596485
GEORGE A CRAWFORD
GEORGES CAFE
914 W DOUGLAS
WICHITA  KS 67203-0000

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1966                                203.60       528.94         $732.54
1967      596.28        93.66                                   $689.94


                              PAGE   5
```
000418

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                    * * *        FOR SSN  ██████████  * * *

EMPLOYER NUMBER:   48-0615629
BONDED COLLECTORS INC
1958 S WASHINGTON
WICHITA   KS 67211-0000

YEAR       1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1966                                 102.00                        $102.00


EMPLOYER NUMBER:   48-0618409
HARRIET P SPEAR
SPEARS RESTAURANT
1005 N EMPORIA
WICHITA   KS 67214-0000

YEAR       1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1967                                 607.65       728.00         $1,335.65
1968       653.32       692.00       188.00                      $1,533.32


EMPLOYER NUMBER:   48-0680182
M F BECKER
BECKERS CAFE
1005 N EMPORIA
WICHITA   KS 67214-0000

YEAR       1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1968                                 241.00       460.00         $701.00


EMPLOYER NUMBER:   48-0695956
KIM HENG NG
1549 S IDA
WICHITA   KS 67211-0000

YEAR       1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1969                    484.63       5.50                        $490.13
1970       299.99       100.00                                  $399.99
1971       39.50                                                $39.50


EMPLOYER NUMBER:   48-0767746
RONALD K HARRIS
ROCK ISLAND CAFE
115 S ROCK ISLAND
WICHITA   KS 67202-0000

YEAR       1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1970                    385.50       250.00                      $635.50
```

**000419**

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                    * * *      FOR SSN ▒▒▒▒▒▒▒▒▒▒      * * *

EMPLOYER NUMBER:  47-0525334
BEHLEN MANUFACTURING COMPANY
PO BOX 569
COLUMBUS  NE 68601-0000

YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1971      82.96       879.36     1263.12     1004.32      $3,229.76
1972     1018.64     1019.42      879.21       35.00      $2,952.27


EMPLOYER NUMBER:  36-0848180
BRUNSWICK CORPORATION
% ATTN TAX DEPT
1 N FIELD CT
LAKE FOREST  IL 60045-4810

YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1972                             117.08      1388.66     $1,505.74
1973     100.80                                            $100.80


EMPLOYER NUMBER:  48-0721875
TERRACE GARNDENS SKILLED NURSING
 CENTERS INC
1301 N WEST ST 15
WICHITA  KS 67203-0000

YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1973                              54.23                     $54.23


EMPLOYER NUMBER:  48-0787709
EQUITY INVESTORS INC
6815 W KELLOGG
WICHITA  KS 67209-0000

YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1973                                          11.38         $11.38


EMPLOYER NUMBER:  48-0560334
F E WILSON
JACKS GRILL
116 E MURDOCK
WICHITA  KS 67214-0000

YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1976                                         880.00        $880.00
1977     1024.00     720.00                             $1,744.00
```

**000420**

SSA-1826                ITEMIZED STATEMENT OF EARNINGS
                  * * *    FOR SSN  ████████████  * * *

EMPLOYER NUMBER:  48-0543706
KANSAS MASONIC HOME
% T MIKE FEGAN
402 S MARTINSON
WICHITA   KS 67213-3998

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1977 |         | 128.80  | 1217.28 | 1110.05 | $2,456.13 |
| 1978 |         |         |         |         | $4,041.58 |
| 1979 |         |         |         |         | $3,051.27 |

EMPLOYER NUMBER:  48-0673381
TOWN & COUNTRY FOOD MARKETS INC
PO BOX 17087
WICHITA   KS 67217-0087

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1979 |         |         |         |         | $83.13 |

EMPLOYER NUMBER:  48-0674458
BACO AUTOMOTIVE PRODUCTS INC
6021 E 17TH ST N
WICHITA   KS 67208-1709

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1979 |         |         |         |         | $382.28 |

EMPLOYER NUMBER:  48-0802940
EXECUTIVE MANOR WICHITA INC
 400 W DOUGLAS WICHITA KS
PO BOX 1598
TOPEKA   KS 66601-1598

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1979 |         |         |         |         | $1,160.67 |
| 1980 |         |         |         |         | $1,517.69 |

EMPLOYER NUMBER:  48-0878382
LEWINS INC
223 E DOUGLAS
WICHITA   KS 67202-3403

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1979 |         |         |         |         | $1,145.03 |

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
                 * * *      FOR SSN ███████████   * * *

EMPLOYER NUMBER:  48-0830207
FOUR OF WICHITA INC
 8200 E KELLOGG
4011 N TARA CIR
WICHITA  KS 67226-3336


YEAR    1ST QTR     2ND QTR     3RD QTR     4TH QTR              TOTAL
1980                                                         $3,352.27
1981                                                           $578.00


***************************************************************************
*********  THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS  *********
*********  SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED     *********
***************************************************************************
```

