Elementary Schools

Diocese of Wichita

# PRINCIPAL'S OFFICE RECORD

Name **Purkey,**     **Wesley     Ira**     Birth Data **Wichita, Kansas** ▮▮▮▮▮
　　Last Name　　　　　First Name　　　　　　　　　　　City　　　State　　　Day　Year

School **Christ the King**　　　　　Location **4501 Maple; Wichita, Kansas**

Rev. Director **Msgr. Joseph Gerstenkorn**　　Sisters of **Adorers of the Most Precious Blood**

## HOME ADDRESS

1. **122 No. Sabin** — Telephone **WH 2-4137**
2. _____ — Telephone _____
3. _____ — Telephone _____
4. _____ — Telephone _____

| BAPTISM | FIRST COMMUNION | CONFIRMATION |
|---|---|---|
| Date **February 17, 1952** | | |
| Church **St. Joseph** | | |
| City **Wichita, Kansas** | | |

Date entered **September 2, 1958**
From what school _____
Date withdrawn *Sept. 1, 1959*
Transferred to *St. Josephs*

## FAMILY DATA

Parent or Guardian **Jack W. Purkey**
Father's Religion **Non-Catholic**　　Occupation **Boeing Air**
Mother's Religion **Catholic**　　Occupation **Boeing Air**
Remarks: _____

### INTELLIGENCE TESTS

| Date | Name of Test | Form | CA | MA | I Q |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

### ACHIEVEMENT TESTS

| Date | Name of Test | Form | Grade Equiv. | Norm |
|---|---|---|---|---|
| 9-15-58 | *Metropolitan Readiness* | S | 64-D | |
| | | | | |
| | | | | |

### PERSONALITY TESTS

| Date | Name of Test | Rating |
|---|---|---|
| | | |
| | | |
| | | |

WP007341

**000523**

# CUMULATIVE RECORD OF MARKS AND ATTENDANCE

Enter data at end of each semester

| YEAR SUBJECT | | KDG | Gr. 1 | | Gr.__ | | Gr.__ | | Gr.__ | | Gr.__ | | Gr.__ | | Gr.__ | | Gr.__ | | Gr.__ | | Gr.__ | | Year | TEACHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Religion | | | C | C- | | | | | | | | | | | | | | | | | | | 1958 | |
| LANGUAGE ARTS | Reading | | C- | C | | | | | | | | | | | | | | | | | | | 1959 | Sister M. Josepha ADPP.S. |
| | English | | | | | | | | | | | | | | | | | | | | | | | |
| | Spelling | | | | | | | | | | | | | | | | | | | | | | | |
| | Penmanship | | D | C- | | | | | | | | | | | | | | | | | | | | |
| Math. | Arithmetic | | C | B- | | | | | | | | | | | | | | | | | | | | |
| SOCIAL STUDIES | Geography | | | | | | | | | | | | | | | | | | | | | | | |
| | History | | | | | | | | | | | | | | | | | | | | | | | |
| | Kansas History | | | | | | | | | | | | | | | | | | | | | | | |
| | Civics | | | | | | | | | | | | | | | | | | | | | | | |
| HEALTH SCIENCE SAFETY | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| ARTS | Art | | C | C+ | | | | | | | | | | | | | | | | | | | | |
| | Music | | C- | C- | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| Conduct | | | C- | D+ | | | | | | | | | | | | | | | | | | | | |
| Days Taught | | | 90 | 90 | | | | | | | | | | | | | | | | | | | | |
| Days Absent | | | 6 | 6 | | | | | | | | | | | | | | | | | | | | |
| Times Tardy | | | 1 | 3 | | | | | | | | | | | | | | | | | | | | |

## HEALTH RECORD          IMMUNIZATION DATES

| | | | | | | | | | | | | | | | | |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vision | R | | | | | | | | | | | | | | | | Smallpox | 1 | 2 |
| | L | | | | | | | | | | | | | | | | Diphtheria | 1 | 2 |
| Hearing | R | | | | | | | | | | | | | | | | | 3 | 4 |
| | L | | | | | | | | | | | | | | | | Typhoid | 1 | 2 |
| Teeth | | | | | | | | | | | | | | | | | Tetanus | 1 | 2 |
| Height | | | 52¼ | 52¾ | | | | | | | | | | | | | | | |
| Weight | | | 64 | 68½ | | | | | | | | | | | | | | | |

Mental Health          Good          Unstable          Needs attention

| | | |
|---|---|---|
| Tuberculin | Pos. | Neg. |
| X-Ray | Pos. | Neg. |

Physical Disability

A - 93-100 Excellent;    B - 85-92 Good;    C - 77-84 Medium;    D - 70-76 Poor;    F - Below 70 Failure

000524

Elementary Schools

## PRINCIPAL'S OFFICE RECORD

Diocese of W

Name __Purkey__ ___Wesley  Ira___ Birth Data __Wichita__ __Kansas__ [redacted]
_Last Name_ _First Name_ _City_ _State_ _Month_ _Day_

School____St Joseph____ Location ___Wichita___

Rev. Director ___Ralph  Michaels, C.Ss.R.___ Sisters of ___Charity, B.V.M___

### HOME ADDRESS

1. _____ Telephone _____
2. ___ S St Paul ___ Telephone _____
3. ___ W. Douglas ___ Telephone _____
4. ___ 220 ___ Telephone _____

| BAPTISM | FIRST COMMUNION | CONFIRMATION |
|---|---|---|
| Date ___ 1952 | 10-25-59 | May 10, 1961 |
| Church ___ | ___ | St Joseph |
| City ___ | Wichita | Wichita |

Date entered _____

From what school _____

Date withdrawn __May 25, 1960__

Transferred to _____

001561

### FAMILY DATA

Parent or Guardian ___ Jack W Purkey

Father's Religion ___ Catholic ___ Occupation __Boeing_____

Mother's Religion ___ Catholic ___ Occupation __Boeing__

Remarks: (Broken Home)

### INTELLIGENCE TESTS

| Date | Name of Test | Form | C.A. | M.A. | I.Q. |
|---|---|---|---|---|---|
| 10-13-57 | Calif. Mental Maturity Prim. | S'57 | 7-5 | 92 | 88 |
| ___61 | The Large - Thorndike | " | 9-9 | 87 | 87 |
| 10-19-64 | " " | A | 12-9 | 10-10 | 90 |

### ACHIEVEMENT TESTS

| Date | Name of Test | Form | Grade Equiv. |
|---|---|---|---|
| 9-15-58 | Metropolitan Readiness | S | 69:D |
| 1-18-62 | " " " | 2 | 3.7 |
| 1-13-63 | " " " | 1 | 5.4 |
| 1-7-64 | " " " | 2 | 5.3 |
| 1-11-65 | " " " | 1 | 5.9 |
| (9%)2- -66 | " " " | 2 | 6.6 |

### PERSONALITY TESTS

| Date | Name of Test | Rating |
|---|---|---|
| | | |
| | | |
| | | |

**000525**

WP_PC00009351

# CUMULATIVE RECORD OF MARKS AND ATTENDANCE
### Enter data at end of each semester

001562

| YEAR SUBJECT | | KDG | Gr.___ | Gr.2 | Gr.3 | Gr.4 | Gr.5 | Gr.6 | Gr.7 | Gr.8 | Gr.___ | Gr.___ | Year | TEACHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Religion | | | | C | C+ | C+ | C | B- | A | C | C | A | D | C | C | C | | | | |
| LANGUAGE ARTS | Reading | | | | C | C+ | C | C | C | A | C-F | 7 | D | C | D | C | | | | 1951 |
| | English | | | | | C | C | C | C | C | C-A | A-F | F | D+ | C | C- | C- | | | 1962 | B.B. St. Marie |
| | Spelling | | | | C | C | D | C+ | B | B- | A | A | X | 7 | D- | D+ | F | F | | | 1960 | Mrs. Betty |
| | Penmanship | | | | C | C | C | C | B | B | C | C | D+ | A | C | C | D+ | D+ | | 1961 | " " |
| | | | | | C | C | C | C | | | | | | | | | | | 1961 | Mary L. C |
| Math. | Arithmetic | | | | | | | C- | C+ | C- | B- | D-7 | D- | A | D | F | | | 1962 | Mary L. Gen |
| SOCIAL STUDIES | Geography | | | | | | | C | C | C- | A-4-F | D- | C | | | | | 1962 | |
| | History | | | | | | | | | | | D+ | C | C | C | | | 1963 | Isabel V. Irs |
| | Kansas History | | | | | | | | | | | | | | | | | 1963 | |
| | Civics | | | | | | | | | | | | | | | | | 1964 | |
| HEALTH SCIENCE SAFETY | | | | | C | C | B | B | C | C+ | A | C-7-7 | D- | C | D | C | | | 1964 | |
| | | | | | | | | | | | | | | | | | | 1965 | |
| | | | | | | | | | | | | | | | | | | 1965 | |
| ARTS | Art | | C | C+ | C | C | B | B | B | B | C | C-A | C- | C+ | B- | C | | | 1966 | |
| | Music | | C- | C- | C | C | B | B | C | B- | C | B-A | C | C | C | C | | | | |
| | Conduct | | C- | D+ | C | C | C | C | B | B+ | B | B-C | C | C- | B | D+ | C | | | |
| | Days Taught | | 90 | 90 | 95 | 87 | 90 | 90 | 90 | 89 | 90 | 90-90 | 89 | 90 | 90 | 90 | 90 | | | |
| | Days Absent | | 6 | 6 | 7 | 12½ | 2½ | 3 | 4 | 7 | 9 | 5½-8 | 12 | 13½ | 7 | 9½ | 16 | | | |
| | Times Tardy | | 1 | 3 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0-C | 0 | 0 | 0 | 2 | 1 | | | |

## HEALTH RECORD

| | | | | | | | | | | | | | IMMUNIZATION DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vision | R | | | | | 20/20 | 20/20 | | | | | | Smallpox | 1 | 2 |
| | L | | | | | 20/20 | 20/20 | | | | | | Diphtheria | 1 | 2 |
| Hearing | R | | | | | | 1 4 | | | | | | | 3 | 4 |
| | L | | | | | | 1 | | | | | | Typhoid | 1 | 2 |
| Teeth | | | | | | | | | | | | | Tetanus | 1 | 2 |
| Height | | | | 53¼ | 57½ | 55 | | 5'7 5'0 | | | | | | | |
| Weight | | | | 64 | 68 | 70 | 72 | 75 | 85 4½ | | | | | | |

| Mental Health | | Good | Unstable | Needs attention | | Tuberculin | Pos. | Neg. |
|---|---|---|---|---|---|---|---|---|
| Physical Disability | | | | | | X-Ray | Pos. | Neg. |

A - 93-100 Excellent;   B - 85-92 Good;   C - 77-84 Medium   D - 70-76 Poor;   F - Below 70 Failure

**000526**

WP_PC00009352

Elementary Schools

**PRINCIPAL'S OFFICE RECORD**

Diocese of Wich

Name __Purkey__ (Last Name) __Wesley Ira__ (First Name) — Birth Data __Wichita__ (City) __Kansa__ (State) ▓▓▓ (Month) (Day)

School __St Joseph__ — Location __Wichita__

Rev. Director __Ralph Michaels, C.Ss.R__ — Sisters of __Charity, BVM__

### HOME ADDRESS

1. _____ Telephone _____
2. __...li S. St Paul__ Telephone __AN 2-29__
3. __W. Douglas__ Telephone __WH 3__
4. __230 N. ...__ Telephone _____

| | BAPTISM | FIRST COMMUNION | CONFIRMATION |
|---|---|---|---|
| Date | 1952 | 10-25-59 | May 10, 1961 |
| Church | | | St Joseph |
| City | | | Wichita |

Date entered _____

From what school _____

Date withdrawn __May 25, 1960__

Transferred to _____

### FAMILY DATA

Parent or Guardian __Jack W. Purkey__

Father's Religion __Catholic__ — Occupation __Boeing__

Mother's Religion __Catholic__ — Occupation __Boeing__

Remarks: (Broken Home)

### INTELLIGENCE TESTS

| Date | Name of Test | Form | CA | MA | IQ |
|---|---|---|---|---|---|
| 10-13-57 | Calif. Mental Maturity Prim. | S'57 | 105 | 92 | 88 |
| ...-61 | The Large - Thorndike | | 9-9 | 87 | 87 |
| 10-19-64 | " | A | 11-9 | 10.70 | 90 |

### ACHIEVEMENT TESTS

| Date | Name of Test | Form | Grade Equiv. | |
|---|---|---|---|---|
| 9-15-58 | Metropolitan Readiness | S | 69·D | |
| 1-18-62 | " | 2 | 3.7 | 4 |
| 1-13-63 | " | 1 | 2.4 | 5 |
| 1-7-64 | " | 2 | 5.3 | 6 |
| 1-11-65 | " | 1 | 5.9 | 7 |
| 2--66 | " | 2 | 6.6 | 8 |

### PERSONALITY TESTS

| Date | Name of Test | Rating |
|---|---|---|
| | | |
| | | |

001561

000527

WP_PC00009369

## CUMULATIVE RECORD OF MARKS AND ATTENDANCE
Enter data at end of each semester

001562

| YEAR SUBJECT | | KDG | Gr.__ | Gr. 2 | Gr. 3 | Gr. 4 | Gr. 5 | Gr. 6 | Gr. 7 | Gr. 8 | Gr.__ | Gr.__ | Year | TEACHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Religion | | | | C | C+ | C+ | C | B- | D | U C | A | D C- | C C | | | | |
| LANGUAGE ARTS | Reading | | | C | C+ | C | C | C | D | O+F | I | D C- | D C | | 1959 | |
| | English | | | C | C | C | C | C | C- | O-F | I | D+ C | C- C- | | 1959 | |
| | Spelling | | | C | B | C+ | B | B- | D | O F | F | D- O+ | F F | | 1960 | S. B. St. Marcell |
| | Penmanship | | | C | C | C | C | B | B | C C | C | C C | D+ D+ | | 1960 | Mrs Betty W. |
| | | | | C | C | C | C | | | | | | | | 1961 | " " |
| Math. | Arithmetic | | | | | | C+ | C+ | C- B- | D F | D- | O | D F | | 1961 | Mary L. Cu |
| | | | | | | | | | | | | | | 1962 | Mary L. Curr |
| SOCIAL STUDIES | Geography | | | | | | C | C | C- C- | F F | D- | C | | | 1962 | |
| | History | | | | | | | | | | D+ | C C | C | | 1963 | Isabel |
| | Kansas History | | | | | | | | | | | | | | 1963 | |
| | Civics | | | | | | | | | | | | | | 1964 | |
| HEALTH SCIENCE SAFETY | | | | | C | C | B | B | C | C- D | O F F | D- | C D | C | | 1964 | |
| | | | | | | | | | | | | | | | 1965 | |
| | | | | | | | | | | | | | | | 1965 | |
| | | | | | | | | | | | | | | | 1966 | |
| ARTS | Art | | | C | C+ | C | C | B | B | B B | C C | C A | C- C+ | B- O | | |
| | Music | | | C- | C- | C | C | B | B | C | B- C | B A | C C | C C | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Conduct | | | | C- | D+ | C | D | C | C | B | B+ | A B C | C C | B D+ A | | |
| Days Taught | | | | 90 | 90 | 94 | 89 | 90 | 90 | 90 | 89 | 90 90 | 40 89 | 90 90 90 90 | | |
| Days Absent | | | | 6 | 6 | 7 | 12½ | 2½ | 3 | 4 | 7 | 9 5½ | 8 | 12 13½ 7 9½ 1½ | | |
| Times Tardy | | | | 1 | 3 | 6 | 2 | 0 | 0 | 0 | 0 | 0 0 | 0 | 0 0 2 1 | | |

