**APPEARANCE DOCKET – CRIMINAL**

No. 64CR2796    No. 64CR2796

| TITLE OF CAUSE | CHARGE | ATTORNEYS | |
|---|---|---|---|
| STATE OF KANSAS vs. | Second Degree Burglary and Larceny | COUNTY ATTORNEY | PLAINTIFF |
| | | S. J. Gloves apptd as to Logan. Grey Dresie as to ANderson. as to Purkey – Grey Dresie | DEFENDANT |

Age:
Age:
Age:

CLAYTON W. LOGAN – 506 N. Florence
GARY M. PURKEY – 238 N. Clarence
ALBERT J. ANDERSON – 1303 University

COMMITMENT ISSUED          RETURN

DATE  FILING DATE 12-29-64         DATE OF OFFENSE 12-28-64

COMPLAINING WITNESS  Thomas A. Davis, WPD

CONTINUANCE:  1-25 all,

FILING COMPLAINT, DOCKETING, INDEXING

ISSUING WARRANT

PERSONAL COUNCIL

| | CLERKS COST | MARSHAL COST | MISC. COST | TOTAL COST | DISBURSEMENTS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|---|
| | 8.45 | | | 8.45 | | | |
| ARRAIGNMENT | .15 | 3.75 | | | | | |
| Trial set for 1-11-65 (as to Logan) $1,500.00   "  "  " | | | | | | | |
| EXECUTED SURETY   Commitment Issued    "  "  " | .80 | .40 | | 13.55 | | | |
| Robert L. Morrison Judge, Div. No. 2 | | | | | | | |
| for 1-11-65  (as to Purkey) | .15 | | | | | | |
| $1,000.00  "  "  " | | | | | | | |
| surety – Don Morris   "  "  " | .80 | | | 14.50 | | | |
| Robert L. Morrison Judge, Div. No. 2 | | | | | | | |
| for 1-11-65   (as to Anderson) | .15 | | | | | | |
| $1,000.00   "  "  " | | | | | | | |
| surety – Don Morris | .80 | | | 15.45 | | | |
| Robert L. Morrison Judge, Div. No. 2 | .15 | | | 15.60 | | | |
| 1-12   of counsel filed. S. J. Gloves apptd for Logan. Robert L. Morrison Judge, Div. 2 | | | | | | | |
| 1-25   to DISTRICT COURT, as to all defts. | .15 | | | 15.75 | | | |

| DATE | DISBURSEMENTS | |
|---|---|---|
| | COUNTY TREASURER | |
| | DAILY RECORD | |
| | LAW LIBRARY | |

*"over"*

**COMMON PLEAS COURT – SEDGWICK COUNTY**
WICHITA, KANSAS

*"over"*

COPY

FILED CR-1559-65
JAN 26  2 29 PH '65
JOANN DUNAGAN
DEPUTY

000571

| CONTINUED | CLERKS COST | MARSHAL COST | MISC. COST | TOTAL COST | DISBURSE-MENTS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|---|
| appears by its atty. R. Milton. | | | | | | | |
| appear in person and by their attys Glaves and Dresie. | | | | | | | |
| waiver of preliminary hearing the court finds that the | | | | | | | |
| crime of Second degree burglary and Larceny have been comm- | | | | | | | |
| itted and there is probable cause to believe the deft comm- | | | | | | | |
| itted the offense. The defts are bound over to appear in the | | | | | | | |
| District Court on the first day of the next term to answer said | | | | | | | |
| charge. Bond for appearance fixed at $1,500.00 for Logan and | | | | | | | |
| $1,000.00 each for Purkey and Anderson. Robert L. Morrison | 1.05 | | | | | | |
| Judge, Div. 2 | | | | | | | |
| Bond as to Anderson. Surety- D. Morris. | .80 | | | | | | |
| Approved by Judge, Robert L. Morrison. | | | | | | | |
| Bond as to Purkey. Surety- D. Morris. | .80 | | | | | | |
| Approved by Judge, Robert L. Morrison. | | | | | | | |
| Committed in default of bail as to Logan. | .80 | .40 | | 19.60 | Court Costs to D.C. as to all defts. | | |

**COMMON PLEAS COURT – SEDGWICK COUNTY**
WICHITA. KANSAS

000572



No. __64cr2796__    APP. DOCKET NO. CR1559

FILED
JAN 26  2 30 PM '65
JOANN DUNN, CLK.
DEPUTY _____

# TRANSCRIPT
## CRIMINAL ACTION

State of Kansas

CR-1559-65

vs.

Clayton W. Logan

Gary M. Purkey and

Albert J. Anderson

Defendant

Filed this_____day of_____19___

_____
Clerk of the District Court

STATE OF KANSAS,

County of Sedgwick, ss.

We, the undersigned Judge and Clerk of the Court of Common Pleas, Sedgwick County, Kansas, hereby certify that the within is a full, true, correct, complete and perfect copy of the proceedings in the above action, made by, and had in said court, as same appears of record

Witness our hands at City of Wichita in

said County this_____25th_____day of

_____Jan.___, 19 65

_____ Judge

_____ Clerk

By_____
Deputy

**000573**

COPY

COMPLAINT—General Form        RKH:eam        WPD

In the Court of Common Pleas, of Sedgwick County, Kansas        64CR2796

THE STATE OF KANSAS
vs.                                                             CR-1559-65
CLAYTON W. LOGAN, GARY M. PURKEY and                           COMPLAINT
ALBERT J. ANDERSON
STATE OF KANSAS, SEDGWICK COUNTY, ss

Thomas A. Davis                                          being duly sworn, on
oath, says that on or about the  28th  day of  December  A.D., 19 64 , in the
County of Sedgwick and State of Kansas, one CLAYTON W. LOGAN, GARY M. PURKEY & ALBERT J.
did then and there unlawfully, feloniously, wilfully                    ANDERSON

break and enter in the night time a dwelling house of James W. Chrisco,

located at 1401 S. Anna, Wichita, Kansas, in which there was no human being

present, said entry being accomplished by breaking glass in rear door of

house and entering therein, with the intent in them the said CLAYTON W.

LOGAN, GARY M. PURKEY and ALBERT J. ANDERSON to commit a larceny and felony

therein, and did then and there steal, take and carry away a transistor

radio, clothing, camera, shoes, cufflinks, tie bars, hair clippers and

other miscellaneous items, said property belonging to and being the property

of James W. Chrisco;

All of the said acts of the said CLAYTON W. LOGAN, GARY M. PURKEY and ALBERT

J. ANDERSON being

contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the
State of Kansas.  Section 21-515, 1949 and 21-524, 1949 G.S.K.

Thomas A. Davis

Subscribed and sworn to before me this        29th      day of      December        , 19 64

Ellen Hale

State Witnesses

CW: Thomas A. Davis, WPD;                    Clerk of the Court of Common Pleas, Wichita, Sedgwick County,
James W. Chrisco, 1401 S. Anna;              Kansas
Off. Hoffine, Bohrer, Kenny, Sgt. Rausch, Det. Love & Moffitt, all WPD.
Det Vanhouten

3                                    **000574**

WARRANT—General Form                    RKH:eam        WPD

# COPY

64 CR 2796

QR-1550

STATE OF KANSAS, SEDGWICK COUNTY, ss.

THE STATE OF KANSAS, to    R. D. STEPHENS    Marshal of the Court of Common Pleas, in and for said County.

WHEREAS, Complaint in writing, under oath, has been made in the Court of Common Pleas, Wichita, Sedgwick County, and it appearing that there are reasonable ground for believing that on or about the **28th** day of **December** ,A.D., 1964 in Sedgwick County, and State of Kansas, one **CLAYTON W. LOGAN, GARY M. PURKEY & ALBERT J. ANDERSON** did then and there unlawfully, feloniously, wilfully

break and enter in the night time a dwelling house of James W. Chrisco, located at 1401 S. Anna, Wichita, Kansas, in which there was no human being present, said entry being accomplished by breaking glass in rear door of house and entering therein, with the intent in them the said CLAYTON W. LOGAN, GARY M. PURKEY and ALBERT J. ANDERSON to commit a larceny and felony therein, and did then and there steal, take and carry away a transistor radio, clothing, camera, shoes, cufflinks, tie bars, hair clippers and other miscellaneous items, said property belonging to and being the property of James W. Chrisco;

All of the said acts of the said CLAYTON W. LOGAN, GARY M. PURKEY and ALBERT J. ANDERSON being

Contrary to the form of the statutes in such cases made and provided, and against the peace and dignity of the State of Kansas.    Section 21-515, 1949 G.S.K. & 21-524, 1949 G.S.K.

You are, therefore, commanded forthwith to arrest said CLAYTON W. LOGAN, GARY M. PURKEY & and bring ALBERT J. ANDERSON    them    before said Court, in said County to answer said charge; and then and there return this writ.

Witness my hand in Wichita, in Sedgwick County, Kansas.

this    29th    day of    December    , 19 64

*Ellen Hale*

Clerk of the Court of Common Pleas, Wichita, Sedgwick County, Kansas.

By _____ , Deputy.

**000575**



COPY

000576

Arraignment — Felony

## COURT OF COMMON PLEAS
### SEDGWICK COUNTY, KANSAS

Case No. 64 CR 2796

Date Dec 29 , 1964

State of Kansas

vs

Plaintiff

Albert John Anderson    16 w m
1303 University w another Mary Jane
student Alba            Anderson

Defendants

Defendant who gave his right name as

same

brought into Court, on a warrant charging the commission of the crime of second degree burglary and larceny

Defendant, Albert John Anderson asks a preliminary hearing. Preliminary hearing of said defendant on said charge fixed for Jan 11, 1965 at 9:30 o'clock A. M. Bond for appearance of defendant at said hearing or upon any continuance thereof, fixed at $ 1,000 — and in default thereof, defendant ordered committed to the County Jail of Sedgwick County, Kansas.

Defendant,

waives his preliminary hearing, upon the above mentioned charge, and is bound over to appear at the

first day of the next term of the District Court of Sedgwick County, Kansas. Bond for the appearance of said defendant on the first day of the next term of the District Court of Sedgwick County, Kansas, fixed at $ and in default thereof, defendant to be committed to the County Jail of Sedgwick County, Kansas, there to remain until lawfully released therefrom.

Atty. for State

Atty. for Deft.

Judge, Court of Common Pleas,

Div. No. 2

COPY

**000577**

Arraignment — Felony

## COURT OF COMMON PLEAS
### SEDGWICK COUNTY, KANSAS

Case No. 64CR2796

Date Dec 29, 1964

State of Kansas
vs

Clayton Ward Logan    Plaintiff
506 N. Florence    w/ parents
unemployed

Defendants

Defendant who gave his right name as

same

brought into Court, on a warrant charging the commission of the crime of second degree burglary and larceny

Defendant, Clayton Ward Logan

asks a preliminary hearing. Preliminary hearing of said defendant on said charge fixed for Jan 11 1965 at 9:00 o'clock A. M. Bond for appearance of defendant at said hearing or upon any continuance thereof, fixed at $ 1,500 and in default thereof, defendant ordered committed to the County Jail of Sedgwick County, Kansas.

Defendant,

waives his preliminary hearing, upon the above mentioned charge, and is bound over to appear at the

first day of the next term of the District Court of Sedgwick County, Kansas. Bond for the appearance of said defendant on the first day of the next term of the District Court of Sedgwick County, Kansas, fixed at $ and in default thereof, defendant to be committed to the County Jail of Sedgwick County, Kansas, there to remain until lawfully released therefrom.

Atty. for State

Atty. for Deft.

Judge, Court of Common Pleas,

Div. No. 2

COPY

000578



FILED

JAN 12  11 52 AM '65

ELLEN HALE, CLERK

_____ DEPUTY

IN THE COURT OF COMMON PLEAS, SEDGWICK COUNTY, KANSAS.

STATE OF KANSAS,

    vs.

Clayton W. Logan, et al

**CR-1559-65**

NO. 64 CR 2796

DATE January 11 19 65

JAN 26  2 30 PM '65
JOANN DUNN, CLERK
DEPUTY

FILED APP. DOCKET NO.

APPOINTMENT OF COUNSEL

    The Court, having informed the defendant, _____

Clayton W. Logan ,

that he is entitled to counsel and having determined that said

defendant is not able to employ counsel, finds that counsel

should be appointed to represent said defendant.

    IT IS, BY THE COURT, ORDERED that _____

S. J. Glaves ,

attorney at law, be and he is hereby appointed to represent said

defendant in the proceedings to be had in this Court.

_____
Judge, Court of Common Pleas
Division No.  2

RLM:bar
cc:S. J. Glaves

8

<span style="color:red">000579</span>

2nd Deg. Burg. & Lang.
2nd Deg. Burg. &Larc.
2nd Deg. Burg. & Larc.
F-CBB)

# COURT OF COMMON PLEAS
## SEDGWICK COUNTY, KANSAS



FILED
JAN 25  11 28 AM '65
ELLEN HALE, CLERK
                DEPUTY

STATE OF KANSAS
vs.

LOGAN, CLAYTON W.

PURKEY, GARY MILO                NO. 64    CR. 2961    **CR-1559-65**

ANDERSON, ALBERT J.              DATE Jan. 25    19 65
                    Defendant(s)

## JOURNAL ENTRY-CRIMINAL CASE

( ) Defendant's recognizance (bail) is forfeited. Alias warrant shall issue_____

( ) This case is adjourned to_____ 19___ , _____

(✓) This case comes on for hearing. State appears by its attorney___R. Hill___

Defendant appears in person and by his attorney S.J.Glaves, apptd. for LOGAN;
Grey Dresie for PURKEY & ANDERSON.

The state introduces testimony of the following witnesses:

The defendant introduces testimony of the following witnesses:

## FELONY

Upon waiver of preliminary hearing; ~~After hearing the evidence~~; the court finds that the offense(s) of second degree burglary & & larceny _____ has (have) been committed and there is probably cause to believe the defendant(s) committed said offense(s).

Whereupon, the defendant(s) Clayton W. Logan , Gary Milo Purkey, & Albert J. Anderson is (are) bound over to appear in the District Court of Sedgwick County, Kansas, on the first day of the next term thereof, to answer said charge(s).

Bail for such appearance in said District Court is fixed at $1,500.- for Logan & $1,000.- each for Purkey & Anderson. In default thereof, defendant(s) shall be committed to the jail of said county, there to remain until lawfully released.

## MISDEMEANOR

Upon plea of guilty; After hearing the evidence; the court finds the defendant(s)_____

_____ guilty of

_____

Whereupon, the defendant(s) is (are) sentenced to serve a term of_____ in the county jail of Sedgwick County, Kansas, to pay a fine of_____ dollars, and the costs of this action. Appeal bond is fixed at_____ dollars.

## PAROLE

Defendant is paroled from confinement portion of sentence_____ for one year, and is ordered to report to the parole office of this court each_____ during said parole.

_____

_____

_____Judge, Court of Common Pleas,
                    Division No. 2

( ) Record taken.            9            **000580**

## COURT OF COMMON PLEAS
### SEDGWICK COUNTY, KANSAS

**COPY**

FILED

JAN 12  11 52 AM '65

ELLEN HALE, CLERK

DEPUTY

STATE OF KANSAS
vs.

*Clayton H. Logan*
*Gary M. Purkey*        NO. _64_  CR. _2796_
*Albert J. Anderson*    DATE _1-11_  19 _65_
                    Defendant(s)

**CR-1559-65**

## JOURNAL ENTRY-CRIMINAL CASE

( ) Defendant's recognizance (bail) is forfeited. Alias warrant shall issue _____.

(✓) This case is adjourned to _1-25_ 19 _65_, _____.

( ) This case comes on for hearing. State appears by its attorney _Hal Lockett_.

Defendant appears in person and by his attorney _Grey Dvein for_ PURKEY & ANDERSON
_S. J. Graves for_ LOGAN.

The state introduces testimony of the following witnesses: _apptd._

The defendant introduces testimony of the following witnesses:

## FELONY

Upon waiver of preliminary hearing; After hearing the evidence; the court finds that the offense(s) of _____ has (have)

been committed and there is probably cause to believe the defendant(s) committed said offense(s).

Whereupon, the defendant(s) _____

is (are) bound over to appear in the District Court of Sedgwick County, Kansas, on the first day of the next term thereof, to answer said charge(s).

Bail for such appearance in said District Court is fixed at _____. In default thereof, defendant(s) shall be committed to the jail of said county, there to remain until lawfully released.

## MISDEMEANOR

Upon plea of guilty; After hearing the evidence; the court finds the defendant(s) _____

_____ guilty of

Whereupon, the defendant(s) is (are) sentenced to serve a term of _____ in the county jail of Sedgwick County, Kansas, to pay a fine of _____ dollars, and the costs of this action. Appeal bond is fixed at _____ dollars.

## PAROLE

Defendant is paroled from confinement portion of sentence _____ for one year, and is ordered to report to the parole office of this court each _____ during said parole.

_Robert T. Morrison_

Judge, Court of Common Pleas,
Division No. _____

( ) Record taken.

**000581**

**COPY**

COMMITMENT— In Default of ~ail, To Appear and Answer, etc.                No. 64cr2796

THE STATE OF KANSAS

                                    Plaintiff.

              vs.

    CLAYTON W. LOGAN

                                    Defendant.

In the Court of Common Pleas, Sedgwick County, Kansas

AFP. DOCKET NO. CR1559

JAN 26  2 30 PM '65

FRANK DUNN, CLK.

**CR-1559-65**

STATE OF KANSAS, SEDGWICK COUNTY, ss.

The State of Kansas to the Marshal of the Court of Common Pleas, Sedgwick County, Kansas:

WHEREAS, it appearing that the offense of____ SECOND DEGREE BURGLARY AND LARCENY

has been committed, and there is probable cause to believe that the defendant_____

                    CLAYTON W. LOGAN

is guilty of the commission of said offense: And, whereas, no sufficient bail has been offered in said defendant's behalf, for his appearance at the next term of the District Court of said county, to answer said charge alleged against him;

    YOU ARE THEREFORE COMMANDED, to take and commit the said defendant to the jail of Sedgwick County, there to remain until he shall be discharged by law. And deliver this writ to the Jailer thereof.

WITNESS my hand at Wichita, in said County, this 25th day of ____ January ____, 19 65.

                    ELLEN HALE,
                    Clerk of the Court of Common Pleas,
                    Sedgwick County, Kansas

        By ___Delores Andrew___, Deputy.

**000582**

**COPY**

COMMITMENT — In Default of Bail, Felony.    No. 64CR2796

THE STATE OF KANSAS, Plaintiff.

vs.                                        In the Court of Common Pleas,
                                           Sedgwick County, Kansas.

CLAYTON WARD LOGAN                         **CR-1559-65**
                        Defendant.

STATE OF KANSAS, SEDGWICK COUNTY, ss.

The State of Kansas to the Marshal of the Court of Common Pleas, Sedgwick County, Kansas:

Whereas    CLAYTON WARD LOGAN    was brought before the Judge of

the Court of Common Pleas, Sedgwick County, Kansas, to answer the charge of    Second Degree Burglary
and Larceny

and, whereas defendant demands preliminary hearing; and, whereas, no sufficient bail has been offered in said

defendant's behalf for his appearance in the Court of Common Pleas, Sedgwick County, Kansas, on the    11th

day of    January, 1965    ,19__    , to answer said charge.

You Are Therefore Commanded, to take and commit the said defendant to the jail of Sedgwick County,

there to remain until he shall be discharged by law. And deliver this writ to the Jailer thereof.

Witness, my hand at Wichita in said County, this    29th    day of    December, 1964    19__    .

ELLEN HALE,
Clerk of the Court of Common Pleas,
Sedgwick County, Kansas.

By    Neva Stout    Deputy.

**000583**

# In The District Court of  Sedgwick County, Kansas

THE STATE OF KANSAS                    PLAINTIFF.

vs.

CLAYTON W. LOGAN, GARY M. PURKEY and
ALBERT J. ANDERSON                     DEFENDANT. S

Case No.  CR 1559-65

Div. No. 3

JAN 27  1 46 PM '65

**COPY**

## INFORMATION

COMES NOW R. K. HOLLINGSWORTH, the duly appointed, qualified and acting Deputy County Attorney in and for the County of Sedgwick and State of Kansas, and for and on behalf of said State, gives the court to understand and be informed that in the County of Sedgwick and State of Kansas, and on or about the 28th day of December, A.D., 1964, one CLAYTON W. LOGAN, GARY M. PURKEY and ALBERT J. ANDERSON did then and there unlawfully, feloniously, wilfully

break and enter in the night time a dwelling house of James W. Chrisco, located at 1401 S. Anna, Wichita, Kansas, in which there was no human being present, said entry being accomplished by breaking glass in rear door of house and entering therein, with the intent in them, the said Clayton W. Logan, Gary M. Purkey and Albert J. Anderson to commit a larceny and felony therein, and did then and there steal, take and carry away a transistor radio, clothing, camera, shoes, cufflinks, tie bars, hair clippers and other miscellaneous items, said property belonging to and being the property of James W. Chrisco;

all of said acts then and there committed being intentional, unlawful, felonious and wilful and being contrary to the statutes in such cases made and provided and being against the peace and dignity of the State of Kansas. (Section  21-515, 1949 G.S.K. and 21-524, 1949 G.S.K.)

