CHART STRIPPED
DATE 7-20-89

LSH 350

Form IM-1800

# FACE SHEET

Dr. AQuino

| PATIENT'S NAME (Last, first, middle) | | INSTITUTION | ~~CASE~~ NO. | ADMITTING WARD |
|---|---|---|---|---|
| Purkey, Gary Milo | | LSH | 22,067 | Addiction |

| PERMANENT ADDRESS | | DATE OF ADMISSION | TSF To WARD | DATE |
|---|---|---|---|---|
| ███████████ | | 3-28-74 | | |

EMERGENCY NOTIFY (Name, address, telephone number, relationship)  Phone: AM7-6724
Carrie Burke (aunt)  ████████  Wichita, Ks.

| COUNTY OF RESIDENCE | PLACE OF BIRTH | DATE OF BIRTH | AGE & ADMISSION |
|---|---|---|---|
| Sedgwick | Wichita, Ks. | ██████ | 25 |

| RACE | RELIGION | MARITAL STATUS | EDUCATION |
|---|---|---|---|
| White | Catholic | Divorced | 12th grade |

| USUAL OCCUPATION | VETERAN STATUS | REL. TO VET. | CITIZENSHIP |
|---|---|---|---|
| Welder | none | step-father | U.S. |

| TYPE OF ADMISSION | ADMISSION STATUS | SOCIAL SECURITY NUMBER | MEDICARE NUMBER |
|---|---|---|---|
| Voluntary (probation) | 1st to LSH | ██████████ | |

PREVIOUS HOSPITALIZATION (Institution, admission and discharge dates)

Referred By:

Social Problem Area

| ADMISSION DIAGNOSIS | Drug Dependence-heroin 304.0 | ESTABLISHED DIAGNOSIS 301.81 Passive Aggressive Personality, antisocial type; 303.1 Habitual Excessive Drinking with drug(304.0) dependence. |
|---|---|---|
| PSYCHIATRIC | | PSYCHIATRIC |
| SOMATIC  Essentially Healthy Male | | SOMATIC  Confirmed. |

| ADMIT DATE | DISCH. DATE | M & S SECTION DIAGNOSIS | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

TREATMENT SUMMARY: (Change in status, special procedures, comments, assigned to)

| Date | Comments |
|---|---|
| | |

## CONFIDENTIAL
## FURTHER DISCLOSURE
## PROHIBITED

RECORD OF RELEASES: (Continue on back, if necessary)

| Type of Leave | Condition | Date Out | Date Return | Days Absent |
|---|---|---|---|---|
| discharged | | 5-9-74 | | |

DEATH, DISCHARGE OR DISMISSAL (Net Length of Hospitalization) _____

Years _____ Days _____

000679

CAUSES OF DEATH (As recorded on death certificate) _____

## REFERENCE ADDRESSES AND RELATIONSHIP

**SPOUSE:** Sharon Evans Purkey                    divorced
Name                                              Address

**MOTHER:** Velma Purkey                          Wichita, Ks.
Name                                              Address                    Birthplace

**FATHER:** Milo Hamilton                         Arkansas
Name                                              Address                    Birthplace

**CHILDREN:** None
Name                                              Address

Name                                              Address

Name                                              Address

Name                                              Address

**BROTHERS AND SISTERS:** Wesley Purkey           (22)

**OTHERS INTERESTED** P.O. Bob Weir    Court of Common Pleas    268-7582

This information has been disclosed to you from records whose
confidentiality is protected by Federal Law. Federal Regulations
(42 C.F.R., Part 2) prohibit you from making any further
disclosure of it without the specific written consent of the
person to whom it pertains, or as otherwise permitted by such
regulation. A general authorization for the release of medical or
other information is NOT sufficient for this purpose.

000680

IM-1503 Rev. 10-69
LSH-360-Rev.

# RELEASE SUMMARY

## LARNED STATE HOSPITAL
Larned, Kansas

IDENTIFYING INFORMATION:                    BUILDING  Jung-Addiction

Name  Purkey, Gary Milo          Age  25  Race  White  Case Number  22,067

Marital Status  divorced                 Occupation  welder

admitted to the Larned State Hospital for the  1st  time from  Sedgwick

County on  3-28-74  on a  Voluntary (probation)  basis
(date of admission)          (type of admission)

DATE & TYPE OF RELEASE  Discharged 5-9-74

The attending physician was  Dr. Luz Mary Aquino  and the final

diagnoses were:  PHYSICAL  *Essentially Healthy Male*


PSYCHIATRIC  Passive Aggressive Personality 301.81
antisocial type
303.1    Habitual Excessive Drinking 304.0 with drug
dependence

REASON FOR ADMISSION:

Gary Purkey was admitted to the Addiction Unit of Larned State Hospital for
the first time March 28, 1974, from Sedgwick County.  He was brought from
Sedgwick County jail by Grover Grimes, Outreach Program, in Wichita.  He has
used drugs since 1972, including demaril, morphine and heroin.  On January
5 of this year he took an overdose of valium combined with alcohol and
was hospitalized for two months at St. Francis Hospital.


PERTINENT FINDINGS AT THE TIME OF ADMISSION: **CONFIDENTIAL**

1. Physical examination                                    **FURTHER DISCLOSURE**
   BP - 120/80 - no abnormal findings.  **PROHIBITED**

2. Routine laboratory, X-ray and Special Examinations, normal tracing
   chest x-ray - no active disease. EKG - run. 10-3. SGOT-
   VDRL - nonreactive. FBS - 72. Bun - 67. morphology
   40. SGPT - 3. LDH-21. Alk phos - 38. T. Bil. 0.3. A/G 7.3.
   Urinalysis. TP 28. Alb = 4.92. Glob. 3.08 = A/6

3. Psychiatric examination  25 y.o. wm was ambulatory, conscious,
   cooperative, casually dressed, long hair + beard w/ needle
   marks antecubital area, admitted to CSH be. Euphoric
   pendence. Perception - no sensо - Perceptual disturbance.
   Intelligence - Normal average level. Memory - pre-
   served in all spheres. T. process - coherent, logical
   + organized. T. content - centered on his drug problem.
   mood - passive aggressive. motor activity - normal range
   relationship to exam - informative. Insight - none - Orientation
   oriented in all

000681

(continued on page two)

Case 2:19-cv-00414-JPH-DLP   Document 23-16   Filed 09/12/19   Page 4 of 109 PageID #: 4122

RELEASE SUMMARY – Continued                    IM-1503 Rev. 10-69
                                               LSH-360A-Rev.

Patient's Name___Purkey, Gary Milo___Case No.___22.067___

## TREATMENT PROGRAM: (Include patient's response, complications, consultations, etc.)

Following admission, Mr. Purkey was placed in the Evaluation Group.  It was determined that treatment could probably be beneficial.  On May 6, 1974, he was placed in a treatment program consisting of patient ward government meeting, education classes, group therapy, music therapy, activity therapy, and two AA meetings a week.  At first Mr. Purkey's attitude was negative.  He was blaming the court, police officers and etc., for his being here.  After these feelings were dealt with, improvement was made in the following areas: insight, self image, participation, impatience and assuming responsibility.  He socialized fair with his peers and staff.  After a short period he began to cooperate on the ward.  During hospitalization, Mr. Purkey was voted president of the (continued)

## CONDITION ON TERMINATION: (Include reason for release, type of release; name, address, and relationship of relative assuming responsibility; amulation; self-care; ability to work.)

TREATMENT PROGRAM (continued): the ward by his peers.

CONDITION ON TERMINATION: Mr. Purkey was discharged because of motivation shown while in treatment.  In making release planning, Bob Weir, parole officer for Gary, was notified.  He asked if Gary could be sent back with Grover Grimes of the Outreach Program, and be brought directly to his office.  He stated that he would make recommendations and follow up plans.  Gary was informed of the decision being made. On May 9, 1974, he was discharged riding with Mr. Grimes to Wichita, Kansas.  Prognosis is  fair.

## RECOMMENDATIONS: (Instructions for continued care; other therapeutic measures besides medication; referrals and plans for follow-up.)

No recommendations were made by this ff facility, because patient's parole officer assumed that responsibility.

CJG:ms
Written: 5-15-74
Typed: 5-16-74

This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Federal Regulations (42 C.F.R., Part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by each regulation. A general authorization for the release of medical or other information is not sufficient for this purpose.

## MEDICATIONS ON RELEASE: (Name and Dosage)

DATE ___May 28, 1974___    Therapist: ___Carl Garner___

ATTENDING PHYSICIAN ___Gaguino m. D.___, M.D.

APPROVED _____
                    Program Director, Addiction Unit

000682

Case 2:19-cv-00414-JPH-DLP   Document 23-16   Filed 09/12/19   Page 5 of 109 PageID
#: 4123

LSH-365-Rev.

# SUMMARY OF HOSPITALIZATION
## LARNED STATE HOSPITAL
### Larned, Kansas

## CASE SUMMARY

## IDENTIFYING INFORMATION:

Name __Purkey, Gary Milo_____ Age _25_ Race____White_____ Case No. _22,067_

Marital Status ___divorced____ Occupation _welder_____ Religion____Catholic____

admitted to the Larned State Hospital _Addiction Unit, Lung_____, for the _1st_ time
                                         (section)     (building)

from _Sedgwick_____ County on____3-28-74_____on a _Voluntary (Probation)_____basis
                     (date of admission)      (type of admission)

Patient's status was changed to_____on_____

## REASON FOR ADMISSION:

Gary Milo Purkey, 25 year old, white, divorced, male, was admitted to Larned
State Hospital for the first time March 28, 1974, from Sedgwick County.
He was transported to this facility from the Sedgwick County jail by Grover
Grimes, Outreach Program, in Wichita.

Patient has used drugs since 1972, including demoral, morphine and heroin.
On January 5 of this year he took an overdose of valium combined with
alcohol and was hospitalized for two months at St. Francis Hospital.

# CONFIDENTIAL

## FURTHER DISCLOSURE
### PROHIBITED

This information has been disclosed to you from records whose
confidentiality is protected by Federal Law. Federal Regulations
(42 C.F.R., Part 2) prohibit you from making any further
disclosure of it without the specific written consent of the
person to whom it pertains, or as otherwise permitted by each
regulation. A general authorization for the release of medical or
other information is NOT sufficient for this purpose.

**000683**

LSH-365-Rev.

## SUMMARY OF HOSPITALIZATION
## LARNED STATE HOSPITAL
### Larned, Kansas

CASE SUMMARY, continued:          Name____Purkey, Gary Milo_____
Page__2__                          Case No.__22,067_____SectionAddiction
                                   Building____Jung_____

BACKGROUND INFORMATION:

Patient was born May 20, 1948 in Wichita, Kansas.  He is the eldest of two
children.  Gary stated his parents were divorced when he was a small child
and he never knew his natural father until he was 15 years old.  His mother
remarried when Gary was still a small child.  An aunt raised both the patient
and his younger brother.  Gary exhibited deep resentment toward his mother.
He related she never paid much attention to either him or his brother.  Re-
portedly, she is a heavy drinker and had relationships with men during her
son's earlier childhood.  Consequently, an aunt had custody of both children.
According to Gary, she has been married and divorced five times and is
presently living with her latest husband's father.

Gary has served time in Lansing on forgery charge in 1970.  He was trans-
ferred from that institution to KSIR where he completed his GED.  In 1972,
he was arrested for grand theft.

Patient has been married once.  The marriage was short-lived and was terminated
by divorce shortly after year's time.  The couple lived together about 14
months prior to the marriage, but, according to patient, their relationship
worsened after marriage.

Gary has worked in construction business as a welder, but has never held
steady employment.

*Helen Hanlen*
Helen Hanlen
Social Worker
HH:ms

## CONFIDENTIAL
## FURTHER DISCLOSURE
## PROHIBITED

This information has been disclosed to you from records whose
confidentiality is protected by Federal Law. Federal Regulations
(42 C.F.R., Part 2) prohibit you from making any further
disclosure of it without the specific written consent of the
person to whom it pertains, or as otherwise permitted by each
regulation. A general authorization for the release of medical or
other information is NOT sufficient for this purpose.

000684

SUMMARY OF HOSPITALIZATION
LARNED STATE HOSPITAL
Larned, Kansas

CASE SUMMARY, continued:          Name _Puckey Gary Milo_
Page _3_                          Case No. _22067_ Section _A1_
                                 Building _Joy_

SUMMARY OF MEDICAL HISTORY:

25 yo W/m WDA ambulatory coherent, cooperative conscious in no acute physical distress admitted to LSH because of drug dependence (heroine + Valium) P.E. = other than several tattoos, there is nothing unusual. Laboratory results are w/in normal limits. Denies TB, HBN, C+D, Sy, Dry Allergy or malignancy.

EXAMINATIONAL DATA:

a. Physical & Neurological Examinations:

BP = 122/80   no abnormal findings

b. Laboratory, X-ray & Special Examinations:

Chest x-ray- normal; drug screen - negative
Total protein - 8; albumin - 4.92. Glo = 3.08 A/G rate;
1.3; SGOT - 40; SGPT- 3; LDH - 21; alk. phos - 28
T. Bili - 0.3; VDRL - non reactive. Blood mor-
phology + urinalysis are w/in normal limits

c. Psychiatric Examination:

25 yo W/m WDN ambulatory conscious cooperative, casually dressed, long hair + beard of needle marks ante cubital area, admitted to LSH bec. of drug dependence. Perception - no sensory-perceptual dis-turbance. Intelligence - seemed average level. Memory - preserved in all spheres. T- process - coherent, logical or organized.

CONFIDENTIAL

FURTHER DISCLOSURE
PROHIBITED

000685

3 of 4

SUMMARY OF HOSPITALIZATION
LARNED STATE HOSPITAL
Larned, Kansas

CASE SUMMARY, continued:              Name _Purkey Gary_____
Page _4_

                                      Case No. _22069_ Section _Ord___

                                      Building _Joy_____

c. Psychiatric Examination, continued

    T. _content_ - centered on his drug
    problem.
    Mood - passive, cooperative.
    Motor activity - normal range.
    Relationship to examiner - in for medicine
    Insight - none.
    Motivation - questionable.

This information has been disclosed to you from records whose
confidentiality is protected by Federal Law. Federal Regulations
(42 C.F.R., Part 2) prohibit you from making any further
disclosure of it without the specific written consent of the
person to whom it pertains, or as otherwise permitted by each
regulation. A general authorization for the release of medical or
other information is NOT sufficient for this purpose.

DIAGNOSTIC IMPRESSION:

  a. Physical ① essentially healthy male

  b. Psychiatric ① 301.81 Passive aggressive Personality
               antisocial type
          ② 303.1 Habitual excessive drinking
            304. drug dependence -

RECOMMENDATIONS:

    to be decided in staff meeting.

Completed by: _Mg Mary J. Aguirre_ and _Mg Mary J. Aguirre uz_, M.D.
    _Ward physician_                    Ward Physician

Date _4/18/74_         (Title)      Date _4/16/74_

**000686**

4 of 4

csw
HAROLD FLAIGLE
Assistant District Attorney
Sedgwick County Courthouse
Wichita, Kansas 67203
268-7281

RECEIVED
SHERIFF'S DEPARTMENT
SEDGWICK COUNTY, KANS.

APR 21  10 22 AM '77

FILED
APP. DOCKET NO. _____

MAY 12  1 46 PH '77

DOROTHY I. VAHARSDALE
CLERK

DEPUTY ___75__

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CRIMINAL DEPARTMENT

| | | |
|---|---|---|
| THE STATE OF KANSAS, | ) | |
| Plaintiff, | ) | Case No.  77CR341 |
| VS. | ) | |
| | ) | Div. No.  A |
| GARY M. PURKEY, | ) | |
| Defendant. | ) | |

## JOURNAL ENTRY OF JUDGMENT

Now on this 11th day of April, 1977, this case comes on for plea. The State of Kansas appears by its attorneys, Harold Flaigle and Sharon Werner, Assistant District Attorneys. The defendant appears in person and by his Court appointed attorney, Michael H. Morgan.

The defendant having heretofore been served a copy of the Information and having then waived arraignment and jury trial on the Information charging him with Theft, contrary to K.S.A. 21-3701(b), Class D Felony, is informed by the Court of the consequences of a plea of guilty and of the maximum penalty provided by law.

The defendant then enters a plea of nolo contendere to Theft; whereupon, the Court finds the defendant guilty and continues this case for sentencing. The Court further orders a pre-sentence investigation to include three weeks in custody for evaluation at the Central Plains Drug Treatment Center.

Thereafter, on the 13th day of April, 1977, the State appears

000687

The Court inquires of the defendant if he has any legal cause to show why judgment of sentence should not be pronounced against him; the defendant failing to show any such cause and none appearing, there being none, the Court then proceeds to pronounce judgment of sentence against him as follows:

IT IS THE SENTENCE OF THIS COURT AND IT IS HEREBY CONSIDERED, ORDERED, ADJUDGED AND DECREED that the defendant is hereby committed to the custody of the Secretary of Corrections for imprisonment for a period of not less than one (1) year on the charge of Theft, contrary to K.S.A. 21-3701(b) and in accordance with K.S.A. 21-4501(d). The defendant shall pay the costs of this action.

IT IS FURTHER ORDERED that the Clerk of this Court deliver two (2) certified copies of this judgment and commitment to the Sheriff of Sedgwick County, Kansas, or one of his duly authorized deputies. It is further ordered that such certified copies serve as the commitment of the defendant and said Sheriff or authorized deputy is ordered at his earliest convenience to deliver the above named defendant to the custody of the Secretary of Corrections, to carry out the sentence imposed upon defendant by this Court and make due return thereof.

IT IS FURTHER ORDERED THAT for purposes of computing defendant's sentence and his parole eligibility and conditional release dates thereunder, that such sentence is to be computed from the 8th day of February, 1977, to give defendant credit for time actually spent in jail pending the disposition of this case.

IT IS FURTHER ORDERED that the defendant be taken to the Kansas State Reception and Diagnostic Center at Topeka, Kansas, for examination and evaluation as soon as practical and convenient, and that a report be made back to this Court within 100 days from the date of

000688

Rec'd th's writ _____ 4-22 19 77
Served this writ _____ 4-25 19 77
Executed by delivering a true certified copy
of this writ to the within named.

*Sedg. Co. Jail*

*to KSP*

J. R. Ruchman

JOHN H.E DARR, Sheriff
                    Deputy
Fee _____
Mileage _____
Total _____

000689




COPY

For Clerk's Use Only

77Cr341
FILED
APP. DOCKET NO. _____

FEB 8  5 28 PH '7'

DOROTHY I. VANARSDAL
CLERK

DEPUTY _____

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, CRIMINAL DEPARTMENT
SEDGWICK COUNTY, KANSAS

STATE OF KANSAS, Plaintiff

vs.

GARY M. PURKEY
_____
                    Defendant

Case No. 77 CR 341

## COMMITMENT
### (Felony)

STATE OF KANSAS, SEDGWICK COUNTY

The State of Kansas to the Sheriff of Sedgwick County, Kansas:

☐ WHEREAS, GARY M. PURKEY was brought

before the Judge of the District Court, Sedgwick County, Kansas, to answer the charge of

FELONY THEFT ;

☐ WHEREAS, it appearing that the offense of _____

FELONY THEFT

has been committed, and there is probable cause to believe that the defendant _____

GARY M. PURKEY is guilty of the commission of said offense;

And, whereas, no sufficient bail has been offered in said defendant's behalf for his

appearance in the District Court, Sedgwick County, Kansas, on the 16 day of February

19 77 to answer said charge.

You are therefore commanded, to take and commit the said defendant to the jail of

Sedgwick County, there to remain until he shall be discharged by law. And deliver this writ

to the jailer thereof.

Witness my hand at Wichita, Sedgwick County, Kansas, this 8th day of February

19 77 .

APPEARANCE BOND: $ 10,000.00

CLERK OF THE DISTRICT COURT
Sedgwick County, Kansas

000690



LDK:db    WPD

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CRIMINAL DEPARTMENT

**COPY**

77CR341

THE STATE OF KANSAS,                    )
                              Plaintiff, )    Case No.    FILED
                                         )               APP. DOCKET NO. _____
        vs.                              )
                                         ) 77 C R 3 41  5 10 PM '7
                                         )
GARY M. PURKEY            Defendent.      )    DOROTHY I. VANARSDALL
                                         )               CLERK
_____)
                                              DEPUTY _____

## COMPLAINT/INFORMATION

COMES NOW  LARRY D. KIRBY _____, a duly appointed, qualified and acting Assistant
District Attorney of the 18th Judicial District of the State of Kansas, and for and on behalf of said State, gives the
court to understand and be informed that in the County of Sedgwick and State of Kansas, and on or about the
___24th_____ day of __January_____, A.D., 19_77_, one

did then and there unlawfully, willfully  obtain by deception control over property,

to-wit:  1976 Plymouth automobile, by giving an employee of Kellogg

Leasing false identification to lease the said automobile, with the

intent to permanently deprive the owner, to-wit:  DRAC Chrysler Motors

Inc. of the possession, use and benefit of said property, said property

being of a value of more than $50.00 good and lawful money of the United

States of America;


Contrary to K.S.A. 21-3701(b) (Theft) Class D Felony)

000691



77CR341

all of said acts then and there committed being intentional, unlawful, and willfuly and being contrary to the statutes in such cases made and provided and being against the peace and dignity of the State of Kansas.

LARRY D. KIRBY
Assistant District Attorney

STATE OF KANSAS, SEDGWICK COUNTY, ss:

L. L. MOORE _____, being by me first duly sworn, says that he has read the above and foregoing Complaint/Information and knows the contents thereof, and that the same is true in substance and in fact.

DET. L. L. MOORE
Complaining Witness

SUBSCRIBED AND SWORN to before me this 8th day of February _____.

My Comm. expires
11/4/79

Marie H Brown
NOTARY

STATE OF KANSAS, SEDGWICK COUNTY, ss:

LARRY D. KIRBY _____, Assistant District Attorney for the 18th Judicial District of Kansas, within and for said State, being by me first duly sworn says that he has read the above and foregoing Complaint/ Information and knows the contents thereof, and that the same is true in substance and in fact to his best information and belief.

LARRY D. KIRBY
Assistant District Attorney

SUBSCRIBED AND SWORN to before me this 8th day of February _____, 1977.

CLERK OF THE DISTRICT COURT

State's Witnesses:
cw: Det. L. L. Moore, WPD
Evelyn L. Carroll, 1021 Luther, 524-3728 or 7127 E. Kellogg, 683-4673 (bus.)
Gary A. Leopold, 5411 E. Elm, 683-4673 or 7127 E. Kellogg, 683-4673
Off. R. Circle, Det. R. Vinroe, Det. J. Maloney, Det. D. Landon,

000692



Frederic Sauttter, Ph.D.
Department of Psychiatry and Behavioral Science
Tulane University School of Medicine
New Orleans, Louisiana 70112

April 26, 2018

## Evaluation of Mental Health Information Provided to the Court
## 2003 Capital Trial of Wesley Purkey
### Frederic J. Sautter, Ph.D.
### Clinical Professor of Psychiatry

### Basis of Referral

The defense team of Mr. Wesley Purkey asked me to provide an opinion regarding the extent to which the mental health data presented to the courts at the 2003 capital trial of their client were used to make valid inferences regarding Mr. Purkey's mental health at the time of the murder of Jennifer Long in 1993. I was also asked to provide an opinion as to whether further mental health assessments should be conducted to better understand Mr. Purkey's state of mind at the time of the homicide. Because post-conviction evidence suggested that Mr. Purkey had been exposed to physical abuse during his childhood I was asked to ascertain whether he showed signs of any trauma-related mental health problems. The sources of information available for this analysis are included in the Appendix of this document.

### Mental Health Information Evaluated for this Report

I examined medical and mental health records from St. Francis Hospital in Wichita, Kansas, the Sedgwick County Department of Mental Health and Providence Medical Center, both in Kansas, and records from the numerous forensic and correctional facilities in which Wesley Purkey has been held including the Kansas State Reception and Diagnostic Center, the Kansas State Industrial Reformatory, the Kansas State Penitentiary, Oregon State Hospital, Larned State Security Hospital, and other facilities identified in the Appendix of this report. I have reviewed the Expert Reports of Drs. Peterson and Park Dietz that were conducted for Mr. Purkey's 2003 Capital Trial and numerous mental health and forensic reports conducted during Wesley Purkey's incarcerations and documents from the FBI and Kansas City Police and records submitted to the court as part of the Capital 2003 Trial of Mr. Purkey. The Defense attorneys have provided the neuropsychological Assessment Report of Robert Ouaou, Ph.D. and other relevant declarations from collateral witnesses, medical, educational, and legal records all listed in the Appendix.

In this report I describe information that has been collected to describe or diagnosis the behavior of Mr. Wesley Purkey over his lifetime all for identifying any psychological abnormalities or disorders that may have influenced his behavior when he took the life of Jennifer Long in 1998. In doing so whenever possible I use the operationalized diagnostic criteria identified in the Diagnostic and Statistical Manual (DSM) of the American Psychiatric Association (APA) to

identify the disorders that may have afflicted Mr. Purkey. The DSM criteria used to determine whether Wesley Purkey suffered from a mental illness at the time of the murder of Ms. Long in January of 1998 were from the DSM-IV (4th Edition, APA, 1994). The DSM-IV[1] sets guidelines and operational criteria for making psychiatric diagnoses and understanding psychiatric disorders and it requires that inferences about behavior be consistent with current scientific knowledge about behavior problems. At the time of the Capital Trial of Mr. Purkey the DSM-IV-TR[2], virtually identical to the DSM-IV, had been published. It is understood, however, that the diagnostic criteria used in the DSM are not intended by the APA to represent legal definitions for mental disorders.

The fact that DSM Criteria are used to define mental disorders has special relevance for understanding the mental health data collected about Wesley Purkey because before the DSM III was published in 1980[3] the DSM did not include diagnostic criteria for post-traumatic disorder (PTSD). As a result, mental health professionals that evaluated Mr. Purkey before he was sentenced to fifteen years to life in prison in 1980 when Purkey was 28 years old were not educated or trained in the recognition or diagnosis of PTSD. Furthermore, standardized psychological assessment instruments that included scales that measured civilian PTSD were not published until after 1990 when Mr. Purkey was forty years old and had already served 10 years of his 15-years-to-life sentence in Kansas State Penitentiary. This is important because it means that all the behavioral assessments that had been conducted from his psychiatric records from St. Francis Hospital when Purkey was fourteen years old through ten years of forensic reports were conducted before clinicians were aware of posttraumatic stress disorder and were provided with behavioral criteria to make a PTSD diagnosis. Furthermore, assessment instruments that could be used to diagnosis PTSD in civilians were not available until a few years before Wesley Purkey was released from prison in 1997 one year before the Long homicide. This means that almost twenty years of forensic mental health reports were written before PTSD could be thoroughly evaluated in Mr. Purkey.

The fact that the mental health records that were used to understand Wesley Purkey's psychological problems in the Kansas Correctional System did not allow for the identification of trauma-related mental health disorders takes on new meaning now that we have information showing that Wesley Purkey was exposed to childhood emotional, physical, and sexual abuse from the age of ten years old, eighteen years before PTSD was included in the DSM-III as a mental health diagnosis. While it has long been known that childhood abuse is related to the development of mental health problems in adults [4] the fact is that most of the forensic records entered into the court records for Purkey's Capital Trial were based on assessments conducted by professionals that knew very little about posttraumatic stress and until 1981 were unable to make a PTSD diagnosis. The lack of assessments for trauma-related disorders and PTSD may have served to increase the chances that Purkey's psychological problems would be incorrectly classified or diagnosed and that his behavior would be misunderstood up until the time he was

---

[1] American Psychiatric Association, & American Psychiatric Association. (1994). Diagnostic and statistical manual (DSM-IV). *Washington, DC: American Psychiatric Association.*
[2] American Psychiatric Association, & American Psychiatric Association. (2000). DSM-IV-TR: Diagnostic and statistical manual of mental disorders, text revision. *Washington, DC: American Psychiatric Association.*
[3] American Psychiatric Association, & American Psychiatric Association. (1980). DSM-III: Diagnostic and statistical manual (DSM-III). *Washington, DC: American Psychiatric Association.*
[4] Cohn, A. H. (1979). Effective treatment of child abuse and neglect. *Social Work, 24*(6), 513-519.

2

released from prison the year before the homicide was committed. This highlights the importance of using specialized PTSD testing assessment tools and testing instruments to determine the impact of traumatic stress on Wesley Purkey at his capital trial in 2003.

## Mental Health Information Available at Capital Trial of Wesley Purkey

### Mental Health Records

A considerable amount of information concerning Mr. Purkey's history of psychological problems was available at his 2003 capital trial. These include records from his treatment at St. Francis Hospital in Wichita when he was fourteen and records from Kansas State Reception and Diagnostic Center, Kansas State Industrial Reformatory, Kansas State Penitentiary, Oregon State and University of Kansas Hospitals, Lansing Correctional Facility, Iowa State and Oregon State Correctional facilities, Providence Medical Center, and Larned State Security Hospital. Psychological and Psychiatric Reports written respectively by Dr. Leesom, and Dr. Peterson and others were included in the medical records of the correctional facilities that housed Mr. Purkey over his more than twenty-five years of incarceration and they are reviewed in the next section. Records from St. Francis Hospital in Wichita, Kansas, indicated that when Mr. Purkey was fourteen years old he was admitted for inpatient psychiatric services after complaining of headaches and dizziness and exhibiting behavioral problems and mood changes secondary to a head injury. Medical records from St. Francis six years later reported a head injury after an altercation with police officer and reports from Wesley Medical Center describe posttraumatic amnesia after a drug overdose. These records together with Department of Corrections records indicate that Wesley Purkey endured a significant number of head injuries between the age of fourteen and twenty-one. These injuries were secondary to a history of physical abuse that Mr. Purkey reported included severe physical abuse from his father that included blows to his head, motor vehicle accidents, blows to his head during a physical altercation, and a fall at his workplace. Despite all these head injuries intensive neuropsychological testing and brain imaging to measure cognitive changes and traumatic brain injury were not conducted until 2003, after Wesley Purkey's Capital Trial.

