USE OF THIS INFORMATION REGULATED BY LAW

INFORMATION RELEASED TO _Laura E. O'Sullivan_

DATE _2-25-03_ BY _Michelle L Blennerhasset_

INDEXED

## POLICE DEPARTMENT — WICHITA, KANSAS

CRIME: MISC. OFFENSE

CLASSIFICATION: OTHER 2699

CASE NO. K 02267

| | Address | Phone |
|---|---|---|
| WESLEY I. PURKEY 16 w/m | ▆▆▆▆▆▆▆ | AM76724 |
| Reported By | Address | Phone |
| OFFICER MANINGER | WPD | |
| When Committed | | Time Reported |
| 1450 S. Washington | 9:45 pm 1-17-68 | same |

THE ABOVE ARRESTED & CHARGED WITH ENTERING & REMAINING IN A TAVERN UNDER AGE. TAKEN TO JUVENILE TO BE RELEASED TO PARENTS.

JUVENILE

| Officer Assigned | Beat | Detail | Section Assigned | Connecting Case |
|---|---|---|---|---|
| MANINGER 446 11:35 pm 1-17-68 tj | 13 | 2nd | JUV. | |

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

_Michelle L Blennerhasset_
Record and _____ Section

000788

FEB 25 2003

WP_PC000010096

2-001  Det* Vice & Juvenile.

POLICE DEPARTMENT - WICHITA, KANSAS
INVESTIGATION REPORT

DATE:   1-17-68

CASE NUMBER:K-02267

HEADING:WESLEY I. PURKEY (16mm)        ADDRESS ████████        PHO: AM 7-6724

The above apprehended and charged with entering and remaining in a tavern under age at 9:45 p.m. 1-17-68 at the Clown Tavern, 1450 S. Washington.

Taken to juvenile and released to juvenile officer NEALY who in turn released him to his parents.

Received call. I was on routine patrol on my beat when I pulled into the parking lot of the Clown Tavern, 1450 S. Washington and there observed a white/blue '57 Chevie two door bearing '68 S/G 14835 occupied by two white males. Both of these subjects appeared to me to be under age and I was curious as to why they were sitting in the car.

I contacted these two persons and found them to be JAMES C. GILSTRAP, 17m, of 618 S. Fern, DOB 12-13-50 along with LEE A. HATFIELD, 17m, 2037 S. Washington, DOB 4-10-50. Had these two boys get into my patrol car where I talked to them for a few moments to determine why they were sitting outside of the tavern. They said that they had two friends a CHAD PENNINGTON and WESLEY PURKEY who were inside of the tavern. I asked them if both of these boys were 18 yrs old and they said that they were. I then ran a record check on GILSTRAP and HATFIELD and found that GILSTRAP came back signal 30 and HATFIELD signal 31, sex offense, and other violations. I did not have the opportunity to write these down. I found also that HATFIELD was presently on parole.

After obtaining this information I decided to go into the tavern and check on the other two boys. I obtained a description of GILSTRAP and HATFIELD and PENNINGTON and PURKEY. Upon arriving in the tavern I found them sitting in the second booth west of the east wall. PURKEY was facing east and PENNINGTON was facing west. Each of the boys had a glass of beer in front of them. Each of these glasses had been partially drank.

I removed the two boys from the tavern and checked their I.D. outside. I found that PURKEY was only 16 yrs. I called for a vice officer. Det. RUDISELL was sent to the scene and I then returned inside and obtained the beer from the tables. I first brought out the beer which belonged to PENNINGTON and then returned inside and got the glass containing the beer that belonged to PURKEY.

PURKEY advised me that this was the only glass of beer that he had had in the tavern and stated that he had not been asked to show I.D. to prove his age. I questioned the boys as to who had served them and they were reluctant to give me that information. They were very co-operative however, in all other ways. They said they did not wish to get any particular person in to trouble.

I finally returned inside with CHAD PENNINGTON who pointed out LINDA LEWIS as the girl who had served them. He stated however, that he was not positive of this but he thought that it was her. He said that he did know her therefore I felt that he was probably telling the truth. He did advise however, that she normally did check I.D.s and that he felt that the reason she had not was due to the fact that

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

000789

WP_PC000010097

-2-

she had known him from different times, that he had came in previously and felt that he would not pull some one in who was under age. He stated that he had not known that PURKEY was under age as PURKEY had advised him that he was 18 yrs old. He advised that this was the reason that he had taken PURKEY into the tavern with him and left the other two boys in the car, being aware of the fact that they were under age.

He indicated however that he was not positive about her being the person who served them and I received the impression from him that he would not be willing to testify against her in court. For this reason she was not placed under arrest.

I found that LINDA lives at 2053 S. Mosley, AM 2-2249. I spoke with her about the dangers of not checking I.D.s even in the case where she is certain of a persons age. She advised me that she would make every effort in the future to check each and every individual regardless of who they were or if she knew them or not.

Purkey was then removed to juvenile and the beer which he had been consuming was turned into the P.D. as physical evidence and marked with a liquor sticker containing my signature and level of beer in the glass indicated by an arrow at the bottom of the sticker placed on the glass. The beer was poured into a glal which was also marked with a liquor sticker signed by me.

No further information.

Officer L. G. Heninger # 0446
1:50 a.m 1-18-68

cc:  Vice
     Juvenile
vo

1-18-68, # 52



This will certify this to be a true copy of the original record on file at Wichita Police Dept.

000790

WP_PC000010098

**PHYSICAL EVIDENCE RECEIPT**

CASE NO: K02267

Case Classification    M.SC. OFF  eNTer+Remain Tovern underage    Date 1·17·68

Case Heading    Wesley I. Purkey II W/m    Address ████████████

Owner    same    Address

DESCRIPTION: (Include serial numbers, make, model, identifying marks, etc.)

> 1  beeR Glass approx 1/3 Full beeR
> 1  w.P.D. Vile contain contents BeeR Glass

670375

2 of 2

RECEIVED
JAN 18 1968
WICHITA POLICE

OFFICER:    J.H. Maninger 446    Date and Time  1·17·68  11:55 pm

Received By    E. Miller 39    Date and Time

Bin # 225    Bin #    Bin #    Bin #    Bin #    Bin #

INSTRUCTIONS:  Prepare in Duplicate.  TURN BOTH COPIES IN TO POLICE LABORATORY

This will certify this to be a true copy of the original record on file at Wichita Police Dept.
Michael L Blanck 465
Record and Identification Section

FEB 25 2003

WP_PC000010099

000791

# THE CITY OF WICHITA



**POLICE DEPARTMENT**
WICHITA, KANSAS 67201

*K 02267*

January 19, 1968

Bernard L. Foster
315 North Grove
Wichita, Kansas

Dear Mr. Foster:

Under the code of the City of Wichita, Kansas, effective April 20, 1960, Chapter 4.12, under Section 4.12.090, provides as follows:

> "The Chief of Police, upon five days' written notice to the person holding any license to sell cereal malt beverage, shall have the authority to suspend such license for a period not to exceed thirty days, for any violation of the provisions of this chapter or other ordinances pertaining to cereal malt beverage, which violation does not in his judgment justify a recommendation of revocation; provided, however, that the licensee may appeal such order of suspension to the board of commissioners within seven days from the date of such order and provided further, that in the event such order of suspension is upheld by the board of commissioners, the licensee may, within ten days thereafter, appeal to the district court of the county, in the manner now provided by law in appeals from the probate court."

At 9:45pm, Wednesday, January 17, 1968, Patrol Officer on routine inspection of your tavern, The Clown Lounge, located at 1450 South Washington, had the occasion to arrest a 16 year old white male for entering and remaining in a tavern while under the age of 18.

As a result of this juvenile with no identification being found on the premises of your tavern, this is your five days written notice that your cereal malt beverage license issued to The Clown Lounge, 1450 South Washington, is suspended for a period of seven days effective Thursday, January 25, and extending to and including Wednesday, January 31, 1968.

Very truly yours,

E. M. Pond
Chief of Police

cc: Mr. John Dekker
Director of Law
EMP: mm

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

Records and Identification Section

000792

WP_PC000010100

FEB 2 5 2008

32-00?

POLICE DEPARTMENT - WICHITA, KANSAS
INVESTIGATION REPORT

DATE: 1-17-68                                                    CASE NUMBER: K 2267

HEADING:    WESLEY I. PURKEY (16wm)        ADDRESS ████████████    PHO:

The above subject arrested and charged ENTER & REMAIN IN A TAV-ERN from The Clown Tavern, 1450 S. Washington, at approx. 9:45pm, 1-17-68.

On 1-17-68, received a call from the Dispatcher to proceed to The Clown Tavern, that a beat Officer wanted to contact me there.

Upon my arrival there, I contacted Officer Maninger, who advised me he had made a routine inspection of this tavern and upon doing so, found the above case heading inside the tavern drinking beer, along with another subject who was 18 years old.

Upon talking with Officer Maninger and the above case heading, the boy stated he went inside, along with another subject, and they ordered two beers, each ordering their own beer. There was nothing said about checking the ID's to see if the boy was 18 years of age and they were brought the beer and served by a person whom we think (however, not sure) was LINDA LEWIS, the girl working the floor. Also working behind the bar was GLENDA J. DAVIS (20wfe), 1818 South Laura.

The boy who was under age was brought to the Juvenile Section, where juvenile arrest forms were filled out on him and the beer and the glass which was served to the boy, were turned into the station as physical evidence under this case.

