# ST. JOSEPH HOSPITAL AND REHABILITATION CENTER

3400 G AVE. • WICHITA, KANSAS 67218

A 3 3071-1

| PATIENT NAME | | | | | | PHYSICIAN | L A | PHY CD | PHYSICIAN | | PHY CD | ROOM NO. | | ACC CD | NURS. STAT. | ADMISSION DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purkey Wesley I | | | | | | O'Donnell | | 170 | | | | 276C | | W | 8 | 8-31-72 | 4:14 |

| BIRTH DATE | AGE | RACE | SEX | MARITAL STATUS | DEP. | REL CD | RELIGION-PARISH-CHURCH-SYN. | BAPTIZED YES NO | COUNTY | CO. CD. | FIN. CD | DISMISSAL DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | 20 | W | M | S | 0 | C | St Joseph's 1440 | x | | SG | 087 | SEP 3 1972 | |

| PATIENT ADDRESS (IF DIFFERENT THAN RESP. PARTY) | PREV. ADMISSION & NAME THEN | FATHER'S NAME | MOTHER'S MAIDEN NAME | PATIENT'S SOC. SEC. NO. |
|---|---|---|---|---|
| | yes | Jack Purkey | Johnson | |

| RESPONSIBLE PARTY | RELATION | ADDRESS | RESP. PARTY SOC. SEC. NO. | PHONE |
|---|---|---|---|---|
| Wesley I Purkey | self | ▓▓▓ ▓▓▓▓▓ Wichita Ks 67203 | | 267-6724 |

| EMPLOYER OF RESPONSIBLE PARTY | ADDRESS | LENGTH OF SERVICE | HOURLY | SALARY | PEN NO. OR POSITION | PHONE |
|---|---|---|---|---|---|---|
| unemployed | | | | | | |

| SPOUSE OF RESPONSIBLE PARTY | EMPLOYER | OWN | RENT |
|---|---|---|---|
| Single | lives with aunt | | |

| NEXT OF KIN | RELATION | DAY PHONE | NIGHT PHONE | OTHER FAMILY MEMBERS ADMITTED | VETERAN YES NO |
|---|---|---|---|---|---|
| emp" at Masonic Home | work | 267-0271 | | | |
| Carrie Burke | aunt | 267-6724 | 267-6724 | family | x |

| NOTIFY IN CASE OF EMERGENCY | | DAY PHONE | NIGHT PHONE | OTHER PERSON TO CALL IN EMERG. | REL | PHONE |
|---|---|---|---|---|---|---|
| Carrie Burke | aunt | same | same | Velma Purkey | mother | 264-1777 |

| TYPE OF SERVICE | INTERN | INTERN CODE | INSURANCE COMPANY | ADDRESS | POLICY NUMBER |
|---|---|---|---|---|---|
| S | | | no insurance | car accident | |

| ADMITTING DIAGNOSIS | ADM. CODE | PERSONAL REFERENCE | ADDRESS | PHONE | PREPARED BY |
|---|---|---|---|---|---|
| head injury & lacerations | | Father Ostrander | 145 N Millwood | listed | 1e |

## PHYSICIAN'S DATA

PROVISIONAL DIAGNOSIS (TO BE COMPLETED WITHIN 24 HOURS AFTER ADMISSION)

Multiple lacerations, face and forehead, as noted above.
Acute cerebral concussion.

FINAL DIAGNOSIS:

Same; plus emotional instability and behavior problem, partly genetic and partly environmental.

CODE NO.

873.7
850.0
E812
311.5

SECONDARY DIAGNOSIS OR COMPLICATIONS:

OPERATIONS: (IF ANY)

CONSULTANT

SURGEON

| DISPOSITION OF PATIENT | | |
|---|---|---|
| ALIVE | DEATH | AUTOPSY |
| | | |

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER THIS RECORD

THIS IS TO CERTIFY THAT I HAVE CAREFULLY REVIEWED THIS PATIENT'S ATTACHED RECORDS AND TO THE BEST OF MY KNOWLEDGE FIND THEM TO BE ACCURATE AND COMPLETE.

REVIEWED

APPROVED

MEDICAL RECORDS COMMITTEE

ATTENDING PHYSICIAN

G-293

000833

SUMMARY SHEET

PURKEY, WESLEY I.                276 C          343071          DR. LA. ODONNELL, SR.

HISTORY AND PHYSICAL

This patient was in this hospital several years ago following an autoaccident also. He was transferred from St. Francis Hospital Emergency Room to Intensive Care at this hospital, and documentation as to findings at that time are on the records. Kindly consult. The patient has had no prior surgery. Initial consult last evening with the personnel of the Emergency Room following admission was to the degree that the vital signs were relatively stable, and the patient sustained a long laceration, curved, of the left forehead, and several smaller lacerations of the right mandible area, and a small transverse laceration of the right elbow. History was that this patient was working on a car with the hood up at midnight, attempting to repair the same, and the vehicle was hit in the rear by another vehicle, causing the patient's injuries as noted above. Additional information later from the officer who investigated disclosed the fact that the patient was unconscious several minutes following injury and for this reason primarily this patient was admitted. The patient has been under my professional care for a number of years, most recently several weeks ago for treatment of acute GC and was treated for a traumatic chondritis in 1964, lower anterior rib cage area; however the patient is not seen very often. This is an 18-year-old, Caucasian male. One-half cc. of adult tetanous toxoid was given in the Emergency Room prior to admission.

PHYSICAL EXAMINATION:  An 18-year-old Caucasian male.
GENERAL CONDITION:  Satisfactory at this time. Blood pressure on the morning of this examination is 120/80 in the supine. Pulse is approximately 84, and the rhythm is regular. Respiratory rate is 18, and the rhythm is regular. We note a small one-half inch transverse laceration, superficial, over the olecranon process, right elbow. No sutures. Band-aid in place. We note a long, curved U-shaped laceration of the left forehead area, about 3 inches long with the edges approximated by multiple sutures. We note 2 small longitudinal transverse lacerations along the right lower mandible area which are approximated by suture. Rib cage is not tender to manipulation and the rest of the physical is as indicated. The patient responds to questions very well.
EYES:  Pupils are equal and regular and react well to light and accomodation.
WEIGHT:  Approximately 160 pounds.
EYES: The fundus is clear. There is no papilledema. Sclera is clear. External ocular movements are normal.
EARS:  External ear canals are clear. Myringes are normal.
NARES:  Patent. Septum is straight. Turbinates are normal. No abnormal exudates.
MOUTH:  Teeth are in good repair. Oral cavity and pharynx are normal.
LUNGS:  Lung fields are clear to auscultation and percussion note is resonant throughout.
HEART:  Rate is as indicated above. Rhythm is normal. Apex beat is in the 5th intercostal on the left well within the nipple line. There are no murmurs.
ABDOMEN:  Soft. No scars, tenderness, or abnormal masses. No enlargement of the normal viscera. The inguinal and femoral rings are intact.
GENITALIA:  Normal for age.
EXTREMITIES:  Lower extremities free of edema. No traumatic bruising or lacerations. Deep reflexes are active and equal bilateral, upper and lower.

ADMISSION ENTRANCE DIAGNOSIS:  Multiple lacerations, face and forehead, as noted above. Acute cerebral concussion.

<span style="color:red">000834</span>

L. A. ODONNELL, SR., M.D./fr 8-31

## PROGRESS NOTES

9/1/72   Consult initiated. 20 y.o. w.m. just returned from two years at Hutch for 1st° burglary after eval at diagnostic center. Previously in Afton for joyriding but apparently not seriously delinquent. Has not gotten along ē family for a long time & while in Hutch aunt "helped him out" ē $ & visits so he said he'd come live here ē her & help her out. Now "sees it as a crutch" and wants out from under. I see little apparent discomfort in this young man. Will be followed by Dr. Wellshear & consult completed ——

---

PURKEY, WESLEY I.        276            343071            DR. L. A. ODONNELL, SR.

8-31-72    This patient was admitted last night via Emergency Room following an auto accident. Sustained multiple lacerations to the forehead and chin area, right elbow. Vital signs are stable at this time. Iv is discontinued; about out. Craniotomy checks are discontinued. SMA 12, thyroid profile, PT time, stool for guiaic, PPR q.i.d. p hs EKG. Entrance orders OK'd except the craniotomy check and the IVs. No report on X-ray studies as of this time. Will go by and review. Will hopefully make up the history and physical on this date.

L. A. ODONNELL, SR., M.D./fr 8-31

PURKEY WESLEY I
M 20 L A O'Donnell

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

PROGRESS NOTES
FORM G-5                Room No._____  Bed_____

000835

## PROGRESS NOTES

---

9/1/72 PURKEY, WESLEY    276                          343071

Generalized condition O.K., blood chemistry available and within good range.

No report on chest X-ray, however auscultation of the chest is normal. Heart

action is normal. Blood pressure is 110/80. Fundi, bilateral are normal.

Pupils equal and react to light well. Skin laceration is healing, open. Ice

pack discontinued to right elbow and Bandaid applied to superficial laceration

area. Will stop by and review the chest film. No report on skull X-rays—will

review. Psychogenic consult requested. This patient has had a severe emotional

unstable background, both genetic and environmental and I think he is heading

for trouble. Perhaps we can help him. Skin test, Tine, applied yesterday

but not enough to read. Chair rest and bathroom privileges ordered. Temperature

and pulse are stable. Abdomen is soft. Extremities are normal. Reflexes are

normal. Conversation with his mother indicates behavior problem at home and

this is part of the reason for the psycogenic consult which is requested.

                                    DR. L. A. O'DONNELL, SR./mr    Dict. 9/1/72

---

PURKEY, WESLEY I.    276    #343071              DR. O'DONNELL, SR

9/2/72  Psychiatric consult notes yesterday noted the final suggestions. The skin
wounds are healing nicely. The eye grounds are stable. Pupils are equal and
regular and react well. Bital signs are stable. General condition as far as
somatic problems are concerned they are within normal range. Consult with mother
regarding behavior problems in the past which seems to be the prime problem here.
And for which reason that psychiatric consul was called.
                                              DR. O'DONNELL, SR/ef
                                              DICT: 9/8/72

---

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS
PURKEY WESLEY I
M 20 L A O'Donnell
Room No. 276    Bed C
000836

PROGRESS NOTES
RM G—5

PROGRESS NOTES

## PROGRESS NOTES

| 9/3/72 | PURKEY, WESLEY    276    343071 |

This patient took French leave of the hospital yesterday afternoon and has not been seen since. Psychiatric consult yesterday left psychological evaluation sheets to be filled out. This was partially done and the patient was to be seen on an out patient basis. I think the general physical condition is all right on this patient, however sutures are still in place and must be removed. I will try and contact his relatives Tuesday and see if we cannot get him in to do this; otherwise I am turning this patient over to psychiatrist for whatever help we can get. This patient with immediate injury noted has an emotional instability and behavior problem, partly genetic and partly environmental. I think he needs psychiatric treatment much and has needed it for some time. Will try and take care of the somatic problems.

