Er. Emergency Band made    ST FRANCIS HOSPITAL, WICHITA, KANSAS    Corrected Copy Name

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| CASE NO. | 3 9 5 1 2 9     3     ROOM 728  $52.00 RES. | | XX | INT. | Miles |
| PATIENT | Purkey, Mrs. Velma L. | DATE OF BIRTH | | S.S.NO. | Not Avail. |
| ADDRESS | ██████████ | PLACE OF BIRTH | Kansas | | |
| CITY & STATE | Wichita, Kansas    67▓▓3 | TELEPHONE | 264-2902 | | |
| ADM. DIAG. | Observation | SERVICE | Medical | | |
| CHILD-S. M. W. D. | Divorced    SEX Female    RACE | | White | AGE | 47 |
| RELIGION | Catholic | PARISH-CHURCH-SYN. | St. Joseph | | |
| DATE OF ADM. | 12-26-72    TIME 5:50 AM    REGISTRAR | | Davis/rd/cp/sw | | |
| DISMISSED | TIME    CASHIER | | | | |

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| FORMER ADM. DATE | 2 Years ago | NAME | | MAIDEN NAME | Johnson |
| PHYSICIAN | Dr. C. T. Hagan | | | SPECIAL DIET YES | NO XX |
| PERSON TO NOTIFY | Mrs. Purkey Refused to Give Any Name | RELATION | | | |
| ADDRESS | | PHONE | | | |
| PERSON RESPONSIBLE TO PAY THIS ACCOUNT | Mrs. Velma L. Purkey | RELATION | Patient | | |
| ADDRESS | Same | PHONE Same BANK | | ADDRESS | |
| OCCUPATION Frontier Fun Center COMPANY Manager of Resturant | | | | | |
| PERSON SUBMITTING ADM. INFORMATION | Mrs. Velma L. Purkey | RELATION | Patient | | |
| ADDRESS | Same | PHONE | Same | | |

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| INSURANCE: MEDICARE NO. | | MEDICAIDE NO. | | | |
| INSURANCE: OTHER | With Co. | POLICY NO. | | GP☐ XX IND☐ | |
| B. C. — B. S. IDENTIFICATION NO. | | GROUP NO. | | | |
| BENEFIT DATE | EFFECTIVE DATE: | | | DED. DIAGN. X-RAY? | |
| B. C. OUT OF STATE | | ROOM ALLOW. | | | |
| B. C. MEMBER NAME | | E. B. R. | | MAJOR MEDICAL: | |
| REMARKS: | | | | | |

DATE OF DISMISSAL    1/6    TIME    3⁰⁰ pm

SAT JAN 6 1973

**FINAL SUMMARY**

Diagnosis on Admission (to be completed 24 hours after admission)

Date of onset

Final Diagnosis    *[handwritten, illegible]*

Complications and Wound Infections

Remarks

Consultation With

Condition on Discharge

☐Recovered    ☑Improved    ☐Unimproved    ☐Not Treated    ☐Expired    ☐Autopsy

Service: Surg.    Neuro Surg.    (Med)    O. B. Gyn.    Ped.    Urology    Ortho.    E. E. N. T.    Neuropsychiatry

Operations:

] FORMER ADMISSIONS [

Date    5-19-72    Case No.    378 036

Reviewed for Filing by Medical Records Committee
FORM 01-003

SIGNATURE OF ATTENDING PHYSICIAN

398 646

000888

WP_PC000010483

# AUTHORIZATION FOR MEDICAL AND/OR SURGICAL TREATMENT

Date _____ 12/28 _____ 19__ Time _____ a.m. / p.m.

I, the undersigned, a patient in _____ St. Francis _____ Hospital, hereby authorize

Dr. _____ (and whomever he may designate as his assistants) to administer

such treatment as is necessary, and to perform the following operation _____ and such additional operations or procedures as are considered

therapeutically necessary on the basis of findings during the course of said operation. I also consent to the administration

of such anesthetics as are necessary, with the exception of _____.

Any tissue or parts surgically removed may be disposed of by the hospital in accordance with accustomed practice.

I hereby certify that I have read and fully understand the above Authorization for Medical and/or Surgical Treatment, the

reasons why the above named surgery is considered necessary, its advantages and possible complications, if any, as well

as possible alternative modes of treatment, which were explained to me by Dr. _____.

I also certify that no guarantee or assurance has been made as to the results that may be obtained.