**000422**

USE OF THIS INFORMATION REGULATED BY LAW

## POLICE DEPARTMENT - WICHITA, KANSAS

CRIME: LARCENY

CLASSIFICATION: OTHER #0680

INDEXED

CASE NO. 12847

| | | | |
|---|---|---|---|
| Case Heading: | VELMA L. PURKEY 37 wfe | Address: | ████████████ |
| Where Committed: | Hi Ho Club | When Committed: | 1:30am to 2:30am 6-20-63 |
| Reported by: | Victim | Address: | |
| Time Reported: | 4:37 a.m. 6-20 | Beat: 2 | Detail: 3 | How Reported: Radio |

How Committed:

The above rpts. theft of Orange Leather billfold trimmed in White containing misc. ident. and $40 to $50 in cash.

Loss $45.00

RECORD SECT. JUL 1 3 1963

Officers Assigned: Worthan #87

Division Assigned: Det.Div. tmh 5:53 a.m. 6-20-63     Connect Case:

Form 21 (12) 50M 3-63

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

*Patsy G. Sewell V647*
Record and Identification Section

INFORMATION RELEASED TO *Laura T. O'Sullivan*

DATE JUN 1 3 2003 BY *Patsy G. Sewell V647*

000423

WP_PC00009239

CASE NO. I-12847

PRELIMINARY REPORT
POLICE DEPARTMENT - WICHITA, KANSAS

CRIME  LARCENY A.                          CLASSIFICATION    OTHER

VICTIM  VELMA L. PURKEY ( 37 wfe)

| | |
|---|---|
| RESIDENCE ADDRESS | RES. PHONE  WH 3-6282 |
| BUSINESS ADDRESS  BOEING | BUS. PHONE |
| WHERE COMMITTED  HI HO CLUB | WHEN REPORTED 4:37 a.m. 6-20-63 |
| WHEN COMMITTED 1:30 to 2:30 a.m. 6-20-63 | REPORTED BY victim |

Description of Property Stolen

| Article | Description | Serial No. | Present Cash Value |
|---|---|---|---|
| billfold | orange leather trimmed in white | | unk |
| money | misc bills | | $50.00 |
| | | | |
| | | | |
| | | | |

INVESTIGATION

The above reports the theft of an orange colored billfold trimmed in white  from her purse at the HI HO CLUB 1:32 am. 6-20-63.    The billfold contained misc ID , credit card and etc and cash in the amount of $45 to $50.00,  the total loss unk.

At approx 4:37 a.m. date, I received a call by radio to take a LARCENY REPORT at 238 No Clarence.  Upon my arrival there, I contacted the victim in this case, who stated that she works at BOEING on the 2nd shift and after getting off work this morning , she had gone home and changed clothes and gone out to the HI HO CLUB.  On going into the HI HO CLUB , she had noticed a woman sitting by herself at one of the tables and she had gone over , the woman had ask her if she could set with her and was told that she could. She had set down and had removed her billfold from her purse and gone thru the billfold taking out a $1.00 bill, she then had replaced the billfold in the purse , leaving it lie on the table.  She had gone over to the BAR had gotten some change and had gone to the cigarette machine and purchased PARLIAMENT CIGARETTES from the machine.  She had then returned to the tab le .  She had gotten up several times during the course of the morning to dance with different men , who had ask her to dance.  Her companion had gotte up only once.

Upon returning to her table approx 2:30 a.m. found that the woman with whom she was sitting had gone.   She thought that possibly the woman had gone to the restroom.  She had set there for a while and the woman had not returned , she then had gone into the restroom to see if the woman was sick.  She stated that while they were talking , the woman had said that she had a baby approx three weeks ago.  She thought that possibly the woman had become ill from being on her feet to soon after the birth of the child therefore, might have gone to the restroom.

Upon going back to the table after not being able to find the woman , she had opened he purse to get herself some lipstick when she found that her billfold was missing.  An

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

Patsy A. Surell V647
Record and Identification Section

000424

WP_PO00009240  JUN 3 2003

-2-

immediate searcd of the premises for the woman with hhom she was sitting turned up nothing. The woman evidently had gone. No one in particular had remembered the woman leaving.

I ask the victim to describe the woman , she described her as being a middle 20s wfe, long dark brown hair which fell to her shoulders, about 5'4" and very heavy set, one thing in particular she noticed about this woman was that even tho she was heavy set she did have a beautiful complexion and a pretty face, she was wearing a navy and white colored dress and white heels. She was carrying a white purse , which the victim thought was cloth. Also she was wearing white earrings , white beads which fell in three strands. The victim stated that during the course of the evening , they had been talking about automobiles and etc and this woman hd told her that she had two cars a '50 model car and a '53 model pick up. The victim also stated that she noticed that the woman was wearing both an engagement ring , a wedding ring containing a diamond and also a plain wedding band on the third finger of her left hand. The woman never mentioned her name or never mentioned anything about her husband other than mentioning the birth of the baby about three weeks ago. The victim stated that as far as she could remember the woman had never told her whether or not even a boy or girl or which hospital the baby had been born in.