### HEALTH RECORD

### IMMUNIZATION DATES

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vision | R | | | | 26/0 | 0-20 | | | | | | | Smallpox | 1 | 2 |
| | L | | | | 22/0 | 20/29 | | | | | | | Diphtheria | 1 | 2 |
| Hearing | R | | | | | 1 4 | | | | | | | | 3 | 4 |
| | L | | | | | A | | | | | | | Typhoid | 1 | 2 |
| Teeth | | | | | | | | | | | | | Tetanus | 1 | 2 |
| Height | | | 53¼ | 57 | 55 | 4 | 5' 5" | | | | | | | | |
| Weight | | | 64 | 68 | 70 | 72 | 75 | 85 9½ | | | | | | | |

| Mental Health | Good | Unstable | Needs attention | | Tuberculin | Pos. | Neg. |
|---|---|---|---|---|---|---|---|
| Physical Disability | | | | | X-Ray | Pos. | Neg. |

A - 93-100 Excellent;  B - 85-92 Good;  C - 77-84 Medium;  D - 70-76 F - Below 70 Failure

000528

WP_PC00009370

Elementary Schools

## PRINCIPAL'S OFFICE RECORD

Diocese of Wic

Name _Purkey_ (Last Name) _Wesley Ira_ (First Name)    Birth Data _Wichita    Ka_____ (City) (State) (Month) (Day)

School _St Joseph_    Location _Wichita_

Rev. Director _Ralph Michaels, C.Ss.R_    Sisters of _Charity, B.V.M_

### HOME ADDRESS

1. _____    Telephone _____
2. _____ St Paul    Telephone _____
3. _W. Douglas_    Telephone _____
4. _____    Telephone _____

| | BAPTISM | FIRST COMMUNION | CONFIRMATION |
|---|---|---|---|
| Date | _1952_ | _10-25-59_ | _May 10, 1961_ |
| Church | | | |
| City | | | _Wichita_ |

Date entered _____
From what school _____
Date withdrawn _May 25, 1960_
Transferred to _____

001561

### FAMILY DATA

Parent or Guardian _Jack W Purkey_
Father's Religion _Catholic_    Occupation _Boeing_____
Mother's Religion _Catholic_    Occupation _Boeing_
Remarks: _Broken Home_

### INTELLIGENCE TESTS

| Date | Name of Test | Form | CA | MA | I Q | Date | Name of Test | Form | Grade Equiv. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-13-57 | Calif. Mental Maturity Prim. | S'57 | 105 | 92 | 88 | 7-15-58 | Metropolitan Readiness | 5 | 69-D | |
| ___61 | The Large - Thorndike | " | 9-9 | 87 | 87 | 1-18-62 | " | 2 | 3.7 | 4 |
| 10-19-64 | " | A | 12-9 | 10-10 | 90 | 1-13-63 | " | 1 | 5.4 | 5 |
| | | | | | | 1-7-64 | " | 2 | 5.3 | 6 |
| | | | | | | 1-11-65 | " | 1 | 5.9 | 7 |
| | | | | | | 19%-2 - 66 | " | 2 | 6.6 | 8 |

### PERSONALITY TESTS

| Date | Name of Test | Rating |
|---|---|---|
| | | |
| | | |
| | | |

**000529**

WP_PC000040758

# CUMULATIVE RECORD OF MARKS AND ATTENDANCE

Enter data at end of each semester

001562

| YEAR SUBJECT | KDG | Gr. | Gr.2 | Gr.3 | Gr.4 | Gr.5 | Gr.6 | Gr.7 | Gr.8 | Gr. | Gr. | Year | TEACHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Religion | | | C C+ | C+ C | C B- | D C C | D D | C- C | C | | | | |
| LANGUAGE ARTS — Reading | | | C C+ | C C | C D | C- F I | D- C- | D C- | | | | | |
| LANGUAGE ARTS — English | | | C C | C C | C C- | C- F I | D+ C | C- C- | | | | 1959 | |
| LANGUAGE ARTS — Spelling | | | C C | D C+ | B B- | D C | F F | D- C+ | F F | | | 1960 | S. B. St. Marcel |
| LANGUAGE ARTS — Penmanship | | | C C | C C | B B | C C | D+ A | C C | D+ D+ | | | 1960 | Mrs Betty W |
| | | | C C | C C | | | | | | | | 1961 | " " |
| Math. — Arithmetic | | | | | C- C+ | C- B- | D F | D- D | D F | | | 1961 | Mary L. |
| | | | | | | | | | | | | 1962 | Mary E. |
| SOCIAL STUDIES — Geography | | | | | C C- | C- C | F F | D- C- | | | | 1962 | |
| SOCIAL STUDIES — History | | | | | | | | D+ C C | C | | | 1963 | Isabel V |
| SOCIAL STUDIES — Kansas History | | | | | | | | | | | | 1963 | |
| SOCIAL STUDIES — Civics | | | | | | | | | | | | 1964 | |
| HEALTH SCIENCE SAFETY | | | C C | B B | C C+ | D C- | F F | D- C- | D C | | | 1964 | |
| | | | | | | | | | | | | 1965 | |
| | | | | | | | | | | | | 1965 | |
| | | | | | | | | | | | | 1966 | |
| ARTS — Art | | C C+ | C C | B B | B B | C C | C- C- | C- C+ | B- C- | | | | |
| ARTS — Music | | C- C- | C C | B B | C C- | C B | C- C | C C | C C | | | | |
| Conduct | | C- D+ | C C | C C | C B | B+ B- | B C- | C C- | B D+ C | | | | |
| Days Taught | | 90 90 | 94 89 | 90 90 | 90 59 | 90 90 | 90 89 | 90 90 | 90 90 | | | | |
| Days Absent | | 6 6 | 7 12½ | 2½ 3 | 4 7 | 9 5½ | 8 12 | 13½ 7 | 9½ 16 | | | | |
| Times Tardy | | 1 3 | 6 2- | 0 0 | 0 0 | 0 0 | C 0 | 0 0 | 2 1 | | | | |

## HEALTH RECORD

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vision | R / L | | | 20/40 14/40 | 20/15 20/20 | | | | | |
| Hearing | R / L | | | | | | | | | |
| Teeth | | | | | | | | | | |
| Height | | | 52¾ 52¾ 55 | | 5' 5" | | | | | |
| Weight | | | 64 68 70 72 75 | | 85 92 | | | | | |
| Mental Health | | Good | Unstable | Needs attention | | | | | | |
| Physical Disability | | | | | | | | | | |

## IMMUNIZATION DATES

| | | |
|---|---|---|
| Smallpox | 1 | 2 |
| Diphtheria | 1 | 2 |
| | 3 | 4 |
| Typhoid | 1 | 2 |
| Tetanus | 1 | 2 |
| Tuberculin | Pos. | Neg. |
| X-Ray | Pos. | Neg. |

A - 93-100 Excellent; B - 85-92 Good; C - 77-84 Medium; D - 70-76 Poor; F - Below 70 Failure

000530

WP_PC000040759

Elementary Schools

Diocese of Wi

## PRINCIPAL'S OFFICE RECORD

Name _Purkey_ _____ _Wesley_ _Ira_ ___ Birth Data _Wichita_ _Kansas_ ■ ■ ■
     Last Name            First Name              City      State      Month   Day

School _____ _St Joseph_ _____ Location _Wichita_

Rev. Director _Ralph Michaels, C.Ss.R_ _____ Sisters of _Charity, B.V.M_

### HOME ADDRESS

1. _____ Telephone _____
2. ___ _ii S St Paul_ _____ Telephone _AH 3-29_
3. ___ _W. Douglas_ _____ Telephone _BH 3_
4. ___ _225 W. Cour ta_ _____ Telephone _____

| | BAPTISM | FIRST COMMUNION | CONFIRMATION |
|---|---|---|---|
| Date | _1952_ | _10-25-59_ | _May 10, 1961_ |
| Church | | | _St Joseph_ |
| City | | | _Wichita_ |

001561

Date entered _____

From what school _____

Date withdrawn _May 25, 1960_

Transferred to _____

### FAMILY DATA

Parent or Guardian _Jack W Purkey_

Father's Religion _Catholic_ _____ Occupation _Boeing_

Mother's Religion _Catholic_ _____ Occupation _Boeing_

Remarks: _Broken Home_

#### INTELLIGENCE TESTS

| Date | Name of Test | Form | CA | MA | I.Q. |
|---|---|---|---|---|---|
| 10-13-57 | Calif. Mental Maturity Prim | S 57 | 7-5 | 92 | 88 |
| -61 | Tho Large - Thorndike | | 9-9 | 87 | 87 |
| 10-19-64 | " " | A | 11-9 | 10-10 | 90 |

#### ACHIEVEMENT TESTS

| Date | Name of Test | Form | Grade Equiv. |
|---|---|---|---|
| 9-15-58 | Metropolitan Readiness | 5 | 64 D |
| 1-18-62 | | 2 | 3 7 |
| 1-13-63 | " | 1 | 5 4 |
| 1-7-64 | " | 2 | 5 3 |
| 1-11-65 | " | 1 | 5 9 |
| 19% 2-66 | " | 2 | 6 6 |

#### PERSONALITY TESTS

| Date | Name of Test | Rating |
|---|---|---|
| | | |
| | | |
| | | |

**000531**

WP_PC000052085

## CUMULATIVE RECORD OF MARKS AND ATTENDANCE

Enter data at end of each semester

001562

| YEAR SUBJECT | | KDG | Gr.__ | Gr. 2 | Gr. 3 | Gr. 4 | Gr. 5 | Gr. 6 | Gr. 7 | Gr. 8 | Gr.__ | Gr.__ | Year | | TEACHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Religion | | | | C | C+ | C+ | C | B- | D | C | C | D | C- | C | C | | | |
| LANGUAGE ARTS | Reading | | | C | C+ | C | C | D | C+ | F | I | D | C- | D | C | 1957 | | |
| | English | | | | C | C | C | C | C | C- | C | F | F | D+ | C | C- | C- | 1959 | B. B. St. Marcel |
| | Spelling | | | C | C | B | C+ | B | B- | D | C | K | F | D- | C+ | F | F | 1960 | Mrs. Betty W. |
| | Penmanship | | | C | C | C | C | B | B | C | C | D+ | C | C | D+ | D+ | 1960 | " |
| | | | | C | C | C | C | | | | | | | | | 1961 | |
| Math. | Arithmetic | | | | | | C | C | C- | B- | D | F | D- | D | D | F | 1961 | Mary L. Ei |
| | | | | | | | | | | | | | | | 1962 | Mary L. Burr |
| SOCIAL STUDIES | Geography | | | | | C | C | C- | C | F | F | D- | C | | 1962 | |
| | History | | | | | | | | | | D+ | C | C | C | 1963 | Isabel V. Im |
| | Kansas History | | | | | | | | | | | | | 1963 | |
| | Civics | | | | | | | | | | | | | 1964 | Mr. et. Brylento |
| HEALTH SCIENCE SAFETY | | | | C | C | B | B | C | C | D | C | F | F | C | C | D | C | 1964 | |
| | | | | | | | | | | | | | | | 1965 | N. By. |
| | | | | | | | | | | | | | | | 1965 | |
| | | | | | | | | | | | | | | | 1966 | C. W. |
| ARTS | Art | | C | C+ | C | C | B | B | B | B | C | C | C- | C- | C+ | B- | B- | | |
| | Music | | C- | C- | C | C | B | B | C | B- | C | B | C | C | C | C | | |
| | | | | | | | | | | | | | | | | |
| Conduct | | | C- | D+ | C | D | C | C | C | B- | B | B- | C | C | C | B | D+ | D | | |
| Days Taught | | | 90 | 90 | 90 | 89 | 90 | 90 | 90 | 59 | 90 | 90 | 90 | 89 | 90 | 90 | 90 | | |
| Days Absent | | | 6 | 6 | 7 | 12 | 2 | 3 | 4 | 7 | 9 | 5½ | 8 | 2 | 13½ | 7 | 9½ | 16 | | |
| Times Tardy | | | 1 | 3 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | | |

### HEALTH RECORD

| | | | | | | | | | | | | | | | | IMMUNIZATION DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vision | R | | | | 20/0 | 20/0 | | | | | | | | | | Smallpox | 1 | 2 |
| | L | | | | 20/0 | 20/0 | | | | | | | | | | Diphtheria | 1 | 2 |
| Hearing | R | | | | | | | | | | | | | | | | 3 | 4 |
| | L | | | | | | | | | | | | | | | Typhoid | 1 | 2 |
| Teeth | | | | | | | | | | | | | | | | Tetanus | 1 | 2 |
| Height | | | 53½ | 57½ | 55 | | | 5' | 5" | | | | | | | | | |
| Weight | | | 64 | 68 | 70 | 72 | 73 | | 9½ | | | | | | | | | |
| Mental Health | | | Good | | Unstable | | | Needs attention | | | | | | Tuberculin | Pos. | | Neg. |
| | | | | | | | | | | | | | X-Ray | Pos. | | Neg. |
| Physical Disability | | | | | | | | | | | | | | | | | |

WP_PC000052086

**000532**

A - 93-100 Excellent;  B - 85-92 Good;  C - 77-84 Medium;  D - 70-76 Poor;  F - Below 70 Failure



WP_PC000055458



000534

WP_PC000055459

## AUTHORIZATION TO INSPECT AND COPY RECORDS

TO: LARRY SHOAF, JOHN JORGENSON, DRWKSE NORTHUP FOR ST JOSEPH SCHOOL.

_____

I, Wesley Purkey, DOB 1/6/52, SSN 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, do hereby authorize my attorney, Frederick A. Duchardt, Jr., P.O. Box 349, Kearney MO 64060, to inspect and copy, or be provided copies of, any and all records which you have in your possession which pertain to me. I further authorize you to discuss with Mr. Duchardt any information contained within said records, and the meaning of same.

This authorization is continuing, and you may rely upon it in all respects, unless I contact you, in writing, and revoke this authorization. You are hereby authorized to accept a copy, photocopy, or fax copy of this authorization with the same validity as though an original had been presented to you.

This authorization will expire one year after the date noted below.

Dated this _1st_ day of _February_ , 2002.