_____
Deputy County Attorney

STATE OF KANSAS, SEDGWICK COUNTY, SS.

R. K. HOLLINGSWORTH, Deputy County Attorney within and for said County and State, being by me first duly sworn, says that he has read the above and foregoing information and knows the contents thereof, and that the same is true in substance and in fact to his best information and belief.

_____
Deputy County Attorney

SUBSCRIBED and SWORN to before me this 27 day of January, 19 65

JOANN DUNN, Clerk of the District Court

_____
Clerk of District Court

State Witnesses: Det. Thomas A. Davis, WPD; James W. Chrisco, 1401 S. Anna; Off. Hoffine, Bohrer, Kenny, Sgt. Rausch, Det. Love, Det. Moffitt and Det. Vanhouten, all of the Wichita Police Department.

**000584**

R. K. HOLLINGSWORTH
Deputy County Attorney
County Courthouse
Wichita, Kansas



IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS           )
                 Plaintiff,   )
VS.                           ) Case No. CR 1559-65
                              )
CLAYTON W. LOGAN              ) Division No. 3
                 Defendant.   )
_____)

## JOURNAL ENTRY

NOW, on this 27th day of January, 1965, the same being a regular judicial day of this Court, Division No. 3, this case comes on for arraignment and hearing as to the defendant, Clayton W. Logan.  The State of Kansas appears by its attorney, R. K. Hollingsworth, Deputy County Attorney, and defendant appears in person and by his attorney, S. Jack Glaves, who has been heretofore duly appointed by this court.

THEREUPON, the State by and through its attorney, made oral motion to the court to delete all words, phrases, and allegations of the Information pertaining to Burglary in the Second Degree, contrary to Section 21-515 of the 1949 General Statutes of Kansas, and Larceny, contrary to Section 21-524 of the 1949 General Statutes of Kansas, and substitute in lieu thereof words, phrases, and allegations pertaining to Burglary in the Third Degree, contrary to Section 21-521 of the 1949 General Statutes of Kansas, and Larceny, contrary

**000585**

to Section 21-524 of the 1949 General Statutes of Kansas, and said motion was sustained by the court.

Defendant waives arraignment and formal reading of the Information as amended herein, charging him with Burglary in the Third Degree, contrary to Section 21-521 of the 1949 General Statutes of Kansas, and Larceny, contrary to Section 21-524 of the 1949 General Statutes of Kansas.

Defendant enters a plea of guilty and does then and there plead guilty as charged.

The Court then inquires of defendant if he has pleaded guilty because he is guilty; defendant answers in the affirmative.

The State moves for judgment of sentence herein. The motion is sustained.

The Court then informs the defendant he has been charged by the Amended Information filed against him herein by the County Attorney and explaining the charge to the defendant and that he had pleaded guilty thereto.

The Court inquires of defendant if he has any legal cause to show why judgment of sentence should not be pronounced against him; defendant failing to show any such cause and none appearing, there being none, the Court proceeds to pronounce judgment of sentence against defendant as follows:

IT IS THE SENTENCE OF THIS COURT AND IT IS HEREBY CONSIDERED, ORDERED, ADJUDGED AND DECREED that the defendant, Clayton W. Logan, be taken to the jail of Sedgwick County, Kansas, and thence by the Sheriff of this county to the Kansas State Industrial Reformatory at Hutchinson, Kansas, there to be confined for a period of not less than one (1)

year nor more than five (5) years for the charge of Burglary in the Third Degree, contrary to Section 21-515 of the 1949 General Statutes of Kansas, and in accordance with Section 21-523 of the 1949 General Statutes of Kansas, and there to further be confined for a period of not less than one (1) year nor more than five (5) years for the charge of Larceny, contrary to Section 21-524 of the 1949 General Statutes of Kansas, and in accordance with Section 21-524 of the 1949 General Statutes of Kansas, and Section 76-2306 of the 1961 Supplement to the 1949 General Statutes of Kansas, said sentences to run concurrently with each other and to run concurrently with the sentence heretofore imposed upon this defendant in Case No. CR 865-64 of the District Court of Sedgwick County, Kansas, on the 5th day of May, 1964, as provided by law, and to pay the costs of this action.

Defendant, by and through his attorney, makes oral application to the court for probation from the confinement portion of the sentence which application was denied by the court, and the defendant is ordered to serve the sentence heretofore imposed upon him.

IT IS SO ORDERED.

B. MACK BRYANT
JUDGE, DIVISION NO. 3

APPROVED:

R. K. HOLLINGSWORTH
Deputy County Attorney

S. JACK GLAVES
Attorney for Defendant

**000587**

COMMITMENT

**COPY**

**THE STATE OF KANSAS**

vs.

**CLAYTON W. LOGAN**

PLAINTIFF,

DEFENDANT.

Case No. CR 1559-65

FEB 5  1 53 PM '65

JOANN DUNN, CLK.

DEP BV

STATE OF KANSAS, SEDGWICK COUNTY, SS:

The State of Kansas to the Sheriff of Sedgwick County, Kansas:

WHEREAS, on the __27th__ day of __January__ 19__65__, in a cause then pending in the District Court of Sedgwick County, Kansas, Division No.__3__, wherein the State of Kansas was plaintiff and __CLAYTON W. LOGAN__ was the defendant, judgment was rendered that

the defendant, Clayton W. Logan, be taken to the jail of Sedgwick County, Kansas, and thence by the Sheriff of this county to the Kansas State Industrial Reformatory at Hutchinson, Kansas, there to be confined for a period of not less than one (1) year nor more than five (5) years for the charge of Burglary in the Third Degree, contrary to Section 21-515 of the 1949 General Statutes of Kansas, and in accordance with Section 21-523 of the 1949 General Statutes of Kansas, and there to further be confined for a period of not less than one (1) year nor more than five (5) years for the charge of Larceny, contrary to Section 21-524 of the 1949 General Statutes of Kansas, and in accordance with Section 21-524 of the 1949 General Statutes of Kansas, and Section 76-2306 of the 1961 Supplement to the 1949 General Statutes of Kansas, said sentences to run concurrently with each other and to run concurrently with the sentence heretofore imposed upon this defendant in Case No. CR 865-64 of the District Court of Sedgwick County, Kansas, on the 5th day of May, 1964, as provided by law, and to pay the costs of this action.

You are therefore commanded to take and commit said defendant to __State Industrial Reformatory__ there to remain until said judgment is complied with.   __Hutchinson, Kansas__

Given under my hand this_____day of __January_____, 19__65__.

_____
Clerk of the District Court

By _____
Deputy

O. K._____
Deputy County Attorney
R. K. HOLLINGSWORTH

**000588**



COPY

FILED
...DOCKET NO. CR 1559

FEB 5  1 53 PM '65

JOAN... ...AN, CLK.
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS      Plaintiff,  )   Case No. CR 1559-65
VS.                              )
CLAYTON W. LOGAN      Defendant.  )   Division No. 3

IN THE MATTER OF CONVEYANCE OF PRISONERS

WHEREAS, It has been called to the attention of this Court that there is confined in the County Jail of Sedgwick County, one __CLAYTON W. LOGAN__ to be conveyed to the State __Industrial Reformatory__ at __Hutchinson__, Kansas, to carry out sentence imposed upon __him__ by this Court.

IT IS THEREFORE BY THIS COURT ORDERED that the Sheriff of Sedgwick County, Kansas, proceed on the _____ day of _____, A. D., 19____, to convey the above named prisoner to the __State Industrial Reformatory__ _____ at __Hutchinson__, Kansas, to carry out the sentence imposed upon __him__ by the Court.

B. MACK BRYANT     Judge.
DIVISION NO. 3

APPROVED:

Deputy County Attorney
R. K. HOLLINGSWORTH

000589



R. K. HOLLINGSWORTH
Deputy County Attorney
County Courthouse
Wichita, Kansas



IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS        )
                Plaintiff, )
VS.                        ) Case No. CR 1559-65
                           )
CLAYTON W. LOGAN           ) Division No. 3
                Defendant. )

## JOURNAL ENTRY

NOW, on this 27th day of January, 1965, the same being a regular judicial day of this Court, Division No. 3, this case comes on for arraignment and hearing as to the defendant, Clayton W. Logan. The State of Kansas appears by its attorney, R. K. Hollingsworth, Deputy County Attorney, and defendant appears in person and by his attorney, S. Jack Glaves, who has been heretofore duly appointed by this court.

THEREUPON, the State by and through its attorney, made oral motion to the court to delete all words, phrases, and allegations of the Information pertaining to Burglary in the Second Degree, contrary to Section 21-515 of the 1949 General Statutes of Kansas, and Larceny, contrary to Section 21-524 of the 1949 General Statutes of Kansas, and substitute in lieu thereof words, phrases, and allegations pertaining to Burglary in the Third Degree, contrary to Section 21-521 of the 1949 General Statutes of Kansas, and Larceny, contrary

000590

to Section 21-524 of the 1949 General Statutes of Kansas, and said motion was sustained by the court.

Defendant waives arraignment and formal reading of the Information as amended herein, charging him with Burglary in the Third Degree, contrary to Section 21-521 of the 1949 General Statutes of Kansas, and Larceny, contrary to Section 21-524 of the 1949 General Statutes of Kansas.

Defendant enters a plea of guilty and does then and there plead guilty as charged.

The Court then inquires of defendant if he has pleaded guilty because he is guilty; defendant answers in the affirmative.

The State moves for judgment of sentence herein. The motion is sustained.

The Court then informs the defendant he has been charged by the Amended Information filed against him herein by the County Attorney and explaining the charge to the defendant and that he had pleaded guilty thereto.

The Court inquires of defendant if he has any legal cause to show why judgment of sentence should not be pronounced against him; defendant failing to show any such cause and none appearing, there being none, the Court proceeds to pronounce judgment of sentence against defendant as follows:

IT IS THE SENTENCE OF THIS COURT AND IT IS HEREBY CONSIDERED, ORDERED, ADJUDGED AND DECREED that the defendant, Clayton W. Logan, be taken to the jail of Sedgwick County, Kansas, and thence by the Sheriff of this county to the Kansas State Industrial Reformatory at Hutchinson, Kansas, there to be confined for a period of not less than one (1)

000591

year nor more than five (5) years for the charge of Burglary in the Third Degree, contrary to Section 21-515 of the 1949 General Statutes of Kansas, and in accordance with Section 21-523 of the 1949 General Statutes of Kansas, and there to further be confined for a period of not less than one (1) year nor more than five (5) years for the charge of Larceny, contrary to Section 21-524 of the 1949 General Statutes of Kansas, and in accordance with Section 21-524 of the 1949 General Statutes of Kansas, and Section 76-2306 of the 1961 Supplement to the 1949 General Statutes of Kansas, said sentences to run concurrently with each other and to run concurrently with the sentence heretofore imposed upon this defendant in Case No. CR 865-64 of the District Court of Sedgwick County, Kansas, on the 5th day of May, 1964, as provided by law, and to pay the costs of this action.

Defendant, by and through his attorney, makes oral application to the court for probation from the confinement portion of the sentence which application was denied by the court, and the defendant is ordered to serve the sentence heretofore imposed upon him.

IT IS SO ORDERED.

/S/ B. Mack Bryant
_____
B. MACK BRYANT
JUDGE, DIVISION NO. 3

APPROVED:

/S/ R. K. Hollingsworth
_____
R. K. HOLLINGSWORTH
Deputy County Attorney

/S/ S. Jack Glaves
_____
S. JACK GLAVES
Attorney for Defendant

000592

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS            Plaintiff, )    Case No. CR 1559-65
VS.                                       )
CLAYTON W. LOGAN               Defendant. )    Division No. 3

IN THE MATTER OF CONVEYANCE OF PRISONERS

WHEREAS, It has been called to the attention of this Court that there is confined in the County Jail of Sedgwick County, one____ **CLAYTON W. LOGAN**_____

to be conveyed to the State____ **Industrial Reformatory**_____

at____ **Hutchinson**____, Kansas, to carry out sentence imposed upon____ **him**____by this Court.

IT IS THEREFORE BY THIS COURT ORDERED that the Sheriff of Sedgwick County, Kansas, proceed on the_____day of_____, A. D., 19____, to convey the above named prisoner to the____ **State Industrial Reformatory**_____at____ **Hutchinson**____, Kansas, to carry out the sentence imposed upon____ **him**____by the Court.

/s/ B. Mack Bryant
**B. MACK BRYANT**         Judge.
**DIVISION NO. 3**

APPROVED:                    Certificate of Clerk of the District Court. The above is a
                             true and correct copy of the original instrument which
                             is on file or of record in this court.
                             Done this _____ day of _____ 19 65
/s/ R. K. Hollingsworth      'OANN DUNN, Clerk, By_____Deputy
Deputy County Attorney.
**R. K. HOLLINGSWORTH**

000593

**COMMITMENT**

**COPY**

THE STATE OF KANSAS    **PLAINTIFF,**

vs.    Case No. ~~CR 1559-65~~  CR1559

CLAYTON W. LOGAN    **DEFENDANT.**

FILED

FEB 17   11 41 AM '65

JOANN DUNN
DEPUTY

STATE OF KANSAS, SEDGWICK COUNTY, SS:

The State of Kansas to the Sheriff of Sedgwick County, Kansas:

WHEREAS, on the **27th** day of **January** 19**65**, in a cause then pending

in the District Court of Sedgwick County, Kansas, Division No. **3**, wherein the State of Kansas

was plaintiff and **CLAYTON W. LOGAN**

was the defendant, judgment was rendered that

the defendant, Clayton W. Logan, be taken to the jail of

Sedgwick County, Kansas, and thence by the Sheriff of this

county to the Kansas State Industrial Reformatory at

Hutchinson, Kansas, there to be confined for a period of

not less than one (1) year nor more than five (5) years for

the charge of Burglary in the Third Degree, contrary to

Section 21-515 of the 1949 General Statutes of Kansas, and

in accordance with Section 21-523 of the 1949 General Statutes

of Kansas, and there to further be confined for a period of

not less than one (1) year nor more than five (5) years

for the charge of Larceny, contrary to Section 21-524 of the 1949

General Statutes of Kansas, and in accordance with Section 21-524

of the 1949 General Statutes of Kansas, and Section 76-2306 of

the 1961 Supplement to the 1949 General Statutes of Kansas,

said sentences to run concurrently with each other and to run

concurrently with the sentence heretofore imposed upon this

defendant in Case No. CR 865-64 of the District Court of

Sedgwick County, Kansas, on the 5th day of May, 1964, as

provided by law, and to pay the costs of this action.

You are therefore commanded to take and commit said defendant to **State Industrial Reformatory**
there to remain until said judgment is complied with.    **Hutchinson, Kansas**

Given under my hand this_____day of **January** , 19**65** .

Certificate of Clerk of the District Court. The above is a
true and correct copy of the original instrument which
is on file or of record in this court.
Done this _____ day of _Feb_ 19 _65_ .

JOANN DUNN, Clerk, By _B Taylor_ Deputy

_/s/_ _Joann Dunn_
**Clerk of the District Court**

By _/s/_ _Don Taylor_
**Deputy**

O.K. **/s/ R. K. Hollingsworth**
**Deputy County Attorney**
**R. K. HOLLINGSWORTH**

**000594**



R. K. HOLLINGSWORTH
Deputy County Attorney
County Court House
Wichita, Kansas

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS,           )
                    Plaintiff, )
VS.                            ) Case No. CR 1559-65
                               )
CLAYTON W. LOGAN,              ) Div. No.    3
                    Defendant. )
                               )
                               )

ORDER

IT IS ORDERED that the Sheriff of Sedgwick County,
Kansas, or one of his duly authorized deputies, return the
defendant, Clayton W. Logan, from the Diagnostic Center at
Topeka, Kansas, to the Sedgwick County Jail forthwith.

Dated this 25ᵗʰ day of March, 1965.

_____
                    J U D G E

APPROVED:

_____
R. K. HOLLINGSWORTH,
Deputy County Attorney.

**000595**

FILED CR1559
APP. DOCKET NO.

APR 21   3 56 PM '65

JOANN DUNN, CLK.
DEPUTY

COPY

R. K. HOLLINGSWORTH
Deputy County Attorney
County Court House
Wichita, Kansas
FO 3-2111

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS,
                        Plaintiff,
VS.                                           Case No. CR 1559-65

CLAYTON W. LOGAN,
                        Defendant.            Div. No.      3

JOURNAL ENTRY

NOW, on this 26th day of March, 1965, the same being
a regular judicial day of the January 1965 Term of this court,
this matter comes on for hearing on the defendant's oral appli-
cation for a rehearing on his application for probation.  The
State being present by its attorney, R. K. Hollingsworth,
Deputy County Attorney, and the defendant being present in person
and by his attorney, S. J. Glaves, heretofore duly appointed
to represent the defendant.

The Court after having read and considered the report
of the Kansas State Reception and Diagnostic Center, and the
recommendations of said Center, and after having heard statements
of counsel and being duly advised in the premises, finds that the
Court's judgment of the 27th day of January, 1965, should be
modified in that the defendant's motion for probation should be
sustained.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND
DECREED that the defendant be and he is hereby placed on probation
from the confinement portion of his sentence for a period of
three (3) years upon the following terms and conditions, to-wit:

That said defendant, Clayton W. Logan, violate no laws
of the United States of AMerica, the State of Kansas, or any other

000596

-2-

state or municipality for a period of three (3) years; that he report to this Court on the opening day of each regular term of said Court and as and when directed by said Court throughout the duration of said probation; and that the defendant shall pay the costs of this action.

All the terms and conditions of said probation and the probation itself subject to the approval of the Eighteenth Judicial District Board of Paroles at its next regular meeting.

IT IS SO ORDERED.

_____
JUDGE - B. MACK BRYANT

APPROVED:

_____
R. K. HOLLINGSWORTH,
Deputy County Attorney.

_____
S. J. GLAVES,
Attorney for Defendant.

**000597**

R. K. HOLLINGSWORTH
Deputy County Attorney
County Court House
Wichita, Kansas



CR 1559

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS,
                          Plaintiff,
VS.                                        Case No. CR 1559-65

CLAYTON W. LOGAN,                          Div. No.        3
                          Defendant.

## O R D E R

IT IS ORDERED that the Sheriff of Sedgwick County, Kansas, or one of his duly authorized deputies, return the defendant, Clayton W. Logan, from the Diagnostic Center at Topeka, Kansas, to the Sedgwick County Jail forthwith.

Dated this _____ day of March, 1965.

B. MACK BRYANT
_____
J U D G E

APPROVED:

/s/ R. K. Hollingsworth
_____
R. K. HOLLINGSWORTH,
Deputy County Attorney.

Certificate of Clerk of the District Court. The above is a true and correct copy of the original instrument which is on file or of record in this Court.
Done this _____ day of march 19 65
JOANN DUNN, Clerk, By _____ Deputy

**000598**

R. K. HOLLINGSWORTH
Deputy County Attorney
County Court House
Wichita, Kansas



IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS, )
              Plaintiff, )
VS. ) Case No. CR 1559-65
                        )
CLAYTON W. LOGAN, ) Div. No.    3
              Defendant. )
                        )

## O R D E R

IT IS ORDERED that the Sheriff of Sedgwick County,
Kansas, or one of his duly authorized deputies, return the
defendant, Clayton W. Logan, from the Diagnostic Center at
Topeka, Kansas, to the Sedgwick County Jail forthwith.

Dated this 25ᵗʰ day of March, 1965.

B. MACK BRYANT
_____
J U D G E

APPROVED:

/s/  R. K. Hollingsworth
R. K. HOLLINGSWORTH,
Deputy County Attorney.

Certificate of Clerk of the District Court. The above is a
true and correct copy of the original instrument which
is on file or of record in this court.
Done this 25ᵗʰ day of March 19 65
JOANN DUNN, Clerk, By _____Lewis_____ Deputy

000599

J. O. BALLINGER
Deputy County Attorney
County Courthouse
Wichita, Kansas

COPY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS )
                         Plaintiff, )
VS.                                 ) Case No. CR 1559-65
                                    )
GARY M. PURKEY                      ) Division No. 3
                         Defendant. )
_____ )

JOURNAL ENTRY

NOW, on this 10th day of May, 1965, the same being a regular judicial day of this Court, Division No. 3, this case comes on for arraignment and hearing as to the defendant, Gary M. Purkey. The State of Kansas appears by its attorney, J. O. Ballinger, Deputy County Attorney, and defendant appears in person and by his attorney, Grey Dresie.

Defendant waives trial by jury and waives arraignment and formal reading of the Information herein, charging him with Burglary in the Second Degree, contrary to K.S.A. 21-515, and Larceny, contrary to K.S.A. 21-524.

Defendant enters a plea of guilty and does then and there plead guilty as charged.

The Court then inquires of defendant if he has pleaded guilty because he is guilty and for no other reason. The defendant answers in the affirmative.

The State moves for judgment of sentence herein. The motion is sustained.

000600

The Court then informs the defendant he has been charged by the Information filed against him herein by the County Attorney and explaining the charge to the defendant and that he had pleaded guilty thereto.