Because Purkey spent most of his adult life incarcerated or serving probation, reports about his behavior were written primarily by staff of correctional facilities or probation officers who were tasked with evaluating his compliance with prison or probation rules in addition to checking on his physical and emotional safety. There was a lack of information from family members or acquaintances that had observed his behavior outside of a forensic setting. My review indicated that there was limited information available to the court about Mr. Purkey's psychological development or his history of psychological adversity and abuse. Data is lacking regarding his interpersonal behavior as it occurs outside of a prison, his family of origin issues, his trauma history, or his psychological strengths and potential for growth.

Prison and forensic reports available at the time of trial indicate the following types of psychopathology were observed in Mr. Purkey; externalizing child behavior problems, poor impulse control, antisocial behavior, anxiety, depression, anger problems, psychotic symptoms, social maladjustment, and explosive or violent behavior. There were many references to Mr. Purkey's long history of alcohol and drug abuse and it was observed that his use of alcohol and drugs had been associated with the commission of almost all his crimes and violent offenses.

3

Numerous prison records indicate that Wesley Purkey showed a persistent inability to control his emotions and impulses and when he showed aggression and violent behavior it was usually when he was intoxicated and in situations in which he perceived himself as being threatened.
The fact that records reference the fact that Wesley Purkey showed signs or symptoms of several major psychiatric disorders (e.g., depression, anxiety, psychosis, alcohol and drug dependence) indicates that he suffered from serious psychological problems and required mental health treatment. The impact of traumatic brain injury from the many head injuries experienced by Mr. Purkey would be expected to amplify his other psychiatric symptoms, increase his vulnerability to posttraumatic stress and mood disorder, and increase the significant functional deficits normally associated traumatic injury (TBI)[5] [6].

**Summary**: Information from Mr. Purkey's treatment at St. Francis Hospital are important because they document significant early life emotional and physical abuse that were sufficiently severe as to cause physical and emotional damages that required inpatient psychiatric hospitalization. These injuries were associated with his onset of alcohol (10 years of age) and drug abuse (14 years of age) and with his first reported loss off emotional and behavioral control. Furthermore, the consequences of these head injuries have now been validated with neuropsychological and brain imaging data obtained in 2003 showing brain injuries in the frontal and temporal cortex that normally appear to be the result of previous or long-standing damage (see reports by Drs. Martel and Ouaua).

Information from prison and health records spanning several decades of Wesley Purkey's life consistently yield reports of persistent alcohol and drug abuse; an inability to control strong emotions; losses of emotional and behavioral control; and irritability and aggressive responses to threat. These symptoms and behaviors may be construed as evidence of alcohol and drug abuse or dependence disorders, mood disorders (depression; bipolar disorder), and post-traumatic stress disorder (hyperarousal, exaggerated responses to threat). These symptoms have been reported to occur in response to traumatic brain injuries (TBI) such as Mr. Purkey reported in 1968 and 1972 and to early childhood adversity and abuse, both of which were reported by several of Mr. Purkey's family members and friends. The fact that TBI and early childhood adversity and abuse have been shown to predict the development of posttraumatic stress disorder and other adult mental disorders suggests that it would be important to determine if Mr. Purkey suffers from PTSD as an adult. It is well documented that people with PTSD are at increased risk for a loss of emotional control, self-destructive behavior, and alcohol and substance abuse and dependence in adulthood[7].

**Psychiatric or Behavioral Assessments**
A review of the medical and correctional records that were provided by the Defense contained mental health information and at least thirty-one psychiatric and behavioral assessments or reviews that had been conducted between his twenty-first birthday and the 1998 murder of Jennifer Long. These records consisted of behavioral checks to ensure that prisoners were

---

[5] McMahon, P. J., Hricik, A., Yue, J. K., Puccio, A. M., Inoue, T., Lingsma, H. F., ... & Okonkwo and the TRACK-TBI investigators including, D. O. (2014). Symptomatology and functional outcome in mild traumatic brain injury: results from the prospective TRACK-TBI study. *Journal of Neurotrauma, 31*(1), 26-33. .
[6] Jorge, R. E., & Arciniegas, D. B. (2014). Mood disorders after TBI. *Psychiatric Clinics, 37*(1), 13-29.
[7] Read, J., Os, J. V., Morrison, A. P., & Ross, C. A. (2005). Childhood trauma, psychosis and schizophrenia: a literature review with theoretical and clinical implications. *Acta Psychiatrica Scandinavica, 112*(5), 330-350.

4

000696

compliant with rules and were not exhibiting behaviors associated with self-harm or harm of others and addressed general health issues. A review of those behavioral reports indicated that they were not structured to address mental health issues on the level of determining whether a prisoner should be assigned a psychiatric diagnosis, nor did they include attempts to evaluate prisoners' pre-incarceration histories. Mr. Purkey was never asked about traumatic experiences in his life and unless a psychological symptom was clearly related to his overall health or compliance it was not systematically evaluated and recorded.

By the time Mr. Purkey was tried for the capital murder of Jennifer Long in 2003 he had been the subject of sixteen psychological or psychiatric assessment reports. Of these sixteen assessments seven of which consisted of an interviewer-driven unstructured interviews that did not include any kind of structured assessment or the use of a standardized behavior or symptom rating scale or an assessment instrument. This means that the methods of these seven assessments did not meet any standards of scientific reliability or validity. These informal assessments reported that Mr. Purkey evidenced antisocial personality traits and did not suffer from a major mental disorder. Five of the sixteen reports indicated that Mr. Purkey had recently abused drugs and/or alcohol, but all emphasized that Mr. Purkey did not evidence a DSM-diagnosed Axis I psychiatric disorder.

The nine other Assessment Reports did include the administration of an empirically validated assessment instrument and six of these reports relied on a single actuarial assessment instrument (MMPI, MCMI, PAI). Only four of these six reports assigned Mr. Purkey a DSM-IV Axis I diagnosis [8] with four of them diagnosing Mr. Purkey with a polysubstance abuse or dependence disorder and one diagnosing Mr. Purkey with a depressive mood disorder. Three of the reports diagnosed Mr. Purkey as suffering from an Axis II Personality Disorder.

Despite reports of childhood adversity from relatives of Mr. Purkey, not one of the sixteen evaluations measured Mr. Purkey's exposure to traumatic stress. However, six of the assessments did include instruments that contained a scale designed to measure PTSD (see Table 1). Unfortunately, Mr. Purkey refused to complete the testing questions of Dr. Pietz and the scale administered by Mr. Doktor was not validated on a civilian sample thus it could not be used to diagnosis Mr. Purkey's PTSD. The report conducted by Dr. Scronce did not report a PTSD score nor did it include Mr. Purkey's test responses so that a PTSD score could be calculated by the reader.

The assessments conducted by the Kansas Department of Corrections and Drs. Leeson and Petersen included interpretable PTSD data, yet each of these reports failed to include the scores of the PTSD Scales in the body of the reports. All three clinicians did include the raw scores from the assessment which could be used to calculate Purkey's scores on the PTSD scales. The PTSD Scale Scores on all three tests yielded PTSD Scale Scores that surpassed the tests' diagnostic threshold for PTSD. This may be interpreted as meaning that all three tests indicated that there was evidence that Mr. Purkey met DSM-IV-TR criteria for PTSD at the time of those evaluations. These data are shown in Table 1 on page 6.

---

[8] DSM Axis I disorders are classified as "mental disorders" while Axis II disorders are classified a "personality disorders".

5

000697

Table 1. PTSD Scales Administered to Wesley Purkey

| Author and Location of Assessment | Instrument (PTSD Score) | PTSD DX |
|---|---|---|
| Kansas Corrections Department | MMPI-2 (67) | YES |
| Leeson Assessment - Defense Atty | PAI (79) | YES |
| Pietz - Fed Bureau Prisons | (Test Refused) | ------ |
| Petersen – Defense Atty | PAI (72) | YES |
| Doktor – Department of Corrections | MMPI | Invalid |
| Scronce – Federal Medical Center | MMPI | No Report |

MMPI PTSD Scale (PK) cut-off for PTSD diagnosis is 65; PAI PTSD Scale (ARD-T) cut-off is 71; MCMI-III PTSD Scale (R) cut-off is 84. MMPI = Minnesota Multiphasic Personality Inventory; PAI = Personality Assessment Inventory; MCMI = Millon Clinical Multi-Axial Inventory.

The assessments conducted at the Kansas Department of Corrections and by Drs. Leeson and Petersen did not report that Mr. Purkey met DSM-IV-TR criteria for PTSD even though the PTSD scales contained in the testing instruments showed Mr. Purkey's scores surpassed the cut-off for a PTSD diagnosis, and even though the two testing instruments (MMPI, PAI) are among the most rigorously studied instruments in the field of psychology. This omitted finding was very important because information is now available to indicate that Mr. Purkey was exposed to sexual abuse from the age of nine through twenty-two years of age and was also exposed to over twenty years of emotional and physical abuse. Clinical studies have shown that high levels of childhood trauma and adversity interact with adult trauma to predict the development of PTSD in adulthood[9]. In addition, all six of the reports indicated that Mr. Purkey showed symptoms of depression and alcohol or substance abuse or dependency. This is important because it has been established in several epidemiological and clinical studies people with PTSD show a dramatically increased risk for developing depression and substance abuse disorders with approximately 50% of people with PTSD also showing a lifetime diagnosis of a depressive disorder or a substance abuse disorder. These six assessments all suggest that Mr. Purkey showed many of the chronic psychological problems (posttraumatic stress, depression, and alcohol and substance abuse) that are associated with childhood trauma exposure.

**Summary:** The assessments shown in Table 1 were available for Mr. Purkey's capital homicide trial and were discussed in the two expert reports presented to the court. Data provided in the reports by the Kansas Department of Corrections and Drs. Leeson and Petersen indicated PTSD scores associated with a PTSD diagnosis. Dr. Leeson noted symptoms of depression and his neuropsychological testing indicated the presence of frontal lobe deficits; Dr. Petersen indicated that Mr. Purkey showed signs of significant depression, emotion dysregulation, interpersonal deficits, and signs of frontal lobe deficits. Each of the reports acknowledged that Mr. Purkey suffered from a polysubstance abuse or dependence disorder while also showing signs of depression.

---

[9] McLaughlin, K. A., Conron, K. J., Koenen, K. C., & Gilman, S. E. (2010). Childhood adversity, adult stressful life events, and risk of past-year psychiatric disorder: a test of the stress sensitization hypothesis in a population-based sample of adults. *Psychological Medicine, 40*(10), 1647-1658.

6

000698

The assessments of Drs. Pietz and Sconce and Mr. Doktor did not describe Mr. Purkey as showing pervasive signs of chronic posttraumatic stress and depression but they did report long-standing alcohol and drug problems as well as chronic personality problems. These reports did not provide an explanation of methods and one included an outdated version of the MMPI. These problems limit my ability to interpret their results.

The important point to be made about these evaluations is that they are the only assessment conducted with Mr. Purkey during his twenty years of incarceration that used scientifically valid assessment methods and the reports support diagnoses of polysubstance abuse or dependence and a mood disorder, and the three reports that included the administration of a standardized PTSD Scale each indicated that Purkey showed test responses that indicate the presence of PTSD. Despite reports that Mr. Purkey had experienced high levels of childhood adversity and traumatic stress not one of these reports included the use of a specialized PTSD assessment instrument to assess PTSD.

**Expert Witness Testimony**
Expert witnesses that testified at Mr. Purkey's capital trial included Dr. Petersen, who had previously conducted one of the assessments shown in Table 1, and Dr. Park Dietz, a well-known psychiatric forensic consultant and expert witness. Both experts acknowledged that Wesley Purkey suffered from a polysubstance use disorder, but Dr. Dietz argued that it was not possible to determine whether Mr. Purkey was simply abusing drugs (including crack and powder cocaine, methamphetamines, heroin, Ritalin, Quaaludes, and Nembutal) or whether he met diagnostic criteria for a polysubstance dependence disorder. Regardless of the specific diagnosis both Drs. Petersen and Dietz acknowledged that Mr. Purkey suffered from a diagnosable polysubstance abuse disorder and both acknowledged he experienced difficulties controlling his emotions. Thus, there is agreement between both experts and the more empirically-based assessments described on page seven in that all agree that Mr. Purkey suffers from a diagnosable polysubstance use problem and that Purkey shows deficits in emotional control or regulation.

**Contrasting Expert Views Regarding Posttraumatic Stress**
Petersen Expert Report: Dr. Petersen reported interview data and other records showing that Mr. Purkey had been exposed to childhood emotional, physical and sexual abuse over much of his childhood and adolescence. In his report he emphasizes that these types of adversities and trauma may be expected to have a devastating impact on Mr. Purkey. Dr. Petersen then reviewed test data showing that Mr. Purkey shows signs of frontal lobe dysfunction, chronic depression and emotion dysregulation, and interpersonal deficits. While Dr. Petersen did not review the numerous definitive scientific studies showing that childhood trauma exposure and sexual abuse predict complex PTSD problems such as self-destructive behavior, substance abuse problems, emotion dysregulation, and interpersonal problems, he might have also pointed out that individuals with PTSD and substance intoxication are at extremely high risk of domestic violence. It is important to note that in a post-conviction declaration Dr. Petersen has acknowledged that he did not conduct a structured assessment of either Mr. Purkey's exposure to trauma or his posttraumatic stress. Ironically, Dr. Petersen had obtained MMPI-II data supporting a diagnosis of PTSD, but he was apparently unaware that the MMPI-II includes a

7

000699

PTSD Scale. Dr. Petersen did not administer any of the self-report and clinician-driven instruments that have been specifically developed to assess PTSD.

Dietz Expert Report: Dr. Dietz did not conduct a trauma or PTSD assessment that employed any of the instruments that are considered "Best Practices" by the International Society of Traumatic Stress Studies (ISTSS)[10] or other trauma experts[11]. Instead the expert report submitted by Dr. Dietz relied on a comprehensive review of all records and reports that were available regarding Mr. Purkey's mental health, Mr. Purkey's history of criminal behavior, and his own unstructured interview of Mr. Purkey. While this is standard practice for forensic experts, this method of assessing PTSD is not considered to be optimal within the community of professionals working with PTSD, as structured trauma assessments and instruments designed specifically for the diagnosis of PTSD are considered necessary components of a PTSD assessment. An unstructured clinical interview is not optimal when evaluating a disorder in which avoidance of disclosing key symptoms is the core characteristic of the diagnosis. People with trauma histories and PTSD seldom volunteer information related to their trauma, especially when their trauma involves early sexual abuse. Furthermore Dr. Dietz, a noted forensic expert, did not include questions that clarify the relationship between behavioral PTSD symptoms and trauma-related memories and emotions and was therefore unable to determine whether many PTSD symptoms occurred within the context of trauma-related cognitions and emotions, essential information that is required to make a PTSD diagnosis. The interview that Dr. Dietz conducted with Mr. Purkey did not account for many of the unique characteristics of PTSD.

Dr. Dietz's expert report was remarkable in its comprehensive review of Mr. Purkey's history of evaluations while incarcerated over a thirty-year period, but a review of records in this case may be misleading regarding PTSD because most of the records reviewed were collected prior to the designation of PTSD as a valid psychiatric diagnosis. Prior to 1990 most mental health professionals simply did not know very much about PTSD and employees in the correctional system were not prepared to look for behaviors that were not commonly identified as elements of trauma psychopathology until the late 1980's. This lack of knowledge regarding PTSD accounts for the fact that some of the mental health practitioners that evaluated Wesley Purkey while he was incarcerated administered instruments that contained PTSD measures but were apparently unaware that these scales were included in the instruments. Table 1 identifies several assessments that used instruments that yielded PTSD scores, yet the assessment reports did include that important information about PTSD. As a result, Dr. Dietz was unable to comment on the potential importance of those significant PTSD measures. Given the omission of this important information it is not surprising that Dr. Dietz did not report that Mr. Purkey showed signs of PTSD.

It could be argued that if an assessment had previously been conducted by a clinician or expert with specialized experience with PTSD that Dr. Dietz would have been able to review that information and incorporate those findings in his own expert report. Unfortunately, there were not any records of PTSD assessments to be reviewed and Dr. Dietz did not conduct a PTSD

---

[10] Foa, E. B., Keane, T. M., Friedman, M. J., & Cohen, J. A. (Eds.). (2008). *Effective treatments for PTSD: practice guidelines from the International Society for Traumatic Stress Studies.* Guilford Press.

[11] Briere, John N., and Catherine Scott. *Principles of trauma therapy: A guide to symptoms, evaluation, and treatment (DSM-5 update).* Sage Publications, 2014.

8

000700

assessment.  My own assessment of Dr. Dietz' expert forensic interview was that he did not include the necessary questions that are required to adequately assess PTSD.

Given what we now know about Mr. Purkey's exposure to physical, emotional, and sexual abuse during his childhood and adolescence it would be my hope that the court would have enlisted the help of an expert in the field of PTSD to provide expert testimony about the impact of Wesley Purkey's traumatic past on his psychological functioning on the day of the homicide. The expert would have administered instruments designed to measure PTSD and conducted a thorough assessment of Mr. Purkey's exposure to trauma over the course of his life. That trauma assessment would have included interviews with relatives and objective informants that could provide information about hiss exposure to trauma. The PTSD expert would have thoroughly evaluated Mr. Purkey for malingering and test many aspects of PTSD using standardized PTSD measures with demonstrated reliability and validity.

### Post-Conviction Mental Health Information

Post-conviction mental health data is collected, in part, to determine if the mental health data collected as part of the capital murder trial adequately explained the defendants' behavior at the time of the capital offense and to determine whether the court was provided with the information needed to understand the defendant's life and psychological challenges in ways that are useful in the sentencing phase.  New information about behavioral problems may provide a better way of understanding the defendant's behavior.

### Behavioral Changes Reported After Conviction

Receiving the death penalty meets DSM-5 PTSD Criteria A for a "traumatic event" because the death penalty signals the possibility of a loss of life. Because adult trauma interacts with exposure to childhood trauma to increase posttraumatic stress dramatic increases in Mr. Purkey's distress would validate the finding that Mr. Purkey has suffered from PTSD since his extensive trauma exposure as a child. After Mr. Purkey was convicted for the murder of Ms. Long and was sentenced to death he became increasingly agitated, unable to sleep, and showed increasingly severe problems in interpersonal functioning. While many of these problems would be considered a normal response to a death sentence, the symptoms that involve increased irritability and other hyperarousal symptoms as well as increasing interpersonal difficulties may reveal an exacerbation of his posttraumatic stress. These types of trauma-related behaviors are self-destructive and are often observed in people with complex PTSD[12]. These problems would also suggest that his problems with posttraumatic stress affect his ability to participate in his defense.

After experiencing increasing anxiety and fear Mr. Purkey requested psychiatric medications that had been prescribed in the past (trazadone, clozapine) and asked for increased mental health treatment. Throughout this period of increased agitation prison records noted "No sign of Mental Disorder" and his increased interpersonal problems were described as increases in antisocial behavior. As his agitation further increased, Mr. Purkey was confined to the SCU (June 2003). The SCU is an equivalent of solitary confinement. During this process Mr. Purkey was prescribed SSRI's, regarded as medications for posttraumatic stress, and in July of 2003 "Post-

---

[12] Cloitre, M., Miranda, R., Stovall-McClough, K. C., & Han, H. (2005). Beyond PTSD: Emotion regulation and interpersonal problems as predictors of functional impairment in survivors of childhood abuse. *Behavior Therapy, 36*(2), 119-124.

9

Traumatic Stress Disorder" was added to Mr. Purkey's "Problem List". This was the first time in Mr. Purkey's long history of confinement in Department of Corrections facilities and the Federal Prison at Leavenworth that PTSD was identified as a cause of Mr. Purkey's behavioral problems. In fact, Mr. Purkey has shown high levels of anger and irritability, insomnia, and interpersonal problems throughout his thirty years of incarceration in the Kansas and Federal prison systems and his "new problems" simply represented an exacerbation of his childhood PTSD.
**Summary**: Mr. Purkey showed a pronounced increase in PTSD hyperarousal symptoms after learning that he had received the death penalty. His psychological reactions were indications of an exacerbation of his childhood PTSD and prison staff reported that PTSD was a behavior problem that was having an undeniable impact on his adult behavior.

**Historical Information Obtained After Conviction**

As part of the post-conviction process mental health experts, childhood friends, relatives, and acquaintances of Mr. Purkey provided his legal team with important information that was relevant to his defense. This new information was available to the court at his capital trial. These declarations provided the following information:

1.Mr. Purkey was exposed to extremely high levels of emotional, physical, and sexual abuse over a period that spanned his early childhood, adolescence, and even his young adulthood.  He was sexually abused by his mother from the age of nine through the age of twenty-two and was also abused by other people who his parents allowed inappropriate access into the Purkey home.  He was emotionally and physically abused by both of his parents, other family members, teachers at school, and his first wife. Data regarding his sexual abuse was provided by his psychotherapist, Dr. Newton, who was informed of this sexual abuse in the late 1980's, years before Mr. Purkey was accused of a capital offense. As pointed in Dr. Cunningham's declaration this shows that Mr. Purkey was not fabricating reports of abuse to bolster his capital defense. Supporting declarations were provided by the following; Dr. Cunningham, Dr. Petersen, Mr. Aaron, Mr. Haggard, Dr. Newton, Margaret Noe, and Ms. Fisher.

2. Mr. Purkey was observed to use alcohol and a wide range of drugs including heroine, amphetamines, cocaine, LSD, marijuana, barbiturates, and benzodiazepines. His use of alcohol was observed to have started when was twelve years old and his drug abuse began when he was sixteen years old. His early use of alcohol and drugs was observed by many to be recreational in the early phases of his abuse, but friends noted that as he passed through his adolescence Mr. Purkey began to intoxicate himself to dampen the considerable emotional pain he suffered in response to psychological trauma and family dysfunction. Supporting declarations were provided by the following; Dr. Cunningham, Dr. Petersen, Mr. Hatfield, Mr. Bentley, Dr. Newton, Ms. Fisher, Ms. Broyles and Mr. Gary Purkey.

3. Several friends and relatives reported that Mr. Purkey was subjected to high levels of financial, material, familial, and environmental adversity and hardship as he was often not provided with sufficient financial and material support to allow him to eat a healthy diet, maintain his physical health, or dress at a standard that would be expected by his peers and adults. He was reported to lack psychological and material support from his family and was not aided by his school system or mental health providers in his community.

10

000702

4. Mental health experts and professionals that testified at Mr. Purkey's capital murder trial was not provided with information about his extensive history of emotional, physical, and sexual abuse. In addition, experts with knowledge of Mr. Purkey's abuse were limited in their opportunities to inform the court about abuse that would clearly meet DSM-IV Criteria A for PTSD Traumatic Events. Criteria A events alert mental health professionals to either conduct a specialized PTSD assessment or make a referral to a specialist who has the expertise to conduct a specialized trauma assessment and if a PTSD diagnosis is assigned, to provide one of the evidence-based treatments for PTSD. Mr. Purkey was never provided assessment or treatment for his PTSD.

5. Family, acquaintances, counselors and therapists have reported that Mr. Purkey has shown significant signs of behavioral problems that include anxiety, irritability, depression, alcohol and drug abuse and addiction, impulsive aggression, self-destructive behavior, social and emotional withdrawal, criminal behavior, and violent behavior. Prominent behavioral abnormalities started when Mr. Purkey was approximately twelve years old. All these symptoms may be comorbid symptoms of PTSD and are often evidenced in people with a syndrome called "Complex PTSD". These reports indicate his posttraumatic stress showed an onset in childhood when Mr. Purkey was most vulnerable to the emotional, physical, and sexual abuse he suffered on a regular basis. This type of intense childhood trauma exposure has been associated with "Complex PTSD"[13].

6. High levels of alcohol and drug intoxication and addiction, violence, threatening behavior, loss of emotional control, verbal and physical aggression, unlawful behaviors including assaults, anxiety and depression, psychotic behavior, and physical, emotional, and sexual abuse were observed by acquaintances, family and friends who lived near of Mr. Purkey over the first twenty years of his life. These pathological influences increased stress in his environment and provided him with role models for unhealthy behaviors. The presence of constant threat and abuse in his immediate family and social environment increased his daily stress and undermined his family and social support, a combination of exacerbating illness factors and dramatically increasing a vulnerability to posttraumatic stress and other major mental disorders.

### Mental Health Information Available to the Court at Trial

An examination of the mental health data made available to the court indicates that information was not provided about important mental health problems that are normally associated with the types of psychological adversity and trauma experienced by Mr. Purkey. This failure to present critical information regarding environmental and family stressors and mental health problems in Mr. Purkey's lifetime include the following:

Lack of Information About Trauma Exposure: Information about Wesley Purkey's exposure to emotional, physical, and sexual abuse from the age of nine through twenty-two was not available to the court. This information was always available from Mr. Purkey. It has been reported through statements from family members, friends of the family, other convicts who heard him share about his trauma in group therapy and personal conversations, and from declarations provided by Dr. Stephen E. Peterson and Dr. Mark D. Cunningham both of whom prepared

---

[13] Roth, S., Newman, E., Pelcovitz, D., Van Der Kolk, B., & Mandel, F. S. (1997). Complex PTSD in victims exposed to sexual and physical abuse: Results from the DSM-IV field trial for posttraumatic stress disorder. *Journal of Traumatic Stress, 10*(4), 539-555.

11

reports for Mr. Purkey's capital trial, and Dr. Rex Newton who was Mr. Purkey's psychotherapist in the 1980's at Oregon State Penitentiary. Dr. Newton was never contacted about the trial; Dr. Petersen was not called to testify in the guilt phase of the trial; and Dr. Cunningham requested information from family members regarding abuse but was never provided the information he needed to give strong testimony regarding abuse.

Lack of Information About PTSD: Much of the diagnostic information presented to the court by experts was collected when instruments were not available for the measurement of posttraumatic stress disorder. The court was never informed of that fact thus it appeared that Mr. Purkey did not show PTSD over the first thirty-five years of his life.  Furthermore, when instruments that contain scales that measure PTSD were administered to Mr. Purkey the data from the PTSD scales were not included in the report of study findings (See Table 1).

Lack of Information from PTSD Assessments:  Best practices for mental health indicate that a person should be assessed for exposure to traumatic events and that people who are exposed to traumatic stress should be evaluated for the presence of PTSD. This should be standard practice because a large proportion of the population of the United States has been exposed to at least one traumatic stressor and the degree of a person's exposure to traumatic stress predicts the likelihood that the person will develop PTSD. Conducting a specialized PTSD assessment is important because cases of PTSD are often missed by mental health personnel, especially when the person suffers from many Axis I Mental Health Disorders. For example, in a series of studies of the diagnostic process in community mental health centers in Connecticut it was reported that 70% of patients that met criteria for PTSD had no reference of PTSD in their Mental Health Center medical records[14].

Lack of Information About Purkey's Family History of Mental Illness and Violence: Information that three generations of Mr. Purkey's relatives suffered from alcoholism and drug addiction and committed horrendous acts of domestic violence on their partners while exposing their offspring to devastating levels of emotional, physical, and sexual abuse was withheld from the court. The empirically validated fact that multi-generational patterns of addiction and abuse transmit a familial and genetic vulnerability to alcoholism, drug addiction, and violent behavior may support an argument that Wesley Purkey was born with a genetic and familial vulnerability to PTSD, polysubstance abuse and addiction, and a propensity for violence when experiencing co-occurring posttraumatic stress and intoxication.

Court Not Informed that Individuals Exposed to Severe Repetitive Trauma During their Childhood Develop Complex PTSD:  Individuals who are exposed to high levels of trauma throughout their childhood often develop "complex" forms of PTSD that are characterized by an inability to regulate their emotions, high levels of substance abuse, self-injurious and suicidal behavior, interpersonal violence, interpersonal deficits and pervasive problems with relationships, and dissociative symptoms that appear to be psychotic-like to those that are not trained in the assessment of complex PTSD. These individuals are prone to addictions and destructive behavior and their complex presentation of symptoms may not be recognized by professionals without high levels of expertise in posttraumatic stress.

---

[14] Mueser, K. T., Rosenberg, S. D., Fox, L., Salyers, M. P., Ford, J. D., & Carty, P. (2001). Psychometric evaluation of trauma and posttraumatic stress disorder assessments in persons with severe mental illness. *Psychological Assessment, 13*(1), 110.

12

000704

<u>Court Not Informed that People Exposed to Severe Childhood Trauma Are Susceptible to Brain Abnormalities That May Limit their Ability to Inhibit their Emotions:</u> Children exposed to high levels of traumatic stress have been shown in countless scientific studies to be vulnerable to damage of their developing brains. This damage may sensitize their HPA axis and increase their vulnerability to posttraumatic stress while damaging their executive functions and decreasing their complex reasoning abilities and their capacity to regulate their emotions and their behaviors. The impact of these potential abnormalities would be expected to interact with any possible traumatic brain injuries suffered by Mr. Purkey to decrease his ability to control his emotional behaviors and posttraumatic stress.