Upon talking to MISS DAVIS, who was working behind the bar, she was advised that a juvenile was taken from the premises and that he had purchased beer there. I asked for the manager but she could not tell me who the manager was at this time, however, she stated she was put there to work behind the bar and she thought maybe she might be in charge but she was not the manager.

We also had conversation with LINDA LEWIS and she could not remember whether she served these boys or not, however, she stated she did check ID's and upon talking to the above case heading, he stated he was not asked for any ID whatsoever, when he purchased this beer. He did have a valid Kansas Driver's License which showed his date of birth as 1-6-52. This was the extent of his identification.

This is all the information I have at this time. For additional information, I refer you to the report of Officer Maninger.

DET. JAMES C. RUDISELL #238
Vice Section
Criminal Investigation Division

cc: Vice
mm            (1-18-68 - 12:20am)

000793

WP_PC000010101

FEB 25 2003

K 02267

6

January 19, 1968

Mr. Bernard L. Foster
315 North Grove
Wichita, Kansas

POLICE DEPARTMENT RETURN:

Date __1 - 19 - 68_____    hour __11:05 P.M._____

The above acknowledges receipt of suspension notice.

_Bernard L. Foster_

**Signature of licensee**

_Det. J. Rudsell_ P-238

**Serving Officer**

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

_Michell L. Blanck_ 1655
Records and Identification Section

000794

FEB 25 2003

32-001

POLICE DEPARTMENT – WICHITA, KANSAS
INVESTIGATION REPORT

DATE: 1-17-68                                    CASE NUMBER:

HEADING: WESLEY I. PURKEY   16 WM        ADDRESS  134 W. Charles    PHO:

The above apprehended and charged with enter and remain in a tavern under age at 9;45 PM 1-17-68.  At the Clown Tavern, 1450 S. Washington.

At approx 10:PM 1-17-68, Off L. G. MANINGER brought one WESLEY I. PURKEY 16 WM into the Juvenile Section and advised the boy had been apprehended in the Clown Tavern at 1450 S. Washington.  At 9.45 PM,

I talked to the boy about this and he readily admitted that he had been in there.  Stated he had gone into the Tavern with a friend of his, how is who is 18-19 years of age, by the name of PENNINGTON.  Stated that at no time did anyone in the tavern question his age or ask to see any identification.  The boy did buy one beer and was drinking it when he was apprehended.

WESLEY is a good sized young man approx 6' tall, weighing approx 160#.  He could pass possibly for 18, but I do not believe that anyone that took a second look at the boy would mistake him for 18.  As the young man was most cooperative, stated that he would not repeat this performance again, he was taken home and released to his guardian MRS. CARRIE PURKEY at 134 W. Charles.

This is all the information I have and ask this case be cleared and closed no prosecution.

Juv. Det. B.L. Mosley #
11:08 PM  1-27-68
Juvenile Aid Section

Juv   dh

000795                    WP_PC000010103
FEB 25 2003

WICHITA POLICE DEPARTMENT
JUVENILE INFORMATION REPORT    CASE NO. K-0236

DATE 1/17/68

| Name | WESLEY I. PURKEY | Address 134 N. CHARLES | Phone AM767 |
|---|---|---|---|
| Race W | Sex m | Age 16 | Hair BLOND | Eyes HAZEL | Height 6=0 | Weight 160 | Marks & Scars 2 scars rt hand | DOB |

| Charge ENTER & REMAIN TAVERN UNDER AGE | School NONE NO EMPLOYED | Grade |
|---|---|---|

| Mother VELMA L. PURKEY 42 w/f/ | Father JACK W. PURKEY 43 w/m | GUARDIAN MRS CARRIE BURKE 71 |
|---|---|---|

Circumstances of Arrest** WAS FOUND DRINKING BEER IN CLOWN TAVERN

Arrested By L. G. MANINGER #0446    Location 1450 S. WASHINGTON    9:45pm 1/17

### DISPOSITION OF JUVENILE

| | TO PARENTS | APPEAR IN JUV. time/date | DETENTION | PARENTS NOTIFIED time/date |
|---|---|---|---|---|
| BY OFFICER | ✓ | | | |

| | 1st OFFENSE | REPEATER | PETITION | NO PETITION | OTHER POLICE AGENCY | ADULT COURT |
|---|---|---|---|---|---|---|
| BY JUV. SECTION | | ✓ | | ✓ | | |

**If curfew violator and no case, note CURFEW VIOLATION in space provided for case no.

EXPEDITE—BOTH COPIES TO JUVENILE

WESLEY I. PURKEY
134 N. Charles    MISC OFF    1/17/68    114    K 2257

ATTENTION: CUSTODIAN OF EVIDENCE..... The following articles which were brought in as
Physical Evidence Owned by ___ Above ___
                                      Name                          Address

One beer glass approx 1/3 full beer contents in wpd vial.

670375

| MAY 50 | Returned to owner | AUTHORITY Sgt Malone |
|---|---|---|
| | ✓ Destroyed | DATE 9-26-68 |
| | Sold | |
| | Attached to case | CUSTODIAN OF EVIDENCE Sgt Malone |
| | Held | |

This is to certify this to be a true copy of the original records on file at Wichita Police Dept.

Michell L Blencick
Record and Identification Section

**000796**

WP_PC000010104
FEB 25 2009

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER • 3400 GRAND • MU 5-1111 • WICHITA, KANSAS    CASE **264511**

| PATIENT NAME | PHYSICIAN | | DATE ADMITTED | DT. DISCHG. |
|---|---|---|---|---|
| **Purkey Wesley A** ( | **L A O'Donnell Sr** I | NO. | **3-8-68** | **MAR 1**5 1968 |

| PATIENT ADDRESS    PHONE (IF DIFFERENT FROM RES. PARTY) | BIRTHDATE | RACE | SEX | DEPEND | MARITAL STATUS |
|---|---|---|---|---|---|
| **mo(Velma)267-6**~~2724~~(H. OR ADDRESS) | ▇ | **W** | X M   F | | M X S   W   D   SEP. |
| **grmo(Sue Darling)WH 31603** | INSURANCE INFORMATION  **Mutual of Omaha** | | | **St Joseph** CHURCH | **Cath** RELIGION  **Ye**BAPT-IZED |

| RESPONSIBLE PARTY    RELATION | | | ZIP CODE | PHONE |
|---|---|---|---|---|
| **Carrie A Burke    aunt** | ▇ | **Wichia Ks 67203** | | **267-6724** |

| FATHER'S NAME | PREV. ADMITTANCE & NAME THEN  **No** | ADMISSION DIAGNOSIS  **observ frm car wreck** |
|---|---|---|
| EMPLOYER OF RES. PARTY  **Masonic Home** | ADDRESS        PHONE  **AM 70271** | ~~Velma~~  **Johnson** MAIDEN NAME |

### PHYSICIAN'S DATA

PROVISIONAL DIAGNOSIS  (TO BE COMPLETED WITHIN 24 HOURS AFTER ADMISSION)

#1. Multiple lacerations, superficial and deep.
#2. Acute cerebral concussion.
#3. Acute toxic state, etiology unknown.

FINAL DIAGNOSIS:

#1. Multiple lacerations, superficial and deep.
#2. Acute cerebral concussion.
#3. Acute toxic state, etiology unknown.

CODE NO.

$815.0$

$852.0$

SECONDARY DIAGNOSIS OR COMPLICATIONS:

$E 82510$

OPERATION: (IF ANY)

CONSULTANT:                    SURGEON:

| CONDITION ON DISCHARGE | | | | | | | TYPE OF PAY | |
|---|---|---|---|---|---|---|---|---|
| RECOVERED | IMPROVED ✓ | UNIMPROVED | OBSERVATION | NOT TREATED | DIAGNOSIS ONLY | NO DISEASE | INSTITUTIONAL INFECTION | B.C. | |
| | | | DIED | AUTOPSY | | | | COMM. | XX |

THIS IS TO CERTIFY THAT I HAVE CAREFULLY RE-VIEWED THIS PATIENT'S ATTACHED RECORDS AND TO THE BEST OF MY KNOWLEDGE FIND THEM TO BE ACCURATE AND COMPLETE.

| | |
|---|---|
| ST. JOSEPH HOSPITAL AND REHABILITATION CENTER | GOVT. |
| THIS RECORD REVIEWED_____ | CHARITY |
| | PRIVATE |
| APPROVED_____ | MEDICARE |
| MEDICAL RECORDS COMMITTEE | W. COMP. |

_(signature)_
ATTENDING PHYSICIAN

**000797**~~NNELL~~, SR., M.D./bmg
SUMMARY SHEET

PURKEY, WESLEY    ICU                    HISTORY AND PHYSICAL                    DR. L. A. O'DONNELL, SR.

HISTORY:

This is a 16 or 17 year old Caucasian male admitted to this hospital early this morning following an auto accident and transferred here from St. Francis Hospital emergency room to intensive care.

Patient sustained multiple superficial lacerations apparently due to glass to left face, left anterior neck and left shoulder and arm area and was taken to St. Francis Emergency room where deep wounds were sutured, 51 sutures were taken according to the report. The facial lacerations were treated, tetanus toxoid was given. X-rays of the skull and of cervical spine were taken and reported negative. The neurologic examination was reported as negative at the time of conversation with the resident in charge. The patient was transferred to St. Joseph Hospital via ambulance early this morning and taken to Intensive Care because of no bed available elsewhere in the hospital. The patient stated he vomited blood in the emergency room at St. Francis Hospital while on the X-ray table. No report given to me. Patient has been under my professional care for many years and seen off and on at regular intervals. Patient sustained a traumatic chondritis in 1964 while playing football to the lower left anterior rib cage area. He was last seen in October, 1967 prior to this time at which time an injection of flu vaccine was given.