DR. L. A. O'DONNELL, SR./mr  Dict. 9/3/72

3430    8

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

Room No.    000837

## CONSULTATION RECORD

Date_____

Hosp. No._____

Name_____  Room or Ward No._____  Bed_____  Doctor_____

Consulting Service or Physician_____

Report requested regarding_____

_Signature of attending Physician_

### REPORT

Findings _pt wants to cont eval as outpt OK c no. He will finish ⊘ tests & leave them c nurse who will send them to I-C. pt to call my office next wk for appt._

_[signature] M.D._

Diagnosis_____

Recommendations_____

Form G-8

PURKEY WESLEY I
M 20 L A O'Donnell

343(

**000838**

8

STAG F

Signature of Consultant

**CONSULTATION RECORD**

PHYSICIAN'S ORDERS
FORM G-10 REV. 11/70

## ST. JOSEPH HOSPITAL & REHABILITATION CENTER
### WICHITA, KANSAS 67218

| DATE | TIME | ORDERS | NOTE: Specify route of Administration on Medication Orders |
|------|------|--------|------|
| 5-31-72 | 0370 | 1) Admit | |
| | | 2) Diet as tol | |
| | | 3) Routine VS q 15min x 4 then q 1h x 4 then q 4h | |
| | | 4) Craniotomy check q 1h | |
| | | 5) Bedrest | |
| | | 6) Routine lab | |
| | | 7) Cold pack ® elbow | |
| | | 8) IV fluids 1000 cc L.R. to run 100 cc/h | |
| | | 9) Aspirin gr X q 3-4h PRN Headache | |
| | | 10) Dr. L.A. O'Donnell Sr. to see this AM | |
| | 7:00 | A. Peters RN                    M. Caswell | |
| 8-31-72 | 8:30 am | DC - IV | |
| | | DC Craniotomy check | |
| | | ✓ Smals | |
| | | ✓ Thyroid profile | |
| | | T.B. tine | |
| | | ✓ Stool for guiac | |
| | | TPR q i c̄ | |
| | | P.a. Chest | |
| | | ✓ E.K.G. | |
| | 9:40 | A. Peters R.N. | |

| DRUG ALLERGIES | | UNIT | ROOM |
|----------------|--|------|------|
| No Known | PURETY WESLEY 1<br>M 20 L A O'Donnell<br>134 N Charles | Surg F | 276-C |
| | 3430 | Pusey, Wesley | |
| PATIENT NAME – PLATE IMPRESSION | | PATIENT NAME – HAND WRITTEN | |

000839

PHYSICIAN'S ORDERS
FORM G-10 REV. 11/70

## ST. JOSEPH HOSPITAL & REHABILITATION CENTER
### WICHITA, KANSAS 67218

| DATE | TIME | ORDERS | NOTE: Specify route of Administration on Medication Orders |
|------|------|--------|------|

9-1-72  • DC ice Pack.

✓ BRP — c̄ chair rest

✓ Bandaid to "R" elbow

✓ Have Dr (Don) George see Pt.

DO Dr O'Donnell f Beneyff(?) ____

a. Peters R.N.

---

ST. JOSEPH HOSPITAL & REHABILITATION CENTER

**NURSING UNIT**

CONSULTATION NOTIFICATION

INSTRUCTIONS

1. Original - Place on Patient's Chart.
2. Send remaining copies to Admitting Office. Tube Setting C6.
3. Fill out completely.

| NURSING UNIT & NO. | DATE 9/1/72 | PATIENT'S NAME, CASE NO., SEX, AGE, PHYSICIAN, & PATIENT'S ADDRESS |
|---|---|---|
| SURG F | ROOM & BED NO. 276-C | PURKEY WESLEY I   ____71  M 20 L A O'Donnell   134 N Charles |

| PREPARED BY: a. Peters R.N. | CONSULTANT D George | CODE NUMBER (ENTERED BY ADMITTING) |
|---|---|---|
| | CONSULTANT DOCUMENT AVAILABLE   CIRCLE ONE (YES) NO | |

REMARKS   Requested by Dr. L.A. O'Donnell Sr.

G-350

---

9/2/72 ✓ please send psych. tests to 1-C when pt has completed them.

Costello RN

---

| RUG ALLERGIES | | UNIT | ROOM |
|---|---|---|---|
| No Known | PURKEY WESLEY I       343( | Surg F | 276-C |
| | | J 05.15 | |

**000840**

PATIENT NAME – PLATE IMPRESS   **PHYSICIAN'S ORDERS**   PATIENT NAME – HAND WRITTEN

ink Copy — Original — Retain on Chart        Yellow Copy — Duplicate — PHARMACY COPY

PHYSICIAN'S ORDERS
FORM G-10 REV. 11/70

## ST. JOSEPH HOSPITAL & REHABILITATION CENTER
### WICHITA, KANSAS 67218

| | | | NOTE: | Specify route of Administration on Medication Orders |
|---|---|---|---|---|
| DATE | TIME | ORDERS | | |

7/3/72  8:30 Am   Dismissed
Castillo RN      Dr. Willshear to be in charge of pt
                 To return to office for Suture removal
                 VDDr L A O'Donnell Sr  M Castillo RN

7/3/72  9:00 ✓ Dismiss — Send Psycho Tests to ??? C —
Castillo RN.     P O Dr. Willshear  M Castillo RN

                 [signature] M.D.

| DRUG ALLERGIES | UNIT | ROOM |
|---|---|---|
| PURKEY WESLEY I         343? | | 3 |
| M 20 L A O'Donnell | | J DUIS |

PATIENT NAME – PLATE IMPRE???    **000841**    PATIENT NAME – HAND WRITTEN

Pink Copy – Original – Retain on Chart    **PHYSICIAN'S ORDERS**    Yellow Copy – Duplicate – PHARMACY COPY



NAME Purkey, Wesley I    ROOM 276-343071
ADD. ████ ████
DATE 8-31-72    X-RAY NO. 264710
PHYSICIAN L O'Donnell    AGE 20 SEX m    cv
RADIOLOGISTS:    E.J. FITZGERALD, P.M. MURPHY, H.D. CLIFTON, MD'S.

EXAM.
PA CHEST

CONCLUSION:

NEGATIVE CHEST
NO CHANGE SINCE 3-8-68

**ST. JOSEPH HOSPITAL AND REHABILITATION CENTER**
3400 GRAND AVE.
WICHITA, KANSAS 67218

**DEPARTMENT OF RADIOLOGY**

RADIOLOGISTS
- 0 -
E. J. FITZGERALD, M.D.
PAUL M. MURPHY, M.D.
H. D. CLIFTON, M.D.

REPORT:

Examination of the chest in the PA projection fails to reveal evidence of active parenchymal pathology or pleural effusion. The cardiac silhouette is normal.

Signed

Form G-19 R

FITZGERALD, MURPHY & CLIFTON, RADIOLOGISTS

pmmcr

000842



| NAME | PURKEY, WESLEY I | ROOM ORE | 430444 |
| ADD. | ████ | O-191553 | |
| DATE | 8-31-72 | X-RAY NO. N-264710 | |
| PHYSICIAN | O Donnell | AGE 20 SEX m | bf |
| RADIOLOGISTS: | E.J. FITZGERALD, P.M. MURPHY, H.D. CLIFTON, MD'S. | | |

**ST. JOSEPH HOSPITAL AND REHABILITATION CENTER**

3400 GRAND AVE.
WICHITA, KANSAS 67218

**DEPARTMENT OF RADIOLOGY**

RADIOLOGISTS
– 0 –
E. J. FITZGERALD, M.D.
PAUL M. MURPHY, M.D.
H. D. CLIFTON, M.D.

EXAM.

AP LAT RT ELBOW TOWNES, PA RT LT LAT SKULLS

CONCLUSION:

NEGATIVE RIGHT ELBOW
NEGATIVE SKULL

REPORT:

Examination of the right elbow in the AP and lateral projection fails to reveal evidence of fracture, dislocation or other significant bony abnormality.

Examination of the skull in the PA occipital and each lateral projection fails to reveal evidence of fracture or other abnormality of the cranial wall or intracranial structures. There is no evidence of increased intracranial pressure. The sella is normal.

Signed_____

FITZGERALD, MURPHY & CLIFTON, RADIOLOGISTS

Form G-19 R

HDC CR

**000843**

| | | | | | |
|---|---|---|---|---|---|
| **PHONE** 267-7624 | **DATE** 8-31-72 | **TIME** 0300 | **TYPE** 8x8 eme. | **PHYSICIAN** Dr. O'Donnell, M.D. | **ST. JOSEPH HOSPITAL REHABILITATION CENT[ER] WICHITA, KANSA[S]** |

**DATE OF BIRTH** ▓▓▓ **SEX** M **RACE** W **STATUS** M S[X] D C **DOCTOR:** 1. E.R. ☐  2. ATTENDING ☐  3. HOUSE ☐

X-RAY 2L 4710

**RESPONSIBLE PARTY** Carrie Burke **(RELATIONSHIP)** Aunt **PLACE OF EMPLOYMENT** above address & phone **ADDRESS OF EMPLOYER**

Pt. unemployed

NOTIFICATION
POL. ☐   SCHRF. ☐

**HISTORY** BY ___ TIME 0300  Pt. involved in A.A. @ McArthur & Seneca. Lg. laceration forehead. Sm. laceration - c/o pain (L) elbow. Pupils equal. attrib. responsive. Police officer @ scene states Pt. lost consciousness for 1-2 min. R.X.: sm. blue nerve pill after accident

**ALLERGIES:** None  T.T. > 1 yr

**FINDINGS:** T: ___ O☐ R☐ P: ___ R: ___ BP: 150/100 TIME 0300
4 cm flap lac to (R) forehead area — 2 1.0 cm lac (R) chin
PERRLA. Pt. sl. confused contusion + abrasion (R) elbow

| | |
|---|---|
| AMBL. | |
| E.R. | $ 7.00 |
| O.P.C. | $ |
| DRUGS | $ 1.00 |
| X-RAY | $38 |
| LAB. | $15.50 |
| SOLN. | $ 4.50 |
| O.R. | $ |
| E.K.G. | $ |
| M&S | $23.5 |
| PROF. FEE | $64 |
| I.V. stat | 4.00 |

O'Donnell Sr 0340
**DR. CALLED** O'Donnell Jr. **TIME** 0305
**DIAGNOSTIC IMPRESSION** ___ head inj. lac 0335
**EXAMINED BY** M. Caswell **M.D. TIME** 0335

**ORDERS CALLED DR.** ___ **TIME** ___

RADIOLOGY
**X-RAY REQUESTED** **TIME**
1. Skull Series 2750
2. Rt. Elbow 1100
3.
4.

**IMPRESSION:** No Fx seen

**TREATMENT:**
☐ TETANUS TOXOID 0.5 cc I.M. Adult DPT given @ 0435 Pt.
treat & see me tomorrow PO Dr. O'Donnell Sr. RS.
Admit
Cleanse
Local + Debrided
Suture #24 6-0 nylon

**DR.** ___ **TIME** ___

1 BASO
1 ___
CBC: Hct 47.0  Hgb 15.8  WBC 7400  Di___
segs 45  stabs 3  lymphs 42  monos 6  eos 3
UA: Sp.G. ___ pH ___ Prot. ___ Sug. ___ ket. ___
WBC: ___ RBC: ___ epith ___ casts ___
Sugar ___  OTHER: BA - 177m
☐ TYPE & X-MATCH ___ UNITS; REQUESTED BY ___
TIME REQUESTED ___ REPORTED ___

**Condition:** Good ___ Serious ___ Fair X Critical ___
**Time** 0350

| **INSTRUCTIONS TO:** | **PATIENT** Purkey, Wesley I | **DATE** 8-31-72 | **NURSE** |
|---|---|---|---|
| **DOCTOR** Dr. O'Donnell Jr. | **ADDRESS** | | **TELEPHONE** |

SEE CALL DOCTOR

276 c

**DISPOSITION:** ☐ ADMIT ___ **TIME** ___ **ACKNOWLEDGED**
☐ DISCHARGED HOME

000844

**AUTHORIZATIONS ON REVERSE SIDE MUST BE SIGNED BY PATIENT OR AUTHORIZED PERSON.**

NURSE'S NOTES

FORM G-6

| DATE | |
|------|---|

Thursday Aug. 31, 1972

8-31-72 4:50 Admitted 20 yr old male p̄ recent from ER c̄ injury to ride side forehead. Pt appears to be well orientated to time & place & Speaks coherently T 98.6 p 84 R 14 BP 110/50. No known allergies. Was x-rayed here in 9-[?] 1970. Takes nerve pills. Valuables — Billfold c̄ L.49 & 1 credit card. 6:30 VS taken as ordered & recorded on special graphic. Craniotomy ck normal except Rt pupil appears slightly more dilated than left. ASA gr x given for headache. IV inf using well. No apparent nausea. Relatives c̄ bedside appear very apprehensive. [signature]

8-31-72 Dr. O'Donnell here, orders noted — dressing removed from head

8:30 IV dc — all sw taken — Family here — no special

12:00 T.B. Tine test given L fore arm and circled c̄ [?]. Beylup? RN

2-3 Resting — offers no complaints — Beylup? RN   A. Peters

8/31/72 3:45 Quiet   4:15 Reg diet served taken well.