Witness _____ Signed _____

Witness _____

CASE NO. S. DE374799  029

PAGE 1    C.T. Hagan

**St. Francis Hospital and School of Nursing · Wichita, Kansas**

# EMERGENCY AND OUTPATIENT RECORD

PLEASE TYPE or PRINT LEGIBLY (circle correct word where applicable)

| Family Name | First Name | Middle Name | Phone: Patient or Responsible Party | Admission Date and Hour | Date Previous Adm. (If Any) |
|---|---|---|---|---|---|
| Purkey | Velma L. | Cath | 262 902 | 12/26/72  4¹⁵ pm | yes |

| Address | City | State | Zip | Age and Sex | Date of Birth | Civil Status | Name at Last Adm. |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | 47 W/F | 6/21/25 | M S(W) D Sep. | same |

| Employ | Address of Employer | Maiden Name |
|---|---|---|
| Frontier Fun Center | | |

| Relative or Friend; Parent or Guardian If Minor | Address | Phone No. |
|---|---|---|
| | | |

| Name and State B/C · B/S Plan | Contract No. | Group No. | Name of Subscriber |
|---|---|---|---|
| | | | |

| Soc. Sec. No. | Medicare No. | Medicaid No. | Work. Comp.? |
|---|---|---|---|
| | | | YES   (NO) |

Other Insurance Information - If Group - Name and Address of Employer
Brunswick Corp w/ Frontier

If Individual Policy - Insurance Co. and Address - Policy No.

| Person or Company Responsible For Payment of Service - Include Address | Phone No. |
|---|---|
| | |

| Employer of Responsible Party (If Other Than Patient) | Address | Relation of Party |
|---|---|---|
| | | |

## AUTHORIZATION FOR EMERGENCY AND OR OUTPATIENT TREATMENT

The undersigned has been informed of the emergency care and treatment or the outpatient treatment considered necessary for the patient hereinbefore mentioned and acknowledges that the treatment and procedures will be performed by or under the supervision of a licensed physician selected by the undersigned or approved by the undersigned.

The nature of the ailment, the nature and purpose of the proposed procedure, the risks and unfortunate results or possible complications and of unforeseen physical conditions within the body, and the possible alternatives have been explained to and understood by the undersigned.

The undersigned hereby requests that said care and treatment be carried out by Dr. Alvarado and agrees to assume any risks involved. The undersigned is aware that the practice of medicine and surgery is not an exact science and acknowledges that no guarantes have been made as to the results that may be obtained from the care and treatment.

Date 12-25-72  Time 4²⁵  (A.M.) P.M.  Signed X Velma L. Purkey  PATIENT

WITNESS Gary W. Holman R.N.  or  AUTHORIZED PERSON    RELATION TO PATIENT

### COMMUNICATION WITH ATTENDING STAFF DOCTOR

| NAME OF DOCTOR | NO. PHONED | TIME | CALLED BY | RESULTS |
|---|---|---|---|---|
| Dr. C.T. Hagan | here | 5:30 pm | Dr. Alvarado | admit |
| | | | | |
| | | | | |

Jayne Jangen RN    Smal

### SERVICE CHARGES

| ITEM | CHARGE | ITEM | CHARGE | ITEM | CHARGE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| Dr. Daniels | | IV Fluid | | Phys. Ther. | | |
| Emer. Room | | Laboratory | | | | AMOUNT $ |
| Cast | | Medicine | | | | PAID BY: |
| Dressing | | Splint | | | | |
| EKG | | Sut. Pack | | | | RECEIPT NO. |
| Inj. Med. | | X-Ray | | | | CODE NO. |

H-134    MEDICAL RECORDS

000890    WP_PC000010485

CASE NO. 3 E374799

PAGE 2 *Admit 728*

St. Francis Hospital and School of Nursing - Wichita, Kansas

# EMERGENCY and OUTPATIENT RECORD
PLEASE TYPE or PRINT LEGIBLY (circle correct word where applicable)

PATIENT NAME _Purkey, Velma - Dr. C.T. Hagan_

**BRIEF HISTORY:**
IF ACCIDENT STATE WHERE, WHEN AND HOW INJURED; IF ILLNESS DESCRIBE _Pt states bruised rt cheek - assault by son at aunts house - 134 No. Charles -_

_Cardiac Pt. - Allegedly raped by son_

NOTIFIED

RELATIVE

POLICE

CORONER

BY WHOM

TIME ___ AM PM

NURSES SIGNATURE: _Dorothy Peebles_ RN    OFFICERS SIGNATURE _Robert O. Hitch Jr._ STAR NO. _669_    DISTRICT _Patrol_

**PHYSICIANS REPORT**    CONDITION ON ADMISSION: GOOD • FAIR • POOR • SHOCK • HEMORRHAGE • COMA
TREATMENT AND ORDERS

TEMP
P 80
R
BP 130/80

DIAGNOSIS _Alleged Rape_

DISPOSITION OF CASE _admit_    CONDITION ON DISCHARGE: GOOD • FAIR • POOR

REFERRED TO DR. _C.T. Hagan_    DATE

NURSES NOTES _Examined by Dr. - pelvic done c spec Lam - Bl alcohol done in E.R. emergency opera to be admitted_

_Panties to WPD - R.O. Hitch Jr. #669_    _Dorothy Peebles_
NURSES SIGNATURE

INSTRUCTIONS TO PATIENT

_admit_

AM PM

PATIENT'S SIGNATURE    DATE    TIME    ATTENDING PHYSICIAN    M.D.