She stated that the woman was very pleasant to talk too. The victim stated that she can ID the woman and also the billfold , she stated that she would prosecute in case the woman could be found. She had started to report the CLUB, however, the BARTENDER, JERRY had told her that it would not do any good to report the loss, however, upon getting home , the victim had set around and finally decided that due to the fact there was a credit card from the MODEL CLOTHING SHOP here in town in there, also her DL and other ID  that possibly she should report it  in case the billfold should turn up. She stated thatthe woman had a good chance to see the bills in her billfold when she was going thru it, looking for the $1.00 with which to purchase her cigarettes. She stated that one thing in particular that she noticed about the woman was the fact that she had a very largesilver cigarette case which was trimmed in some dark color, the woman had told her that the cigarette case was an antique which had been passed down from her mother to her. The victim stated that the search was made of the interior of the CLUB for the billfold and also the search had been made of the CLUB GROUNDS , however, the billfold was not located.

I advised the victim that smnce she had not signed the CREDIT CARD from the MODEL CLOTHING STORE that she should notify them this morning , telling them that her CREDIT CARD had been stolen due to the fact that one could sign the victim's name and then turn right around sign a bill for clothing and the signature would look just exactly the same. The victim stated that there was no other ID outside of her DLand etc in the billfold in which she was particularly interested but she was interested in the CREDIT CARD and also the DL. The victim stated that she had a birthday coming up in a couple or three days , she had made application for the LIC and had not received it. I told her that if she was stopped , the thing for her to do was to tell the OFFI stopping her that her b illfold had been stolen and he could check underneath this cas to ascertain whether or not it had been stolen. The victim stated that none of the employees of the club could ever have remembered having seen this woman before in the club. She did state that the waitress had told her that the woman had made the remar

This will certify this to be a true copy of the original record on file at Wichita Police.Dept. V647 Patsy A. [signature] Record and Identification Section

JUN 13 2003

000425

-3-

once during the course of the evening that --to the waitress that had been working there it seemed as tho the waitresses were always hanging over her back and she was not out where she could see her.   No doubt the woman was trying to get the WAITRESS off the back of her neck so that she could take the billfold from the victim's purse.   The victim stated as far as she could tell nothing else in her purse had been bothered , other than the billfold being taken.   She stated that the purse had laid on the table all during the course of the evening, she had removed her cigarettes from the purse and had left them lay8ng on the tab le and had smoked several cigareetes from the pur- chase which she had made.

The victim stated the employees of the club had told her that they would keep a watch for this woman and if she did come in that they would call her,   I told her then the thing for her to do would be to contact us immediately and we would go out and pick up the woman and have a chat with her.   I am not issuing a pick up for this woman at this time due to the general description dhat I received.   The woman stated there were no outstanding characteristics about this woman except her heavy build and smooth complexio I am leaving it to the descretion of the DETECTIVE DIVISION as to whether or not a pick up should be issued.

The woman when I questioned her further about  whether or not she had mentioned any- thing about the make of the caror the model , she stated NO, as far as she could remembe the pick up and the car were the only thing that were mentioned and only the year was given then.

This is all the info I have on this case at this time.

                                        JOHN E. WORTHAN #0087
                                        6-20-63   6:07 a.m.

cc: Det
es

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

Patsy G. Suril V642
Record and Identification Section

JUN 13 2000

000426

SUPPLEMENTAL REPORT *MF*    Case No. *I-12847*

iding *Velma L. Purkey*    Crime *Larc A other*

_____ Unfounded _____    Reclassified: Crime *Larc B*    Class *other*

BY:  i. Arrest _____;    2. In custody or serving sentence _____;    3. Lack of pros. _____;    4. Juvenile _____.

_____ Age _____ Sex _____ Race _____ Add: _____

_____ Age _____ Sex _____ Race _____ Add: _____

_____ Age _____ Sex _____ Race _____ Add: _____

ATION TO UNFOUND OR RECLASSIFY: *Victim nor people at Hi Ho know*

*he subject That the Victim was setting with*

✓ THIS CASE MAY BE CLOSED - NO FURTHER REPORTS NECESSARY AT THIS TIME    $ *45.00* LOSS    $ _____ RECOVERED

_____ ADDITIONAL REPORT/S WILL BE SUBMITTED

_____ VICTIM NOTIFIED OF CLEARANCE    Signed *T Davis #112*

Date *6-24-63*    Time *2:20 pm*

KEY CASE NO. _____

APPROVED BY: *E.K.M*

LL UNFOUNDED AND RECLASSIFIED CASES MUST BE APPROVED BY A COMMANDING OFFICER.

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

*Patsy A. Lusby V647*
Record and Identification Section.

**000427**

WP_PC00009245