_____
WESLEY PURKEY

_____
WITNESS

**000535**

WP_PC000082780

Elementary Schools

Diocese of Wich

## PRINCIPAL'S OFFICE RECORD

Name _Purkey_ (Last Name)  _Wesley  Ira_ (First Name)  Birth Data _Wichita_ (City)  _Kansas_ (State)  _____ (Month)  _____ (Day)

School _St Joseph_  Location _Wichita_

Rev. Director _Ralph Michaels, C.Ss.R_  Sisters of _Charity, BVM_

### HOME ADDRESS

1. _____  Telephone _____
2. _li 5, St Paul_  Telephone _WH 2-29_
3. _7W. Douglas_  Telephone _WH 3___
4. _825 N. Clin___  Telephone _____

| | BAPTISM | FIRST COMMUNION | CONFIRMATION |
|---|---|---|---|
| Date | 1952 | 10-25-59 | May 10, 1961 |
| Church | | | St Joseph |
| City | | | Wichita |
| Date entered | | | |
| From what school | | | |
| Date withdrawn | May 25, 1960 | | |
| Transferred to | | | |

001561

### FAMILY DATA

Parent or Guardian _Jack W. Purkey_

Father's Religion _Catholic_  Occupation _Boeing_

Mother's Religion _Catholic_  Occupation _Boeing_

Remarks: _Brother Merril_

### INTELLIGENCE TESTS

| Date | Name of Test | Form | CA | MA | I.Q. |
|---|---|---|---|---|---|
| 10-13-57 | Calif. Mental Maturity Prim. | S'57 | 105 | 92 | 88 |
| __61 | The Large - Thorndike | " | 9-9 | 87 | 87 |
| 10-19-64 | " " " | A | 12-9 | 10-10 | 90 |

### ACHIEVEMENT TESTS

| Date | Name of Test | Form | Grade Equiv. | |
|---|---|---|---|---|
| 9-15-58 | Metropolitan Readiness | S | 64-D | |
| 1-18-62 | " " | 2 | 3.7 | 4 |
| 1-13-63 | " " | 1 | 5.4 | 5 |
| 1-7-64 | " " | 2 | 5.3 | 6 |
| 1-11-65 | " " | 1 | 5.9 | 7 |
| 19%.ile 2-_-66 | " " | 2 | 6.6 | 8 |

### PERSONALITY TESTS

| Date | Name of Test | Rating |
|---|---|---|
| | | |
| | | |
| | | |

**000536**

WP_PC000087783

Elementary Schools

**PRINCIPAL'S OFFICE RECORD**

Diocese of Wich

Name _Purkey_ _Wesley Ira_ Birth Data _Wichita_ _Kansas_ ▮ Month Day
     Last Name            First Name                     City         State

School _St Joseph_ Location _Wichita_

Rev. Director _Ralph Michaels, C.Ss.R._ Sisters of _Charity, B.V.M._

## HOME ADDRESS

1. _____ Telephone _____
2. _ li 5. St Paul_ Telephone _WH 2-27_
3. _W. Douglas_ Telephone _WH 3-_
4. _235 N. _____ Telephone _____

| | BAPTISM | FIRST COMMUNION | CONFIRMATION |
|---|---|---|---|
| Date | _1952_ | _10-25-59_ | _May 10, 1961_ |
| Church | | | _St Joseph_ |
| City | | | _Wichita_ |

Date entered _____
From what school _____
Date withdrawn _May 25, 1960_
Transferred to _____

001561

## FAMILY DATA

Parent or Guardian _Jack W. Purkey_
Father's Religion _Catholic_     Occupation _Boeing_
Mother's Religion _Catholic_     Occupation _Boeing_
Remarks: _(Broken Home)_

### INTELLIGENCE TESTS

| Date | Name of Test | Form | CA | MA | IQ | Date | Name of Test | Form | Grade Equiv. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-13-57 | Calif. Mental Maturity Prim. | S'57 | 105 | 92 | 88 | 9-15-58 | Metropolitan Readiness | S | 64-D | |
| ? 61 | The Large - Thorndike | " | 9-9 | 87 | 87 | 1-18-62 | " " " | 1 | 3.7 | 4 |
| 10-19-64 | " " " | A | 12-9 | 10-10 | 90 | 1-13-63 | " " " | 1 | 5.4 | 5 |
| | | | | | | 1-7-64 | " " " | 2 | 5.3 | 6 |
| | | | | | | 1-11-65 | " " " | 1 | 5.9 | 7 |
| | | | | | | 19% 2--66 | " " " | 2 | 6.6 | 8 |

### PERSONALITY TESTS

| Date | Name of Test | Rating |
|---|---|---|
| | | |
| | | |
| | | |

**000537**

WP_PC000087783

# CATHOLIC SCHOOLS OF KANSAS
## Diocese of Wichita
### REPORT CARD
Grades 4-8

Dear Parents or Guardians:

Your signature means that you have read carefully the report concerning your child's progress.

Your cooperation is needed to assure your child's regular and prompt attendance at school. Please inform the school IN WRITING as to the cause of absence or tardiness.

We assure you that the standards and regulations of the schools of the diocese have been fixed in view of the highest spiritual welfare and educational interest of our Catholic children. We solicit your hearty cooperation in securing the best development of your child.

SUPERINTENDENT OF SCHOOLS

| RECORD OF CONFERENCE | SIGNATURE OF PARENT OR GUARDIAN |
|---|---|
|  | First Quarter  *Mrs. Velma L. Purkey* |
|  | Second Quarter  *Mrs. Velma L. Purkey* |
|  | Third Quarter  *Mrs. Velma L. Purkey* |
|  | Fourth Quarter |

Report cards should be taken seriously, but not too literally. The grades indicated (numbers or letters) have no absolute mathematical value. They should not be compared with grades of other children in the same class—or in the same school. By means of the report card, the teacher tries to convey to the parent how well this particular child or student has—in the teacher's professional opinion—used his time and talent during the past quarter of the school year. If improvement is indicated as desirable or necessary, a conference between parent and teacher should be arranged.

### EXPLANATION OF THE MARKING CODE

Letter grades for each subject will appear in one of two columns each quarter. If a mark appears in the S column, it shows SATISFACTORY WORK at the present time according to the students own ability. A mark in the U column shows UNSATISFACTORY WORK. Improvement is needed.

RECOMMENDED PLACEMENT

Next school term your child will be assigned

to _5th_ Grade

Date _June 1 - 1962_      Princi_ *M. Louisita B.V.M.*

000538      WP_PC000098693

NAME _Wesley Purkey_____ 19_61_ 19_62_

SCHOOL_St. Joseph_____CITY_Wichita_____

| ATTENDANCE RECORD | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | Total |
|---|---|---|---|---|---|
| Days absent | 2 | 2 | 5½ | 1½ | 11 |
| Times tardy | 0 | 0 | 0 | 0 | 0 |

| SCHOLASTIC RECORD | First Quarter | | Second Quarter | | Third Quarter | | Fourth Quarter | |
|---|---|---|---|---|---|---|---|---|
| QUALITY | S | U | S | U | S | U | S | U |
| CATHOLIC DOCTRINE AND PRACTICE | C- | | C- | | B- | | B+ | |
| READING | C- | | C- | | C- | | B- | |
| Oral reading ability | | | | | | | | |
| Comprehension of what is read | | | | | | | | |
| ENGLISH | C | | C | | C | | C | |
| Oral expression of ideas | | | | | | | | |
| Written expression of ideas | | | | | | | | |
| SPELLING | C | | B- | | B- | | B | |
| Weekly assignment | | | | | | | | |
| Ability to spell in all written work | | | | | | | | |
| HANDWRITING | S | | B | | B | | B | |
| Neatness and legibility | | | | | | | | |
| Application of principles in written work | | | | | | | | |
| ARITHMETIC | B | | C | | C+ | | B+ | |
| Mastery of skills | | | | | | | | |
| Ability to solve problems | | | | | | | | |
| SOCIAL STUDIES | | | | | | | | |
| Geography | C- | | C- | | C- | | B- | |
| History | | | | | | | | |
| Kansas History | | | | | | | | |
| Civics | | | | | | | | |
| SCIENCE—HEALTH—SAFETY | C | | C- | | C- | | C+ | |
| ART | B | | B | | B | | B | |
| MUSIC | B | | C | | C- | | B | |

## MARKING CODE

A—Outstanding achievement, a rare mark, indicates an exceedingly high quality of work.
B—Above average, indicates very good progress, well above the usual.
C—Average achievement, indicates a quality of work usual for this grade.
D—Below average, indicates greater need for effort if work for this grade is to be completed satisfactorily.
F—Below 70

## CHARACTER HABITS, AND ATTITUDES CONTRIBUTING TO CONDUCT

| EFFORT | First Semester | | Second Semester | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| | C | C | B | B |

A—Outstanding—maximum of talent, steady thorough work in class.
B—Commendable—steady effort to improve.
C—Satisfactory—does required work, nothing more.
D—Poor—minimum use of talent—insufficient and careless work.

| CONDUCT | First Semester | | Second Semester | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| | A | C | B | A |

A—Has observed school rules
B—Has violated some school rules, but is improving.
C—Has violated some school rules and has not responded to correction.
D—Has repeatedly violated school rules and disturbed classroom order.

| WORK AND STUDY HABITS | First Semester | | Second Semester | |
|---|---|---|---|---|
| In school and at home | 1 | 2 | 3 | 4 |
| | B | C | B | B+ |

A—Does independent study in addition to assigned work.
B—Does assigned work carefully.
C—Does assigned work carelessly.
D—Fails to do assigned work repeatedly.

Teacher_Mary L. Curry_____

**000539**                    WP_PC000098692

ST. JOSEPH SCHOOL
MRS. SMITH
GRADE 5

1962    1963

000540

WP_PC000098885



ST. JOSEPH SCHOOL
Sr. M. Gertrudis, B.V.M.
Grade 6
1963   1964

000541

## DECLARATION OF DALE HARTKEMEYER

I, Dale Hartkemeyer, declare and state the following:

1. My name is Dale Hartkemeyer. Most people call me Seigen, though, as it is my Zen Buddhist name. I am a resident of Monroe County, Indiana. I am 65 years old.

2. I first met Wesley Purkey in January 2009. I was connected to Wesley's former monk, Shoryu Bradley, with whom I was an acquaintance when we practiced at the Zen center in Bloomington, Indiana. At the time Shoryu approached me, he was getting ready to move out of the area. Shoryu asked that I continue his visits with Wesley at USP Terre Haute. I had previously acted as a spiritual advisor to a small group of men at a prison in Michigan where I guided them in meditation and offered them support. However, that prison was not maximum security and those men were not on death row. After getting past my initial hesitation I agreed to visit with Wesley. At first I visited him through the pastoral care program; in early 2013 I began to visit him as his spiritual advisor. I visited him monthly and have only missed a couple visits in nearly eight years. Every time I visit, without fail, he expresses his gratitude for the time I spend with him each month.

3. There were times when I first met Wesley that visiting him was very unpleasant for me. He was highly agitated and it was like he was on the warpath. He was irascible and it was truly palpable at times. The tone of his voice changes and his facial expression becomes ill at ease. His emotion becomes very generalized and he projects it on other people, rather than on the specific issue that caused his emotion. In those years it would have been easier for me to avoid him, but it became clear to me that throughout his whole life most people did that to him.

1 | P a g e                                                                    DH (Initial)

000542

4. Wesley's agitation is at times caused by the injustices acted against him. I remember one time a couple of years ago that mid-visit Wesley had to use the bathroom. He tried and tried to get the attention of the guard. He was hollering and by the end screaming out into the hallway. The guard just kept ignoring him. I tried to console Wesley, but he was inconsolable. It was like he had tunnel vision. He kept yelling and screaming for a long time until finally he just stopped. I actually wrote a letter to a staff member of the prison describing this incident because I felt Wesley was mistreated.

5. For several years after we first met, Wesley was often upset and angry with his defense team. He never smiled when talking about them. It was like he was hopeless. He was very bitter and felt that his lawyer, Duchardt, had betrayed him. He also spoke very negatively of other lawyers he had. It wasn't until just after his appeal to the Supreme Court was denied that his relationship with his team began to change. When I saw him after the denial, I expected Wesley to be very upset. I expected a very difficult visit. But his reaction surprised me. For the first time ever he conveyed a sense of hopefulness about his defense team. He was encouraged, not upset, and talked about how his lawyers were continuing to fight for him even in these circumstances. Now he even expresses happiness when talking about his defense team.

6. Wesley tells me some of his memories of his childhood and times when he wasn't incarcerated. Often I get only bits and pieces. The information is sporadic. I can see the impact emotionally on Wesley, but I only ever get fragmentary pieces of the actual memory. I've been able to connect the stories because he retold them quite a bit, but Wesley rarely has recollected a full story at one telling.

2 | P a g e                                                                DH  (Initial)

000543

7. Over the last two years I have noticed a marked difference in Wesley's irritation. It has become minimal. The sharpness, the harshness, of it has faded. Wesley remarked recently to me that he felt like he was going to get angry, but caught himself. He used the word restraint quite a bit while he talked about it. In the early years Wesley was just reacting. It was like a reflex. He had no foresight about how his reactions might go. I don't know if this is him mellowing out with age or if his mindfulness meditation practice is helping. Wesley continues to practice Zen.

8. Zen meditation is the practice of quieting the mind. There are two main schools in Japan: Rinzai and Soto. Wesley learned Soto. Soto practice is about sitting still, not trying to achieve an answer. The practitioner does not work towards an objective or goal. It's about being present to everything, observing one's own mind and body. It's like opening the hand of thought. Wesley might be more able to let go his frustrations, irritations, and even desperation, whatever he might be feeling, because of his practice.

9. About 2 ½ years ago Wesley initiated Spanish lessons with me. I am fluent in Spanish and teach it at a high school local to Bloomington, Indiana. Wesley decided he wanted to learn Spanish. Considering there is no classroom setup and no structure other than Wesley's own initiative, Wesley's ability to learn Spanish has been quite remarkable. At the beginning it was very hard for him to get his bearings because he had no previous basis to understand a second language. As we started to study together, it also became apparent that Wesley didn't even know what a noun or verb was so I had to teach him that. He apparently was not well-schooled in English grammar, either. Even though Wesley became very frustrated with learning Spanish at times, he stayed with it. He continues to be a very active learner. He collects questions that he writes down and brings to our visits. The questions are always

DH ___ (Initial)

000544

about topics that have stumped him. We sometimes try to speak Spanish with each other, but that tends to be very simple phrases and doesn't last long. The majority of Wesley's learning is in written form. I sometimes wish that some of my students had the same vigor for learning as Wesley.

10. Wesley wrote a poem entitled *A Throw Away Kid Once Said!* (*see* Attachment 1) a few months ago that he provided a copy of to me. The poem chronicles the molestation of a young boy by a priest and the resultant feelings of that young boy. As I read it, I could not help but wonder if the boy in the poem was actually Wesley. I viewed this poem as an invitation to discuss such a sensitive topic with Wesley. When I saw him soon thereafter, in October of this year, I asked him about the poem. Wesley acknowledged that the poem was autobiographical, that a priest molested him as a young boy. At the time Wesley felt very alone when it happened. He did not feel comfortable telling his parents because he assumed one, or both, of them would smack him around and blame him for it. According to Wesley, there was one nun at his parish school who sensed something was wrong with him after the incident. She tried to draw him out by asking him what was wrong and if he was okay. Wesley did not tell her what happened. He did not feel he could trust her either.

11. Wesley loves his family very much. Every time I visit he always reports the newest news about his daughter and his grandkids. He is very proud of his daughter and how she has managed to live her life despite her parents. His face lights up when he talks about his grandchildren. Most recently, Wesley was very proud when he told me that his grandson Mikey is joining the military. He was glowing.

12. Wesley is very close to some of his pen pals, too. It's heartwarming. He often reaches out to people when they are in need. Wesley has been corresponding with a woman in Minnesota,

4 | P a g e                                                                  DH (Initial)

000545

Marie, for a number of years. During the lapses in which she didn't respond, Wesley continued to maintain contact with her. He conveyed his concern because he hadn't heard from her in a while. Wesley wanted to make sure Marie and her family were okay. It was genuine concern for her well-being. It's Wesley's good heartedness.