The Court inquires of defendant if he has any legal cause to show why judgment of sentence should not be pronounced against him; defendant failing to show any such cause and none appearing, there being none, the Court proceeds to pronounce judgment of sentence against defendant as follows:

IT IS THE SENTENCE OF THIS COURT AND IT IS HEREBY CONSIDERED, ORDERED, ADJUDGED AND DECREED that the defendant be taken by the Sheriff of Sedgwick County, Kansas, to the Kansas State Industrial Reformatory at Hutchinson, Kansas, there to be confined for a period of not less than five (5) years nor more than ten (10) years for the charge of Burglary in the Second Degree, contrary to K.S.A. 21-515, and in accordance with K.S.A. 21-523, and there to further be confined for a period of not less than one (1) year nor more than five (5) years for the charge of Larceny, contrary to and in accordance with K.S.A. 21-524, said sentences to run concurrently, as provided by law, and to pay the costs of this action.

Defendant, by and through his attorney, makes oral application to the court for probation from the confinement portion of the sentence, and the court, having heard the argument of counsel and being duly advised in the premises, and having made the presentence investigation provided for in such cases, thereupon grants the defendant probation from the confinement portion of the sentence for a period of three (3) years upon the following terms and conditions:

000601

That defendant violate no laws of the United States of America, the State of Kansas, or any other State or Municipality for a period of three (3) years; that he report to this court's probation officer on the opening day of each regular term hereof, and once each week hereafter to his probation officer until he is notified otherwise by the probation officer; that he pay a probation fee in the sum of $9.00; that he post a probation bond in the sum of $100.00 running in favor of the State of Kansas, said bond to be signed by defendant's mother; and that he pay one half the costs of this action within six months from the date hereof.

All the terms and conditions of this probation and the probation itself are subject to the approval of the Eighteenth Judicial District Board of Probation and Paroles at its next regular meeting.

IT IS SO ORDERED.

B. MACK BRYANT
JUDGE, DIVISION NO. 3

APPROVED:

J. O. BALLINGER
Deputy County Attorney

GREY DRESIE
Attorney for Defendant

000602

J. O. BALLINGER
Deputy County Attorney
County Courthouse
Wichita, Kansas



IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS      )
                Plaintiff, )
VS.                        )   Case No. CR 1559-65
                           )
ALBERT J. ANDERSON         )   Division No. 3
                Defendant. )
_____)

JOURNAL ENTRY

NOW, on this 10th day of May, 1965, the same being a regular judicial day of this Court, Division No. 3, this case comes on for arraignment and hearing as to the defendant, Albert J. Anderson. The State of Kansas appears by its attorney, J. O. Ballinger, Deputy County Attorney, and defendant appears in person and by his attorney, Grey Dresie.

Defendant waives trial by jury and waives arraignment and formal reading of the Information herein, charging him with Burglary in the Second Degree, contrary to K.S.A. 21-515, and Larceny, contrary to K.S.A. 21-524.

Defendant enters a plea of guilty and does then and there plead guilty as charged.

The Court then inquires of defendant if he has pleaded guilty because he is guilty and for no other reason. The defendant answers in the affirmative.

The State moves for judgment of sentence herein. The motion is sustained.

000603

The Court then informs the defendant he has been charged by the Information filed against him herein by the County Attorney and explaining the charge to the defendant and that he had pleaded guilty thereto.

The Court inquires of defendant if he has any legal cause to show why judgment of sentence should not be pronounced against him; defendant failing to show any such cause and none appearing, there being none, the Court proceeds to pronounce judgment of sentence against defendant as follows:

IT IS THE SENTENCE OF THIS COURT AND IT IS HEREBY CONSIDERED, ORDERED, ADJUDGED AND DECREED that the defendant be taken by the Sheriff of Sedgwick County, Kansas, to the Kansas State Industrial Reformatory at Hutchinson, Kansas, there to be confined for a period of not less than five (5) years nor more than ten (10) years for the charge of Burglary in the Second Degree, contrary to K.S.A. 21-515, and in accordance with K.S.A. 21-523, and there to further be confined for a period of not less than one (1) year nor more than five (5) years for the charge of Larceny, contrary to and in accordance with K.S.A. 21-524, said sentences to run concurrently, as provided by law, and to pay the costs of this action.

Defendant, by and through his attorney, makes oral application to the court for probation from the confinement portion of the sentence, and the court, having heard the argument of counsel and being duly advised in the premises, and having made the presentence investigation provided for in such cases, thereupon grants the defendant probation from the confinement portion of the sentence for a period of three (3) years upon the following terms and conditions:

000604

That defendant violate n o laws of the United States of America, the State of Kansas, or any other State or Munici-pality for a period of three (3) years; that he report to this court's probation officer on the opening day of each regular term hereof, and once each week hereafter to his probation officer until he is notified otherwise by the probation officer; that he pay a probation fee in the sum of $9.00; that he post a probation bond in the sum of $100.00 running in favor of the State of Kansas, said bond to be signed by defendant's mother; and that he pay one half the costs of this action within six months from the date hereof.

All the terms and conditions of this probation and the probation itself are subject to the approval of the Eighteenth Judicial District Board of Probation and Paroles at its next regular meeting.

IT IS SO ORDERED.

B. MACK BRYANT
JUDGE, DIVISION NO. 3

APPROVED:

J. O. BALLINGER
Deputy County Attorney

GREY DRESIE
Attorney for Defendant

000605

FILED DOCKET NO. CR-1559

**IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS**

APR 23  11 00 AM '68

DOROTHY I. VAN ARSDALE,
CLERK
DEPUTY _dh_

**COPY**

THE STATE OF KANSAS, Plaintiff

vs.

Clayton Ward Logan _____, Defendant

No. CR-1559-64

Div. No. 3

### ORDER OF DISCHARGE

Now on this 23rd day of April, 19 68, this matter comes on for hearing upon the oral application of the defendant for a final order of discharge.

The Court being fully advised in the premises finds, that the defendant has earned (her) (his) discharge by good behavior and that the defendant should be discharged from the order of parole granted (her) (him) on the 26th day of March, 19 65, and that the same shall be a complete satisfaction of the original judgment which was imposed herein.

IT IS THEREFORE, BY THE COURT ORDERED, ADJUDGED, AND DECREED, that the above-named defendant Clayton Ward Logan be, and (she) (he) is hereby discharged from the parole granted (her) (him) on the 26th day of March, 19 65, and discharged from the original judgment imposed herein.

_____ Judge.

Approved:

_____
Deputy County Attorney.

000606

 COPY

## APPEARANCE DOCKET - CRIMINAL
### COURT OF COMMON PLEAS - SEDGWICK COUNTY, KANSAS

NO. 72CR1018

| TITLE OF CAUSE | CHARGE | ATTORNEYS |
|---|---|---|
| STATE OF KANSAS vs. | Theft-Class D Felony KSA 21-3701 | COUNTY ATTORNEY — PLAINTIFF |

Age 24 Single

GARY M. PURKEY
134 N Charles, Wichita, Kansas
Safelite Glass Co
721 E Murdock

LARRY HATFIELD (Age 20-Single)
1509 Rochester
Wichita, Kansas

Not employed

*Steve Mosley (Hatfield)*
*Robert Cornett* (PURKEY) DEFENDANT

FILING DATE 8-16-72    DATE OF OFFENSE 8-15-72

COMPLAINING WITNESS Harve Hamilton SO

CONTINUANCE: RECEIPTION VOUCHER NO.

| | | COSTS RECORD | | | | | CASH RECORD | | |
|---|---|---|---|---|---|---|---|---|---|
| | | CLERK | MARSHAL | MISC | TOTAL | | DISBURSEMENTS | CREDITS | BALANCE |
| 8-16-72 | FILING COMPLAINT, DOCKETING, INDEXING, ISSUING WARRANT, JUDICIAL COUNCIL | 7.00 | | | 7.00 | | | | |
| | ARRAIGNMENT  Trial set for 8-23-72 (PURKEY) | .50 | 1.00 | | 8.50 | | | | |
| | BOND  $1,000.00 | | | | | | | | |
| | EXECUTED SURETY  Commitment issued (PURKEY) | 1.00 | | | 9.50 | | | | |
| | Owen Ballinger Judge Div D | | | | | | | | |
| 8-16-72 | Commitment returned (PURKEY) | | 1.00 | | 10.50 | | | | |
| 8-17-72 | Alias warrant issued (HATFIELD) | 1.50 | | | 12.00 | | | | |
| 8-17-72 | Bond filed, surety Morris by JR & Carrie Burke (PURKEY) | .50 | | | 12.50 | | | | |
| | Tyler C Lockett, Judge Div A | | | | | | | | |
| 9-7-72 | Subpoena issued | 1.00 | | | 13.50 | | | | |
| 9-8-72 | Subpoena Retd. | | | 3.90 | 17.40 | | | | |
| 9-11-72 | Trial set for 9-20-72 (HATFIELD) | .50 | 1.36 | | 19.26 | | | | |
| | $1,000.00 | | | | | | | | |
| | Wm Kenney | .50 | | | 19.76 | | | | |
| | Tyler C Lockett Judge Div A | | | | | | | | |
| 9-11-72 | Overnight bond filed, surety Wm Kenney & Judy A Taylor (HATFIELD)nc | | | | | | | | |
| 9-13-72 | State appears by its atty, T. Peters | | | | | | | | |
| | Deft appears in person and by his atty Robert Cornett | | | | | | | | |
| | Upon waiver of preliminary examination, the court finds that | | | | | | | | |
| 9-13-72 | BOUND OVER TO DISTRICT COURT.  Purkey, SMF | | | | | | COUNTY TREASURER | | |
| | CASE FILED TO DISTRICT COURT | | | | | | LAW LIBRARY | | |

(OVER)

000607



| DATE | CONTINUED | CLERKS | MARSHAL | SHERIFF | TOTAL | DISBURSE-MENTS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | the offense of felony theft has been committed and there is probable cause to believe the deft committed said offense. Whereupon, the deft is bound over to Dist Ct at 2pm, Sept 27, 1972. Bond is set at $1,000.00. (PURKEY) | 1.50 | | | 21.26 | | | |
| | Robert L. Morrison Judge, Div 8 | | | | | | | |
| 9-13-72 | Bond filed for PURKEY Surety: Donald Morris by J. Rhodenbaugh Approved by Robert L. Morrison, Judge, Div 8 | .50 | | | 21.76 | 14.40 Court Costs to D.C. AS TO PURKEY ONLY | | |
| | Remaining costs as to HATFIELD --------- | | | | | | | |
| 10-12-72 | Subpoena issued (HATFIELD) | 1.00 | | | 7.36 | | | |
| 10-13-72 | Subpoena returned (HATFIELD) | | 4.08 | | 12.44 | | | |
| 10-17-72 | Subpoeus issued, atty for deft | 1.00 | | | 13.44 | | | |
| 10-18-72 | Subpoena by atty for deft returned | | 5.38 | | 18.82 | | | |
| 10-19-72 | State appears by its atty Rary Jarchow | | | | | | | |
| | Deft (LARRY HATFIELD) appears in person and by his atty | | | | | | | |
| | Steve Hatfield | | | | | | | |
| | Deft discharged. | | | | | | | |
| | RT: C. Lance | 1.50 | | | 20.32 | | | |
| | Max Regier Judge, Pro Tem, Div 8 | | | | | | | |
| 10-19-72 | State Witnesses Fees: D. J. Frailc | 5.00 | | | 25.32 | | | |
| 10-19-72 | Deft Witness Fee; Vernon J. Blast Oct Wit Report | | | 5.00 | 30.32 | | | |

COURT OF COMMON PLEAS — SEDGWICK COUNTY, KANSAS

000608

COPY

| NO. **72CR1013** | APPEARANCE DOCKET - CRIMINAL<br>COURT OF COMMON PLEAS - SEDGWICK COUNTY, KANSAS | NO. **72CR1013** |

| | TITLE OF CAUSE | CHARGE | ATTORNEYS | |
|---|---|---|---|---|
| Age 24<br>Single | STATE OF KANSAS<br>VS.<br>GARY M. PURKEY<br>134 N Charles, Wichita, Kansas<br>Safelite Glass Co<br>721 E Murdock<br>Not employed | Theft-Class D Felony<br>KSA 21-3701<br>(Age 20-Single) | COUNTY ATTORNEY<br><br>Robert Cornett (PURKEY | PLAINTIF<br><br>DEFENDAN |

| DATE | FILING DATE   8-16-72 | DATE OF OFFENSE   8-15-72 | | |

COMPLAINING WITNESS  Harve Hamilton  SO

CONTINUANCE:
RECEIPT OR
VOUCHER NO.   9-6, 9-13 H (Purkey)

| | | | COSTS RECORD | | | | CASH RECORD | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | CLERKS | MARSHAL | MISC. | TOTAL | DISBURSE-MENTS | CREDITS | BALAN |
| 8-16-72 | FILING COMPLAINT, DOCKETING, INDEXING, ISSUING WARRANT, JUDICIAL COUNCIL | | 7.00 | | | 7.00 | | | |
| | ARRAIGNMENT | Trial set for 8-23-72 (PURKEY) | .50 | 1.00 | | 8.50 | | | |
| | BOND | $1,000.00 | | | | | | | |
| | EXECUTED SURETY | Commitment issued (PURKEY)<br>Owen Ballinger<br>Judge Div D | 1.00 | | | 9.50 | | | |
| 8-16-72 | Commitment returned (PURKEY) | | | 1.00 | | 10.50 | | | |
| 8-17-72 | Alias warrant issued (HATFIELD) | | 1.50 | | | 12.00 | | | |
| 8-17-72 | Bond filed, surety Morris by JR & Carrie Burke .(PURKEY)<br>Tyler C Lockett, Judge Div A | | .50 | | | 12.50 | | | |
| 9-7-72 | Subpoena Issued | | 1.00 | | | 13.50 | | | |
| 9-8-72 | Subpoena Retd. | | | 3.90 | | 17.40 | | | |
| 9-11-72 | Trial set for 9-20-72 (HATFIELD) | | .50 | 1.36 | | 19.26 | | | |
| | $1,000.00 | | | | | | | | |
| | Wm Kenney | | .50 | | | 19.76 | | | |
| | Tyler C Lockett<br>Judge Div A | | | | | | | | |
| 9-11-72 | Overnight bond filed, surety Wm Kenney & Judy A Taylor(HATFIELD)nc | | | | | | | | |
| 9-13-72 | State appears by its atty, T. Peters | | | | | | | | |
| | Deft appears in person and by his atty Robert Cornett | | | | | | | | |
| | Upon waiver of preliminary examination, the court finds that | | | | | | | | |

| 9-13-72 | BOUND OVER TO DISTRICT COURT: | | COUNTY TREASURER |
|---|---|---|---|
| | APPEALED TO DISTRICT COURT: | | LAW LIBRARY |

000609

| DATE | CONTINUED | COSTS RECORD | | | | CASH RECORD | | |
|---|---|---|---|---|---|---|---|---|
| | | CLERKS | MARSHAL | MISC. | TOTAL | DISBURSE-MENTS | CREDITS | BALANCE |
| | the offense of felony theft has been committed and there is probable cause to believe the deft committed said offense. Whereupon, the deft is bound over to Dist Ct at 2pm, Sept 27, 1972.  Bond is set at $1,000.00.  (PURKEY) | 1.50 | | | 21.26 | | | |
| | Robert L. Morrison | | | | | | | |
| | Judge, Div B | | | | | | | |
| 9-13-72 | Bond filed for PURKEY  Surety: Donald Morris by J. Rhodenbaugh | .50 | | | 21.76 | | | |
| | Approved by Robert L. Morrison, Judge, Div B | | | | 14.40 | Court Costs to D.C. | | |
| | | | | | AS TO PURKEY ONLY | | | |
| | Remaining costs as to HATFIELD ------------------- | | | | | | | |
| | | | | | 7.36 | | | |

000610

COMPLAINT — General Form    FLF.psb    SO

IN THE COURT OF COMMON PLEAS OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS

vs.

GARY M. PURKEY AND
LARRY HATFIELD

SEP 14  3 32 PM '72

DOROTHY I. VAN ARSDALE,
CLERK

DEPUTY _____

72CR1013



COPY

STATE OF KANSAS SEDGWICK COUNTY, SS

Harve Hamilton, being duly sworn, on oath, says that on or about the 15th day of August 197_2_, in the County of Sedgwick and State of Kansas, one GARY M. PURKEY AND LARRY HATFIELD

did then and there unlawfully, willfully,

obtain and exert unauthorized control over property, to-wit:
37 Six Packs of 12 oz. cans of beer, Coors brand; 6 Six Packs
of 16 oz. cans of beer, Coors brand; 7 Six Packs of 12 oz.
bottles of beer; Coors brand with the intent to permanently
deprive the owner, to-wit: Vernon J. Blasi of the possession,
use and benefit of said property, said property being of a value
of more than $50.00 good and lawful money of the United States
of America;

all of the said acts of the said GARY M. PURKEY AND LARRY HATFIELD being

contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Kansas. K.S.A. 21-3701 (Theft, Class D Felony)

_Harve Hamilton_

Subscribed and sworn to before me this 16th day of August, 1972.

_Owen Ballinger_
Magistrate

STATE WITNESSES:
cw:  Harve Hamilton, SO; Bill Lathrop, Bob Dickey, Ron Harp, Mike Hayes, Dean Crab/all SO; D.J. Fralic, 1600 N. Sabien, 943-4034; Vernon J. Blasi, 11209 W. Kellogg, 722-3781.

000611

WARRANT — General Form
TLP:pab     SO

THE STATE OF KANSAS

vs.

GARY M. PURKEY AND
LARRY HATFIELD

STATE OF KANSAS, SEDGWICK COUNTY, SS:

APP. DOCKET No. CR   8458

SEP 14  3 32 PM '72   72CR1013

DOROTHY I. VAN ARSDALE
CLERK

DEPUTY

COPY

THE STATE OF KANSAS, to Everett Patrick, Marshal of the Court of Common Pleas, in and for said County.

WHEREAS, Complaint in writing, under oath, and/or an affidavit and/or affidavits or other evidence has been filed with the undersigned magistrate at Wichita, Sedgwick County, Kansas, and the undersigned magistrate finds that there is probable cause to believe that on or about the 15th day of August 197_2_, in the County of Sedgwick and State of Kansas, one GARY M. PURKEY AND LARRY HATFIELD

did then and there unlawfully, willfully,

obtain and exert unauthorized control over property, to-wit: 37 Six Packs of 12 oz. cans of beer, Coors brand, 6 Six Packs of 16 oz. cans of beer, Coors brand, 7 Six Packs of 12 oz. bottles of beer, Coors brand with the intent to permanently deprive the owner, to-wit: Vernon J. Blasi of the possession, use and benefit of said property, said property being of a value of more than $50.00 good and lawful money of the United States of America;

all of the said acts of the said GARY M. PURKEY AND LARRY HATFIELD being

contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Kansas. K.S.A. 21-3701 (Theft, Class D Felony)

You are, therefore, commanded forthwith to arrest the said   GARY M. PURKEY AND LARRY
HATFIELD

and bring    them    before a magistrate as provided by law.

The amount of the appearance bond to be required is $ 1000 oo

Witness my hand in Wichita, Sedgwick County, Kansas, this 16th day of August, 197_2_.

Owen Ballinger
Magistrate

---

## MARSHAL'S RETURN

Received this Writ 8-16, 197_2_.
Executed the same 8-16, 197_2_.
by arresting the within named
Gary M. Purkey
and bringing Him before the magistrate.
EVERETT PATRICK, Marshal.
R. Gardner

Serving Writ first person $ 1.00
_____ additional persons $ _____
_____ miles at ___ cents $ _____
Total $ 1.00

000612

FOR CLERK'S USE ONLY

IN THE COURT OF COMMON PLEAS, SEDGWICK COUNTY, KANSAS

State of Kansas, Plaintiff,

APP DOCKET NO. **CR 8456**

FILED SEP 14  3 32 PM '72

DOROTHY I. VAN ARSDALE CLERK DEPUTY

vs.

Case No. 72 CR 1013

*Gary M. Parsley*, Defendant.

Residence: 134 N. Charles

Age: 24    ☐ Married    ☒ Single    ☐ Divorced

☐ Not employed    ☐ In school

☒ Employed by: *Lafilite Glas Co 721 E. Mudock*

FILED

AUG 16  4 50 PM '72

JEAN WILKERSON, CLERK

DEPUTY

COPY

_____, Defendant.

Residence:_____

Age:_____    ☐ Married    ☐ Single    ☐ Divorced

☐ Not employed    ☐ In school

☐ Employed by:_____

_____, Defendant

Residence:_____

Age:_____    ☐ Married    ☐ Single    ☐ Divorced

☐ Not employed    ☐ In school

☐ Employed by:_____

## JOURNAL ENTRY — FELONY CASE
### FIRST APPEARANCE BEFORE MAGISTRATE

On this 16 day of *Aug*, 19 72, the above named defendant(s), who gave his correct name as *above*, appears before this court for the purpose of fixing the terms and conditions of the appearance bond upon which defendant(s) may be released and the date and time appearance before this court pending preliminary examination shall be required.