## Summary

An analysis of the mental health data available to the court during Mr. Purkey's capital murder trial indicated that critically important mental health information was not available to the Court. Because it is now known that Mr. Purkey had been exposed to extensive trauma and abuse as a child it should be clear that his exposure to traumatic stress dictates that Mr. Purkey should receive a specialized PTSD assessment conducted by a PTSD expert. While data regarding Mr. Purkey's childhood trauma exposure and adult posttraumatic stress clearly indicate that he should be evaluated for PTSD a PTSD expert has never conducted a PTSD assessment with the defendant. In fact, Mr. Wesley Purkey has never been assessed for the presence of post-traumatic stress disorder in his life. Because the presence of PTSD might explain many of Mr. Purkey's behavioral problems and his behavior when committing the homicides, one could argue that Mr. Purkey was sentenced to death even though there was no information presented about the psychological disorder that is most likely to have influenced his behavior on the day of the homicide.

## Conclusions

My analysis of mental health information that was provided to the Court at the capital trial of Mr. Wesley Purkey has supported the following conclusions:

1. The mental health data presented to the court in 2003 did not include important information regarding the mental health risk factors that influenced Mr. Purkey's behavior on the day of the capital offense.

2. The Court did not receive important information regarding Mr. Purkey's exposure to traumatic events over the first twenty years of his life. These traumatic events, many of which occurred during his childhood, would be expected to dramatically increase his risk of developing PTSD and other trauma-related mental disorders and would inhibit his ability to control angry or violent emotions.

3. The Court did not receive important mental health information that indicate that it is highly likely that Mr. Purkey suffered from PTSD when he committed the capital offense. The mental health assessments made available to the court did not adequately evaluate PTSD.

13

000705

4.  Expert testimony by Drs. Petersen and Dietz did not adequately address the possibility that Mr. Purkey suffered from PTSD on the day of the homicide. The facts that Mr. Purkey's exposure to traumatic stress was never ascertained in a scientific manner and neither expert used instruments designed to measure PTSD represent fatal flaws that threaten the validity of these expert findings.

5.  The fact that Mr. Purkey was exposed to high levels of childhood trauma together with data showing that Mr. Purkey has shown emotion regulation problems, a substance abuse history, a long history of self-destructive behavior and interpersonal deficits suggests that he may suffer from a psychological syndrome called "Complex PTSD". The presence of this syndrome may explain many of Mr. Purkey's behaviors around the time of the homicide. Unfortunately, I cannot determine if Mr. Purkey suffers from complex PTSD without conducting an intensive PTSD assessment with Mr. Purkey. The lack of any previous PTSD assessments prevents me from making further inferences about the impact of PTSD on his adult behavior.

6.  It is concluded that an expert trauma and PTSD assessment should be conducted with Mr. Purkey. Without such an assessment the Court will not have access to information about the psychological conditions that influenced his behavior on the day of the homicide.

Frederic Sautter, Ph.D.
Clinical Professor of Psychiatry
Department of Psychiatry and Behavioral Sciences
Tulane University Medical Center

14

000706

NAME OF CHILD: Purkey, Wesley F.    CASE NO. 19,___

AGE: 14    DATE OF BIRTH: ▮▮▮▮    *Over-age file*

NAME OF FATHER: Jack W. Purkey    ADDRESS: unk    TELEPHONE:

NAME OF MOTHER: Velma L. Purkey    ADDRESS: unk    TELEPHONE:

STEP-PARENT: Carrie Burke    ADDRESS: ▮▮▮▮    TELEPHONE: AM 76724

NAME OF PROBATION OFFICER ASSIGNED TO CASE: E. H. Cook / ~~Ramsey~~ *Kushowitz*

RECORD: 9-19-66: Petition filed alleging subject miscreant by Eggleston of WPD

10-4-66: Hearing held, declared miscreant, released to temp. cust. of aunt.

10-3-66: Petition filed alleging subject miscreant by Pinaire of WPD

10-27-66: Declared miscreant, committed LABR, stayed, probation

10-4-66: Petition filed for revocation fo probation

2-23-67: Dismissed

4-7-69: Miscreant petition filed

4-7-69 Declared miscreant, guilty, Case continued to May 5, 1969 at 10:00 A.M. for disposition.

5-5-69 Placed on probation under the conditions outlined by Court. Special conditions: obtain employm ent and stay out of taverns.

8-11-69 Delinquent petition filed; (2 Counts)

8-12-70 Referred to District Court.

6-22-70 Released from probation.

7-30-74 - File destroyed by order of the Judge

000707

16 February 1970

Mr. Grey Dresie
Union National Bldg.
Wichita, Kansas

Re:  Wesley Furkey

Dear Mr. Dresie:

I won't go into the details of Wesley's back-
ground or the circumstances which brought him
to us, for I am sure thatyyou are as familiar
with this information as I am.  I assume that
you are more interested in some statements con-
cerning Wesley's present status and his prognosis.

In the first place I'm sure you realize that the
poor quality of Wesley's home background makes it
unrealistic for anyone to expect radical changes
in his behavior within a relatively short time.
However, I think it can be said he sees things
somewhat differently now then he did before and
has some realization of the necessity for modify-
ing his behavior to conform to social standards and
conventions.  He professes to be controlling his
temper better then he has at times in the past, but
I feel certain that he has some pretty strong feel-
ings of resentment and hostility, particularily so
far as his mother is concerned.  However, his aunt
seems to be sincerely interested in his welfare,
which is a point in his favor, but I am not too sure
just how much insight she has into his problems, or
how competent she is to handle him.  I feel fairly
certain that he is still doing some drinking and, of
course, it is at such times that he has gotten into
difficulty in the past.

As you undoubtedly know he went to work at Wesley
Hospital when he got out of St. Francis, but for some
reason or another did not stay with this job very long.
He offered some vague excuse about getting sick and be-
ing laid off because he didn't report for work, but I
imagin there is more to it then this.  He professes to

Re:  Wesley Purkey
Page 2

be greatly concerned and extremely nervous about the
prospect of having to go back to jail if he is found
guilty of the charge against him, and I have the feel-
ing it would shake him up considerably if things were
to work out this way.

There is no question in my mind but what this boy is
going to require a great deal more treatment if he is
to get his anti-social inclinations under control, and
there is still a big question as to whether this can be
accomplished at all.  Correction is notoriously diffi-
cult to bring about in such cases, as I'm sure you are
aware, but I doubt if further incarceration in prison
is going to accomplish this and I think there is a pos-
sibility that with further help he might be able to
work out some sort of adequate adjustment.  I would
have to say, however, I regard the prognosis as being
quite guarded and treatment as something that would
require a considerable length of time under the best
of circumstances.

I hope this gives you the information that you need
and if I can be of further service don't hesitate to
let me know.

Sincerely,


J. Luis Ibarra, M. D.




PGM/am

000709

**Urgent**

# ST. FRANCIS HOSPITAL
### WICHITA, KANSAS

| | | | | |
|---|---|---|---|---|
| No. | 221631 | Room | A/22 | Res. X |

Int. XXX

| | |
|---|---|
| ent | PURKEY, Mr Wesley I |
| ess | 4 |
| & State | Wichita, Ks |
| Diag. | Observation |
| d – S.M.W.D. | Single  Sex  Male |
| gion | Cath |
| of Adm. | 12-29-66  Time  11:35 AM |
| er Adm. Date | No |
| ician | R V Erken-W C C Wellshear |
| on to Notify | Mrs Carrie Burke |
| ess | Same |
| pation | Kansas Masonic Home |
| rance | None to ceover |

Date of Birth ____, 95_

Place of Birth  Kanas

Telephone  AM 7 6724

Service  Psy

Race  white      Age  14

Parish – Church – Syn.  St Joseph

Registrar  Reed/mc

Name

Maiden Name

Sp. Diet  Yes    No  XXX

Relation  Aunt

Phone

Company  Assistant Matron

Policy No.

Group [ ]   Individual [ ]

| tification No. | EAT. BUS. | GROUP NUMBER | MAT | TYPE CONT. | Eff. Date (Cont. Yr.) | Code - B.C. Walver - Date | BLUE CROSS | Eff. Data (Cont. Yr.) | Code - B.S. Walver - Date | BLUE SHIELD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

BENEFIT DATE (BENEFITS SHOWN BEGIN ON THIS DATE)

ROOM ALLOW. ____

FEE SCHEDULE ____

UT OF STATE ____

DEDUCTIBLE ____

DIAGNOSTIC X-RAY ____

HOSP. DAYS ____

Ebr/M-M-Eff Date

Ebr/M-M-Eff Date

EXT. BENEFITS –

EXT. BENEFITS –

EMBERS NAME ____

BC MEMBERS BIRTHDAY ____

RKS

OF DISMISSAL  1/11/67         TIME  12:30 PM.

## FINAL SUMMARY

WEDNESDAY JAN 11 1967

osis on Admission (to be completed 24 hours after admission) Headaches

of onset ____

Diagnosis  Passive aggressive personality

Severe –

ications and Wound Infections ____

ks ____

tation With ____

ion on Discharge ____

vered ____   □ Improved ____   ☒ Unimproved ____   ☒ Not Treated ____   □ Expired ____   □ Autopsy ____

| Surg. | Neuro Surg. | Med. | O. B. Gyn. | Ped. | Urology | Ortho. | E.E.N.T. | Neuropsychiatry |
|---|---|---|---|---|---|---|---|---|

ons :

DO NOT WRITE HERE

☐ FORMER ADMISSIONS ☐

Case No. ____

000710

(R W) Erken MD

SIGNATURE OF ATTENDING PHYSICIAN

25080
2p

## ST. FRANCIS HOSPITAL
### Wichita, Kansas

PERMISSION TO LEAVE THE GROUNDS:

I hereby give permission that _____*Wesley Purkey*_____
be allowed to leave the grounds of the hospital with or without the attendance of an employee of that in-
stitution, at the discretion of the physicians of the St. Francis Hospital. I hereby release the St. Francis
Hospital, its physicians, and employees, from the responsibility for anything that may occur while the pa-
tient- is off the grounds of the St. Francis Hospital.

REQUESTS FOR RECREATIONAL, SPORTS, AND MANUAL ARTS ACTIVITIES:

I hereby request that _____*Wesley Purkey*_____
be permitted to participate in all recreational activities under the supervision of the St. Francis Hospital
and at the direction of the physician. Such recreational activities include those which are approved by the
physician. I also request that the above named patient be permitted to participate in all manual arts activ-
ities under the direction of the physician. I am fully aware of the hazards which accompany participation
in sports and manual arts activities and hereby release the St. Francis Hospital from any and all liability
which may arise while the patient is engaging in any of these activities.

Signed: _____*Carrie Burke*_____ Address: _____*134 N. Charles*_____

Relation to patient: _____*Aunt*_____

Witness: _____*Sonja Feist R.N.*_____

NS:1-15-64

000711

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

## HISTORY

NAME _Purkey, Wesley_ ROOM _22_ BED _5_ DOCTOR _Eckhardt/Wellcher_

INFORMANT _____ DATE _____

| FAMILY | AGE | | HEALTH, IF LIVING OR CAUSE OF DEATH. NOTE ESPECIALLY HEREDITARY OR INFECTIOUS DISEASES |
|---|---|---|---|
| | DEAD | LIVING | |
| FATHER | | ✓ | } ? _See P.H. below_ |
| MOTHER | | ✓ | |
| BROTHERS | | 1 | |
| SISTERS | | | |
| CHILDREN | 2 | | |

PAST HISTORY STATE HERE DISEASES FROM CHILDHOOD TO DATE, HABITS, MENSTRUAL HISTORY, OPERATIONS, ETC.

P.H. of an insecure environment c̄ M of main figure (F. walking out on M) and she having a history of drinking, "temper fits", promiscuity carried on rather openly in front of the boys — @ least 3 marr. She abandoned the 2 boys at which time Great aunt received custody.

CHIEF COMPLAINT Severe h.a's, abd. c/o's, vomiting + fatigue.
(Pt. has also had some black-out spells
PRESENT ILLNESS + dizziness)
14 y.o. white male who has been in trouble c̄ the law recently — but c/o's severely of the above Sx. Medical Rx was sought from Dr's. Hidaka + Manahan, both by whom recommended psychiatric Rx. Guardian feels behavioral difficulties are related to these severe h.a.'s (?)
P.H. is "cross", doesn't care what he does or what he says.

REVIEW OF SYSTEMS:

Poss tumor? Poss temporal lobe syndrome? To evaluate — c̄ hospitalization & EEG.

01-181

SIGNATURE OF HOUSE PHYSICIAN __000712__

SIGNATURE OF ATTENDING PHYSICIAN _R.W. Eckhardt MD_

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

## PHYSICAL EXAMINATION

FULL NAME _Purkey, Wesley_    HOSP. NO. _221631_

HEIGHT _____ WEIGHT _____ TEMP. _____ P. _76_ RESP. _14_ B.P. _122/76_

| OUTLINE TO BE FOLLOWED: | AVOID SUCH TERMS AS " NORMAL " AND " NEGATIVE" |
|---|---|
| **HEAD:** | GENERAL APPEARANCE w/d, w/n, w/m in no distress |
| EYE, EAR, NOSE, THROAT. | Head - EENT neg. fundi OK. |
| **NECK:** | Neck - supple |
| **CHEST:** INSPECTION, PALPATION, PERCUSSION, AUSCULTATION. | Chest - clear to P+A |
| **HEART:** B/P, POSITION SIZE, RATE, MURMURS. | Heart - NSR, no murmurs |
| **ABDOMEN:** INSPECTION, PALPATION, PERCUSSION, | Abdomen - soft, no LKS palpable Genitalia - post pubertal - normal |
| **GENITO-URINARY:** | Skin - neg |
| **EXTREMITIES & SPINE:** EDEMA, VARICOSITIES, BONES JOINTS. | Ext & Sp - neg |
| **NERVOUS:** REFLEXES, SENSATION, MUSCULAR MOVEMENT. | Neuro - physiologic throughout |
| **SKIN & GLANDS:** | |
| **SPECIAL** | |

IMPRESSION: Normal P.E.

DATE _12/30/66_    EXAMINED BY _RW Erkenmo_ M.D.

**000713**

1-284

| PURKEY | WESLEY | | | **ST. FRANCIS HOSPITAL** 01-382 |
|---|---|---|---|---|
| | | | | X—RAY  DEPARTMENT |
| | | | | *J. R. KLINE, M. D., DIRECTOR* |
| Last | First | | Int. | |
| Add.  ██  ██ | | | | Film No.  A 21160 |
| Date 12/30/66  Age 14  M. XX  Birth Date  ██ | | | | Part Exam.  SKULL |
| Dr. ERKEN  Case No.  221631 | | | | Room No.  22 |

The examination shows normal symmetrical development of the cranium.  No bony lesion is identified.  No abnormal intracranial calcification is seen. The sella turcica  and petrous ridges are within normal limits.

CONCLUSION:  No abnormality demonstrated about the skull.  (KWG:lw)

*B. Mezzari, M. D.*

**000714**

| PURKEY | WESLEY | | | | RM 14 | OP | FILE NO. 5727 |
| LAST | FIRST | | INITIAL | | | | |

| ADDRESS ▮▮▮▮ ▮▮▮▮ | | DR. ERKEN | CASE NO. |

DATE 12/30/66    AGE 14    M. F. XX    BIRTH DATE

BRAIN SCAN

The brain was scanned with a scintillation counter following the intravenous administration of radioactive Technetium. There was no localization of the radioactive material in any particular area of the brain.  On this examination, there is no evidence of a brain tumor or other abnormality.   (JRK:lw)

_J.R./clme_
RADIOLOGIST                                    M.D.

FORM 1          DEPARTMENT OF RADIOLOGY AND NUCLEAR MEDICINE,  ST. FRANCIS HOSPITAL, WICHITA, KANSAS



## ST. FRANCIS HOSPITAL
### Wichita, Kansas

## LABORATORY REPORTS

Name _Purkey, Wesley_ Room _22_ Bed _I_ Doctor _Erker/Willsher_

Purkey, Wesley
A 22
Serology (VDRL)

Nonreactive

MISCELLANEOUS MICROBIOLOGY

URINALYSIS

BLOOD MORPHOLOGY

Report by: SK
1-3-66
Date: 12-29
Report By:
Date: 12-29-66

000716

01-220

LABORATORY REPORT

**ST. FRANCIS HOSPITAL**
Wichita, Kansas

## LABORATORY REPORTS

Name _Purkey, Wesley_ Room _22_ Bed _5_ Doctor _Erken/Willshire_

(PASTE 3RD REPORT HERE AND [FOLLOW]ING ONES ON ABOVE LINES)

| | |
|---|---|
| Name: _Purkey, Wesley_ | Case No.: _221631_ |
| Room No.: _22 T,_ | Physician: _Erken_ |
| Name: | Case No.: _221631_ |
| | Lab. No.: |

| | | | | | |
|---|---|---|---|---|---|
| Color | _Straw_ | Bile | _neg_ | Casts | |
| Character | _Clear_ | Hgb. | _neg_ | | HCt |
| pH | _5.0_ | Microscopic | | Crystals | Remarks: |
| Sp. Grav. | _1.011_ | WBC | _0-1_ | Eosinophils | _Hgb rechecked_ |
| Albumin | _neg_ | RBC | _0_ | Clot bleeding time | |
| Sugar | _neg_ | Epith. | _0-1_ | Remarks | |
| Acetone | _neg_ | Bacteria | | | |
| Diacetic Acid | | | | | |

URINALYSIS

Report By: _CP_
Date: _12-29_
Report By:
Date: _12-29-66_

BLOOD MORPHOLOGY

**000717**

01-220                                                                 LABORATORY REPORT

## ST. FRANCIS HOSPITAL
Wichita, Kansas

### LABORATORY REPORTS

Name _Purkey, Wesley_ Room _22_ Bed _1_ Doctor _Enten/Willshear_

(PASTE 3RD REPORT HERE AND ...ING ONES ON ABOVE LINES)

(PASTE 2ND ... HIS LINE)

| Name: Purkey, Wesley | | | | | | | | | Case No: 22/631 |
|---|---|---|---|---|---|---|---|---|---|
| Room No: A/22 | | Physician: | | | | | | | Specimen: CBC |

| RBC: 5,190,000 | | WBC: 6,600 | | | HGB: 15.2 gms | | | HCT: 44% | |
|---|---|---|---|---|---|---|---|---|---|
| Platelets: | | Reticulocytes: | | | Eosinophils: | | | Remarks: Hgb rechecked | |
| Capillary clotting time: | | | Duke bleeding time: | | | | | | |

| Schilling Differential | Count | Baso. | Eosins. | Myelos. | Youngs | Bands | Segs | Lymphs | Monos | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | | 3 | | | | 52 | 45 | | | | |

RBC Morphology

| Report By: JP | |
|---|---|
| **BLOOD MORPHOLOGY** | Date: 12-29-66 |

000718

01-220                                                      LABORATORY REPORT

A-22

SAINT FRANCIS HOSPITAL
DEPARTMENT OF ELECTROENCEPHALOGRAPHY
WICHITA, KANSAS

J. MESSERSMITH
TECHNICIAN IN CHARGE

REFERRING PHYSICIAN  R. V. Erken, M. D.                      DATE       December 30, 1966

NAME OF PATIENT  Wesley Prukey                      HOSPITAL NO.  B221631-11922

MEDICATION  N$^O$ne                      ACTIVATION       HYPERVENTILATION

INTERPRETATION:

The dominant waking occipital rhythm is 11½ cycles per second.

No significant build up of activity occurs during hyperventilation.

The drowsy phase of sleep is normal.  Brief episodes of 3½ to 4

cycle per second slowing of activity are noted  during the waking

tracing in the left frontal, anterior temporal and temporal regions.

This activity is accompanied by minimal increase in voltage.


IMPRESSION:  This is a borderline eldctroencephalogram for the age

suggestive of possible mild depression of cortical activity in the

left frontal and temporal regions.  A repeat tracing in 7 to 10 days

would be helpful to clarify this finding.


H. D. Riordan
ENCEPHALOGRAPHER

01-118

000719

SAINT FRANCIS HOSPITAL
DEPARTMENT OF ELECTROENCEPHALOGRAPHY
WICHITA, KANSAS

J. MESSERSMITH
TECHNICIAN IN CHARGE

REFERRING PHYSICIAN_R. V. Erken, M. D._____ DATE_____ January 9, 1967

NAME OF PATIENT_____Wesley Purkey_____ HOSPITAL NO._ B221631-11946

MEDICATION_____None_____ ACTIVATION_____ Hyperventilation

INTERPRETATION:

The dominant waking occipital rhythm is in the range of 12 cycles per second. A moderate build up of activity occurs during hyperventilation. The drowsy phase of sleep is normal.

IMPRESSION: This electroencephalogram is within normal limits for the age. The previously seen slowing of activity in the frontal and anterior temporal regions is not present during this tracing.

H. D. Riordan                M) D.
ENCEPHALOGRAPHER

)1-118

000720

ST. FRANCIS HOSPITAL

## PROGRESS RECORD

NAME _Purkey, Wesley_    ROOM _22_ BED _1_    DOCTOR _Erken / Willeken_

| DATE | |
|---|---|
| 2/30/66 | Adm note — adm for brief physical screening because of c/o of headache and dizziness apparently associated with mild sociopathic behavior |
| 6-66 | Desires homosexuality. Long hair even tho makes him look like a girl is "cool". Pretty bland about everything but friendly & cooperative.    RVErken / M.E. |
| 9-66 | Repeat EEG this am. Completes physical work-up.    R.V. Erken / M.E. |
| 10-66 | No h.a's or dizziness since hosp adm |
| 11-66 | Dismiss. Dx. Passive-aggressive Personality severe — Prog — poor Rx — none    R.V. Erken / M.E. |

000721

PROGRESS RECORD

ST. FRANCIS HOSPITAL
Wichita, Kansas

RECORD OF VALUABLES AND PERSONAL BELONGINGS

Patient's Name _Purkey, Wesley_  Room No. _22 I_  Date _12/29/66_

The Hospital IS NOT responsible for any belongings of the patients. All unnecessary articles are to be sent home.

CLOTHING LIST

1. 1 black belt
2. 1 pair black SHOES
3. 1 pair Green GENES
4. 1 black Tee Shirt
5. 1 blue Sweat Shirt
6. 1 black long sleeve Shirt
7. 3 pair white jockey Shorts
   Red & Grey plaid robe.

8. Tan suit case.
9. 1 pr Black house slippers
10. 1 pr Blue & Gray striped pj's
11. 1 pr Black pants
12. Tan & white striped shirt
13. Red & gold figured shirt
14. 1 pr red, yellow gray striped pj
    1 pr Red & white print pj's.
    3 pr white socks.

VALUABLES: (Money, Jewelry, Razor, etc.)

1. 1 zippo Cig. Lighter
2. 3 Keys
3.

4.
5.
6.

VALUABLES: RETAINED at own risk

1. 1 Chain & Metal - Silver
2. Penncrest transistor radio (black)
   Earphones

3.
Sign: X _Carrie Burke_
(Person assuming responsibility)

ARTICLES RETURNED HOME

1. Skeleton key
2.
3.

4.
5.
6.
Signed: X _Carrie Burke_
(Person taking articles home)

ON ADMITTANCE:
Patient's Signature: X _Wesley Purkey_    Nurse _W. Meere, N.A._

ON DISCHARGE:
Patient's Signature: _Wesley Purkey_    Nurse _Mary Ruchenberger S.N._

**000722**

Rev.-Psych: 7/23/58

ST. FRANCIS HOSPITAL

PHYSICIAN'S ORDERS

NAME _Purkey Wesley_    ROOM _22_   BED _1_   DOCTOR _Wellshew/Erken_

| DATE | |
|---|---|
| 2/29/66 | Required lab. |
| | Diet as tol. |
| | Aunt (Miss Burk) may visit |
| please | Darvon pl. 32 mg ī q4 hrs prn H.A. |
| | Noludar @ HS 300 mg prn |
| | Thorazine 50 mg IM q4 hrs prn central |
| | Elopement risk |
| | PO Dr Erken / Rust RN |
| | EEG |
| | Dr Snyder to see pt. |
| | PO Dr. Wellshew / Marie RN |
| lease | Green caps |
| 2/30/66 | Skull X-ray |
| | Brain Scan |
| 2/30/66 | Aunt & brother may visit from |
| | 5pm – 7 daily |
| | PO Dr Erken / Charlene / Rust RN |
| 2/31 | Use Librium 10mg PO q2h prn |
| Please | he req tranquilizer |
| | Please state in notes why shots |
| | are given |
| 3/67 | May wear clothes |
| | One 10 min phone call daily |
| | PO Dr. _____ / Rust RN |

1-290

**000723**

ST. FRANCIS HOSPITAL

## PHYSICIAN'S ORDERS

NAME _Wesley Pixley_    ROOM _22_ BED _II_ DOCTOR _Erken_

| DATE | |
|---|---|
| 1/3/67 | Repeat EEG Monday |
| 1-3-67 | May wear street clothes — but be sure patient doesn't elope. Po. Dr. Erkens office / B Ray |
| 5/67 | Canteen — but escorted — RUE |
| /6/67 | Serology report ??? RUE |
| | Girl friend may visit Sunday |
| | Course hs med at 10³⁰ PM RUE |
| 6/67 | Serology report. P.O. Dr. Erken / Martha / Brenner RN RUE |
| 1/7/67 | Mother may visit five to nine this a.m. Po Dr George / Oskaylee RUE |
| 8/67 | Mother not to visit until cleared c BR Dr. Erken in a.m. Phi O, Dr. George / S. M. RUE |
| 9/67 | Mother may not visit |
| 10/67 | Bowling c group if escorted adequately RUE |
| -11-67 | Dismiss. RV Erken / M. E. RUE |

1-290

**000724**

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 12/29/66  NAME _Purkey, Wesley_  DOCTOR _Erken / Wullesbur_  ROOM 22⁵

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| 15⁰ | 994 | 80 | 20 | BP 130/70  132 lbs  5'10" | | A 14 yr. old white male / admitted ambulatory c̄ his Aunt — Cooperative & pleasant — states he has been taking nerve pills but has had none today. No known allergies. Dr. Erken notified of pts. admission. UA obtained — to lab ✓ Visiting c̄ roommate — knew him previously. | | |
| 15 | | | | | Diet | Aunt visits. Ate well. Socializes on ward c̄ other young pts. | | |
| 20/5 | 100 | | | | | | | |
| 8⁰⁰ | | | | Green Soap | — | as shampoo BE & father. Best here to see pt. Quiet Mrs. Carolyn Davis RN | | |
| 10⁰ | | | | | FRI DEC 30 | awake — quiet | | |
| 12³⁰ | | | | | | sleepy | | |
| 2⁵⁰ | | | | | | | | |
| 4⁰⁰ | | | | | | Good night Louise Turner | | |
| 5³⁰ | | | | | diet | ate well | | |
| 8⁰⁰ | 98⁴ | | | | | A.M. care c̄ bath. Dr. Erken in. To isotope lab, accompanied. | | |
| 13⁰ | | | | | diet | ate well. To X-ray for skull series! A̅ telling nurse aid that he has been in Pat. S. for 3 years. | | |
| 9⁰⁰ | | | | | | | | |
| 7 | | | | | | & EEG | | |

1-251

**000725**

# ST. FRANCIS HOSPITAL

## NURSE'S NOTES

DATE 12/30/66   NAME Wesley Parley   DOCTOR Erkin / Wallshein   ROOM 225

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| 3⁰⁰ | | | | | | Returned to ward — Has been co-operative | | |
| 4⁰⁰ | | | | | | Continued to stay in room — quiet. appears to be asleep | | |
| 5¹² | | | | | diet taken | Miss Burk here | | |
| 6⁰⁰ | | | | | | Wanting to know does he have tranquilizer ordered. | | |
| 6³⁰ | | | | Thorazine 50 mg IM in left arm | | Remains in room most of time quiet. Appears to be asleep | | |
| 7 | | | | | | | | |
| 9³⁰ | | | | | | Quiet — Beverly Fay | | |
| 10³⁰ | | | | | | | | |
| 12⁰⁰ | 5⁰² | | | | SAT DEC 31 | Sleeping | | |
| 6⁰⁰ | | | | | | Good Night Louise Duncan | | |
| 7³⁰ | | | | | Gen Diet | Ate well | | |
| 7³⁰ | | | | | | Gen AM care c̄ shower — dressed & ambulating about ward. | | |
| | | | | | | B. taken in — Stays in bed most of time — | | |
| 10⁰⁰ | | | | | Diet — | Ate well | | |
| 12⁰⁰ | | | | | | Quiet — Brenner RN | | |
| 4⁰⁰ | | | | | | Up about ward. | | |
| 6⁰⁰ | 99⁸ | | | | Diet | Ate well. In Room — Resting in bed. | | |
| | | | | | | Aunt Visits | | |
| 8⁰⁰ | | | | | | Aunt con't to visit | | |
| 10⁰⁰ | | | | | | A quiet Eve. Mrs Carolyn Davis RN | | |
| 12⁰⁰ | 5⁰ | | | | SUN JAN 1 | Sleeping | | |
| 6⁰⁰ | | | | | | Good Night Louise Duncan | | |
| 7³⁰ | | | | | Gen Diet | Ate well | | |