PHYSICAL EXAMINATION:

| | |
|---|---|
| APPEARANCE: | Patient is a well developed young adult Caucasian male of stated age |
| VITAL SIGNS: | Weight 150 lbs., Temperature 101+, rectal, sinus tachycardia, 120, Respirations: 20. Does respond to questioning but is drowsy from fever. |
| NECK: | Supple. No superficial glands palpable. |
| EYES: | Eyes are remarkable in the sense that we find a anise coria, right pupil being larger than the left. Both pupils react well to light & accommodatio The funduscopic exam is normal. Sclera is clear. EOM are normal. |
| EARS: | External canals are clear, myringes normal. |
| NOSE: | Discloses injection of the nasal mucous membranes with some edema due to recent cold, apparently with some mucoid exudates presenting. Turbinates are somewhat edematous. |
| MOUTH: | Teeth are in good repair, oral cavity and pharynx essentially normal. |
| LUNGS: | Clear to auscultation |
| HEART: | Rate as indicated above, rhythm is normal. Size is normal. No murmurs. |
| ABDOMEN: | Soft, presents no scars, tenderness or abnormal masses, no enlargement of the normal viscera. The inguinal and femoral rings are intact. |
| GENITALIA: | Normal |
| EXTREMITIES: | Lower extremities are normal. |
| SKIN: | Skin presents in the left face area and left anterior neck in the left |

ᴋ̶ɴ̶ᴛ̶ʀ̶ᴀ̶ɴ̶ᴄ̶ᴇ̶x̶ʙ̶ɪ̶ᴀ̶ᴇ̶ɴ̶ᴏ̶ꜱ̶ɪ̶ꜱ̶x̶ shoulder area, multiple and deep lacerations, many of which are approximat by sutures, 51 in all, also some lacerations in the left anterior chest area. Numerous superficial lacerations that are not sutured.

ENTRANCE DIAGNOSIS: Multiple lacerations as noted above, superficial and deep. #2: Acute cerebral concussion. #3: Acute toxic state, etiology unknown at this time.

Dr. L. A. O'Donnell, Sr./mr

000798

**CONSULTATION RECORD**

Date_____3/8/68_____

Hosp. No._____

Name_____Purkey, Wesley_____    Room or Ward No.__272__Bed____    Doctor__L.A.O'DONNELL, SR., M.D.

Consulting Service or Physician_____L.E.VIN ZANT, M.D._____

Report requested regarding_____*neurolgin*_____

_Signature of attending Physician_

**REPORT**

Findings____History is noted and laboratory and x-rays reviewed. There is evidence that this individual was in an accident and brought into the Emergency Room at St. Francis Hospital where repair of lacerations and superficial wounds were taken care of and then he was transferred to St. Joseph Hospital. He does not remember the accident nor soon after the accident. The history otherwise is non-revealing.

PHYSICAL EXAMAINATION: The patient is aware of time, place and person. He answers questions quickly and correctly . He has a bandage on forehead. There are superficial lacerations and contusions about the face. The pupils areequal and react to light. There is no nystagmus. The visual fields are normal to confrontation. There is no papilledema. Meningeal signs are not present. No stiffness of the neck. The superficial reflexes are 2 plus and equal Deep tendon reflexes are 2 plus and equal. Babinski and Hoffmann's signs are not present. There are no cerebellar signs. No aphasia or agnosia. Sensory examination wit normal limits, in all modalities.

#1.                                                    #2.
IMPRESSION: Multiple contusions and lacerations.  Cerebral concussion.

COMMENT: This individual has some residual headache and probably has some light heddedness when he assumes the upright position. THe neurological examination at the present time is completely negative. I would expect a complete recovery of this individual. It is my opinion that the quicker that these individuals are returned to the usual occupation, they recover sooner.

Form G-8

Signature of Consultant

**CONSULTATION RECORD**

000799 L.E.VIN ZANT, M.D./bmg/3/9/68

ST. JO__H HOSPITAL AND REHABILITATION CENT__
WICHITA, KANSAS

Room No. ICU Bed 3

| DATE | |
|---|---|
| | Friday - March 8, 1968. |
| 3/8/68 | 3³⁰/Am - 16 year old white male admitted to ICU³ via Gold Cro__ Ambulance cart. Vital signs taken & recorded. Pt. respond__ Color good - pupils = and react to light. Pt. states he has no Allergies and that "the back of his head hurts." Stitches noted Dr. L.A. O'Donnell Sr. notified of pts admit & condition - orders noted. Pts' aunt here a few minut__ - say's he vomited 1g. amt of blood and was unconscious before Admission T_ This hospital 6¹⁵ Emp #3 Tab: given for headache./ Has not voided. /A Lutz RN |
| 7°⁰ | No abd. distention - clar lig. taken. 8⁰⁰ Dr. L. O'Donnell Sr. visited. Left pupil smaller then rt. - both react to light. - orders noted - Unable to void - |
| 3-8-68 | 9³⁵/A Catheterized patient for culture and sens. 200cc returned. N. Halstead__ orders 9⁴⁵ Combiotic gm ss I m. given UO₂ PCM by physician See special graphic for vital signs etc. - 1⁵⁵ Eyes Reddened - Went to visit. Satisfactory day. _____ Sullen RN 3²⁰ Dr. Van Zant here. - |
| 3-8-68 | V/S checked et Craniotomy check hourly et recorded. Taking liquids well no nausea. 5¹⁰ P.m. Soma Compound c̄ Codeine given for headache. Responding et alert. Moving all extremities without difficulty. Pupils = et react to light. Family @ bedside. 8 P.m. Still unable to void - Complaining of severe headache - mostly occipital. Dr. L. A. O'Donnell Sr. inquired @ 5 P.m. 9__ Combiotic gm ss m (lower) gluteus. Autigms RN. 10³⁰ P.m. Quiet. Still unable to void. Condition fair. _Marie RN. (9⁴⁵) Soma Compound c̄ codeine for headache. Autigms RN |
| 3-9-68 | Saturday - March 9, 1968 12⁰⁰ See special graphic chart for vital signs and craniotomy check. Pt. continues to complain of severe discomfort of bladder - Unable to void - 1¹⁵ Am Cath. _____ S. Henricks RN - 600 cc Urine obtained. |

ORM G—6

NURSE'S NOTES

000800

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

Room No. ___ICU___ Bed ___3___  PURKEY WESLEY

M 16 LA O'Donnell Sr

I C U
5

Con't - Saturday - March 9, 1968

| DATE | |
|---|---|
| 3/9/68 | Sterile Urine Spec. to Lab. 6ºº No complaints - Asleep most of the time. /A. Lutz |
| 3-9-68 | 7³⁵am Dr. LA O'Donnell, Sr. here - Rt. pupil slightly larger than left, both react 8º Combiotic gm ss i.m. given #02 & cm by Norman. See graphic chart for vital signs - No complaints this a.m. - Sleeping @ intervals - Appetite good - Visited c family - 1²⁰pm Stood @ bedside, unable to void; denies discomfort, does not appear distended - Reluctant to take liquids - Sleeping @ intervals - Visited c family - A good day R. Wester RN - |
| 3-9-68 | Vs checked et recorded on special graphic. Patient alert et moving about without difficulty. Voided 950 cc. Visiting c aunt. Diet: Ate fairly well. Taking liquids fairly well. Pupils = et react to light. 8ºº Combiotic Gm ss given im #007 S/M by F. MacDonald 10³⁰ pm. Sleeping. Good pm. S. Meir RN |
| 3-10-68 | Sunday - March 10, 1968 12ºº Resting quietly - No complaints @ this time. 6ºº Asleep most of the night. Did not void this 8 hrs. /A. Lutz |
| 3-10-68 | See graphic chart for vital signs - Pupils equal et react to light - 8ºº Combiotic gm ss i.m. given #02 & cm by B Norman Appetite good - No complaints this a.m. - 8¹º am Dr. LA O'Donnell, Sr here, orders noted - Dressing removed - Suture line cleansed et painted c merthiolate - Resting quietly - Sleeping @ intervals. Appetite fair - Visited c family - Sleeping - Unable to void, denies discomfort, does not appear distended - 1³⁰pm Trans to #164 per wheelchair R. Wester RN accepted to room 164² as transfer from ICU. report rec'd concerning pt. - pt in bed - Resting - resting Shadeweg |
| 3/10/68 | 3-11³⁰ no specific complaints this pm - voiding 10 cc @ 9ºº pm routine pm care given - no complaints J. Horsman |
| 3/11/68 | March - 11 - 1968 Monday 12ºº 98-78-18 BP-130 Pt very quiet and has been Asleep 1ºº 5ºº Appears 40 to be sleeping c orderly Pt. Checked |