5-7 Watching TV — Visitors. Upon bedside commode — mod amt s/t brown stool — spec → lab for guaiac. 9:00 Reads for sleep. 10:30 Quiet   Johnston RN

Friday, Sept. 1, 1972

9-1 12:00 Appears to be Sleeping   4:30 Slept all night. Dsg dry — [signature]

9/1/72 Dr. O'Donnell Sr in @ 8:15 am — Ice pack discontinued on R elbow — Band Aide applied as ordered. Consult request for Dr. George sent to Admitting — Message for Dr. George called to One C.   A. Peters RN

Dr. George in @ 11:30 am — Progress note written — No orders   A. Peters RN

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

PURKEY WESLEY I
M 20 L A O'Donnell   Room No. 376   Bed C

000845

ST. JOSEPH HOSPITAL AND REHABILITATION CENTER
WICHITA, KANSAS

SURG. E.   Room No. _____  Bed _____
8

PURKEY WESLEY I                      34
M 20 L A O'Donnell

| DATE | |
|---|---|
| 9-1-72 | 2⁰⁰ Resting - apparently comfortable. Blubing on Reading of tine Test appears very very _____ (A. Peters RN) |
| | 3³⁰ Pt Resting - diet taken well - 5 - 8:30 Watch T.V. & resting - 9 P.M Care given - 10:30 apped to be asleep - G. Adams RN. |
| | Sat, Sept 2, 1972 |
| 9-2 | 12⁰⁰ Sleeping. - 5:45 Suture lines Remory dry. none of neg. HAS slept well 5" c/o. M. Costello Sr |
| 9/2 | Dr. LA O'Donnell SR in "no orders" - Dr. Wilshear visits - Psych test being done by patient - |
| | up to B.R. prn. - Relative on phone with desk quite often - Pt seems co-operative, working on Psych test |
| | 3⁰⁰ Visiting - Blubing upn. |
| | 3:15, Pt not in room. Rechecked room at 3:40, and pt still not in room. Security at hospital notified. Police department notified. Dr O'Donnell Sr notified. |
| | 5:15, Pt still out of room. Security officer at hospital checked building any is unable to find pt at this time. |
| | 10:30, Pt still has not returned to building J. Anderson RN. |
| | 9-3-72 |
| | 12⁰⁰ Remains AWA - Noct Supervisor Advised. 6⁰⁰ Has not returned to Rm. no further information Known of Pt. M. Costello RN |
| | 4³⁰ Remains OOB. - Dr LA O'Donnell Sr here 8ᴬᴹ dismissal order - Dr. Wilshear Called - dismissal order obtained @ 9ᴬᴹ - Aunt - Carrie Burke called notified that patient's personal articles will be in Security Office Mary H Costellon |

FORM G-6

NURSES NOTES

000846

KANSA● TATE RECEPTION●428● DIAGNOSTIC ●TER

Report of Psychiatric Examination

PURKEY, Wesley I.                                                      Charles Marsh, M.D.
3722-C
May 24, 1971


## I. Identification

This inmate is a nineteen year old, white, single, Catholic laborer from Wichita, Kansas, who was convicted by jury trial in Sedgwick County Court, of first degree burglary and on September 1, 1970, was sentenced to a controlling term of ten to twenty-one years. He was admitted to Kansas State Industrial Reformatory on October 12, 1970, and was received by transfer to Kansas State Reception and Diagnostic Center on October 22, 1970. Prior to completion of the evaluation, he was sent back to District Court October 30, 1970, being re-admitted to KSIR, March 11, 1971, and being again transferred to KRDC April 1, 1971, for completion of the psychiatric evaluation.

## II. Clinical-Historical Data

### A. Offender's Background

The family background prior to/and during this inmate's childhood has been extremely chaotic. The inmate's father and mother were married and divorced in 1943. That marriage ended in divorce after just one month. In 1944, his mother married for the second time and three children were born to this union. The first died the day following his birth; the second lived and the third died in 1951, two days following his birth. The inmate's mother subsequently divorced her husband and in the same year, 1951, remarried her first husband, the father of the inmate. The inmate was the only child born to that union; however, his father, Mr. Jack Purkey, adopted his half-brother, Gary. His mother divorced his father again in 1962 when the inmate was ten years old. Following that divorce, according to the maternal grandmother, the inmate's mother was neglectful of her two children "all she thought about was alcohol and men. She would leave for five or six days at a time." According to a maternal aunt, the mother of the inmate became "promiscuous, often bringing her male friends into the home for sexual relations." Due to her inappropriate behavior, the aunt required that she leave. She did and took the inmate with her leaving the half-brother in the care of the aunt. However, the inmate was returned to her home within a few days and continued to reside with her until the present time. When he was ap-proximately fourteen, the court appointed the aunt as his legal guardian. Prior to starting school, this inmate had "polio" which effected the use of his left leg ("he drug it around"). In 1968, he was involved in an automobile accident in which he sustained a head injury. There was no indication that he had residual from that head injury. During the latter part of the seventh and the eighth grade the aunt apparently began experiencing difficulty in controlling his behavior. He was referred to the Wichita Psychiatric Center for evaluation because of truancy and antisocial behavior at school. He also had physical complaints of headaches

000847

PURKEY, Wesley I.                    -2-                    Report of Psychiatric Examination

and dizziness for which his family physician could find no organic basis. An examination at that time was essentially normal as far as physical and neurological findings. The psychological evaluation revealed that he was experiencing a personality disorder centering around "psychosexual identification problems." The recommendation that he be sent to the Boys Industrial School was not carried out due to lack of room at the school. He subsequently began psychotherapy on an outpatient basis with Dr. F. D. Newton, Wichita, Kansas and later with Dr. Paul G. Murphy. He was continuing psychotherapy at the time of his arrest for his current offense.

In the past few years, he has been arrested August 12, 1969 for burglary and attempted rape; March 2, 1970, for burglary and larceny; April 9, 1970, for burglary and attempted rape; and July 29, 1970, for kidnap and attempted rape.

B.   Offender's Version of the Present Offense

The inmate states that on the 8th of August, he and his older brother were riding around drinking. "We had had several drinks, and my brother wanted to borrow my car. I loaned it to him, four or five hours later he hadn't returned and I started looking for him. We went to this house where we had been before and when nobody came to the door, I forced the screen door open, walked into the room and this girl was lying there, apparently asleep. When I put my hand on her hip she awoke. Her older sister walked into the room and I left. After a few days, they served me with a complaint that I had attempted to rape her."

III.  Examinational Data

This inmate is a well developed, rather tall, Caucasian male who appears approximately his stated age of nineteen. He has a somewhat "wild, bizarre" expression on his face but does, however, seem to be in control of himself. He apparently is not actively hallucinating at this time and reports no delusional thinking, but one gets the feeling that, while talking to him, there may be some things going on that he is not telling about. He is correctly oriented, uses language effectively, and accurately, his actions appear appropriate to the situation, he is mildly depressed but in spite of this, he portrays a feeling of being slightly hyperactive. In speaking with him, one gets no feelings of his having developed any lasting relationships. The relationship between him and his great aunt, which apparently has been the most significant, appears to be one in which he obtains what he needs from her, but gives little if anything in return. As stated above, he appears distant in his relationships, has indicated very little in the way of a value system, seems to keep people at a distance, through "weird and unpredictable behavior" and appears to relate to people through their mutual need for immediate gratification. His behavior is often very impulsive.

IV.  Recapitulation of the Evaluation Process

This inmate would best be described by the American Psychiatric Association diagnosis of schizophrenia reaction schizo-effective type, depressed. This diagnosis is superimposed upon a pre-existing antisocial personality characterized by selfishness, callousness, irresponsibility, impulsiveness, and the inability to feel guilt or learn from experience and punishment.

000848

PURKEY, Wesley                          -3-                    Report of Psychiatric Examination

It is unfortunate that this inmate was not able, in the eighth grade, to receive help that was recommended by the Wichita Psychiatric Center. The recommendation at that point was that he needed institutional care and treatment and that he should be sent to BIS. The need for structure at that point was recognized and is still needed. There is no doubt that this inmate is seriously emotionally ill and further, no doubt, that he needs treatment. It appears that psychotherapy on an outpatient basis, is probably not adequate to help him maintain the control he needs (he was in psychotherapy at the time of the current offense). Therefore, it is recommended that he receive treatment on an inpatient basis where the ward structure and milieu can help him maintain control, a portion of which would have to do with helping him maintain control over his alcoholic intake.

The inmate has worked mainly on short-term, common labor jobs. It does not appear appropriate at this time to involve him in any formal vocational or educational training program. However, when he does become more emotionally stable training in auto mechanics, truck driving, machine operator or fork-lift truck operator training would appear to be realistic. Because of his excitability and depression, accentuation on sublimation of underlying anger through working out in the gym, pounding on things and competitive type sports would appear to be in order.

The legal status of this man appears unclear to us. If he falls under the 120 days jurisdiction we suggest commitment by the proper procedures to Larned State Hospital general population. If he remains in the correctional system, a short stay in the Kansas Industrial Reformatory will provide a good therapeutic milieu. Upon parole time, we suggest to consider our recommendations for commitment to Larned State Hospital outside the Kansas Security Hospital (Dillon Unit).

Karl K. Targownik, M. D.
Clinical Director

CM:KKT:cls

000849

St. Francis Hospital and School of Nursing - Wichita, Kansas

# EMERGENCY MEDICAL RECORD

ASE NO. E497706.

AGE 1    HC

PLEASE TYPE or PRINT LEGIBLY

| MILY NAME | FIRST NAME | MIDDLE INITIAL | RELIGION | PHONE PATIENT OR RESPONSIBLE PARTY | ADMISSION DATE AND HOUR | DATE PREVIOUS ADM. (IF ANY) |
|---|---|---|---|---|---|---|
| URKEY | WESLEY | I | CATH | 264-3198 | 05-28-76    11:44 AM | IP |

| DRESS | CITY | STATE | ZIP | AGE | RACE | SEX | DATE OF BIRTH | CIVIL STATUS S M W D SEP | NAME LAST ADM. |
|---|---|---|---|---|---|---|---|---|---|
| | WICHITA KS | | 67203 | 024 | W | M | ▇ | MAR | |

| PLOYER OF PATIENT (IF ANY) | ADDRESS OF EMPLOYER | MAIDEN NAME |
|---|---|---|
| LLIS AUTO AUCTION | | |

| ATIVE OR FRIEND; PARENT OR GUARDIAN IF MINOR | ADDRESS | PHONE NO. |
|---|---|---|
| URKEY TIEA WIF | | |

| ME AND STATE B/C - B/S PLAN | CONTRACT NO. | GROUP NO. | NAME OF SUBSCRIBER |
|---|---|---|---|
| | | | |

| C. SEC. NO. | MEDICARE NO. | MEDICAID NO. | WORK COMP.? YES    NO  X |
|---|---|---|---|
| | | | |

HER INSURANCE INFORMATION-IF GROUP NAME AND ADDRESS OF EMPLOYER

NDIVIDUAL POLICY-INSURANCE CO. AND ADDRESS-POLICY NO.

| SON OR COMPANY RESPONSIBLE FOR PAYMENT OF SERVICE-INCLUDE ADDRESS | | | PHONE NO. |
|---|---|---|---|
| URKEY WESLEY I | 134 N CHARLES | WICHITA KS | 264-3198 |

| PLOYER OF RESPONSIBLE PARTY (IF OTHER THAN PATIENT) | ADDRESS | RELATION OF PARTY |
|---|---|---|
| LLIS AUTO AUCTION | | SEL |

### AUTHORIZATION FOR EMERGENCY TREATMENT

The undersigned has been informed of the emergency care and treatment considered necessary for the patient hereinbefore mentioned and acknowledges that the treatment and procedures will be performed by or under the supervision of a licensed physician elected by the undersigned or approved by the undersigned.

The nature of the ailment, the nature and purpose of the proposed procedure, the risks and unfortunate results or possible compli- cations and of unforeseen physical conditions within the body, and the possible alternatives have been explained to and understood by the undersigned.

The undersigned hereby requests that said care and treatment be carried out by Dr. _Daniels_ and agrees to assume any risks involved. The undersigned is aware that the practice of medicine and surgery is not an exact science and acknowledges that no guarantees have been made as to the results that may be obtained from the care and treatment.