01-135

000891

ST. FRANCIS HOSPITAL
WICHITA, KANSAS
**HISTORY**

12 25 12

WEST

NAME _____    ROOM _____ BED _____    PER DOCTOR. VELHA L F47H
395129 CT HAGAN
INFORMANT _____    427 HIRAM
DATE

| FAMILY | AGE | | HEALTH, IF LIVING OR CAUSE OF DEATH. NOTE ESPECIALLY HEREDITARY OR INFECTIOUS DISEASES |
|---|---|---|---|
| | DEAD | LIVING | 6-21-20 |
| FATHER | | | |
| MOTHER | | | |
| BROTHERS | | | See old records |
| SISTERS | | | |
| CHILDREN | | | |

PAST HISTORY STATE HERE DISEASES FROM CHILDHOOD TO DATE, HABITS, MENSTRUAL HISTORY, OPERATIONS, ETC.

UCHD s̄ sequelae                    Tobacco - 1 ppd
Medical - Hypertension              EtOH - occasionally
Surgery - T&A ; Bartholin cyst removed
Allergy - none known Darvon Cmpd 65 ; Librium ; "sleeping pill"
Current Meds Apresoline 100 qid, Diupres 500 bid, Inderal 40 qid

CHIEF COMPLAINT. pt. states her son raped her 1-2 hrs. p.t.a.

PRESENT ILLNESS

This is a 47 yo CWF who states that her son raped
her this A.M. She is noticeably upset. The son
apparently is on parole from Hutchinson reform school
according to the mother. She was seen in the SFH
emergency room where pelvic examination c̄ smear
for sperm was done ; also blood alcohol drawn at

REVIEW OF SYSTEMS: this time -

1704

For frequent headaches

000892

Radi. Y.

01-181

12 28 72 728 PROCEDURE

CYTOLOGY NO. 6787-C-72
DATE TAKEN 12/26/72

ST. FRANCIS HOSPITAL — WICHITA, KANSAS

PURKEY VELMA L
728
C T HAGAN

B39529
F047W
12/26/72

SERUM

ELECTROLYTE PROFILE

| TEST | RESULT | | | NORMAL |
|------|--------|--|--|--------|
| SODIUM | 139 | MEQ/L | | 135-145 |
| POTASSIUM | 3.4 | MEQ/L | * | 3.5-5.0 |
| CHLORIDE | 106 | MEQ/L | * | 95-105 |
| CARBON DIOXIDE | 25 | MEQ/L | | 24-32 |
| BLOOD UREA NITROGEN | 7 | MG% | * | 10-20 |
| GLUCOSE | 95 | MG% | | 65 |
| CALCULATED OSMOLALITY | 266 | MOSM/L | | 258-283 |

* INDICATES RESULT OUTSIDE NORMAL RANGE

CHEMISTRY          SPECIMEN OBT. 1/04/73  6.10AM          TECH

SEROLOGY          SPECIMEN OBT. 12/26/72          TECH.

CHEMISTRY — UA          SPECIMEN OBT. 12/26/72  11.00AM   TECH.

HEMATOLOGY          SPECIMEN OBT. 12/26/72  10.30AM   TECH. --

EMERGENCY LABORATORY REPORT | TIME REPORTED 12-21-72 | MED. TECH

Reporting Copy

01-220          LABORATORY REPORT

000893  003820024

## ST. FRANCIS HOSPITAL
WICHITA, KANSAS

### PHYSICAL EXAMINATION

12 25 72

PERKEY, VELMA L F47W
396120 CT HAGAN
HOSP. NO. M

**FULL NAME**

**HEIGHT** 5'4"    **WEIGHT** 113    **TEMP.** 97    **P.** 104    **B.P.** 150/90

**OUTLINE TO BE FOLLOWED:**

**A. HEAD:**
EYE, EAR, NOSE, THROAT.

**B. NECK:**

**C. CHEST:**
INSPECTION,
PALPATION,
PERCUSSION,
AUSCULTATION.

**D. HEART:**
B/P, POSITION
SIZE, RATE,
MURMURS.

**E. ABDOMEN:**
INSPECTION,
PALPATION,
PERCUSSION,

**F. GENITO-URINARY:**

**G. EXTREMITIES & SPINE:**
EDEMA, VARICOSITIES,
BONES JOINTS.

**H. NERVOUS:**
REFLEXES, SENSATION,
MUSCULAR MOVEMENT.

**I. SKIN & GLANDS:**

**J. SPECIAL:**

**IMPRESSION:**

*AVOID SUCH TERMS AS "NORMAL" AND "NEGATIVE"*

GENERAL APPEARANCE — WD WN WF who appears quite anxious -

Head - normocephalic s̄ masses
Eyes - PERRL, EOM intact
Ears - canals patent, TMs intact
Nose - clear of obstr.
Throat - mouth s̄ lesions, pharynx not injected
Neck - supple s̄ masses
Chest - clear to A&P
Heart - RRS @ c̄ gallop
ABD - Soft, mild tenderness mid-epigastric region, no rebound tenderness, s̄ masses
   Liver, spleen not palpated
Pelvic - exam done in Emergency room
Ext - s̄ cyanosis, clubbing, or edema
   periph. pulses intact
Neuro - oriented x 4, CN 2-12 intact, DTRs 2+ = bilat
   no motor or sensory deficits, no cerebellar
   signs
Skin & glands - s̄ adenopathy