13. When my mother passed away in September 2013, Wesley showed me great care and support, given the limitations of his circumstances. He offered encouraging words at our visits and took the time to offer his condolences soon after he learned of her passing. At other times when Wesley has learned friends of mine have been going through trying times, he has always asked that I pass along his support to them. My friend, Tony, is one person in particular. Even though Wesley and Tony have never met, Wesley always inquires of how Tony is doing and passes along his well wishes.

14. It has really impressed me how much Wesley tries to help others who are unjustly treated. He sticks up for others whose rights are being ignored. It's very powerful. Wesley feels he has to fight, to be the antagonist, when people around him are being unjustly treated because no one else will. Wesley can be vehement in his views; at times these can be sharp and edgy, and may instigate Wesley's own problems, but given the gravity of his situation and the environment in which he lives, I appreciate and understand his actions. It is all a part of Wesley's sense of wanting to help others.

15. I am surprised by how my relationship with Wesley has developed over the years. He is a friend and someone I care for.

DH (Initial)

000546

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this 10th day of December, 2016.

Dale Hartkemeyer
Dale Hartkemeyer

DH  (Initial)

000547

## DECLARATION OF EDWARD RING

I, Edward Ring, declare and state the following:

1.  My name is Edward Ring. I am a resident of Sedgwick County, Kansas. I am 65 years old.

2.  I knew Wes Purkey as a young boy when we attended St. Joseph's Catholic School together. We were classmates. We played basketball and other games on the playground during recess. I didn't play with him outside of school because we lived in different neighborhoods. I lived south of St. Joseph's; Wes lived a little north of the school.

3.  At St. Joe's Wes got teased by other students because of his buck teeth. I remember this because I had buck teeth, too. The same students teased me about it. Wes spoke different, too. It was like he had a strange ~~twang~~. Studder *ER*

4.  At St. Joe's we were taught by nuns. The school didn't have any resources like special education or extra help for struggling students. When we did poorly in class, like we didn't do our homework or did poorly on homework, the nuns slapped our wrists and pulled our ears. The nuns did that to me a lot because I did not do well there. When I was older I learned I had dyslexia, which explained a lot of the struggles I had in school. Looking back it is clear to me that the nuns didn't care to try to help me when I was struggling. They seemed to think that I was doing something I could control and hitting me was the way to get me to learn.

5.  After I graduated from St. Joseph's, I attended Allison Junior High School for the 9th grade and then went to West High School. They were both public schools. Those schools didn't have resources for struggling students, either. Instead, teachers at the school just gave out waivers. That meant that I didn't have to take tests in certain classes. The teachers just passed me through. I had to attend class, but the teachers just passed me along and let me be. They

1 | P a g e                                                                *ER* (Initial)

000548

focused on other students – those who didn't struggle academically. It was like that straight through to the 12th grade. In 12th grade a school administrator told me to stop coming to school because I hadn't been attending much. Most of my friends had graduated the year before. I knew that there wouldn't be any help or encouragement for me to finish school so I did what I was told. Later on I received my GED.

6. Allison was a bigger, tougher school than St. Joseph's. The kids were rougher there. On my first day there I got in a fight. I was walking on a sidewalk outside of the school when another student approached me. The student walked straight at me even though it was a wide sidewalk and he could have passed me without stepping off it. The other student jumped on me and started wrestling me because I didn't move out of his way. A teacher had to come running out to break it up. These types of interactions were pretty normal at Allison.

7. I don't remember specifically who Wes was friends with at St. Joseph's. Towards later years there, particularly 8th grade, I remember seeing Wes more and more with his older brother. Wes hung out with him a lot. After we graduated from St. Joseph's, I don't have any memory of seeing Wes in school, either at Allison or West High School.

8. I still think about Wes sometimes. When I'm praying, if he pops in my mind, I always make sure to include him in my prayers. I remember seeing on the news several years ago that Wes killed someone. I was shocked. I had heard that Wes had his problems and gotten in trouble before, but I was shocked that the boy I knew killed someone.

9. This is the first time that I have ever been given the opportunity to share my memories about Wes. I happily provided the names of many of the classmates pictured in our 5th and 6th grade class picture from St. Joseph's. I would have done so had any previous defense team members reached out to me on behalf of Wes. I would have been glad to share these stories

2 | P a g e                                                                                     (Initial)

and any additional memories I might have remembered back then. Even just ten years ago, I'm sure I would have remembered more than I do today.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this __10__ day of January, 2017.

_____
Edward Ringl

**3 | Page**

_____(Initial)

000550

## DECLARATION OF STEPHEN SEELY

I, Stephen Seely, declare and state the following:

1. My name is Steven Seely. I am a resident of Butler County, Kansas. I am 67 years old.

2. I first met Wesley, and Wesley's older brother Gary Purkey, when I was about 13 years old. I met Gary at a municipal pool near Riverside Park in Wichita, Kansas. It was summer. We were from different neighborhoods, but knew some of the same kids. We became friends that summer and spent time together at the pool and the park, and partied together some.

3. Wesley was Gary's little brother. He tried to follow Gary wherever Gary went, but he was too young to hang out with us. It didn't seem like Wesley had his own set of friends or little girlfriends. I saw Wesley maybe once or twice a month and he never seemed to be with the same kids.

4. Wesley was a nice little kid. He often tried to impress us older boys, but it was always strange. It is difficult to explain, but it was like Wesley lived in his own fantasy world. One time, he kept telling me that he could outrun a speeding car. I told him he couldn't because the car could go 85 to 90 miles per hour. He didn't understand that it wasn't possible. He kept going on and on about being able to outrun a car.

5. At the time I first met Gary, I was at Allison Junior High School. Gary didn't go there, but he later did for a year or two. He struggled in school and used to skip classes a lot. He had a poor vocabulary. Even in the 8th grade, he read only like a third or fourth grader. After Allison I went on to high school, but Gary dropped out of school.

6. When Gary enrolled at Allison, we became better friends. Because Gary lived only five blocks from the school, I used to go over his house after school sometimes. It was a real

1 | Page                                                          SↃS (Initial)

**000551**

small house. I never saw the front room because I always went to the door around the side of the house. It went into the kitchen. From what I saw of the house, there wasn't much. It was obvious they were pretty poor.

7. At that time, Gary and Wesley lived with Gaga. She was nice enough to me, but always seemed like she didn't want to be bothered by us. She was an old lady and let them do whatever they wanted. She had a very thick accent or something was wrong with her speech, which made her hard to understand. I don't ever think I saw her wearing anything but her bathrobe and slippers. Gary and I used to take quarters from her house to buy cigarettes. A pack cost only that much in those days. We smoked them at his house or in the park.

8. When Gary and I hung out at the park we sometimes saw Wesley there, too. Other kids were often cruel towards Wesley, so much so that sometimes Gary and I had to protect him. Wesley had a really bad stutter. When he spoke, it often took him two-to-three minutes just to say one sentence. If I, or anyone else, said the word he was trying to say, that just made it worse. He got frustrated and stuttered more. We just had to be patient and let him try. Other kids, though, called him names and teased him. Some boys asked him questions so they could then make fun of him when they spoke. Gary and I stepped in when those same boys pushed Wesley to the ground. Sometimes Wesley fought back. It would come out of nowhere, but he'd become very upset and emotional and tackle the other boy to the ground. Gary and I didn't intervene in those instances because we thought those other boys got what they deserved for antagonizing Wesley.

9. The stutter really affected Wesley and his ability to make friends. He was very shy and embarrassed because of it. Every Friday night the recreation center at Allison had dances for all the kids in the neighboring area. Wesley sometimes tagged along to it, but he always

2 | P a g e                                                                SWS  (Initial)

stayed at the edge of the dance floor. He never talked to or danced with any girls. He was too afraid to stutter.

10. Even the first time Wesley got in trouble, he was embarrassed of his stutter. When he was no older than 13 or 14 he tried to steal from a neighborhood convenience store. The owner knew Wesley real well because it was a store that Wesley had been buying candy in for years. Wesley walked in with his hand in his jacket pocket like he had a gun and put a piece of paper on the countertop. On the paper was written "robbery." Wesley wouldn't have been able to say the word without stuttering. The owner wrestled Wesley to the ground and held him down until the police arrive. I think Wesley got probation for it.

11. Gary and I used to party together a lot. We smoked weed together and did acid as kids. Starting at 13 we went to bars a lot on the weekends. There were several bars around the area that served us. Pours of beer cost 10 cents, but as kids we had to put a dollar on the bar. The bartenders knew that we couldn't yet drink 10 beers, so they made some extra money off us for letting us drink at the back of their bars. Wesley never came with us to the bars because he was too young.

12. As Gary got older, his drug addictions got worse and worse. Pills, like Quaaludes and other downers, were real easy to get from doctors in Wichita. They prescribed them like candy. Gary got hooked and started to inject them into his arm. I moved to California at age 17 for about 13 months. When I returned to Wichita to say goodbye to my parents and get ready to go fight in Vietnam, I saw Gary a few times. He was still injecting downers. He and another friend, AJ Anderson, were ripping off pharmacies around Wichita. Back then pharmacies didn't have alarm systems, so Gary and AJ broke into them through the roofs and lowered

3 | P a g e                                                                 _5 N S_ (Initial)

000553

themselves down from there. I don't think they ever sold any of the pills – it was all for their own consumption.

13. From 1968 to 1971, I did three tours in Vietnam as a helicopter door gunner. When I returned to Wichita after my discharge, I ran into Gary a couple of times. He was in bad shape. His pill addiction had turned into a heavy heroin addiction. Gary kept trying to get me to hang out and party, but I didn't want to be around all that. I left Wichita only a few months after returning. I didn't see Wesley then, but heard that he was in the penitentiary.

14. In all the years that I was friends with Gary, I never met his parents. When we were young, I asked Gary once about his father. He told me he had never met him. The only thing I knew about Gary's mother is that she dumped him and Wesley at Gaga's and then took off.

15. I know it hurt Gary a lot that his parents abandoned him. When we were partying, friends of ours sometimes started talking about their families. Gary was always upset when these conversations started, especially if someone asked him how his family was doing. He just never wanted to talk about it. He shut down and didn't speak. Sometimes he just walked away angry. Gary was traumatized, but I never knew the full story. I never talked to Wesley about it, but I always assumed it was the same for him as it was for Gary.

16. A lot of the people Gary, and by extension Wesley, associated with ended up in prison or died young because of drugs or drug-related crimes. It would have been very hard for someone like Wesley to get out of that situation without some help. He wasn't as capable as Gary and because of his stutter was usually more isolated.

17. The last time I heard about Wesley was during the 1990s. I was living in Oklahoma at the time and driving tanker trucks, so I was on the road a lot. Wesley got out of prison and looked up my older brother in Wichita. He was looking for me. I think he was looking for

**4 | P a g e**                                                                 SＭ S  (Initial)

**000554**

some help. He left a book for me with my brother. I wish I could have been there to help him. He had always been a nice little kid.

18. During the early 2000s, I was living in Dallas, Texas. Had previous defense teams looked me up, I would have been happy to share these memories and help them in their defense of Wesley in any way that I could have. However, this is the first opportunity I have been given to share my recollections.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this _11_ day of January, 2017.

_Stephen W Seely_
Stephen Seely

_SWS._ (Initial)

000555

Journal of Neuropathology and Experimental Neurology
Copyright © 2004 by the American Association of Neuropathologists

Vol. 63, No. 1
January, 2004
pp. 1–12

# The Effects of Toluene on the Central Nervous System

CHRISTOPHER M. FILLEY, MD, WILLIAM HALLIDAY, MD, AND B. K. KLEINSCHMIDT-DEMASTERS, MD

**Abstract.**    In recent decades the organic solvent toluene (methylbenzene) has emerged as one of the best-studied neurotoxins. Long-term and intense exposure to toluene vapors in humans who abuse spray paint and related substances has led to the recognition that toluene has a severe impact on central nervous system myelin. Chronic toluene abuse produces a devastating neurological disorder, of which dementia is the most disabling component. The clinical syndrome, toluene leukoencephalopathy, can be detected by a combination of characteristic symptoms and signs, detailed neurobehavioral evaluation, and brain magnetic resonance imaging. In this paper, we consider the impact of toluene abuse on our society, describe the specific neurobehavioral deficits in toluene leukoencephalopathy, review the spectrum of neuroimaging findings in patients with this disorder, summarize the teratogenic effects of toluene in both humans and animal models, and offer possible explanations for the range of neuropathological damage seen in brains of individuals who chronically abuse toluene.

**Key Words:**    Dementia; Magnetic resonance imaging; Neurotoxin; Solvent vapor abuse; Toluene, Leukoencephalopathy; White matter.

## THE PUBLIC HEALTH IMPACT OF INHALANT ABUSE

The abuse of volatile substances is an important problem in the United States and many other countries around the world (1). Data on the extent of this practice are difficult to acquire, but available estimates are likely to be under-representative. In the United States, the lifetime prevalence of inhalant abuse has been estimated to be 18%, and in incarcerated individuals, a figure of 33.4% has been cited (1). Urban Hispanic youth and Native Americans who reside on reservations manifest an even higher rate of inhalant abuse than the general population (1). Inhalant abuse appears to be startlingly high among younger aged children, with up to 10% to 15% of young people in the United States having used inhalants in some surveys (2). Inhalants, along with alcohol and marijuana, may serve as the initial substances of abuse for young people (3). Data from 1994 disclosed that 19.9% of eighth graders reported that they had used inhalants, with 5.6% reporting use within the past 30 days (1). Although very young children can also abuse ethanol, marijuana, and other substances, abuse of these agents is typically initiated slightly later than inhalants (1).

Toluene and other inhalants are a particular problem with minors because these drugs are widely and easily accessible, legal, and inexpensive. Although frequently encouraged, efforts to restrict the purchase of these agents by young people have not proven effective in preventing inhalant abuse. Hardware and other retail stores have been encouraged to store these substances in locked cabinets, but this procedure has not produced a major barrier to access. Even though most abusers start using inhalants at a young age, they often continue this form of substance abuse for many years. Many of our patients have inhaled these vapors for decades, and it is not uncommon to see 50- and 60-year-old individuals still engaged in this dangerous practice.

## GENERAL EFFECTS OF INHALANTS ON THE BRAIN

Inhalants produce potent psychoactive effects that have been described as causing a euphoric state similar to that seen with inebriation from ethanol (1). Exposure to inhalants occurs primarily via pulmonary absorption, and significantly less absorption takes place through the skin or gastrointestinal tract (1). No special drug paraphernalia are necessary for inhalant abuse. Many abusers attain the desired effects of inhalants by simply removing the lid of a can or tube and sniffing the fumes, or spraying the aerosolized mists into the mouth. A complicating factor is that many inhalant abusers also avail themselves of other non-inhalant substances such as ethanol, marijuana, heroin, cocaine, amphetamines, 3,4-methylenedioxymethamphetamine (MDMA or Ecstasy), lysergic acid diethylamide (LSD), and psilocybin. In addition, substance abusers may have coexistent disorders such as acquired immuno-deficiency syndrome, traumatic brain injury, hepatic cirrhosis, and nutritional deficiencies that impact neuropathological studies. Thus the correlation between the effects of a given inhalant such as toluene and its clinical and neuroradiological findings can be difficult in some patients. Indeed, a precise assessment of the extent of exposure to inhalants cannot usually be determined.