The court finds that a complaint has been filed herein charging defendant(s) with the following crimes:

Count One: *Theft (felony)*;

Count Two: _____;

Count Three: _____;

Count Four: _____;

Count Five: _____;

and the court reads the allegations of the charge(s) to defendant(s).

The court then informs each defendant that he is entitled to counsel to assist him and conduct his defense and that counsel will be appointed to represent him if it is determined that he is not financially able to employ counsel. Each defendant requests an opportunity to employ counsel of his own choosing.

It is therefore ordered that said defendant(s) shall next appear before this court at 3:00 P.M. on *Aug 23rd*, 19 72, and said defendant(s) may be released from custody upon the execution of an appearance bond in the amount of $ 1000°° conditioned upon the appearance of defendant before this court when ordered.

The court finds that additional conditions of release are necessary to reasonably assure the appearance of said defendants and imposes the following additional conditions:

1. _____,

2. _____,

3. _____,

which shall be set forth on the appearance bond.

_____

_____

_____

_____

_____

Atty. for St._____

Atty. for Def._____

10/71

*Owen Ballenger*

Judge, Division D

**000613**

5

IN THE COURT OF COMMON PLEAS, SEDGWICK COUNTY, KANSAS

STATE OF KANSAS, Plaintiff,

FILED
APP' DOCKET NO. CL 3458

Case No. 72 CR 1013

SEP 14 3 31 PH '72

vs.

PURKEY, GARY M. DOROTHY I. VAN ARSDALE CLERK

DEPUTY





FILED
AUG 23  4 58 PM '72
JEAN WILKERSON, CLERK
——— DEPUTY

, Defendant(s).

## JOURNAL ENTRY — FELONY CASE
### PRELIMINARY EXAMINATION

*☒ **CONTINUANCE:** On the ___8/23___, 19_72_, this case is continued to ___9-6___, 19_72_, for *☒ docket call *☐ preliminary examination or *☐ other disposition at the request of the *☒ defendant *☐ state or *☐ on court's own motion.

*☐ **PRELIMINARY EXAMINATION:** On this_____, 19____, this case comes on for preliminary examination.

The state appears by its attorney_____.

Defendant(s) appear(s) in person and by his (their) attorney___*Robert Cornett*___.

*☐ After hearing all the evidence, *☐ Upon waiver of preliminary examination, the court finds that the offenses of:

Count One:_____

Count Two:_____

Count Three:_____

Count Four:_____

Count Five:_____

has (have) been committed and there is probable cause to believe the defendant(s) committed said offense(s).

Whereupon, the defendant(s)_____

is (are) bound over to appear in the District Court of Sedgwick County, Kansas, at_____ ____M. on

_____, 19____.

Said defendant(s) may be released from custody upon the execution and approval of an appearance bond in the amount of $_____conditioned upon the appearance of said defendant(s) before said district court when ordered.

The court finds that additional conditions of release are necessary to reasonably assure the appearance of said defendant(s) and imposes the following additional conditions_____

_____which shall be set forth on the appearance bond.

*☐ **FORFEITURE OF APPEARANCE BOND:** On this_____, 19____, the court finds that there is a breach of condition of the appearance bond of the defendant, _____, and declares a forfeiture of the bail. It is ordered that an alias warrant shall issue for the arrest of said defendant *☐ forthwith *☐ on_____, 19____.

_____

_____

_____

_____

Judge, Division ___A___

*☐ Record taken by_____

### *Check ☒ The Above Items Applicable to this Journal Entry

000614

6



IN THE COURT OF COMMON PLEAS, SEDGWICK COUNTY, KANSAS
CR 8458

STATE OF KANSAS, Plaintiff,

Case No. 72 CR 1013

vs.

PURKEY, GARY M.

_____, Defendant(s).

FILED
SEP 13 2 54 PM '72
JEAN W. LREPSON, CLERK
DEPUTY

## JOURNAL ENTRY — FELONY CASE
### PRELIMINARY EXAMINATION

*☒ **CONTINUANCE:** On the ___9/6___, 19_72_, this case is continued to _9-13_, 19_72_ for *☐ docket call *☒ preliminary examination or *☐ other disposition at the request of the *☐ defendant *☐ state or *☐ on court's own motion.

*☒ **PRELIMINARY EXAMINATION:** On this _Sept 13_, 19_72_, this case comes on for preliminary examination.

The state appears by its attorney _J. Peters_.

Defendant(s) appear(s) in person and by his (their) attorney _Robert Cornett_.

*☐ After hearing all the evidence, *☒ Upon waiver of preliminary examination, the court finds that the offenses of:

Count One: _felony theft_

Count Two:_____

Count Three:_____

Count Four:_____

Count Five:_____

has (have) been committed and there is probable cause to believe the defendant(s) committed said offense(s).

Whereupon, the defendant(s) _Gary M. Purkey_

is (are) bound over to appear in the District Court of Sedgwick County, Kansas, at _2:00_ P. M. on _Sept 27_, 19_22_.

Said defendant(s) may be released from custody upon the execution and approval of an appearance bond in the amount of $ _1,000.—_ conditioned upon the appearance of said defendant(s) before said district court when ordered.

The court finds that additional conditions of release are necessary to reasonably assure the appearance of said defendant(s) and imposes the following additional conditions_____

_____

_____ which shall be set forth on the appearance bond.

*☐ **FORFEITURE OF APPEARANCE BOND:** On this_____, 19____, the court finds that there is a breach of condition of the appearance bond of the defendant, _____, and declares a forfeiture of the bail. It is ordered that an alias warrant shall issue for the arrest of said defendant *☐ forthwith *☐ on_____, 19____.

_____

_____

_____

Judge, Division _B_

*☐ Record taken by_____

**\*Check ☒ The Above Items Applicable to this Journal Entry**

COPY
000615



**COMMITMENT— In Default of Bail, Felony.**                                No. 72cr1013

THE STATE OF KANSAS,   Plaintiff.       FILED    CR   8458
                                        APP DOCKET NO.
                              vs.                        In the Court of Common Pleas
                                        SEP 14  3 31 PM '72   Sedgwick County, Kansas

GARY M PURKEY                           DOROTHY I. VAN ARSDALE,     No. 72cr1013
                              Defendant.   CLERK
                                          DEPUTY

STATE OF KANSAS, SEDGWICK COUNTY, ss.

The State of Kansas to the Marshal of the Court of Common Pleas, Sedgwick County, Kansas:

Whereas            GARY M PURKEY                            was brought before the Judge of

the Court of Common Pleas, Sedgwick County, Kansas, to answer the charge of   Theft-felony   ;

and, whereas defendant demands preliminary hearing; and, whereas, no sufficient bail has been offered in said

defendant's behalf for his appearance in the Court of Common Pleas, Sedgwick County, Kansas, on the   23

day of      Aug        , 19 72 , to answer said charge.

You Are Therefore Commanded, to take and commit the said defendant to the jail of Sedgwick County,

there to remain until he shall be discharged by law.  And deliver this writ to the Jailer thereof.

Witness, my hand at Wichita in said County, this  16      day of    Aug            , 19 72 .

                                JEAN WILKERSON
                                Clerk of the Court of Common Pleas,
                                Sedgwick County, Kansas.
                                By    Dorothy J. Brown            Deputy.

**000616**

# In The District Court of  Sedgwick County, Kansas

APP. DOCKET NO. CR 8458

THE STATE OF KANSAS

PLAINTIFF

FILED SEP 27 11 10 AM '72

(72CR1013)

vs.

DOROTHY I. VANARSDALE
CLERK   Case No.   CR 8458

GARY M. PURKEY

DEFENDANT DEPUTY

**COPY**

RKH:psb

**I N F O R M A T I O N**

COMES NOW  R. K. Hollingsworth  , the duly appointed, qualified and acting Deputy County Attorney in and for the County of Sedgwick and State of Kansas, and for and on behalf of said State, gives the court to understand and be informed that in the County of Sedgwick and State of Kansas, and on or about the  15th  day of  August  , A.D., 19 72 , one GARY M.  PURKEY did then and there unlawfully, feloniously, wilfully

obtain and exert unauthorized control over property, to-wit:
37 Six Packs of 12 oz. cans of beer, Coors brand, 6 Six Packs
of 16 oz. cans of beer, Coors brand, 7 Six Packs of 12 oz.
bottles of beer, Coors brand with the intent to permanently
deprive the owner, to-wit:  Vernon J. Blasi of the possession,
use and benefit of said property, said property being of a
value of more than $50.00 good and lawful money of the United
States of America;

all of said acts then and there committed being intentional, unlawful, felonious and wilful and being contrary to the statutes in such cases made and provided and being against the peace and dignity of the State of Kansas.

K.S.A. 21-3701 (Theft, Class D felony)

_____
Deputy County Attorney

STATE OF KANSAS, SEDGWICK COUNTY, SS.

  R. K. Hollingsworth  ,Deputy County Attorney within and for said County and State, being by me first duly sworn, says that he has read the above and foregoing information and knows the contents thereof, and that the same is true in substance and in fact to his best information and belief.

_____
Deputy County Attorney

SUBSCRIBED and SWORN to before me this 27th day of  September  19 72

cw:  Harve Hamilton, SO;
Bill Lathrop, Bob Dickey, Ron Harp,
Mike Hayes, Dean Crab all SO; Sgt.
Kite, Phillip Bond, Earl Lathrom all WPD;

DOROTHY J. VAN ARSDALE, Clerk of the District Court

By Fayne Hyson
Clerk of District Court

State Witnesses: D. J. Fralic, 1600 N. Sabien, 943-4034; Vernon J. Blasi, 11209 W. Kellogg, 722-3781.

**000617**

9

# SUBPOENA—CRIMINAL ACTION

The State of Kansas,                                    Plaintiff,

vs.

GARY M. PURKEY

**State of Kansas** }
                      } ss
**Sedgwick County** }

THE STATE OF KANSAS TO:

Sgt. Kite,
Phillip Bond,
Earl Lathrom all WPD.

*CR 8458*

FILED
APP. DOCKET NO._____
Nov 13  8 33 AM '72
DOROTHY I. VANARSDALE
CLERK
DEPUTY_____

Case No.   CR 8458

**COPY**

ON THE    1st    day of    November  , 19 72, at 1:30 p.m.                    , before the
Judge of the District Court, Division Number    7

WE COMMAND YOU to be and appear in your own proper person with any instruments or things as may be above-named, before the District Court of Sedgwick County at the Court House, 525 N. Main, Wichita, Kansas, to testify on behalf of plaintiff in a certain controversy now pending and undetermined in said court wherein the State of Kansas is plaintiff and the above named is defendant and this do you in nowise omit under the penalty of the law.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at my office in Wichita, Kansas, this date.

Date  October 31, 1972                    DOROTHY I. VAN ARSDALE
                                          Clerk of the District Court
Seal

TED L. PETERS                             BY: _____
_____
Attorney for Plaintiff                    Deputy Clerk

## SHERIFF'S RETURN

Received this writ ___3/Oct-3/?___, 19 7² Served the same by delivering a certified copy to each person named personally, at the times following, to-wit:

_____ W.P.D.- 9:3⁰ Fri 11-1- 19 72 Via Sharon Stewart  ___ 19 __

| | | | |
|---|---|---|---|
| | 19____ | | 19____ |
| | 19____ | | 19____ |
| | 19____ | | 19____ |

Served the same by leaving a copy thereof at the usual place of residence, at the times following, to-wit:

| | | | |
|---|---|---|---|
| | 19____ | | 19____ |
| | 19____ | | 19____ |
| | 19____ | | 19____ |

The following persons not found in Sedgwick County:

| | | | |
|---|---|---|---|
| | 19____ | | 19____ |
| | 19____ | | 19____ |

| | | |
|---|---|---|
| Serving first person | $ | 1 00 |
| Serving 2 copies | | 1 00 |
| Not Found | | |
| Mileage 2 at 9c | | 18 |
| TOTAL | $ | 2, 18 |

_____ SHERIFF

_____ DEPUTY

**000618**

10

## SUBPOENA—CRIMINAL ACTION

The State of Kansas,                                    Plaintiff,

vs.

GARY M. PURKEY                                    , Defendant.

**State of Kansas**  }
                        } ss
**Sedgwick County**  }

THE STATE OF KANSAS TO:

FILED **C 8458**

APP. DOCKET NO. _____

Nov 13  8 33 AM '72

DOROTHY I. VANARSDALE
CLERK

DEPUTY _____

Case No.  CR 8458

**COPY**

Harve Hamilton,
Bill Lathrop,
Bob Dickey,
Ron Harp,
Mike Hayes and
Dean Crab all SO.

ON THE   1st   day of   November   , 19 72, at 1:30              , before the
Judge of the District Court, Division Number  7

WE COMMAND YOU to be and appear in your own proper person with any instruments or things as may be above-named, before the District Court of Sedgwick County at the Court House, 525 N. Main, Wichita, Kansas, to testify on behalf of plaintiff in a certain controversy now pending and undetermined in said court wherein the State of Kansas is plaintiff and the above named is defendant and this do you in nowise omit under the penalty of the law.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at my office in Wichita, Kansas, this date.

Date    October 31, 1972

Seal

TED L. PETERS
_____
Attorney for Plaintiff

DOROTHY I. VAN ARSDALE
Clerk of the District Court

BY:  _Thelma Reeves_
_____
Deputy Clerk

COPY MAILED

### SHERIFF'S RETURN

Received this writ _10-31_            , 1972  Served the same by delivering a certified copy to each person named personally, at the times following, to-wit:

Bill Lathrop    10-31  1972    Dean Crabb    10-31  1972
Bob Dickey    10-31  1972
Ron Harp    10-31  1972
Mike Hayes    10-31  1972

Served the same by leaving a copy thereof at the usual place of residence, at the times following, to-wit:

The following persons not found in Sedgwick County:

Harve Hamilton    10-31  1972
Out of State (Louisiana)    19

| | | |
|---|---|---|
| Serving first person | $ | 1 | 00 |
| Serving 4 copies | | 2 | 00 |
| Not Found | | 1 | 00 |
| Mileage ___ at 9c | | | |
| TOTAL ___ $ | | 4 | 00 |

_Johnnie Darr_                SHERIFF

_Bill McKinney_                DEPUTY

**000619**

1)

# SUBPOENA—CRIMINAL ACTION

The State of Kansas,                                      Plaintiff,

vs.

**GARY M. PURKEY**

**State of Kansas**                                       , Defendant.

                          } ss

**Sedgwick County**

THE STATE OF KANSAS TO:

Vernon J. Blasi, 11209 W. Kellogg, 722-3781.

FILED 628458
APP. DOCKET NO.
Nov 13   8 33 AM '72
DOROTHY I. VANARSDALE
CLERK
DEPUTY

COPY

Case No.  **CR 8458**

ON THE    **1st**    day of   **November**   , 19**72**, at **1:30 p.m.**              , before the
Judge of the District Court, Division Number    **7**

WE COMMAND YOU to be and appear in your own proper person with any instruments or things
as may be above-named, before the District Court of Sedgwick County at the Court House, 525 N. Main,
Wichita, Kansas, to testify on behalf of plaintiff in a certain controversy now pending and undetermined
in said court wherein the State of Kansas is plaintiff and the above named is defendant and this do you in
nowise omit under the penalty of the law.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at my
office in Wichita, Kansas, this date.

Date **October 31, 1972**                          DOROTHY I. VAN ARSDALE
                                                   Clerk of the District Court

Seal

**TED L. PETERS**                          BY: _____
Attorney for Plaintiff                              Deputy Clerk

---

## SHERIFF'S RETURN

Received this writ __31 Oct__ , 19__72__ Served the same by delivering a certified copy to each person
named personally, at the times following, to-wit:

Vernon J Blasi 9:40 AM 1 Nov 1972

Served the same by leaving a copy thereof at the usual place of residence, at the times following, to-wit:

The following persons not found in Sedgwick County:

| | |
|---|---|
| Serving first person $ | 1  00 |
| Serving____copies | |
| Not Found | |
| Mileage _30_ at 9c | 2  70 |
| TOTAL ..... $ | 3  70 |

Johnnie Darr _____ SHERIFF

Jesse S Carpenter _____ DEPUTY

COPY MAILED

**000620**

## SUBPOENA—CRIMINAL ACTION

The State of Kansas,        Plaintiff,

vs.

**GARY M. PURKEY**

           , Defendant.

State of Kansas   }

             } ss

Sedgwick County  }

THE STATE OF KANSAS TO:

D.J. Fralic, 1600 N. Sabien, 943-4034.

FILED
APP. DOCKET NO. _____
Nov 13 8 33 AM '72
DOROTHY I. VANARSDALE
CLERK
DEPUTY _____

**COPY**

Case No.    **CR 8458**

ON THE   **1st**   day of   **November**   , 19**72**, at **1:30 p.m.**   , before the Judge of the District Court, Division Number **7**

     WE COMMAND YOU to be and appear in your own proper person with any instruments or things as may be above-named, before the District Court of Sedgwick County at the Court House, 525 N. Main, Wichita, Kansas, to testify on behalf of plaintiff in a certain controversy now pending and undetermined in said court wherein the State of Kansas is plaintiff and the above named is defendant and this do you in nowise omit under the penalty of the law.

     IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at my office in Wichita, Kansas, this date.

Date   **October 31, 1972**

**TED L. PETERS**

Attorney for Plaintiff

DOROTHY I. VAN ARSDALE
Clerk of the District Court

BY: _____
               Deputy Clerk

## SHERIFF'S RETURN

Received this writ **31 Oct** , 19 **72** Served the same by delivering a certified copy to each person named personally, at the times following, to-wit:

Served the same by leaving a copy thereof at the usual place of residence, at the times following, to-wit:

The following persons not found in Sedgwick County:

D. J. Fralic    11-1 , 19 72

| | | |
|---|---|---|
| Serving first person | $ | |
| Serving____copies | | |
| Not Found | 1 | 00 |
| Mileage____at 9c | | |
| TOTAL _____ $ | 1 | 00 |

Johnnie Darr      SHERIFF

Al Mitschke      DEPUTY

**000621**

CR8458



Gray M. Purkey. CR8458

Started Nov. 22. — Nov 25        4 days 20.00
Worked day (4)
                                    Sethō

H. Smith

**000622**

14

# SUBPOENA—CRIMINAL ACTION

FILED APP. DOCKET NO. **CR8458**

472

NOV 27  8 36 AM '72

The State of Kansas,

vs.

GARY M. PURKEY

**State of Kansas**

**Sedgwick County**    ss

Plaintiff,

DOROTHY I. VANARSDALE
CLERK

, Defendant.    Case No.    CR 8458

DEPUTY _____



THE STATE OF KANSAS TO:

Vernon J. Blasi, 11209 W. Kellogg, 722-3781.

ON THE **20th**    day of    **November**    , 19 72, at 9:30 a.m.    , before the
Judge of the District Court, Division Number **2**

WE COMMAND YOU to be and appear in your own proper person with any instruments or things as may be above-named, before the District Court of Sedgwick County at the Court House, 525 N. Main, Wichita, Kansas, to testify on behalf of plaintiff in a certain controversy now pending and undetermined in said court wherein the State of Kansas is plaintiff and the above named is defendant and this do you in nowise omit under the penalty of the law.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at my office in Wichita, Kansas, this date.

Date.....**November 17, 1972**

Seal

**FRED L. PETERS**
_____Attorney for Plaintiff

DOROTHY I. VAN ARSDALE
Clerk of the District Court

BY: _____
Deputy Clerk

## SHERIFF'S RETURN

Received this writ __11 - 17__ , 19 72 Served the same by delivering a certified copy to each person named personally, at the times following, to-wit:

| | 19 | | 19 |
| | 19 | | 19 |
| | 19 | | 19 |
| | 19 | | 19 |

Served the same by leaving a copy thereof at the usual place of residence, at the times following, to-wit:

| | 19 | | 19 |
| | 19 | | 19 |
| | 19 | | 19 |

The following persons not found in Sedgwick County:

| Vernon J. Blasi | 11-21 19 72 | | 19 |
| | 19 | | 19 |

COPY MAILED

| Serving first person | $ | | |
| Serving____copies | | | |
| Not Found .......... | 1 | 00 | |
| Mileage____ at 9c | | | |
| TOTAL .....$ | | | |

_Johnnie Darr_ _____SHERIFF

_Bill McKinney_ _____DEPUTY

**000623**

15

# SUBPOENA—CRIMINAL ACTION

FILED **CR8458** July
APP. DOCKET NO.

The State of Kansas,

vs.

GARY M. PURKEY

Plaintiff
Nov 27    8 36 AM '72

DOROTHY I. VANARSDALE
CLERK
, Defendant.    Case No.    CR 8458

DEPUTY _____ al

**State of Kansas** )
                   ) ss
**Sedgwick County** )

THE STATE OF KANSAS TO:



D. J. Fralic, 1600 N. Sabien, 943-4034.

ON THE    20th    day of    November    , 1972, at 9:30 a.m.    , before the
Judge of the District Court, Division Number    2

WE COMMAND YOU to be and appear in your own proper person with any instruments or things as may be above-named, before the District Court of Sedgwick County at the Court House, 525 N. Main, Wichita, Kansas, to testify on behalf of plaintiff in a certain controversy now pending and undetermined in said court wherein the State of Kansas is plaintiff and the above named is defendant and this do you in nowise omit under the penalty of the law.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at my office in Wichita, Kansas, this date.