01-251

000726

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 1/1/67    NAME Wesley Parkey    DOCTOR Erlen    ROOM 225

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| 8⁰⁰ | | | | | | 9en AM care c̄ shower — Quiet — Remains in room — Does not social- | | |
| 10⁰⁰ | | | | | Diet - ate well | ize — | | |
| 11⁰⁰ | | | | | | up more — Heckling room- mate to "go ahead c̄ go" watching T.V.                      A. Bunniss RN | | |
| 4³⁰ | | | | | | Up & about | | |
| 5⁰⁰ | | | | | Diet ate well. | In Room. Quiet. Aunt Visits | | |
| 8⁰⁰ | | | | | | A quiet P.M. | | |
| 11⁰⁰ | | | | Miludau 300 mg q at | 9³⁰cc | pt Requit Mrs Carolyn Davis RN | | |
| 11³⁰ | | | | | | awake - playing cards c̄ room-mate. | | |
| 12-6⁰⁰ | | | | MON JAN 2 | | sleeping | | |
| 7³⁰ | | | | | diet - ate well | Slept well. Theresa Ungag R.N. | | |
| 8⁰⁰ | | | | | | A.M. care — remains in room sleeping. | | |
| | | | | | diet - ate well | D. Walldew in | | |
| 12⁰⁰ | | | | | | asking for nurse medicine — "Dr. said I could have a pill when I'm nervous" | | |
| 12¹⁰ 9⁰⁰ | | | | Librium 10 mg | | orally as ordered. Playing cards c̄ other pts. "How much would it cost to get a hair-cut." | | |
| | | | | | | Up thinks in recr. Room few short time follows roommate closely. | | |
| | | | | | | diet taken well | | |

I-251

000727

ST. FRANCIS HOSPITAL

**NURSE'S NOTES**

DATE 1-2-67  NAME _____  DOCTOR _____  ROOM 22

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| | | | | | | Awak here. Concerned about wearing clothes. diet taken well up et about on ward. Rather sarcastic @ times | | |
| 10:00 | | | | Noludar 300 mg for sleep | | Refusing to stay in room Quiet — Seemingly | | |
| 12:00-6:00 | | | | TUE JAN 3 | | Sleeping. Slept well. Theresa Unge RN | | |
| 7:30 | | | | | diet | ate well. G.m. care & bath | | |
| | | | | | | hanging cards & other pts in room Dr. George in. Dressed in own clothes. | | |
| | | | | | diet | ate well. | | |
| | | | | | | Hair is getting so long — Dr. lets it hang down in his face — Listening to records | | |
| | | | | | | a pt in 27 Says just up et about in res. room sociable. | | |
| | | | | | (diet taken well) | | | |
| 6:00 | | | | | | Inquiring about phone calls — "If I don't use my ten minutes tonight can I save for 20 min tomorrow?" "Is it ok for my roommate to use part of my phone call." | | |

000728

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 1-3-67   NAME Durkey, Wesley   DOCTOR Hellshear   ROOM 22 TT

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 7-8:30 | | | | | | Aunt here. In room listening to radio. | | |
| 9:00 | | | | | | Prepared for sleep. | | |
| 10:30 | | | | | | Quiet. Beverly Kay | | |
| 11:30 | | | | | | Awake | | |
| | | | | noludar 300 mg | | h.s. med given | | |
| 1:00 | 2:00 | | | | WED JAN 4 | Resting | | |
| | | | | | | visiting room not around | | |
| | | | | | | setting w/ other young | | |
| | | | | | | Pt who is causing disturbance | | |
| | | | | | | on ward | | |
| 3:00 | | | | noludar 300 mg | | repeated as requested | | |
| | | | | | | sleeping | | |
| 6:00 | | | | | | Good Night Louise ____ | | |
| 7:30 | | | | | Diet | taken well | | |
| 8:00 | | | | | | a.m. care ē shower | | |
| 9:30 | | | | | | Playing cards ē pts | | |
| | | | | | | in rec. room | | |
| 11:30 | | | | | Diet | taken well | | |
| 12:00 | | | | | | Remains in recreation | | |
| | | | | | | room playing cards | | |
| | | | | | | ē other pts. | | |
| 1:30 | | | | | | Visiting ē pt in 27. | | |
| 2:30 | | | | | | Wrestling in his room | | |
| | | | | | | ē other young pts. Orderly | | |
| | | | | | | stopped them. Mary Reichenberger 54 | | |
| | | | | | | up & about ward. | | |
| 5:15 | | | | | Diet | Ate Well. | | |
| 6:00 | | | | | | Visiting ē aunt in | | |
| 9:00 | | | | | | room. | | |
| | | | | | | Aunt Visits | | |
| 10:00 | | | | noludar 300 mg - 9:00 | | | | |
| 11:00 | | | | | | Aunt Mrs Carolyn Daniels | | |
| | | | | | | Wesley still dressed in street | | |
| | | | | | | clothing insist he has to | | |
| | | | | | | finish test tonight | | |
| | | | | | | Sent to bed | | |

1-251

000729

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 1-5-67    NAME Burkey, Mr. Wesley    DOCTOR Hellshear    ROOM 22 π

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 12⁰⁰ | | | | | THU JAN 5 | in bed quiet | | |
| 1⁰ | | | | | | remains awake still hyperactive | | |
| | | | | Peludar 300 mg | | repeated | | |
| | | | | | | Sleeping | | |
| 12·5ᵃ | | | | | | not Sleeping | | |
| 1ᵃ | | | | | | Good night Louie Luana | | |
| 7³⁰ | | | | | diet | ate well | | |
| | | | | | | A.M. care & bath | | |
| 7³⁰ | | | | | | Dr. Esken in | | |
| | | | | | | dressed in own clothes | | |
| | | | | | | walking on mmt | | |
| 11³⁰ | | | | | diet | ate well | | |
| | | | | | | Nurse entered room | | |
| | | | | | | et pt & pt from 27³ | | |
| | | | | | | had pulled the | | |
| | | | | | | Mattress off the bed | | |
| | | | | | | & were wrestling | | |
| | | | | | | on it — Made to | | |
| | | | | | | make bed — | | |
| 2⁰ | | | | | | Nurse entered room | | |
| | | | | | | & this pt & 27³ were | | |
| | | | | | | both pulling up their | | |
| | | | | | | pants & laughing "Hey | | |
| | | | | | | you're supposed to | | |
| | | | | | | Knock" | | |
| | | | | | | Pt complaining to orderly | | |
| | | | | | | that another pt called | | |
| | | | | | | him a queer Sent pt. | | |
| | | | | | | Playing pool in dark | | |
| 3⁰ | | | | | | park Sent pt to | | |
| | | | | | | Orderly ready to take | | |
| | | | | | | pt to canteen but he | | |
| 4⁰⁰ | | | | | | refused to go Sent pt to | | |
| | | | | | | Sleep & Shout ad | | |
| | | | | | | lib | | |
| | | | | | | diet taken well | | |
| | | | | | | in rec. room watch | | |
| | | | | | | T.V. — Went here — | | |

000730

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 1-5-67  NAME Purkey, Wesley  DOCTOR Ocken  ROOM 22¹¹

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 7 |  |  |  |  |  | In room - quiet. | | |
| 730 |  |  |  |  |  | About in hall | | |
|  |  |  |  |  |  | hand wrestling ē | | |
|  |  |  |  |  |  | pt. from 22¹¹⁸ | | |
|  |  |  |  |  |  | Asked to go to canteen | | |
|  |  |  |  |  |  | request - denied became | | |
|  |  |  |  |  |  | perturbed ē nurse I don't | | |
|  |  |  |  |  |  | get to go to the A Dent | | |
|  |  |  |  |  |  | canteen now because | | |
|  |  |  |  |  |  | I was messing around | | |
|  |  |  |  |  |  | in the hall. | | |
| 9⁰⁰ |  |  |  |  |  | To office - apologizing | | |
|  |  |  |  |  |  | for actions. | | |
| 10³⁰ |  |  |  | Noludar 300mg |  | for sleep | | |
|  |  |  |  |  |  | Awake. — Beverly Ray | | |
|  |  |  |  |  |  | Awake. | | |
| 45 / 130 |  |  |  | Noludar 300mg |  | repeated | | |
|  |  |  |  |  | FRI JAN 6 | Quiet | | |
| 5 |  |  |  |  |  | Sleeping | | |
| N |  |  |  |  |  | Cont. Sleeps | | |
|  |  |  |  |  |  | ā good night Louise L. | | |
| 7³⁰ |  |  |  |  | Diet ~ | taken well | | |
| 30 |  |  |  |  |  | a.m. care with shower | | |
| 30 |  |  |  |  |  | In room in bed talking | | |
| 30 |  |  |  |  |  | ē roommate. | | |
| 30 |  |  |  |  | Diet ~ | taken well | | |
|  |  |  |  |  |  | Playing cards ē roommate | | |
|  |  |  |  |  |  | in rec. room. | | |
| 30 |  |  |  |  |  | Working on on OT | | |
|  |  |  |  |  |  | project. | | |
| 2 |  |  |  |  |  | Playing cards ē pt's | | |
|  |  |  |  |  |  | from 22. | | |
| 7 / 06 |  |  |  |  |  | Mrs. Freshberg in | | |
|  |  |  |  |  |  | In rec. Room watching | | |
|  |  |  |  |  |  | TV. | | |
|  |  |  |  |  |  | Birthday cake given | | |
|  |  |  |  |  |  | to pt. No comment. | | |
|  |  |  |  |  |  | Out as found playing | | |

000731

Case 2:19-cv-00414-JPH-DLP    Document 23-16    Filed 09/12/19    Page 54 of 109
PageID #: 4172

## ST. FRANCIS HOSPITAL

## NURSE'S NOTES

DATE 1-6-67 NAME Purkey, Wesley DOCTOR CC Shellshear ROOM 22²

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 4ᵒ-4²| | | | | | _ping pong_ | | |
| | | | | | | Phone call from | | |
| | | | | | | girl friend. | | |
| | | | | | (diet taken) | | | |
| 7— | | | | | | In rec. room sociable | | |
| 8¹⁵| | | | | | To canteen & orderly | | |
| 9 | | | | Noludar 300mg | | Fair sleep | | |
| 10³⁰| | | | | | Quiet — Beverly Ray. | | |
| | | | | | | Awake | | |
| 11³⁰| | | | Noludar | | repeated | | |
| | | | | | | cleaning up room | | |
| 12³⁰| | | | | SAT JAN 7 | asking for shot to sleep | | |
| | | | | | | on | | |
| | | | | | | sleeping | | |
| 3ᵒᵒ 5¹³| | | | | | not sleeping | | |
| 6ᵒᵒ| | | | | | Fair night Louise Sucher | | |
| 7³⁰| | | | | Diet | Taken well | | |
| | | | | | | Stays in bed. | | |
| | | | | | | Dr. George Lee | | |
| | | | | | | A.M. care & shower Dressed — | | |
| | | | | | | Up et about. | | |
| | | | | | | Mother visiting. She states that | | |
| | | | | | | pt agreed to have his hair cut | | |
| | | | | | | She states that pt will do anything | | |
| | | | | | | she asks. | | |
| 11³⁰| | | | | Diet | Taken well | | |
| 1ᵒᵒ| | | | | | Playing records & other pts | | |
| 3ᵒᵒ| | | | | | Asked from playing cards. | | |
| | | | | | | Sharp 6w | | |
| 7 | | | | | | In rec. room (for | | |
| | | | | | | short time). | | |
| | | | | | | In room — appears a | | |
| | | | | | | little depressed | | |
| | | | | | (diet) | Taken well | | |
| 11| | | | | | Aunt here. | | |
| | | | | | | This pt apparently | | |
| | | | | | | fit fit or upset | | |
| | | | | | | because of family situato | | |

1-251

000732

ST. FRANCIS HOSPITAL

**NURSE'S NOTES**

DATE 1-11-69   NAME Rukey, Wesley   DOCTOR Picken   ROOM 22

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| 7 | | | | Noludar 300 mg | | | | |
| 11:30 | | | | | | Quiet — Beverly Kay | | |
| 11:30 | | | | Noludar 300 mg | | repeated | | |
| 12:00 | | | | | SUN JAN 8 | Up in room | | |
| 3:05 | | | | | | Sleeping | | |
| 5:00 | | | | | | Good night | | |
| 7:30 | | | | | Diet | Taken well | | |
| 7:00 | | | | | | A.M. care & shower | | |
| 1:30 | | | | | Diet | Taken well | | |
| 5:00 | | | | | | | | |
| 2:30 | | | | | | Visiting | | |
| 4:00 | | | | | | diet taken well | | |
| 7 | | | | | | | | |
| 7 | | | | | | EEG | | |
| 11:00 | | | | | | Quiet — Beverly Kay | | |
| 1:30 | | | | | | Up in room pleasant | | |
| 12-6 | | | | | MON JAN 9 | Sleeping | | |
| 7:30 | | | | | diet | ate well | | |
| 7:00-10:15 | | | | | | A.M. care & bath | | |
| | | | | | | | | |
| 12 | | | | | diet | ate well | | |
| 2 | | | | | | Playing cards in his room | | |

000733

## ST. FRANCIS HOSPITAL

## NURSE'S NOTES

DATE 1-9-67    NAME Durkey, Wesley    DOCTOR Erken    ROOM 22 π

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 4⁰⁰ | | | | | | In room 27 sociable | | |
| | | | | | | To rec. room watching T.V. | | |
| | | | | | | Started on psychological tests. | | |
| | | | | | | Found in pts possession several mother torn from a book hidden in room | | |
| 5⁰⁰ | | | | | diet taken well | In rec. room watching T.V. | | |
| 7 | | | | | | Quiet here | | |
| 8-10 | | | | | | Remains in room. To rec. room playing cards. | | |
| 10³⁰ | | | | Noludar 300 mg | | Quiet Beverly Jay | | |
| 11³⁹ | | | | | | Quieter Reading in bed | | |
| 12⁰-6⁰⁰ | | | | | TUE JAN 10 | sleeping Slept well. Theresa Ung R.N. | | |
| 7³⁰ | | | | | Diet~ taken well | | | |
| 8⁰⁰ | | | | | | A.M. care c̄ shower Watching TV in rec. room Playing checkers with pt's from 27. Dr. Erken in | | |
| 9¹⁵ | | | | | | | | |
| ¹³⁰ | | | | | Diet~ taken fair | In room 27 helping pt. in bed 3 get ready to leave. | | |
| 12⁴⁵ | | | | | | Nurse asked pt if he was ready to go bowling "I'll go if I can play pool instead of bowl" | | |
| 1⁰ | | | | | | Bowling with group. Remains in room rather quiet | | |
| 4 | | | | | | diet taken well | | |

## ST. FRANCIS HOSPITAL

## NURSE'S NOTES

DATE 1-10-67   NAME Burkey, Wesley   DOCTOR Erken   ROOM 22

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| | | | | | | diet taken well | | |
| 7-8³⁰ | | | | | | Aunt here visiting | | |
| | | | | | | In room 27 visiting | | |
| | | | | | | most of eve. | | |
| 10⁰⁰ | | | | | | Awake about an hour | | |
| 10³⁰ | | | | | | Quiet   Directly lay | | |
| 12N | | | | | TUE JAN 10 | Awake quiet | | |
| | | | | | | Sleeping | | |
| 2²·⁵⁰ | | | | | | cont. Sleeping | | |
| 6³⁰ | | | | | | Good night Louise | | |
| 7³⁰ | | | | | Diet ~ | taken well | | |
| 8⁰⁰ | | | | | | Gen. A.M. care c shower | | |
| | | | | | | [and shave.] | | |
| 13³⁰ | | | | | | Visiting in room 27 | | |
| | | | | | | Dr. Erken in | | |
| 10⁰⁰ | | | | | | Playing checker c | | |
| | | | | | | 27 in recreation room | | |
| 11³⁰ | | | | | | most of a.m. | | |
| | | | | | Diet ~ | taken well | | |
| | | | | | | Watching T.V. in rec. room | | |
| 2³⁰ | | | | | | Dismissed ambulatory, | | |
| | | | | | | accompanied by Aunt. | | |
| | | | | | | Mary Feuchenberger S.N. | | |

I-251

000735

# Compassion

## Written by Death-Row Prisoners

140 W. South Boundary Street | Perrysburg, OH 43551    September 2016 | Vol. 21 | Issue 89 (Bi-monthly)

*Publishing compassionate and introspective articles written by death-row prisoners.*



Jordin Brown



Colby Leeper

## IN THIS ISSUE:

- ▶ Editorial: Impulse Control
- ▶ Faith
- ▶ Letters to the Editor
- ▶ Humility
- ▶ Victims' Voice
- ▶ The Viking Lady
- ▶ I'm Just Say'n
- ▶ The Thrill is Gone
- ▶ Don't Worry, Be Happy
- ▶ My Heart is Aching
- ▶ What Exactly is a Friend
- ▶ And More...

www.compassionondeathrow.net

# Two Compassion Scholarships Awarded

Compassion Death Row Prisoners are awarding $1,500.00 scholarships to Jordin Brown from Grove City, Ohio who will be attending the University of Charleston and to Colby Leeper from Wichita, Kansas who will be attending Missouri Southern State University. Both are recent high school graduates and the essays they wrote to accompany their applications appear below:

## From Carefree… To Man of the House

### By Jordin Brown

On Friday, November 22, 2013, I was going about my daily morning routine, getting ready for school when my life changed forever. The doorbell rang and when my little brother answered the door he was shot point blank in the head. Jaiden was nine years old and in the fourth grade. It's easy to remember him – I do it every day. The hard part is accepting that he's gone forever and adjusting to life after his death. My older brother, my mom and I lost an angel that morning.

My family has changed dramatically since his murder. Physically we are no longer a family of four but a family of three. Our routines changed. I no longer needed to take Jaiden to school, and I

*Continued on page 6*

## I Wish We Could All Let Go of Hate

### By Colby Leeper

I understand what it feels like to be lonely, to yearn for something you cannot have, to be lost and sad. I also know what it is like to overcome. In November of 2008, 49 days before my eleventh birthday, my dad was murdered. I remember my mom coming to my school that day to tell me and I could not believe that I would never see him again. I have missed him every day of my life since. He was taken from me in an act of hate, but I am grateful that I do not hate. The man who murdered my dad had his own children. They are also victims of this crime. I know it is not their fault. I wish I could change what happened. I could have my dad and they could have theirs.

*Continued on page 6*

# Divine Love

Trust in the fact

I will never leave you or turn my back on you.

Trust in the fact

Wherever you go or live, that I am with you.

Trust in the fact

I will always be loyal to our people of faith.

Trust in the fact

I wish to reside wherever you are.

Trust in the fact

In life and light that we will never be separated.

*Inspired by Ruth 1:16-17*
*Intended for wedding vows 2010*



Kurt Michaels
California Death Row
San Quentin, CA

000736

# Letters to the Editor

Letters to the Editor are welcomed from all prisoners (this includes non-death row prisoners) and the outside community.

In submitting letters, we ask that compassionate and introspective guidelines apply to your communications.

Limit size to 400 words or less. Letters may be edited for clarity and space considerations.

**SEND ALL COMMUNICATIONS TO:**

COMPASSION OFFICE
140 W. South Boundary Street
Perrysburg, OH 43551

**COMPASSION OUTSIDE COORDINATOR**

compassionondeathrow@msn.com
TEL:    419-874-1333
FAX:    419-874-3441

**WEBSITE ADDRESS:**
www.compassionondeathrow.net

**PUBLISHER**
Compassion

**EDITOR**
George Wilkerson

**ASSISTANT EDITORS**
Anthony Cain, Al Cunningham,
Konstantinos Fotopoulos,
Kevin Marinelli, Wesley Purkey,
Melvin Speight and
Abu Ali Abdur-Rahman

**CONTRIBUTING WRITERS**
Kyre Allen, Kurt Michaels,
John Robinson, Marcus Robinson,
Randy Tundidor
and La Twon R. Weaver

*PLEASE NOTE: Any opinions expressed in this publication are those of the individuals writing them and not of Compassion or other staff members. Anything death row prisoners write may jeopardize their future appeals. This may limit the scope of their expressions.*

*All stories are subject to editing for grammar, sentence structure, and clarity.*

# Editorial: Impulse Control

Several impulses can seem almost impossible to resist. Perhaps that's why God tells us to "flee sexual immorality." Entertaining a sexual thought can instantly arouse the body, thereby adding intense sensation to the temptation, making it even more difficult to control.

Amnon (II Sam.13) found his sister Tamar beautiful, which was fine… until he turned his admiration into sexual attraction, and then allowed his desire to drag him away and entice him with inflammatory images of what he'd like to do with her. He should have fled. Those thoughts dominated his mind, making him so sexually frustrated he felt sick. The images consumed him.

Rather than fleeing, he engaged. He knew he was in trouble, but failed to pray for God to help. Instead of seeking Godly counsel, he sought ungodly advice: He listened to his cousin's devious scheme to arrange a scenario that would place Amnon and Tamar alone, in a bedroom – which was unlikely to happen otherwise, since, back then everyone was sensitive to anything considered suspect, such as a woman being alone in a bedroom with a man who wasn't her husband.

Scripture tells us not to make provision for sin, yet by accepting the scheme, Amnon committed to a chain of events, a course of action along the way of which he would have to make decision after decision until it culminated in the brutal rape of poor Tamar. He had to plan and arrange events, tell lies, act out roles; he had to make dozens of little decisions to achieve his ultimate goal. At each point he could've stopped and repented for having chased a sin. The rape was not an accident or spontaneous incident. It didn't "just happen". He made provision for it.

How many times have I gotten preoccupied with a sinful desire, like getting money by any means necessary, become so set on making it reality that I made provision for it? Since my goal was sin-motivated, so too was every choice I made along the way to attain it contaminated. I can see how a single sin (greed, lust, etc.) can pull a person off the path, because for some sins we have to literally go out of our way to commit them.

When I sold drugs, I had to do a lot of things to make it happen. It became a lifestyle. My daily life was consumed with doing the hundreds of little things necessary to be a successful drug-dealer. It distorted my life and worldview, because when I felt guilty, or was called out for what I did, I justified myself by changing the Truth instead of my behavior.

Think:  How much of your life consists of the hundreds of "little" things needed to attain the wrong thing? How many people hurt, how many lies told, how many crimes committed? For those of us who get caught up making provisions, I pray God will help us interrupt the domino effect, and save us from our own worst enemy: ourselves.



George Wilkerson
Editor
North Carolina Death Row
Raleigh, NC

## Correction

In our July issue the article "The Fellowship of the Unashamed" mistakenly identified Donna Roberts as submitting the piece.

The article was submitted by:



Carlette Parker
North Carolina Death Row
Raleigh, NC

**000737**

# Faith

There's an old legend about a proud man who was making fun of a beggar who was a Christian. "How can you say God is everywhere?," the unbeliever taunted. "I have looked all over, and I don't see Him anywhere." Without saying a word, the ragged man reached down, picked up a clump of earth, and bounced it off the man's head. "Ow!' the man cried, "That hurts." The beggar replied, "You're complaining because you say you have pain in your head. Show me your pain. Then I will believe it."

Although I wouldn't advise konking someone on the head to win an argument, the beggar did make a good point.

We don't need to see God with our eyes to know that He is there. The Bible tells us He is everywhere present (Psalm 139:7-10), and by faith we accept that concept to be true. And because He is a spiritual being (John 4:24), He is not bound by time or space.

The fact that God is always with us scares some people. They don't want Him to know what they're doing. God's omnipresence should not make us uneasy, however. It should encourage us. It means that wherever we go, whatever we get ourselves into, He is with us.

When we drop off to sleep and when we wake up, He is there. When we are surrounded by unbelievers at work or in transit to and from work, He is there. In the solitude of our rooms or among the crowds at the mall, in the car while we drive, He is by our side. He leads us, protects us, and comforts us.

Lord, I am glad that there is no place I can go where You are not there. Thank You for being the God who is with me.



Al Cunningham
California Death Row
San Quentin, CA

# Letters to the Editor:

## The Real Prison

Prison is not the way people think it is. I found that only prisoners know the real prison. The real prison is loneliness that sinks its teeth into the souls of people, emptiness that leaves a sick feeling inside. It is anxiety that pushes and swells, uncertainty that smothers and stifles. It is frustration, futility, despair and feeling indifferent.

The real prison suppresses, deadens and crushes. Its walls seem to close in on an inmate. It makes life without meaning, life without purpose. It is all that and more. It is being incarcerated without even notoriety: without the traditional storybook plot and intrigue.

The real prison is never portrayed on the screen. The real prison is where people struggle fervently to find the answer to themselves. The place of routine, where, at times living is a weary task. It is a place of hopelessness.

Prison is the mute drama of the people who have been paying debts for 5, 10, 20, even 50 years and know their debts will never be paid in full.

Too much of the real prison is sordidness, indifference and disappointment. Crowded in the confines of corrections are people who have seen so many third-rate motel rooms in so many cities, too many smoke-filled gin mills on too many skid rows: too many days without beauty and too much darkness without light.

The real prison is much more formidable than stone walls, steel bars and gun towers. It almost shouts its contempt for its fumbling and groping humanity. It listens unhearing, unheedingly, to the cries of the damned.

Prison is cold, harsh, and merciless. It is the place of many "reasons," many "causes" and many "failures." The place of hundreds of untold stories.

The real prison is the empty feeling that gnaws at a man who waits with anxious anticipation for letters that never come and the visitors that never arrive. It is the place of despair for the youths committed to it for the rest of their natural lives... The youths whose futures have been taken away.

The real prison is the place filled with the regret of men who took lives in moments of anger; once the moments of passion were spent, they began paying for their crimes and have paid for them in a thousand different ways. The narrowness of a cell that crushes, that bears heavily, speaks of the real prison. The strains of familiar songs on the radio that stab and torture memory are part of prison life. The emptiness of the days and the loneliness of the nights are repeated endlessly.

The real prison? It is the prison only those who live within its walls will ever know.

Stephen LaValle
Shawangunk Correctional Facility
Wallkill, NY

## Hidden Voices

Greetings men and women on Death Row, and thank you for your courage in sharing honestly, your pains, fears, sins, joys and transformations. Your essays and poems give insight and inspiration, and we want you to know your voices are heard, that people outside the walls are watching and listening. Keep up the work: It makes a difference.

Since 2013, we've had the privilege and challenge of working with men on death row through a project called "Serving Life". As part of this project, we're developing an interactive touring exhibit to connect the public with the stories of those incarcerated. We would like to include prayers from prisoners on Death Row. We invite those who are so moved to share your personal prayers--the words you use to guide your days, to ask for assistance, to bless the life of an enemy, to praise and thank your Creator. We will share as many as possible within the exhibit, and look forward to sharing with you the audience responses. For more information, you may have your family or friends go to: hiddenvoices.org. Prayers are sacred, they are intimate: your soul is vulnerable, and we honor and respect that. What better way to show your humanity than to share your heart?

Please send contributions to:

Prayers from Prisoners
c/o Hidden Voices
9602 Art Road
Cedar Grove, NC 27231



Lynden Harris
Founder & Director
Hidden Voices

000738

3

# Humility

Humility, I believe, should give a person greater patience and tolerance in fighting life's difficult struggles, as well as keeping in mind that all individuals, with rare exception, deserve not only love and respect but forgiveness for their transgressions in this world. Some people have taken issue with my contention that "rare exceptions" exist to such love, respect and forgiveness being shown to all individuals; but whether such claims are justified is not germane to this brief material and will be saved for another day. Generally the insightful lessons taught through humility are not taught on pristine mountain tops, but instead are taught in some of the darkest and deepest valleys of despair. In such valleys of despair, loneliness and desolation is where genuine and sincere remorse is cultivated, in combination with forging the true essence of humility. These synonymous virtues of humility and remorse teach a person that it is far better to extend empathy, kindness and love for others in their life's sufferings, downfalls and plights rather than to levy scorn, ridicule and hasty harsh judgments upon them. These hard-taught lessons indubitably bring to bear witness that no individual who dwells on the face of this earth is infallible and that "to be human is to err."

Generally, the weaknesses that we perceive to be in others, and are so ready to criticize them for, can readily be found in ourselves through minimal scrutiny. Humility is the true measuring stick for any human being, no matter their status or stature in this world. It cannot be bought but must be earned via life's darkest trials and tribulations. Such humility of depth is seen through a person's empathy and compassion shown to others and self. We all live in glass houses and as Christ told the gathering crowd, who eagerly waited to stone to death the sinner prostitute who cringed and cowered before them in fear, "let them without sin cast the first stone". You could have heard a pin drop as the stones were being reluctantly released by the crowd and hitting the ground. The "sinner," the prostitute, lived to see another day and found that by helping others who shared similar plights in their lives as she did – she actually helped herself as well.

Genuine remorse to me is when a person finds the courage and fortitude to face up to the suffering and harm that their selfishness has caused others. Mere lip service of a person claiming remorse for their dire selfish actions that have caused heart-breaking suffering in other people's lives demonstrates not only their utter lack of character, but is the ultimate disrespect for those individuals that they have so egregiously harmed. Truly, remorse is not only found in a person's courage to accept responsibility for their selfish and devastating actions, but I believe comes to bear when they actually start to experience the feeling of dire pain and suffering that they caused. Humility and remorse are mutually cultivated through a person's life on a continuing basis, aiding a person to mature in the face of their egregious selfish actions and making amends for such through acts of empathy and significant consideration for others.