FORM G-6    NURSE'S NOTES

000801

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

I C U
5

Room No. 168   Bed    L.A. O'Donnell Sr

| DATE | |
|---|---|
| 3-11-68 | frequently and lying very still. no particular complaints. A good noc.    E. Copeland RN |
| 3-11-68 | Arouse A.m. care ā Bed Bath – complains of slight headache – Dr. L.A. O'Donnell Sr. here orders noted." 8⁰ Combiotic 1cc given I.m. in left wing of gluteal. E. [illegible] up in Room. Parents called inquiring about patient – 11¹⁵ Fleet's Sol. given as Enema. Solution returned ā Moderate Amt formed stool 1³⁰ up in chair – 2³⁰ a fair & hours. E. [illegible] RN. |
| 3-11-68 | 3-11³⁰ No complaints this P.M. Watching T.U. & visiting ā family.    Quiet P.M. B Waturomka) |
| 3-12-68 | 12⁰⁰ March 12·1968    Tuesday. Pt quiet and appears to be asleep now. 1⁰⁰6⁰⁰ Good noc.    E. Copeland RN |
| 3-12-68 | Arouse A.m. care ā Bed Bath – pt – complains up [illegible] side & neck hurting on 8¹⁵ Dr. O'Donnell in to see pt – order noted "1 sore" 8³⁰ sutures removed (6) on arms as ordered L. [illegible] RN Pt. ambulatory – 12⁰ Resting – transferred into room 168 2³⁰ Mother ā Patient – a fair & hours/ E. [illegible] RN. Quiet in bed all eve – ate good – Aunt visited – States she has Custody of child & wants to be notified when he is dismissed no complaints during eve – F Tonight RN. |
| 3-13-68 | March 13, 1968 – Wed. 8–11⁰⁰12⁰⁰ Watching TV in bed. 12⁰⁰ Quiet · 12³⁰ Asleep 1⁰⁰6⁰⁰ no Complaints    Good noc.    E. Copeland RN. |
| 3-13-68 | Dr. O'Donnell in to see pt order noted suture line cleaned with zephirin ā remaining sutures on face (32) removed – are painted ā [illegible] – suture line is clean, [illegible] shower taken – pt ambulatory. 2³⁰ a good day |
| 3/13/68 | 3-11³⁰ routine evening care given – 10⁰⁰ quiet. E. [illegible] RN |

FORM G-6

000802

NURSE'S NOTES

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

I C U
5

Room No. 168  Bed # 2  PARK... ... A
LA O'Donnell Sr

| DATE | |
|---|---|
| | March 14, 1968 - Thursday. |
| 3-14-68 | 12⁰⁰ Sleeping soundly now. No Complaints Good noc — |
| 3-14-" | 6⁴⁵ General A.m. care c̄ Shower          E. Copeland RN. |
| 7 | 7⁰⁰ Dr. L.A. O'Donnell here - orders ~~errror~~ noted. "No new orders" |
| 7.3 | Ambulatory — complaint 12² Resting. "A fair 4 hours |
| | E. Johnson RN." |
| 3/14/68 | 3-11³⁰ - up + about - no special complaints - 10⁰⁰ quiet J. ___ |
| | March 15, 1968 - Friday |
| 3-15-68 - | 12⁰⁰ Sleeping, no c/o during noc. |
| | A good noc —          A. Packard R.n. |
| | 8⁰⁰ General A.m. Care c̄ Bed Bath - 8³⁰ Dr. L.A. |
| | O'Donnell here - orders noted. pt. dismissed c̄ |
| | aunt. Mrs. Carrie Burke. who works @ |
| | Masonic home - phone no. AM 7-6724. |

000803

FORM G-6

NURSE'S NOTES



FILED
APP. DOCKET NO. _____
MAY 24   2 16 PM '68
DOROTHY I. VAN ARSDALE,
DEPUTY   CLERK

DRESIE & JORGENSEN
815 Union National Building
Wichita, Kansas  67202
AM 7-4231

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

WESLEY PURKEY, by and through )
his guardian and next of friend, )
CARRIE BURKE, and CARRIE BURKE, )
                                )
                 Plaintiffs, )
                                )   **C   14479**
vs.                             )   Case No.
                                )
BILLY G. MORTIMER and           )
C. G. MORTIMER,                 )
Seward, Kansas,                 )
                                )
                 Defendants. )
_____ )

**COPY**

## PETITION

COMES NOW the plaintiffs and for their cause of action against the defendants state and say:

1. That on or about March 7, 1968 at the intersection of Vine Street and Kellogg Street in Wichita, Sedgwick County, Kansas the defendant, Billy G. Mortimer, negligently drove a 1966 IHC Truck into the automobile occupied by Wesley Purkey and owned by Carrie Burke; the owner of said truck is defendant, C. G. Mortimer.

2. That at such time, and all times mentioned herein, the defendant, Billy G. Mortimer, was acting as the agent, servant and employee of the defendant, C. G. Mortimer, the owner of said truck.

3. That as a result of the negligent acts of the defendant, Billy G. Mortimer, at the time and place aforesaid, the plaintiff received injury to his body and incurred expenses for medical attention and hospitalization in the amount of Eight Hundred Eighty-eight and 65/100 ($888.65) Dollars.

000804

4. That the plaintiff, Carrie Burke, has received damage to her automobile in the amount of Four Hundred Fifty and No/100 ($450.00) Dollars which was the result of the negligent acts of the defendant, Billy G. Mortimer; that plaintiff, Carrie Burke paid Twenty and No/100 ($20.00) Dollars to Red Ball to have her automobile towed from the place of the accident.

5. That as a result of the negligent act aforesaid, plaintiff Wesley Purkey suffered great pain to the body and mind to his damage in the amount of Five Thousand and No/100 ($5,000.00) Dollars.

WHEREFORE, the plaintiff, Wesley Purkey, prays for judgment against the defendants herein and each of them in the sum of Five Thousand Eight Hundred Eighty-eight and 65/100 ($5,888.65) Dollars and the plaintiff, Carrie Burke, prays for judgment against the defendant herein and each of them in the sum of Four Hundred Seventy and No/100 ($470.00) Dollars, plus the cost of this action and any other relief that the court may see fit to grant and further requests that this matter be tried to a jury.

DRESIE & JORGENSEN

By _____
Attorneys for Plaintiffs

000805

IN THE DISTRICT COURT OF ___SEDGWICK___ COUNTY, KANSAS

FILED C-14479

JUN 4  9 42 AM

DOROTHY I. VAN ARSDALE
CLERK

DEPUTY C-14479 dh

WESLEY PURKEY, by and through his guardian
and next of friend, CARRIE BURKE, AND
~~CARRIE BURKE~~

Plaintiff

No. C-14479 dh

vs.

BILLY G. MORTIMER AND C. G. MORTIMER (PERSONAL SERVICE ON BOTH DEFENDANTS
PLEASE) AT SEWARD, KANSAS

Defendant

## SUMMONS

COPY

To the above-named Defendant:

You are hereby summoned to defend an action brought in the District Court of ___SEDGWICK___

County, and required to serve upon ___JAMES F. RICHEY___, plaintiff's attorney,
whose address is ___815 Union National Bldg., Wichita, Kansas___, a pleading to the petition which is here-
with served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service.
If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. Your pleading

also must be filed with the District Court of ___SEDGWICK___ County. As provided in section 60-213 (a), your answer
must state as a counterclaim any related claim which you may have against the plaintiff, or you will thereafter be barred
from making such claim in any other action.

(Seal of the Court)

DOROTHY I. VAN ARSDALE
Clerk of said District Court

MAY 24 1968

By Betty _____

Deputy Clerk

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I received the foregoing summons at 9:25 o'clock A. M. on the 28th
day of ___May___, 19 68, and I served the same in the following manner:

(1) By delivering on the ___31st___ day of ___May___, 19 68, a copy of the summons,
copy of the petition, and copy of _____
to each of the within-named defendants ___Billy G. Mortimer and C. G. Mortimer, one and
the same person, personally at 7:10 PM.___

(2) By leaving on the _____ day of _____, 19___, for each of the within-
named defendants _____

A copy of the summons, a copy of the petition, and _____
at the respective dwelling place or usual place of abode of said defendants with some person of his or her family of suit-
able age and discretion.

(3) Corporate or Partnership Return: On the _____ day of _____, 19___,
by _____

(4) After diligent search and inquiry was unable to find the within-named defendant _____

on the _____ day of _____, 19___.

All done in ___Stafford___ County, Kansas.

Russell Fox

Sheriff of ___Stafford___ County, Kansas

Sheriff's fees:

| | |
|---|---|
| Summons | 1.00 |
| Petition Not Found | 1.00 |
| Mileage | 2.70 |
| Total | 4.70 |

By _____
Deputy.

**000806**

COPY

6/20/68



No. C-14479

To,
District Court of Segwick County, Kansas
Attention, clerk of said District Court,
DOROTHY I. VAN ARSDALE

B. G. MORTIMER or BILLY G. MORTIMER, defendant,one and the same
person, pleads not guilty of negligence, and that plaintiff,
WESLEY PURKEY, through his guardian, CARRIE BURKE, shall pay for
all Court costs and fees incurred from this action.

                    Signed
                    BILLY G. MORTIMER
                    or
                    B. G. MORTIMER

                    _B. G. Mortimer_

000807

COPY

In the District Court of

Sedgwick County, Kansas

WESLEY PURKEY, by and through
his guardian and next of friend,
CARRIE BURKE, and CARRIE BURKE

Plaintiff

vs.

BILLY G. MORTIMER and C. G. MORTIMER

Defendant

No. C-14479

FILED
JUL 12  4 44 PH '68
DOROTHY I. VAN ARSDALE,
DEPUTY CLERK

# 476

7-23-68 c c

**REQUEST FOR PLACING CASE ON JURY TRIAL CALENDAR.**

On this    12th    day of    July    , 19 68 , the undersigned

attorney requests the Clerk of the Court to place this case upon the jury trial Calendar.