Date _5-28-76_    Time _12:00_    A.M. (P.M.)    Signed X _Wesley J Purkey_    PATIENT

_Helen White LPN_    Or _____    _____
TNESS    AUTHORIZED PERSON    RELATION TO PATIENT

### COMMUNICATION WITH ATTENDING STAFF DOCTOR

| NAME OF DOCTOR | NO. PHONED | TIME | CALLED BY | RESULTS |
|---|---|---|---|---|
| DANIELS ACC | | | | |
| antoscay | acc | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| TIFIED: | RELATIVE ◯ | POLICE ◯ | CORONER ◯ | BY WHOM | TIME _____ AM PM |
|---|---|---|---|---|---|

CER'S SIGNATURE:    DISTRICT:

DANIELS    LABORATORY: YES ◯    **000850**    X-RAY: YES ⊗    NO ◯

MEDICAL RECORDS

X-RAY ☒    LAB. ◯    ADMIT ◯

St. Francis Hospital and School of Nursing — Wichita, Kansas

**EMERGENCY MEDICAL RECORD**

CASE NO. 497708
PAGE 2

PLEASE TYPE or PRINT LEGIBLY

PATIENT NAME  Puckey, Wesley I          DR. Santoscoy

BRIEF HISTORY / NURSES NOTES:
IF ACCIDENT STATE WHERE, WHEN AND HOW INJURED; IF ILLNESS DESCRIBE    TEMP. $97^6$   P 60   R 16   BP 112/80

Amb Self — in fight @ So Meridan c̄ City Police Black Ⓛ eye Wed nights - left side of face swollen - nose & left jaw - 40 im. no known med allergies - 3½ mo ago tet - Exam By Dr Daniels 12:15 X-Ray HTB For Nose & Facial Bones - Rx - advised & released amb. c̄ Instructions

NURSES SIGNATURE   Helen White, LPN

PHYSICIANS REPORT:
CONDITION ON ADMISSION:   GOOD   FAIR   POOR   SHOCK   HEMORRHAGE   COMA

Swelling of left face with Purple discoloration of left face below left no diplopia.

TREATMENT AND ORDERS:   X-ray Nose & Facials

DIAGNOSIS:   Contusion of face.

DISPOSITION OF CASE:   Home

CONDITION ON DISCHARGE:   GOOD   FAIR   POOR

REFERRED TO DR.:                                DATE

INSTRUCTIONS TO PATIENT:   Call at Strong Clinic if symptoms persist.

PATIENT'S SIGNATURE   Wesley Puckey      DATE  May 28 1976   TIME  1:50  AM/PM   ATTENDING PHYSICIAN   M.D.

MEDICAL RECORDS

**000851**

# DIAGNOSTIC TEST RESULTS

### (TEMPORARY RECORD OF VERBAL REPORTS)

## LABORATORY

| PROCEDURE | REPORT | REPORTED BY | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## X—RAY

| PROCEDURE | REPORT | REPORTED BY | TIME |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## E K G

## OTHER

**000852**

## ST. FRANCIS HOSPITAL
### X—RAY DEPARTMENT
M. M. SOMERS, M.D., DIRECTOR

01-382

| | | | |
|---|---|---|---|
| PURKEY | WESLEY | I | |
| Last | First | | Int. |

| | | |
|---|---|---|
| Add. | ███████████ | Film No.   D 13269 |

| | | | |
|---|---|---|---|
| Date | 5-28-76 Age 24 M. /9/   Birth Date  ██████ | Part Exam.   NASAL BONES/FACIAL BONES |

| | | |
|---|---|---|
| Dr. | R.M. DANIELS     Case No. | Room No.   ER |

Nasal bone: No fracture of the nasal bone is seen.

Facial bones: No evidence of fracture about the facial bones.    (HIK:cj)

Herbert J Hodson M.D.

000853

Radiology

01-382

| PURKEY | WESLEY | I. | ST. FRANCIS HOSPITAL |
|---|---|---|---|

X—RAY DEPARTMENT
M. M. SOMERS, M.D., DIRECTOR

| ast | First | Int. | |
|---|---|---|---|

dd.

| | | Film No. | D 13269 |
|---|---|---|---|

Date 5/28/76   Age 24 M. F //   Birth Date         Part Exam.   ZYGOMA LT.

Dr. DANIELS       Case No.          Room No.   ER/ACC

The left zygoma is minimally depressed. No definite fracture is seen. However, with a history of trauma in this area with the fracture depressed slightly, probably represents a green-stick type of fracture. (HIK:be)

*Herbert J. Hodson M.D.*

000854

Radiology

000855

000855

000855



From _Wesley Pinkey_ _3-14-_ (Date)

_3722R_

To _Jery Dressie_ (Name)     _Union National 815_ (Address)

Dear Sir,

I am writing this letter in request to notify you that I will be leaving in the near future. I had a talk with my doctor tonight; He is not going to recommend me for parole, but instead he is going to recommend that I have mental treatment. I would like to see or hear from you as soon as possible, to see if there is some way to get me in a private hospital in Wichita, or elsewhere, or be taken to court and have the Judge send me to a hospital. I will have my Aunt get in contact with you in the near future.

Thank You
Wesly Pinkey

000856

WP_PC000082792

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS

SOCIAL SECURITY ADMINISTRATION
EARNINGS RECORD INFORMATION

Date: 05/15/2015

Our records show the amount of earnings reported, not the amount of
Social Security taxes that were paid.

Wages were first covered under Social Security in 1937.  Therefore,
1937 is the first year for which earnings may be shown on our records.
Employers were required to report earnings semi-annually in 1937,
and on a quarterly basis for the years from 1938 through 1977.
Beginning with 1978, employers are required to report earnings annually.

Our records do not show the exact date of employment (month and day)
because we do not need this information to figure Social Security
benefits.  Employers do not give us this information.

Each year, there is a maximum amount of earnings that is subject to
Social Security taxes and is used to compute benefits.  If a person
earns more than this maximum amount, the earnings statement will
usually show the maximum rather than the total earnings.  Maximum
benefits can be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

Beginning in 1951, self-employed persons could also receive
Social Security credit for their work.  The maximum amounts of
self-employment earnings that are subject to Social Security taxes
and are used to compute benefits can also be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

If you have any questions, you should call, write,  or visit any
Social Security office.  If you visit or call, please bring this letter.
It will help us answer questions.  The toll free number to call is
1-800-772-1213 (for the deaf or hard of hearing, call our TTY number,
1-800-325-0778).

000857

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS

                        SOCIAL SECURITY ADMINISTRATION
                        OFFICE OF CENTRAL OPERATIONS
                        6100 WABASH AVENUE
                        BALTIMORE MARYLAND   21215

                                              Date: 05/15/2015

ELIZABETH VARTKESSIAN
█████████████████████-2207


We are sending the statement of earnings requested for:

    Number Holder's Name: WESLEY I PURKEY
    Social Security Number: ████████████

        Years Requested: 1952 THRU 2014



Control Number: 15076170145
Remittance Number: 201503180086

Enclosure(s):
    Earnings Statement


**000858**

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                    * * *      FOR ████████████████      * * *


FROM:    SOCIAL SECURITY ADMINISTRATION
         OFFICE OF CENTRAL OPERATIONS
         6100 WABASH AVENUE
         BALTIMORE   MARYLAND   21215


NUMBER HOLDER NAME: WESLEY I PURKEY
   YEARS REQUESTED: 1952 THRU 2014


ELIZABETH VARTKESSIAN
████████████████


EMPLOYER NUMBER:  48-0179600
HAROLD W DURANT ET AL
CONTINENTAL GRILL
1220 W DOUGLAS
WICHITA   KS 67203-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1966 |         | 20.00   |         |         | $20.00 |


EMPLOYER NUMBER:  48-0531094
PETROLEUM CLUB OF WICHITA
100 N BROADWAY ST STE 900
WICHITA   KS 67202-2209

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1967 |         |         | 18.38   |         | $18.38 |


EMPLOYER NUMBER:  48-0607290
SIDMANS RESTAURANTS INC
PO BOX 8494
WICHITA   KS 67208-0494

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1967 |         |         | 28.00   |         | $28.00 |
| 1968 |         | 2.50    |         |         | $2.50 |


PAGE    1

000859

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                    * * *       FOR SSN ▐▬▬▬▬▬▌          * * *

EMPLOYER NUMBER:  48-0621138
BUNNY CAR WASH INC
2910 E HARRY
WICHITA  KS 67211-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1967 |         |         |         | 60.59   | $60.59 |

EMPLOYER NUMBER:  48-0684442
CENTRAL EQUIPMENT INC
PO BOX 1973
WICHITA  KS 67201-1973

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1968 |         | 15.92   |         |         | $15.92 |

EMPLOYER NUMBER:  48-0516156
JOSEPH P STEVEN
206 NORTH SENECA
WICHITA  KS 67203-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1968 |         |         | 14.40   |         | $14.40 |

EMPLOYER NUMBER:  48-0615847
KITTY CLOVER POTATO CHIP
 CO OF KANSAS INC
3201 FARNAM
OMAHA  NE 68101-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1968 |         |         | 63.94   |         | $63.94 |

EMPLOYER NUMBER:  48-0529881
ARTHUR W LACKEY
R R 5 BOX 149
HUTCHINSON  KS 67501-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1968 |         |         |         | 123.50  | $123.50 |

000860

```
SSA-1826                  ITEMIZED STATEMENT OF EARNINGS
                    * * *      FOR SSN  ▮▮▮▮▮▮▮      * * *
```

EMPLOYER NUMBER:  48-0478100
WICHITA UNION STOCKYARDS CO
702 E 21ST ST 20
WICHITA  KS 67214-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1969 | 52.00 | 71.00 | | | $123.00 |

EMPLOYER NUMBER:  48-0665241
THE BLUEBIRD CORPORATION
PO BOX 670
WICHITA  KS 67201-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1969 | | 42.93 | | | $42.93 |
| 1972 | | | 17.21 | | $17.21 |

EMPLOYER NUMBER:  48-0686785
MAPLE SHOP J & S FURNITURE INC
3330 CRYSTAL DR
WICHITA  KS 67216-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1969 | | 24.00 | 11.25 | | $35.25 |

EMPLOYER NUMBER:  48-0756841
WILLIS AUTO SUPPLY INC
704 W DOUGLAS
WICHITA  KS 67203-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1969 | | 84.80 | | | $84.80 |

EMPLOYER NUMBER:  48-0547843
WMC INC
% WESLEY FOUNDATION
309 E DOUGLAS AVE
WICHITA  KS 67202-3405

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1970 | 112.80 | | | | $112.80 |

000861

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                    * * *      FOR SSN  ████████        * * *
```

EMPLOYER NUMBER:  48-0629202
PRESTRESSED CONCRETE INC
PO BOX 311
NEWTON  KS 67114-0311

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1970 | 33.19   |         |         |         | $33.19 |

EMPLOYER NUMBER:  48-0315960
LUSCO BRICK & STONE CO
 929 E 14TH ST
PO BOX 1481
WICHITA  KS 67201-1481

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1972 |         |         | 15.00   |         | $15.00 |

EMPLOYER NUMBER:  48-0631471
W A BARROW
W A BARROW ROOFING CONTR
1421 E MT VERNON
WICHITA  KS 67211-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1972 |         |         |         | 182.50  | $182.50 |

EMPLOYER NUMBER:  48-0726364
MIDLAND INDUSTRIES INC
 C/O KOBI
1400 N 25TH PL
MELROSE PARK  IL 60160-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1972 |         |         |         | 33.60   | $33.60 |

EMPLOYER NUMBER:  36-2722697
MAYRATH INDUSTRIES INC
PO BOX 839
CLAY CENTER  KS 67432-0839

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1973 | 152.98  | 329.15  |         |         | $482.13 |

PAGE   4

000862

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                    * * *        FOR SSN  ████████████        * * *
```

EMPLOYER NUMBER:  48-0580512
HARPER TRUCKS INC
1522 S FLORENCE ST
WICHITA  KS 67209-2634

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1974 |         | 40.20   |         |         | $40.20 |