Imp: ① Acute Anxiety Rxn
② Hypertension

**DATE** 12/26/72     **EXAMINED BY** _____ M.D.

01-284

WP_PC000010489

12 28 72 728 PROCTOSCOPY

CYTOLOGY NO. 6987-C-72
DATE TAKEN 12/28/72

PERKEY, VELMA L F47W
395129 CT HAGAN

FORM 093B

[X] Cervical  [X] Vaginal
OTHER:

MEDICARE NO.

B.C.-B.S. NO.

| AGE | SEX | RACE | STATUS |
|-----|-----|------|--------|
| 47  | F   | W    |        |

728 -

## CYTOPATHOLOGY REPORT
### FOR CERVICAL-VAGINAL SMEARS ONLY

ended

LMP Dec. 25   PREGNANT       [ ] YES [ ] NO
PREVIOUS SMEAR                [ ] YES [ ] NO
DATE          DIAGNOSIS
HORMONE THERAPY              [ ] YES [ ] NO
TYPE          HOW LONG?
RADIATION THERAPY           [ ] YES [ ] NO
DATE          TYPE
BIOPSY OR SURGERY           [ ] YES [ ] NO
DATE          DIAGNOSIS
PERTINENT HISTORY AND FINDINGS:

[X] NEGATIVE ................. Annual Repeat Recommended.
[ ] INCONCLUSIVE ............ Repeat Smear Requested.
[ ] SUSPICIOUS .............. Suggestive of Malignancy.
[ ] POSITIVE ................ Consistent with Malignancy.

### OTHER CYTOLOGICAL FINDINGS

INFLAMMATORY REACTION:
[X] None  [ ] Mild  [X] Moderate  [ ] Marked

VAGINAL FLORA:
[ ] B. Vaginalis (Doderlein)
[X] Mixed Bacteria  [ ] Trichomonas  [ ] Monilia

HORMONAL STATUS COMPATIBLE WITH AGE OF
PATIENT AND HISTORY — (YES)   NO

DIFFERENTIAL COUNT (If Required):
Superficial ___ %   Intermediate ___ %
Parabasals ___ %   Unable to do [ ]

### COMMENTS AND RECOMMENDATIONS (LAB USE ONLY)

[ ] PLEASE REPEAT   [ ] RECHECK IN ___ MOS.   [ ] CERVICAL CONE   [ ] D & C

Tech TLG   Date 12-29 19 72

CYTOPATHOLOGIST   M.D.

Department of Laboratories     ST. FRANCIS HOSPITAL     Phone 262-6211
929 N. ST. FRANCIS / WICHITA, KANSAS 67214

ELECTROLYTE PROFILE

| TEST | RESULT | NORMAL |
|------|--------|--------|
| SODIUM | 139 MEQ/L | 135-145 |
| POTASSIUM | 5.4 MEQ/L | 3.5-5.0 |
| CHLORIDE | 106 MEQ/L | 95-105 |
| CARBON DIOXIDE | 25 MEQ/L | 24-32 |
| BLOOD UREA NITROGEN | 7 MG% | 10-20 |
| GLUCOSE | 95 MG% | 65 |
| CALCULATED OSMOLALITY | 286 MOSM/L | 285-295 |

* INDICATES RESULT OUTSIDE NORMAL RANGE

CHEMISTRY   SPECIMEN OBT. 1/04/73  8.10AM   TECH

SEROLOGY   SPECIMEN OBT. 12/26/72   TECH.

CHEMISTRY — UA   SPECIMEN OBT. 12/26/72  11.00AM   TECH.
HEMATOLOGY   SPECIMEN OBT. 12/26/72  10.30AM   TECH. --

EMERGENCY LABORATORY REPORT | TIME REPORTED   Reporting Copy   12-21-72   MED. TECH.

01-220

LABORATORY REPORT

000895   WP_PC000010490

12 28 72  728  PROCEDURE  CYTOLOGY NO. 6989-C-72
DATE TAKEN 12/28/72

**CYTOPATHOLOGY REPORT
FOR CERVICAL-VAGINAL SMEARS
ONLY**

ST. FRANCIS HOSPITAL — WICHITA, KANSAS

PERKEY VELMA L          6395129
728                     F047W
C T HAGAN        H1672  12/26/72

SERUM

PLASMACRIT - NONREACTIVE

SEROLOGY          SPECIMEN OBT. 12/26/72              TECH.