Although many questions about the toxic effects of inhalants in general are unresolved, the nervous system

From the Departments of Neurology (CMF, BKK-D), Pathology (BKK-D), Psychiatry (CMF), and Neurosurgery (BKK-D), University of Colorado School of Medicine, Denver, Colorado; The Denver Veterans Affairs Medical Center (CMF), Denver, Colorado; and Toronto Western Hospital (WH), Toronto, Ontario, Canada.

Correspondence to: B. K. Kleinschmidt-DeMasters, MD, UCHSC B-216, 4200 East Ninth Avenue, Denver, CO 80262. E-mail: bk.demasters@uchsc.edu

**000556**

Downloaded from https://academic.oup.com/jnen/article-abstract/63/1/1/2916394
by guest
on 21 December 2017

2                                                        FILLEY ET AL

is clearly vulnerable to toxicity from these substances (4). Organic solvents may produce encephalopathy, cerebellar dysfunction, optic and other cranial neuropathies, parkinsonism, and peripheral neuropathy (1, 4, 5). Both acute and chronic encephalopathies are common (1). Of all the inhalants, the greatest incidence of abuse of a single substance is found with toluene, prompting many human and animals studies on the specific effects of this compound.

## TOLUENE

Toluene (methylbenzene) is an aromatic hydrocarbon, and a ubiquitous solvent in societies around the world. A component of many paints, lacquers, glues, adhesives, inks, and cleaning fluids, toluene is also widely used as a cleaning and drying agent in the rubber and lumber industries, and in the dry cleaning, motor, aviation, and chemical industries (1). More than 3 million tons of toluene are produced each year in the United States alone (6), and this solvent is found in many occupational settings and in numerous household products. Toluene is the major solvent in spray paint (1), and the inhalation of paint fumes is one of the most popular forms of inhalant abuse. Although many inhalant abusers expose themselves to a wide variety of solvents, a subset of abusers confines themselves largely or exclusively to the inhalation of paint fumes. These individuals have been studied by investigators in several countries, and enabled the collection of a substantial amount of clinical, neuroimaging, and neuropathological information on the neurotoxic effects of toluene (1, 4, 5, 7).

## TOLUENE ABUSE

Toluene abusers generally employ one of two methods to achieve a ''high'' with this substance: ''huffing,'' in which a rag is soaked with toluene and the fumes are directly inhaled, and ''bagging,'' in which the fumes are inhaled as they arise from the solvent placed in a plastic bag. After inhalation, toluene is rapidly absorbed through the lungs and then widely distributed throughout the body (8). Most inhaled toluene is metabolized in the liver by conversion to benzoic acid by two enzymes, alcohol dehydrogenase and aldehyde dehydrogenase (6). Benzoic acid is then conjugated with glycine to form hippuric acid (80%) or glucuronic acid to form benzoylglucuronide (20%), both of which are water soluble and readily eliminated through the kidneys (8). Hippuric acid is the major metabolite of toluene, and up to 75% of inhaled toluene is excreted in the urine as hippuric acid within 12 hours after exposure (9). Toluene is retained somewhat longer in adipose tissue, where its half-life is 0.5 to 3 days (9). The highly lipophilic nature of toluene explains its rapid concentration in the lipid-rich central nervous system (CNS; 1).

Laboratory testing for acute toluene toxicity is hampered by the fact that blood tests for toluene and urinary tests for hippuric acid are not available in most hospitals. Tests for toluene exposure, including quantitative analyses and screening panels for a number of other inhalants, are available at a limited number of reference laboratories in the country (such as National Medical Services in Willow Grove, Pennsylvania), but may require special shipping arrangements, such as sending the specimen chilled with a cold pack due to the highly volatile nature of these substances. The reader is directed to the facility's website at http://www.nmslab.com for specifics regarding the variety of tests available, types of tubes in which specimens should be collected, and methods of analyses.

Since results of laboratory tests are usually not rapidly available, diagnosis of acute toxicity is usually made based on the clinical history, coupled with the onset of a constellation of neurological symptoms and signs consistent with inebriation (1). Patients may report or display features including dizziness, lightheadedness, sleeplessness, drowsiness, disorientation, ataxia, nystagmus, anxiety, excitability, and irritability (1). Signs of toluene abuse and addiction include the identification of paint stains on the body or clothing, a chemical breath odor, red eyes, nearby discarded spray paint cans or cans of solvent, and a drunken or dazed appearance (1).

The primary target of toluene is thought to be the CNS (6, 8), and both acute and chronic effects are recognized. The chronic encephalopathy associated with long-term toluene abuse is particularly important because it appears to be a permanent and disabling disorder related to white matter damage in the brain. Clinical, neuropsychological, and MRI studies in toluene abusers have shown relatively specific damage to white matter and a consistent profile of neurological and neurobehavioral impairment (7, 10).

## ACUTE ENCEPHALOPATHY AFTER TOLUENE INGENSION

Clinical features of acute intoxication with toluene were first described in 1963 (11). Acute intoxication causes a variety of neurologic effects that depend on the amount of exposure. At relatively low levels of ambient toluene, just exceeding 200 ppm, fatigue, headache, paresthesias, and slowed reflexes are seen (6). Confusion develops in those exposed to levels at or above 600 ppm, and euphoria appears as levels near 800 ppm (6). Because euphoria is the desired effect, individuals with toluene abuse deliberately expose themselves to toluene levels of at least 800 ppm, and often far higher (6). Many of the symptoms resemble

Downloaded from https://academic.oup.com/jnen/article-abstract/63/1/1/2916394
by guest
on 21 December 2017

000557

ethanol intoxication and abusers utilize toluene to achieve a "quick drunk" effect. The acute encephalopathic effects of toluene are generally reversible and not associated with neuroimaging changes. Additional acute adverse effects on the kidney (12) and cardiac systems are also recognized (1), and cardiotoxicity with lethal arrhythmia may be the cause of sudden demise in those with acute inebriation (1). Obtundation may also lead to suffocation, hypothermia due to exposure, or fatal motor vehicle accidents. A recent Forensic Pathology Check Sample case (FP00–2), from the American Society of Clinical Pathologists, reminds coroners and forensic pathologists of the potential for sudden demise during episodes of acute toluene inhalation.

## TOLUENE LEUKOENCEPHALOPATHY DUE TO CHRONIC ABUSE

Chronic encephalopathy from toluene, a disorder known as toluene leukoencephalopathy, is an ominous sequel of this form of substance abuse and features a prominent and characteristic neurological syndrome, the most important feature of which is dementia (1, 7). The clinical severity of toluene leukoencephalopathy parallels the degree of white matter injury in the brain as seen by neuroimaging studies, and accordingly, toluene has become a prototypical brain white matter neurotoxin (7). The damage to brain white matter appears to become irreversible at some point and no treatment is currently known other than abstinence. Exactly when in the clinical course the damage becomes irreversible, an issue of paramount importance for prognostic counseling is unknown.

The understanding of the chronic effects of toluene on the brain has evolved over the last four decades. In 1961, Grabski documented chronic cerebellar degeneration in a person who sniffed toluene for an extended period, and this individual was the first published case documenting persistent neurotoxicity from toluene (13). The first description of permanent encephalopathy from toluene dates from 1966, when the same patient reported by Grabski (13) was described as having developed emotional lability and frontal release signs after continued toluene abuse (14). A 1977 report of neurologic findings in two individuals with toluene exposure suggested that the toxic effects of the solvent were confined to the CNS (15). Neuropsychological deficits in chronic inhalant abusers were first documented in the same year (16, 17), although the possible confounding effects of multiple substance abuse (17) and the acute effects of abused inhalants were acknowledged as methodological issues (18). Nevertheless, the suggestion was made that duration of exposure was related to the degree of neuropsychological impairment (18). Further neurological studies with small numbers of patients emphasized the multifocal nature of CNS

deficits, with coexistent cognitive, cerebellar, and cranial nerve dysfunction (19, 20). A variety of unusual brainstem signs were noted in some patients, including opsoclonus, ocular flutter, and ocular dysmetria (19).

## NEUROBEHAVIORAL DEFICITS IN CHRONIC TOLUENE ABUSE

In the 1980s, more comprehensive studies of selective toluene abusers appeared. Formal evaluation of neurobehavioral function in one group of such patients documented widespread cognitive dysfunction with neuropsychological measures, including the Wechsler Adult Intelligence Scale (WAIS) and the Wechsler Memory Scale (20). Building on these observations, standardized neurobehavioral testing was undertaken in another cohort of toluene abusers and a characteristic clinical profile emerged (21). These individuals displayed a pattern of neurobehavioral deficits consisting of inattention, apathy, memory dysfunction, visuospatial impairment, and preserved language (21). On the basis of comparison with other disorders of cerebral white matter, this profile was considered to be consistent with what would be expected to result from diffuse white matter involvement (10). Moreover, further analyses showed that cognitive impairment surpassed corticospinal, cerebellar, brainstem, and cranial nerve dysfunction as the most disabling aspect of the chronic neurotoxicity syndrome (21).

In a follow-up study of 14 more toluene abusers, detailed neuropsychological testing and magnetic resonance imaging (MRI) scans showed that neuropsychological deficits in patients with toluene-induced white matter damage correlated with the patient's neuroimaging findings (22). After blinded ratings of both neuropsychological testing and MRI scans were independently conducted, the level of cognitive impairment, often sufficient to be called dementia, was found to correlate directly with the severity of leukoencephalopathy detected on MRI (22). This study was the first to demonstrate that toluene abusers develop a dementia syndrome that directly parallels the degree of white matter damage as demonstrated by neuroimaging (22).

Subsequent studies have appeared on the cognitive effects of solvent abuse (23, 24), and toluene was judged to be the predominant solvent that was abused. A significant and selective decline of the WAIS-Revised performance intelligence quotient (IQ), and in particular the digit symbol subtest, was reported among a group of solvent abusers who had diffuse cerebral white matter changes on MRI (23). In contrast, the verbal IQ, a measure that more specifically reflects language function, was not associated with white matter changes (23). These results suggested a primary impact on sustained attention, speed of information processing and visuospatial skills, combined with relative sparing of language (23), a pattern consistent with previous neurobehavioral observations in toluene abuse (21). Rosenberg et al conducted

000558

Downloaded from https://academic.oup.com/jnen/article-abstract/63/1/1/2916394 by guest on 21 December 2017

the most recent study, a controlled examination of a large cohort of 55 solvent abusers and 61 users of other recreational drugs using detailed neuropsychological testing and MRI (24). Deficits in executive function and working memory were the most prominent abnormalities in the solvent abusers, and again language was spared (24), paralleling results of previous investigations (21–23). Moreover, the observed deficits demonstrated a significant degree of correlation with the degree of cerebral white matter injury (24). Taken together, these studies provide substantial evidence that a unique profile of neurobehavioral deficits in toluene abusers can be directly attributed to cerebral white matter involvement.

## TOLUENE LEUKOENCEPHALOPATHY AS AN EXAMPLE OF WHITE MATTER DEMENTIA

The selective damage to white matter caused by chronic toluene abuse has offered an unprecedented opportunity for behavioral neurologists to study the specific effects of cerebral white matter disorders on behavior. In recent years it has been recognized that disorders of the cortical gray matter (e.g. Alzheimer disease), the subcortical gray matter (e.g. Parkinson disease), and the cerebral white matter each manifest a distinctive constellation of cognitive and emotional disturbances. Based largely on the initial studies of toluene leukoencephalopathy and multiple sclerosis (MS), both of which are excellent examples of white matter disorders that reliably alter neurobehavioral function, the notion of "white matter dementia" was proposed (25). Other disorders causing white matter dementia include Binswanger's disease, CADASIL (cerebral autosomal dominant arteriopathy with subcortical infarcts and leukoencephalopathy), traumatic brain injury, the acquired immunodeficiency syndrome (AIDS) dementia complex, metachromatic leukodystrophy, cobalamin (vitamin $B_{12}$) deficiency, alcoholic dementia, gliomatosis cerebri, radiation leukoencephalopathy, and normal pressure hydrocephalus (7, 10, 25, 26). As experience with all of these disorders increased, it became apparent that a relatively specific neurobehavioral profile is associated with diffuse involvement of the brain white matter (10, 26). Patients with sufficiently severe cerebral white matter pathology can be expected to develop deficits in sustained attention, memory retrieval, visuospatial skills, frontal lobe function, and psychiatric status; in contrast, language, procedural memory, and extrapyramidal function are usually preserved (10, 26). One of the more striking aspects of this profile is the slowness of information processing that pervades the clinical presentation (10, 26). Although many patients manifest less severe impairment than do patients with disorders of cortical gray matter, a significant percentage are sufficiently affected that they fulfill clinical criteria for dementia (10, 26). While a spectrum of neurobehavioral deficits and white matter damage on MRI can be seen in patients with chronic toluene abuse, severely affected individuals with toluene leukoencephalopathy serve as an excellent example of white matter dementia (7, 10, 25, 26).

## NEUROIMAGING STUDIES OF WHITE MATTER DAMAGE IN CHRONIC TOLUENE ABUSE

In the 1980s, modern neuroimaging began to be regularly applied to the study of chronic toluene abusers. A series of 20 individuals with chronic solvent vapor abuse from toluene demonstrated the use of computerized tomography (CT) to investigate brain structural abnormalities (21). In these 20 patients, CT disclosed atrophy of the cerebrum, cerebellum, and brainstem in 8 of 9 who underwent scanning (21). This study was important because it identified abnormalities in the brains of individuals who abused toluene and were not acutely intoxicated when tested, but it was apparent from the early days of CT that this technique could not provide detailed information on the brain white matter (26).

The advent of MRI offered an enormous advantage in the investigation of toluene leukoencephalopathy because of its excellent sensitivity to changes in the cerebral white matter. In a group of subjects with toluene abuse, brain MRI revealed 1) widespread atrophy (also discernible with CT), 2) loss of differentiation between the gray and white matter throughout the CNS, and 3) increased periventricular white matter signal on T2-weighted images (27). Since our initial study, other groups have regularly detected diffuse leukoencephalopathy in toluene abusers with conventional MRI techniques (28–30), which appears to begin as a periventricular pattern of involvement early in the course of the disorder (30).

As experience with toluene leukoencephalopathy and other white matter disorders grew, it was increasingly apparent that a spectrum of white matter changes could be observed by MRI (7, 10, 25, 26). Depending on the degree to which the white matter is affected by the neuropathological insult, changes may be mild, moderate, or severe (7, 10, 25, 26). Figure 1 displays MRI scans from several different chronic toluene abusers and illustrates the range of atrophy and white matter abnormalities that can be detected.