Date    November 17, 1972

DOROTHY I. VAN ARSDALE
Clerk of the District Court

TED L. PETERS
_____
Attorney for Plaintiff

BY: _Thelma Reeves_
_____
Deputy Clerk

## SHERIFF'S RETURN

Received this writ    17 Nov    , 19 72  Served the same by delivering a certified copy to each person named personally, at the times following, to-wit:

Served the same by leaving a copy thereof at the usual place of residence, at the times following, to-wit:

D. J. Fralic    17 Nov  19 72    by his wife @ 4 25 PM

The following persons not found in Sedgwick County:

Serving first person    $    1  00
Serving ____ copies
Not Found . . . . . . . . .
Mileage  20  at 9c    1  80

TOTAL . . . . . $    2  80

_Johnnie Dan_    SHERIFF

_Al Mitschke_    DEPUTY

COPY
COPY MAILED
(1)

**000624**

# SUBPOENA—CRIMINAL ACTION

FILED
APP. DOCKET NO. *CR-8458*

NOV 27   8 36 AM '72

DOROTHY I. VANARSDALE
CLERK

DEPUTY _____ *al*

The State of Kansas,

vs.

GARY M. PURKEY

, Defendant.   Case No.   CR 8458

**State of Kansas**   }
                      } ss
**Sedgwick County**   }

THE STATE OF KANSAS TO:

Sgt. Kite,
Phillip Bond,
Earl Lathrom all WPD.

ON THE **20th**   day of   **November**  , 19 **72, at 9:30 a.m.**   , before the
Judge of the District Court, Division Number  **2**

WE COMMAND YOU to be and appear in your own proper person with any instruments or things
as may be above-named, before the District Court of Sedgwick County at the Court House, 525 N. Main,
Wichita, Kansas, to testify on behalf of plaintiff in a certain controversy now pending and undetermined
in said court wherein the State of Kansas is plaintiff and the above named is defendant and this do you in
nowise omit under the penalty of the law.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at my
office in Wichita, Kansas, this date.

Date **November 17, 1972**

DOROTHY I. VAN ARSDALE
Clerk of the District Court

TED L. PETERS
_____
Attorney for Plaintiff

BY _____
Deputy Clerk

## SHERIFF'S RETURN

Received this writ __11 – 17__ , 19 _72_ Served the same by delivering a certified copy to each person
named personally, at the times following, to-wit:

Served the same by leaving a copy thereof at the usual place of residence, at the times following, to-wit:

The following persons not found in Sedgwick County:

Sgt. Kite      11 – 21  1972   Earl Lathrom      11 – 21  19 72
Phillip Bond   11 – 21  1972                              19

| | | |
|---|---|---|
| Serving first person | $ | |
| Serving ____ copies | | |
| Not Found . . . . . . . . . | 2 | 00 |
| Mileage ____ at 9c | | |
| TOTAL . . . . . . $ | 2 | 00 |

Johnnie Darr      SHERIFF

Bill McKinney      DEPUTY

COPY

000625

# SUBPOENA—CRIMINAL ACTION

**CR8458**

The State of Kansas,

vs.

GARY M. PURKEY

**State of Kansas** )
                     ) ss
**Sedgwick County** )

FILED
APP. DOCKET NO.
Plaintiff. Nov 22  7 50 AM '72
DOROTHY I. VANARSDALE
CLERK
, Defendant.    Case No. CR 8458
DEPUTY _____

THE STATE OF KANSAS TO:

Harve Hamilton,
Bill Lathrop,
Bob Dickey,
Ron Harp,
Mike Hayes and
Dean Crab all SO.

ON THE **20th** day of **November**, 19 72, at 9:30 a.m. , before the
Judge of the District Court, Division Number **2**

WE COMMAND YOU to be and appear in your own proper person with any instruments or things as may be above-named, before the District Court of Sedgwick County at the Court House, 525 N. Main, Wichita, Kansas, to testify on behalf of plaintiff in a certain controversy now pending and undetermined in said court wherein the State of Kansas is plaintiff and the above named is defendant and this do you in nowise omit under the penalty of the law.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at my office in Wichita, Kansas, this date.

Date: November 17, 1972

Seal

TED L. PETERS
Attorney for Plaintiff

DOROTHY I. VAN ARSDALE
Clerk of the District Court

BY: _____
                    Deputy Clerk

COPY MAILED

## SHERIFF'S RETURN

Received this writ **11 - 17**, 19 72 Served the same by delivering a certified copy to each person named personally, at the times following, to-wit:

| | | | | | |
|---|---|---|---|---|---|
| Harve Hamilton | 11-17 | 1972 | Mike Hayes | 11-17 | 1972 |
| Bill Lathrop | 11-17 | 1972 | Dean Crab | 11-17 | 1972 |
| Bob Dickey | 11-17 | 1972 | | | 19 |
| Ron Harp | 11-17 | 1972 | | | 19 |

Served the same by leaving a copy thereof at the usual place of residence, at the times following, to-wit:

The following persons not found in Sedgwick County:

| | | |
|---|---|---|
| Serving first person | $ | 1 00 |
| Serving 5 copies | | 2 50 |
| Not Found | | |
| Mileage ___ at 9c | | |
| TOTAL ... $ | | 3 50 |

Johnnie Darr _____ SHERIFF

Bill McKinney _____ DEPUTY

**000626**

COPY

FILED
APP.DOCKET NO. CR 8458

DEC 11   3 02 PM '72

DOROTHY I. VAN ARSDALE,
CLERK
DEPUTY

TLP:psb
TED L. PETERS
Deputy County Attorney
County Courthouse
Wichita, Kansas   67203
268-7234

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS,          ]
                    Plaintiff, ]
        vs.                    ]
                               ]   Case No.   CR 8458
GARY M. PURKEY,                ]
                    Defendant. ]   Div. No.   5
                               ]

### JOURNAL ENTRY OF JUDGMENT

On this 20th day of November, 1972, this case comes on regularly for trial to the court, with the consent of the court a jury having been waived by the defendant and the State on the Information charging the defendant with Theft, felony, contrary to K.S.A. 21-3701.  The State appearing by its attorney, Ted L. Peters, Deputy County Attorney, and the defendant appearing in person and by his attorney, Robert T. Cornett.  The Court, after having heard the evidence and arguments of counsel and being duly advised in the premises, finds the defendant guilty of Theft, misdemeanor, contrary to K.S.A. 21-3701.

The Court inquires of the defendant if he has any legal cause to show why judgment of sentence should not be pronounced against him; the defendant failing to show any such cause and none appearing, there being none, the Court proceeds to pronounce judgment of sentence against the defendant as follows:

IT IS THE SENTENCE OF THIS COURT AND IT IS HEREBY CONSIDERED, ORDERED, ADJUDGED AND DECREED that the defendant be taken to the Jail of Sedgwick County, Kansas, there to be confined for a period of one (1) year on the charge of Theft, misdemeanor, contrary to K.S.A. 21-3701 and in accordance with K.S.A. 21-4502(a); defendant

000627

shall pay the costs of this action. Said sentence may be
served concurrently with any parole revocation.

IT IS SO ORDERED.

_____
JUDGE

Approved:

_____
TED L. PETERS
Deputy County Attorney

C. 11-27-72   N/A
_____
ROBERT T. CORNETT
Attorney for Defendant

000628

Gary M. Purkey    CR. 8458
Work Days (3)
Nov. 27 - 28 - 29.    3 days
$15.00

H. Smith    Luther

COPY

Gary M. Purkey    C.R. 8458
Work days    5 days -
12-11 thru 12-15-72    $25.00
H. Magness    Luther

Gary M. Purkey    CR 8458
Work days    5 days
12-4 thru 12-8-72    $25.00
Luther

H. Magness

25

000629

ANDERSON, CLARK AND CORNETT
Attorneys at Law
1020 Union National Building
Wichita, Kansas 67202
267-4316
RTC:skb

*CR8458*

APP. DOCKET NO. 3-6-73

FILED
MAR 5  8 52 AM '73
DOROTHY I. VANARSDALE
CLERK
DEPUTY

COPY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

STATE OF KANSAS,                )
                                )
                Plaintiff,      )
                                )
        vs.                     )
                                )    Case No. CR 8458
GARY M. PURKEY,                 )
                                )    Division No. 5
                Defendant.      )
                                )
_____)

*locally*

JOURNAL ENTRY

NOW, on this 2 day of March, 1973, this matter comes on before the court upon defendant's motion for probation from the confinement portion of the sentence entered by this court on November 20, 1972. The State appears by and through its acting District Attorney, Ted L. Peters, and the defendant appears by and through his attorney of record, Robert T. Cornett.

THEREUPON, the court, after reviewing the official court file, and listening to the statements of counsel and being fully advised in the premises finds that the defendant should be granted probation from the confinement portion of his sentence as hereinafter ordered. *defendant to remain on probation for 9 months.*

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED that Gary M. Purkey be granted probation from the confinement portion of his sentence with the following conditions:

1. That the defendant not violate any laws of the United States, the State of Kansas, or any municipality therein.

2. That he report as directed by his parole officer or until further order of this court.

APPROVED:

_____
ROBERT T. CORNETT
Attorney for Defendant

_____
HONORABLE JAMES J. NOONE

_____
TED L. PETERS
Acting District Attorney
Attorney for Plaintiff

25

**000630**

COPY

**69 CR 669**     APPEARANCE DOCKET — CRIMINAL     COURT OF COMMON PLEAS — SEDGWICK COUNTY, KANSAS     NO. **69 CR 669**

| | | | | | |
|---|---|---|---|---|---|
| TITLE OF CAUSE | CHARGE | ATTORNEYS | | | |
| STATE OF | 1- Forgery 2nd deg.<br>2- Utter forged inst. (Attmp.) | COUNTY ATTORNEY | | | PLAINTIFF |
| KANSAS   VS. | | | | | |
| Age 20 WM   GARY M. PURKEY | | | | | |
| 1022 N. Topeka Apt #5 | | | | | |
| Wichita, Kansas | | Warner Eisenbise | | | |
| Southwest Frease & Oil | | | | | DEFENDANT |

FILING DATE 3-26-69     DATE OF OFFENSE 3-26-69

COMPLAINING WITNESS: Stan Hamlin

CONTINUANCE: RECEIPT OR VOUCHER NO. 4-23;

| DATE | | CLERKS COST | MARSHAL COST | MISC. COST | TOTAL COST | DISBURSE-MENTS | CREDITS | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | FILING COMPLAINT, DOCKETING, INDEXING | 7.00 | | | 7.00 | | | |
| | ISSUING WARRANT | | | | | | | |
| | JUDICIAL COUNCIL | | | | | | | |
| 3-26-69 | ARRAIGNMENT   Trial set for 4-9-69 | .50 | 1.00 | | 8.50 | | | |
| | BOND   $1,000.00 | | | | | | | |
| | EXECUTED SURETY   Morris by J.R. release issued | .50 | | | 9.00 | | | |
| |     Nicholas Klein | | | | | | | |
| |     Judge Div 1 | | | | | | | |
| 4-24-69 | Subpoena issued | 1.00 | | | 10.00 | | | |
| 4-28-69 | Subpoena returned | | 3.58 | | 13.58 | | | |
| 4/29/69 | State appears by its atty. J. Wilson | | | | | | | |
| | Deft. appears in person & by his atty. Warner Eisenbise | | | | | | | |
| | Upon waiver of preliminary hearing, the court finds that the | | | | | | | |
| | offense of 2nd deg. forgery & utter forged inst. has been | | | | | | | |
| | committed & there is probable cause to believe the deft. | | | | | | | |
| | committed said offense. Whereupon, the deft. is bound over | | | | | | | |
| | to Dist. Ct. on the 1st day of the next term to ans. said | | | | | | | |
| | charge. Bail is fixed at $1,000.00     Robert L. Morrison | | | | | | | |
| |     Judge, Div.#2 | 1.50 | | | | | | |
| 4/29/69 | Bond filed, Surety, Donald Morris | .50 | | | 15.58 | Court Costs to D.C. | | |
| | Bond approved by Judge, Robert L. Morrison, Div. #2 | | | | | | | |

| DATE | DISBURSEMENTS | | |
|---|---|---|---|
| 4/29/69 | BOUND OVER TO DISTRICT COURT | COUNTY TREASURER | |
| | | DAILY RECORD | |
| | APPEALED TO DISTRICT COURT | LAW LIBRARY | |

**000631**

**APPEARANCE DOCKET – CRIMINAL**

NO. **69 CR 669**     IN THE COURT OF COMMON PLEAS, SEDGWICK COUNTY, KANSAS     NO. **69 CR 669**

| TITLE OF CAUSE | CHARGE | ATTORNEYS |
| --- | --- | --- |
| STATE OF<br><br>KANSAS    VS.<br>Age 20 WM    GARY M. PURKEY<br>1022 N. Topeka Apt #5<br>Wichita, Kansas<br>Southwest Frease & Oil | 1- Forgery 2nd deg.<br>2- Utter forged inst. (Attmp.) | COUNTY ATTORNEY    PLAINTIFF<br><br>**COPY**<br><br>Warner Eisenbise    DEFENDANT |

FILING DATE 3-26-69     DATE OF OFFENSE 3-26-69

COMPLAINING WITNESS

Stan Hamlin

CONTINUANCE:
RECEIPT OR VOUCHER No. 4-23;

| DATE | | CLERKS COST | MARSHAL COST | MISC. COST | TOTAL COST | DISBURSE-MENTS | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | FILING COMPLAINT, DOCKETING, INDEXING | 7.00 | | | 7.00 | | | |
| | ISSUING WARRANT | | | | | | | |
| | JUDICIAL COUNCIL | | | | | | | |
| 3-26-69 | ARRAIGNMENT   Trial set for 4-9-69 | .50 | 1.00 | | 8.50 | | | |
| | BOND   $1,000.00 | | | | | | | |
| | EXECUTED SURETY   Morris by J.R. release issued | .50 | | | 9.00 | | | |
| |     Nicholas Klein | | | | | | | |
| |     Judge Div 1 | | | | | | | |
| 4-24-69 | Subpoena issued | 1.00 | | | 10.00 | | | |
| 4-28-69 | Subpoena returned | | 3.58 | | 13.58 | | | |
| 4/29/69 | State appears by its atty. J. Wilson | | | | | | | |
| | Deft. appears in person & by his atty. Warner Eisenbise | | | | | | | |
| | Upon waiver of preliminary hearing, the court finds that the | | | | | | | |
| | offense of 2nd deg. forgery & utter forged inst. has been | | | | | | | |
| | committed & there is probable cause to believe the deft. | | | | | | | |
| | committed said offense. Whereupon, the deft. is bound over | | | | | | | |
| | to Dist. Ct. on the 1st day of the next term to ans. said | | | | | | | |
| | charge. Bail is fixed at $1,000.00    Robert L. Morrison | | | | | | | |
| |     Judge, Div.#2 | 1.50 | | | | | | |
| 4/29/69 | Bond filed. Surety , Donald Morris | .50 | | | 15.58 | Court Costs to D.C. | | |
| | Bond approved by Judge, Robert L. Morrison, Div. #2 | | | | | | | |

| DATE | DISBURSEMENTS | | |
| --- | --- | --- | --- |
| 4/29/69 | BOUND OVER TO DISTRICT COURT: | COUNTY TREASURER | |
| | | DAILY RECORD | |
| | APPEALED TO DISTRICT COURT: | LAW LIBRARY | |

000632

FILED
APP DOCKET N... **CR - 5007**

APR 30  8 37 AM '69

DOROTHY I. VAN ARSDALE,
CLERK

**COPY**

**TRANSCRIPT OF PROCEEDINGS**

**IN THE COURT OF COMMON PLEAS, SEDGWICK COUNTY, KANSAS**

State of Kansas

_____
                        Plaintiff(s)

                vs.                             Case No. **69cr669**

Gary M. Purkey

_____

_____
                        Defendant(s)

STATE OF KANSAS ⎫
                ⎬ ss.
SEDGWICK COUNTY ⎭

I, Jean Wilkerson, Clerk of the Court of Common Pleas, Sedgwick County, Kansas, hereby certify that the within is a full, true and complete transcript of the proceedings in the above action had in said court as the same appears of record in my office at the city of Wichita in said county and state.

Witness my hand and the seal of said court this **29th** day of **April** _____, 19**69**.

*Jean Wilkerson*
                        Clerk

By *Cheryl Cook*
                        Deputy

2

**000633**

REG :mb

CR - 530?

COPY

STATE OF KANSAS, SEDGWICK COUNTY, ss.
In the Court of Common Pleas, in and for said County and State

FILED
AT DOCKET NO.
APR 30   9 37 AM '69
DOROTHY I. VAN ARSDALE
CLERK
DEPUTY

69CR669

THE STATE OF KANSAS

GARY M. PURKEY
vs.

COMPLAINT          FIRST COUNT

STATE OF KANSAS, SEDGWICK COUNTY, ss.

Stan Hamlin,    being duly sworn, on
oath and says that on the       26th       day of       March       A.D., 1969   , in
the County of Sedgwick and State of Kansas, one  Gary M. Purkey
did then and there unlawfully, feloniously, willfully, intentionally, designedly and with the intent
then and there to cheat and defraud____Lawrence Rowland_____
and the_____KANSAS STATE BANK AND TRUST COMPANY      XXX of
_____Wichita, Kansas_____, a banking corporation
              (City)                        (State)
organized and existing under and by virtue of the law and authorized to do a general banking busi-
ness, make, forge and counterfeit a certain instrument of writing and evidence of debt, towit:
a certain bank check being and purporting to be drawn on the said Kansas State Bank And Trust
a banking corporation as aforesaid, in the sum of $ 85.00_____, to which he, the said Company
_____Gary M. Purkey_____, did then and there sign a name, towit:
_____Lawrence Rowland_____, said false, forged and counterfeited
bank check is of the purported value and effect as is shown by the following copy thereof, towit:

Lawrence & Lenora Rowland                          1874
     P.O. Box 13153                                        40-5
     Wichita, Kansas 67213          _____ 1969   1011

Pay
  To The
  Oeder of_____GAREY PURKEY_____$85.00_____

                          Lawrence & Lenora Rowland
KANSAS STATE BANK AND TRUST COMPANY
        Wichita, Kansas 67202
                          _____/s/ Lawrence Rowland_____

Endorsed on back:

Gary Purkey
134 No Charles
AM 76724
    or
WH 31604

which said false, forged and counterfeited bank check was then and there purported to create a
pecuniary demand and obligation to the said  Kansas State Bank and Trust Co., owned as
aforesaid, in the sum of $ 85.00_____, good and lawful money of the United
States of America.
contrary to the form of the statute in such cases made and provided, and against the peace and dignity
of the State of Kansas.   K.S.A   21-608

3

**000634**

SECOND COUNT

## 69CR669

Stan Hamlin being duly sworn, on oath and says that on the 25th day of March A.D., 19 69, in the County of Sedgwick and State of Kansas, one GARY M. PURKEY did then and there unlawfully, feloniously, wilfully, intentionally, designedly and with intent then and there/to cheat and defraud *did attempt* LAWRENCE ROWLAND

and the Kansas State Bank of Wichita, Kansas a banking corporation organized and existing under and by virtue of the law and authorized to do a general banking business,/sell, exchange, deliver, pass, utter and publish as true, for valuable consideration, *and attempted to* a certain falsely forged and counterfeited instrument of writing and evidence of debt, towit: a certain

bank check being and purporting to be drawn on The Kansas State Bank of

Wichita Kansas , a banking corporation as (City)                (State)

aforesaid, in the sum of $ 85.00 , and purporting to be the act of another person, towit: Lawrence Rowland , which said false, forged and counterfeited bank check is of the purported value and effect as is shown by the following copy thereof, towit:

The instrument which is fully set out in Count

One hereof is incorporated herein as though

rewritten in full.

and purporting to be a pecuniary demand and obligation to the said Kansas State Bank of Wichita, Kansas , in the sum of $ 85.00 of good and lawful money of the United States of America and so/sold, passed, exchanged and delivered as aforesaid by the said *attempted to be* GARY M. PURKEY to the said The Kansas State Bank and by the said xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx transferred to the said The xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, a banking corporation as aforesaid, he the said GARY M. PURKEY , well knowing said instrument of writing to be false, forged and counterfeited as aforesaid, contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Kansas. K.S.A. 21-101 and K.S.A. 21-609