Of course, remorse is not dependent on forgiveness, as forgiveness is not dependent on a person's failure to demonstrate genuine and sincere remorse. Dale Carnegie offered an alternative to these given circumstances and said that "a person may not be saintly enough to forgive their enemy their sins, but for the sake of their own health and happiness, at least forgive them, and then forget them. "

Of course, remorse could never be of substance if extended for the purpose of seeking forgiveness, whereas the sincerity of such deep-rooted emotions must germinate from the depth of a person's heart and soul. The symbiosis teaching of remorse and humility has taught me what Plato so poignantly said, and that is, "be kind, because everyone you meet is fighting struggles that you know nothing about!"

Without a doubt, love is the best antidote for hatred, and goodwill for anger; the presence of one implies the absence of the other. In saying as much, when unconditional love is mustered in a person's heart in lieu of hatred, then all individuals on the face of the earth will receive the love, respect and forgiveness that is so deserving based on a person's dignity in this world.

---

# VICTIMS VOICE

## My Sorrow



*Charisse Coleman*

Charisse Coleman's brother Russell was shot to death in 1995 during a robbery at his workplace in Shreveport, Louisiana.

Although Charisse was against the death penalty even before her brother's murder, his killer is now on death row in Angola. She says "My sorrow is not for Russell or myself or my family alone. It is for the upwardly spiraling frenzy of violence swirling around us. How do we put an end to that? I just can't justify executions when I believe they make that larger problem worse. At best, the State's decision to kill in order to show that killing is wrong... is an ineffective act. At worst, it inflames the very problems that led to violence in the first place."

Charisse is currently a writer and teacher living in Durham, North Carolina. She recently received a North Carolina Arts Council Fellowship to further her work on a book about changes wrought by her brother's murder.

For more information visit: JourneyofHope.org

000739



Wesley Purkey
Federal Death Row
Terra Haute, IN

# Death Row Prisoners Donate Art
## FOR SCHOLARSHIPS



## Bless You

By Jeffrey Tiner
Oregon Death Row
Salem, OR

16" x 16" Colored Pencil on cotton
$50.00 includes postage and handling

To purchase make your check to
Compassion and send to the
address on page 2.

### *We are in Need of Prisoner Drawings and Paintings*

All proceeds from artwork and a portion from all donations are given in college scholarship form to family members of murder victims. Please see page 2 for address to send artwork.

To obtain a scholarship application, visit our website, email, or phone us using the information on page 2.

# The Viking Lady

The past few days have been hard without her. We'd written about friendship and family, happiness and sorrow, support and abandonment. How can two people have so much in common?

Thousands of miles, the vast ocean, centuries of cultural differences — all were between us, yet week after week we got closer, even with both of us having life-changing medical conditions, the worst of which known only to those caught up in that nightmare. We were two people intimate with pain, forgotten by many, and challenged by numerous obstacles, helping each other day after day, waiting anxiously for the next letter to arrive. Letters became a source of life.

My Viking friend understood me, so how could I hurt her? Why can't things ever be simple? We were two people who could make each other laugh and cry from pure joy. Why do we let our pasts negatively affect our wonderful friendships? Why does there always have to be a right and wrong with people?

I felt this special person would leave soon, thinking it was too nice to be true — so I pushed her away, she who was undoubtedly one of the best things in my life. Why can't we just focus on the person in front of us and leave the past behind? We need to hold onto and cherish our children, the friends we have, our soul mates.

Does the past always make being honest hard because we're scared of being hurt again? Truth is the past can lead to disaster. The pain others have caused us can be the thing we focus on, causing us to see those "telltale" signs telling us we're about to be hurt: The safety net is erected.

How do we avoid hurting the people in our life now? Is there one right way? I pushed the Viking lady away figuring she was going to leave anyway, like everyone else has. But was she? I'd do anything to take that action back. She's hurt now though, and I have neither her letters nor the smiles they brought. I feel worse than ever...

Do any of my relationships have a chance?

How long before my friends are gone?

How many chances are enough? One?

Should a man or woman be condemned for a single incident? The good in us — does it even matter?

It's crazy: I'm sentenced to death, and it's the loss of the Viking Lady that has me so dismayed...



Randy Tundidor
Florida Death Row
Raiford, FL

**000740**

# I'm Just Say'n

Tomorrow is not promised.
Anything could happen.
The world could come to an end.
Or you could die laughin'

I'm just say'n

Tomorrow is not promised.
You shouldn't take it for granted.
You could go into cardiac arrest
And drop dead eating a sandwich.

I'm just say'n

Tomorrow is not promised.
There are no guarantees.
Life is full of surprises.
Who knows what a day may bring?

I'm just say'n

A trip to the doctor
May reveal the worst.
A slip on a banana peel
Head first

I'm just say'n

Just because you're healthy,
And work out 7 days a week,
Doesn't mean death won't come creepin'
While you're asleep.

I'm just say'n

Why wait until it's too late?
Why put off what you can do today?
Why let pride get in the way?
Why not take a moment and pray.

I'm just say'n



La Twon R. Weaver
California Death Row
San Quentin, CA

5

# The Thrill Is Gone

The thrill of the kill is no longer the
    deal to a man
Who's changed his life...
Wife, kids, and family to consider
No more time for living tripe,

A new reality is his mentality
When contemplating difficult decisions,
Prosperity, longevity, and success
    is the main focus
Of his mission.
Shunning the cloak of debauchery,
Starving oneself of the blood-lust...
Hanging up the sword of mayhem
    and the urge to use its mighty thrust.

The thrill of the kill is so very real
It courses through the veins.
It takes a resilient chum to buck
    against the thrum
And pull in the robust and potent reins.
The thrill and the rush is akin to lust,
    desire boiling to a climax
Adrenaline flows, blood-pressure
    blows now look
Where I'm at!
I can't swallow this pill;
    it's no longer a thrill,
My ride is coming to an end...
I just want to chill, live life for real
And end this self destructive trend.



Marcus Robinson
North Carolina Death Row
Raleigh, NC



## Two Compassion Scholarships Awarded (Continued from cover)

### From Carefree...To Man of the House

received no more text messages asking if I could pick him up from school or daycare on my way home from practice. I also lost my youth that day. I went from a carefree sophomore to the man of the house almost immediately. My mother witnessed her youngest son shot in the head. She has good days and bad days of functioning, and it is painful to see her hurting. I took on the role of grocery shopping, cooking dinner, making sure my mom was okay – things she normally did for me, and which I took for granted. I took on this new role of caring for my family while continuing to keep my grades up so I would be eligible to play football and basketball.

This scholarship is important to me as it will help me achieve my goal of attending college and furthering my education. The police informed us that I was also a target of the shooter that morning. Since learning this, it has changed my outlook on life and just how precious time with our loved ones really is. My goals are to be the first in my family to graduate college and live the rest of my life in honor of the world's best little brother, Jaiden Dixon. I also have been an advocate for organ donation and common sense gun control. Assistance from this scholarship will help me on the path to achieve these goals.

### I Wish We Could All Let Go of Hate

Violence is senseless. I wish we could all let go of hate and learn to feel compassion for one another. I learned this lesson the hard way, but it is one I will never forget.

Over the last seven years I have become a good athlete, a good friend, and a good student. I love my school and my community and I want to be involved. I am captain of the football team and I volunteer at my school and in my city. I currently have a 3.4 GPA, but am trying to increase it this year, and I am ranked 92nd in my class of 316.

My father will never watch me play football again; he will not be at my graduation. But I am still determined to make him proud. I will go to college and pursue a degree in secondary education. My goal is to become a teacher and a coach. This scholarship will help me reach that goal and become the person I know I can be. I have the courage to grow, and with my guardian angel watching over me anything is possible.

# Don't Worry, Be Happy

There are memorable moments of my past that will always be a treasure to me. Like the time I kept my goddaughter over the weekend while her mother was in the hospital. My goddaughter was only 3 years old at the time. I was dealing with some personal issues that were really getting the best of me no matter how strong I was trying to be.

I remember this particular night, while in the kitchen cooking dinner. I sat my goddaughter in a chair and put a coloring book in front of her while I cooked. My mind started pondering what was happening to me, and, before I knew it, tears were rolling down my face. I was cooking and crying at the same time, it's a wonder I didn't burn our meal. But while I was caught up in my thoughts, crying, I did not recognize the tune my goddaughter had been singing over and over: Bobby McFarland's "Don't Worry, Be Happy." That was the only part of the whole song she knew: Don't Worry, Be Happy. When I set our plates down, my goddaughter got out of her chair, walked over to me, put her arms around my neck and softly sang, "Don't Worry, Be Happy," four times.

Here's a child whose mother was in the hospital. She didn't understand why. But unbeknownst to me, she knew one thing to tell me; and I believe to this day God moved my little girl to tell me. Now I want to tell those who are hurting, and life is really challenging you – don't worry, be happy. Because your weeping may only be for a night, but there is truly a joyful morning to come.



Kyre Allen
Texas Death Row
Livingston, TX

000741

# PRISONERS OF DEATH ROW
## YOUR ASSISTANCE WILL BE APPRECIATED

**Please mail your writings to:**
**COMPASSION**
140 W. South Boundary St. | Perrysburg, OH 43551

*If you want to share someone else's work, please be sure you include the name of the author or its origin.*

## 7 Suggestions and Guidelines

1. Write about an experience that impacted you.

2. It doesn't have to be religious. Here are some themes: anger, apathy, beauty, betrayal, boredom, change, complacency, courage, fear, friendship, growing older, jealousy, pride, purpose, vices, and wisdom.

3. Use sensory details – the smell, who said what, its color, how cold it felt. Sensory details connect your experience to your readers.

4. There's no need to use big words when a simpler one suffices: leave your ego at the door with your case: this isn't the place for either one.

5. Look for ways to unify; help; and solve problems.

6. Be authentic. Be yourself. No one's perfect.

7. Try to limit it to 400 words or less, and if possible enclose a photo of yourself.

## Thank you to our donors who are making this publication possible.

**SILVER DONORS ($1000 OR MORE):**
St. Rose Parish, Perrysburg, OH
Rev. Charles Ritter
Sisters of the Most Precious Blood, Dayton, OH
In Memory of Deacon Ken Cappelletty

**BRONZE DONORS ($500 OR MORE):**
Saint Rita Church, Rockford, IL
Ken & Elizabeth Green, Kansas City, MO
St. Mark Catholic Church, Augres, MI
Knights of Peter Claver, New Orleans, LA
St. Joseph Church, Sylvania, OH
Diocese of St. Petersburg, FL
Diocese of San Diego, CA
Rev. Neil Kookoothe, St. Charence Church
Dominican Sisters of St. Catherine of Siena

**PATRONS ($100 OR MORE):**
Martha Baldoni
An Anonymous Friend
Catholic Diocese Jefferson City, MO
Margy Paoletti
Martha May
Walter Foster
Rev. Arturo Perez-Rodriguez
St. Katharine Drexel, Frederick, MD
Rev. Nicolas Weibl
Sisters of St. Francis, Tiffin, OH
Carl Hyde
Rev. Nelson Belizario
St. Thomas Aquinas, Toledo, OH
Good Shepherd Church, Toledo, OH
Eugene Schmitt
Constance Laessig
St. Jerome Church, North Weymouth, MA
Charles Henry Diller

Church of the Sacred Heart, Sauk Rapids, MN
St. Patrick Church, Grand Rapids, OH
St. Mary's Church, Defiance, OH
James Steinle
St. Pius X Parish, Toledo, OH
Kristen Keller
Fr. Richard Notter
Sisters of Mercy of Americas, Fremont, OH
Ron Hitzler
Margaret Keller
Joseph Griffin
Aux. Bishop David Talley
Rev. Edward Schleter
Carol Smelley
Rev. James Peiffer
Anna Mae Whaley
Cathy Cappelletty

Sisters of St. Francis, Sylvania, OH
In Memory of:
Sister Mary Immaculee Heinl
Norbert Wethington
St. Bartholomew Church, Colombus, IN
Cong. Of The Humility of Mary, Davenport, IA
Rev. Tony Gallagher
Rev. James Bacik
Corpus Christi Parish, Toledo, OH
Sister Delores Schuh, CHM
Rev. Raymond Ensman
Father Doug Hennessey
Sisters. of Mercy, St. Bernardine Home
Kolbe House, Chicago, IL
Arlynn Lyle
Rosemary Ymzon
Sisters of Charity

Sister Pat Schnapp
Sisters of St. Joseph Carondelet
Carol Kraus
Tom Perzynski
Anita Boylan
Richard & Shelly Kotz
Louise & Michael Sarra
Norbert & Martha Wethington
Ursuline Convent of the Sacred Heart
In Memory of Grace & Larry Russell
In Memory of Bob McCloud
Catholic Charities, Youngstown, OH
Our Lady of Hope, Attica, OH
St. Caspar, Wauseon, OH
St. Paul's, Norwalk, OH
Deacon Larry & Sue Lottier
Carl Kammire

## Also, Thank You to Our Subscribers and Other Donors.

# NO DONATION IS TOO SMALL

Compassion is sent free to all 3,000 death-row prisoners.
Your donation in any amount will help us to continue this outreach.

# COMPASSION DONATION | PARTICIPATION FORM

A portion of your donation will be given in college scholarships to family members of murdered victims.

- ☐ Benefactor – $10,000
- ☐ Lead Donor – $5,000
- ☐ Gold Donor – $2,500
- ☐ Silver Donor – $1,000
- ☐ Bronze Donor – $500
- ☐ Patron – $100.00 To $499.00
- ☐ Subscriber – $50.00
- ☐ Prisoners Not On Death Row – $25.00
- ☐ Other

**Please send tax deductible contribution to:**
St. Rose Peace & Justice / Compassion
140 W. South Boundary St., Perrysburg, OH 43551

Enclosed is $_____ for the donation/subscription checked on the left.
☐ Please keep my gift anonymous.

Name _____

Organization _____

Address _____

City _____  State _____  Zip _____

Day Phone **000742**      Evening Phone _____

## My Heart is Aching

We are getting left back
destroying ourselves
from within
I'm trying to destroy
   the misconceptions
with a pen
Eradicate each line
of self hate
and gravitate
to the positive
That is
that which lives
and gives
and asks nothing
in return
We want
what we earn
thus we must
learn to learn
And lead by example
spending ample
time
Showing love
and patience
each community
is a nation
unto itself
Sharing its knowledge
more valuable
than wealth
Improving the health
of our state of mind
Existing in a state
of being kind
And in turn we yearn
for a better tomorrow
For in the end
we're stronger
Remembering
but moving past
our sorrows.



Melvin Speight
Pennsylvania Death Row
Waynesburg, PA

# Compassion

St. Rose Parish
215 E. Front Street
Perrysburg, Ohio 43551

*Printing and Postage Paid for by: Compassion*

NON PROFIT ORG
US POSTAGE
PAID
PERRYSBURG OH
PERMIT 112

**********AUTO**MIXED AADC 480
Wesley Purkey
14679045
United States Penitentiary
PO Box 33
Terre Haute  IN  47808-0033

2570
T17  P1

# What Exactly is a Friend?

How does someone become a friend? It is difficult to comprehend that, as individuals, we can create kinship with others. A friend, or being a friend, belongs in the realm of gifts or mystery. A friend is sent to create, to understand, to be compassionate. There is no such thing as a friend school. No one can teach that, by simply making ourselves present to another in our lives, we bestow friendship. Where do we learn that within each of us is the power to create peace and caring in one another? How strange that in this presence to one another, friendship develops. What we first discover, what everyone eventually discovers is that to become a friend we must first offer ourselves. A friend is chosen by another, and enters into an experience like none other.

Friendship seems to happen because of the quality of accumulated presence that builds up over time or experiences shared with one another. In the process we absorb the ability to reconcile, heal and forgive. At times it is damn hard to be a friend, yet because we are different persons we are constantly being formed.

Friends are somehow given new eyes, new ears, a new heart and mind; and this happens simultaneously in each other. The curious thing about a friendship with someone is that it draws us into deeper friendships with other people around us. We begin to see others as friends too.

The secret which we each carry within ourselves is our uniqueness. We are each a whole new entity. We differ as blade of grass to blade of grass, planet to planet, star to star. Yes, each one of us carries deep wounds within us because of someone else's words, because of some else's lack of faith in us. Every person in our life has in some way created or diminished us, opened or closed us. Our availability to another calls them forth or holds them at a distance. Friendship of others is a reality which some are only dimly beginning to perceive – an extraordinarily comforting reality.

Select a person who is in and out of your life and decide to befriend them. Move first to settle old grudges, offer your hand in friendship. It was Gandhi who said, "The love of one person is sufficient to compensate for the hatred of millions." Each of us has the capacity to share our experiences, our life with someone as a friend. There is no greater gift we can give to another person than our time, our presence, our friendship.

*When you look into my eyes as I speak,*
*When you focus your attention toward my pain,*
*When you lift me with your smile and affirmation,*
*You become my true friend.*



John Robinson
Kansas Death Row
El Dorado, KS

000743

### "WEEPING MAY ENDURE FOR THE NIGHT, BUT JOY COMES IN THE MORNING"
*(Psalms 30:5)*

It is impossible to explain the excruciating pain, despair and life shattering devastation that left me laying face down and soul wrenching on the cold concrete Kansas City jail cell floor. The crushing weight of my selfish drug addiction and ruined life that left so many other lives utterly destroyed in its wake was unbearable and paralyzing.

My agonizing prayer, "Please, Lord, please just let me die, please just let me die!" was silently voiced between the soul-wrenching convulsions where my tears continued to flow on that cold concrete floor. The pain, sorrow and dread was incomprehensive, unimaginable and ineffable, yet a small inner voice repeatedly told me, "I love you. I will not abandon you."

*"Though weeping may endure for a night, it is a transient house guest, but joy comes in the morning." (Psalms 30:5)*

The Lord heard my tears, did not leave in spite of my sins, nor did He forsake me. Seven years later, sitting on Federal Death Row, I know that out of the most heartbreaking sorrow and tribulations can arise new understanding and strength. The unbearable transgressions that left me paralyzed and pleading to die on that cold and lonely concrete floor has been forgiven. God's marvelous grace is greater than 'any and all sins,' contrary to what I felt in my heart.

*"For by grace you have been saved through faith and that not of yourself, it is a gift of God."*
*(Ephesians 2:8)*

Thank You for that precious gift, for without it I would certainly already be dead from my transgressions.

There is no easy path for deliverance from our sinful selves, from our terrible addictions or from life's hard struggles. My prayer every morning is short but strong. It is: "Through Your strength, not of my own, do I face this day."

When I fall down, He helps me back up, as I would never have risen from that cold and lonely concrete floor without His love and mercy. Knowing Jesus has changed my life, taking away the old and bringing in the new. I know He will also do the same for anyone who calls upon His name, no matter the circumstances.

*-- Wesley I. Purkey*

**000744**

## CHANGE IS INEVITABLE
By Wesley I. Purkey/Federal

The present moment hovers between the past and the future,
Just as our life's hover between existence and non-existence.
We are reluctant to face change and what we perceive it might be,
Dreading the anguish that we cannot see!

Anguish emerges from craving,
For life to be other than what it is, and
here lies the most fundamental problem of human existance;
We are never satisfied!

If we don't have something,
we want some;
If we have some,
we want more; and
If we have lots,
we're afraid of losing it!

Life ebbs from moment to moment hooked together like a chain,
Change is inevitable yet we are blind to it,
Impermanancy indubitious, and
Reality never - ever remains the same!

Do not run from it,
Nor try to deny it exist,
Because you will suffer for it, instead
Trade insight in exchange for the debilitating pain!

BE LIKE WATER IN FINDING TRUE PEACE AND HAPPINESS

By Wesley I. Purkey/Federal Death Row

When we have buoynacy, we realize there's no hindrance,
    no obstacles to block life's paths.
It is neither fixed, nor rigid, it is fluid and flexible,
    like water it flows around rocks and continues to grow!

It shows that there is always some other way to live,
    in finding true peace and happiness.
It teaches us that we do not arrive at true peace and happiness,
    but instead that we are actually traveling in their paths!

True peace and happiness is found in nurturing love and compassion,
    for others and self. It is found in the essence of learning in
our life's, and that we need to listen in such teachings, and that
    to listen, we need to be quite!

It is through such quititude that manifest fortitude, which in turn
    true peace and happiness are found in our life's,
especially when we stop the wars within that plague our life's
    from the cradle to the grave!

    Be Like Water In Finding True Peace And Happiness!!!!

000746

# Compassion

## Written by Death-Row Prisoners

140 W. South Boundary Street | Perrysburg, OH 43551 November 2016 | Vol. 21 | Issue 90 (Bi-monthly)

*Publishing compassionate and introspective articles written by death-row prisoners.*



## IN THIS ISSUE:

- ▶ Editorial: Intersecting Destinies
- ▶ Letters to the Editor
- ▶ Victims' Voice
- ▶ A Baby's Hug!
- ▶ The Past is Over – Leave It Behind
- ▶ Of Our Self
- ▶ He Has Entered
- ▶ Be On The Watch
- ▶ Weeping May Endure for the Night, But Joy Comes in the Morning
- ▶ Character Assessment & Inventory List
- ▶ The Invitation
- ▶ And More...

www.compassionondeathrow.net

# Revel in Today

I am presently serving time on Florida's death row. During my short four year tenure here I have become aware of an anomaly concerning the perception of time. The irregularity occurs between the free-world people and those here on the row. This great contrast being that people in the free world often have a positive perception of the passage of time. While for people on the row the passage of time means another deadline has come and gone and we grow one step closer to what inevitably awaits us. We do look forward to visitation and mail call, as these are two rare moments when we can remind ourselves we are still human beings. Most free-world people are spared this foreboding sense of an approaching end. The only time they realize the finite existence they possess here on this terrestrial sphere is when they are faced with their own mortality. It is only then that they experience an epiphany and begin to understand the value of each evanescent moment they are afforded. Here, on the row you will find people diligently working on legal work, letters to the outside, art work, bible study, or some other things. We are all too aware of how unsure tomorrow is, for this reason we seldom waste today.

In conclusion I would like to share with you, the reader, a quote from Friedrich Nietzsche. I often have a difficult time finding things to agree with when I read his work. But back home in rural Alabama, where I grew up we often use a colloquialism, 'even a blind hog finds an acorn every now and then.' I believe Mr. Nietzsche found just such an acorn when he wrote, amor fati: that one wants nothing to be different – not forward, not backward, not in all eternity. I take this to mean that we should become so enraptured in today that we haven't time to regret yesterday or hope for a better tomorrow, but simply revel in today. I implore you to head Nietzsche's words and do not dare hope there will be a morrow, and don't writhe beneath the cumbersome weight of yesterday's missteps. We must learn from these mistakes and try to forge a better today. That is, as I see it, the great and only hope of mankind. And no matter what anyone thinks, as we sit here on death row, we are still a part of mankind. Our freedom is taken from us but no one can take our humanity.



Johnny Calhoun
Florida State Prison
Raiford, FL

# 7 Steps to Harmony

1. Train up properly the children
2. Teach by example the youth
3. Encourage with wisdom-filled advice the adults
4. Communicate and share with love-inspired support your spouse
5. Aide and assist with gentle, patient hands and mind the elderly
6. Love without prejudice, malice, or favoritism all creation
7. Listen closely to the oft-times sublime words of instruction, correction, and rebuke from the Creator's wisdom



William Morganherring IV
North Carolina Death Row
Raleigh, NC

000747

# Letters to the Editor

Letters to the Editor are welcomed from all prisoners (this includes non-death row prisoners) and the outside community.

In submitting letters, we ask that compassionate and introspective guidelines apply to your communications.

Limit size to 400 words or less. Letters may be edited for clarity and space considerations.

**SEND ALL COMMUNICATIONS TO:**
COMPASSION OFFICE
140 W. South Boundary Street
Perrysburg, OH 43551

**COMPASSION OUTSIDE COORDINATOR**
compassionondeathrow@msn.com
TEL:    419-874-1333
FAX:    419-874-3441

**WEBSITE ADDRESS:**
www.compassionondeathrow.net

**PUBLISHER**
Compassion

**EDITOR**
George Wilkerson

**ASSISTANT EDITORS**
Al Cunningham,
Konstantinos Fotopoulos,
Kevin Marinelli, Wesley Purkey,
Melvin Speight and
Abu Ali Abdur-Rahman

**CONTRIBUTING WRITERS**
Stephen M. Buckner,
Johnny Calhoun, Virginia Caudill,
William Morganherring IV,
Cortne Robinson, John Robinson,
and Antonio Serna

*PLEASE NOTE: Any opinions expressed in this publication are those of the individuals writing them and not of Compassion or other staff members. Anything death row prisoners write may jeopardize their future appeals. This may limit the scope of their expressions.*

*All stories are subject to editing for grammar, sentence structure, and clarity.*

# Editorial: Intersecting Destinies

I could still detect the faint chemical smell of paint drying on my latest canvas as I bowed my head and heart to pray. "Thank you, God, for inspiring me to do this piece... but now what? Who do you want me to give it to?"

Immediately, God brought my sister Sara to mind. Don't get me wrong, I love my baby sister so much it hurts, but I was skeptical. "Lord, she's an atheist!" And she tended to roll her eyes anytime someone spoke about religion. Oh, I forgot. My hesitancy flowed from the fact God also wanted me to enclose a note telling her, "God told me to send you this." Though I'm a deeply rooted and established believer, it irks me when people treat me like I'm naive, or gullible, or crazy because I live by faith. However, convinced this was God's will, I began the process of mailing her the painting I'd just spent forty or more hours pouring my soul into. I even enclosed the note.

It usually takes three days to get a large package mailed out. Remember, I'm in prison. I'm supposed to be brought a receipt to sign off on by day two.

A week goes by, no receipt. I'm tripping. I'm angry. I'm worried, envisioning all sorts of scenarios. But before reacting, I prayed, "God, should I write a grievance? Have the Sarge call? What? Show me what to do..." God kept telling me to wait, be patient. I waited. (Without patience.)

Day nine, I get the receipt. I almost broke my pen signing it, but I was relieved the painting was on its way. Three weeks later, I heard from Sara:

"...I was in a bad place...desperate. I prayed to God that if He was real to please give me a sign. Next thing you know, I get this piece from you, not even an hour later. When I read in your letter God told you to send it to me, I cried. I have opened my heart to God..."

Being in prison, on Death Row, I've questioned how and why God could possibly use me. I struggle with feelings of worthlessness and aimlessness, despite being a sincere, repentant Believer; and despite the Bible saying God has plans for each of us (Eph.1:11-12; Rom.8:28-31). By allowing me to receive Sara's letter, God affirmed to me that He uses every member of the Body of Christ (1 Cor.12), including me. Including her, a newbie.

Sara may think I was the answer to her prayer, but really she was the answer to mine. God had caused our destinies to intersect at a critical juncture which changed the course of both our lives for the better. Further, I'm reminded I don't have to understand what God's planning to do – only what He's telling me to do (e.g., Acts 8:26-27). All I'm called to do is to Trust and Obey. The results are often incalculable, unpredictable, and up to God; that way, He gets the glory, not us.



George Wilkerson
Editor
North Carolina Death Row
Raleigh, NC

000748

# Letters to the Editor:

## The Perfect Helper

Writers look down upon a blank sheet of paper, aware that the heart is about to be revealed. Thinking on paper, and allowing the reader to participate, carries an awesome responsibility. Purpose should be established quickly, if only to hold the attention to intention.

The question that might be asked is: Why is this person writing words for the public to read? A writer without readers can't be an influential word slinger. The purpose for the effort is to be a witness for Jesus Christ and bring Good News to the Bookstores of America.

Let's get down to business. The introduction is pretty good so far, yet a constant effort can be the victim of distraction, if one is not fully committed, to the practice of good!

Who is the audience?

Death Row Inmates surely would be blessed as well as misfits, criminals, thugs, addicts of every sort, lunatics, the depressed, people in recovery, whores, freaks, perverts, Americans of every color and compulsive overeaters.

When you feel the urge to overeat, shout out, NO! Train the mind by chanting affirmations. Father God, Lord Jesus Christ, Holy Spirit Trinity. The Spirit released a spontaneous thought. You need me now. I am a good companion. "Know you not, that you are the Temple of God, and that the Spirit of God dwells in you? (1 Corinthians 3.16). Holy Spirit with Your help, I will fast and pray.

The Perfect Helper: the Holy Ghost really and truly is in our soul and helping us. In other words, we are not alone. He is with us, and through the strength God gives, by the Power of the Holy Ghost, we can begin to exercise willpower, and say with a confident voice, "I will not break the fast." Discipline is learned through fasting and praying.

"You shall receive the Power of the Holy Spirit coming upon you and you shall be My witnesses." (Acts 1:8).

Thank you, discipline, you make me stronger. Food has no power over me. I don't want to break fast, NO! I will practice self control, I don't have to do it. NO! Do or don't, will or won't, the choice is up to me, I'm not going to eat compulsively. Depend on good ideas to occupy the mind. Choose your finest thoughts. Take care of the mind, keep it pure and clean. Practice faith, get results. Resist the urge to compulsively overeat. You can do it with effort. I will not break the fast. Hunger is coming to visit. Bless the Lord my soul, everything is perfect, the Holy Ghost is here.

Helpful thoughts: Success. Perfection. Confidence. Self-control. Determination. Holiness. Achievement. Abstinence. Jesus loves happiness. Praise the Lord, I am abstinent.