James F. Richey

MAIL COPY TO ALL ATTORNEYS OF RECORD
OR ADVERSE PARTIES IF NOT REPRESENTED BY COUNSEL.

ATTORNEY    FOR PLAINTIFF X
             DEFENDANT

000808

7

DRESIE & JORGENSEN
815 Union National Building
Wichita, Kansas  67202
AM 704231



FILED C-14479

Aug 19  9 54 AM '68

DORDTH... ...SWALE,
CLERK
DEPUTY____ dh

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

WESLEY PURKEY, by and through ）
his guardian and next of friend, ）
CARRIE BURKE, and CARRIE BURKE,  Plaintiffs,)
                                            ）
vs.                                         ）  Case No. C 14479
                                            ）
BILLY G. MORTIMER and                       ）
B. G. MORTIMER,                             ）
Seward, Kansas,            Defendants.)
────────────────────────────────────────── ）

MOTION FOR DEFAULT JUDGMENT

COMES NOW the plaintiffs by and through their attorneys, Dresie & Jorgensen, and moves the Court for a default judgment as prayed for in plaintiffs petition for the lack of a sufficient answer by the defendant, or defendants, within the proper time.

DRESIE & JORGENSEN

By _____
     "Attorneys for Plaintiffs

NOTICE OF MOTION

TO THE PARTIES IN THE ABOVE ENTITLED CAUSE AND THE ABOVE NAMED BILLY G. MORTIMER AND B. J. MORTIMER, SEWARD, KANSAS:

Please take note that the above motion will be brought on for hearing before the Court on the ~~23rd~~ 30th day of August, 1968 at 9:30 o'clock a.m. or as soon thereafter as counsel can be heard.

DRESIE & JORGENSEN

By _____
     Attorneys for Plaintiffs

CERTIFICATE OF MAILING

I hereby certify that a copy of the above was forwarded to B. G. Mortimer, Box 142, Seward, Kansas, this 16th day of August, 1968.

_____
James F. Richey

000809



IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS    FILED DOCKET NO C-14479

AUG 16  8 15 AM '6

WESLEY PURKEY, by and through his )
guardian and next of friend, CARRIE )
BURKE, and CARRIE BURKE, )
                         Plaintiff )
                                   )
            vs                     )    Case No.    C 14479
                                   )
                                   )
BILLY G. MORTIMER and C. G. MORTIMER, )
                                   )
                         Defendant )

DOROTHY L. VAN ARSDALE
CLERK
DEPUTY _____ dh

NOTICE OF INTENDED DISMISSAL

The above entitled case will be dismissed on the __29th__ day
of ____August____, 1968, for lack of prosecution unless cause
be shown for not doing so.

                              _____
                              Administrative Judge

cc.    Mr. James F. Richey

       8-15-68

8

000810



WESLEY PURKEY, by and through
his guardian and next of friend,
CARRIE BURKE, AND CARRIE BURKE
vs.

BILLY G MORTIMER and
B. G. MORTIMER

CASE No. C-14479

Attorneys:
For Plaintiffs  JAMES F RICHEY

For Defendants

Date Filed  August 19, 1968

Motion  MOTION FOR DEFAULT JUDGMENT----TO BE HEARD AUGUST 30, 1968
AT 9:30 A. M.

Last Ruling:

_____ Sustained _____  Date AUG 3 0 1968

_____  Date _____

_____  Date _____

_____  Date _____

_____  Date _____

_____  Date _____

Journal Entry Filed_____

000811

DRESIE & JORGENSEN
815 Union National Building
Wichita, Kansas 67202
AM 7-4231

FILED
DOCKET NR C-14479
SEP 3 4 57 PM '68
DOROTHY L. VAN ARSDALE, CLERK
DEPUTY

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

WESLEY PURKEY, by and through )
his guardian and next of friend, )
CARRIE BURKE, and CARRIE BURKE, )
                                )
                     Plaintiffs,)
                                )  Case No. C-14479
vs.                             )
                                )
BILLY G. MORTIMER,              )
Seward, Kansas,                 )
                                )
                     Defendant. )
_____ )

COPY

2 cc atty

JOURNAL ENTRY OF JUDGMENT BY DEFAULT

NOW on this 30th day of August, 1968, this cause coming

on to be heard on the motion of the plaintiff by and through their

attorneys, Dresie and Jorgensen, and the above named defendant

comes not and it appearing to the Court that said defendant has

been duly served as to law; that defendant has not appeared

herein and no sufficient answer or other pleading has been served

or filed in this action by the said defendant and that the time

to appear and answer or filing or other pleadings has fully expired.

That the Court finds on or about March 7, 1960 the defendant,

Billy G. Mortimer, negligently drove a 1966 IHC truck into the

automobile occupied by Wesley Purkey and owned by Carrie Burke

at the intersection of Vine Street and Kellogg Street in Wichita,

Sedgwick County, Kansas.

That the Court further finds as a result of the negligent

act of the defendant the plaintiff, Wesley Purkey, received

injury to his body and incurred expense for medical attention

and hospitalization in the amount of Eight Hundred Eighty-eight

and 65/100 ($888.65) Dollars; that the plaintiff, Wesley Purkey,

9

000812

suffered great pain to the body and mind to his damage in the amount of Five Thousand and No/100 ($5,000.00) Dollars; that the plaintiff, Carrie Burke, received damage to her automobile in the amount of Four Hundred Fifty ($450.00) Dollars and expense of having her automobile towed in the amount of Twenty and No/100 ($20.00) Dollars.

IT IS ORDERED AND ADJUDGED that the defendant be, and he is hereby, adjudged to be in default in this action.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff, Carrie Burke, is given judgment in the amount of One Thousand Three Hundred Fifty-eight and 65/100 ($1,358.65) Dollars and that the plaintiff, Wesley Purkey, be given a judgment in the amount of $5,000.00.

IT IS FURTHER ORDERED AND ADJUDGED that the cost of this action be taxed to the defendant in the amount of $20.90.

_____
Judge

Approved:
James F. Richey
Attorney for Plaintiffs

000813

DRESIE & JORGENSEN
815 Union National Building
Wichita, Kansas 67202
AM 7-4231

FILED
C-14479
DEC 18    PM '58
DOROTHY C. VAN RISDALE,
CLERK

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

WESLEY PURKEY, by and through
his guardian and next of friend,
CARRIE BURKE, and CARRIE BURKE,

     Plaintiffs,

vs.

BILLY G. MORTIMER,

     Defendant.

Case No. C-14479



 O R D E R

NOW on this ___18th___ day of December, 1968, this matter comes on for hearing on the oral motion of the counsel for the plaintiffs and moves the court for an order granting the $400.00 that has been paid into the Clerk of the District Court to be paid by said Clerk to Carrie Burke, one of the plaintiffs herein, said amount is for partial satisfaction of the judgement granted herein.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that the Clerk of the District Court pay to Carrie Burke and Dresie & Jorgensen, her attorneys, $400.00 for partial satisfaction of the judgement entered herein. Motion of the plaintiffs is sustained.

IT IS SO ORDERED.

        _____
          Judge

APPROVED:

DRESIE & JORGENSEN

By _____

10

000814

In the District Court of the County of Sedgwick, in said State:

DOROTHY I VAN ARSDALE
DEPUTY CLERK

Wesley Purkey, by and through his guardian and next of friend, Carrie Burke, **Plaintiff** and Carrie Burke, **vs.**

Billy G. Mortimer

Defendant

No. C-14479

The Clerk of the above Court will please issue an __execution__ against the property of Defendant __Billy G. Mortimer__

in the above entitled cause, directed to the Sheriff of __Sedgwick__ County, Kansas to execute according to law.

John F. Jorgensen    Attorney for Plaintiff

Dated this __13th__ day of __August__, A. D. 19 __73__.

COPY

000815

## GENERAL EXECUTION



STATE OF KANSAS )
                ) ss
Sedgwick County )

APP. DOCKET NO. _C 14479_

AUG 15  1 46 PM '73

DOROTHY I. VANARSDALE
CLERK

DEPUTY _____

WESLEY PURKEY, By and through is guardian
and next friend, Carrie Burke Plaintiff

BILLY G. MORTIMER
_____  Case No. __C 14479__
            Defendant

THE STATE OF KANSAS, TO THE SHERIFF OF____SEDGWICK_____COUNTY, GREETING:

The undersigned Clerk of the District Court of Sedgwick County, Kansas, hereby certifies that in the above entitled matter in said court there is a record of an unsatisfied judgment on which the following named judgment debtor or debtors are indebted as follows:

Judgment Debtor
or Debtors              Billy G. Mortimer

Date of Judgment        9-3-68                          19____

Judgment Balance Due    $ 1,358.65  Carrie Burke
                          5,000.00  Wesley Purkey

Rate of Interest                                          %

Costs Unpaid            $  4.00

You are hereby directed to seize any non-exempt property, real or personal, in your County and belonging to the judgment debtor or debtors and cause the same to be sold in satisfaction of said judgment and costs, including your costs and expenses on this Execution, and interest on said judgment from the date thereof, all in accordance with Article 24 of the Code of Civil Procedure. You are further directed to return this Writ together with your report of your proceedings hereon within sixty (60) days from the date hereof.

WITNESS, MY HAND AND SEAL OF SAID COURT, affixed at my office in Wichita, this __13th__ day of __August__ , A.D. 19 __73__.