EMPLOYER NUMBER:  48-0584065
W B CARTER CONSTRUCTION CO INC
PO BOX 2237
WICHITA  KS 67201-2237

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1974 |         | 53.63   |         |         | $53.63 |

EMPLOYER NUMBER:  48-0823130
ROD STEVEN
LITTLE JOES MINI WASH & M-L
510 E 13TH
WICHITA  KS 67214-1203

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1976 |         | 103.52  |         |         | $103.52 |

EMPLOYER NUMBER:  42-1029054
CONTRACT CLEANING INC
1731 N ROOSEVELT AVE PO BOX 927
BURLINGTON  IA 52601-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1978 |         |         |         |         | $618.40 |

EMPLOYER NUMBER:  43-1126014
HEATRON INC
3000 WILSON AVE
LEAVENWORTH  KS 66048-4637

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1994 |         |         |         |         | $3,075.55 |
| 1995 |         |         |         |         | $9,571.11 |

PAGE    5

000863

```
SSA-1826                      ITEMIZED STATEMENT OF EARNINGS
                   * * *      FOR SSN  ███████████      * * *
```

```
EMPLOYER NUMBER:  43-1679912
SOUTHWEST UNDERGROUND INC
12771 WOODWARD ST
OVERLAND PARK  KS 66213-2790
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1997 |         |         |         |         | $710.97 |

```
EMPLOYER NUMBER:  43-1778552
JAMES M NELSON
C & J NELSON PLUMBING CO
8601 STATE AVE
KANSAS CITY  KS 66112-1877
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1997 |         |         |         |         | $4,390.00 |

```
EMPLOYER NUMBER:  44-0662475
FLOYD A LIBERTY
FLOYD LIBERTY COMPANIES
17845 STATE ROUTE 45 N
WESTON  MO 64098-9502
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1997 |         |         |         |         | $1,799.26 |

```
EMPLOYER NUMBER:  48-1150722
CLARK MECHANICAL CONTRACTORS INC
% ROBERT D GOODIN
405 CHOCTAW ST
LEAVENWORTH  KS 66048-2728
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1997 |         |         |         |         | $1,418.33 |

```
EMPLOYER NUMBER:  48-1182915
LABOR PROS LLC
600 E SANTA FE ST STE A
OLATHE  KS 66061-3700
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1997 |         |         |         |         | $52.00 |

000864

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                   * * *        FOR SSN  ██████████        * * *


EMPLOYER NUMBER:  48-1184913
ANTHONY LEE FRANCIS
ANTHONY FRANCIS MECHANICAL CONTRACT
PO BOX 323
HARRISONVILLE  MO 64701-0323
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1997 |         |         |         |         | $5,482.25 |
| 1998 |         |         |         |         | $530.56 |

```
EMPLOYER NUMBER:  43-1349790
TERRA MANAGEMENT CO
WEINDLING DANIEL GEN PTR
4821 ROANOKE
KANSAS CITY  MO 64112-1941
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1998 |         |         |         |         | $1,154.00 |

```
EMPLOYER NUMBER:  44-0642041
HUDCO INC
ROTO-ROOTER SEWER SERV CO
6811 SHAWNEE MISSION PKWY STE 201
OVERLAND PARK  KS 66202-4035
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1998 |         |         |         |         | $3,091.02 |

```
EMPLOYER NUMBER:  48-0928960
RALPH & RONI MOOR
LINDSAY ECOWATER SYSTEMS
241 N HYDRAULIC ST
WICHITA  KS 67214-4217
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1998 |         |         |         |         | $2,520.00 |

```
EMPLOYER NUMBER:  48-1075588
AXCET HR SOLUTIONS
AMSTAFF
8325 LENEXA DR STE 66214
LENEXA  KS 66214-1654
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1998 |         |         |         |         | $1,214.88 |

000865

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                    * * *      FOR SSN ▉▉▉▉▉▉            * * *

EMPLOYER NUMBER:  48-1080174
CMW INC
PO BOX 47343
WICHITA  KS 67201-7343

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1998 |         |         |         |         | $768.00 |

EMPLOYER NUMBER:  48-1134500
PADGETT ENTERPRISES INC
4510 W HARRY ST
WICHITA  KS 67209-2753

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1998 |         |         |         |         | $464.00 |

EMPLOYER NUMBER:  73-1449634
JOHN W MOSIER
C & M PLUMBING
126 S MAIN ST
FAIRVIEW  OK 73737-2022

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1998 |         |         |         |         | $1,470.00 |

EMPLOYER NUMBER:  88-0374058
REDDI SERVICES MANAGEMENT COMPANY
 INC
4011 BONNER INDUSTRIAL DR
SHAWNEE  KS 66226-2104

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1998 |         |         |         |         | $3,323.08 |