CHEMISTRY - UA    SPECIMEN OBT. 12/26/72  11.00AM    TECH.

HEMATOLOGY        SPECIMEN OBT. 12/26/72  10.30AM    TECH. --

**EMERGENCY LABORATORY REPORT**  TIME REPORTED 12-27-72  MED. TECH.
Reporting Copy

01-220                                          LABORATORY REPORT

000896

12 28 72  728  PROCTOSCOPY

CYTOLOGY NO. 6987-C-72
DATE TAKEN 12/28/72

CYTOPATHOLOGY REPORT
FOR CERVICAL–VAGINAL SMEARS
ONLY

---

ST. FRANCIS HOSPITAL — WICHITA, KANSAS

PERKEY VELMA L          B395129
728                     F047W
C T HAGAN               12/26/72

URINE — VOIDED

ROUTINE URINALYSIS

0-1 RBC/HPF
MANY WBC/HPF WITH CLUMPING
3-5 EPITHELIAL CELLS/HPF
FEW HYALINE CASTS/LPF
BACTERIA

| | |
|---|---|
| COLOR | STRAW |
| APPEARANCE | CLOUDY |
| SPECIFIC GRAV. | 1.014 |
| PH | 6.5 |
| PROTEIN | 1+ |
| GLUCOSE | NEGATIVE |
| KETONE BODIES | NEGATIVE |
| HEMOGLOBIN | NEGATIVE |
| BILE | NEGATIVE |

CHEMISTRY — UA        SPECIMEN OBT. 12/26/72  11.00AM   TECH.

HEMATOLOGY           SPECIMEN OBT. 12/26/72  10.30AM   TECH. --

EMERGENCY LABORATORY REPORT   TIME REPORTED  12-27-72   MED. TECH.
Reporting Copy

01-220                                          LABORATORY REPORT

000897

12-28-72  728  PROCTOSCOPY

CYTOLOGY NO. 6989-C-72
DATE TAKEN 12/28/72

CYTOPATHOLOGY REPORT
FOR CERVICAL-VAGINAL SMEARS
ONLY



(PASTE 3RD REPORT HERE AND SUCCEEDING ONES ON ABOVE LINES)

**ST. FRANCIS HOSPITAL — WICHITA, KANSAS**

PERKEY VELMA L                B395129
728                          F047W
C T HAGAN                    12/26/72

| WBC AND DIFF | | RBC VALUES AND INDICES | | NORMAL RANGE |
|---|---|---|---|---|
| WBC | 10,200 | RBC | 4.05 MILLION/CMM | |
| BASOPHILS | 1% | HGB | 12.9 GM% | |
| EOSINOPHILS | 1% | HCT | 40.0 ML% | |
| BANDS | 2% | MCV | 98.7 | 82 – 98 |
| NEUTROPHILS | 74% | MCH | 31.8 | 27 – 33 |
| LYMPHOCYTES | 18% | MCHC | 32.2 | 31 – 35 |
| MONOCYTES | 4% | | | |

MORPHOLOGY

MACROCYTES                    PLATELET ESTIMATE — NORMAL

HEMATOLOGY           SPECIMEN OBT. 12/26/72  10.30AM     TECH. --

EMERGENCY LABORATORY REPORT
Reporting Copy

TIME REPORTED  12-21-72     MED. TECH. SL

01-220                                              LABORATORY REPORT

000898

12-28-72 728 PROCTOSCOPY | CYTOLOGY NO. 6987-C-72 | CYTOPATHOLOGY REPORT
DATE TAKEN 12/28/72 | FOR CERVICAL-VAGINAL SMEARS ONLY

(PASTE 2ND REPORT ON THIS LINE)

51350  7212-i59  EMERGENCY LABORATORY REQUEST

ER #1    12-26-72

E 374799

REQUESTED BY: ALVARADO    DATE: 12-26-72    TIME: 05:35

Purkey, Velma
427 Hiram 47 yr/F
DOB 6-21-25

NAME OF TEST: Blood Alcohol

Dr C T Hagan

RESULTS:

Blood alcohol = 212 mg % or
0.212 % W/V

#718

THIS STAT FORM IS TO BE USED ONLY FOR EMERGENCY STAT SITUATIONS AND MUST BE SIGNED BY REQUESTING PHYSICIAN OR R.N. IN CHARGE.

AUTHORIZED SIGNATURE  D Peebles RN/RLc

(COMPUTER PRINT OUT TO FOLLOW)

ST. FRANCIS HOSPITAL, WICHITA, KS.