## OCCUPATIONAL TOLUENE EXPOSURE

An area of uncertainty in the study of toluene leukoencephalopathy is the threshold of toluene exposure that is necessary to induce damage to the brain white matter. This issue is important not only for those individuals with inhalant abuse, but potentially for millions of other persons who are exposed to occupational levels of solvents such as toluene in their workplace or at home (7). Particularly at risk are those employed in the dry cleaning, motor, aviation, and chemical industries (1). It is important to emphasize that leukoencephalopathy from toluene

Downloaded from https://academic.oup.com/jnen/article-abstract/63/1/1/2916394 by guest on 21 December 2017

000559



**Fig. 1.**    The spectrum of leukoencephalopathy in toluene abuse as demonstrated by brain MRI. **A:** Axial T2-weighted image showing ventricular enlargement and cerebral atrophy, but only mild periventricular white matter hyperintensity. **B:** Sagittal T1-weighted image of the same patient shown in (**A**), demonstrating thinning of the corpus callosum and cerebellar atrophy. **C:** Axial T2-weighted image showing moderate cerebral white matter hyperintensity. **D:** Axial T2-weighted image demonstrating severe, diffuse cerebral white matter hyperintensity and marked ventricular enlargement. (Fig. 1C and 1D courtesy of James N. Dreisbach, MD)

**000560**

Downloaded from https://academic.oup.com/jnen/article-abstract/63/1/1/2916394
by guest
on 21 December 2017

6                                    FILLEY ET AL

or other solvents has not been proven to result from exposure to these compounds, at least at the permissible industrial levels set by the Occupational Safety and Health Administration (7). However, a single 1996 study reported subtle white matter changes on MRI scans in solvent-exposed workers (31) and raised the possibility that some workers may develop subtle, mild degrees of white matter damage (7). There is no question that the leukoencephalopathy detected by conventional MRI scanning in chronic inhalant abusers represents the severe end of the spectrum of white matter injury, and is usually detected in individuals only after many years of heavy toluene abuse. Our previous clinical and MRI studies support the idea that in the early years of even heavy toluene abuse, relatively little white matter damage can be detected by MRI scans even though it is likely that myelinotoxic injury is already occurring. In a series of toluene leukoencephalopathy patients with white matter dementia (22), the shortest duration of toluene abuse to be associated with toluene leukoencephalopathy by conventional MRI was 168 months (14 years), whereas neuropsychological evidence of impairment could appear as early as 24 months (2 years). These findings suggest that toluene leukoencephalopathy, perhaps even among those exposed to toluene in the workplace, might be detectable at earlier stages with newer advanced neuroimaging techniques that are more sensitive to microstructural leukoencephalopathy.

## THE PROMISE OF ADVANCED NEUROIMAGING TECHNIQUES

Although conventional MRI allows visualization of detailed neuroanatomy, especially the cerebral white matter (7), it is not sufficiently sensitive to detect the earliest stages of white matter damage from toluene. The insensitivity of standard MRI to mild degrees of toluene leukoencephalopathy hampers early detection of individuals at risk, and it is therefore possible that a crucial opportunity for effective intervention is lost. Recent improvements in MRI technology that promise to rectify this include diffusion tensor MRI (DTI), magnetization transfer imaging (MTI), and magnetic resonance spectroscopy (MRS).

DTI is a neuroimaging technique that offers a means of imaging the microstructure of brain white matter based on the diffusion of water molecules in the brain (32). In normal white matter, water diffusion is anisotropic (directional), occurring principally parallel to axons, and the degree of anisotropy detected by DTI provides information on the structural integrity of individual tracts; in contrast, isotropic diffusion indicates structural damage (32). DTI has been used to detect microstructural lesions of white matter in stroke, leukoaraiosis, traumatic brain injury, neoplasms, and MS (33, 34), even in areas that appear to be normal on conventional MRI—the so-called

"normal-appearing white matter" (NAWM; 35). MTI is based on the interaction of protons in water and macromolecules in the brain using a radiofrequency saturation pulse delivered to the head. The combination of this pulse and an imaging sequence allows the derivation of a figure known as the magnetization transfer ratio (MTR), the most commonly used MTI parameter (36). In the white matter, a low MTR indicates damage to myelin and axons from a wide variety of disorders, including MS (37) and ischemia (38). As with DTI, it is anticipated that MTI will prove useful in quantitating white matter damage in areas of NAWM. MRS provides measures of brain metabolism (39), and can be used to quantitate the chemical environment of brain tissues in the brain without the need for cerebral biopsy. The cerebral white matter can be readily studied with MRS, and abnormalities of MR spectra have already been noted in many white matter disorders such as MS (39). Of all the metabolites measured by MRS, N-acetyl aspartate (NAA) is the most important because it is widely considered to be a marker of CNS axons (39). A decrease in NAA concentration, expressed as the ratio of NAA to creatine (NAA/Cr), may thus serve as an indicator of axonal damage, an important variable in considering the potential reversibility of an insult such as toluene leukoencephalopathy.

## NEUROPATHOLOGY OF CHRONIC TOLUENE ABUSE

In contrast to neurotoxic agents that disrupt neurotransmitter or receptor function and elicit no structural changes, damage to brain myelin has been well documented with chronic toluene abuse, although a surprisingly small number of autopsy cases have been reported (40–43). This may in part be due to the fact that brain damage from chronic toluene abuse is probably under-recognized by pathologists. The gross pathology of toluene leukoencephalopathy is subtle and medical examiners/coroners, particularly those who cut the brain in the fresh state and do not take tissue sections for histology unless they see an obvious lesion, may miss this diagnosis.

Some early reports of presumed toluene neurotoxicity are difficult to interpret because the patients were acknowledged to abuse multiple solvents and may not have represented neurotoxicity from toluene alone. An autopsied patient with chronic lacquer-thinner intoxication reported in 1976 showed peripheral neuropathy and long tract degeneration (44). Gas chromatographic and mass spectrographic analyses of the lacquer thinner showed that it contained 43.6% xylene, 15.5% 2-Heptanone, 12.7% acetone, 12.6% isobutyl acetate, 0.5% N-hexane, and 3.9% toluene (44). A second patient with a chronic encephalopathy due to gasoline sniffing reported in 1978 demonstrated cerebellar cortical atrophy (45). The findings in the first case may well be due to damage from a combination of volatile solvents in the lacquer thinner

000561

Downloaded from https://academic.oup.com/jnen/article-abstract/63/1/1/2916394 by guest on 21 December 2017

(44), and the second case was attributed by the authors themselves to the toxic effects of organic lead in the gasoline (45).

In 1980, Escobar et al (40) described an autopsy case of a 27-year-old man who had abused several solvents, including glue, which also may contain n-hexane or other solvents known to cause both central and distal axonal degeneration (46, 47). At autopsy the brain showed cerebral and cerebellar atrophy and severe thinning of the corpus callosum. Microscopically, diffuse demyelination was found, but there was also significant neuronal loss in the cerebral cortex, basal ganglia, and cerebellum, intense reactive gliosis, and giant axonal degeneration in the long tracts of the spinal cord. The demyelination was interpreted by the authors as being secondary to the neuronal loss. Peripheral nerves were also affected.

Our original autopsied case was a relatively pure chronic toluene abuser who had sniffed paint on a daily basis for many years up until the time of death (41). His autopsy findings, coupled with MRI data, were the first to confirm that the brunt of the toxic damage from toluene is directed toward the CNS white matter. Grossly, there was thinning of the corpus callosum but no discernible white matter discoloration or cavitation. Microscopically, diffuse, ill-defined myelin pallor was seen in cerebral and especially cerebellar white matter (41). In the cerebral hemispheres, periventricular white matter appeared to be most affected, with better preservation of subcortical U-fibers (41). Rare perivascular, periodic acid-Schiff (PAS)-positive macrophages stuffed with dense, coarse granular debris were noted even in areas with seemingly intact myelin, but no lymphocytic inflammation was identified. Although gliosis was not evident on the Holzer and phosphotungstic-acid-hematoxylin methods for glia available to us at the time of the report, recent reexamination of this case with immunostaining for glial fibrillary acidic protein (GFAP) demonstrated reactive gliosis even in cerebral white matter areas where myelin loss was undetectable. Because cerebral and cerebellar neurons were intact and axons were preserved in areas of myelin pallor, toluene was hypothesized to be a pure myelin toxin (41). A 1992 study of toluene concentrations in various brain regions in an autopsied case of a chronic abuser offered corroborative data that the corpus callosum was preferentially targeted and the cerebral cortex was spared, although no neuropathological features of this case were provided (42).

Subsequently, an eloquent neuropathological study of two paint sniffers appeared in 1994 in this journal (43). Case 1 was a 33-year-old man with a history of paint and glue sniffing since age 11, and Case 2 was a 41-year-old woman who had been addicted to paint sniffing for at least 9 years and died while inhaling paint fumes and drinking alcohol. The brain from both patients showed cerebral atrophy, with weights of 1,100 and 980 grams,

respectively. Gross brain abnormalities were more readily detectable in Case 1, which showed thinning of the corpus callosum and gray, patchy discoloration and mottling of the cerebral white matter with sparing of the U-fibers. The cerebellar white matter, especially in the vermis, was more affected than cerebral white matter (43). Case 2 manifested only slight thinning of the corpus callosum on gross sections, but pale gray discoloration was found in the white matter of the posterior frontal, parietal and temporal lobes, as well as in the cerebellum. On light microscopy of Case 1, Luxol fast blue-periodic acid-Schiff (LFB-PAS) staining showed severe myelin loss especially around blood vessels. Unlike our original case in which no axonal loss could be detected (43), Bodian staining did reveal axonal reduction, albeit of a lesser degree than the myelin loss. Oligodendrocytes were reduced in number but there was only a mild gliotic reaction. PAS-positive macrophages (also immunoreactive with CD-68 and HAM-56) were most abundant in areas of greatest myelin loss, and identical to our original case (41), "even in tracts with well-preserved myelin, scattered PAS-positive macrophages were present" (43).

Case 2 differed from Case 1 in that PAS-positive macrophages were considerably fewer, the myelin loss significantly less, and the gliosis was several times more intense than in Case 1. The myelin loss was milder, more uniform, and the borders between severely depleted and moderately demyelinated areas were ill defined; features identical to those seen in our original case (41).

Electron microscopy on Cases 1 and 2 revealed that the macrophages containing coarse PAS-positive granules were packed with clusters of trilaminar inclusions, similar to those seen in adrenoleukodystrophy (ALD) (43). Biochemical analyses also showed increases in very long chain fatty acids in brain, further mimicking ALD. Despite these EM and biochemical similarities to ALD, Cases 1 and 2 showed several histological features distinctly different than ALD. Solvent vapor leukodystrophy demonstrated less lymphocytic inflammation, no lipid-laden macrophages in areas of myelin breakdown, and more patchy, incomplete, and ill-defined myelin loss than ALD (43). In addition, the ALD-like EM changes were confined to brain and no such inclusions were found in the adrenal cortical cells (Cases 1 and 2) or Leydig cells of the testis (Case 1).

In 1995, at the Diagnostic Slide Session of the American Association of Neuropathologists, Dr. William Halliday presented a dramatic case of a 24-year-old Native American woman with solvent vapor leukoencephalopathy (Case 2, 1995) that showed neuropathological features identical to Case 1 of Kornfeld et al (43). She was a known substance abuser and had been described as often being intoxicated and "smelling of glue." Neither detailed neurological examinations nor neuroimaging were performed in life and she died by hanging. Despite

000562

Downloaded from https://academic.oup.com/jnen/article-abstract/63/1/1/2916394 by guest on 21 December 2017

8                                                    FILLEY ET AL



**Fig. 2.** Coronal brain sections from the autopsy case presented by Dr. William Halliday represent the severe end of the spectrum of white matter damage due to toluene abuse, but nevertheless show rather subtle, ill-defined, patchy discoloration of the white matter of the occipital lobe **(A)**, with more obvious involvement of the cerebellar hemisphere **(B)**. Low power view of

Downloaded from https://academic.oup.com/jnen/article-abstract/63/1/1/2916394 by guest on 21 December 2017

**000563**

the severity of white matter damage in this case, autopsy brain sections demonstrated relatively subtle, patchy, ill-defined discoloration of cerebral white matter, especially in the occipital lobes (Fig. 2A), and the cerebellar white matter (Fig. 2B). The myelin loss was near-total in the cerebellum, except for relative sparing of the hilum and fleece of the dentate nucleus, findings identical to those described in Case 1 of Kornfeld et al (43) (Fig. 2C). In Dr. Halliday's case, cerebellar sections showed excellent neuronal preservation in areas of severe myelin loss (Fig. 2D), numerous perivascular PAS-positive macrophages containing coarse and even linear debris (Fig. 2E), and trilaminar inclusions by EM (Fig. 2F). The severity of Halliday's case and Case 1 of Kornfeld et al (43) contrasts sharply with the several-fold milder, ill-defined myelin pallor and significantly fewer numbers of PAS-positive, CD68-positive macrophages seen in our original case (and in Case 2 of Kornfeld et al; Fig. 2G). Our original case also manifested significant reactive astrocytosis, even in areas with ostensibly intact myelin (Fig. 2H). Indeed, the signature pathological feature, and perhaps the earliest morphological evidence of toluene leukoencephalopathy, seems to be the presence of astrocytosis and these perivascular PAS-positive macrophages containing coarse or laminar myelin debris, which can be found even in areas devoid of recognizable myelin damage (Fig. 2H).

All of the patients who were well-studied at autopsy abused toluene, but the spectrum of severity of myelin damage between them is striking and parallels the range of white matter damage in toluene abusers seen by MRI in multiple studies (22–24, 27–30). What accounts for these differences in severity of myelin damage is unknown, but several possible explanations exist. The extent of exposure has been shown to be one important determinant, as has been documented in MRI studies that show a correlation between duration of toluene abuse and the severity of the white matter abnormalities (22, 24). Concomitant use of several different chemicals of abuse could also potentiate the myelin damage from toluene, a possibility discussed by Kornfeld et al (43). Medical personnel do not regularly see many chronic toluene abusers and most abusers are notoriously poor historians, due in part to their encephalopathy. Hence, there are major obstacles to documenting the exact duration of toluene abuse, the levels of exposure, and even the coexistent abuse of other volatile or non-volatile substances. In this regard, it is noteworthy that of these four recent well-studied patients (41, 43, Case 2 1995 Diagnostic Slide Session of AANP), the two with the most severe myelin and axonal loss were both said to have a history of "paint and glue sniffing" (Case 1 of Kornfeld and colleagues, and the case of Dr. Halliday). The patient reported by Escobar et al also showed severe myelin, axon, and neuronal loss, and was acknowledged to abuse both "thinner" and "glue;" the authors acknowledged that he was therefore exposed to both toluene and n-hexane (40). N-hexane is a known axonal toxin (46, 47), and could have accounted for the axonal loss. In contrast, Case 2 of Kornfeld et al (43) and our original case (41) were both described as "paint sniffers" only and showed significantly less myelin loss.

Finally, the possibility exists that differences in severity of myelin damage may be related to host susceptibility factors. Genetic polymorphisms in drug abusers are attracting much interest and research because they may impact drug metabolism and toxicity (48). Patients with these polymorphisms may develop toxicity with a lower dose of a drug or toxin. Recent evidence has suggested that defective metabolism of toluene may occur in some individuals because of a deficient gene coding for aldehyde dehydrogenase, one of the hepatic enzymes responsible for metabolizing toluene (6, 8, 49). This deficiency could result in higher brain exposure to toluene and a heightened risk of neurotoxicity (6, 49). In addition, the degree of myelination that exists in the individual when inhalant abuse begins may play a role in host susceptibility to toluene leukoencephalopathy. It is well known that brain myelination is an ongoing process that continues at least through the second decade (26), and because inhalant abuse typically begins in the early teen or even pre-teen years (1), most toluene abusers encounter this white matter toxin at a time when their myelin is still forming and may be most vulnerable to its toxic effects. The idea that toluene may be most damaging when myelin is being formed is corroborated by animal studies

←

the cerebellum stained with LFB-PAS shows the severe, near-total myelin loss, except for relative preservation in the fleece and hilum of the dentate nucleus (**C**); this pattern of myelin loss is identical to that described in Case 1 of Kornfeld et al (43). Despite the severe white matter damage and numerous PAS-positive macrophages, there was good Purkinje and granule cell neuronal preservation (**D**). Viewed with oil immersion lens, one can almost see the linear quality to some of these coarse PAS-positive inclusions (**E**), but EM best reveals the characteristic trilaminar inclusions (**F**). Our original autopsy case presents the milder end of the spectrum; although myelin pallor was best seen in the cerebellum, as illustrated in our original paper (41), in the cerebral white matter illustrated here (**G**) the myelin loss was more subtle and associated with only scattered PAS-positive macrophages, seen here near a small blood vessel. Even in areas with ostensibly intact myelin there was reactive gliosis (**H**, GFAP immunohistochemistry, cerebral white matter) and collections of perivascular macrophages (**I**, LFB-PAS, pons), changes that may foreshadow detectable myelin loss.