*Stan Hamlin*

Subscribed and sworn to before me this 26th day of March , 19 69

*Jean Wilkerson*

Clerk of the Court of Common Pleas, Wichita, Sedgwick County, Kansas

*by M Custer Dep cl*

**000635**

WARRANT — General Form.          REG:mb      WPD

FILED
APP DOCKET NO  CR - 3000

APR 30  8 37 A  **69CR669**          FIRST COUNT

DOROTHY I. VAN ARSDALE,
CLERK
DEPUTY

STATE OF KANSAS, SEDGWICK COUNTY. ss.
THE STATE OF KANSAS, to    Everett Patrick    , Marshal of the
Court of Common Pleas, in and for said County.
WHEREAS, Complaint in writing, under oath, has been made in the Court of Common Pleas,
Wichita, Sedgwick County, Kansas, and it appearing that there are reasonable
grounds for believing that on the **26th**    day of    **March**    A.D., 19**69**    , in
Sedgwick County, and State of Kansas one    **Gary M. Purkey**
did then and there unlawfully, feloniously, willfully, intentionally, designedly and with the intent
then and there to cheat and defraud___**Lawrence Rowland**_____
and the___**KANSAS STATE BANK AND TRUST COMPANY**    ~~Bank~~ of
_____**Wichita, Kansas**_____, a banking corporation
        (City)                              (State)
organized and existing under and by virtue of the law and authorized to do a general banking busi-
ness, make, forge and counterfeit a certain instrument of writing and evidence of debt, towit:
a certain bank check being and purporting to be drawn on the said **Kansas State Bank And Trust**
                                                                    **Company**
a banking corporation as aforesaid, in the sum of $__**85.00**_____, to which he, the said
_____**Gary M. Purkey**_____, did then and there sign a name, towit:
_____**Lawrence Rowland**_____, said false, forged and counterfeited
bank check is of the purported value and effect as is shown by the following copy thereof, towit:

> **Lawrence & Lenora Rowland**                      1874
>    **P.O. Box 13153**                                      40-5
>    **Wichita, Kansas 67213**_____1969  1011
>
> Pay
>  To The
>  Order of_____**GAREY PURKEY**_____   **$85.00**
>
>                                     **Lawrence & Lenora Rowland**
>  **KANSAS STATE BANK AND TRUST COMPANY**
>      **Wichita, Kansas 67202**
>                                     **/s/ Lawrence Rowland**

Endorsed on back:

**Gary Purkey**
**134 No Charles**
**AM 76724**
    **or**
**WH 31604**

which said false, forged and counterfeited bank check was then and there purported to create a
pecuniary demand and obligation to the said **Kansas State Bank and Trust Co** owned as
aforesaid, in the sum of $__**85.00**_____, good and lawful money of the United
States of America.
contrary to the form of the statute in such cases made and provided, and against the peace and dignity
of the State of Kansas.    **K.S.A  21-608**

COPY

**000636**

WARRANT— General Form

69CR669                    SECOND COUNT

WHEREAS, Complaint in writing, under oath, has been made in the Court of Common Pleas, Wichita, Sedgwick County, Kansas, and it appearing that there are reasonable grounds for believing that on the 25th day of March , A.D., 19 69 , in Sedgwick County, and State of Kansas one GARY M. PURKEY did then and there unlawfully, feloniously, wilfully, intentionally, designedly and with intent then and there to did attempt cheat and defraud LAWRENCE ROWLAND and the Kansas State Bank of Wichita, Kansas a banking corporation organized and existing under and by virtue of the law and authorized to do a general banking business, and attempted to sell, exchange, transfer, pass, utter and publish as true, for valuable consideration, a certain falsely forged and counterfeited instrument of writing and evidence of debt, towit: a certain bank check being and purporting to be drawn on The Kansas State Bank of (City) Wichita Kansas (State) , a banking corporation as aforesaid, in the sum of $ 85.00 , and purporting to be the act of another person, towit: Lawrence Rowland , which said false, forged and counterfeited bank check is of the purported value and effect as is shown by the following copy thereof, towit:

The instrument which is fully set out in Count

One hereof is incorporated herein as though

rewritten in full.

and purporting to be a pecuniary demand and obligation to the said Kansas State Bank of Wichita Kansas , in the sum of $ 85.00 of good and lawful money of the United States of America and so sold, passed, exchanged attempted to be and delivered as aforesaid by the said GARY M. PURKEY to the said The Kansas State Bank and by the said xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx transferred to the said The xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx a banking corporation as aforesaid, he the said GARY M. PURKEY , well knowing said instrument of writing to be false, forged and counterfeited as aforesaid, contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Kansas.

You are, therefore, commanded forthwith and K.S.A. 21-101 and K.S.A. 21-609 GARY M. PURKEY and bring Him before said Court, in said County to answer said charge; and then and there return this writ.

Witness my hand in Wichita, Sedgwick County, Kansas, this 26 day of March , 19 69

*Jean Wilkuson*
Clerk of the Court of Common Pleas,
Wichita, Sedgwick County, Kansas

By *Mary Custer* , Deputy

000637

COPY





Arr ment—Felony

COURT OF COMMON PLEAS
SEDGWICK COUNTY, KANSAS

Case No. _____ Date _____ 19 __

State of Kansas
vs                                    Plaintiff

_____
_____
_____      Defendants

Defendant who gave his right name as
_____

brought into Court, a warrant charging the commission of
the crime of _____
_____

Defendant, _____

asks a preliminary hearing. Preliminary hearing of said
defendant on said charge fixed for _____ 19 __ at
_____ o'clock A. M. Bond for appearance of defendant at
said hearing or upon any continuance thereof fixed at
$_____ and in default thereof, defendant
ordered committed to the County Jail of Sedgwick County,
Kansas,

_____ defendant.

waives his preliminary hearing, upon the above mentioned
charge, and is bound over to appear at the

first day of the next term of the District Court of Sedgwick
County, Kansas. Bond for the appearance of said defendant
on the first day of the next term of the District Court of
Sedgwick County, Kansas, fixed at $_____ to be committed to the
and in default thereof defendant to be committed to the
County Jail of Sedgwick County, Kansas, there to remain
until lawfully released therefrom.

Atty. for State _____

Atty. for Def. _____

_____
Judge, Court of Common Pleas,

Div. No. _____

000638

FILED
AND DOCKETED

APR 30    9 37 AM '69

DOROTHY OF ARGONAALE
CLERK

DEPUTY

F B    PURKEY, GARY M.

_____

_____

Defendant(s)

**COURT OF COMMON PLEAS**
**SEDGWICK COUNTY, KANSAS**

CR 5807

FILED

APR 29    11 25 AM '69

JEAN W    CLERK

DEPUTY

NO. ___69___ CR ___669___

DATE _____4-23_____ 19 _69_

COPY

## JOURNAL ENTRY — CRIMINAL CASE

☐ Defendant's recognizance (bail) is forfeited. Alias warrant shall issue_____.

☑ This case is adjourned to___4-29__19_69___9:00___H_____.

☑ This case comes on for hearing. State appears by its attorney ___J. Wilson_____.

Defendant(s) appear(s) in person and by his (their) attorney ___Warner Eisenbise___

The state introduces testimony of the following witnesses:

The defendant(s) introduce(s) testimony of the following witnesses:

### FELONY

☑ Upon waiver of preliminary hearing; ~~After hearing the evidence~~; the court finds that the offense(s) of
① second degree forgery, + ② utter forged instrument

_____, as alleged in the complaint, has (have)
been committed and there is probably cause to believe the defendant(s) committed said offense(s).

Whereupon, the defendant(s)___Gary M. Purkey_____

is (are) bound over to appear in the District Court of Sedgwick County, Kansas, on the first day of the next term thereof,
to answer said charge(s).

Bail for such appearance in said District Court is fixed at___$1,000.—_____. In default
thereof, defendant(s) shall be committed to the jail of said county, there to remain until lawfully released.

### MISDEMEANOR

☐ Upon plea of guilty; After hearing the evidence; the court finds the defendant(s)_____

_____guilty of

Whereupon, the defendant(s) is (are) sentenced to serve a term of_____in the county
jail of Sedgwick County, Kansas, to pay a fine of_____, and the costs of this action.
Appeal bond is fixed at_____. Stay issuance of commitment for_____days.

### PAROLE

☐ Defendant is paroled from confinement portion of sentence_____for one year, and is
ordered to report to the parole office of this court each_____during said parole.

_____

_____

_____

_____

Judge, Court of Common Pleas,
Division No. _2_

☐ Record taken by_____

CHECK ☒ PARAGRAPHS APPLICABLE TO THIS JOURNAL ENTRY

000639

Common Pleas 69cr669

APP. DOCKET NO. *CR5807*

FILED

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS
MAY 2  4 30 PM '69

DOROTHY I. VAN ARSDALE
CLERK

DEPUTY

THE STATE OF KANSAS,

Plaintiff

vs.

Case No. *CR 5807*

Div. No. _____

GARY M. PURKEY,

Defendant

FIRST COUNT

COPY

## INFORMATION

COMES NOW, __James Z. Hernandez__, the duly __appointed__, qualified and acting __Deputy__ County Attorney in and for the County of Sedgwick and State of Kansas, and for and on behalf of the said State, gives the Court to understand and be informed that in the County of Sedgwick and State of Kansas, and on or about the __26th__ day of __March__, 19__69__, one __GARY M. PURKEY__ did then and there unlawfully, feloniously, wilfully, intentionally, designedly and with the intent then and there to cheat and defraud __Lawrence Rowland__ _____ and the __Kansas State Bank & Trust Company__ ~~Bank~~ of __Wichita, Kansas__, a banking corporation organized and existing under and by virtue of the law and authorized to do a general banking business, make, forge and counterfeit a certain instrument of writing and evidence of debt, to-wit: a certain bank __check__ being and purporting to be drawn on the said __Kansas State Bank & Trust~~Bank~~__, a banking corporation as aforesaid, in the sum of $__85.00__, to which he, the said __GARY M. PURKEY__ did then and there sign a name, to-wit:__Lawrence Rowland__, said false, forged and counterfeited bank __check__ is of the purported value and effect as is shown by the following copy thereof, to-wit:

```
Lawrence & Lenora Rowland                          1874
     P. O. Box 13153                                40-5
Wichita, Kansas   67213          _____ 1969     1011

Pay
To The
Order of _____ GARY PURKEY _____     $85.00

                       Lawrence & Lenora Rowland
KANSAS STATE BANK AND TRUST COMPANY
     Wichita, Kansas   67202
                       /s/ Lawrence Rowland
```

Endorsed on back:    Gary Purkey, 134 No. Charles, AM 76724 or WH 31604

which said false, forged and counterfeited bank __check__ was then and there purported to create a pecuniary demand and obligation to the said__Kansas State Bank & Trust Co.~~Bank~~__ owned as aforesaid, in the sum of $__85.00__, good and lawful money of the United States of America.

contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Kansas.

K.S.A. 21-608

7        000640

SECOND COUNT

COMES NOW, James Z. Hernandez, the duly appointed, qualified and acting Deputy County Attorney in and for the County of Sedgwick and State of Kansas, and for and on behalf of the said State, gives the Court to understand and be informed that in the County of Sedgwick and State of Kansas, and on or about the 25th day of March, 1969, one GARY M. PURKEY did then and there unlawfully, feloniously, wilfully, inten- did attempt tionally, designedly and with the intent then and there to cheat and defraud Lawrence Rowland and the Kansas State Bank & Trust Company Bank of Wichita, Kansas, a banking corporation organized and existing under and by virtue of the law and authorized to do a general banking business, sell, exchange, deliver, pass, utter and and attempted to publish as true, for valuable consideration, a certain falsely forged and counterfeited instrument of writing and evidence of debt, to-wit: a certain bank check being and purporting to be drawn on the Kansas State Bank & Bank of Trust Co., Wichita, Kansa banking corporation as aforesaid, in the sum of $ 85.00, and purporting to be the act of another person, to-wit: Lawrence Rowland, which said false, forged and counterfeited bank check is of the purported value and effect as is shown by the following copy thereof, to-wit:

The instrument which is fully set out in Count One

hereof is incorporated herein as though rewritten

in full.

Endorsed on back:

and purporting to be a pecuniary demand and obligation to the said Kansas State Bank & Trust Co. Wichita, Kansas in the sum of $ 85.00 of good and lawful money of the United States of America, and so sold, passed, exchanged and delivered as aforesaid by the said GARY M. PURKEY to the said Kansas State Bank & Trust Co. and by the said xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx transferred to the said xxxxxxxxxxxxxxxxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxBank, a banking corporation as aforesaid, he the said GARY M. PURKEY well knowing said instrument of writing to be false, forged and counterfeited as aforesaid, all of the said acts then and there committed being intentional, unlawful, felonious and wilful and being contrary to the statutes in such cases made and provided and being against the peace and dignity of the State of Kansas.
K.S.A. 21-101 and K.S.A. 21-609

*James Z. Hernandez*
Deputy County Attorney

STATE OF KANSAS, )
                 ) SS:
SEDGWICK COUNTY, )

James Z. Hernandez, Deputy County Attorney, within and for said County and State, being by me first duly sworn, says that he has read the above and foregoing Information and knows the contents thereof, and that the same is true in substance and in fact to his best information and belief.

*James Z. Hernandez*
Deputy County Attorney

SUBSCRIBED AND SWORN to before me this 29th day of April, 19 69.

DOROTHY I. VAN ARSDALE, Clerk

Deputy Clerk of the District Court

000641

SUBPOENA — CRIMINAL ACTION

APP. DOCKET NO. CR 5807

The State of Kansas,

vs.

GARY M. PURKEY,

Defendant.                          Case No.  CR 5807

State of Kansas
                        } ss
Sedgwick County

THE STATE OF KANSAS TO:

Stan Hamlin, WPD

Det. Ace Van Wey, WPD

FILED DEC 16 7 13 AM '69 DEC 17 10 07 AM '69 Plaintiff

DOROTHY I. VAN ARSDALE
CLERK
DEPUTY

**COPY**

ON THE   18th  day of   December   , 196 9   at 1:00 P.M.                    , before the
Judge of the District Court, Division Number   3 (Three)

WE COMMAND YOU to be and appear in your own proper person with any instruments or things as may be above-named, before the District Court of Sedgwick County at the Court House, 525 N. Main, Wichita, Kansas, to testify on behalf of plaintiff in a certain controversy now pending and undetermined in said court wherein the State of Kansas is plaintiff and the above named is defendant and this do you in nowise omit under the penalty of the law.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at my office in Wichita, Kansas, this date.

Date       December 15, 1969        DOROTHY I. VAN ARSDALE
                                    Clerk of the District Court
Seal

        JAMES Z. HERNANDEZ         BY: _____
        Attorney for Plaintiff               Deputy Clerk

## SHERIFF'S RETURN

Received this writ ____12/16____, 1969 Served the same by delivering a certified copy to each person named personally, at the times following, to-wit:

| | | | |
|---|---|---|---|
| Stan Hamlin | 12/16 1969 | | 19 |
| Det. Ace Van Wey | 12/16 1969 | | 19 |
| | 19 | | 19 |
| | 19 | | 19 |

Served the same by leaving a copy thereof at the usual place of residence, at the times following, to-wit:

| | | | |
|---|---|---|---|
| | 19 | | 19 |
| | 19 | | 19 |
| | 19 | | 19 |

The following persons not found in Sedgwick County:

| | | | |
|---|---|---|---|
| | 19 | | 19 |
| | 19 | | 19 |

Serving first person $ 1.00
Serving 1 copies    .50
Not found - - - - - -
Mileage 2 at 9c    .18

TOTAL - - $ 1.68

Vern Miller _____ SHERIFF
C R Saffle _____ DEPUTY

**000642**

## SUBPOENA—CRIMINAL ACTION

APP. DOCKET NO. CL 5807

DEC 16  DEC 17  '69

DOROTHY I. VAN ARSDALE
CLERK

DEPUTY   Defendant

The State of Kansas,

vs.

GARY M. PURKEY

Case No.   CR 5807

State of Kansas }
              } ss
Sedgwick County }

**THE STATE OF KANSAS TO:**

Euvonne Fincham, Kansas State Bank, Wichita Plaza Building, FO 32211
   ($85.00 3/25/69)

Arnold Gray, same (duces tecum records of signature cards for
   Acct. No. 21-0404-0)

COPY

ON THE   18th   day of   December   , 196 9   at L 1:00 P.M.   , before the Judge of the District Court, Division Number   3 (Three)

WE COMMAND YOU to be and appear in your own proper person with any instruments or things as may be above-named, before the District Court of Sedgwick County at the Court House, 525 N. Main, Wichita, Kansas, to testify on behalf of plaintiff in a certain controversy now pending and undetermined in said court wherein the State of Kansas is plaintiff and the above named is defendant and this do you in nowise omit under the penalty of the law.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at my office in Wichita, Kansas, this date.

Date

Seal

December 15, 1969

DOROTHY I. VAN ARSDALE
Clerk of the District Court

JAMES Z. HERNANDEZ
Attorney for Plaintiff

BY: _____
Deputy Clerk

### SHERIFF'S RETURN

Received this writ   12/16   , 19 69   Served the same by delivering a certified copy to each person named personally, at the times following, to-wit:

Euvonne Fincham   12/16 19 69
Arnold Gray   12/16 19 69

Served the same by leaving a copy thereof at the usual place of residence, at the times following, to-wit:

The following persons not found in Sedgwick County:

| | |
|---|---|
| Serving first person $ | 1.00 |
| Serving 1 copies | .50 |
| Not found | |
| Mileage 2 at 9c | .18 |
| TOTAL -- $ | 1.68 |

Vern Miller   SHERIFF
C R Saffle   DEPUTY

**000643**

9

## SUBPOENA—CRIMINAL ACTION

FILED
APP. DOCKET NO. CR 5807

The State of Kansas,    DEC 16  7 13 AM '69

vs.

GARY M. PURKEY

Plaintiff,
DEC 22  10 04 AM '69

DOROTHY I. VAN ARSDALE
, Defendant. CLERK    Case No.    CR 5807
DEPUTY

**State of Kansas**

Sedgwick County    } ss

THE STATE OF KANSAS TO:

Lawrence Rowland, 1330 S. Meridian, WH 25875

Lenora Rowland, same

**COPY**

ON THE 18th day of December , 196 9 at 1:00 P.M. , before the
Judge of the District Court, Division Number 3 (Three)

WE COMMAND YOU to be and appear in your own proper person with any instruments or things
as may be above-named, before the District Court of Sedgwick County at the Court House, 525 N. Main,
Wichita, Kansas, to testify on behalf of plaintiff in a certain controversy now pending and undetermined
in said court wherein the State of Kansas is plaintiff and the above named is defendant and this do you in
nowise omit under the penalty of the law.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at my
office in Wichita, Kansas, this date.

Date    December 15, 1969    DOROTHY I. VAN ARSDALE
Seal    Clerk of the District Court

JAMES Z. HERNANDEZ    BY: _____
Attorney for Plaintiff    Deputy Clerk

---

### SHERIFF'S RETURN

Received this writ _12_16_, 196 7 Served the same by delivering a certified copy
to each person named personally, at the times following, to-wit:

Lawrence Rowland 1216 196 9 _____ 19
2 PM 19 _____ 19
Lenora Rowland 12 16 19 69 _____ 19

Served the same by leaving a copy thereof at the usual place of residence, at the times following, to-wit:

The following persons not found in Sedgwick County:

Serving first person $ 1 00
Serving ____ copies    5 0
Not found _____
Mileage 8 at 9c    72

Vern Miller _____ SHERIFF
W. Martin _____ DEPUTY

TOTAL -- $ 2 22

**000644**

FILED
APP. DOCKET NO. CR 5807

JAN 5  1 32 PM '70

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

EIGHTEENTH JUDICIAL DISTRICT

DEPUTY

STATE OF KANSAS,                    )
                                    )
                    Plaintiff,  )
                                    )        Case No. CR-5807
        vs.                         )
                                    )        Division No. 3
                                    )
GARY M. PURKEY,                     )
                                    )
                    Defendant.  )
_____ )

COPY

TRANSCRIPT

OF

PLEA AND SENTENCING

Beverly Ann Ryan, C.S.R.
OFFICIAL COURT REPORTER
DISTRICT COURT DIVISION 3
WICHITA, KANSAS

000645

BE IT REMEMBERED, That on the 18th day of December, 1969, the same being a regular judicial day of the September, 1969 Term of the District Court in and for the County of Sedgwick, State of Kansas, the above-styled case comes on for plea and sentencing during the non-jury docket call before the Honorable B. Mack Bryant, Judge of Division No. 3.

Plaintiff appears by and through Mr. James Z. Hernandez, Deputy County Attorney, Wichita, Sedgwick County, Kansas.

Defendant appears in person and by and through his attorney, Mr. Warner Eisenbise, Wichita, Sedgwick County, Kansas.

WHEREUPON, the parties appearing as hereinabove set out, the following proceedings were had and entered of record, to-wit:

THE COURT: Can we take up CR-5807, State of Kansas v. Gary, G-A-R-Y, M. P-U-R-K-E-Y, second degree forgery and attempted uttering?

Sir, this is case number CR-5807, State of Kansas v. Gary M. Purkey, and your name, sir, is Gary M. Purkey?

THE DEFENDANT: Yes, sir.

THE COURT: How old are you?

THE DEFENDANT: 21.

THE COURT: And Mr. Eisenbise is your attorney?

THE DEFENDANT: Yes, sir.

THE COURT: Have you talked to Mr. Eisenbise about these charges contained in count one and count two of this information that the State has filed against you?

000646

THE DEFENDANT:  Yes, sir.

THE COURT:  What are you charged with by the State, sir?