*To be continued...*



Charles Henry Diller
Assistant Editor of Outside Communication
Dallas State Correctional Institution
Dallas, PA

## Some of the Greatest Minds are In Prison

Prison is a place where you can find a scholar of any kind. The system can lock up a person's body, but it can't incarcerate a person's mind. The mind can accomplish what it wills, it's stronger than concrete, razor wire, and steel. Spending my future incarcerated is something I hate, but my mother always told me, "It's never too late." Through self-rehabilitation, a criminal can turn himself into a citizen. We may have lost in the courtroom, yet we can win at becoming better men.

I am not a model prisoner because prison does not model me. From the beginning I was determined to be the best I could be. I was given a prison number, labeled as a stereotype, and I walk the yard daily – but I don't believe the hype. I was born to be more than just another statistic, so I had to look at my life in a way that was realistic. I couldn't let all the talents I have go to waste; therefore, I had to organize my unprofessional talent with haste. I started reading – hundreds of books, I read – because history and experience taught me that all the men in prison are not crooks. Some are politicians, psychologists, accountants, and professionals of every kind. The world has locked up some of its greatest minds. They may have committed crimes that landed them behind bars, and through the pain of their mistakes they have to heal many scars. They went to prison as their problem but now they have a solution, changed men who want to cleanse the world of their past pollution.

The smartest people do some of the dumbest things – that's how some of the greatest minds end up living on prison wings. Their entrepreneurial spirit was misguided in a criminal enterprise. In the end they lost their fortune and freedom to a prison disguise. Now it's time to turn things around for the better, the truth of this rhyme is spelled out in each and every letter!

I write this as I sit in prison, but I am no ordinary man, because God has blessed me with the gift to write, and a faith-based plan, so with my talent I want to author many books of every kind. I am a prisoner, but I have a great mind. I succeeded against the odds to claim the greatness I possess. Now the greatness in me refuses to settle for less. It doesn't stop with the pen and the books I'll one day write, because I also study to be a paralegal at night. I want to found a nonprofit organization for troubled teens headed down my path – to intercept them – for I know they can be successful entrepreneurs if they don't limit themselves to street math. And it doesn't stop there, because there's no limit to the goals I'll pursue. So many men in prison are doing the same things I'm trying to do. It is from the lowest depths the greatest men have risen. Some of the world's greatest minds are in prison.



Darrell Sharpe
Massachusetts Correctional Institute
Norfolk, MA

3

# VICTIMS VOICE

## We are Fundamentally One



*Gary Gauger*

Gary Gauger was recently interviewed for Compassion newsletter. He was sent to death row in Illinois for the 1993 murder of his elderly parents Ruth and Morris Gauger. Thanks to the hard work of those who believed in his innocence, he was ultimately released and exonerated and two other men were arrested for the crime.

Gary feels that police perjured themselves in his case which resulted in his conviction. As such he is convinced there are those on death row that were falsely convicted. He refers to the case of Jon Burge, former Chicago Police detective, who was convicted and sentenced to prison for torturing more than 200 criminal suspects into making confessions between 1972 and 1991.

Gary said, "Since my arrest and wrongful conviction for the death of my parents, I've given the death penalty considerable thought. Death for death is an escalation and continuation of society's murderous domination of the weak and disenfranchised. If we desire to transcend our murderous past and grow as enlightened and loving beings that we have the potential to be, we must demonstrate forgiveness and compassion to all our members, and recognize that we are all fundamentally one."

Gary knows that it is difficult to get reversals in verdicts since "Prosecutors jealously guard their convictions". Even so he feels Compassion readers on death row should stay positive and "know that people care and keep plugging away."

For more information visit *www.JourneyofHope.org*

# A Baby's Hug!

We were the only family with children in the restaurant. I sat Erik in a highchair and noticed everyone was quietly sitting and talking. Suddenly, Erik squealed with glee and said, "Hi!" He pounded his fat baby hands on the high chair tray. His eyes were crinkled in laughter and his mouth was bared in a toothless grin as he wriggled and giggled with merriment.

I looked around and saw the source of his merriment. It was a man whose pants were baggy, with a zipper at half-mast, and his toes poked out of would be shoes. His shirt was dirty and his hair was uncombed and unwashed. His whiskers were too short to be called a beard and his nose was so varicose! It looked like a road map. We were too far from him to smell, but I was sure he smelled.

His hands waved and flopped on loose wrists. "Hi there baby. Hi there big boy. I see ya, buster," the man said to Erik. My husband and I exchanged looks, "What do we do?" Erik continued to laugh and answer,"HI!" Everyone in the restaurant noticed and looked at us and then at the man. The old geezer was creating a nuisance with my beautiful baby.

Our meal came and the old man began shouting from across the room, "Do ya patty cake? Do you know peek-a-boo? Hey, look he knows peek-a-boo". Nobody thought the old man was cute. He was obviously drunk. My husband and I were embarrassed . We ate in silence; all except for Erik, who was running through his repertoire for the admiring skid row bum, who in turn, reciprocated with his cute comments.

We finally got through the meal and headed for the door. My husband went to pay the check and told me to meet him in the parking lot. The old man sat poised between me and the door. "Lord, just let me out of here before he speaks to me or Erik," I prayed. As I drew closer to the man, I turned my back, trying to sidestep him and avoid any air he might be breathing. As I did, Erik leaned over my arm, reaching with both arms in a baby's "pick-me-up" position. Before I could stop him, Erik had propelled himself from my arms to the man's. Suddenly a very old smelly man and a very young baby consummated their love and kinship. Erik in an act of total trust, love, ad submission laid his tiny head upon the man's ragged shoulder. The man's eyes closed, and I saw tears hover beneath his lashes. His aged hands, full of grime, pain, and hard labor, cradled my baby's bottom and stroked his back. No two beings have ever loved so deeply for so short a time!

I stood awestruck. The old man rocked and cradled Erik in his arms, and his eyes opened and set squarely on mine. He said in a firm, commanding voice, "You take care of this baby." Somehow I man-aged, "I will," from a throat that contained a stone. He pried Erik from his chest, lovingly and longingly, as though he were in pain. I received my baby, and the man said, "God bless you, ma'am, you've given me my Christmas gift!" I said nothing more than a muttered, "thanks." With Erik in my arms, I ran for the car. My husband was wondering why I was crying and holding Eric so tightly, and why I was saying, "my God, my God, forgive me." I had just witnessed Christ's love shown through the innocence of a tiny child, who saw no sin, who made no judgment, a child who saw a soul, and a mother who saw a suit of clothes. I was a Christian who was blind, holding a child who was not. I felt it was God asking, "Are you willing to share your son for a moment?" While He shared His for all eternity! The ragged old man, unwittingly, had reminded me, "To enter the kingdom of God, we must become as little children." So in everything, do to others what you would have them do to you for this sums up the Law and the Prophets." Matthew 7:12.



Author Unknown
Received from: John Scott Bagett
Submitted by: Stephen M. Buckner
North Carolina Death Row
Raleigh, NC

4

000750

# The Past is Over – Leave it Behind

The other day I was listening to all the negativity that passes for communication in the cell house. Cell door warriors name-calling, shouting threats back and forth, accusations of past wrongs, the noise and pandemonium never seems to stop. Normally I just tune out this stupid hostility because it serves no useful purpose and frankly, I don't have time for anything that's not positive.

We have all been hurt by someone in the past. To deal with it we build up defenses to protect ourselves from being hurt again in the future. Being fearful of the past causes a fearful future, and then the past and future become one. We cannot love when we feel fear. We cannot love when we feel guilt. But, when we release the fear of the past and forgive everyone, we can experience a total rebirth and oneness with all.

For some reason we seem to consider it "natural" to use our past hurtful experiences as reference points from which to judge each other and the present. The result is we begin seeing the present through distorted, dark colored glasses. The negativity becomes constant.

Familiarity may not always breed contempt, but it is likely to dull our perceptions of those with whom we have close relationships. If we are to see our family, friends, or other prisoners as they truly are, we must see them in the now, by recognizing their past and our own have no validity in the present.

To begin this process we must look without condemnation on the present. Doing this will allow us to totally release others and ourselves from all the errors of the past. Then we are free to breathe in freedom and experience the miracle of love by sharing the mutual release. It allows for healing where love and caring is ever present, here and now. It is our investment in wanting to control, predict and protect that keeps us attached to the painful and negative experience of the past. Anger, fear and guilt, which are allied and which our minds make up, stimulate us to believe in this continuity of time.

If we feel someone rejected us, criticized us or was unfair to us in the past, we see that person as attacking us. This reinforces our fear and we attempt to attack back. Releasing the past means not blaming anyone, including ourselves. It means holding no grievances and totally accepting everyone, making no exceptions. It means a willingness to see only the light in others, and not their lamp shade!

Anger, fear, guilt and love, cannot co-exist. If we keep reliving the past in the future we become a slave to time. By forgiving and letting go of the past, we free ourselves of the painful burdens we have carried into the present. Now is the time to claim the opportunity for freedom in the present without past distortions. The past is over – leave it behind.



John Robinson
Kansas Death Row
El Dorado, KS

# Death Row Prisoners Donate Art
## F O R   S C H O L A R S H I P S





## Untitled

By Anthony LaMarca
Florida Death Row
Raiford, FL

9" x 12" Colored Pencil

$50.00 includes postage and handling

To purchase make your check to Compassion and send to the address on page 2.

---

### We are in Need of Prisoner Drawings and Paintings

All proceeds from artwork and a portion from all donations are given in college scholarship form to family members of murder victims. Please see page 2 for address to send artwork.

To obtain a scholarship application, visit our website, email, or phone us using the information on page 2.

000751

# Of Our Self

A man who knows nothing, a woman who knows everything,

A society who believes the opposite,

A man who fathers time, a mother who births nature,

A society conceived on an apocalypse.

A woman of study, a man of experience,

I am a society at war,

With man with woman, with difference with us,

I am of our one at core.

A man of society, a woman's child,

Stripped down to find from lost what's left,

The closest thing society must accept,

"I," a true reflection of our self.



Cortne Robinson
Texas Death Row
Livingston, TX

# He Has Entered

As I sit here - thinking of the past,
My hurt turned to stone,
    my wings - made of glass
I crossed the line
    and rode with Cain.
I f'ed up, and loved the pain,
    I cursed God
and felt no remorse.
    They call me a Monster,
a walking corpse:
    my hurt, full of scars;
my laughter, made of metal bars.
    Just like a book,
it's time for the next chapter-
    Death is knocking...
Death has entered!



Antonio Serna
New Mexico Death Row
Clayton, NM

5

# PRISONERS OF DEATH ROW
## YOUR ASSISTANCE WILL BE APPRECIATED

Please mail your writings to:
**COMPASSION**
140 W. South Boundary St., Perrysburg, OH 43551

If you want to share someone else's work, please be sure you include the name of the author or its origin.

### 7 Suggestions and Guidelines

1. Write about an experience that impacted you.

2. It doesn't have to be religious. Here are some themes: anger, apathy, beauty, betrayal, boredom, change, complacency, courage, fear, friendship, growing older, jealousy, pride, purpose, vices, and wisdom.

3. Use sensory details — the smell, who said what, its color, how cold it felt. Sensory details connect your experience to your readers.

4. There's no need to use big words when a simpler one suffices: leave your ego at the door with your case: this isn't the place for either one.

5. Look for ways to unify; help; and solve problems.

6. Be authentic. Be yourself. No one's perfect.

7. Try to limit it to 400 words or less, and if possible enclose a photo of yourself.

## Thank you to our donors who are making this publication possible.

**SILVER DONORS ($1000 OR MORE):**
St. Rose Parish, Perrysburg, OH
Rev. Charles Ritter
Sisters of the Most Precious Blood, Dayton, OH
In Memory of Deacon Ken Cappelletty

**BRONZE DONORS ($500 OR MORE):**
Saint Rita Church, Rockford, IL
Ken & Elizabeth Green, Kansas City, MO
St. Mark Catholic Church, Augres, MI
Knights of Peter Claver, New Orleans, LA
St. Joseph Church, Sylvania, OH
Diocese of St. Petersburg, FL
Diocese of San Diego, CA
Rev. Neil Kookoothe, St. Charence Church
Dominican Sisters of St. Catherine of Siena

**PATRONS ($100 OR MORE):**
Martha Baldoni
An Anonymous Friend
Catholic Diocese Jefferson City, MO
Margy Paoletti
Martha May
Walter Foster
Rev. Arturo Perez-Rodriguez
St. Katharine Drexel, Frederick, MD
Rev. Nicolas Weibl
Sisters of St. Francis, Tiffin, OH
Carl Hyde
Rev. Nelson Belizario
St. Thomas Aquinas, Toledo, OH
Good Shepherd Church, Toledo, OH
Eugene Schmitt
Constance Laessig
St. Jerome Church, North Weymouth, MA
Charles Henry Diller

Church of the Sacred Heart, Sauk Rapids, MN
St. Patrick Church, Grand Rapids, OH
St. Mary's Church, Defiance, OH
James Steinle
St. Pius X Parish, Toledo, OH
Kristen Keller
Fr. Richard Notter
Sisters of Mercy of Americas, Fremont, OH
Ron Hitzler
Margaret Keller
Joseph Griffin
Aux. Bishop David Talley
Rev. Edward Schleter
Carol Smelley
Rev. James Peiffer
Anna Mae Whaley
Cathy Cappelletty

Sisters of St. Francis, Sylvania, OH
In Memory of:
  Sister Mary Immaculee Heinl
Norbert Wethington
St. Bartholomew Church, Colombus, IN
Cong. Of The Humility of Mary, Davenport, IA
Rev. Tony Gallagher
Rev. James Bacik
Corpus Christi Parish, Toledo, OH
Sister Delores Schuh, CHM
Rev. Raymond Ensman
Father Doug Hennessey
Sisters. of Mercy, St. Bernardine Home
Kolbe House, Chicago, IL
Arlynn Lyle
Rosemary Ymzon
Sisters of Charity

Sister Pat Schnapp
Sisters of St. Joseph Carondelet
Carol Kraus
Tom Perzynski
Anita Boylan
Richard & Shelly Kotz
Louise & Michael Sarra
Norbert & Martha Wethington
Ursuline Convent of the Sacred Heart
In Memory of Grace & Larry Russell
In Memory of Bob McCloud
Catholic Charities, Youngstown, OH
Our Lady of Hope, Attica, OH
St. Caspar, Wauseon, OH
St. Paul's, Norwalk, OH
Deacon Larry & Sue Lottier
Carl Kammire

## Also, Thank You to Our Subscribers and Other Donors.

# NO DONATION IS TOO SMALL

Compassion is sent free to all 3,000 death-row prisoners.
Your donation in any amount will help us to continue this outreach.

# COMPASSION DONATION | PARTICIPATION FORM

A portion of your donation will be given in college scholarships to family members of murdered victims.

☐ Benefactor – $10,000
☐ Lead Donor – $5,000
☐ Gold Donor – $2,500
☐ Silver Donor – $1,000
☐ Bronze Donor – $500
☐ Patron – $100.00 To $499.00
☐ Subscriber – $50.00
☐ Prisoners Not On Death Row – $25.00
☐ Other

**Please send tax deductible contribution to:**
St. Rose Peace & Justice / Compassion
140 W. South Boundary St., Perrysburg, OH 43551

Enclosed is $_____ for the donation/subscription checked on the left.
☐ Please keep my gift anonymous.

Name _____

Organization _____

Address _____

City _____ State _____ Zip _____

Day Phone _____ Evening Phone _____

000752

## Character Assessment & Inventory List

**Humans Abounding In Contradictions**

**Life's Greatest Strengths:**
Optimism: forgivng others of mistakes, and self as well; buoyance and tenacity of spirit

**Life's Greatest Powers:**
Love, empathy, compassion, helping others and Continuing education

**Life's Greatest Weaknesses:**
Ignorance, selfishness, greed, anger and an Unforgiving heart – holding grudges

**Life's Greatest Certainties:**
Impermanence, aging, suffering and death

**Life's Greatest Teachers:**
Adversity, challenges, failures, and injustices –Achieving goals despite set backs

**Life's Greatest Dangers:**
Always wanting more, "me – me syndrome", apathy and chronic ingratitude

**Life's Greatest Enemies:**
Pessimism, ego, self, pride and lack of compassion and empathy for others and self

**Life's Greatest Forces:**
Impermanence; lack of control over uncontrollable events; aging

**Life's Greatest Challenges:**
Accepting others as they are; Recognizing conditioned Behaviors underlying anger, prejudices and perceptions

**Life's Greatest Goals:**
Finding meaningful ways to alleviate suffering in self and others; to diminish its toxic effects; and maintaining a loving relationship with children and family under adverse circumstances

Wesley Purkey
Federal Death Row
Terra Haute, IN

# Compassion

St. Rose Parish
215 E. Front Street
Perrysburg, Ohio 43551

_Printing and Postage Paid for by: Compassion_

NON PROFIT ORG
US POSTAGE
PAID
PERRYSBURG OH
PERMIT 112



**********AUTO**MIXED AADC 480
Wesley Purkey
14679045
United States Penitentiary
PO Box 33
Terre Haute IN  47808-0033

2552
T16  P1

# The Invitation

It doesn't interest me what you do for a living. I want to know what you ache for, and if you dare to dream of meeting your heart's longing. It doesn't interest me how old you are. I want to know if you will risk looking like a fool for love, for your dreams, for the adventure of being alive.

It doesn't interest me what planets are squaring your moon... I want to know if you have touched the center of your own sorrow, if you have been opened to life's betrayals or have become shriveled and closed from the fear of further pain! I want to know if you can sit with pain, mine or your own, without moving to hide it, or face it or fix it. I want to know if you can be with joy, mine or your own, if you can dance with wildness and let the ecstasy fill you to the tips of your fingers and toes without cautioning us to be careful, be realistic, or to remember the limitations of being human.

It doesn't interest me if the story you are telling me is true. I want to know if you can disappoint another to be true to yourself, if you can bear the accusation of betrayal and not betray your own soul. I want to know if you can be faithful and therefore be trustworthy. I want to know if you can see beauty even when it is not pretty every day, and if you source your life from its presence. I want to know if you can live with failure, yours and mine, and still stand on the edge of the lake and shout to the silver of the full moon, 'YES'.

It doesn't interest me to know where you live or how much money you have. I want to know if you can get up after the night of grief and despair, weary and bruised to the bone, and do what needs to be done for the children.

It doesn't interest me who you know or how you came to be here. I want to know if you will stand in the center of the fire with me and not shrink back.

It doesn't interest me where, or what, or with whom you have studied. I want to know what sustains you from the inside when all else falls away. I want to know if you can be alone with yourself and if you truly like the company you keep in empty moments.



By Oriah
Submitted by: Al Cunningham
California Death Row
San Quentin, CA

000753



# Compassion
## Written by Death-Row Prisoners

140 W. South Boundary Street | Perrysburg, OH 43551                September 2014 | Vol. 17 | Issue 78 (Bi-monthly)

*Publishing compassionate and introspective articles written by death-row prisoners.*



## IN THIS ISSUE:

▶ Editorial: Unleashing Our Humanity
▶ Letters to the Editor
▶ Made Perfect Through Suffering
▶ Victims Voice
▶ Song of Experience: A Divine Image
▶ Chained Yet Free
▶ Character Assessment & Inventory List
▶ Me & Jesus on Death Row
▶ Time or Moments
▶ Marcus' Last Sermon in His Stance
▶ And More...

www.compassionondeathrow.net

# CALLED!

Standing still! I can see! Standing Still! I have been broken and stripped, emotionally and physically! I have been betrayed, disappointed, and felt the faith drain from my spirit! I had nothing left to give. I became dark and cold, knowing I wouldn't see 18. And I was okay with that!

Standing still! The safest place I found was at church (Bible study), at first, then Emanuel. I couldn't get enough of this God I'd read about! I studied and comprehended things that adults hadn't understood. At sixteen, I was ordained and preaching. I blew their minds, and was paraded around their town to preach. I was jailed, but more free than the people I spoke to, but I wanted more.

Once I was free, I pushed the fire away, and did what came easily until I was 36 years old, on death row, standing still! Preparing to write a book, I asked my grandmother questions about when I was a little boy. She said they'd find me preaching in a room by myself! (Before I could even read!) I'd been called!...

For what? Sitting on death row? As I reflected on my journey in this life, I saw that every single time I was standing still, I found myself studying some form of religion. I was kept, blessed and favored! All my life I've been told I was an old soul, wise beyond my years. I was blessed with people who were put into my life, seemingly out of the blue, to show me things which I didn't understand about my life.

I'm favored to be put into a situation where I can be an example time and time again. Now 2014, and standing still! I am the lighthouse for my four lil' brothers, and two lil' sisters! "Turn away! You're too close to the shore! (trouble)" I say to them. I'm still living. Just now, I know I've been called, and His voice shall not be denied!

If you take a bowl of water and place it in the sunlight, ripple it, you'll find on the wall a radiance like shining mirrors flashing back and forth. The light moves so fast, no one can detain it. (The essential Kabbalah).



Calvin Chism
California Death Row
San Quentin, CA

# The Gift of Time

I am my own
Worst enemy
And
Time is the enemy
Of my enemy
Who is also
My friend.
Prison saved me
From myself
Bringing my life
To a halt

And
Suspending my will
Until my thoughts
And
Actions matured.
If serving a sentence
Is the cure
For ignorance,
This I wish
For Ms. Justice
To receive

The gift of time,
Because these walls
Are known to give
Insight to the blind.



Justin Anderson
Arkansas Death Row
Grady, AR

000754

# Letters to the Editor

Letters to the Editor are welcomed from all prisoners (this includes non-death row prisoners) and the outside community.

In submitting letters, we ask that compassionate and introspective guidelines apply to your communications.

Limit size to 400 words or less. Letters may be edited for clarity and space considerations.

## CONTACT US AT:

Letters to the Editor
COMPASSION
140 W. South Boundary Street
Perrysburg, OH 43551

## COMPASSION OUTSIDE COORDINATOR

compassionondeathrow@msn.com
TEL: 419-874-1333
FAX: 419-874-3441

## WEBSITE ADDRESS:

www.compassionondeathrow.net

• • • • • • • • • • • • • • • • • • • • • • • •

## PUBLISHER

Compassion

## EDITOR

George Wilkerson

## ASSISTANT EDITORS

Al Cunningham,
Charles Henry Diller,
Konstantinos Fotopoulos,
Siddique Abdullah Hasan,
Abu Ali Abdur-Rahman
and Melvin Speight

## COMPASSION ADVISORY BOARD

Death-Row Prisoners

## CONTRIBUTING WRITERS

Justin Anderson, Calvin Chism, David Cox, R Wayne Holsey, William Morganherring, Abel Ochoa, Wesley Purkey and Donald Shorts, Jr.

Please Note: Any opinions expressed in this publication are those of the individuals writing them and not of Compassion or other staff members.

# Editorial: Unleashing Our Humanity

It's easy to hide from reality, to stash my eyes behind a stack of books or bury my head within the TV. As much as I'd like to live in slumber, I'm repeatedly snapped awake by a quick, hard slap delivered by the death of another one of us.

We are a class of people for whom death isn't some distant destination. The less time we have, the more it grows in value. Viewing time as currency reveals what we value if attention is paid to how we spend it.

Marcus Wellons, Compassion's previous editor, spent the last of his to enrich the lives of others, people who'd invest a few minutes to read what cost hours, days, and weeks to write. Writing is expensive. Knowledge and wisdom are like gold and silver, and must be mined and refined before they can be molded into poetry and essays.

*"Knowledge and wisdom are like gold and silver, and must be mined and refined before they can be molded into poetry and essays."*

Valuable things aren't shiny, don't have luxury nametags, or come in fancy packaging. They're often taken for granted or overlooked: compassion, patience, friendships, family...adversity. "Compassion" is a place to share our struggles, the problems we overcome and our inspirations for positive change. A place to mine our multifaceted personalities and display our value.

Among other things, death row prisoners are stereotyped as animals and worthless beasts. Our belief about others influences our emotions and behavior toward them. The spectrum of humanity isn't limited to black and white; it has every shade of gray between. Sterotypes saw and cut, chisel and break pieces off our personality to squeeze us into solid-colored categories, using a moment's bad behavior or character flaw to define us forever. But people change every day! Teaching is the process of guiding change toward a specific understanding. If we didn't believe people could learn, why teach? Change has no age-limit, and unless a person's perfect, why give up trying to learn? Why settle into our complacency?

The only lids to our growth are the ones we shut atop ourselves. I think I must have remained 16-years old for ten years, an adult but not a man. I thought I knew all I needed to know, closing the lid on myself. Not only so, but for years I was convinced I couldn't lead a productive life from prison. But now that I'm learning how to write, by God, I'm learning the power of words. Words change the way we think, which changes how we feel and behave. The majority of suffering and fighting stems from wrong ideas.

Don't let wrong ideas and stereotypes manage your potential or make your life miserable. Don't allow a moment's bad behavior to tempt you into giving up, even if others give up on you. Besides it's only human to act like an animal at times. I pray God will break the chains we've placed upon ourselves, except those in place to keep us moral, for true freedom is found within the confines of morality.



George Wilkerson
Editor
North Carolina Death Row
Raleigh, NC

# Letters to the Editor:

## Victims Need Our Care and Support

When I was a member of society, I didn't value life – not my own, nor that of anyone else. I simply took it all for granted.

I terrorized my victims, using fear to make them comply with whatever I wanted. No feelings, just tough demands. Then, as part of a faith-based program offered at my prison, I took on a Victims Awareness class. The lady who taught it was an excellent advocate for the rights of victims. She often called on me for answers, and I often defended her without even knowing it. Some of the other men just weren't ready to see our victims as humans with families, affected by the crime.

Once, we watched a film about a rape victim who was happily married. However her marriage fell apart because of the consequences of being raped: her husband could not get over the fact she wasn't beaten beyond recognition, that she didn't resist enough. Her relationship with her children suffered and she spent years in therapy.

Because I was a convicted sex offender, I felt a connection. I never thought this could have such a profound effect on someone's life. I read a case in the law library in which a rape victim, who was 17 years old at the time of the crime, was still suffering at age 45. I cried and prayed for her.

Later, I was attacked by a prison guard. I was beaten, choked, and punched in my private area. I felt so wronged. I was calling everyone I knew to call up the prison about my victimization. Then a prison colonel said to me, "You finally know what it feels like to be powerless to stop someone from hurting you." I'm 6'5," 280 lbs. But I was cuffed and shackled during the attack. I felt so powerless, so helpless. I remembered I had a friend in Jesus who was always there for me.

Victims need our care, love and support because the damage we do can be lifelong. I've had it both ways, so I know.

James Anthony
Gulf Correctional Institution
Wewahitchka, FL

## Parole Board Saved His Life

Compassion is one of the pieces of literature that still comes to me since I left Georgia's death row in April 2013. Yesterday I was speaking with an old con that was on The Row with me. He was one hour away from death when the parole board saved his life! I told my friend that I receive letters now and then from a new pen pal friend but once they learn that I'm off death row, I never hear from them again. The old Con told me that people who write to us feel that we don't need saving any longer if we get off death row. However, I received Compassion's newsletter in the mail. It had a piece about my old, dear friends and personal home boys, Raymond Burgess, Robert Wayne Holsey, and Marcus Wellons. I put in twenty-four years plus with those men and today, my life takes on a new chapter.

"We don't need saving anymore": that is what the Old Con said, but my Lord Jesus Christ did all the saving. I just wanted a friend. I will always be a part of the "Death Row Club". I grew up on death row and became a man. My words might not get printed because I am no longer on death row but I wanted all my brothers and sisters on death row to know that I will never forget you.



Alfonso Stripling
Hays State Prison
Trion, GA

# Made Perfect Through Suffering
## *Hebrews 2:10*

Steel is forged through iron by fire! Soil is rock plus heat! Character of substance is not forged, nor found through life of privilege and luxuries, but instead through testing and challenging of life's trials and tribulations.

I heard of a mother who brought an 8 year old boy home, not only because he desperately needed a home and love, but also to be a companion to her son, also 8 who was terminally ill. The other little boy was no stranger to pain and suffering himself. He had been born with enormous physical deformities, better known as hunchback.



She told her son it would be fine to play with him as he had his friends at school, however he should be sensitive to his new friends appearance. The little boy's Mom knew that her son's ebbing energy would prevent him from trying the other little boy's physical limitations in their play together.

It was true joy for her to hear the two boys getting along so well together, listening to them playing and frolicking in the basement while she prepared them lunch upstairs. This was surely one of her son's better days where he seemed to have almost normal energy, but she knew the energy would be quickly depleted. Even the other little boy seemed to be coming out of the shy and quiet shell that had enclosed him since arriving to live with them. Her enjoyment immediately turned to fright when she heard her son say in a loud, and playful, excited voice, "Do you know what is on your back?" Holding her breath during the momentary pause which seemed like an eternity until the other little boy hesitantly stammered that, "No, I really don't know

what that is on my back. The doctor at the orphanage told me that it was a deformity that I would have to live with the rest of my life." "I know what it is," the mother heard her son exclaim, as she let her breath out. "You are one of God's Special Angels and that is a box where he has stored your wings. He sent you here, because when it is my time to die, he will cut open the box and you will fly us both to heaven. There neither of us will ever suffer again. We will be given beautiful heavenly bodies and play to our hearts' content." Despite the awful pain in her heart, and huge streams of tears rolling down her face, she knew that her son was right, that one day both these little boys who have suffered so undeservedly will be given new heavenly bodies and would play to their hearts content.