John F. Jorgensen
Atty. for Pltf.

DOROTHY I. VAN ARSDALE
_____
                    Clerk of District Court

By_____ Deputy

000816

## SHERIFF'S RETURN

COPY

FILED
APP. DOCKET NO. 614479

Aug 15  1 46 PM '73

DOROTHY T. VANARSDALE
CLERK

DEPUTY

I received the above General Execution on the____ day of_____ 19____ at_____,

____m. Pursuant to the directions thereof, I make the following report:

288/

Proceeds of Sale   $_____

Expenses:

Sheriff's Fees     $_____

Mileage            $_____

Publication Cost   $_____

Received this writ this ____ 14 day of aug 19 73

Executed the same this _____ day of____ 19____

Date returned this writ ____ 15 day of aug 19 73

Levy Made ____

Sheriff Docket ____                                    1.00

Sheriff Fee  not found                                1.00

Additional Persons ____

Mileage @ ____

Total ____                                            2.00

Johnnie Darr ____ JOHNNIE DARR, Sheriff

George Miller ____ , Deputy

IN WITNESS WHEREOF I make this Return this _____day of_____, 19____.

AUG 14  7 58 AM '73

COPY MAILED

Sheriff,_____County, Kansas

By_____
        Deputy

(Sheriff's Return must include date and place of levy, description of goods or real estate levied upon,

copy of notice and publisher's affidavit, date and place of sale, etc.)

**000817**

NAME Purkey    Wesley    I
ADDRESS ████ ██ ████    8 0134(min)/ IDOP Wichita    rec 278439

PHONE Am 76724    DATE 4-29-68    AE 2310    TYPE Eme    PHYSICIAN L A O'Donnell M.D.    ST. JOSEPH HOSPITAL & REHABILITATION CENTER WICHITA, KANSAS

DATE OF BIRTH ████    SEX W    RACE M    STATUS M S D C    DOCTOR: 1. E.R. ☐ 2. ATTENDING ☐ 3. HOUSE ☐

RESPONSIBLE PARTY (RELATIONSHIP) PLACE OF EMPLOYMENT ADDRESS OF EMPLOYER
xWxxxWxxPxxxkx xGxxxxx
Carrie Burke- Legal Guardian - ██████████ Am 76724

X-RAY ○ - 181711    NOTIFICATION    ☐ SCHRF. ☐

HISTORY BY [?] TIME 2310    Pt. Head in car    AMBL. Red Cross
Acc. Dayton & Osage    E.R. $6⁰⁰
Mult. abrasions, contusions of face    O.P.C. $
Lg. abrasion R elbow    DRUGS $ .30
                                                X-RAY $75.50
                                                LAB. $
LTT - 1 mo ago    SOLN. $
☐ ALLERGIES :    O.R. $
FINDINGS: T:____ O☐ R☐ P:100 R:____ BP: 120/80 TIME ____    E.K.G. $
HEENT - abrasions to forehead    M&S $ .80
    T M's clear. fundi clear    PROF. FEE $ 10.00
abrasions to arms;
chest clear, abd soft
DTR + neuro = WNL    DR. CALLED J.A. O'Donnell Jr. TIME 0040

ORDERS CALLED DR.____ TIME ____

DIAGNOSTIC IMPRESSION:____
EXAMINED BY Dr. Allen    M.D. TIME ____

TREATMENT:
☐TETANUS TOXOID ____ cc I.M. ____
cleanse + dress Neosporin ; Kling
Cal MD's office in A.M.
Head inj; chart
Darvon Cpd ℞ pp. īī given
[signature] y Tilleman

| R A D I O L O G Y | X-RAY REQUESTED | TIME |
|---|---|---|
| 1 | skull | 20.00 |
| 2 | LS spine | 17.50 |
| 3 | Dorsal spine | 18.00 |
| 4 | ® knee | 10.00 |
| 5 | ® elbow | 10.00 |

IMPRESSION: neg.

DR.____ TIME ____

CBC: Hct____ Hgb____ WBC____ Diff:
segs____ stabs____ lymphs____ monos____ eos____
UA: Sp.G.____ pH____ Prot.____ Sug.____ ket.____
WBC:____ RBC:____ epith.____ casts____
Sugar____ OTHER:____
☐ TYPE & X-MATCH____ UNITS; REQUESTED BY____
TIME REQUESTED____ REPORTED____

DISPOSITION: ☐ADMIT. (RM ____ ). ☐ RETURN TO O.P.C. IN ____
____ DAYS. ☐ REFER TO DR.____ IN ____ HRS. DAYS
ADVISED & RELEASED BY [?] TIME 0050

AUTHORIZATIONS ON REVERSE SIDE MUST BE SIGNED BY PATIENT OR AUTHORIZED PERSON.
FORM G-20

000818

| PATIENT'S NAME | | DATE | | X-RAY NO. |
|---|---|---|---|---|
| PURKEY,  Wesley  L | | 4- 29-68 | | 181711 |

| ADDRESS | | AGE | SEX | ROOM NO. |
|---|---|---|---|---|
| 134   C'ailles1 | | 16 | M   OP | |

**ST. JOSEPH HOSPITAL AND REHABILITATION CENTER**
3400 GRAND AVE.
WICHITA 17, KANSAS

PHYSICIAN
D r  L A O'Donnell                              AP & Lat L Knee

EXAM. AP & Lat Dorsal Spine     ~~AP & Lat Rt Elbow~~
AP  & Lat  Lumbar spine    Towne's PA RT and LT Lat Skull

**DEPARTMENT OF RADIOLOGY**

CONCLUSION:

GRADE I  SPONDYLOLISTHESIS:   L-5 on S-1 OTHERWISE A  NEGATIVE
LUMBOSACRAL SPINE.
NEGATIVE DORSAL SPINE
NEGATIVE SKULL
NEGATIVE RIGHT ELBOW
NEGATIVE KNEE,xRIGHTX  LEFT.

RADIOLOGISTS
—0—
E. J. FITZGERALD, M.D.
PAUL M. MURPHY, M. D.

REPORT:

Examination of the lumbosacral spine inthe AP and lateral projection
reveals a  Grade I  spondylolisthesis of L-5 on S-1 associated with a
bilateral defect in the pars interarticularis at hhis level. There is
no evidence of  dixx fracture dislocation or otherx bony abnormality.

Examination of the dorsal spine in the AP and lateral projection fails to
reveal evidence of fracture or dislocation.  There is a normal curvature
and alignment.  The vertebral bodies and the intervertebral spaces are well
maintained.

Examination of the skull in the PA occipital and each lateral projection
fails to reveal evidence of fracture or other abnormality of the cranial
wall or intracranial structures.  There is no evidence of increased intracranial
pressure.  The sella is normal.

Examination of the right elbow in the AP and lateral projection fails to reveal
evidence of fracture, dislocation or other significant bony abnormality.

Examination of the  left knee in the AP and lateral projection fails to reveal
evidence of fracture or dislocation, or other significant bony abnormality.

Form G-19 PMMcr                      4- 29-68 Signed PAUL MMURPHY MD                Radiologist

**000819**

Urgent

| CASE NO. 270621 | ROOM A31-$29 | ...ES. | X | INT. X |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| PATIENT | Purkey, Wesley I. | DATE OF BIRTH | ▓▓▓▓▓ |
| ADDRESS | ▓▓▓▓▓▓▓▓ | PLACE OF BIRTH | ▓ Kansas |
| CITY & STATE | Wichita, Kansas 67203 | TELEPHONE | AM 7-6724 |
| ADM. DIAG. | obs | SERVICE | psy |
| CHILD—S. M. W. D. | single   SEX   male   RACE | white | AGE 16 |
| RELIGION | Cath   PARISH-CHURCH-SYN. | St. Joseph | |
| DATE OF ADM. | 11-17-68   TIME 3:30 am   REGISTRAR | Fuqua | |
| DISMISSED | TIME   CASHIER | | |
| FORMER ADM. DATE | 3-68   NAME | MAIDEN NAME | |
| PHYSICIAN | FC Newsom | SPECIAL DIET   YES   NO No | |
| PERSON TO NOTIFY | none | RELATION | |
| ADDRESS | | PHONE | |
| PERSON RESPONSIBLE TO PAY THIS ACCOUNT | self | RELATION | |
| ADDRESS | PHONE | BANK | |
| OCCUPATION | pipeline(adu basic ed  COMPANY Cities Service | ADDRESS | |
| PERSON SUBMITTING ADM. INFORMATION | self | RELATION | |
| ADDRESS | | PHONE | |

| | | |
|---|---|---|
| INSURANCE: MEDICARE NO. | MEDICAIDE NO. | |
| INSURANCE: OTHER   W/GO | POLICY NO. | GP ☐   IND ☐ |
| B. C. — B. S. IDENTIFICATION NO. | GROUP NO. | |
| BENEFIT DATE   EFFECTIVE DATE: | | DED.   DIAGN. X-RAY? |
| B. C. OUT OF STATE | ROOM ALLOW. | |
| B. C. MEMBER NAME | E. B. R. | MAJOR MEDICAL: |

REMARKS:

DATE OF DISMISSAL __11-21-68__   TIME __11.25 am__

## FINAL SUMMARY

THU NOV 21 1968

Diagnosis on Admission (to be completed 24 hours after admission) _Aggressive behavior_

Date of onset _Immediate_

Final Diagnosis _Passive-Aggressive Personality_

Complications and Wound Infections _none_

Remarks _none_

Consultation With _none_

Condition on Discharge ____

☐Recovered   ☐Improved   ☐Unimproved   ☑Not Treated   ☐Expired   ☐Autopsy

Service: Surg.   Neuro Surg.   Med.   O. B. Gyn.   Ped.   Urology   Ortho.   E. E. N. T.   Neuropsychiatry

Operations: _none_

## ] FORMER ADMISSIONS [

Date _2-9-67_   Case No. _225,080_

Reviewed for Filing by Medical Records Committee _____

FORM 01-003

305, 05

**000820**

SIGNATURE OF ATTENDING PHYSICIAN   F C Newsom M.D.