```
********************************************************************
*********   THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS  *********
*********   SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED     *********
********************************************************************
```

PAGE   8

000866

KANSAS STATE RECEPTION AND DIAGNOSTIC CENTER

Report of Psychiatric Evaluation

PURKEY, Wesley
23457
November 16, 1976

Evaluating Team:
  Mario Arredondo, M.D., Psychiatrist
  Mani Lee, LMSW, Social Worker
  Larry Zimmerman, M.S., Psychologist

I.    Identification:

Mr. Wesley Purkey is a 24 year old, common-law married, Caucasian, common laborer with a GED from Wichita, Kansas, who was convicted by pleas of guilty of robbery and theft along with parole violation and on September 27, 1976, was sentenced in the Sedgwick County District Court to a controlling term of 1 to 20 years. He was also sentenced on September 1, 1970, in the same court to a controlling term of 10 to 20 years for burglary. Mr. Purkey was transferred from KSIR to KRDC on October 28, 1976, for the purpose of evaluation.

The sources of information used in the report include: Mr. Purkey's extensive penal records; interviews with the subject; a case report from his parole officer, Mr. Preston Miller; background information completed by his common-law wife; a transcript from Hutchinson Community Junior College.

II.    Clinical-Historical Data:

A. Offender's background

Mr. Purkey was evaluated at KRDC on May 24, 1971 and on October 10, 1974. The reports are on file and will be made available to authorized persons or agencies.

Upon completion of his evaluation at KRDC in 1974, he was transferred to KSIR where he stayed until April, 1975, working mostly in the kitchen as a butcher and baker. He was placed in the Toronto Honor Camp for about five months before he was sent back to KSIR in September, 1975, for violating the rules with drinking. He was finally paroled in December, 1975.

He worked as a cook for three days in February, 1976. He also worked at a car wash as an attendant for some weeks and other short-term labor jobs. Mr. Purkey explained that he could not hold a job because he did not know how to behave outside prison. He said, "I acted like doing time even out there. Outside jobs require entire different work habits and I didn't know what they were. And because I knew I was coming back to prison, I wanted to enjoy as much as I could."

Mr. Purkey used drugs and alcohol very heavily during the short period that he was free. He was hospitalized at the Wesley Medical Center in January 1976 for an overdose of heroin.

In February, 1976, Mr. Purkey formed a common-law relationship with a 19 year old woman who has a three year old daughter from her previous

000867

PURKEY, Wesley                          -2-              Report of Psychiatric Evaluation

relationship. The wife stated that she would wait for his return, but Mr. Purkey is not sure of the future of this relationship. The wife and her child are supported by welfare and it is questionnable if she will be a positive resource for him. Mr. Purkey's alcoholic mother appears to be in the same state as before and will not be any help for Mr. Purkey.

Although Mr. Purkey claims that he has earned some academic credits through the Hutchinson Junior College, the record shows that he withdrew from all the courses. Mr. Purkey, however, expresses some realistic plans for his future that he will take some more training in welding, during his incarceration.

B. Offender's Version of the Present Offense

"It happened in April, 1976. I was arrested for robbery and theft because I was trying to do a favor for my old girlfriend. We went to a guy who owed her some money and asked him to give her the money back. He and I got into an argument and cussed at each other. I slapped him once and he gave her three or four dollars. After that, we went to a bar and drank. When we were through with drinking, we drove somebody else's car home, because we didn't have any transportation and we saw the car with the key in it. I was arrested about a month later."

III. Psychiatric Examinational Data:

This writer has read the information available in the chart, including previous evaluations done at our institution in 1971 and 1974.

A. General Impression Conveyed

Few significant changes from previous evaluations are noted. Mr. Purkey is an alert, good looking, tall, well-developed individual with brown hair, hazel eyes and a moustache. When talking with him, one has the impression of his being a detached, distant individual who speaks in a very casual manner about his present and past offenses. There is not the least hint of remorse about his offense as he insists he was simply going to help a girlfriend collect a debt and they simply took a car because they needed transportation. This gives the impression of a complete lack of responsibility with little regard for either property or feelings of others.

B. Part Processes

Intellectually he appears to be about average from the manner in which he presents his ideas. At no time are abnormalities in orientation, perceptions, thought processes or reality testing noted. His attention, ability to concentrate and to recall are within normal limits. He admits auditory and visual hallucinations in the past related to his use of speed, amphetamines but denies their presence at other times. He acknowledges drinking excessively and using barbiturates, heroin and other drugs. With no delusional ideation apparent, he is rather distrustful of others,

000868

PURKEY, Wesley I.                              -3-              Report of Psychiatric Evaluation

particularly people in positions of authority.  He seeks his immediate
satisfaction with an absence of reflection prior to action.  His dreams consist
of being on the streets and simply having fun.  He describes having periods
of not knowing what to do.  At these times he thinks of trying to find a job
or of going someplace but then finds himself using drugs the next morning.  He
states he became more heavily involved with drugs after he knew he would be
going to jail.

Emotionally he is calm most of the time and exhibits a consistent
detachment during the interviews.  However, when emotionally laden material such
as the subject of his mother is presented, he appears to be both uncomfortable
and uneasy.  He has some inner anxiety but makes efforts to conceal it.  In
general he does not show much feeling.  However, when he is confronted or if
he perceives he is not going to receive what he wants, he instantly becomes
tearful, hostile and angry.  It is apparent that he also has many underlying
feelings of abandonment, loneliness and hopelessness.

C. Integrative Personality Patterns

It is apparent our inmate has many difficulties in forming relationships
with others partly due to his distrustfulness and partly due to his long term
fears of abandonment.  The most important person in his life seems to be his
great aunt with whom he went to live for a time following his release from the
reformatory in 1975.  It would appear that there are exploitative qualities
to this relationship also.

He describes his relationship with his present common-law wife as being
good, saying she was attempting to help him get away from the use of drugs
and alcohol and to maintain a job.  However, he describes their having frequent
arguments about this and states he has slapped her a couple of times.  She
appears to have a desire to remain with him but he is at best ambivalent as
he has difficulties in being in the position of provider.

He usually associates with people of his same antisocial tendencies.  He
is both action and present oriented as he feels he has many things to catch up
on, saying he has missed many good things by having to serve so much time.
He has worked very little, usually drinking, partying and using drugs as a
way to forget the realities of life.

He has a noticeably low self-esteem and at the same time a sense of being
victimized, being unable to see his own participation in the things he
finds himself involved in.  He acknowledges occasional self-destructive
ruminations, saying he has overdosed about five or six times but with no
conscious thought of committing suicide.  He has no insights and motivation for
making change is questionable although he will acknowledge something is
wrong and he might need some help.  He would consent to receiving help from
others but is not interested in active participation.  It is to be noted he
has not been able to profit from previous opportunities at receiving help.

000869

PURKEY, Wesley I.                    -4-              Report of Psychiatric Evaluation

He expects to serve some time although at other times he thinks he might receive probation. When released, he states he will have a job, marry and have a family as well as participate in drug rehabilitation. It would appear that he is unable at the present time to deal with the problems he would encounter in attempting such a life.

IV. Recapitulation of the Evaluation Process:

In summary, this 24 year old inmate is the product of a chaotic family environment with both parents alcoholics, irresponsible and rejecting during his formative years. He has a long history of delinquency from early adolescent years with many involvements with the law and placement in different institutions but with little profit from them.

There is no sign of psychosis or defined neurotic problems. Our team concurs with his previous diagnosis of antisocial personality. He has a noted lack of concern for others, an absence of remorse, self-centeredness, repeated offenses and a hedonistic style of life. Under a facade of passivity and compliance, there is an angry, tense and hostile young man who has tremendous difficulties in adjusting to society's rules. He seems unable to cope with the daily frustrations of the common life without resorting to alcohol, drugs or illegal behavior such as in his present offense.

He appears to be in need of the structure of the correctional system (KSIR). His primary need is to gain some motivation for changing his lifestyle perhaps through counseling where he might voice his unresolved feelings toward his family as he seems to keep his negative feelings inside and then to act them out. He will require help with development of self-esteem and he needs to be made aware of his self-destructive tendencies. He could benefit from additional trainining and courses if he so desires. Prognosis is guarded in view of the longstanding nature of his difficulties.

The evaluation team concludes that the best placement for this man at the time of the evaluation would be the Kansas State Industrial Reformatory.

Karl K. Targownik, M.D., FAPA
Clinical-Director, KRDC

KKT:MA:cc

000870

May 11, 1971

Doctor Karl K. Targownik
Clinical Director
Kansas State Reception and
 Diagnostic Center
P. O. Box 1558
Topeka, Kansas

Re:  Wesley Purkey

My Dear Doctor Targownik:

In answer to your request for information concerning Wesley
Purkey I can say that I first saw him on September 9, 1969
and my last contact with him was on April 1, 1970.  He was
in the hospital under Doctor Ibarra for a month or six weeks
during this time.  As I saw it, one of his major problems
had to do with poor impulse control complicated by excessive
drinking.  He tended to project most of the blame for his
difficulties on his mother, and in talking with his aunt I
get the impression that there is probably a good deal of
basis in fact for his feeling about this.

I am enclosing copies of a couple of letters written by
Doctor Ibarra, which seem to me pretty well summarize the
pertinent facts about this boy.  We did not do any psycho-
logical testing on him.  I trust this provides the information
that you need, and if I can be of any further help in this
matter do not hesitate to let me know.

Sincerely,


Paul G. Murphy, Ph. D.
PGM/am
Encls.

000871

WICHITA, KANSAS 67214

| PC | | EMERGENCY | | ELECTIVE | Tech Sig |
|---|---|---|---|---|---|

Case No. 14-99026

Date — Case No. 2-16-76 14733826   C010

Name   PURKEY WESLEY   1-846-3 MICU

Doctor — House Physician   MED/CCO DPACTJIE/AJO KY MED M 24 S

Phone — Here Before   2476724 LO

Religion   DOSE GIVEN 302/595

MICU IN 2-16-76

Insurance

Guarantor   PURKEY WESLEY   C CLAIM/FREE

Address

City — State — Zip Code   WICHITA KS 67203   SLSG   PU

Date Dismissed 2-17-76

MC — ETC — TIME

Room — Bed — Type — Price

Service — Sex — Age — Marital

Birth Date — Race   FEB 17 1976

Specific Church

Insurance

Relationship to Patient

Employer

County

## SUMMARY SHEET

CODE NO. (Med. Recds. Only)

**CONSULTANTS:** Dr. Tehon

**TENTATIVE DIAGNOSIS CAUSING ADMISSION:** Overdose

**FINAL PRIMARY DIAGNOSIS CAUSING ADMISSION: OR CAUSE OF DEATH** Overdose

**SECONDARY DIAGNOSIS:**

**COMPLICATIONS AFTER ADMISSION:** 0

**SURGICAL PROCEDURES IN ORDER OF IMPORTANCE:** 0

CONFIDENTIAL NOT FOR RE-RELEASE

**OTHER PROCEDURES:**

| | | | |
|---|---|---|---|
| 96.6 ☐ Spinal Puncture | 98.2 ☐ Bronchography | 99.8 ☐ Radioisotope Scanning | 93.3 ☐ Heart Cath: |
| 96.7 ☐ Bone Marrow Aspir. | 98.3 ☐ Cholecystography & Cholangiograph | 97.1 ☑ Radioisotope Therapy | ☐ Rt. ☐ Lt. |
| 93.1 ☐ Closed Cardiac Massage | 98.4 ☐ IVP | 99.7 ☐ Radioisotope Uptake | 34.0 ☐ Thoracentesis |
| 93.2 ☐ Elec. Defib. & Ctr. Shock | 98.5 ☐ Retrograde Pyelography | 99.8 ☑ Ultrasonic Radiography | 99.2 ☐ Angiocardiography |