EMERGENCY LABORATORY REPORT  Reporting Copy  TIME REPORTED 12-27-72  MED. TECH. SI

01-220

LABORATORY REPORT

000899

# ST. FRANCIS HOSPITAL
WICHITA, KANSAS  67214                                                           PATHOLOGY DEPT.

### CUMULATIVE SUMMARY OF LAB RESULTS AS OF MIDNIGHT 01/04/73

# - INDICATES LATEST RESULTS        * - INDICATES RESULT OUTSIDE NORMAL RANGE

## H E M A T O L O G Y

|            | HGB  | HCT  | RBC   | WBC  | MCV   | MCH   | MCHC |
|------------|------|------|-------|------|-------|-------|------|
| LO NORM    | 12.0 | 37.0 | 4.20  | 4.8  | 92.0  | 27.0  | 32.0 |
| HI NORM    | 16.0 | 47.0 | 5.40  | 10.8 | 98.0  | 31.0  | 36.0 |
|            | GM%  | ML%  | MILL  | THOU |       |       |      |
| 1226 1030A | 12.9 | 40.0 | 4.05* | 10.2 | 98.7* | 31.8* | 32.2 |

| DIFFERENTIAL % | STAB | SEGS | LYMP | MONO | EOS | BASO | META | MYEL | PRMY | BLAS | PRLY | PRMN | UNCL |
|----------------|------|------|------|------|-----|------|------|------|------|------|------|------|------|
| 1226 1030A     | 2    | 74   | 18   | 4    | 1   | 1    |      |      |      |      |      |      |      |

| MORPHOLOGY | RBC        | WBC | PLATELET          |
|------------|------------|-----|-------------------|
| 1226 1030A | MACROCYTES |     | PLATELETS NORMAL  |

## C H E M I S T R Y

BLOOD CHEMISTRY

ELECTROLYTES

|            | SOD   | POT   | CL    | CO2   | BUN  | GLU  | CALC OSM. | MEAS USM. |
|------------|-------|-------|-------|-------|------|------|-----------|-----------|
| LO NORM    | 135   | 3.5   | 95    | 24    | 10   | 65   | 258       | 275       |
| HI NORM    | 145   | 5.0   | 105   | 32    | 20   | 65   | 283       | 300       |
|            | MEQ/L | MEQ/L | MEQ/L | MEQ/L | MG%  | MG%  | MOSM/L    | MOSM/L    |
| # 104 610A | 139   | 3.4*  | 108*  | 25    | 7*   | 95   | 266       |           |

## U R I N A L Y S I S  -  F E C E S

URINE EXAMINATION

|            | COLOR | APPEAR | SG    | PH  | PROT | GLUC | KETO | DIAC | HGB | BILE |
|------------|-------|--------|-------|-----|------|------|------|------|-----|------|
| 1226 1100A | STRAW | CLOUDY | 1.014 | 6.5 | 1+   | NEG  | NEG  |      | NEG | NEG  |

### MICROSCOPIC EXAMINATION

1226 1100A    0-1 RBC/HPF                              MANY WBC/HPF WITH CLUMPING
              3-5 EPITHELIAL CELLS/HPF                 FEW HYALINE CASTS/LPF
              BACTERIA

PURKEY VELMA L        B395129  728  7W  F047W  C T HAGAN                    01/04/73  1

000900 0034-0028

ST. FRANCIS HOSPITAL 12 25 72

## PROGRESS RECORD

NAME _____ ROOM _____ BED _____ PERKEY, VELMA L F47W
30512 DOCTOR HAGAN

| DATE | |
|------|--|
| 12/26/72 | Still quite depressed — |
| | Miles |
| 12/28/72 | Feels better today — |
| | Miles |
| | Pelvic Exam: |
| | indurated area cervix @ 4 o'clock |
| | PAPs taken — |
| | Uterus, adnexa — WNL |
| | Proctoscopy: clean to 20 cm |
| 1/3/72 | Appears to be doing fairly well [illegible] — few complaint to night nurses about sleeping. C/O spotting — LMP Dec. 22. states has always had irregular periods — requests BCP. Has but + WBC clumping in urine — no symptoms — will continue. BP remaining under good control    Mørgen |
| 1/6/72 | Multiple complaints — states haven't received BP meds. states has been spotting but today is menstruating. LMP Dec 22. states periods have been irregular in past + need Dr. C & BCP in past.    Mørgen |

01-308

PROGRESS RECORD

000901  0034 30890

ST. FRANCIS HOSPITAL
WICHITA, KANSAS  67214

NAME OF PATIENT:       Purkey, Velma                          HOSPITAL NO.  395129
ATTENDING PHYSICIAN:  C.T. Hagan, M.D.                        DATE OF ADM.  12-26-72
                                                             DATE OF DIS.  1-6-73
DISCHARGE SUMMARY:                                            AGE: 47
************** *****

ADMITTING DIAGNOSIS:  Hypertension by history.
                     Anxiety reaction.