000564

Downloaded from https://academic.oup.com/jnen/article-abstract/63/1/1/2916394 by guest on 21 December 2017

10                                                                FILLEY ET AL

demonstrating that rats show a permanent reduction in forebrain myelination after prenatal toluene exposure (50).

## PATHOPHYSIOLOGY OF TOLUENE BRAIN DAMAGE

The mechanism of brain white matter injury from toluene is unknown. As mentioned, this solvent, like many others, is highly lipophilic (1), and in laboratory animals toluene is preferentially distributed in lipid-rich regions of the brain (51). These observations support the notion that myelin, which contains 70% lipid, is targeted for damage. In an autopsy study of a patient who inhaled toluene prior to death, tissue concentrations were minimal in the cerebral cortex and hippocampus and were highest in the corpus callosum, the largest white matter tract in the brain (42). MRI also reveals a predilection for damage to the corpus callosum (Fig. 1B). The pathogenic action of toluene after localizing in white matter, however, is uncertain. A contribution by free radical-induced lipid peroxidation has been suggested by observations that reactive oxygen species are generated in the CNS by toluene (52) or possibly benzaldehyde, one of its metabolites (53).

Since autopsy studies show relatively specific damage to myelin with axonal sparing (41, 43), the brain damage induced by toluene may come to be understood as potentially reversible with abstinence, or even amenable to future treatments designed to restore the myelin using the existing scaffolding of preserved axons. Although no data exist on long-term outcome in toluene abusers who abstain from inhalant abuse, our experience suggests that individuals may show partial recovery once the toxic effect of toluene is no longer present (21).

## EXPERIMENTAL ADULT ANIMAL MODELS OF CHRONIC TOLUENE ABUSE

Complementary to the human clinical data, several animal studies have verified that toluene targets the central, not peripheral, nervous system. Beyond this generalization, however, animal studies have not been particularly helpful in elucidating the specific mechanisms of myelin damage noted in humans. Two different studies in rats exposed to toluene by inhalation or by oral dosing showed that toluene concentrations were highest in brainstem areas (medulla, pons) with high lipid content (42, 51), and lowest in the cerebral cortex and hippocampus, where less myelin is found (42), underscoring the lipophilic distribution of toluene (1). Other animal studies have raised the possibility that the hippocampus may be damaged by toluene, although the data are inconclusive and this area has not yet been shown to be preferentially affected in humans. Mattia et al reported that, following gavage treatment of rats with toluene, the highest level of induced reactive oxygen species was in the hippocampus; however, they confined their studies to investigating crude synaptosomal fractions from only three sites: the cerebellum, hippocampus, and striatum (52). Similarly, using rats with inhalation exposure to toluene, Korbo et al found neuronal loss in the hippocampus but only studied this single neuroanatomic site (54). More recent studies have also reported Purkinje cell loss and hippocampal neuronal loss in rats with inhalation exposure (55). In contrast, Ikeuchi and Hirai investigated the effects of toluene on guinea pig hippocampal slices and found inhibition of synaptic transmission but no morphological abnormalities (56).

Other investigators have focused more on alterations in astrocytes than on neuronal populations (57, 58). Toluene exposure has been reported to disrupt differentiation of astrocyte precursor cells (57) and decrease astrocytic membrane-bound ATPase enzymatic activity in cultured cells in a dose-dependent fashion (58). In rat brain, toluene inhalation appears to activate astrocytes, with enhancement of GFAP immunoreactivity (59). Toluene inhalation in rats also causes the induction of basic fibroblastic growth factor, glial cell-line derived neurotrophic factor, transforming growth factor beta 1, and tumor necrosis factor-alpha (55, 59). Despite these changes in astrocytic function, little has been described in the way of white matter changes in these models, save for the study by Gotohda et al that mentions ''thinning'' of the cerebellar white matter in toluene-exposed rats (55). The experimental findings of astrocytic activation in animal models are, however, of great interest in light of the considerable reactive astrocytosis that has been demonstrated in several human cases of toluene abuse, even in areas with seemingly intact myelin (Fig. 2H). We would therefore concur with the comment of Gotohda et al that ''astrocytes may play a role in the neurophysiological changes observed in toluene intoxication'' (59).

## TOLUENE AS A TERATOGEN: THE FETAL SOLVENT SYNDROME

The focus of this review has been on adolescents and adults who have practiced chronic toluene abuse, with some attention to industrial workers who experience much less occupational exposure. However, the effects of toluene on the fetuses of chronically abusing mothers also deserve mention. The first report of the fetal solvent syndrome in 1979 (60) described facial dysmorphia, growth retardation, and microcephaly similar to the fetal alcohol syndrome (60, 61). Craniofacial features of the fetal solvent syndrome include micrognathia, low set ears, flat nasal bridge, abnormal scalp hair patterning, down-turned corners of the mouth, and a large anterior fontanelle (62–65). Hearing loss and cleft palate may also be seen (66). As children grow, they may show developmental delay, hyperactivity, and cerebellar dysfunction (63, 64). A recent study showed that 16.1% of infants born to chronic

Downloaded from https://academic.oup.com/jnen/article-abstract/63/1/1/2916394 by guest on 21 December 2017

**000565**

abuse mothers had major anomalies, 12.5% had fetal alcohol-like facial features, and 3.6% had cleft palate (66). Good animal models of toluene abuse embryopathy have been developed (50, 67).

## SUMMARY

Toluene, a common organic solvent that for some individuals is a substance of abuse, has been recognized as a neurotoxin that damages cerebral white matter. As the primary solvent in spray paints, thinners, lacquers, and glues, toluene is inhaled for its capacity to cause euphoria. Toluene abusers with long-term, intense exposure are at risk for toluene leukoencephalopathy, a syndrome characterized by dementia, cerebellar ataxia, corticospinal tract dysfunction, brainstem signs, and cranial neuropathies. Dementia is the most disabling clinical feature, with a characteristic pattern of deficits consisting of inattention, apathy, memory dysfunction, visuospatial impairment, and preserved language, but more subtle neurobehavioral impairment can often be detected early in the disorder before dementia develops. MRI demonstrates cerebral and cerebellar atrophy, and the severity of cognitive dysfunction correlates with the degree of cerebral white matter hyperintensity on T2-weighted images. Toluene leukoencephalopathy has become a prototypical example of white matter dementia, and, more generally, underscores the importance of cerebral white matter in neurobehavioral function. Neuropathological examination shows cerebral and especially cerebellar myelin loss, perivascular macrophages stuffed with coarse or linear PAS-positive debris, and trilaminar inclusions by EM. Extent of myelin and axonal loss in patients is highly variable, possibly due to extent of exposure, age of onset of toluene abuse, coexistent abuse of other substances, or polymorphisms in the gene encoding the enzyme aldehyde dehydrogenase. Although toluene leukoencephalopathy is well documented in inhalant abusers, the potential of low-level occupational or household toluene exposure to cause brain damage is uncertain. Long term exposure to low levels of toluene has been speculated to cause neurobehavioral dysfunction, but the threshold of exposure above which leukoencephalopathy occurs is debated. Toluene abuse in pregnancy causes a constellation of teratogenic features known as fetal solvent syndrome, which is similar to the fetal alcohol syndrome. Advanced neuroimaging techniques such as diffusion tensor imaging, magnetization transfer imaging, and magnetic resonance spectroscopy promise to improve the early recognition of leukoencephalopathy in individuals exposed to toluene when the potential for reversibility is maximal. Animal studies suggest that astrocytes are activated by toluene, paralleling the reactive gliosis seen in human cases with lesser degrees of myelin damage. Despite these animal studies, however, many questions regarding the specific effects of toluene on myelin and other cellular components of the CNS remain to be answered.

## ACKNOWLEDGMENT

This paper is dedicated to the memory of our former colleague and friend, Neil L. Rosenberg, MD, who met an untimely death in April 2003 in Peru. Neil made major contributions to the field of neurotoxicology, particularly toluene abuse, and will be greatly missed.

## REFERENCES

1. Sharp CW, Rosenberg NL. Inhalants. In: Lowinson JH, Ruiz P, Millman RB, Langrod JG, eds. Substance abuse. A comprehensive textbook. Baltimore: Williams and Wilkins, 1997:246–64
2. Dunwiddie SH. Abuse of inhalants. A review. Addiction 1994;89: 92–39
3. Novins DK, Beals J, Mitchell CM. Sequences of substance use among American Indian adolescents. J Am Acad Adolesc Psychiatry 2001;40:1168–74
4. Filley CM, Kelly JP. Clinical neurotoxicology and neurobehavioral toxicology. In: Sullivan JB, Krieger GR, eds. Clinical environmental health and toxic exposures. 2nd ed. Philadelphia: Lippincott Williams and Wilkins, 2001:247–60
5. Rosenberg NL. Neurotoxicity of organic solvents. In: Rosenberg NL, ed. Occupational and environmental neurology. Boston: Butterworth Heinemann, 1995:71–112
6. Greenberg MM. The central nervous system and exposure to toluene: A risk characterization. Environ Res 1997;72:1–7
7. Filley CM, Kleinschmidt-DeMasters BK. Toxic leukoencephalopathy. N Engl J Med 2001;345:425–32
8. Benignus VA. Health effects of toluene: A review. Neurotoxicology 1981;2:567–88
9. Sullivan JB, Van Ert MD. Aromatic solvents. In: Sullivan JB, Kreiger GR, eds. Clinical environmental health and toxic exposures. 2nd ed. Philadelphia: Lippincott Williams and Wilkins, 2001: 1139–65
10. Filley CM. The behavioral neurology of cerebral white matter. Neurology 1998;50:1535–40
11. Satran R, Dodson VN. Toluene habituation: Report of case. N Engl J Med 1963;268:719–21
12. Taher SM, Anderson RJ, McCartney R, Popovtser M, Scrier RW. Renal tubular acidosis associated with toluene ''sniffing.'' N Engl J Med 1974;290:765–68
13. Grabski DA. Toluene sniffing producing cerebellar degeneration. Am J Psychiatry 1961;118:461–62
14. Knox JW, Nelson JR. Permanent encephalopathy from toluene inhalation. N Engl J Med 1966;275:1494–96
15. Boor JW, Hurtig HI. Persistent cerebellar ataxia after exposure to toluene. Ann Neurol 1977;2:440–42
16. Tsushima WT, Towne WS. Effects of paint sniffing on neuropsychological test performance. J Abnorm Psychol 1977;86:402–7
17. Berry JG, Heaton RK, Kirby MW. Neuropsychological deficits in chronic inhalant abusers. In: Rumack B, Temple A, eds. Management of the poisoned patient. Princeton, NJ: Science Press, 1977: 9–31
18. King MD. Neurological sequelae of toluene abuse. Human Toxicol 1982;1:281–87
19. Lazar RB, Ho SU, Melen O, Daghestani AN. Multifocal central nervous system damage caused by toluene abuse. Neurology 1983; 33:1337–40
20. Fornazzari L, Wilkinson DA, Kapur BM, Carlen PL. Cerebellar, cortical and functional impairment in toluene abusers. Acta Neurol Scand 1983;67:319–29
21. Hormes JT, Filley CM, Rosenberg NL. Neurologic sequelae of chronic solvent vapor abuse. Neurology 1986;36:698–702

**000566**

Downloaded from https://academic.oup.com/jnen/article-abstract/63/1/1/2916394 by guest on 21 December 2017

12                                                                FILLEY ET AL

22. Filley CM, Heaton RK, Rosenberg NL. White matter dementia in chronic toluene abuse. Neurology 1990;40:532–34

23. Yamanouchi N, Okada S, Kodama K, et al. Effects of MRI abnormalities on WAIS-R performance in solvent abusers. Acta Neurol Scand 1997;96:34–39

24. Rosenberg NL, Grigsby J, Dreisbach J, et al. Neuropsychologic impairment and MRI abnormalities associated with chronic solvent abuse. J Toxicol Clin Toxicol 2002;40:21–34

25. Filley CM, Franklin GM, Rosenberg NL, Heaton RK. White matter dementia. Clinical disorders and implications. Neuropsychiatry Neuropsychol Behav Neurol 1988;1:239–54

26. Filley CM. The behavioral neurology of white matter. New York: Oxford University Press, 2001

27. Rosenberg NL, Spitz MC, Filley CM, et al. Central nervous system effects of chronic toluene abuse—Clinical, brainstem-evoked response and magnetic resonance imaging studies. Neurotoxicol Teratol 1988;10:489–95

28. Xiong L, Matthes JD, Li J, Jinkins JR. MR imaging of "spray heads:" Toluene abuse via aerosol paint inhalation. AJNR 1993;14:1195–99

29. Caldemeyer KS, Pascuzzi RM, Moran CG, Smith RS. Toluene abuse causing reduced MR signal intensity in the brain. AJR 1993;161:1259–61

30. Aydin K, Sencer S, Demir T, et al. Cranial MR findings in chronic toluene abuse by inhalation. AJNR 2002;23:1173–79

31. Thuomas K-Å, Möller C, Ödkvist LM, et al. MR imaging in solvent-induced chronic toxic encephalopathy. Acta Radiol 1996;37:177–79

32. Taber KH, Pierpaoli C, Rose SE, et al. The future of diffusion tensor imaging in neuropsychiatry. J Neuropsychiatry Clin Neurosci 2002;14:1–5

33. Weishmann UC, Clark CA, Symms MR, et al. Reduced anisotropy of matter diffusion in structural cerebral abnormalities demonstrated with diffusion tensor imaging. Magn Res Imaging 1999;17:1269–74

34. Neumann-Haefelin T, Moseley ME, Albers GW. New magnetic resonance imaging methods for cerebrovascular disease: emerging clinical applications. Ann Neurol 2000;47:559–70

35. Melhem ER, Mori S, Mukundan G, et al. Diffusion tensor MR imaging of the brain and white matter tractography. Am J Roentgenol 2002;178:3–16

36. van Buchem MA. Magnetization transfer: applications in neuroradiology. J Comp Assist Tomogr 1999;23(Suppl 1):S9–18

37. Cercignani M, Iannucci G, Rocca MA, et al. Pathologic damage in MS assessed by diffusion weighted and magnetization transfer MRI. Neurology 2000;54:1139–44

38. Tanabe JL, Ezekiel F, Jagust WJ, et al. Volumetric method for evaluating magnetization transfer ratio of tissue categories: Application to areas of white matter signal hyperintensity in the elderly. Radiology 1997;204:570–75