THE DEFENDANT:  Forgery in the second degree and uttering.

THE COURT:  Has Mr. Eisenbise informed you as to what the penalty is in the State of Kansas for these two charges?

THE DEFENDANT:  Yes, sir.

THE COURT:  You know that you are entitled to have a jury trial, or you are entitled to come before the Court and enter a plea?

THE DEFENDANT:  Yes.

THE COURT:  Mr. Eisenbise has told you this?

THE DEFENDANT:  Yes, sir.

MR. EISENBISE:  May it please the Court, I have discussed this with him and he does know that the second count is attempted uttering although he failed to mention that.

THE COURT:  Yes.  And you have hired Mr. Eisenbise to represent you here this morning?

THE DEFENDANT:  Yes.

THE COURT:  I mean he is not a court-appointed attorney.

THE DEFENDANT:  No, sir.

THE COURT:  Do you desire to have a jury trial in this case, or do you desire to enter a plea?

THE DEFENDANT:  Enter a plea.

THE COURT:  Are you ready now to plead either guilty or

Beverly Ann Ryan, C.S.R.
OFFICIAL COURT REPORTER
DISTRICT COURT DIVISION 3
WICHITA, KANSAS

000647

not guilty to these charges?

THE DEFENDANT:  Yes, sir.

THE COURT:  And how do you plead? guilty or not guilty?

THE DEFENDANT:  Guilty.

THE COURT:  Are you pleading guilty because you are guilty of having done what the State charges you did?

THE DEFENDANT:  Yes, sir.

THE COURT:  Are you pleading guilty because of any threats or any promises that may have been made to you by anyone?

THE DEFENDANT:  No, sir.

THE COURT:  On your pleas of guilty, do you know of any reason why the Court should not now sentence you?

THE DEFENDANT:  No, sir.

THE COURT:  Then, it will be the judgment and sentence of this Court that you be taken by the Sheriff of Sedgwick County, Kansas, to the Kansas State Industrial School at Hutchinson, Kansas--

MR. HERNANDEZ:  Excuse me, Your Honor.  I'm sorry, Your Honor.  He does have a prior offense--felony conviction.

THE COURT:  For what?

MR. HERNANDEZ:  For the offense of second degree burglary and larceny in May of 1965.

THE COURT:  And was he paroled from that?

MR. HERNANDEZ:  He was, sir, yes, sir.

000648

THE COURT:  By whom?  Do you know?

MR. HERNANDEZ:  Yes, sir, I have it here.

MR. EISENBISE:  I believe this Court, Your Honor.  I may be mistaken.

MR. HERNANDEZ:  Yes, sir, that's correct.  In view of that, Your Honor, I'd ask he be sentenced to the Kansas State Penitentiary.

THE COURT:  Well, he'd have to be.

MR. HERNANDEZ:  Yes, sir.

THE COURT:  It will be the judgment and sentence of this Court that you be taken by the Sheriff of Sedgwick County, Kansas, to the Kansas State Penitentiary, and therein confined on the first count for a period of not more than ten years, and on the second count for a period of time of not more than five years, and further that you pay all of the costs in this action.

MR. EISENBISE:  May it please the Court, comes now the defendant and respectfully moves this Court for probation from the confinement portion of the sentence, or in the alternative, Your Honor, we request the Court at this time to reserve his decision on probation with the possibility of allowing this young man to go to the Diagnostic Center in Topeka for the period of time in which the Court retains jurisdiction and then to return after a report is made. This alternative motion, Your Honor, is based upon the fact

000649

that in April of this year after having discussed not only the problems this defendant was in but other personal pro- blems that he had, I referred him to a clinical psychologist here in Wichita, Dr. Roy Henderson. Dr. Henderson has written two reports, one in April of this year and then a later one, October 6th, which I would like to hand to the Court, and upon which I would like to base again our motion for sending him to the Diagnostic Center. Would the Court care to look at those at this time?

THE COURT: No, I have no objection to sending him to the Diagnostic Center. I would suggest, however, that for whatever purposes it might serve that I be given a copy of that so that I can forward it to the Diagnostic Center for whatever purpose it would be to assist them.

MR. EISENBISE: Very well. I wasn't certain the Court would entertain this possibility. I do feel and Dr. Hender- son, after having talked with him, feels that in his parti- cular circumstances, confinement might create more serious problems than we have today. He has been going regularly to him and has shown improvement in his personality behavioral problems, but we are asking the Court if we could have this opportunity to have him sent there within the 120 days period of time.

THE COURT: Do you have any comment on this?

MR. HERNANDEZ: Yes, Your Honor. Your Honor, first of

000650

C E R T I F I C A T E

I, Beverly Ann Ryan, a Certified Shorthand Reporter, under and by virtue of the laws of the State of Kansas, and the regularly appointed, qualified and acting Official Reporter for the Eighteenth Judicial District of the State of Kansas, do hereby certify that as such official reporter, I was present at and reported in shorthand the above and foregoing proceedings had on the date above set out before the Honorable B. Mack Bryant, Judge of the Eighteenth Judicial District Court, Division No. 3, of the State of Kansas, sitting in and for the County of Sedgwick; that thereafter, at the order of the Court, and in accordance with K.S.A. 20-903, I personally transcribed my shorthand record of said proceedings and that the foregoing, consisting of eight typewritten pages, is a true and correct transcript of my shorthand record of said proceedings.

SIGNED, OFFICIALLY SEALED, AND FILED on this ____5th____ day of January, 1970.

Beverly Ann Ryan, C.S.R.
Official Court Reporter

Beverly Ann Ryan, C.S.R.
OFFICIAL COURT REPORTER
DISTRICT COURT DIVISION 3
WICHITA, KANSAS

000651

FILED
APP.DOCKET NO. CR 5807

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

EIGHTEENTH JUDICIAL DISTRICT

STATE OF KANSAS,            )
                           )
              Plaintiff,   )
                           )     Case No. CR-5807
    vs.                    )
                           )     Division No. 3
                           )
GARY M. PURKEY,            )
                           )
              Defendant.   )
_____)

O R D E R

TO:   Beverly Ryan, C.S.R.
      Official Court Reporter
      District Court, Div. 3
      738 Courthouse
      Wichita, Kansas

You are hereby directed to prepare an original and one copy of the transcript of all proceedings had in the captioned case; the original transcript to be filed with the Clerk of the District Court of Sedgwick County, Kansas, and the copy to be delivered to the County Attorney's Office of this county.

_____
B. MACK BRYANT
Judge, Division No. 3

000652



JAMES Z. HERNANDEZ
Deputy County Attorney
County Courthouse
Wichita, Kansas  67203
268-7281

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS,  Plaintiff,  )
                                   )
VS.                                )  Case No. CR 5807
                                   )
GARY M. PURKEY,                    )  Division No. 3
                      Defendant.   )

COPY

JOURNAL ENTRY

NOW, on this 18th day of December, 1969, a regular judicial
day of the September 1969 Term of this Court, this case comes on
for hearing as to defendant above named. The State of Kansas appears
by its attorney, James Z. Hernandez, a duly authorized and acting
Deputy County Attorney. Defendant appears in person and by his
attorney, C. Warner Eisenbise.

Defendant waives arraignment, trial by jury, trial by Court,
and formal reading of the Information herein, charging him with
Second Degree Forgery and Attempted Uttering, contrary to K.S.A.
21-608, 21-609 and 21-101.

The Court then informs the defendant he has been charged by
Information filed against him herein by the County Attorney and
explaining the charge to the defendant.

Defendant enters a plea of guilty and does then and there plead
guilty as charged.

The Court then inquires of defendant if he has pleaded guilty
because he is guilty, and for no other reason; defendant answers in
the affirmative.

The State moves for judgment of sentence herein. The motion
is sustained.

The Court inquires of defendant if he has any legal cause to
show why judgment of sentence should not be pronounced against him;
defendant failing to show any such cause and none appearing, there
being none, the Court proceeds to pronounce judgment of sentence

**000653**

Journal Entry
Page Two
Gary M. Purkey

against defendant as follows:

IT IS THE SENTENCE OF THIS COURT AND IT IS HEREBY CONSIDERED, ORDERED, ADJUDGED AND DECREED that the defendant be taken to the jail of Sedgwick County, Kansas, and thence by the Sheriff of this county to the Kansas State Penitentiary at Lansing, Kansas, there to be confined for a period of not less than one (1) year nor more than ten (10) years for the charge of Second Degree Forgery and for a period of not less than one (1) year nor more than five (5) years for the charge of Attempted Uttering, contrary to K.S.A. 21-608, 21-609 and 21-101 and in accordance with K.S.A. 21-631. Sentences to run concurrent. Costs of this action to be assessed against the defendant.

IT IS THE FURTHER ORDER OF THIS COURT that this defendant be taken to the Kansas State Reception and Diagnostic Center at Topeka, Kansas, for examination and evaluation as soon as practical and convenient, and that a report be made back to this Court within ninety (90) days from the date of this Journal Entry.

IT IS SO ORDERED.

_____
J U D G E

APPROVED:

_____
JAMES Z. HERNANDEZ,
Deputy County Attorney.

_____
C. WARNER EISENBISE,
Attorney for Defendant.

**000654**

# COMMITMENT



THE STATE OF KANSAS

**vs.**

GARY M. PURKEY

PLAINTIFF,

DEFENDANT.

APP. DOCKET NO.
CR 580
DOROTHY I. VAN ARSDALE,
CLERK
DEPUTY

**COPY**

STATE OF KANSAS, SEDGWICK COUNTY, SS:

The State of Kansas to the Sheriff of Sedgwick County, Kansas:

WHEREAS, on the ___18th___ day of ___December___ 19 _69_, in a cause then pending in the District Court of Sedgwick County, Kansas, Division No. ___3___, wherein the State of Kansas was plaintiff and ___Gary M. Purkey___ was the defendant, judgment was rendered that

the defendant be taken by the Sheriff of this County to the Kansas State Penitentiary at Lansing, Kansas, there to be confined for a period of not less than one (1) year nor more than ten (10) years for the charge of Second Degree Forgery and for a period of not less than one (1) year nor more than five (5) years for the charge of Attempted Uttering, contrary to K.S.A. 21-608, 21-609 and 21-101 and in accordance with K.S.A. 21-631. Sentences to run concurrent.

IT IS THE FURTHER ORDER OF THIS COURT that this defendant be taken to the Kansas State Reception and Diagnostic Center at Topeka, Kansas, for examination and evaluation as soon as practical and convenient, and that a report be made back to this Court within ninety (90) days from the date of this Journal Entry.

You are therefore commanded to take and commit said defendant to ___Kansas State Penitentiary___ there to remain until said judgment is complied with.

Given under my hand this ___15___ day of ___January___, 19 _70_.

_Dorothy L. Van Arsdale_
Clerk of the District Court

By ___Alice Burrows___
Deputy

O. K. _James Z. Hernandez_
Deputy County Attorney
JAMES Z. HERNANDEZ

**000655**



FILED
AT RJ DOCKETING.  CR 5807
JAN 13  4 27 PM '70
DOROTHY L. VAH ARSDALE
CLERK
DEPUTY

COPY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

THE STATE OF KANSAS,    Plaintiff,    )
)
vs.                                    )    Case No. CR 5807
)
GARY M. PURKEY,                        )    Division No. 3
Defendant.  )
IN THE MATTER OF CONVEYANCE OF PRISONERS

WHEREAS, It has been called to the attention of this Court that there is confined in the County Jail of Sedgwick County, one____GARY M. PURKEY_____ to be conveyed to the State_____Penitentiary_____ at_____Lansing_____, Kansas, to carry out sentence imposed upon___him___by this Court.

IT IS THEREFORE BY THIS COURT ORDERED that the Sheriff of Sedgwick County, Kansas, proceed on the_____day of_____, A. D., 19____, to convey the above named prisoner to the___Kansas State Penitentiary_____at_____Lansing_____, Kansas, to carry out the sentence imposed upon___him___by the Court.

_____
Judge.

APPROVED:

_____
Deputy County Attorney.
JAMES Z. HERNANDEZ

**000656**

## COMMITMENT

COPY

| | | |
|---|---|---|
| THE STATE OF KANSAS | PLAINTIFF, | Case No.  **CR 5807** |
| vs. | | |
| **GARY M. PURKEY** | DEFENDANT. | |

STATE OF KANSAS, SEDGWICK COUNTY, SS:

The State of Kansas to the Sheriff of Sedgwick County, Kansas:

WHEREAS, on the ___18th___ day of ___December___ 19_69_, in a cause then pending in the District Court of Sedgwick County, Kansas, Division No.___3___, wherein the State of Kansas was plaintiff and ___Gary M. Purkey___ was the defendant, judgment was rendered that

the defendant be taken by the Sheriff of this County to the Kansas State Penitentiary at Lansing, Kansas, there to be confined for a period of not less than one (1) year nor more than ten (10) years for the chage of Second Degree Forgery and for a period of not less than one (1) year nor more than five (5) years for the charge of Attempted Uttering, contrary to K.S.A. 21-608, 21-609 and 21-101 and in accordance with K.S.A. 21-631. Sentences to run concurrent.

IT IS THE FURTHER ORDER OF THIS COURT that this defendant be taken to the Kansas State Reception and Diagnostic Center at Topeka, Kansas, for examination and evaluation as soon as practical and convenient, and that a report be made back to this Court within ninety (90) days from the date of this Journal Entry.

Certificate of Clerk of the District Court. The above is a true and correct copy of the original instrument which is on file of record in this court.

Done this ___15___ day of ___Jan___

DOROTHY L. VAN ARSDALE

By ___Alice Burrows___ Deputy

You are therefore commanded to take and commit said defendant to ___Kansas State Penitentiary___ there to remain until said judgment is complied with.

Given under my hand this ___15___ day of ___January___, 19_70_.

___Dorothy L. Van Arsdale___
Clerk of the District Court

By ___Alice Burrows___
Deputy

O.K. ___/s/ JAMES Z. HERNANDEZ___
Deputy County Attorney
JAMES Z. HERNANDEZ

000657



KANSAS STATE PENITENTIARY
LANSING, KANSAS – 66043

DATE: ___Jan 19, 197_

Received from _____ Sheriff of _____

County, the bod___ of _____

_____

_____

_____

_____

_____

_____ RETURNED FROM RELEASE IN CHAGRE

_____ PAROLE VIOLATOR NEW CHARGE

_____ PAROLE VIOLATOR NO COUNT

_____ RETURNED FROM ESCAPE

_____ PAROLE VIOLATOR NEW CHARGE FROM KSIR

_____ PAROLE VIOLATOR NO COUNT FROM KSIR

(Fill in the following only on new commitment)

Who was tried, convicted and sentenced at _____ term _____,

of _____ Court of said county, held at _____

Kansas.


For S. H. Crouse, Warden


BY: _____
     Record Clerk of Assistant Record Clerk

COPY

**000658**

Criminal History Record Search

**Criminal History Record Search**

# Kansas Bureau of Investigation

Derek Schmidt, Attorney General
Kirk Thompson, Director

## Search Results

---

### Search Criteria

|                         |                    |
|-------------------------|--------------------|
| First Name:             | GARY               |
| Last Name:              | PURKEY             |
| Secondary Last Na...    | HAMILTON           |
| Birth Date:             | ▮▮▮▮▮▮             |
| SSN:                    | ▮▮▮▮▮              |

---

A SEARCH OF THE KANSAS CENTRAL REPOSITORY FOR CRIMINAL HISTORY
RECORDS WAS CONDUCTED ON AUG 24, 2016:

      THE SEARCH WAS REQUESTED BY: PUBLIC ACCESS SYSTEM
                     ATTENTION: JOHN FOX

      THE PURPOSE OF THE SEARCH WAS: PUBLIC RECORD

      INFORMATION PROVIDED BY THE REQUESTOR:
                    SEARCHED NAME: GARY PURKEY / HAMILTON
          SEARCHED DATE OF BIRTH: ▮▮▮▮▮▮▮▮
  SEARCHED SOCIAL SECURITY NUMBER: ▮▮▮▮▮▮▮

      THE SEARCH RESULTED IN THE IDENTIFICATION OF THE FOLLOWING ADULT
      CONVICTION RECORD.

      IF NEITHER FINGERPRINTS NOR AN IDENTIFYING NUMBER INDEXED IN OUR
      FILES ACCOMPANIED YOUR REQUEST, THE KBI CANNOT GUARANTEE THAT THE
      CONTENTS OF THE FOLLOWING  RECORD PERTAIN TO THE INDIVIDUAL WHOSE
      IDENTIFYING DATA (ABOVE) WAS USED TO CONDUCT THE RECORD SEARCH.

---

SECTION 1 - INTRODUCTION

THIS INFORMATION IS PROVIDED SUBJECT TO THE FOLLOWING UNDERSTANDINGS,
CONDITIONS, AND RESTRICTIONS:

BOTH FEDERAL AND KANSAS LAWS REGULATE USE OF THIS RECORD. THIS RECORD
IS BEING PROVIDED UNDER THE PROVISIONS OF K.S.A. 22-4704, 22-4707
AND K.A.R. 10-12-1, WHICH ENTITLES YOU TO RECEIVE CONVICTION DATA AND
SUMMARIES OF ARRESTS THAT ARE LESS THAN ONE YEAR OLD WITHOUT FINAL
DISPOSITIONS ON FILE AT THE KANSAS CENTRAL REPOSITORY.

SHOULD THE SUBJECT OF THIS RECORD DISPUTE THE CONTENTS, FINGERPRINTS SHOULD

000659

BE SUBMITTED TO THE KANSAS BUREAU OF INVESTIGATION FOR COMPARISON AGAINST
THE FINGERPRINTS THAT SUPPORT THE RECORD AT THE CENTRAL REPOSITORY.

SINCE ADDITIONS AND DELETIONS MAY BE MADE AT ANY TIME, A NEW RECORD SHOULD
BE REQUESTED FOR EACH NEW USE.

SECTION 2 - IDENTIFICATION

                                                    KBI:  ███████████

     NAMES USED
     ----------
     GARY M PURKEY
     ALBERT J ANDERSON
     GARY HAMILTON
     GARY MILO PURKEY


     DATE OF BIRTH
     -------------
     ██████████


     RACE AND ETHNICITY
     ------------------
     WHITE


     SEX
     ---
     MALE


     HEIGHT                          WEIGHT
     ------                          ------
     6'01"                           180 LBS


     EYES                            HAIR
     ----                            ----
     BLUE                            BROWN

SECTION 3 - CRIMINAL JUSTICE CYCLES


CYCLE 1    ADULT OFFENSE


ARREST/CHARGE DATA


     NAME USED: GARY MILO PURKEY
     DATE OF ARREST: DEC 29, 1964
     DATE OF FINGERPRINTING: DEC 29, 1964
     ARRESTING AGENCY: KS0870000 SEDGWICK COUNTY SHERIFF'S OFFICE
     ARREST DISPOSITION: REFERRED TO PROSECUTOR



PROSECUTION


     PROSECUTING AGENCY: KS087015A SEDGWICK CO DISTRICT ATTORNEY 18TH JUD DIST

000660

```
CASE FILED ON: DEC 29, 1964
PRE-TRIAL STATUS: NOT APPLICABLE OR UNKNOWN



COURT

    COURT: KS087015J SEDGWICK CO DISTRICT COURT 18TH JUD DIST
    DATE OF JUDGEMENT: DEC 29, 1964
    DATE OF SENTENCING: DEC 29, 1964
    CHARGES DISPOSED OF:

     +  KSA 21-3715 (1 COUNT)
        BURGLARY; UNKNOWN STRUCTURE
        FELONY
        DISPOSITION: CONVICTED
        TERM: 60 TO 120 MONTHS

     +  KSA 21-3701 (1 COUNT)
        THEFT; FELONY
        FELONY
        DISPOSITION: CONVICTED
        TERM: 12 TO 60 MONTHS




CYCLE 2    ADULT OFFENSE

ARREST/CHARGE DATA

    NAME USED: GARY M PURKEY
    DATE OF ARREST: SEP 27, 1968
    DATE OF FINGERPRINTING: SEP 27, 1968
    ARRESTING AGENCY: KS0870300 WICHITA POLICE DEPARTMENT
    ARRESTING AGENCY CASE NUMBER: 48935
    ARREST DISPOSITION: REFERRED TO PROSECUTOR



PROSECUTION

    PROSECUTING AGENCY: KS087015A SEDGWICK CO DISTRICT ATTORNEY 18TH JUD DIST
    CASE FILED ON: SEP 27, 1968
    PRE-TRIAL STATUS: NOT APPLICABLE OR UNKNOWN



COURT

    COURT: KS087015J SEDGWICK CO DISTRICT COURT 18TH JUD DIST
    DATE OF JUDGEMENT: SEP 27, 1968
    DATE OF SENTENCING: SEP 27, 1968
    PROBATION: 1 MONTHS
    FINE: $108.00
    CHARGES DISPOSED OF:
```

000661

    +   KSA 08-1567 (1 COUNT)
        DRIVING UNDER INFLUENCE OF ALCOHOL OR DRUGS; MISDEMEANOR
        MISDEMEANOR
        DISPOSITION: CONVICTED