Wesley I. Purkey
Federal Penitentiary Death Row
Terra Haute, IN

---

# VICTIMS VOICE
## Murder of Mother Leads To Activism



James Staub


Patricia Andrews Staub

James Staub was twelve years old when his mother was murdered. James feels that "public support for the death penalty is supported by people who believe that survivors of murdered victims will feel closure upon death of the perpetrator. James joined the Tennessee Coalition to Abolish State Killing and continues to be active.

He believes that family members need to tell stories about their murdered loved ones. He says, "Our stories, our testimony, our witness, and the way we lead our lives are proof that victims do not need the death penalty."

**For more information visit www.mvfhr.org**

000757

*Black Butterfly*



by Daniel Gwynn
Pennsylvania Death Row
Waynesburg, PA

12" x 17"
Oil on Canvas
Price: $125.00
Includes Shipping



## *Please Donate to Our Scholarship Fund...*
# Death Row Prisoners Donate Art
### F O R   S C H O L A R S H I P S
## *We are in Need of Prisoner Drawings and Paintings*

All proceeds from sales of artwork go to college scholarships for family members of murder victims.

**Please make check out and mail to:**   Compassion Art for Scholarships
140 W. South Boundary St.
Perrysburg, OH 43551

# Humanity's Divine Dichotomy: An Homage to William Blake's
# "Song of Experience:  A Divine Image"

Mercy and Cruelty both start and go from the human heart?

Pity and Jealousy, a Humanface?
How can they accept the self same space?
Is this a Logic/Perception-type game?

Love and Terror...tell me this is utter error –
both are inclined
to appear via the Human Form Divine!

Secrecy and Peace, no less, come forth in human dress made of hotly forged iron.

Human Form, full of love and terror, is full of iron magmaspilling from its forge, trapped in place without escape:

the forge is sealed in earnest like a furnace.
Now everything is arranged and forged.
The human heart,
that relentless subservient core chi muscle,
has to tussle to heave us into a
dark depthless Gorge.

Yet, the one Human Form, the Universal Norm,
possesses unique morphic quality:
Same shape but different expressed
modus Vivendi, and All are true facets of
OUR HUMANITY!



William Morganherring
North Carolina Death Row
Raleigh, NC

# Chained Yet Free

In Your hand, O Lord, I live trusting in the grace You give.
I sing my song of love to You, since through your love
bestowed on me, I live.
From prison walls, across the bars, Your grace
echoes salvation's tones
Sounding in a circle of love: peace to my flesh,
peace to my bones.
Barbed wire encloses me trying to imprint
hell's grief upon my soul,
But soon captivity will be no more.
On heaven's street of gold I'll stroll.
I sing of joy, Your promise an unending glory told.
The Word of God in Jesus comes, and death
will lose its hold.
The day of the Kingdom, both young and old delight
To see the vision, the Lord's blessing in one's sight;
To hear the promise that will come to be:
"Come O blessed of My Father, come to Me."

Song I shall sing, it's in my heart;
Song I shall sing, it's in my bones;
Song I shall sing, it's bound in my flesh and blood,
Yet my soul is free, my captors capture only
what they see of me.
My chains are heavy, my yoke burdens me with same,
But I am free with Jesus, prison walls cannot contain.
At the sound of the trumpet and the
heavenly choir's refrains
I'll claim my crown and throw away my chains.
I'll shed my yoke of what once was, and see
Myself from prison walls and bars set free.
O, Lord, guard me and guide me with Your help,
Lest I lose my way, relying on myself.
Whatever load of blame I bear upon my back,
Lest not my love for You grow weak or slack.
Back to the house of bondage, I will not go.
I desire to be where milk and honey flow.
Help me, Lord, forgetfulness to shun;
To know Your work upon the Cross is done.
May Your glory shine forever in my soul,
Blazing more brightly than precious gems or gold.
I look to You and pray that I may be
Your mirror image to find our life in me.
Behind these bars, I'll praise You with my songs.
Praise to Jesus Who took upon Himself our wrongs.
Our life on earth is chaos, pain and strife,
But Jesus grants His children eternal life.
The precious treasure of His love, I'll guard
So that I may receive Him as my reward.
My heart shall be Your throne, Your mercy seat,
I'll sing the name of Jesus with each heart beat.



David Cox
Mississippi Death Row
Parchman, MS

5

000758

## Now Accepting Scholarship Applications

A portion of the funds from subscriptions and undesignated donations to Compassion are given as college scholarships to immediate family members (parent, grandparent, child, grandchild, sibling) of murdered victims.

If you or someone you know is a U.S. citizen and is either attending or planning on attending a college or university (academic or religious) as a student and had a family member murdered, please submit an application.

### To Obtain an Application:

**Write**
COMPASSION
140 W. South Boundary St.
Perrysburg, Ohio 43551

**Call** 419-874-1333
Ask for Compassion's office.

**Visit**
www.compassionondeathrow.net

• • • • • • • • • • • • • • • • • • • • • • • • • •

## Death Row Prisoners
### Please Write To Help Youth!

Compassion is gathering essays written by death row prisoners on words of advice on how juvenile offenders can best avoid going back into prison. Recidivism rates are very high among youth and your words of encouragement and wisdom may save a young person from having to reenter the prison system. This book, like "Today's Choices Affect Tomorrows Dreams," will be sent without charge to at-risk youth in juvenile detention facilities throughout the United States. Send your submission to:

**New Book Compassion**
140 W. South Boundary,
Perrysburg, OH 43551

• • • • • • • • • • • • • • • • • • • • • • • • • •

## To Our Readers:

Anything death-row prisoners write may jeopardize their future appeals. Knowledge of these facts may limit the scope of a prisoner's expressions.

• • • • • • • • • • • • • • • • • • • • • • • • • •

*All stories are subject to editing for grammar, sentence structure and clarity.*

(6)

# Character Assessment & Inventory List
## *Humans Abound In Contradictions*

Life's Greatest Strengths: Optimism; forgiving others of mistakes and self as well; buoyancy and tenacity of spirit

Life's Greatest Powers: Love, empathy, compassion, helping others and continuing education

Life's Greatest Weaknesses: Ignorance, selfishness, greed, anger and an unforgiving heart – holding grudges

Life's Greatest Certainties: Impermanence, aging, suffering and death

Life's Greatest Teachers: Adversity, challenges, failures and injustices – achieving goals despite set-backs

Life's Greatest Dangers: Always wanting more, "me – me syndrome," apathy and chronic ingratitude

Life's Greatest Enemies: Pessimism, ego, self pride and lack of compassion and empathy for others and self

Life's Greatest Forces: Impermanence; lack of control over uncontrollable events; aging

Life's Greatest Challenges: · Accepting others as they are; Recognizing conditioned behaviors underlying anger, prejudices and imperfections

Life's Greatest Goals; Finding meaningful ways to alleviate suffering in self and others; recognizing plights of ignorance in both self and others to diminish its toxic effects; and maintaining a loving relationship with my daughter and family under adverse circumstances

Wesley Purkey
Federal Penitentiary Death Row
Terra Haute, IN

# Me & Jesus on Death Row

Here I sit, alone in a 10x8 cell.

I can reach out and touch the walls with my hands.

This small place makes my mind hurt.

My eyes get sore looking at these walls.

Death and misery surround me.

How shall I cope with where I am?

My heart cries out to God, "Help me!"

God is faithful and sends His Son Jesus to be with me.

It's me and Jesus on Death Row.

No longer do I reach out to touch the walls, but rather
Reach out to take the hand of Jesus, my Lord.

My mind no longer hurts because Jesus has relieved it.

My eyes are no longer sore because Jesus has healed my sight.

Death and misery flee as a bird, for in Jesus I have life and joy.

I am not alone, it's me and Jesus on Death Row.

Aren't you tired of being alone on Death Row?

Jesus is Knocking at the door of your heart, Let Him in today.

For you know now what tomorrow may bring.



Abel Ochoa
Texas Death Row
Livingston, TX

000759

**Please mail your writings to:**
**COMPASSION**
140 W. South Boundary St. Perrysburg, OH 43551



*If you want to share someone else's work, please be sure you include the name of the author or its origin.*

# PRISONERS OF DEATH ROW
## YOUR ASSISTANCE WILL BE APPRECIATED

### Suggestions and Guidelines

► Write about an experience that had an effect on you.

► Write about how to minimize hate in a diverse prison environment.

► Write about what you can do to be a better person.

► Write a poem to share with Compassion readers.

► Write in a way that will give your audience an informed understanding.

► Avoid writing about your individual case.

► Avoid arguing against the death penalty.

► Your article does not have to be religious in nature.

► Try to limit your article to 400 words or less.

► If possible, enclose a photo of yourself.

## Thank you to our donors who are making this publication possible.

**LEAD DONORS ($5000 OR MORE):**
Catholic Diocese of Toledo, OH

**SILVER DONORS ($1000 OR MORE):**
St. Rose Parish, Perrysburg, OH
In Memory of Deacon Ken Cappelletty

**BRONZE DONORS ($500 OR MORE):**
Saint Rita Church, Rockford, IL
Rev. Charles Ritter
Ken & Elizabeth Green, Kansas City, MO
St. Mark Catholic Church, Augres, MI
Mark & Jennifer Cappelletty
Knights of Peter Claver, New Orleans, LA
St. Joseph Church, Sylvania, OH
Diocese of St. Petersburg, FL

**PATRONS ($100 OR MORE):**
Martha Baldoni
An Anonymous Friend
Catholic Diocese Jefferson City, MO
Margy Paoletti
Martha May
Walter Foster
Rev. Arturo Perez-Rodriguez
St. Katharine Drexel, Frederick, MD
Rev. Nicolas Weibl
Sisters of St. Francis, Tiffin, OH
Rev. Neil Kookoothe
Carl & Lorena Hyde
Rev. Nelson Beizario
St. Thomas Aquinas, Toledo, OH
Good Shepherd Church, Toledo, OH

Eugene Schmitt
Constance Laessig
St. Jerome Church, North Weymouth, MA
Church of the Sacred Heart, Sauk Rapids, MN
St. Patrick Church, Grand Rapids, OH
St. Mary's Church, Defiance, OH
Charles Henry Diller
James Steinle
St. Pius X Parish, Toledo, OH
Kristen Keller
Fr. Richard Notter
Sisters of Mercy of Americas, Fremont, OH
Ron Hitzler
Margaret Keller
Joseph Griffin

### Also, Thank You to Our Subscribers and Other Donors.

# NO DONATION IS TOO SMALL

Compassion is sent free to all 3,200 death-row prisoners.
Your donation in any amount will help us to continue this outreach.

## Compassion Donation | Participation Form

A portion of your donation will be given in college scholarships to family members of murdered victims.

❏ Benefactor – $10,000
❏ Lead Donor – $5,000
❏ Gold Donor – $2,500
❏ Silver Donor – $1,000
❏ Bronze Donor – $500
❏ Patron – $100.00 To $499.00
❏ Subscriber – $50.00
❏ Prisoners Not On Death Row – $25.00
❏ Other

**Please send tax deductible contribution to:**
St. Rose Peace & Justice / Compassion
140 W. South Boundary St., Perrysburg, OH 43551

Enclosed is $_____ for the donation/subscription checked on the left.
❏ Please keep my gift anonymous.

Name

Organization

Address

City                          State             Zip

Day Phone                     Evening Phone

000760

## An Appeal to the Outside Community

A portion of all subscriptions and undesignated donations are given in college scholarship form to family members of murdered victims. Please help us. Contribute now so that we can maintain free distribution of Compassion to all 3,200 death-row prisoners.

See form on page 7.

# Compassion

St. Rose Parish
215 E. Front Street
Perrysburg, Ohio 43551

*Printing and Postage Paid for by: Compassion*

NON PROFIT ORG
US POSTAGE
PAID
PERRYSBURG OH
PERMIT 112

\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 150
14679045
Wesley Purkey
United States Penitentiary
PO Box 33
Terre Haute IN 47808-0033

2624
T11 P1

## Time or Moments

What is time, but a calculation of each moment,
dividing and multiplying each second,
each minute and hour each day.
Time can be positive if
One has a lot of it and uses it wisely; but
If not, it can also be negative.
Time can be the great motivator
or critic or limiter.
I, myself, don't believe in time, no,
I believe in moments.
Each moment of each day
brings nothing but pure
positive energy and thoughts,
without limitations,
and truly I believe everyone should live
in and experience the beauty of each moment,
inhaling and exhaling
all that life had to offer.
But you choose:
Travel down the road of time, Or just live?
My word for today is "limpid"
Because in this moment,
Everything is clear...

Donald Shorts, Jr.
California Death Row
San Quentin, CA

# Marcus' Last Sermon in His Stance
## *Dedicated to Marcus Wellons*

There I stood at the entrance of Patience, waiting
To see how unlived life unfolds; for the law
Of the land demands retribution
When innocent blood stains earth's carpet.
Though I made up the head, and you the tail,
Regardless of how our coin lands,
One side will be a tragedy lost...
And so it was when they seized you
Quicker than thunder could punctuate
With a flash of lightning-like agents of the Grand Reaper
Dressed in black; they made a valley of you,
Being on your right and left. Yet you stood between them
Like, "Yeah, though I walk through the valley
Of the shadow of death, I will fear no evil,
For You are with me; Your rod and Your staff,
They comfort me."
How inspiring to be in the midst
Of a storm and not feel its effects, nor allow it
To rearrange your integrity or shipwreck your faith.
Instead, like an astronaut who stands
On an established rock and calls it "moon,"
You too, Brother, stood
On an established Rock: "The Rock of Ages."

O how your sermon in your stance
Was more transcendent than by word
Of mouth, for you stood on a rock higher than you.
Jesus said, "If I be lifted up
From, the earth, will draw all people to myself."
And though you vanished from amongst us
In body, the vapor of your spirit lingers behind,
Reminding us that your later years were
Greater than your former.
Thank you for mouthing unto me
From the midst of your valley, For living by faith.
Those words resonated in my spirit:
The world can do you no harm
If you've been washed, sanctified, and justified
In the Name of the Lord Jesus,
And by the Spirit of our God
          Rest in God's eternity.
          Love, your church family.



R. Wayne Holsey
Georgia Death Row
Jackson, GA

**000761**

# Naples Neuropsychology, P.A.

## Robert H. Ouaou, Ph.D.

Neuropsychological Assessment                Clinical and Forensic Psychology

## FORENSIC NEUROPSYCHOLOGICAL EVALUATION

**NAME:**            WESLEY PURKEY
**AGE:**             65
**EDUCATION:**       9 years
**DATE OF BIRTH:**   0▮▮▮▮

**DATE(s) OF EXAM:**    10/11/2016 & 10/12/2016

**DATE OF REPORT:**    04/24/2017

### REFERRAL QUESTION

Mr. Wesley Purkey is a single, 65-year-old[1] right handed male who was referred to me by his defense counsel. The purpose of this evaluation was to assess Mr. Purkey's current neurocognitive functioning in relation to a history of traumatic brain injury.

I am a psychologist licensed in the state of Florida with specialized training in neuropsychology.  I have a subspecialty in evaluating patients with dementia. I was previously Vice President of the advisory board for the American Alzheimer's Association in Florida. A copy of my curriculum vitae accompanies this report.

Mr. Purkey underwent several hours of interview and neuropsychological assessment on 10/11/2016 & 10/12/2016 at the United States Penitentiary in Terre Haute, IN, including a comprehensive neuropsychological test battery.  Mr. Purkey was made aware of the nature of this evaluation. He was told that he was waiving his rights to confidentiality, and that I have been authorized to provide an evaluation, not treatment. He was also made aware that I would be reviewing relevant records and potentially speaking with third party sources. Mr. Purkey was evaluated in a private exam room that was free from visual or auditory distractions.

### RELEVANT RECORDS REVIEWED

Bruce Leeson penalty phase testimony and raw data
Bruce Leeson report 2003-01-05
Dan Martel penalty phase testimony
Dan Martel report 2003-11-11
David Preston penalty phase testimony

---

[1] At the time of my interviews of Mr. Purkey, he was 64 years old.

801 Anchor Rode, Suite 106 • Naples, FL 34103 • Phone: 239.262.3007 • Fax: 239.263.3001
Neuropsych@me.com

000762

Wesley Purkey
04/24/2017
NEUROPSYCHOLOGICAL ASSESSMENT
Page 2 of 11

David Preston letter to defense attorney 2003-10-17
UKMC Radiology Report 2003-10-03
Results of PET and MRI scans performed on Wesley Purkey
Helen Mayberg penalty phase testimony
Helen Mayberg summary findings 2003-11-09
Park Dietz psychological evaluation 2003-10-07
Transcript of interview of Wesley Purkey by Park Dietz 2003-09-15 and 09-16
(actual video also included)
Park Dietz penalty phase testimony
Stephen Peterson report 2000-04-19
Stephen Peterson report 2003-08-13
Stephen Peterson penalty phase testimony
Stephen Peterson post-conviction declaration
Brain scan images of Wesley Purkey
MMPI Scales and WAIS Full Scale 1970-1971 KDOC
Shipley and Jesness Tests KDOC 1975
Bender Gestalt at age 48 KDOC
Wesley Purkey's s school records from Wichita diocese
Wesley Purkey's 1st grade school records Christ the King
Clinical services report 07/20/1994 KDOC
GED test scores 10/21/1974
Group IQ scores 05/11/1981 KDOC
Iowa State Penitentiary testing August 1983
IQ scores age 22 (circa 1974) KDOC
Family Cheat Sheet (updated 08/17/2016)
Wesley Purkey admission for head injury age 18
Wesley Purkey hospital admittance 09/13/1998 chest pain KUMC
Wesley Purkey Psychiatric evaluation 05/24/1971 KDOC
Wesley Purkey's Larned State Hospital records (two admissions)
Death certificate Carrie Anna Burke
Death certificate Anna Haberthier
Death certificate William Haberthier
Death certificate Nancy Ida Purkey
Death certificate Larry Gene Hamilton
Death certificate Roy Allen Purkey
Declaration of Debbie Prothero 03/02/2008
Declaration of Gary Hamilton (brother)
Declaration of Rex Newton, PhD

**<u>RELEVANT HISTORY</u>**
The following history is based on interviews with Mr. Purkey as well as review of
relevant declarations from collateral witnesses, medical, education and legal
records.

**000763**

Wesley Purkey
04/24/2017
NEUROPSYCHOLOGICAL ASSESSMENT
Page 3 of 11

Currently, Mr. Purkey complained of progressive anterograde memory problems and gave multiple examples, such as forgetting to take his daily medications and having conversations with others.

**Past Medical History**
Mr. Purkey has a history of enumerable blows to the head of varying severity beginning in childhood as a result of severe physical abuse.  He stated that he also started playing football in early childhood in youth leagues and in school, and sustained multiple blows to the head. Concerning the childhood physical abuse, he stated that his father repeatedly struck his head and threw him headfirst into walls.  At age 14, Mr. Purkey was admitted to St. Francis Hospital in Wichita, Kansas, for inpatient psychiatric services due to a complaint of severe headaches and ongoing dizziness.  At this time, he underwent an electroencephalogram that was suggestive of possible impairment in the left frontal and temporal regions. At age 20, the medical record reflects a history of head injury with significant loss of consciousness.  This occurred while he was doing engine work on a vehicle on the side of a road and another vehicle struck him.  He was diagnosed with a cerebral contusion.  Medical records from Wesley Medical Center indicate that in 1976, Mr. Purkey overdosed and suffered a period of posttraumatic amnesia.  There are notations of another hospital admission to St. Francis in 1976 when he sustained a head injury during an altercation with police. X-rays showed a possible greenstick fracture[2] to his skull.  Department of Corrections records also note additional head injuries.  These include a blow to the head with a pipe and a head injury on 1/12/2001 when Mr. Purkey fell from the top of a trashcan, subsequently hitting his head on the cement floor below. He had been replacing a light bulb as part of his regular work duties.  In addition to the above documented head injuries, Mr. Purkey stated that he was involved in further serious motor vehicle accidents that resulted in head injuries.

Imaging of Mr. Purkey's brain from 2003 showed temporal lobe abnormalities – the area associated with memory functioning and dementia.  Specifically, the imaging report indicated moderate to marked decreased activity in both temporal lobes and noted that this finding is often associated with previous head injury and might be related to memory dysfunction.  Additionally, the 2003 imaging report indicated deficient functioning in the right parietal and frontal lobe areas.

He underwent neuropsychological testing by Bruce Leeson, Ph.D. on 1/05/2003 that indicated findings (especially executive functions) that were consistent with brain damage.  Memory testing at that time was interpreted as normal.

---

[2] A greenstick fracture occurs when a bone bends and cracks, instead of breaking completely into multiple pieces.

000764

Wesley Purkey
04/24/2017
NEUROPSYCHOLOGICAL ASSESSMENT
Page 4 of 11

Psychologist Daniel Martell, Ph.D., opined about Dr. Leeson's test results in 11/2003.  Specifically, Dr. Martell interpreted the raw data scores of Dr. Leeson's evaluation as essentially within normal limits with mild weaknesses on tests of social comprehension and on the block design subtest of the WAIS-III. Additionally, he observed that there was mild to severe impairments on the Test of Variable Attention (TOVA) suggestive of deficits that would warrant further evaluation.  However, Dr. Martell did not administer any tests of cognitive functioning, nor did he meet with Mr. Purkey.

**Current Medications**
Mr. Purkey takes daily medication for high blood pressure.

**Family Medical History**
His direct family history is positive for neurological disorders including cerebral hemorrhages, organic brain syndrome, and dementia.  There is a maternal and paternal history of alcoholism.

**Past Psychiatric History**
Mr. Purkey has a history of childhood trauma and as a child developed headaches, vomiting, blackout spells, and dizziness. He was treated as an inpatient at St. Francis hospital from his first admission at age 14. At that time, and in future inpatient stays including at age 17, he was prescribed several antipsychotic medications including Promazine, Mellaril, Sparine, Klonopin, and Thorazine. He continued treatment at St. Francis into adulthood.

Mr. Purkey has a history of polysubstance abuse.  He began abusing alcohol at age 12 and heroin at age 14.  Other substance abuse included amphetamines and cocaine.

**Developmental History**
Mr. Purkey was born to an alcoholic mother.  His childhood environment was extremely abusive.  He stated that he could not count the number of times that his father beat him or hit his head.  He denied being in special education classes or being evaluated for learning disabilities.  Mr. Purkey dropped out of school during the 9th grade.  He worked in construction and had temporary jobs.  He learned plumbing skills in prison in 1997 and worked as a plumber until his arrest.

**PROCEDURES**
The patient was administered a battery of neuropsychological tests.  Tests that are currently available are highly accurate, standardized instruments. They are validated through clinical trials, adhering to stringent, objective measures. Neuropsychological tests provide quantifiable results that indicate the amount of

000765

Wesley Purkey
04/24/2017
NEUROPSYCHOLOGICAL ASSESSMENT
Page 5 of 11

deviation from base-line norms. Through a comparison of patient responses to established norms, the clinician can determine the scope and severity of cognitive impairments.  This data can provide information leading to the diagnosis of a cognitive deficit or to the confirmation of a diagnosis, as well as to the localization of organic abnormalities in the central nervous system (CNS).

### *Measures of Symptom Effort/Malingering:*
Test of Memory Malingering (TOMM)
California Verbal Learning Test – 2nd Edition (CVLTII) Forced Choice
WAIS-IV Embedded Measures (e.g. reliable digits)
ACS Effort Test

### *Measures of Cognitive/Intellectual Functioning:*
ACS Test of Premorbid Functioning
Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV)
   Block Design
   Similarities
   Digit Span
   Matrix Reasoning
   Vocabulary
   Letter Number Sequencing
   Symbol Search
   Visual Puzzles
   Information
   Coding
   Symbol Search-Coding
Wechsler Memory Scale - Fourth Edition (WMS-IV)
   Logical Memory I & II
   Visual Reproduction I & II
   Verbal Paired Associates I & II
   Designs I & II
California Verbal Learning Test – 2nd Edition (CVLT-II)
Delis Kaplan Executive Function System (D-KEFS)
   Verbal Fluency
   Color Word Interference
   Trail Making Tests
   Design Fluency Test
   Proverbs
Rey Complex Figure Test (RCFT) Copy and Memory Test
Halstead Reitan Neuropsychological Test Battery
   Finger Tapping
Woodcock-Johnson III Tests of Achievement
   Reading Fluency

000766

Wesley Purkey
04/24/2017
NEUROPSYCHOLOGICAL ASSESSMENT
Page 6 of 11

Math Fluency
Wisconsin Card Sorting Test (WCST)

**EXAMINATION RESULTS**

**SYMPTOM VALIDITY/MALINGERING**
When testing subjects there is the possibility that they may try to exaggerate their cognitive and psychiatric impairments. In order to determine if this was the case I administered tests that are designed to reveal less than genuine performance on the part of the test subject. On multiple tests of effort and motivation Mr. Purkey performed within normal limits. Thus, the current evaluation is considered to be a valid profile of Mr. Purkey's neuropsychological functioning.

**INTELLECTUAL FUNCTIONING**
On a verbal reading task (TOPF) designed to estimate an individual's intellectual ability prior to any type of neurological disease or insult, Mr. Purkey scored in the *Low Average Range*, receiving a Standard Score of 86.

**WAIS-IV SCORES**

WAIS-IV Full Scale IQ:
*86 (18th Percentile; Low Average Range)*

Verbal Comprehension:
*95 (37th Percentile; Average Range)*

WAIS-IV Perceptual Reasoning:
*86 (18th Percentile; Low Average Range)*

WAIS-IV Working Memory:
*92 (30th percentile; Average Range)*

WAIS-IV Processing Speed:
*84 (14th Percentile; Low Average)*

Mr. Purkey was administered the Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV), from which his IQ scores were derived. The Full Scale IQ is the aggregate of the index scores and is usually considered to be the most representative measure of global intellectual functioning. The patient's general cognitive ability is in the *Low Average* range of intellectual functioning. His overall thinking and reasoning abilities exceed those of approximately 18% of adults his age. His true Full Scale IQ score falls between 82 - 90 within a Confidence Interval of 95%.

000767

Wesley Purkey
04/24/2017
NEUROPSYCHOLOGICAL ASSESSMENT
Page 7 of 11

The Verbal Comprehension score is a measure of acquired knowledge, verbal reasoning, and comprehension of verbal information. His verbal reasoning abilities, as measured by the index, are in the *Average* range and above those of approximately 37% of his peers.

The Perceptual Reasoning score provides an indication of an individual's nonverbal reasoning, spatial processing skills, attentiveness to detail, and visual-motor integration. His nonverbal reasoning abilities, as measured by the index, are in the *Average* range and better than those of approximately 18% of his peers.

There was a significant difference between verbal and non-verbal IQ indices.

## COGNITIVE FUNCTIONS

### Attention/Concentration
*Immediate Memory Span*: Mr. Purkey demonstrated inconsistent performance on measures of immediate memory. He was able to repeat up to 6 digits forward on the WAIS-IV Digit Span, which is in the expected range.

His recall of the initial list of words from the CVLT-II was in the average range relative to age-matched peers (45th percentile). His recall of a 2nd, interference list, was in the low average range (16th percentile).

*Focused & Flexible Attention*: Completion time for tasks requiring motor speed, sequencing, and visual search were in the average ranges compared to age and education matched peers. When these tasks were made more complex by requiring that he alternate cognitive sets (DKEFS – Letter Number Switching), he performed within the average range (50th percentile).

*Processing Speed*:  The Processing Speed Index from the WAIS-IV provides a measure of Mr. Purkey's ability to quickly and correctly scan, sequence, or discriminate simple visual information. This composite also measures short-term visual memory, attention, and visual-motor coordination. His performance on tasks measuring processing speed is better than 14% of his age-mates (Processing Speed Index = 86 on the WAIS-IV; Low Average). Performance on the WJ-III tests of fluency were low average (11th and 20th percentiles).

*Working Memory:* The Working Memory Index of the WAIS-IV is a measure of an individual's ability to hold information temporarily in memory for the purpose of using that information to perform a specific task. Working memory (i.e., a higher level attentional ability) is an important prerequisite of many cognitive abilities

000768

Wesley Purkey
04/24/2017
NEUROPSYCHOLOGICAL ASSESSMENT
Page 8 of 11

such that inadequate working memory skills will likely affect an individual's ability to perform other mental operations efficiently.  Mr. Purkey's ability to hold auditory and visual–spatial information in temporary storage was in the average range on the WAIS-IV (WAIS –IV Wkg Mem Index = 92) and greater than 30% of his age matched peers. He was able to repeat a maximum of 2 digits backwards, which is in severely impaired range relative to age-matched peers.

## LEARNING/MEMORY

### WMS-IV Index Scores

| | |
|---|---|
| Auditory Memory | 74 (Moderately Impaired  – 4th percentile) |
| Visual Memory | 67 (Severely Impaired – 1st percentile) |
| Immediate Memory | 73 (Moderately Impaired – 4th percentile) |
| Delayed Memory | 61 (Severely Impaired – Less than 1st percentile) |

See chart below reflecting total performance on the California Verbal Learning Test-2nd Edition (CVLT-II):



Wesley Purkey
04/24/2017
NEUROPSYCHOLOGICAL ASSESSMENT
Page 9 of 11

Total list learning on the CVLT-II was in the mildly impaired range (7th percentile) compared to age matched peers.  Initial learning of the list was impaired.

Word-list recall following a brief delay and presentation of a second interference list was in the low average range (16th percentile).  His performance was moderately impaired at short delayed cued recall (2nd percentile).  Mr. Purkey recalled 4 words following a 20-minute delay, which was within the impaired range (7th percentile).  His performance did not improve significantly with cues (2nd percentile).