ORIGINAL - 1

ST. FRANCIS HOSPITAL

## SHORT STAY REPORT

NAME _Purkey, Wesley I._     DOCTOR _Newsom_     HOSPITAL NO.

CHIEF COMPLAINT

HISTORY OF P.I. Admitted for request of his aunt, who functions as his guardian, because of a disturbance described as drinking and fighting. Pt. has been known to me and other evaluative agencies because of past behavior involving conflict authorities.

PHYSICAL EXAMINATION Ht-73" Wt-157 Pulse 80 Rep. 20 B.P. 130/9 EENT: clear

Chest: clear to ff + c.

Abdomen: Soft = no palpable masses.

No neurological abnormality.

Dx: Passive-Aggressive Personality.

PROGRESS NOTES

11/19/68 - Behavior well controlled without medication. Transferred to open ward. PN

11/21/68 - Dismissed to custody of his aunt - P

000821   SIGNED _____ M.D.
                 ATTENDING PHYSICIAN

01-342

ST. FRANCIS HOSPITAL
Wichita, Kansas                          11 17 68          A31  2
                                                           2 ANNEX
LABORATORY REPORTS

Name _____ Room _____ Bed _____   Doctor
                                                      PURKEY, WESLEY I  M16W
                                                      276621  DR FC NEWSOM
                                                      134 NO CHARLES
                                                      11-17-68                    1

| Chart Copy | 30654 | | A M P M | TODAY | STAT | SPECIAL | DATE | | | IN | PAV | OUT | ER | REF |

REQUESTING PHYSICIAN | WORKING DIAGNOSIS | | REQUESTING STATION | 11 17 68 | | ROOM NO.

PATIENT'S NAME

| S. T. S. | PLASMACRIT | (NR) REACTIVE | VDRL | NR | REACTIVE | |
| | PREMARITAL/CERT. | NR | REACTIVE | VDRL (QUANT.) | |
| | FLUORESCENT TREPONEMA ABS. | | REITER PROTEIN | |
| | OTHER (PLEASE SPECIFY) | |

PURKEY, WESLEY I  M16W

HOSPITAL NO.  276621  DR FC NEWSOM
BIRTH DATE

| | ASO (1-100) | TODD UNITS | PREGNANCY TEST | |
| SEROLOGY | C - REACTIVE PROTEIN | | THYROID ANTIBODIES | |
| | COLD AGGLUTININS | | RHEUM. ARTHRITIS | |
| | HETEROPHILE | | HETEROPHILE ABS. | SALINE | (SIGN 1:56) | GR. | BEEF |
| | TOXOPLASMA ☐ | FLUORESCENT ANTIBODY | ☐ | HA | |
| | IMMUNOELECTROPHORESIS | |
| | COMPLIMENT FIXATION (PLEASE SPECIFY) | |
| | HEMAGGLUTINATION INHIBITION (PLEASE SPECIFY) | |
| | SPECIAL PROCEDURE (PLEASE SPECIFY) | |

SEROLOGY I & S. T. S.         DEPARTMENT OF PATHOLOGY
                              TECH. BB  DATE 11-18 19 68  PATHOLOGIST _____

| MCH (29 ± 2 μ μ g) |
| MCHC (34 ± 2%) | PLATELET COUNT | /mm³ |

HEMATOLOGY I
ROUTINE         DEPARTMENT OF PATHOLOGY
                TECH. _____ DATE 11-17 19 68 PATHOLOGIST _____
URINALYSIS
ROUTINE          TECH. CH  DATE 11-17 19 68 PATHOLOGIST _____

ST. FRANCIS HOSPITAL - WICHITA KANSAS 67214

000822

01-220                                              LABORATORY REPORT

ST. FRANCIS HOSPITAL
Wichita, Kansas

LABORATORY REPORTS

11 17 68

A31 2
2 ANNEX

Name ______ Room ______ Bed ______ Doctor ______

PURKEY, WESLEY I M16W
276621 DR FC NEWSOM
[redacted]
11-17-68 1

BB 11-17-68

(PASTE 3RD REPORT HERE AND SUCCEEDING ONES ON ABOVE LINES)

Chart Copy 95626 [redacted]

A.M. / P.M. — TODAY — STAT — SPECIAL

DATE 11 17 68 — IN | PAV | OUT | ER | REF

REQUESTING PHYSICIAN — WORKING DIAGNOSIS

REQUESTING STATION — TUBE — ROOM NO. A31 2 2 ANNEX

PATIENT'S NAME: PURKEY, WESLEY I M16W

HOSPITAL NO: 276621 DR FC NEWSOM
[redacted]

BIRTH DATE: 11-17-68 SEX RACE 1

Imprint patient's name plate or print information above

| | | |
|---|---|---|
| X | ROUTINE CBC | |
| | HEMOGLOBIN | 15.5 G% |
| | HEMATOCRIT | 45 % |
| | R B C | 4,870,000 /mm³ |
| | R B C MORPHOLOGY | |
| | NUCLEATED RBC'S | |
| | POIKILOCYTOSIS | |
| | ANISOCYTOSIS | |
| | HYPOCHROMIA | |
| | RETICULOCYTES | |
| | RBC INDICES | |
| | MCV (87 ± 5 μ 3) | 93 |
| | MCH (29 ± 2 μ μ g) | |
| | MCHC (34 ± 2%) | |

| | |
|---|---|
| WBC | 9,100 /mm³ |
| DIFFERENTIAL | |
| BASOS | % |
| EOS | % |
| MYELOS | % |
| YOUNGS | % |
| BANDS | 4 % |
| SEGS | 78 % |
| LYMPHS | 16 % |
| MONOS | 2 % |
| PLATELETS DECR-NOR-INCR | (NOR circled) |
| SED. RATE | mm/HR |
| CORRECTED | mm/HR |
| PLATELET COUNT | /mm³ |

HEMATOLOGY I
ROUTINE

DEPARTMENT OF PATHOLOGY
TECH. [signature] DATE 11-17-68 PATHOLOGIST ______

URINALYSIS
ROUTINE

TECH. CH DATE 11-17 19 68 PATHOLOGIST ______

ST. FRANCIS HOSPITAL—WICHITA, KANSAS 67214

000823

01-220 LABORATORY REPORT

ST. FRANCIS HOSPITAL
Wichita, Kansas

11 17 68

A31   2
2 ANNEX

LABORATORY REPORTS

Name _____ Room _____ Bed ____

Doctor _____

PURKEY, WESLEY I   M16W

276621   DR FC NEWSOM
134 NO CHARLES
11-17-68                                     1

(PASTE 2ND REPORT ON THIS LINE)

| Chart Copy 1.03950 | KB TYPE OF COLLECTION | VOIDED | 12 HR. | | A M | TODAY | STAT | | SPECIAL | DATE | | IN | PAV | OUT | ER | REF |
| | CLEAR MID STREAM VOIDED | CATH. | 24 HR. | | P M | | | | | | | | | | | |

| REQUESTING PHYSICIAN | | WORKING DIAGNOSIS | | | REQUESTING STATION | | TUBE | ROOM NO. |
| ROUTINE URINALYSIS | | TIME OF COLLECTION: | | | PATIENT'S NAME  11 17 68 | | | A31  2 |
| | | | | | | | | 2 ANNEX |
| COLOR *straw* | APPEAR. *clear* | SP. GR. 1.007 | | | | | | |
| pH 7. | PROTEIN *neg* | GLUCOSE *neg* | | | | | | |
| KETONE BODIES *neg* | Hgb. *neg* | BILE *neg* | | HOSPITAL NO. | | | | I  M16W |
| | RBC/HPF | WBC/HPF 1-2 | | | 276621  DR FC NEW | | | |
| CASTS/LPF | | | | | Imprint | | | |
| CRYSTALS | -1 | | | | | | | |

| PSP EXCRETION: | 15 MIN. | | 30 MIN. | 60 MIN. | 120 MIN. | |
| ADDIS COUNT (12 HR.) | | | DIACETIC ACID | | | |
| RBC/HPF | | | FISHBERG CONC. | | DIL. | |
| WBC/HPF | | | MUCIN | | | |
| CASTS/LPF | | | P K U | | | |
| EPITHELIAL | | | SULKOWITCH | | | |

URINALYSIS ROUTINE

DEPARTMENT OF PATHOLOGY
TECH. CH   DATE 11-17  19 68  PATHOLOGIST _____

000824

01-220                                                    LABORATORY REPORT

ST. FRANCIS HOSPITAL  11 17 68
Wichita, Kansas

A31  2
2 ANNEX

RECORD OF VALUABLES AND PERSONAL BELONGINGS

PURKEY, WESLEY I  M16W
276621  DR FC ███ OM
██ ██ ███████

Patient's Name _Wesley I Pulkey_    Room No._37-68_    Date _Nov. 16, 65_

The Hospital IS NOT responsible for any belongings of the patients. All unnecessary articles are to be sent home.