| 95.6 ☐ Trac. or Fixation s̄ manip. for reduction | 98.6 ☐ Cystography | 99.9 ☐ Other Radio. | 31.2 ☐ Tracheostomy Permanent |
| 92.0 ☐ Otoscopy | 98.7 ☐ Nephrotomography | 97.0 ☐ Deep Radiation Therapy | 97.3 ☐ Elec. Shock Therapy |
| 92.9 ☐ Rhinoscopy | 99.5 ☐ Mammography | 97.0 ☐ Super Voltage or mega. irrad. | 97.4 ☐ Insulin Shock Therapy |
| 92.1 ☐ Laryngoscopy & Tracheoscopy | 98.8 ☐ Hysterography | | 97.5 ☐ Psychotherapy |
| 92.4 ☐ Endoscopy of colon & rectum | 93.1 ☐ Myelography | 97.2 ☐ Chemotherapy | 94.6 ☐ Exchange Transf. |
| 92.5 ☐ Colposcopy | 99.0 ☐ Cerebral arteriography | 97.2 ☐ Hormone Therapy | NEEDLE BIOPSY: |
| 92.9 ☐ Other endoscopy Fiberoptic exam, any site | 99.1 ☐ Aortography | 97.9 ☐ Other Therapy | 50.0 ☐ Liver |
| | 99.9 ☐ Other Contrast Radiography | 97.6 ☐ Physical Therapy | 96.7 ☐ Bone Marrow |

| | |
|---|---|
| 73.0 ☐ Medical Induction of Labor | |
| 73.1 ☐ Surgical Induction of Labor | |
| EPISIOTOMY: | |
| 73.7 ☐ s̄ bw forceps | |
| 72.1 ☐ c̄ bw forceps | |
| 72.2 ☐ Midline (+73.7) | |
| ☐ Lt. ☐ Rt. Mediolateral | |
| 72.3 ☐ Low Forceps s̄ Episiotomy | |
| 84.1 ☐ Male Circumcision (NB) | |
| ☐ Other_____ | |

**CONDITION ON DISMISSAL:** ☐ RECOVERED   ☑ IMPROVED   ☐ UNIMPROVED   ☐ DIED   ☐ AUTOPSY

SERV. PRIV.

**ASSIGNED TO HOUSE OFFICER** ☐ ☐   UNASSIGNED TO HOUSE OFFICER ☐

SIGNED _____   UTILIZATION   Attending Physician

VIEWED 3/1/76   Date   Committee Name   Overdose   Diagnosis for nursing

**DIET ORDER**   **ACTIVITY ORDER**

☐ REGULAR   ☐ BED REST
☐ SOFT   ☐ BRP
☐ LIQUID   ☐ UP AD LIB
☐ CLEAR LIQUID

NS CLASS _____

FLOOR RECORD

**000872**

MR-102 (REV. 5-0)

| DATE | TIME | ADMIT. CLERK | PHYSICIAN | FOR USE ONLY | ADMITTED CASE NO. |
|---|---|---|---|---|---|
| 2 15 76 | 2328 | CHR | Dr. O'Donnell Sr. *lenos- Fred Goodpolin-Murry* | | |

| LAST NAME | FIRST NAME | MIDDLE INITIAL | ADDRESS | CITY | STATE | ZIP CODE | TEL. NO. |
|---|---|---|---|---|---|---|---|
| Purkey | Wesley | | ▮▮▮▮ | city | | 67203 | 267-6724 |

| DATE OF BIRTH | AGE | RACE | SEX | MARITAL STATUS | HAVE YOU EVER BEEN A PATIENT HERE? IF ANSWER IS YES, YOUR NAME THEN. | | HAVE YOU EVER BEEN X-RAYED BEFORE |
|---|---|---|---|---|---|---|---|
| MO. DAY YEAR ▮▮▮ | 23 | W | M | S-SINGLE S  D-DIVORCED M-MARRIED  W-WIDOWER | no | ☐ IN-PATIENT  ☐ OUT-PATIENT | ☐ YES  ☐ NO |

PLACE OF EMPLOYMENT | ADDRESS | CITY | STATE | ZIP CODE | DEPARTMENT & OCCUPATION

NAME OF RESPONSIBLE PARTY (IF OTHER THAN PATIENT) | ADDRESS | CITY | STATE | ZIP CODE | TEL. NO.

| NAME OF NEAREST RELATIVE OR FRIEND - RELATION | | | ADDRESS | CITY | STATE | ZIP CODE | TEL. NO. |
|---|---|---|---|---|---|---|---|
| Clark | Cindy | friend | same as pt. | | | | |

NAME OF HOSPITALIZATION INSURANCE | ADDRESS | CITY | STATE | POLICY NUMBER | DATE EFFECTIVE

| NAME OF INSURED | S.S. # | COMP. OR ADD. INS. | CODE | PLAN | AGREE. |
|---|---|---|---|---|---|
| | | ☐ ILLNESS  ☒ INJURY  ☐ ON THE JOB | | | |

"THE UNDERSIGNED HEREBY CONSENTS TO NECESSARY TREATMENT AND AGREES TO PAY FOR SERVICES RENDERED TO THIS PATIENT. AUTHORITY IS GIVEN TO RELEASE INFORMATION REQUESTED BY INSURANCE COMPANIES AND OTHER PERTAINING TO PAYMENT FOR SERVICES."     *unable to sign*

| ITEM NO. | QUANTITY | CHARGE | ITEM NO. | QUANTITY | CHARGE | ITEM NO. | QUANTITY | CHARGE | ITEM NO. | QUANTITY | CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01404 | | | | | | | | | | | |
| | | | | | | | | | | | |

| NAME OF PHYSICIAN | PLACE PHONED | TIME | CALLED BY | RESULTS |
|---|---|---|---|---|
| Dr. L. O'Donnell Jr. | Home | 11⁵⁰ | AE | Make *cross.* here |
| Dr. Murray | *Res. for cross.* | | | |

### CHIEF COMPLAINT AND HISTORY
IN VIA AMBULANCE - Pt reported to have taken an overdose. CHR

W.S.U. ☐   SEC. ☒   N.S. ☒   CHAP. ☒   W.P.D. ☒   S.O. ☐   COR. ☐

### PHYSICAL FINDINGS:

| ALLERGIES: none known | DIAGNOSIS: | | TIME | B/P | P | R | T |
|---|---|---|---|---|---|---|---|
| TETANUS STATUS / / 7  UNKNOWN ☐  WILL CK. WITH DR. ☐ | LABORATORY: CBC ☒  UA ☒ CULTURE OF _____ ECG ☐ OTHER _____ | | 11³⁰ | 100/4 | 88 | 20 | |

### PHYSICIAN'S ORDERS & TREATMENT:
Blood, urine, gastric contents for drug screen, Bl. glucose, elect, PCT, SMAC

11³⁰pm IV 1000cc D5 ½ NS c̄ #18 Jelco into (R) forearm infused c̄ *Huser* RN

1⁴⁵ #18 Salem Sump tube inserted c̄ *Huser* RN

⁵ Lavaged c̄ H₂O

P¹⁵ IV Bottle #2 D5 ½ NS c̄ 10meg KCL

12³⁵ A/cc Dorcan IV now c̄ *Huser* RN

#16 foley inserted ley S.N.

Chest x-ray (portable)

| ADMITTED ☐ | ROOM NO. |
|---|---|
| DISMISSED ☐ | INSTRUCTION SHEET ☐ |
| DATE 2-16-76 | TIME 12³⁵ |

HOUSE STAFF

EMER. ROOM OR ESPA PHYSICIAN  *Dr. ____*

ATTENDING OR FAMILY PHY.

NURSE  *____ RN*

000873

OUTPATIENT RECORD          MEDICAL RECORDS

HISTORY - PHYSICAL EXAM - PROGRESS NOTES
MR-04 (3-67604)

1-646-2
STA 787

WESLEY MEDICAL CENTER
Wichita, Kansas 67214

PURKEY 14793626 WESLEY
MED/GOODPASTURE MED M 24
MURRAY
2-16-76 B

USE THE DESCRIPTIVE HEADING IN WRITING UP RECORD

COMPLAINT
PRESENT ILLNESS
PAST HISTORY
FAMILY HISTORY

PHYSICAL EXAMINATION
PROVISIONAL DIAGNOSIS
PROGRESS NOTES
CONDITION ON DISCHARGE

FINAL DIAGNOSIS

| DATE | |
|------|---|
| | R.E. Arm — multiple needle marks along years Fe Arm |
| | Imp: ① Overdose |
| | ? Alchl, Tranzene vs Hard Drug Overdose |
| | R. Murray |

000874

HISTORY - PHYSICAL EXAM - PROGRESS NOTES
MR-04 (3-67604)

WESLEY MEDICAL CENTER
Wichita, Kansas 67214

1-646-3
STA 787

PURKEY 14793626 WESLEY
MED/GOODPASTURE MED M 2
MURRAY
2-16-76 B

USE THE DESCRIPTIVE HEADING IN WRITING UP RECORD

| COMPLAINT | PHYSICAL EXAMINATION |
| PRESENT ILLNESS | PROVISIONAL DIAGNOSIS |
| PAST HISTORY | PROGRESS NOTES |
| FAMILY HISTORY | CONDITION ON DISCHARGE |
| | FINAL DIAGNOSIS |

| DATE | |
|---|---|
| 2/15/76 | ID: 23 y/o white married male who lives in Wichita Kansas. Dr. O'Donnell is his physician. Pt. unable to give history |
| | CC: Overdose x 1½ hr PTA |
| | HPI: Pt. was ok at 7 pm this evening. At 10:15 became very sleepy and drowsy. Soon became unarousable and brought to E.R. Pt. wife thought overdosed. No history of previous attempt. |
| | TRANXENE — 5 tabs given |
| | Alcohol — unknown amount |
| | Tylenol #3 — unknown amount. |
| | No history of TRAUMA |
| | Past History — Accident — Car Accident 6 yr. ago. |
| | Surgery — Ø |
| | Medical — Ø |
| | Medicine — Ø |
| | Allergy — Ø |
| | Fm History — Mother — D.M. |
| | Aunt — D.M. |
| | P.E. w/d w/n white male with mild resp. depression |
| | V.S. Temp 98.6  R 18  P 80  BP 100/70 |
| | Eyes — Pupils react weakly, mildly dilated, don't fling, no hemorrhage or exudate, Dolls eyes neg |
| | Fundi — Light reflex bilaterally |
| | Nose — no discharge |
| | Mouth — no lesions |
| | Neck — no JVD  thyroid WNL |
| | Heart — rate 85  RR  No murmur S₁ or S₂ |
| | Lungs — clear, moves air poorly |
| | Abd — no organomegaly, no tenderness, normal B.S. |
| | Pulses — B,R,U, F, DP,PT + 1 = + bilaterally |
| | Neuro — reflex +1 = + bilaterally responds to pain but no speed. |
| | Babinski absent. |

R. Murray

000875

HISTORY - PHYSICAL EXAM - PROGRESS NOTES

WESLEY MEDICAL CENTER
OUT-PATIENT RECORD
Wichita, Kansas

CONT'D

CASE NUMBER: 23152154                    DATE: 2 15 76

NAME OF PATIENT: Wesley Conkey

ADDRESS: ███████████                     PHYSICIAN: Dr. Goodposture

NAME OF NEXT OF KIN:
DESCRIPTION OF VALUABLES:

TIME POLICE CALLED:                      TIME NEXT OF KIN CALLED:
TIME READY FOP PRESS RELEASE:            TIME CORONER CALLED:
TIME BODY RELEASED BY CORONER:           TIME BODY RELEASED BY POLICE:

_____          _____
Signature of person receiving body            Time

DOCTOR'S ORDERS AND TREATMENT:  (Cont'd)

Attached #16 Foley. Urine return was checked @ 1000cc.

Urine was clear. —ua to lab— for Routine & drugscreen.

Steve Hardesty CST

Money and clothes given to ~~time~~ girlfriend 97.

Attach this sheet to Original MR-102.

MEDICAL RECORD

**000876**

MR-114 (7-68 1855)

HISTORY - PHYSICAL EXAM - PROGRESS NOTES
R-04 (3-57604)

WESLEY MEDICAL CENTER
Wichita, Kansas 67214

Wesley Peekey

USE THE DESCRIPTIVE HEADING IN WRITING UP RECORD

COMPLAINT                           PHYSICAL EXAMINATION
PRESENT ILLNESS                     PROVISIONAL DIAGNOSIS
PAST HISTORY                        PROGRESS NOTES
FAMILY HISTORY                      CONDITION ON DISCHARGE
                FINAL DIAGNOSIS

DATE

# Overdose

2/16/76  (S) Pt. much more responsive
         (O) U/A - WNL          Glucose 249 ~ IV glucose
             PCT - neg              142/3.7
             CXR - WNL          104 / 26
             Lungs - clear                      Drug screen - 97 mg % Alcohol
             Heart - RRR 50-60
         (A) Improving Overdose
         (P) ① DC IV, Foley
             ② Advance to Reg Diet
             ③ DC Cardiac Monitor in AM
             ④ Transfer to Dr John
                                    R. Murray,

2/17/76  (S) Pt. very Alert, eats well
         (O)  140/4.7        Lungs - clear
              103/28        Heart - RRR 60 ee no murmur,
             Exposure to Hepatitis 4-5 weeks ago - only around person
             drank from glass. Pt. uses IV dope - Heroin, etc
         (A) Improved Overdose
         (P) Transfer to Dr John
                                    R. Murray

000877

HISTORY - PHYSICAL EXAM - PROGRESS NOTES

REPORT OF CONSULTATION
R-05 (10-69REV.)

WESLEY MEDICAL CENTER
Wichita, Kansas 67214

FROM: ATTENDING PHYSICIAN _GOODPASTURE_

TO:   CONSULTING PHYSICIAN _JEHAN_

Date of Request: _2/16/76_

REPORT REQUESTED REGARDING:

_Psych status_

SIGNATURE OF ATTENDING PHYSICIAN     Murray Goodpasture     M.D.

Date of Report: _Feb 17, 76_     REPORT

FINDINGS:

A 24 year old white single male admitted on Feb 16, 76 after taking 7-8 Tranxene and then drank excessive amount of Alcohol. States He did not realize what this would do to him and just wanted to get high. Denies any problem. Got out of prison last December after spending 5 years behind the bar for burglary. Denies having any difficulties in getting adjusted. Was under the care of Dr. _____ 5 years ago. Denied was hospitalized at St. Francis at that time for explosive behaviour.

DIAGNOSIS:

RECOMMENDATIONS: Seems withdrawn. Communicates poorly. Has speech impairment. Denies any depression or suicidal thoughts. Offered him counselling at MHC since does not he needs it. May be dismissed.

SIGNATURE OF CONSULTANT     S.J.     M.D.

CANARY — CHART
WHITE — ATTENDING PHYSICIAN
PINK — CONSULTING PHYSICIAN

REPORT OF CONSULTATION

**000878**

WESLEY MEDICAL CENTER

## HISTORY — PHYSICAL EXAM. — PROGRESS NOTES

USE THE DESCRIPTIVE HEADING IN WRITING UP RECORD

| | |
|---|---|
| COMPLAINT | PHYSICAL EXAMINATION |
| PRESENT ILLNESS | PROVISIONAL DIAGNOSIS |
| PAST HISTORY | PROGRESS NOTES |
| FAMILY HISTORY | CONDITION ON DISCHARGE |
| FINAL DIAGNOSIS | |

PURKEY, WESLEY

14793626

*Joripasture*

(R. D. Murray, M.D.)

DISCHARGE SUMMARY:   ADM 2-25-76: DIS 2-17-76

CONSULTATION:  Dr. Jehan
TENTATIVE DIAGNOSIS CAUSING ADMISSION:  Overdose.
FINAL DIAGNOSIS:  Overdose.
COMPLICATIONS:  None.
SURGICAL PROCEDURES:  None.

PATIENT IDENTIFICATION:   23-year-old, white married male who lives in Wichita, Ks. Dr. O'Donnell is his physician.  Patient was unable to give history prior to admission.

HISTORY:   Patient was apparently okay 4-5 hours prior to admission.1 1/2 hours prior to admission the patient became very sleepy and drowsy, soon became unarousable and was brought to the ER.  Patient's wife thought the patient had overdosed.  No history of a previous attempt.  Patient was known to have taken some alcohol but unknown amount.  Tranzene 5 tabs and Tylenol #3 unknown amount.

PAST HISTORY:  Accident, car accident 6 years ago.  Surgeries none.  Medical none. Medicines none.  Allergies none.

FAMILY HISTORY:  Mother has diabetes.  Aunt has diabetes.

PHYSICAL EXAM:  Well developed, well nourished, white male with mild respiratory depression.  Vital signs:  Temp 98.6, respirations 18, pulse 80, BP 100/70. EYES:  Pupils react weakly, mildly dilated,  Discs are sharp; no hemorrhages or exudate.  Doll's eye negative.  Ears:  Light reflexes bilaterally.  Nose and mouth within normal limits..  Neck thyroid within normal limits.  No increase in JVP. Heart rate 85, regular rhythm; no murmur, S-3 or S-4.  Lungs clear.  Moves air poorly.  Abdomen no organomegaly, no tenderness, normal bowel sounds.  Pulses brachial, radial, ulnar, dorsalis pedis, posterior tibial +1 and equal bilaterally. Neuro reflexes +1 equal and bilateral.  Responds to pain but unable to speak intelligently.  Babinski is absent.

LAB DATA:  Drug screen 96 mg% blood acohol.  Meprobamate or Equanil 30 micrograms per ML.  Hepatitis associated antigen negative.  Glucose 249 but IV of D-5 W going. Sodium 137, potassium 3.2, chloride 103, CO2 of 24.  UA within normal limits. Arterial blood gases pH 7.28, PCO2 of 52, PO2 of 72.  Oxygen saturation 92.  PCT negative.  Creatinine .8 BUN 3. 2/17 electrolytes sodium 140, potassium 4.7, chloride 103, PO2 of 28.  Urine drug screen Meprobamate positive.  Salicylate positive. Ekg tracing within normal limits.  Chest x-ray within normal limits.

HOSPITAL COURSE:  It was unknown what the patient had exactly taken.  It was felt to be alcohol and possibly some Transene which acts like Valium.  Patient was given IV D-5W .45 normal saline running at 200 cc per hour.  AFter urine output 10 ML of potassium was added to each 1000 cc.  Patient's stomach was lavaged.  Arterial