The patient is a 47-year-old white female, who has been followed  for hypertension and
has been on Apresoline 5 mg. q.i.d., Diupres 500 mg. b.i.d. and Inderal 40 mg. q.i.d.
The patient had apparently been drinking quite heavily with her son, who allegedly raped
her.  She was seen in the St. Francis ER for a pelvic examination and smear for sperm,
and blood-alcohol level was done.  The sperm smear is not reported.  The blood-alcohol
level was 212 mg%.

PHYSICAL EXAM:  This 47-year-old female appeared quite anxious.  HEENT was negative.
CHEST was clear.  HEART has a regular rhythm without murmurs or gallop.  ABDOMEN is
normal.  PELVIC was essentially normal, Pap smear done was also normal. PROCTOSCOPY
was normal to 20 cm.

LABORATORY DATA & HOSPITAL COURSE:  The patient was continued on her usual hypertensive
medicine.  CBC: WBC was 10,200 essentially normal hemoglobin was 12.9; hematocrit 40.0;
platelet estimate normal; UA revealed 1+ proteinuria and bacteria; plasmacrit was non-
reactive.  SMA-6: sodium was 139; potassium 3.4; choloride 106; $CO_2$ 25; BUN 7.  The
patient was placed on Librium and condition gradually improved.  The patient was dis-
charged to home.

MEDICATIONS ON DISCHARGE:  Diuril 500 mg. b.i.d; Apresoline 100 mg. q.i.d.; Inderal 40 mg.
q.i.d. and Librium.

C. T. Hagan, M.D./G. Moyer, M.D./Bernice/1-20-73 d/5-6-73 t

St. Francis Hospital

**PHYSICIAN'S ORDERS**

UNLESS OTHERWISE DIRECTED BY THE PRESCRIBING PHYSICIAN
BY UNDERLINING, THE PHARMACY SHALL DISPENSE GENERICALLY.
BEAR DOWN – YOU ARE MARKING TWO COPIES

| Date | Time | | Nurse |
|------|------|---|-------|
| | | *Regular diet* | mt |
| 12/26/72 | 5:35 pm | *Routine lab* | mt |
| | | May take own meds as directed | mt |
| | | Serum alcohol now | Dr. mt |
| | | Thanx ☺ | |
| | | | A. Alvarez |
| | | May have Librium 10mg qid | Mary Goeswith |
| | | P.O. Dr. Miles / Mary Goeswith Miles | |
| | | ① ↑ Librium to 25 mg qid | mt |
| | | ② Darvon cmpd 65 now & q4h prn pain Miles | Mary Goeswith |
| DEC 27 1972 | | ① Dalmane 15mg p.o. h.s. prn sleep Miles | Mary Goeswith |
| | | ① Old chart to floor | |
| | | ② Schedule proctoscopy for tomorrow afternoon after 3ºº PM Miles | |
| DEC 28 1972 | | ① Valium 10 mg IM at 3ºº PM today Miles | |

000903

## St. Francis Hospital

### PHYSICIAN'S ORDERS

UNLESS OTHERWISE DIRECTED BY THE PRESCRIBING PHYSICIAN
UNDERLINING, THE PHARMACY SHALL DISPENSE GENERICALLY.
BEAR DOWN — YOU ARE MARKING TWO COPIES

DEC 29 1972

12 27 72       728    EST

PERKEY, VELMA L F47W
395189 CT HAGAN
427 HANK         1
12 26 72
6-21-25

| Date | Time | | Nurse |
|------|------|---|-------|
| DEC 29 1972 | | ⊙ Prescription for : | |
| #14 Please | | Diuril 500 mg #60   Sig: ī p.o. b.i.d. ℞ 259364 | |
| #98 Please | | Apresoline 100 mg #100   Sig: ī p.o. q.i.d ℞ 259365 | |
| #28 Please | | Inderal 40 mg #100   Sig: ī p.o. q.i.d. ℞ 259366 | |
| | | JAN 0 1973 ←30   K.W.Hibbs, M.D. | |
| DEC 30 1972 | | 50 | |
| | 3⁷⁰ | Give another 15mg of Dalmane now | |
| | | PO Dr Miles / ᴅᴅʟᴀ RN      ᴅᴅʟᴀ | |
| | | Miles | |
| DEC 31 1972 | | | |
| JAN 1 1973 | | | |
| JAN 2 1973 | | | |
| JAN 3 1973 | | | |
| | 12²⁰ | Valium 5 mg "IM" now | |
| | | PO Dr. Mayer / ᴅᴅʟᴀ RN      ᴅᴅʟᴀ | |
| | | Mayer | |
| | | ✓ ⊙ Urine C & S | Ms |
| | | ⊙ SMA-6 in AM. | Mary Ly... |
| | | | Mayer |
| | | Fleet enema now & prn | |
| | | May give an extra dose of Librium 25 | |
| | | during the night if necessary | |
| | | Ts Dr Mayer X / Physician | |
| | | Mayer | |
| 1-4 | 12⁴⁵ | Talwin 30mg IM Stat | MT |
| | | Ph.O. Dr. Miles / M Tanaka | |
| | | W Miles | |

000904

WP_PC000010499

St. Francis Hospital

## PHYSICIAN'S ORDERS

UNLESS OTHERWISE DIRECTED BY THE PRESCRIBING PHYSICIAN
BY UNDERLINING, THE PHARMACY SHALL DISPENSE GENERICALLY.