39. Bonavita S, Di Salle F, Tedeschi G. Proton MRS spectroscopy in neurological disorders. EJR 1999;30:125–31

40. Escobar A, Aruffo C. Chronic thinner intoxication: Clinicopathologic report of a human case. J Neurol Neurosurg Psychiatry 1980;43:986–94

41. Rosenberg NL, Kleinschmidt-DeMasters BK, Davis KA, et al. Toluene abuse causes diffuse central nervous system white matter changes. Ann Neurol 1988;23:611–14

42. Ameno K, Kiriu T, Fuke C, et al. Regional brain distribution of toluene in rats and in a human autopsy. Arch Toxicol 1992;66:153–66

43. Kornfeld M, Moser AB, Moser HW, et al. Solvent vapor abuse leukoencephalopathy. Comparison to adrenoleukodystrophy. J Neuropathol Exp Neurol 1994;53:389–98

44. Means ED, Prockop LD, Hooper GS. Pathology of lacquer thinner induced neuropathy. Ann Clin Lab Sci 1976;6:240–50

45. Valpey R, Sumi SM, Copass MK, Goble GJ. Acute and chronic progressive encephalopathy due to gasoline sniffing. Neurology 1978;28:507–10

46. Schaumburg HH, Spencer PS. Degeneration in central and peripheral nervous systems produced by pure n-hexane: An experimental study. Brain 1976;99:183–92

47. Griffin JW. Hexacarbon neurotoxicity. Neurobehav Toxicol Teratol 1981;3:437–44

48. Camí J, Farré M. Drug addiction. N Engl J Med 2003;349:975–84

49. Wilkins-Haug L. Terotogen update: Toluene. Teratology 1997;55:145–51

50. Gospe SM, Zhou SS. Toluene abuse embryopathy: Longitudinal neurodevelopmental effects of prenatal exposure to toluene in rats. Reprod Toxicol 1998;12:119–26

51. Gospe SM, Calaban MJ. Central nervous system distribution of inhaled toluene. Fund Appl Toxicol 1988;11:540–45

52. Mattia CJ, Ali SF, Bondy SC. Toluene-induced oxidative stress in several brain regions and other organs. Mol Chem Neuropathol 1993;18:313–28

53. Mattia CJ, LeBel CP, Bondy SC. Effects of toluene and its metabolites on cerebral reactive oxygen species generation. Biochem Pharmacol 1991;25:879–82

54. Korbo L, Ladefoged O, Lam HR, et al. Neuronal loss in hippocampus in rats exposed to toluene. Neurotoxicogy 1996;17:359–66

55. Gotohda T, Tokonuga I, Kubo S, et al. Toluene inhalation induces glial cell line-derived neurotrophic factor, transforming growth factor and tumor necrosis factor in rat cerebellum. Leg Med (Tokyo) 2002;4:21–28

56. Ikeuchi Y, Harai H. Toluene inhibits synaptic transmission without causing gross morphological disturbances. Brain Res 1994;664:266–70

57. Yamaguchi H, Kidachi Y, Ryoyama K. Toluene at environmentally relevant low levels disrupts differentiation of astrocyte precursor cells. Arch Environ Health 2002;57:232–38

58. Naskali L, Oksanen H, Tähti H. Astrocytes as targets for CNS effects of organic solvents *in vitro*. Neurotoxicology 1994;15:609–12

59. Gotohda T, Tokonuga I, Kubo S, et al. Effect of toluene on astrocytes and neurotrophic factor in rat brain. Forensic Sci Intern 2000;113:233–38

60. Toutant C, Lippmann S. Fetal solvents syndrome. Lancet 1979;1:1356

61. Costa LG, Guizetti M, Burry M, Oberdoerster L. Developmental neurotoxicity: Do similar phenotypes indicate a common mode of action? A comparison of fetal alcohol syndrome, toluene embryopathy, and maternal phenylketonuria. Toxicol Lett 2002;127:197–205

62. Hersch JH, Podruch PE, Rogers G, Weisskopf B. Toluene embryopathy. J Pediatr 1985;106:922–27

63. Hersch JH. Toluene embryopathy: Two new cases. J Med Genet 1989;26:333–37

64. Arnold GL, Kirby RS, Langendoerfer S, Wilkins-Haug L. Toluene embryopathy: Clinical delineation and developmental follow-up. Pediatrics 1994;93:216–20

65. Pearson MA, Hoyme HE, Seaver LH, Rimsza ME. Toluene embryopathy: Delineation of the phenotype and comparison with fetal alcohol syndrome. Pediatrics 1994;93:211–15

66. Scheeres JJ, Chudley AE. Solvent abuse in pregnancy: A perinatal perspective. J Obstet Gynecol Can 2001;24:22–26

67. Gospe SM, Zhou SS. Prenatal exposure to toluene results in abnormal neurogenesis and migration in rat somatosensory cortex. Ped Res 2000;47:362–68

000567

Downloaded from https://academic.oup.com/jnen/article-abstract/63/1/1/2916394 by guest on 21 December 2017

**LAST NAME:** PURKEY  **FIRST NAME:** WESLEY  **MIDDLE NAME:** IRA
**BIRTHPLACE STATE:** Kansas  **SEX:** M

**FATHER'S NAME:** BLACK  **WHERE EMPLOYED:** Boeing

**MOTHER'S NAME:** ADELE  **WHERE EMPLOYED:** Boeing

**GUARDIAN'S NAME:** — **WHERE EMPLOYED:** —

**SIGNIFICANT FAMILY DATA:** Broken home

37 0233

| ENTERING DATE | FROM | GRADE K-8 | ADDRESS ENTER IN PENCIL | ATTENDING SCHOOL | LAST DAY OF ATTENDANCE | REASON FOR LEAVING |
|---|---|---|---|---|---|---|
| | | | | | | |

## ELEMENTARY PROGRESS RECORD K-6

| SCHOOL YEAR ENDING | 19 | 59 | 60 | 61 | 62 | 63 | 64 | 65 |
|---|---|---|---|---|---|---|---|---|
| GRADE ASSIGNMENT | K | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| READING | | C | C | C | C | C- | F | C- |
| LANGUAGE | | C | C | C | C | F | C |
| SPELLING | | C | C+ | B | C- | F | C+ |
| WRITING | B- | C | C | B | C | D+ | C |
| ARITHMETIC | | | | | C+ | B- | E |
| SOCIAL STUDIES | | | | | C | C | F | C |
| SCIENCE | | C | B | C+ | C | F | C |
| ART SKILLS & APPRECIATION | C+ | C | B | B | C | D | C+ |
| MUSIC SKILLS & APPRECIATION | C- | C | B | B- | B | C | C |
| MUSIC INSTRUMENTAL | | | | | | | |
| PHYSICAL SKILLS & HEALTH HABITS | | | | | | | |
| WORK SKILLS & HABITS | | | | | | | |
| PERSONAL SOCIAL ATTITUDES | D+ | D | C | B+ | C | C | C |
| DAYS PRESENT | 180 | 179 | 180 | 179 | 180 | 179 | 180 |
| DAYS ABSENT | 12 | 16½ | 5½ | 11 | 14½ | 20 | 20½ |
| TIMES TARDY | 1 | 2 | 0 | 0 | 0 | 0 | 0 |

## 7TH & 8TH GRADE PROGRESS RECORD

### PROGRESS RECORD ACHIEVEMENT CODE
A SUPERIOR
B ABOVE AVERAGE
C AVERAGE
D BELOW AVERAGE
U OR F UNSATISFACTORY

1 EXCEPTIONAL
2 ACCEPTABLE
3 INADEQUATE

ACTIVITIES 7-8

| YEAR | 66 | 19 | 19 |
|---|---|---|---|
| GRADE | 8 | | |
| ENGLISH | C- | | |
| MATH. | E | | |
| SOCIAL STUDIES | C | | |
| SCIENCE | C | | |
| ART | B- | | |
| SHOP | | | |
| HOME MAKING | | | |
| MUSIC | C | | |
| PHYS. ED | | | |
| DAYS PRESENT | 170 | | |
| DAYS ABSENT | 25½ | | |
| TIMES TARDY | 5 | | |

**UNIFIED DIST. NO. 259** WICHITA PUBLIC SCHOOLS DIVISION OF PUPIL SERVICES **WICHITA, KANSAS**

## HEALTH HISTORY K-12

| GRADE | K | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEARING | | | | | | | | | | | | | |
| VISION | | | | | | | | | | | | | |
| DENTAL | | | | | | | | | | | | | |
| PHYSICAL | | | | | | | | | | | | | |
| HEALTH | | | | | | | | | | | | | |

**LAB CODE:** GREEN VISION / PINK HEARING / PURPLE SPEECH / BLUE ASTHMA — BRONZE ALLERGIES / RED HEART / BLACK OTHER — O NORMAL / X DEFICIENT / ! URGENT / @ CORRECTED — T.B. TEST ☐ KANSAS IMMUNIZATION CERTIFICATE ☐

## IMMUNIZATION DATE

| | |
|---|---|
| DIPHTHERIA | |
| TETANUS | |
| WHOOPING COUGH | |
| SMALL POX | |
| POLIO | |
| MEASLES | |

## SERIOUS ILLNESS OR DEFECTS

## BASIC TEST DATA K-8

| GR. | DATE | TEST | VOCAB | READING | LANGUAGE | STU. SKILLS | ARITH. | COMPOSITE |
|---|---|---|---|---|---|---|---|---|
| NAME | | SS %ILE | SS %ILE | SS %ILE | SS %ILE | SS %ILE | SS %ILE | |
| | | READING | ENGLISH | MATH. | SCIENCE | SOC. STUD. | COMPOSITE | |

## SPECIAL TEST DATA K-8

| GR. | DATE | TEST NAME | FORM | RESULTS |
|---|---|---|---|---|
| | | | | |

RECORD OF HIGH SCHOOL TRANSCRIPTS SENT

| GRADE | DATE | TEST NAME | C.A. | VERBAL | NON VERBAL | TOTAL |
|---|---|---|---|---|---|---|
| | | | | SS %ILE | SS %ILE | SS %ILE |

000568

## WICHITA PUBLIC SCHOOLS — PUPIL PERMANENT RECORD

| ENTERING DATE | PUPIL | GRADE 9-12 | ADDRESS / ENTER IN PENCIL | ATTENDING SCHOOL | LAST DAY OF ATTENDANCE | REASON FOR LEAVING |
|---|---|---|---|---|---|---|
| 8-30-68 | Allison Sp. Ed. | 9 | 130 N Charles | Allison | 9-18-68 | WD Dropout |

### BASIC TEST PROGRAM 9-12

| GR | DATE | TEST | READING | ENGLISH | MATH | SCIENCE | SOC. STUD. | COMPOSITE |
|---|---|---|---|---|---|---|---|---|

### SPECIAL TEST DATA 9-12

| GR | DATE | TEST NAME | FORM | RESULTS |
|---|---|---|---|---|

### PERSONALITY SURVEY (BY NUMBER OF TEACHERS INDICATED)

| RATING GRADE | HIGH 10 | 11 | 12 | AVERAGE 10 | 11 | 12 | LOW 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|
| INITIATIVE | | | | | | | | | |
| DEPENDABILITY | | | | | | | | | |
| SOCIAL ADAPTABILITY | | | | | | | | | |
| EMOTIONAL CONTROL | | | | | | | | | |
| LEADERSHIP | | | | | | | | | |
| COOPERATION | | | | | | | | | |

CODE — ACTIVITY
M  MEMBER   V  VARSITY
P  PRES     V.P  V. PRES
T  TREAS
S  SEC'Y.

CODE — MARKING SYSTEM
A  SUPERIOR   C  AVERAGE
B  ABOVE AVERAGE   D  BELOW AVERAGE   F  FAILING

LEVEL
H  HONORS
R  REGULAR
B  BASIC

Goldsmith's, Inc.   No. 7001

STUDENT RECORDS AND
ENROLLMENT SERVICES
201 N. WATER
WICHITA, KS 67202-1292

| GRADE | 9 | 10 | 11 | 12 |
|---|---|---|---|---|
| DAYS PRESENT | 1 | | | |
| DAYS ABSENT | 11 | | | |
| TIMES TARDY | 0 | | | |
| DATE GRADUATED | | | | |
| TOTAL CREDITS | | | | |
| RANK IN CLASS | | | | |
| NUMBER IN CLASS | | | | |
| PRINCIPAL | | | | |
| SCHOOL | | | | |

ACCREDITED By the North Central Association of Colleges and Secondary Schools and The Kansas State Department of Public Instruction

### EXTRA SEMESTER CREDIT

| FILE No. | LAST NAME | FIRST | MIDDLE | BIRTHDATE | BIRTHPLACE (STATE) | SEX | CERT |
|---|---|---|---|---|---|---|---|
| 9155146 | TURKEY | WESLEY | JR. | 1-6-51 | Kansas | M | ✓ |

Case 2:19-cv-00414-JPH-DLP   Document 23-14   Filed 09/12/19   Page 48 of 48 PageID #: 4010

STUDENT RECORDS AND
ENROLLMENT SERVICES
201 N. WATER
WICHITA, KS 67202-1292

## BASIC TEST PROGRAM B.T.2

| GR. | DATE | TEST NAME | READING SS | %ILE | ENGLISH SS | %ILE | MATH SS | %ILE | SCIENCE SS | %ILE | SOC. STUD. SS | %ILE | COMPOSITE SS | %ILE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SPECIAL TEST DATA S.T.

| GR. | DATE | TEST NAME | FORM | RESULTS |
|---|---|---|---|---|

### PERSONALITY SURVEY
BY NUMBER OF TEACHERS INDICATED

| RATING GRADE | HIGH 10 | 11 | 12 | AVERAGE 10 | 11 | 12 | LOW 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|
| INITIATIVE | | | | | | | | | |
| DEPENDABILITY | | | | | | | | | |
| SOCIAL ADAPTABILITY | | | | | | | | | |
| EMOTIONAL CONTROL | | | | | | | | | |
| LEADERSHIP | | | | | | | | | |
| COOPERATION | | | | | | | | | |

### CODE - ACTIVITY
M  MEMBER      V  VARSITY
P  PRES.       V.P.  V. PRES.
T  TREAS.
S  SEC'Y.

### CODE - MARKING SYSTEM
A  SUPERIOR          C  AVERAGE
B  ABOVE AVERAGE     D  BELOW AVERAGE
                     F  FAILING

### LEVEL
H  HONORS
R  REGULAR
B  BASIC

### SUMMER SCHOOL

| DATE | SCHOOL | SUBJECTS | GRADE |
|---|---|---|---|

| GRADE | 9 | 10 | 11 | 12 |
|---|---|---|---|---|
| DAYS PRESENT | 1 | | | |
| DAYS ABSENT | 11 | | | |
| TIMES TARDY | 0 | | | |
| DATE GRADUATED | | | | |
| TOTAL CREDITS | | | | |
| RANK IN CLASS | | | | |
| NUMBER IN CLASS | | | | |
| PRINCIPAL | | | | |
| SCHOOL | | | | |

ACCREDITED by the North Central Association of Colleges and Secondary Schools and The Kansas State Department of Public Instruction.

### EXTRA SEMESTER CREDIT

| FILE No. | LAST NAME | FIRST | MIDDLE | BIRTHDATE | BIRTHPLACE (STATE) | SEX |
|---|---|---|---|---|---|---|
| 155146 | | | | 1-6-51 | Kansas | M |

000570