CYCLE 3    ADULT OFFENSE

ARREST/CHARGE DATA

    NAME USED: GARY M PURKEY
    DATE OF ARREST: APR  4, 1969
    DATE OF FINGERPRINTING: APR  4, 1969
    ARRESTING AGENCY: KS0870300 WICHITA POLICE DEPARTMENT
    ARRESTING AGENCY CASE NUMBER: 48935
    ARREST DISPOSITION: REFERRED TO PROSECUTOR

PROSECUTION

    PROSECUTING AGENCY: KS087015A SEDGWICK CO DISTRICT ATTORNEY 18TH JUD DIST
    CASE FILED ON: APR  4, 1969
    PRE-TRIAL STATUS: NOT APPLICABLE OR UNKNOWN

COURT

    COURT: KS087015J SEDGWICK CO DISTRICT COURT 18TH JUD DIST
    DATE OF JUDGEMENT: NOV 14, 1969
    DATE OF SENTENCING: NOV 14, 1969
    SENTENCED TO JAIL FOR: 7 DAYS
    FINE: $260.00
    CHARGES DISPOSED OF:

     +   KSA 08-1606 (1 COUNT)
         DUTY OF DRIVER/OCCUPANT TO GIVE NOTICE OF ACCIDENT
         MISDEMEANOR
         DISPOSITION: CONVICTED

     +   KSA 08-0262 (1 COUNT)
         DRIVING WHILE LICENSE CANCELLED/SUSPENDED/REVOKED; MISD; UNK CONV
         MISDEMEANOR
         DISPOSITION: CONVICTED

     +   KSA 08-1566 (1 COUNT)
         RECKLESS DRIVING
         MISDEMEANOR
         DISPOSITION: CONVICTED

000662

CYCLE 4     ADULT OFFENSE

ARREST/CHARGE DATA

     NAME USED: GARY MILO PURKEY
     DATE OF ARREST: DEC 18, 1969
     DATE OF FINGERPRINTING: DEC 18, 1969
     ARRESTING AGENCY: KS0870000 SEDGWICK COUNTY SHERIFF'S OFFICE
     ARRESTING AGENCY CASE NUMBER: 35408
     ARREST DISPOSITION: REFERRED TO PROSECUTOR

PROSECUTION

     PROSECUTING AGENCY: KS087015A SEDGWICK CO DISTRICT ATTORNEY 18TH JUD DIST
     CASE FILED ON: DEC 18, 1969
     PROSECUTION CASE NUMBER: CR5807
     PRE-TRIAL STATUS: NOT APPLICABLE OR UNKNOWN

COURT

     COURT: KS087015J SEDGWICK CO DISTRICT COURT 18TH JUD DIST
     COURT CASE NUMBER: CR5807
     DATE OF JUDGEMENT: JAN 19, 1970
     DATE OF SENTENCING: JAN 19, 1970
     CHARGES DISPOSED OF:

    +    KSA 21-3710 (1 COUNT)
       FORGERY
       FELONY
       DISPOSITION: CONVICTED
       TERM: 12 TO 120 MONTHS

    +    KSA 21-0609 (1 COUNT)
       UTTERING OR PASSING INSTRUMENTS
       FELONY
       DISPOSITION: CONVICTED
       TERM: 12 TO 60 MONTHS

CYCLE 5     ADULT OFFENSE

ARREST/CHARGE DATA

     NAME USED: GARY M PURKEY
     DATE OF ARREST: AUG 16, 1972
     DATE OF FINGERPRINTING: AUG 16, 1972
     ARRESTING AGENCY: KS0870000 SEDGWICK COUNTY SHERIFF'S OFFICE
     ARREST DISPOSITION: REFERRED TO PROSECUTOR

000663

PROSECUTION

    PROSECUTING AGENCY: KS087015A SEDGWICK CO DISTRICT ATTORNEY 18TH JUD DIST
    CASE FILED ON: AUG 16, 1972
    PRE-TRIAL STATUS: NOT APPLICABLE OR UNKNOWN

COURT

    COURT: KS087015J SEDGWICK CO DISTRICT COURT 18TH JUD DIST
    DATE OF JUDGEMENT: AUG 16, 1972
    DATE OF SENTENCING: AUG 16, 1972
    CHARGES DISPOSED OF:

     +  KSA 21-3715 (1 COUNT)
       BURGLARY; UNKNOWN STRUCTURE
       FELONY
       DISPOSITION: CONVICTED
       TERM: 12 MONTHS

     +  KSA 21-3701 (1 COUNT)
       THEFT; VALUE UNKNOWN
       DISPOSITION: CONVICTED
       TERM: 12 MONTHS

CYCLE 6     ADULT OFFENSE

ARREST/CHARGE DATA

    NAME USED: GARY M PURKEY
    DATE OF ARREST: FEB  7, 1977
    DATE OF FINGERPRINTING: FEB  7, 1977
    ARRESTING AGENCY: KS0870300 WICHITA POLICE DEPARTMENT
    ARREST DISPOSITION: REFERRED TO PROSECUTOR

PROSECUTION

    PROSECUTING AGENCY: KS087015A SEDGWICK CO DISTRICT ATTORNEY 18TH JUD DIST
    CASE FILED ON: FEB  7, 1977
    PRE-TRIAL STATUS: NOT APPLICABLE OR UNKNOWN

COURT

    COURT: KS087015J SEDGWICK CO DISTRICT COURT 18TH JUD DIST
    DATE OF JUDGEMENT: JUL 26, 1977
    DATE OF SENTENCING: JUL 26, 1977

000664

```
            PROBATION: 60 MONTHS
            CHARGES DISPOSED OF:

              +  KSA 21-3701 (1 COUNT)
                 THEFT; FELONY
                 FELONY
                 DISPOSITION: CONVICTED
                 TERM: 12 TO 120 MONTHS



SECTION 4 - CUSTODY AND CONFINEMENT

CYCLE 4    ADULT CONFINEMENT


            NAME USED: GARY M PURKEY
            RECEIVED AT: KS052025C LANSING CORRECTIONAL FACILITY
            STATUS: PRISON INMATE UNDER CONTROL OF KANSAS DOC
            STATUS STARTING DATE: JAN 19, 1970
            INMATE NUMBER: 19384
            CHARGES FOR WHICH CONFINED:

              +  KSA 21-3710 (1 COUNT)
                 FORGERY
                 NON-PERSON FELONY: SEVERITY G08

              +  KSA 21-0609 (1 COUNT)
                 UTTERING OR PASSING INSTRUMENTS
                 FELONY

            CONFINEMENT DATES:
            JAN 19, 1970 TO SEP  7, 1971
            CONFINED FOR: ADMISSION TO DOC FOR KANSAS CONVICTION
            RELEASED FOR: CONDITIONAL RELEASE
            DISCHARGED ON: SEP  7, 1973


CYCLE 6    ADULT CONFINEMENT


            NAME USED: GARY M PURKEY
            RECEIVED AT: KS052025C LANSING CORRECTIONAL FACILITY
            STATUS: PRISON INMATE UNDER CONTROL OF KANSAS DOC

            STATUS STARTING DATE: APR 25, 1977
            INMATE NUMBER: 23245
            CHARGES FOR WHICH CONFINED:

              +  KSA 21-3701 (1 COUNT)
                 THEFT; MISDEMEANOR
                 NON-PERSON MISDEMEANOR: CLASS A
```

000665

CONFINEMENT DATES:
APR 25, 1977 TO (STATUS NOT ON FILE)
CONFINED FOR: ADMISSION TO DOC FOR KANSAS CONVICTION


END OF RECORD



FILED
APP DOCKET NO. D 26961

Nov 15  8 52 AM '72

FRANCIS W. PROSSER          DOROTHY I. VAN ARSDALE,
Attorney at Law                      CLERK
Legal Aid Society of Wichita, Inc. DEPUTY
825-827 Beacon Building
Wichita, Kansas 67202
Phone: 265-9681

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

SHARON LOUISE PURKEY                )
                    Plaintiff        )      D 26961
                                     )      Case No.  DIV. #4
              vs.                    )      Division No.
                                     )
                                     )
GARY MILO PURKEY                     )
                    Defendant        )
                                     )

PETITION

COMES NOW, the Plaintiff and for cause of action against the defendant, alleges and states:

1. That the plaintiff has been an actual resident in good faith of the State of Kansas for six months preceding the filing of this petition, and is now a resident of Sedgwick County, Kansas.

2. That the defendant is a resident of the State of Kansas with a street address of 134 North Charles, Wichita, Kansas.

3. The plaintiff further alleges and states that this plaintiff and defendant were united in marriage on the 25th day of August 1972 at Wichita, Kansas and have been ever since said date and are now husband and wife.

4. That this plaintiff has faithfully carried out and performed the marital vows and obligations, but that the defendant has wholly failed, refused and neglected to carry out the marital vows and obligations, in this, to-wit: that the defendant has been guilty of Gross neglect, Non-support, and being a habitual Drunker whereby this marriage cannot last.

5. That no children were born by reason of the marriage of the parties Sharon and Gary Purkey.

I ~ 11-15-72

000667

6. The Plaintiff further alleges and states that during the marriage the Plaintiff and Defendant have accumulated miscellaneous household furnishings and effects, and personal property including the television and this property should be awarded to the Plaintiff.

WHEREFORE AND BY REASON OF THE FOREGOING, Plaintiff prays for an absolute decree of divorce from the defendant; For the household goods and furnishings, including the Television; and for such other and further relief as to this Court seems just and equitable.

Respectfully submitted,

Legal Aid Society of Wichita, Inc.

By: _____
    Staff Attorney

000668

## VERIFICATION

STATE OF KANSAS )
                ) ss
COUNTY OF SEDGWICK )

SHARON L. PURKEY , of lawful age, first being duly sworn on oath, deposes and states:

That SHE is the PLAINTIFF in the above entitled action; that SHE has read the Petition hereto attached; that SHE is familiar with the contents thereof and that the statements and allegations therein contained are true.

X _Sharon L Purkey_

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC, IN AND FOR THE COUNTY AND STATE OF AFORESAID, ON THIS 21 day of _November_ A.D. 1973.

_____
Notary Public

ion expires:

My Commission Expires Aug. 3, 1976

**000669**

Forms 1 and 2

For Clerk's Use Only

FILED **026961**
APP. DOCKET NO.

**IN THE DISTRICT COURT OF** SEDGWICK COUNTY, KANSAS

DEC 1 8 15 AM '72

DOROTHY I. VANARSDALE
CLERK

SHARON LOUISE PURKEY

Plaintiff

**D.** No. **26961**

DEPUTY

vs.

GARY MILO PURKEY

Defendant

WICHITA, KANSAS

**PERSONAL SERVICE ONLY**

## SUMMONS

To the above-named Defendant.

You are hereby summoned to defend an action brought in the District Court of _____ SEDGWICK

County, and required to serve upon ____ FRANCIS W. PROSSER, LEGAL AID ATTORNEY plaintiff's attorney,

whose address is __ 825-827 BEACON BUILDING, WICHITA, KANS pleading to the petition which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. Your pleading

also must be filed with the District Court of _____ SEDGWICK _____ County. As provided in section 60-213 (a), your answer must state as a counterclaim any related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

(Seal of the Court)

**DOROTHY I. VAN ARSDALE**

Clerk of said District Court

Dated __ NOV __ 1972

By _____
Deputy Clerk

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I received the foregoing summons at 11 o'clock A M. on the 15

day of __ Nov __ 19 72 and I served the same in the following manner:

(1) By delivering on the 30 day of __ Nov __ 19 72, a copy of the summons, copy of the petition, and copy of _____

to each of the within-named defendants Gary Milo Purkey — personally now serving a sentence in county jail @ 11:45

(2) By leaving on the _____ day of _____ 19____, for each of the within-named defendants _____

A copy of the summons a copy of the petition, and _____ at the respective dwelling place or usual place of abode of said defendants with some person of his or her family of suitable age and discretion

(3) Corporate or Partnership Return: On the _____ day of _____ 19____

by _____

(4) After diligent search and inquiry was unable to find the within-named defendant _____

on the _____ day of _____ 19____

All done in Sedg County, Kansas.

Sheriff's fees:
Summons $ 2.00
Not Found _____
Mileage 15 1.35    Strgis
Total 3.35

Johnny Daw
Sheriff of Sedg County, Kansas

By Al Mitschke
Deputy.

2

000670

In the District Court within and for Sedgwick County

In the Eighteenth Judicial District of the State of Kansas

SHARON LOUISE PURKEY

_____
                      Plaintiff

VS.

GARY MILO PURKEY

_____
                      Defendant

Case No. D-26961

Division No. IV

FILED D-26961
APP. DOCKET NO.

DEC 6  10 58 AM '72

DOROTHY I. VANARSDALE
CLERK

DEPUTY _____

## JOURNAL ENTRY OF DISMISSAL

Now, on this 4th day of December, 19 72, the same being a regular day of the XXXXXXX Term of the District Court, this cause comes on to be heard on the motion of the Plaintiff to dismiss this cause without prejudice at the cost of the Plaintiff.

IT IS THEREFORE ORDERED AND ADJUDGED by the Court that this cause be and the same is hereby dismissed without prejudice at the cost of the Plaintiff herein, taxed at $_____ for which amount let execution issue.

_____
Francis W. Prosse Attorney for Plaintiff

_____
Attorney for Defendant

_____
                              JUDGE

000671

FILED
AT DOCKET NO. D28021
MAR 28   11 17 AH '73
DOROTHY L. ARSDALE,
DEPUTY  CLERK

BRIAN J. MOLINE
Attorney at Law
Legal Aid Society of Wichita, Inc.
825-827 Beacon Building
Wichita, Kansas 67202
Phone:  265-9681

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

SHARON L. PURKEY                    )
                     Plaintiff      )    D  28021
                                    )    Case No.
          vs.                       )
                                    )    Division No. DIV 7-4
GARY M. PURKEY                      )
                                    )
                     Defendant      )
_____    )

## P E T I T I O N

COMES NOW, the Plaintiff and for cause of action against the Defendant, alleges and states:

1. That the Plaintiff has been an actual resident in good faith of the State of Kansas for six months preceding the filing of this Petition, and is now a resident of Sedgwick County, Kansas.

2. That the Defendant is a resident of the State of Kansas with a street address of ██████████████ Wichita.

3. The Plaintiff further alleges and states that this Plaintiff and Defendant were united in marriage on the 25th day of August 1972 in Wichita, Kansas and have been ever since said date and are now husband and wife.

4. That this Plaintiff has faithfully carried out and performed the marital vows and obligations, but that the Defendant has wholly failed, refused and neglected to carry out the marital vows and obligations, in this, to-wit:  that the Defendant has been guilty of gross neglect, non-support and being a habitual drunker whereby this marriage cannot last.

5. That no children were born by reason of the marriage of the parties Sharon and Gary Purkey.

sm 3-28-73

000672

6. The Plaintiff further alleges and states that during the marriage the Plaintiff and Defendant have accumulated miscellaneous household furnishings and effects, and personal property including the television and this property should be awarded to the Plaintiff.

WHEREFORE AND BY REASON OF THE FOREGOING, Plaintiff prays for an absolute decree of divorce from the defendant; for the miscellaneous household furnishings and effects, and personal property and including the television and for such other and further relief as to this Court seems just and equitable.

Respectfully submitted,

Legal Aid Society of Wichita, Inc.

By: _____
BRIAN J. MOLINE
Staff Attorney

000673

VERIFICATION

STATE OF KANSAS      )
                     )  ss
COUNTY OF SEDGWICK   )

     SHARON L. PURKEY    , of lawful age, first
being duly sworn on oath, deposes and states:

    That SHE is the PLAINTIFF in the above entitled
action; that SHE has read the Petition hereto attached; that
SHE is familiar with the contents thereof and that the statements
and allegations therein contained are true.

*Sharon L Purkey*

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC, IN AND
FOR THE COUNTY AND STATE OF AFORESAID, ON THIS 23rd day of
March_____ A.D. 1973.

_____
Notary Public

My Commission expires:

My Commission Expires October 20 1975

COPY

FILED
M.P. DOCKET NO. D 28024

HAR 23  11 17 AM '73

DOROTHY I. VAN ARSDALE
DEPUTY            CLERK

POVERTY AFFIDAVIT

STATE OF KANSAS       )
                      ) ss.
COUNTY OF SEDGWICK    )

___SHARON L. PURKEY___, of lawful age,
first being duly sworn on oath, deposes and states:

That the cause of action set forth in the Petition
hereto attached is just, and that by reason of ___HER___
poverty, ___SHE___ is unable to give security in lieu
of bond for costs.

_Sharon L. Purkey_

Subscribed and sworn to before me a Notary Public, in
and for the County and State aforesaid, on this __23rd__
day of ___March___, 19_73_.

_Nina J. Hubbard_
Notary Public

My Commission Expires: October 20, 1975

000675

IN THE DISTRICT COURT OF _____ SEDGWICK _____ COUNTY, KANSAS

For Clerk's Use

APP. DOCKET

APR 28 28 AM '73

DOROTHY I. VANARSDALE
CLERK

DEPUTY

SHARON L. PURKEY

_____ Plaintiff

Case No. 2802

VS.

GARY M. PURKEY

PERSONAL SERVICE ONLY

## SUMMONS

To the above-named Defendant:

You are hereby summoned to defend an action brought in the District Court of _____ SEDGWICK

County, and required to serve upon BRIAN J. MOLINE, LEGAL AID SOCIETY , plaintiff's attorney,

whose address is 825-827 BEACON BUILDING, WICHITA, KS , a pleading to the petition which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. Your pleading also must be filed with the District Court of _____ SEDGWICK _____ County. As provided in section 60-213 (a), your answer must state as a counterclaim any related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

(Seal of the Court)

Dated MAR 28 1973

DOROTHY I. VAN ARSDALE
Clerk of said District Court

By Dorothy Harnden
Deputy Clerk

### RETURN ON SERVICE OF SUMMONS

I hereby certify that I received the foregoing summons at 1:54 o'clock P. M. on the 14th

day of _____ March _____, 19 73, and I served the same in the following manner:

(1) By delivering on the 14 day of March, 3:45 PM , 19 73, a copy of the summons,

copy of the petition, and copy of _____

to each of the within-named defendants Gary M. Purkey - Personal

(2) By leaving on the _____ day of _____, 19 ___, for each of the within-

named defendants _____

A copy of the summons, a copy of the petition, and _____ at the respective dwelling place or usual place of abode of said defendants with some person of his or her family of suitable age and discretion.

(3) Corporate or Partnership Return: On the _____ day of _____, 19 ___,

by _____

(4) After diligent search and inquiry was unable to find the within-named defendant _____

on the _____ day of _____, 19 ___.

All done in Sedgwick County, Kansas.

Sheriff's fees:

Summons _____ 2.00

Not Found _____

Mileage 18 _____ 1.42

Total _____ 3.42

Sheriff of Sedgwick County, Kansas

By _____ Deputy.

000676

APP. DOCKET NO. 028021

Aug 6  3 19 PM '73

DOROTHY I. VANARSDALE
CLERK

DEPUTY

BRIAN J. MOLINE
ATTORNEY AT LAW
LEGAL AID OFFICE
825-827 Beacon Building
Wichita, Kansas  67202
Telephone:    265-9681

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

| | | |
|---|---|---|
| SHARON L. PURKEY | ) | |
| | ) | |
| vs. | ) Plaintiff | |
| | ) | Case No. D-26961 |
| GARY Mm PURKEY | ) | |
| | ) | Division No. IV |
| | ) Defendant | |

## JOURNAL ENTRY AND DECREE OF DIVORCE

NOW ON THIS 5-2 day of July, A.D. 1973, the same being one of the regular judicial days of the above Court, the above matter comes on for hearing.  The Plaintiff appearing in person and by her Attorney of Record, Brian J. Moline, and the Defendant, Gary M. Purkey, appearing not, either in person or by Counsel, and the Court, after examining the file, finds that said Defendant has been personally served with summons in said matter; the Court finds it has jurisdiction of both parties and of the subject matter of this action and that the matter may be heard at this time.

Thereupon, the Plaintiff introduced her evidence and rested and there being no evidence offered on behalf of the said Defendant, and the Court, after hearing the testimony and statement of Counsel, finds that the allegations in the Plaintiff's Petition are true; that the Plaintiff and Defendant were united in marriage August 25, 1972, in Wichita, Kansas, and that no children were born to this marriage.

The Court further finds the Defendant has been guilty of gross neglect, non-support and being an habitual drunkard, and for such acts, the Plaintiff should be granted a decree of divorce.

000677

The Court further finds the Plaintiff should be awarded the miscellaneous household furnishings and personal property, including the television, all, free and clear of any claim of the Defendant.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the parties hereto are divorced each from the other and that the marriage between them is dissolved; that the above findings are hereby made an order of this Court. It is further ordered that the parties hereto are prohibited from contracting marriage with any other persons until sixty days after the decree becomes final, the divorce to become effective on the filing of this Journal Entry with the Clerk of the District Court of Sedgwick County, Kansas.

Pl. restored to former name Sharon L. Evans.

_____
JUDGE

APPROVED:

_____
Brian J. Moline
Attorney for Plaintiff

000678