Recall memory from the Rey Complex Figure Test was impaired at short delay (3rd percentile) and long delay (7th percentile) relative to age matched peers.

**Recognition**
Word-list recognition on the CVLTII and WMS-IV was within impaired limits.  He was not able to adequately discriminate between learned and non-learned information.

**Language**
A global index of verbal comprehension from the WAIS-IV was in the average range and at the 37th percentile.  Semantic verbal fluency was relatively impaired. Lexical verbal fluency was in the average range.

**Spatial Analysis/Synthesis**
Mr. Purkey's score on the WAIS-IV Block Design test was in the low average (9th percentile) range compared to age matched peers. Matrix reasoning from the WAIS-IV was in the average range (37th percentile).  His ability for visuospatial praxis on the Rey Complex Figure was within impaired limits.

**Reasoning/Problem Solving/Executive Function**
Executive functions are those neuropsychological processes that allow an individual to plan, initiate, program, sequence, and maintain goal-directed behavior, especially under novel circumstances.  These complex cognitive functions also allow an individual insight into the intent of their behavior. Executive functions allow an individual to alter her/his behavior in order to meet the demands of a task or inhibit nonproductive behavior.  Executive functions are affected by global traumatic brain injury as well as focal injuries to the frontal lobes of the brain.

On a measure of verbal reasoning and abstraction (Similarities) Mr. Purkey scored within the average range (37th percentile).  His performances on several subtests of the Delis Kaplan Executive Function System (DKEFS) were within the

000770

Wesley Purkey
04/24/2017
NEUROPSYCHOLOGICAL ASSESSMENT
Page 10 of 11

expected range (Trail Making Test, Verbal Fluency Category Switching, Color-Word Interference Test).  He did show relative deficits on the DKEFS in semantic verbal fluency and proverbs.  His performance on the WCST was well within normal limits.

**MOTOR**
A measure of fine motor speed and dexterity revealed relative left sided weakness (Grooved Pegboard; Dominant Hand = 50th percentile, Non-Dominant Hand = 27th percentile).

**SUMMARY OF COGNITVE TESTING**
Mr. Purkey completed a comprehensive neuropsychological test battery.  My review of raw data from a previous examination showed that the previous examination failed to integrate PET imaging of Mr. Purkey's brain and failed to include some important neuropsychological measures.

On the current examination, Mr. Purkey put forth maximum effort on measures associated with malingering or feigning cognitive impairment (i.e. measures of memory, attention, executive functions, intellectual disability).  He passed all indicators that he was giving genuine effort and the results are considered to be a valid and comprehensive summary of his intellectual and cognitive functioning.

Mr. Purkey exhibited cognitive deficits that are found in patients with acquired neurological injury and/or disease.  On objective measures of cognitive functioning, he demonstrated significant learning and memory deficits.   He demonstrated relative motor weakness on the non-dominant side indicating possible right hemispheric deficits as well as mild impairments on some measures of executive functioning.

The current cognitive test findings clinically corroborate the 2003 neuroimaging conducted on Mr. Purkey's brain.  Cognitive tests, most of which were available in 2003, showed deficiencies that were related to the functions of the temporal cortex (memory) as well as neuroanatomical areas associated with the frontal lobes.  The regions in the brain that are related to the cognitive deficits on exam were found to be abnormal on a 2003 PET scan.

When compared to the 1/5/2003 test data of Dr. Leeson, Mr. Purkey showed significant declines on the Wechsler Memory Scale and impairments on other memory measures that were not administered in 2003.  Additionally, he showed impairments on the Delis Kaplan Executive Functioning Systems that were also exhibited in 2003.

**000771**

Wesley Purkey
04/24/2017
NEUROPSYCHOLOGICAL ASSESSMENT
Page 11 of 11

**FORMULATION**

My overall assessment of Mr. Purkey is that he demonstrated objective indicators on current testing of acquired brain damage related to traumatic brain injuries, dementia, possible posttraumatic stress disorder (PTSD), and possible Fetal Alcohol Syndrome (FASD).

It is abundantly clear, based on my review of the records and the impairments on current neuropsychological testing, that Mr. Purkey has been plagued with episodes of emotional dyscontrol and behavioral disinhibition since childhood. It appears that these problems are a product of multiple head traumas sustained since childhood and possible PTSD that was self-medicated with multiple substances beginning during key periods of neurological development.

The behavioral consequences of his traumatic brain injuries, psychiatric illness, and polysubstance use contributed to significantly modulating his behavior at the time of the offense.

Further, these patterns of cognitive deficits, his medical history, possible PTSD and FASD, and family medical history strongly suggest that Mr. Purkey is currently suffering from the beginning stages of a cortical neurodegenerative disease, such as dementia. The most commonly diagnosed dementia is Alzheimer's disease (AD), which is likely in Mr. Purkey's case considering his multiple risk factors and current symptoms. As Mr. Purkey's disease progresses, the AD pathophysiological processes in the brain will lead to significant cognitive and functional declines that require specialized medical treatment and care. The average life expectancy after diagnosis is eight to ten years. However, in some cases it is as short as three years or as long as twenty years.

These opinions are given with a reasonable degree of neuropsychological certainty.

_____
Robert H. Ouaou, Ph.D.
Florida Licensed Psychologist (PY6868)
Neuropsychologist

000772

# ST. FRANCIS HOSPITAL
### WICHITA, KANSAS

Urgent

| | | | | | | |
|---|---|---|---|---|---|---|
| e No. | 225080 | Room | A/21 | Res. | | Int. |

ient | Purkey, Mr Wesley I | Date of Birth |

ress | ▮▮▮▮▮▮ | Place of Birth | ??

& State | Wichita,Ks | Telephone | Call: AM 7 6724

n. Diag. | Obs | Service | Psy

d—S.M.W.D. | Single - Sex male | Race white | Age 15

gion | ?? | Parish — Church — Syn. |

e of Adm. | 2-9-67 Time 12:45 PM | Registrar | B Fawcett/jlg

ner Adm. Date | ?? | Name | Maiden Name

sician | R V Erken | Sp. Diet Yes No

son to Notify | Carrie Burk | Relation great aunt

ress | same | Phone

upation | | Company

urance | Court order | Policy No. | Group ☐ Individual ☐

| ntification No. | FAT. BUS. | GROUP NUMBER | MAT | TYPE CONT. | Eff. Date (Cont. Yr.) | Code - B.C. Waiver - Date | BLUE CROSS | Eff. Date (Cont. Yr.) | Code - B.S. Waiver - Date | BLUE SHIELD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

BENEFIT DATE (BENEFITS SHOWN BEGIN ON THIS DATE)
ROOM ALLOW._____FEE SCHEDULE_____
DEDUCTIBLE_____DIAGNOSTIC X-RAY_____
OUT OF STATE_____
HOSP. DAYS ____
Ebr/M-M-Eff Date | | | | Ebr/M-M-Eff Date | | |
EXT. BENEFITS — | | EXT. BENEFITS —

EMBERS NAME _____ BC MEMBERS BIRTHDAY _____
ARKS

E OF DISMISSAL 2-18-67                 TIME 10¹⁵/am   Carol Sharp GN

## FINAL SUMMARY

### SATURDAY FEB 18 1967

nosis on Admission (to be completed 24 hours after admission) *Passive Aggressive Personality*

of onset

Diagnosis *Passive Aggressive Personality*  ✓

*(DO NOT WRITE HERE)*

lications and Wound Infections_____

rks _____

ltation With *Childuram*

tion on Discharge_____

covered____ ☐ Improved ____ ☐ Unimproved____ ☒ Not Treated____ ☐ Expired____ ☐ Autopsy____

e: Surg. | Neuro Surg. | Med. | O.B. Gyn. | Ped. | Urology | Ortho. | E.E.N.T. | (Neuropsychiat)

tions: _____

*(DO NOT WRITE HERE)*

☐ FORMER ADMISSIONS ☐

12-29-66       Case No. 221631

<span style="color:red">000773</span>

RV Erken MD

SIGNATURE OF ATTENDING PHYSICIAN

ST. JOSEPH HOSPITAL
WICHITA, KANSAS

## HISTORY

NAME _Pinkey, Wesley_   ROOM _____ BED _____ DOCTOR _R. V. Erken_

INFORMANT _____   DATE _____

| FAMILY | AGE | | HEALTH, IF LIVING OR CAUSE OF DEATH. NOTE ESPECIALLY HEREDITARY OR INFECTIOUS DISEASES |
| | DEAD | LIVING | |
|---|---|---|---|
| FATHER | | | |
| MOTHER | | | See prior hx |
| BROTHERS | | | |
| SISTERS | | | |
| CHILDREN | | | |

PAST HISTORY STATE HERE DISEASES FROM CHILDHOOD TO DATE, HABITS, MENSTRUAL HISTORY, OPERATIONS, ETC.

See prior hx

CHIEF COMPLAINT  "I don't know why I'm here."

PRESENT ILLNESS  15 yr old w/m recently dismissed after brief psychiatric and neurological evaluation with recc for placement at Boys Industrial School thru juvenile court for residential treatment.

Admitted now at request of juvenile court on court order for admission to Larned State Hosp.

REVIEW OF SYSTEMS:

See prior hx

01-181

SIGNATURE OF HOUSE PHYSICIAN **000774**

SIGNATURE OF ATTENDING PHYSICIAN _RV Erken M.D._

HISTORY

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

## PHYSICAL EXAMINATION

FULL NAME _____   HOSP. NO. _____

HEIGHT _____   WEIGHT _____   TEMP. _____   P. 74   RESP. 14   B.P. 122/68

OUTLINE TO BE FOLLOWED:    AVOID SUCH TERMS AS " NORMAL " AND " NEGATIVE"

GENERAL APPEARANCE  Wld, W/m / W/m

. HEAD:

  EYE, EAR, NOSE,    neg
  THROAT.

. NECK:    supple

. CHEST:
  INSPECTION,    symm
  PALPATION,
  PERCUSSION.    clear
  AUSCULTATION.

. HEART:
  B/P, POSITION    NSR
  SIZE, RATE,
  MURMURS.    no (my)

. ABDOMEN:
  INSPECTION,    soft
  PALPATION,    no tenderness
  PERCUSSION.    neg

. GENITO-URINARY:

. EXTREMITIES & SPINE:
  EDEMA, VARICOSITIES,
  BONES JOINTS.    neg

. NERVOUS:
  REFLEXES, SENSATION,    physiologic
  MUSCULAR MOVEMENT.

. SKIN & GLANDS:    neg

. SPECIAL

IMPRESSION:  Normal P.E.

DATE  2/10/67    EXAMINED BY  RU Erken   M.D.

000775

01-284

ST. FRANCIS HOSPITAL
Wichita, Kansas

**LABORATORY REPORTS**

Name _Purkey, Wesley_  Room _21_ Bed _T_  Doctor _Erken_

(PASTE 3RD REPORT HERE AND SUCCEEDING ONES _____ LINES)

| | | |
|---|---|---|
| Name: _Purkey, Wesley_ | | |
| Room No.: _21 T 1_  Physician: _Erken_ | | |

| Color _Straw_ | Bile _neg_ | Costs |
|---|---|---|
| Character _Clear_ | Hgb. _neg_ | |
| pH _6.0_ | Microscopic | Crystals |
| Sp. Grav. _1.026_ | WBC _0-1_ | |
| Albumin _neg_ | RBC _0_ | |
| Sugar _neg_ | Epith. _0-1_ | Remarks |
| Acetone _neg_ | Bacteria | |
| Diacetic Acid | | Report By: _JB_ |
| | | Date: _2-10-67_ |
| **URINALYSIS** | | Date: _2-10-67_ |

ST. FRANCIS HOSPITAL, WICHITA, KANS.

000776

01-220

LABORATORY REPORT

ST. FRANCIS HOSPITAL
Wichita, Kansas

**LABORATORY REPORTS**

Name _Purkey, Wesley_     Room _21_  Bed _T_     Doctor _Erken_

(PASTE 3RD REPORT HERE AND SUCCEEDING ONES ... LINES)

| Name: | Purkey, Wesley | | | | | | Case No: | 225080 | |
|---|---|---|---|---|---|---|---|---|---|
| Room No: A-21 | | Physician: Erken | | | | | Specimen: CBC adm | | |

| RBC: 5,160,000 | WBC: 9,400 | HGB: 15.5 | HCT: 47% |
|---|---|---|---|

| Platelets: | Reticulocytes: | Eosinophils: | Remarks: |
|---|---|---|---|

| Capillary clotting time: | | Duke bleeding time: | |
|---|---|---|---|

| Schilling Differential | Count | Baso. | Eosins. | Myelos. | Youngs | Bands | Segs | Lymphs | Monos | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6 | | | | 43 | 45 | 6 | |

RBC Morphology

BLOOD MORPHOLOGY

Report By: _TI_
Date: _2-10-67_

AM 21  FEB 10

000777

01-220                                                                    LABORATORY REPORT

ST. FRANCIS HOSPITAL
WICHITA, KANSAS

## CONSULTATION RECORD

HOSPITAL NO._____

DATE 2-14-67

NAME Purkey, Wesley    ROOM OR WARD NO. 21    BED T    DOCTOR R.V. Erken

CONSULTING PHYSICIAN DR Newsom

REPORT REQUESTED REGARDING your opinion re treatment needs of this boy, per request of his guardian Mrs Burke.

R Erken MD
SIGNATURE OF ATTENDING PHYSICIAN

## REPORT

FINDINGS Pt was interviewed on 2/14 and this was followed by a telephone interview with Mrs. Burke. Both seem mystified as to why the boy is here now and slated to go to Larned. They say he got into no further trouble and don't know why he can't stay with Mrs. Burke and continue to go to school. Mrs. Burke claims no trouble from him in following her orders.

DIAGNOSIS Passive Aggressive Personality

RECOMMENDATIONS Larned seems to have been introduced because BIS has no room. I doubt that Larned has a program likely to be of benefit to this boy. I don't believe family can afford private treatment. Why not a parole until we see if he gets in trouble again? A longer stint at Lake Afton might then be

000778

FORM 481 — THE HOSPITAL RECORD CO., WICHITA, KANSAS

SIGNATURE OF CONSULTANT
CONSULTATION RECORD

ST. FRANCIS HOSPITAL
Wichita, Kansas

## RECORD OF VALUABLES AND PERSONAL BELONGINGS

Patient's Name _Wesley Pierley_ Room No. _21 T_ Date _2-9_

The Hospital IS NOT responsible for any belongings of the patients. All unnecessary articles are to be sent home.

### CLOTHING LIST

1. 1 - pr. light pants
2. 1 - pr shorts
3. 1 Black T shirt
4. 1 - Black Belt
5. 1 - Pr. Black shoes
6. 1 - Pr. white socks
7. 1 red & gold shirt
2 white pr shorts
grey metallic
8. 1 brown coat
9. blue & brown shirt
10. blue & white sweat shirt
11. 2 white T-shirt
12. 4 pr socks
13. blue shirt
14. black & white shirt
black pr trousers
1 white T shirt

### VALUABLES: (Money, Jewelry, Razor, etc.)

1. lighter
2.
3.
4.
5.
6.

### VALUABLES: RETAINED at own risk

1. Electric guitar
2. amplifier & speaker (3 cords)
3. &

Sign: _Carrie Burke - aunt._
(Person assuming responsibility)

### ARTICLES RETURNED HOME

1. electric guitar
2. amplifier & speaker & cords.
3.
4.
5.
6.

Signed: X _Carrie Burke._
(Person taking articles home)

ON ADMITTANCE:
Patient's Signature: X _Wesley Pierley_    Nurse _Yoder_

ON DISCHARGE:
Patient's Signature: _Wesley Burke_    Nurse _____

**000779**

Rev.-Psych: 7/23/58

## ST. FRANCIS HOSPITAL

## PROGRESS RECORD

NAME _Purkey, Wesley_    ROOM _81_  BED _7_    DOCTOR _Erdin_

| DATE | |
|---|---|
| 2/10/67 | Readm at request of juvenile court prior to adm at Larned SH. He may be under a court order for care & treatment |
| 4/14/67 | Guardian has neg consult opinion re his disposition. Apparently no other residential Rx source but Larned SH for him. This was not our earlier recc. |
| 2/17/67 | Dr Newsom feels as pessimistic as I do that patient could get any worthwhile help at Larned SH. Will suggest to juvenile court that he be kept at Lake afton as long as possible. |
| 2/18/67 | Dismissal — court order dropped by juvenile officer at our suggestion |

-308

**000780**

PROGRESS RECORD

## ST. FRANCIS HOSPITAL

## PHYSICIAN'S ORDERS

NAME _Lurkey, Fisby_    ROOM _31_   BED _7_   DOCTOR _Erben_

| DATE | |
|---|---|
| 2/9/67 | Required lab |
| | 2) General diet |
| | 3) Only visitor is to be Miss Curie Bark |
| | 4) Phenidge 200mg as for pain |
| | Thos Dr. Erben / Doris / CSharp Gw |
| 2/10/67 | May wear his clothes |
| | ASA gr 10 q4h prn discomfort |
| | Librium 10mg I PO q4h prn nervousness |
| | May call his aunt 1x today |
| | Old records please. |
| 2/11/67 | May use guitar |
| 2/13/67 | May call aunt and grandmother |
| | May have guitar amplifier |
| 2-13 | Consultation c̄ DR. Newson |
| | Pho DR. Wells Eaten/office/Slow lik |
| 2/14/67 | May call girl friend 1x |
| 2-17-67 | Go Probate Court for hearing @ 9³⁰ 2-20-6 |
| | P.O. Probate Court (Amelia) / BRay |
| 2-17-67 | No court hearing Monday - Court order |
| | dismissed as of Sat 2-18-67. |
| | P.O. Probate Court / Amelia / BRay |
| 2-17-67 | May Dismiss |
| | P.O. Dr. Erben / Marshe / CSharp Gw |

01-290

**000781**

## ST. FRANCIS HOSPITAL

## NURSE'S NOTES

DATE _2-9-67_ NAME _Purkey, Presley_ DOCTOR _Eiken_ ROOM _217_

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| 12:50 | 98° | 92 | 24 | BP 122/88 | | A 15 yr. old white | | |
| | | | | 133 lbs. | | male admitted, ambulatory | | |
| | | | | 5'10" | | ē officers from Probate | | |
| | | | | | | Court. Pt. cooperative | | |
| | | | | | | + in high spirits — Speaks | | |
| | | | | | | to everyone as if he is | | |
| | | | | | | talk to old friends. | | |
| | | | | | | No known allergies | | |
| | | | | | | Pt. requests to wear own | | |
| | | | | | | clothes — Changed to | | |
| 1:00 | | | | | diet | Pt's willingly | | |
| | | | | | | ate well | | |
| 2:00 | | | | | | Orders obtained — | | |
| | | | | | | Quiet. / Army list (?) | | |
| 4 | 99.8 | 76 | 20 | | | Agent here visiting — | | |
| | | | | | | Continues to stay by | | |
| | | | | | | room — Quiet. Calling | | |
| | | | | | | for people to come | | |
| | | | | | | to room + wait on | | |
| | | | | | | him. | | |
| | | | | | diet | Taken well | | |
| 7:00 | | | | | | In own room playing | | |
| | | | | | | cards. | | |
| 9 | | | | | | Talked about ē | | |
| | | | | | | other pts. | | |
| 10:30 | | | | Plaridyl 300mg — | | Quiet — Beverly Ray | | |
| 12:00 | | | | | FRI FEB 11 | ō quiet | | |
| | | | | | | Sleeping | | |
| 3:00 5:00 | | | | | | cont. Sleeping | | |
| 6:00 | | | | | | Good Nights Sleep (?) | | |
| 7:30 | | | | | diet | Taken well | | |
| | | | | | | A.M. care ē shower. | | |
| | | | | | | Dr. Eiken in ō | | |
| | | | | | | Dressed in own clothes. Up ē | | |
| | | | | | | about ad lib. | | |
| 11:30 | | | | | diet | Taken well | | |
| 2:00 | | | | | | In his room playing cards | | |
| | | | | | | Ethel Chang R.N. | | |

01-251

000782

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 2/10/67.   NAME _Purkey, Kesley_   DOCTOR _Orben_   ROOM _217_

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | In room visiting ē Aunt | | |
| 5⁰⁰ | | | | | diet taken well | | | |
| 6⁰⁰ | 98 | 94 | 16 | | | trouble ē pts. from 2B | | |
| 7- | | | | | | In rec. room playing cards. | | |
| 9⁰⁰ | | | | Placidyl 200mg | for sleep | Aunt here — | | |
| 10³⁰ | | | | | | Restless. But quiet — Beverly Frey unable to sleep | | |
| 11³⁰ | | | | Placidyl 200mg | | for sleep | | |
| 12⁰⁰ | | | | | SAT FEB 11 | quiet | | |
| | | | | | | sleeping | | |
| 30.5⁰⁰ | | | | | | cont. sleeping | | |
| 6⁰⁰ | | | | | | Good night Louise Buried | | |
| 7³⁰ | | | | | diet | ate well | | |
| 8⁰⁰ | | | | | | A.M. care ē bath | | |
| | 98⁸ | | | | | Dressed. | | |
| | | | | | | Dr. Willshew in | | |
| | | | | | | Playing guitar in his room. | | |
| 1³⁰ | | | | | diet | ate well | | |
| 12⁰⁰ | | | | | | Out on Porch playing | | |
| | | | | | | ping pong / S. Lecter Mr | | |
| | | | | | | Walking in Halls | | |
| | | | | | Diet | Taken well | | |
| | | | | | | Watching t.v. | | |
| 4⁴ | 94 | 20 | | | | Playing guitar | | |
| 10ᴬᴹ | | | | Placidyl 500mg | | Quiet Hazel Bommann | | |
| 5ᴾᴹ | | | | | SUN FEB 12 | took all to disturbance on | | |
| | | | | | | ward | | |
| 12⁰⁰ | | | | Placidyl 200mg | | As requested | | |
| 2ᴬᴹ | 98⁰⁰ | | | | | sleeping | | |
| 6⁰⁰ | | | | | | Good sleeping | | |
| | | | | | | Good night Louise Buried | | |

01-251

**000783**

ST. FRANCIS HOSPITAL

## NURSE'S NOTES

DATE 2/12/61   NAME _Wesley Puskey_   DOCTOR _Erlen_   ROOM _217_

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| | | | | | diet | ate well  5 | | |
| | 98° | | | | | A.M. care _c_ bath — | | |
| | | | | | | "why don't I get | | |
| | | | | | | any _medicine_ — _I'm_ | | |
| | | | | | | _mentally ill_" | | |
| | | | | | | _spends great deal_ | | |
| | | | | | | _of time at front_ | | |
| | | | | | | _of nurses' station_ | | |
| | | | | | | _here_ — | | |
| | | | | | diet | ate well. | | |
| | | | | | | Visiting _c_ other pts. | | |
| | | | | | | _in rec room._ _Talk to_ | | |
| | | | | | | Mother phoned. angry that she | | |
| | | | | | | couldn't talk to pt. | | |
| | 99 | 88 | 16 | | | Up & about on ward | | |
| | | | | | | Visiting _c_ Phil De Haven | | |
| | | | | | | Trying to help put puzzle | | |
| | | | | | | together | | |
| | | | | | | Well behaved | | |
| | | | | | | Visiting | | |
| | | | | Ploridzl 200 mg — | | 9¢5 Requested | | |
| | | | | | | _quiet_ Hazel Sunma _RN_ | | |
| | | | | | MON FEB 13 | sleeping | | |
| | | | | | | slept well. Theresa Ungs RN | | |
| | | | | | Diet —taken | 5 | | |
| | | | | | | AM care _c_ bath | | |
| | | | | | | Up & about. | | |
| | | | | | | Dr. Erleen in. | | |
| | | | | | | Called grandmother. | | |
| | | | | | | Visiting _c_ other young pts. | | |
| | | | | | | Up to desk asking if he was | | |
| | | | | | | going to be transferred | | |
| | | | | | | Up & about. Phone call from | | |
| | | | | | | aunt   Dorothy Hutchens | | |
| | | | | | | Visits _c_ other pts. | | |
| | | | | | | in Rec Room. Playing | | |
| | | | | | | cards. | | |
| | | | | | | ON back porch _c_ orderly | | |

01-251

**000784**

## ST. FRANCIS HOSPITAL

## NURSE'S NOTES

DATE 2/13    NAME _Pruitt_    DOCTOR _Erkin_    ROOM 21

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| | | | | | | Trying to talk to | | |
| | | | | | | girls through door | | |
| | | | | Placidyl evening | | Socializing in Rec Room | | |
| 2-6 | | | | | TUE FEB 14 | Quiet B/Nothalie Sterle RN | | |
| | | | | | | sleeping | | |
| | | | | | | Slept well Theresa Unger RN | | |
| 730 | | | | | diet | ate well | | |
| | | | | | | | | |
| | | | | | | Dr Erkin in | | |
| | | | | | | | | |
| | | | | | | | | |
| 30 | | | | Librium 10 mg | | | | |
| 30 | | | | | diet | ate well  5 | | |
| | | | | | | | | |
| | | | | | | Jan Party | | |
| | | | | | | | | |
| | | | | | | Participating @ party | | |
| | | | | | | Playing cards | | |
| | | | | | | Visits c other pts | | |
| | | | | | | in Rec Room | | |
| | | | | | | Talked to girl friend | | |
| | | | | | | on phone for 10min | | |
| | | | | Placidyl 200mg | | Quiet B/Nothalie Sterle RN | | |
| 500 | | | | | WED FEB 15 | + sleeping | | |
| 730 | | | | | | Good night Louise Pruitt | | |
| | | | | | Diet | Taken well    1/3   5 | | |
| | | | | | | On care c shower | | |
| | | | | | | Dressed in own clothes | | |
| | | | | | | Dr Erkin here | | |
| | | | | | | A up el about | | |
| | | | | | | In Rec room playing cards | | |
| | | | | | | Dr Newsom here | | |
| 700 | | | | | | On O.T. on ward  A.Aitken RN | | |
| | | | | | | Playing c dominoes | | |
| | | | | | | Visits in Rec Room | | |

-251

000785

## ST. FRANCIS HOSPITAL

### NURSE'S NOTES

DATE 2/15/69   NAME Burkey, Wesley   DOCTOR Erken   ROOM 217

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| | | | | | | Trying to talk to | | |
| | | | | | | girls from 4Annex | | |
| | | | | | | Quiet visiting | | |
| | | | | | | Watching t.v. | | |
| | | | | Placidyl 200mg — | | Quiet | | |
| 12⁰⁰ 5⁰⁰ | | | | | THU FEB 16 | sleeping | | |
| 6⁰⁰ | | | | | | Good night Louise Brunner | | |
| 7³⁰ | | | | | diet | ate well  11¹⁵ - 5 - | | |
| | | | | | | A.M. care & bath | | |
| 8⁰⁰ | | | | | | dressed. | | |
| | | | | | | Talked to Aunt and | | |
| | | | | | | there | | |
| 11³⁰ | | | | | | Dr. Erken in | | |
| 2⁰⁰ | | | | | | In O.T.  A.Aitken RN | | |
| 4⁰⁰ | | | | | | In rec. room playing | | |
| | | | | | | cards. | | |
| | | | | | | Diet eaten well | | |
| 6⁰⁰ | | | | | | Aunt here — amplifier | | |
| | | | | | | brought to pt. | | |
| | | | | | | Playing loudly @ times | | |
| | | | | | | "I'm just doing it to | | |
| | | | | | | aggravate you." | | |
| 7⁰⁰ | | | | | | In room playing | | |
| | | | | | | guitar | | |
| 9⁰⁰ | | | | Placidyl 500mg | | | | |
| 11³⁰ | | | | | | Quiet — Beverly Ta | | |
| | | | | | | awake | | |
| 11⁰⁰ | | | | Placidyl 200mg | | repeated as requested | | |
| 12⁰⁰ | | | | | FRI FEB 17 | quiet | | |
| | | | | | | sleeping | | |
| 3⁰⁰ 5⁰⁰ | | | | | | cont. sleeping | | |
| 6⁰⁰ | | | | | | Good Night Louise Brunner | | |
| | | | | | diet | ate well | | |
| 9⁰⁰ | | | | | | A.M. care & bath — | | |
| | | | | | | | | |
| | | | | | | Dr. Erken in | | |
| 11³⁰ | | | | | diet | ate well | | |

01-251

000786

## ST. FRANCIS HOSPITAL

## NURSE'S NOTES

DATE: _2/17/67_  NAME _Purkey, Wesley_  DOCTOR _Erken_  ROOM _21_

| HOUR | TEMP. | PULSE | RESP. | MEDICINE AND TREATMENT | NOURISHMENT | REMARKS | URINE | DEF'N |
|------|-------|-------|-------|------------------------|-------------|---------|-------|-------|
| | | | | | | | | |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 4:00 | | | | | | | | |
| 5:00 | | | | | | | | |
| 6:00 | 97.6 | 116 | 22 | | | | | |
| 8:30 | | | | | | | | |
| 9 | | | | Placidyl 200 mg | | | | |
| 11:00 | | | | | | | | |
| 1:30 | | | | Placidyl seems | | | | |
| 12:00 | | | | | SAT FEB 18 | | | |
| 3:5 | | | | | | | | |
| 7 | | | | | tea | | | |
| 0:15 | | | | | | | | |

1-251

000787