## CLOTHING LIST

1. Blue Jeans
2. Blue Jeans  Jacket (2)
3. 3 pr Sox – Black
4. Brown Shoes
5. Brown Billfold
6. pr red print PJs
7. pr red stripe PJs
8. pr maroon print PJs
9. red & black plaid robe
10. 2 pr white underwer
11. 2 Blue shorts
12. 1 pr tan sox
13. 1 PR PTs
14. 1 PR olive slippers

## VALUABLES: (Money, Jewelry, Razor, etc.)

1. Change 55¢
2. Brown Billfold – No Paper Money
3. Key
4.
5.
6.

## VALUABLES: RETAINED at own risk

1. ~~Pocket Clip~~
2. trans 'tir' radio
   Carrie Burke, aunt

Sign:_____
(Person assuming responsibility)

## ARTICLES RETURNED HOME

1.
2.
3.
4.
5.
6.

Signed:_____
(Person taking articles home)

ON ADMITTANCE:
Patient's Signature: X _Wesley Purkey_    Nurse _Ord. James O. Franklin_

ON DISCHARGE:
Patient's Signature: _Wesley Purkey_    Nurse _C. Johnson, N.A._

**000825**

Rev.-Psych: 7/23/58

ST. FRANCIS HOSPITAL    11-17-68

**PHYSICIAN'S ORDERS**

A31 2
2 ANNEX

PURKEY, WESLEY I   M16W
276621   DR FC NEWSOM
11-17-68

| DATE | |
|---|---|
| 11-17-68 | 1. Thorazine 25 mg 4 times prn |
| | 2. Restrain as nec |
| | 3. Routine Lab |
| | 4. Gen. Diet |
| | P.O.Dr. Newsom — M. Eberhardt RN |
| 11/18 | Visiting privileges. |
| | May have clothes. |
| 11/19 | Transfer to open ward with full privileges, canteen, etc. |
| 11/21 | Dismiss. |

000826

11 17 68

A31  2
2 ANNEX

PSYCHIATRY — NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

PURKEY, WESLEY I  M16W
276621  DR FC NEWSOM

Doctor _____
11-17-68

Date _____ Room _____ Name _____ Doctor _____

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|---|---|---|---|---|---|
| 3²² | 996 | 120 | 20 | BP 137/95 wt. ± 157 Ht. 6' 1" | 16 year old w/m admitted to 2A Room 31 ambulatory accompanied by Security guards — Disheveled & dirty — Shakey & nervous — Cooperative. |
| | | | | H₂O | "Brought to Hospital by WP Officer as direct admit" Mr Beam Sec Off. To BR & Orderly to 'clean up'. To bed — Hosp Pvj. no known allergies |
| | | | | Thorazine 25 mg Im given (M.E.) | "I feel sore all over a bunch of boys beat me up." Has some scraped place on cheek — Clothes checked — Valuable slip signed |
| 4⁰⁰ | | | | | Sleeping soundly. |
| 6⁵⁰ | | | | | Good remaining night — adm K A to Lab — Sup has pain in Ribcage — Feels so sore. |
| | | | | | M. Eberhardt RN |
| | | | | | Am Care given. Resting at intervals this am. Dr Newsom here. |
| ⁰⁰ | | | | BM — 0 | Quiet in Room. Prince Ru |
| ⁰⁰ | 98⁸ | 84 | 20 | | Visiting in rm ē roommate. Offers no requests. |
| ¹³⁰ | | | | | Mother visits |
| ³⁰ | | | | | Up in halls for short time, then returned to rm. |
| | | | | | Sleeping  Judy Bellard RN. |
| | | | | | Asleep @ this time |

NS-10-30-67

000827

PSYCHIATRY — NURSES NOTES

ST. FRANCIS HOSPITAL

WICHITA, KANSAS

PURKEY, WESLEY I    M 16 W

276621    DR FC NEWSOM

█████████ S

11-17-68    1

ORTON ROBERT A    M 68 W

275707   DR VD SCHWARTZ

LAURA 1122    MC

11-5-68    PROT

| Date | Room | Name | | Doctor |
|---|---|---|---|---|

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|---|---|---|---|---|---|
| 1:15 | | | | | Awake - Unable to go back to sleep. Talking & Roommate. Restless |
| 2:45 | | | | Thorazine 25 mg IM given for restlessness (M | |
| 3:30 | | | | | Asleep c̄ this time. |
| 4:00 | | | | | sleeping |
| | | | | | A fairly good night. M. E. _____ RN |
| | 99 | | | | AM care given. Up & about more this AM. No comp. |
| 7:00 | | | | | Great aunt & mother visiting. Stays in room most of time. Carol Watson RN |
| | 99 | | | BM ÷ | Girlfriend & great aunt & ... |
| | | | | | ... |
| | | | | | Ate well Chicken |
| 12 | | | | NOV 19 1968 | Sleeping |
| 12:30 | | | | | Awake. Requests med. |
| | | | | Thorazine 25 mg IM into UOLQ of Gluteal for restlessness. | |
| 2:30 | | | | | Sleeping |
| 3:30 | | | | | To fountain for H₂O. |
| | | | | | Sleeping |
| 6:30 | | | | | A fair noc. Faith Stewart RN |
| 7:00 | 99² | | | | AM care given. Cooperative. In rec. room. |
| | | | | | Dr Newsom here. |
| 1:00 | | | | | Socializes some |
| 2:00 | | | | | Transferred to 4th annex C Watson |

NS-10-30-67

000828

PSYCHIATRY – NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

A31 2
4 ANNEX
PURKEY, WESLEY I   M16W
276621   DR FC NEWSOM
[redacted]
11-17-68   1

Date _____ Room _____ Name _____ Doctor _____

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|------|-------|-------|-------|-----------------------------------|------------------------------|
| 2 30 | | | | | Received on 4 Annex Room 68 |
| 50 | | | | | Oriented to ward. H. Furman? Has spent whole evening in room except for eating supper after two males walked him to his room. Has had two female visitors, one a middle aged female and the other appears to be in her late teens. _D Dickey GN_ |
| | | | | | Said to visitors who accompanied him to room a little earlier was told to leave. Mother was asking about medication not delivered. _D Dickey GN_ |
| 12 00 | 6 | | | NOV 20 1968 | Appears to be asleep Did not see - Cently ? |
| 1 30 | | | | | up for lunch |
| 7 30 | | | | | To music room |
| | | | | | Dr Newsom here |
| | | | | | On to Lunch |
| | | | | | Left unit I telling us |
| 2 00 | | | | | Return in Music Room. H. Furman |
| | | | | | Returned to unit. Has been off unit. Was told by staff that he must tell staff when he leaves unit and when he returns. In room at present time. _D Dickey GN_ |
| 30 | | | | | Mother came to staff. Asked staff "Why does he have so many privileges?" & saw him outside. Told staff that "Captain, God and decided something had to be done." |

000829

11 19 68    2 ANNEX
PURKEY, WESLEY I    M16W
276621    DR FC NEWSOM
███████████████
11-17-68    1

PSYCHIATRY — NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

Date _____ Room _____ Name _____ Doctor _____

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|------|-------|-------|-------|-----------------------------------|------------------------------|
| | | | | | Talked at length about how "my aunt - not his aunt. She's his great aunt" spoiled him. Asked "how do I get hold of Dr. Told staff that she had tried one time to get hold of Dr. at his office. Admitted she didn't leave number where she could be reached. Finally went back to room to wait for patient. Just say "He's coming back up here. I know it over and over. [illegible] G.N. |
| | | | | | left unit. Saw mother waiting by elevator. Mother said "I bet you thought I'd left. didn't you?" Mother sounded somewhat [illegible] but spoke in a joking manner [illegible] |
| | | | | | Returned to unit at own request [illegible] Dickey G.N. |
| 8:00 | | | | NOV 21 1968 | Awake visiting - in room 69. Requesting sleeping pill. When informed he only had a [illegible] added "Never mind". |
| 2:45 | | | | | to room - preparing [illegible] |
| 7:00 | | | | | up for brkfst. |
| 25 | | | | | Left unit to go to music room, said he would be back by 9:00 & Dr. wouldn't be here before that time anyway. |
| 8:10 | | | | | Ret. to unit. Dr. Newsom here |

NS - 10 - 30 - 67

**000830**

PSYCHIATRY — NURSES NOTES
ST. FRANCIS HOSPITAL
WICHITA, KANSAS

PURKEY, WESLEY I    M16W
276621    DR FC NEWSOM
11-17-68                     1

Date _____ Room _____ Name _____ Doctor _____

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|------|-------|-------|-------|-------------------------------------|------------------------------|
| 10:00 | | | | | To music room. |
| 11:25 | | | | | Dismissed ambulatory accomp. by aunt + girl-friend. Am many R... |
| | | | | | |
| | | | | | |

NS-10-30-67

000831

4 ANNEX

SYCHIATRY — NURSES NOTES
T. FRANCIS HOSPITAL
ICHITA, KANSAS

PURKEY,WESLEY I  M16W
276621   DR FC NEWSOM
████████████████
11-17-68                    1

ate _____ Room _____ Name _____ Doctor _____

| Time | Temp. | Pulse | Resp. | Special Medications and Treatments | Observations - Nursing Care |
|------|-------|-------|-------|-----------------------------------|------------------------------|
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |
|      |       |       |       |                                   |                              |

NS-10-30-67

**000832**