MR-26 (6-6734)

blood gases were obtained. It was felt the patient was ventilating well enough on his own and did not require intubation. Patient was kept on oxygen for approximately first 12 hours. Patient did have a good urine output to the intake of fluids which were forced during the first 18 hours. It took approximtely 18 hours for the patient towake up, be coherent and to carry on an intelligent conversation. Patient was transferred to Dr. Jehan and then patient was discharged.

Patient's discharge meds and instructions. Patient to return to Dr. Jehan PRN. No medications were given.

RDM/lt
DICT 2-22-76
TR 2-24-76
RR

R. D. MURRAY, M.D.

**000880**

USE OF THIS INFORMATION REGULATED BY LAW

(Uniform Crime Reporting)

INDEXED      POLICE DEPARTMENT — WICHITA, KANSAS

CRIME:    RAPE

CASE NO. N 93941    P.C.S ENTERED

CLASSIFICATION:    FORCIBLE   0210

| Case Heading | | Address | | | Phone |
|---|---|---|---|---|---|
| VELMA L. PURKEY  47 w/fe | | 427 Hiram | | | 264 2902 |
| Reported By | | Address | | | Phone |
| HER | | | | | |
| Where Committed | | When Committed   12/26/72 | | | Time Reported |
| ■■■■■ | | Prior to 4:21 am | | | 4:21 am 12/26/72 |
| How Comm | | | | | |

The above   reports being raped by her son WESLEY I. PURKEY, 20 w/m, 134 N. Charles

CLEARED-Arr (TOP) Other

Age 20    Sex M

Race W    Date 12.26.72

SGT. STEWART, NO LAB

| Officers Assigned | | Beat | Detail | Section Assigned | Connecting Case |
|---|---|---|---|---|---|
| R. O. HITCHINGS #669   6:25 am 12/26/72 cw | | 6 | 3 | DET | |

INFORMATION RELEASED TO *Laura E O'Sullivan*

DATE JAN 1 6 2003 BY *Patsy G. Turin* V647

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

*Patsy G. Turin* V647
Record and Identification Section

000881

WP_PC00009219

(32-047b)                    POLICE DEPARTMENT - WICHITA, KANSAS              JUN 1 6 2003

OFFENSE REPORT

CASE NO. M-93941

Preliminary  x    Supplementary____    Det
COPY TO **Off. Hitchings** SECTION    Juv. Offender ____

| Crime **RAPE** | | | | Classification **FORCIBLE** | | |
|---|---|---|---|---|---|---|
| Victim **VELMA L. PURKEY  47** | Age | Race **w** | Sex **fe** | Address **427 Hiram** | | Phone **264-2902** |
| Business **Unemployed** | | | | Address | | Phone |
| Where Committed **134 N. Charles** | | | When Committed **prior to 4 :21 am 12-26-72** | | When Reported **4:21 am 12-26-** | |
| Reported By **VICTIM** | Age | Race | Sex | Address | | Phone |

Description of Property Stolen

| Article | Description | Serial No. | Cash Value |
|---|---|---|---|

None

Other persons involved:    WESLEY I. PURKEY  20 w/m, 134 N. Charles   AM77624
CARRIE unk BURKE 77 w/fe, 134 N. Charles   AM77624
O.L. DARLING 122 N. Sedgwick WH31603

The above reports being forcibly raped by her son WESLEY I. PURKEY 20 w/m, dob
1-6-52, 134 N. Charles AM 77624 at the above time, date & location.

On a clear cool Tuesday morning 4:21 a.m. 12-26-72 I received a call to go to
St Francis Hospital in regards to an assault.  Upon my arrival there at approximately
4:30 a.m. 12-26-72 I contacted the above case heading who at that time was in the
emergency room.  She stated to me that earlier yesterday afternoon which would have
been 12-26-72 herself, her son WESLEY I. PURKEY 20 w/m and her ex husband, unknown
to me at this time were at her residence 427 Hiram and had indulged in an intoxicating
liquors. She stated that she then went to her aunts house, this being CARRIE BURKE
77 w/fe of 134 N. Charles at an unknown time. She stated also that time that WESLEY
I. PURKEY which is her son was there also.  She stated approximately around 3:30 a.m.
she was laying on the couch sleeping when a WESLEY I. PURKEY 20 w/m then picked her
up off the couch and told her to "just come on" and also advised her at that time
that your aunt can hear, this being MRS. BURKE due to the fact that she is elderly
and hard of hearing. Then stated that he took her into the southeast bedroom and
layed her on the bed and forcibly raped her.  I then asked MRS. PURKEY if the lights
were on in the house at the time of the assault and she stated no, I then asked her
how she knew that it was her son that had picked her up off the couch. She stated,
she knew.  Also stated, also noticed at that time that she was very intoxicated and
also appeared to have a mental problem.  She then stated that after the assault took
place she then walked over to the next door south of the address of 134 No. Charles
and called for a city cab to meet her there.  In the process of waiting for the cab
she then walked back out to the, correction to her car, to try to find out whether
or not the keys were in it. She stated that her son WESLEY I. PURKEY had taken the
vehicle prior to the assault.  She then after, she then waited on the cab and when
the cab arrived she then had the cab driver follow her to the address of 427 Hiram

Officer: _____  No.___ Beat___ Detail___ Time___ Date___

This will certify this to be a true copy of the original
record on file at Wichita Police Dept.

Record and Identification Section

**000882**

WP_PC00009220

'JUN 16 2003

where she lives.  After she got to the address 427 Hiram she then called her step father a O.L. DARLING, legal w/m.  He then arrived at her residence approximately 4 a.m. 12-26-72. She advised MR. DARLING that she wanted to go to the hospital and would not give him a reason for doing so. She then stated that MR. DARLING took her to S^T Francis Hospital to be treated.

SGT. STEWART arrived on the scene and he then began to question MRS. PURKEY who was very uncooperative, first she stated to us that she wanted to press charges and then she stated that she didn't. She stated, she also advised that her son WESLEY I. PURKEY is supposed to be committed to Larned Hospital January 2, 1973 for the theft of her car which happened prior to this incident. She also stated that she felt that if she didn't prefer charges against her son WESLEY I. PURKEY he would go to the penitentiary. SGT. STEWART then advised her that she would have to take a sperm smear which would prove whether or not she had been sexually assaulted at which she agreed to do so at that time. She also appeared to me as if she was trying to impress upon us, upon myself and the Sgt and the employees of the emergency room at St Francis Hospital that she had been raped. First she stated yes she would take the sperm test and then no. SGT. STEWART also became very unhappy with her and he then stated to go ahead and have the test performed.

At approximately 5:30 a.m. DR. A.ALVARADO who is the doctor on duty at that time in the emergency room, St Francis performed the sperm smear and also a blood alcohol test. He advised me that in his professional opinion that he did not believe that MRS. PURKEY had been sexually assaulted. I also received one pair of blue womens under panties from the nurse on duty at that time which was DOROTHY PEOPLES, these were handed to me in a brown manilla sack, I later turned these blue womens panties in to the lab as physical evidence under this case number.

Approximately 6 a.m. I then drove to the address 134 N. Charles where I then noticed that this residence is a two story wood structure, and is occupied by several apartments in it. I then went to the door which is on the south side and knocked where CARRIE BURKE 77 w/fe which is MRS. PURKEYS aunt then came to the door. I asked her if WESLEY I.PURKEY was there and she stated no.  I then asked her if I could come in the house where I then walked into the southeast part of the bedroom and then I noticed the bed that the assault was supposed to have taken place on, the only thing on it at that time was a white sheet and a pillow. There did not appear to be any evidence of any scuffling altho I did observe a couple of dirt marks which could have possibly been made by a shoe. I also looked for sperm traces and was unable to find any.

I then talked to MRS. BURKE and asked her if VELMA L. PURKEY had been to her residence earlier this evening, she stated yes that she had came over therewith a w/m known only as BOB, first name only. She stated that both had been drinking and were highly intoxicated.  I then asked her what happened to BOB and she stated that she had went to bed approximately midnight and as far as she knew BOB was still in the house at that time. I then asked her if she had heard from WESLEY I.PURKEY and she stated no.  After getting this information I then left this residence.

Approximately 6:30 a.m. 12-26-72 I then turned in the blue panties which were worn by MRS. PURKEY into the lab as physical evidence under this case number. SGT.STEWART also advised me not to cut a pick up on WESLEY I.PURKEY until the detective section had ascertained whether or not this was the right person responsible for this crime/ correction, this incident. I also believe that there could be a possibility that this unknown w/m only known by the name of BOB might have been responsible for sexually assaulting MRS. PURKEY. MRS. PURKEY was also admitted to the hospital

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

Patsy A. Lewis 647
Record and Identification S

000883

WP_PC00009221

JUN 1 6 2003

for psychiatric help by her family doctor which is DR. C.T. HAGEN. The results of the tests that were taken will not be known until later on today which will be 12-26-72.

This is all the information I have at the present time.

OFFICER R.O. HITCHINGS # 669
7:20 a.m.    12-26-72
Beat 6

aj: 12-26-72 # 109

This will certify this to be a true copy of the original record on file at Wichita Police.Dept.

Patsy A. Surur V647
Record and Identification Section

000884

S U P P L E M E N T A L   R E P O R T   P. C. S. ENTERED

(322-005)                                                           CASE NO. M-9394

CASE HEADING _Velma L. PURKEY_   CRIME _Rape Force_   CLASS. & CODE # _0210_

CLEARED ~~UNFOUNDED~~   RECLASS. TO: CRIME                CLASS. & CODE # _____

CLEARED BY: 1. ARREST ____   2. IN CUSTODY/SERVING SENT. ____   3. L.O.P. >   4. JUVENILE ____

SHOW JUSTIFICATION TO UNF./RECLASS. BELOW:   MUST BE APPROVED BY A COMMANDING OFFICER.

_No Prosecution as the victim is mental_

APPROVED BY: _____

NAMES OF OFFENDERS:

_Wesley I Purkey_   AGE _20_ SEX _M_ RACE _W_ ADD: _134 N. Charles_

AGE ____ SEX ____ RACE ____ ADD: _____

AGE ____ SEX ____ RACE ____ ADD: _____

AGE ____ SEX ____ RACE ____ ADD: _____

AGE ____ SEX ____ RACE ____ ADD: _____

AGE ____ SEX ____ RACE ____ ADD: _____

CASE CLOSED – NO FURTHER REPORTS/SUSPECTS AT THIS TIME _____

ADDITIONAL REPORT WILL BE SUBMITTED                    _____

VICTIM NOTIFIED OF CLEARANCE                           _____

| PROPERTY LOSS: | PROPERTY RECOVERY: | AUTO/BICYCLE RECOVERY: |
|---|---|---|
| CASH $ _____ | CASH $ _____ | BY BEAT OFFICER _____ |
| FURS _____ | FURS _____ | BY BIKE SQUAD _____ |
| JEWELRY _____ | JEWELRY _____ | BY AUTO SQUAD _____ |
| CLOTHES _____ | CLOTHES _____ | BY OWNER _____ |
| MISC. _____ | MISC. _____ | |
| AUTO _____ | AUTO _____ | |
| TOTAL $ _____ | TOTAL $ _____ | |

L O S T  -  F O U N D

|  | LOCATED | NOT LOCATED |  | RET. HOME | NOT RET. |
|---|---|---|---|---|---|
| LOST JUVENILE | _____ | _____ | FOUND JUVENILE | _____ | _____ |
| LOST ADULT | _____ | _____ | FOUND ADULT | _____ | _____ |
|  |  |  |  | RET. HOME | NOT RET. |
|  |  |  | FOUND ANIMAL | _____ | _____ |
| KEY CASE # _____ |  |  | FOUND BIKE | _____ | _____ |
|  |  |  | FOUND OTH. PROP. | _____ | _____ |

OFFICER _J. John_   ID# _183_

DATE _12-26-72_

This will certify this to be a true copy of the original record on file at Wichita Police Dept.
_Patsy A. Surill V647_
Record and Identification Section

000885

WP_PC00009223

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

Record and Identification Section.

322-40 VELMA L PURKEY        rape forc          12-26-72              Bin 218      M-93941
427 Hiram

ATTENTION:  CUSTODIAN OF EVIDENCE....,  The following articles which were brought in as
Physical Evidence Owned by _____  _____
                                      Name                        Address

Consisting of:

    1 pr of ladies underpants _____

    _____

    _____

                                                    28100

    _____

MAY BE    _____ Returned to owner          AUTHORITY _____
          __X____ Destroyed                             5-1-74
          _____ Sold                       DATE _____
          _____ Attached to case
          _____ Held                       CUSTODIAN OF EVIDENCE _Beckmeyer_
                                                                      ed.

    4-30

JUN 1 6 2003

000886                                    WP_PC00009224

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

Record and Identification Section

22-402

## PHYSICAL EVIDENCE RECEIPT

CASE NO: M-93941

| Case Classification | | Date |
|---|---|---|
| RAPE - FORCEABLE | | 12-26-72 |

| Case Heading | Address |
|---|---|
| VELMA L. PURKEY 47/WF | 427 HIRAM |

| Owner | Address |
|---|---|
| SAME | SAME |

DESCRIPTION: (Include serial numbers, make, model, identifying marks, etc.)

(1) ONE PAIR OF LADIES BLUE UNDERPANTIES

23100

OFFICER: Robert O. Hitchingi #669     Date and Time  12-26-72  6:30 AM

Received By     Date and Time  12-26-72

| Bin # 218 | Bin # | Bin # | Bin # | Bin # | Bin # |
|---|---|---|---|---|---|

INSTRUCTIONS:    Prepare in Duplicate.    TURN BOTH COPIES IN TO POLICE LABORATORY

JUN 4 2003

000887

WP_PC00009225