JAN 4 1973    BEAR DOWN — YOU ARE MARKING TWO COPIES

12 31 72

PERKEY VELMA L 147
395129 CT HAGAN

12 26 72    1
6-21-25

| Date | | | | Nurse |
|---|---|---|---|---|
| JAN 5 1973 | | | | |
| JAN 6 1973 | Dis mis | | | RN |
| | Send Home c 1 tbsp q refil | CH Hagan | Joyce Burden |

000905

WP_PC000010500

USE OF THIS INFORMATION REGULATED BY LAW

Uniform Crime Reporting)    *INDEXED for*    POLICE DEPARTMENT — WICHITA, KANSAS

CRIME:    m DISORDERLY CONDUCT

CLASSIFICATION:    OTHER  1990

CASE NO.  L 90655

| Case Heading | Address | Phone |
|---|---|---|
| VELMA L. PURKEY  45 W/FE | ▇▇▇▇  ▇▇▇▇ | No Ph |
| Reported By | Address | Phone |
| Above | | |

| Where Committed | When Committed | Time Reported |
|---|---|---|
| There | 11:15AM 5-23-71 | 11:30AM 5-23-71 |

How Committed:

The above reports her peace disturbed by threats made by her stepfather O.L.(BILL)
DARLING leg W/M 122 N.Sedwick at above time date and location

| Officers Assigned | Beat | Detail | Section Assigned | Connecting Case |
|---|---|---|---|---|
| Cpl. W.Ammons# 398   mab 3:20PM 5-23-71 | 2 | 1 | VULGAMORE | |

32-015—50M

INFORMATION RELEASED TO *Laura E. O'Sullivan*

DATE JUN 1 3 2003 BY *Patsy O. Lurey V647*

000906

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

*Patsy G. Lurey V647*
Record and Identification Section

WP RCD00009148

## MINOR COMPLAINT AND REPORT FORM.

Use only for classification listed below — Print or write in black ink. CHECK ONE:

| | | | | |
|---|---|---|---|---|
| ✓ Dis. Cond. | Larc A. Access. | Lost Prop. | Found Animal | Home Accident |
| Vio. RDL | Misc. Offenses | Lost Animal | Sick Cared | Occup. Accident |
| Pking Vio. | Att. Suicide | Found Person | Susp. Char. | Animal Bite |
| Other Traf. | Lost Person | Found Prop. | Pub. Acc. | Misc. Public |
| Simple Asslt. | | | Vagrancy | Vandalism |

EXPEDITE COPY TO _REC._ Section/Unit

Case Heading _VELMA L PURKEY_ Age _45_ Sex _FE_ Race _W_

Home Address _1701½ UNIVERSITY_ Phone _MU 915_

Bus. Address _FRONTIER RESTUERANT 13000 W 54_ Phone _____

When Commit. _11:15 PM 5-23-71_ Where Commit. _1701½ UNIVERSITY_

Reported by _SAME_ Age ___ Sex ___ Race ___ Phone ___

Address _SAME_ Time Rep'td _11:30 PM 5-23-71_

Others Involved _O. L. DARLING 122 N. SEDGWICK_

Description of Property (Include Imp. Auto) _____

_____ Cash Value Loss $ _____

### DETAILS (INCLUDE DISPOSITION OF PERSONS, PROPERTY AND ACTION TAKEN)

MISS PURKEY RPTS HER PEACE DISTURBED BY THREATS MADE BY HER STEP FATHER O. L. (BILL) DARLING. ABOVE TIME PLACE. TIME AND DATE

MISS PURKEY STATES DARLING THREATENED TO KICK IN HER FRONT DOOR IF SHE DID NOT LET HIM. STATES DARLING WANTS HER TO COME LIVE WITH HIM AND IS ALWAYS BEATING HER UP WHEN SHE WANT DO IT. MISS PURKEY WAS ADVISED TO TRY TO OBTAIN A RESTRAINING ORDER FROM SHERRIFF

Is further investigation needed? Yes _✓_ No ___ Approved: _____

Officer: _Cpl. W.R. _____ 398_ Beat: _2_ Detail: _1_ Unit: _P_ Time: _2:15 PM_ Date: _5/23_

If further space is needed, use the reverse side or call in ref.

This will certify this to be a true copy of the original record on file at Wichita Police Dept.

_Patsy C. Yuriv V647_

Record and Identification Section

JUN 13 2003

000907

WP_PC00009149