**PRISON HEALTH SERVICES INCORPORATED**

**PHS**

# HISTORY AND PHYSICAL

☐ Initial/New Man
☐ Bi-annual
☐ _____ Violator
☐ Escapee
☐ Employee

Date 1/11/93
H&F — C
Health Unit

Blood Pressure 138/74  56  12  97⁸
Date of Tetanus Toxoid 1989

Height 6'1"
Weight 183½#

Vision Rt. 20/20  Lt. 20/20
With ☐ Glasses   Without ☒ Glasses

## TESTS

| Normal | Abnormal | | Normal | Abnormal | |
|---|---|---|---|---|---|
| ✓ | | Urinalysis | ✓ given 1/11/93 | | TB Skin Test When Treated |
| | | CBC | | | Sickle Cell |
| | | VDRL  When Treated ___ | | | Pap Smear |
| | | GC  When Treated ___ | | | Chest X-Ray |

Allergies NKA

## HISTORY

| YES | WHO | F = Family   S = Self | YES | WHO | F = Family   S = Self | YES | WHO | F = Family   S = Self |
|---|---|---|---|---|---|---|---|---|
| ✓ | S | Scarlet Fever | | | High/Low Blood Pressure | | | Use Tobacco |
| | | Diphtheria | | | Stomach Ulcers | | | Mental Illness |
| | | Rheumatic Fever | | | Gallbladder/Gallstones | | | Attempted Suicide |
| | | Childhood Diseases | ✓ | S | Hepatitis | | | Presently on any |
| | | Wear Glasses | ✓ | S | Heart Trouble | | | Psychotrophic Meds. |
| | | Eye, Ear, Nose or Throat Problems | | | Rupture-Hernia | | | |
| ✓ | S | Sinusitis/Hay Fever | | | Appendicitis | | | Illness/Injury Un-noted |
| ✓ | S | Diabetes | | | Hemorrhoids/Rectal | | | |
| ✓ | S | Dizziness/Fainting Spells | ✓ | S | Kidney Stones (Blood/Urine) | | | Do you bleed excessively |
| | | Sickle Cell/Trait | | | Arthritis/Rheumatism | | | after injury or |
| | | Gunshot Wounds | | | Bone/Joint Deformity | | | Tooth Extraction? |
| ✓ | S | Stutters | | | Epilepsy/Fits | | | Any Operations?  When? |
| ✓ | S | Back Problems | | | Bed Wetting | | | |
| | | Veneral Disease | | | Drug Adiction | | | |
| | | Tuberculosis (Live with anyone) | | | Alcoholism | | | |
| | | | | | Homosexual Tendencies | | | |

**Female Inmates**
# Pregnancies _____  # Miscarriages _____
Age of Menses _____  Last Menses _____

**PREVIOUS HOSPITALIZATIONS** (Secure Inmate Authorization For Medical Record Information)
Prior kidney stones, stabbing Lt. Neck, Abdomen, hit on head with pipe

| Date | Hospital | Date | Hospital | Date | Hospital |
|---|---|---|---|---|---|
| | | | | | |

## PHYSICAL

| Normal | Abnormal | | Normal | Abnormal | | Remarks |
|---|---|---|---|---|---|---|
| ✓ | | Head, Neck and Scalp | ✓ | | Ext. Genitalia | |
| ✓ | | Mouth and Throat | ✓ | | Skin Tattoo present | |
| ✓ | | Ears and Eardrums | ✓ | | Breast | |
| ✓ | | Eyes and Pupils | ✓ | | Upper Extremities | |
| ✓ | | Chest and Lungs thin chest | | | Lower Extremities | |
| ✓ | | Cardiovascular — | | | Spine/Muscoskeltal | |
| ✓ | | Abdomen, Incl. Hernia | N/A | | Pelvic Exam | |
| ✓ | | Anus and Rectum Neg | | | | Classification II |

Nurse's Signature Margaret Mynthee   Date 1/11/93
Physician's Signature Owen E. Carroll   Date 1-12-93 14:10

## INFORMATION

Emergency Addressee Jeanette Purley   Telephone # ■■■

Home Address   Telephone #

County   Sentence   Spouse/Next-of-Kin   Relationship Wife

Alias   Place of Birth   S M W D   Social Security #

Inmate Name (Last, First, Middle) Purley, Wesley   Date of Birth ■■■   Age 40   R/S W/M   AIS.# ■■■

000984



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### KANSAS DEPARTMENT OF CORRECTIONS
### PATIENT NOTES / PHYSICIAN ORDERS

| DATE | TIME | PATIENT NOTES | DATE ORDERED | TIME ORDERED | PHYSICIAN ORDERS |
|---|---|---|---|---|---|
| | | B) Dr. Carper to eval tachycardia & do physical part of CPX. Class II given by Goff. SRN# 1/7/93 | | | Appt 1-14-93 Class II Cu 1-7-93 135 #2mb lam ° LN X5 days ° ERG Joints |
| 1-7-93 5:38 | | R) CXR done. CPX lab work and other blood tests drawn. UA for C+S was done 1-7-92. Sheli Hill, R.T. | | | ° CBC Sedrate, ° multichem profil T4, T3H ° PE chest Xray ° UA — to Reily — Done ° Lumbo sacral spine Xray ↗ Carper M (Schedule) Victor Jones 1-11-93 1953 |
| | | Patient seen for physical, stiffness and low back pain, to leg most affected. Smoker — 5 cigars every week. Stiffness on ambulate pain to 10-12° forward bend ENT cut (bit a pipe) Scan no normal configuration no clunomegally chest clear no rales, no rales + wheezing all done — no murs no pericardial bruit no hernia KJ, AJ symmetric SLR — 50° Rt - pain Lt back 15° Lt | | | Owen E C |

| INMATE NAME | (LAST,FIRST,MIDDLE) Purkey, Wesley | DATE OF BIRTH 000985 | AGE 40 | R/S a/m | ID# |
|---|---|---|---|---|---|

70008 (5/91)

# Kansas State Department of Education

*Kansas State Education Building*

120 East 10th Street Topeka, Kansas 66612-1103

October 26, 1990

Birth Date _____

Social Security # ███████████

THIS IS TO CERTIFY THAT _____Wesley I. Purkey_____ HAS/X̶A̶X̶X̶X̶X̶X̶X̶X̶

SUCCESSFULLY COMPLETED THE GENERAL EDUCATIONAL DEVELOPMENT TEST. THE

SCORES INDICATED BELOW ARE THOSE EARNED BY THE PERSON NAMED THEREON.

| | TEST TYPE | SCORE |
|---|---|---|
| 1. | WRITING SKILLS | 44 |
| 2. | SOCIAL STUDIES | 46 |
| 3. | SCIENCE | 49 |
| 4. | READING SKILLS | 44 |
| 5. | MATHEMATICS | 43 |

TOTAL SCORE    230

AVERAGE SCORE    46.0

PLEASE ACCEPT THIS OFFICIAL TRANSCRIPT OF SCORES AS EVIDENCE THAT A

KANSAS STATE HIGH SCHOOL DIPLOMA WAS/X̶A̶X̶X̶X̶X̶X̶X̶X̶ISSUED _____11/01/74_____ -

Sincerely,

Philip S. Thomas
Adult Education

PST/lif

001559

000986

# CHEMEKETA
COMMUNITY COLLEGE

4000 Lancaster Drive N.E.
P.O. Box 14007
Salem, OR 97309

PURKEY WESLEY I
LCF PO BOX 2 #23451
LANSING                    KS 66043

## GRADING SYSTEM - GRADE POINTS

| | | |
|---|---|---|
| Exceptional = 4 | F = Failure = 0 | R = Repeated Course = 0 |
| Above Average = 3 | I = Incomplete = 0 | W = Withdrawal = 0 |
| Average = 2 | N = No Grade = 0 | X = Audit = 0 |
| Below Average = 1 | P = Pass = 0 | Z = Course In Progress = 0 |

Release of this information to any third party without the consent and knowledge of the student is prohibited by PL93-380, the Federal Family Education Rights and Privacy Act of 1974.

| COURSE # | COURSE TITLE | CREDITS | GRADE | COURSE # | COURSE TITLE | CREDITS | GRADE |
|---|---|---|---|---|---|---|---|
| **\* \* \* \*** | **FALL 1986** | **\* \* \* \*** | | **\* \* \*** | **FALL 1989 CONT.** | **\* \* \*** | |
| MTH070 | BEGINNING ALGEBRA | 4.0 | B | SP114 | INTERPERSONAL COMMUN | 3.0 | A |
| OA121A | TYPING I BEG A | 1.0 | A | TERM TOT: | 12.0 HOURS | GPA = | 3.75 |
| OA121B | TYPING I BEG B | 1.0 | A | CUM TOT: | 58.0 HOURS | GPA = | 2.99 |
| OA121C | TYPING I BEG C | 1.0 | A | | | | |
| PS201 | AMERICAN GOVERNMENT | 3.0 | C | **\* \* \* \*** | **WINTER 1990** | **\* \* \* \*** | |
| WR115 | INTRO TO COMPOSITION | 3.0 | B | EC202 | PRIN OF ECONOMICS | 3.0 | B |
| TERM TOT: | 13.0 HOURS | GPA = | 3.00 | HS219 | ANGER MANAGEMENT | 3.0 | B |
| CUM TOT: | 13.0 HOURS | GPA = | 3.00 | PSY203 | GENERAL PSYCHOLOGY | 3.0 | A |
| | | | | SP126 | COMM IN RELATIONSHIP | 3.0 | A |
| **\* \* \* \*** | **WINTER 1987** | **\* \* \* \*** | | TERM TOT: | 12.0 HOURS | GPA = | 3.50 |
| CS133B | INTRO PRGRMG BASIC | 3.0 | D | CUM TOT: | 70.0 HOURS | GPA = | 3.09 |
| MTH100 | INTERMEDIATE ALGEBRA | 4.0 | C | | | | |
| PS202 | AMERICAN GOVERNMENT | 3.0 | B | **\* \* \* \*** | **SPRING 1990** | **\* \* \* \*** | |
| WR121 | ENGLISH COMPOSITION | 3.0 | B | BI102 | GENERAL BIOLOGY | 4.0 | B |
| TERM TOT: | 13.0 HOURS | GPA = | 2.23 | EC203 | PRIN OF ECONOMICS | 3.0 | A |
| CUM TOT: | 26.0 HOURS | GPA = | 2.62 | ENG106 | INTRO TO POETRY | 3.0 | A |
| | | | | HE151 | ALCOHOL & OTHER DRUG | 3.0 | A |
| **\* \* \* \*** | **SPRING 1989** | **\* \* \* \*** | | R203 | AMERICAN RELIGIONS | 3.0 | B |
| ART117 | BASIC DESIGN | 3.0 | I | TERM TOT: | 16.0 HOURS | GPA = | 3.56 |
| CS103 | INTRO MICROCOMPUTER | 4.0 | I | CUM TOT: | 86.0 HOURS | GPA = | 3.18 |
| PS203 | STATE & LOCAL GOVTS | 3.0 | C | | | | |
| WR122 | ENGLISH COMPOSITION | 3.0 | C | \*\*\*\*\*\*\*\* END OF TRANSCRIPT \*\*\*\*\*\*\*\* | | | |
| TERM TOT: | 6.0 HOURS | GPA = | 2.00 | | | | |
| CUM TOT: | 32.0 HOURS | GPA = | 2.50 | | | | |
| | | | | | | | |
| **\* \* \* \*** | **SUMMER 1989** | **\* \* \* \*** | | | | | |
| BA101 | BUSINESS ENVIRONMENT | 4.0 | B | | | | |
| CS103 | INTRO MICROCOMPUTER | 4.0 | B | | | | |
| ENG115 | COLLEGE VOCABULARY | 3.0 | A | | | | |
| PSY201 | GENERAL PSYCHOLOGY | 3.0 | B | | | | |
| TERM TOT: | 14.0 HOURS | GPA = | 3.21 | | | | |
| CUM TOT: | 46.0 HOURS | GPA = | 2.72 | | | | |
| | | | | | | | |
| **\* \* \* \*** | **FALL 1989** | **\* \* \* \*** | | | | | |
| EC201 | PRIN OF ECONOMICS | 3.0 | B | | | | |
| ENG104 | INTRO TO FICTION | 3.0 | A | | | | |
| PSY202 | GENERAL PSYCHOLOGY | 3.0 | A | | | | |

ISSUED TO:

Official Transcripts Bear the College Seal.

001551

PURKEY WESLEY I

LCF PO BOX 2 #23451
LANSING                    KS 66043

TRANSCRIPT ISSUED
TO STUDENT

LAST PAGE                    PURKEY WESLEY I

05/31/91     PAGE 01

**000987**

# KANSAS DEPARTMENT OF CORRECTIONS

## INTERDEPARTMENTAL MEMORANDUM

**DATE:**     June 7, 1994

**TO:**       PMC

**FROM:**     A. Harris, CCI

**SUBJECT:**  Minimum by Exception Narrative


Inmate Purkey #23451 is being recommended for minimum by exception based on satisfactory work record and disciplinary report. He has been seen by the Kansas Parole Board twice and passed until 09-95. He has served 13 years and 10 months on his 15-Life sentence. Inmate Purkey worked 6 1/2 months at the county jail program. He was removed because of his custody in reference to his job assignment. He received exceptional evaluations while there. He has completed two cycles of Mental Health (06-02-94) and Substance Abuse Treatment. He completed an Associate of Science Degree in Literature (1989). ADAPT facilitators and Mental Health recommended some type of work release program. He has 15 months before he sees the Kansas Parole Board again. He has job skills as a welder and plumber.

AJH/dh

000988

## DECLARATION OF JEANETTE LOUISE BROYLES

I, Jeanette Louise Broyles, declare and state the following.

1. My name is Jeanette Broyles. I am a resident of Leavenworth County, Kansas. I am 52 years old. I was previously known as Jeanette Purkey.

2. Wesley Purkey and I were married twice. We officially married the first time in January, 1993 in Reno County, Kansas while Wes was incarcerated in prison. I can't recall when we divorced the first time. We remarried while he was awaiting trial in this case. I divorced him for the last time following his sentence to death.

3. When I first met Wes we hit it off real well. We talked two-to-three times a day. I had to put money on his commissary account so he could call me, but I wanted to make sure he had what he needed. I was going through a lot at that time with my boys. I have three sons. The state took all three from me after one of them set our trailer home on fire. Two of them were put into foster care and one was sent to a mental hospital. Wes helped me through this period in my life. He listened to me talk about my struggles. He sent me sweet cards and letters of encouragement. He did all that even though they weren't his boys.

4. The day Wes was released from prison in 1997 I picked him up. We went out to eat at Golden Corral with my parents and my sons. After that we went shopping at Walmart because he needed hygiene products. I figured it was better for him to pick out his own products since I didn't know what he liked. As soon as we walked into the store, Wes seemed real overwhelmed. He freaked out when one of the boys threw a ball that hit him. He just left his full shopping cart in the aisle and walked out of the store.

Page **1** of **5**

 (Initial)

5. Wes continued have a real hard time adjusting to life outside of prison. We initially lived with my parents because I had been in public housing that did not allow ex-felons to live there. My parents and I agreed that it was best to give Wes his own bedroom so that he could adjust at his own pace. The first thing Wes did with the room was to set it up just like his prison cell. His TV, books, and toiletries were all in a particular place. He kept his room spotless. When we later moved into our own home with my boys, Wes made my boys clean regularly. If Wes saw a dirty ledge, even just a little dust, he told the boys to clean it. Nothing could be out of place or messy.

6. Wes was the same when it came to hygiene. Every day Wes announced his shower time to me and my family. It was right around the same time each day. It's what I imagine prison must be like.

7. Wes always seemed to have a lot of energy. He needed to be active. It was very important to him to work out each day for exactly one hour. If his routine was interrupted or he wasn't able to exercise he became upset. He couldn't handle it.

8. Even though Wes struggled to adapt, he worked real hard each day. He took care of me and my boys, and even spoiled the boys too much sometimes. After that first time at Walmart, Wes went back and each time he bought himself and the boys everything they wanted. Up to that point the boys and I had been living on food stamps, so I was reserved with buying stuff. I told Wes he needed to feed our boys for an entire month. Each time Wes told me not to worry about it; he would feed them. He was confident, but sure enough he never let us go without food.

9. After Wes was released from prison I encouraged him to have a relationship with his daughter, Angie. I wanted Wes to have the freedom to see her and her mom, his ex-wife

Page 2 of 5

_(Initial)_

**000990**

Claire Gaida. They were living in Wichita, Kansas. Angie was a teenager then and going through her own struggles. She ran away from home fairly regularly, so Wes often drove down to Wichita from Leavenworth to help look for her. I went the first couple of times, but it got too much for me to go every time she ran away. Wes decided eventually that it was best for me, him, and the boys to move to Wichita, so he could be closer to his daughter and help her out.

10. Wichita was a bad place for Wes. It was where he grew up. Wes didn't talk much about his childhood or his family, but he took me one time to visit his grandma's grave. He wanted to go so he could show her she had been wrong: Wes told me she had always told him as a kid that he was going to die in prison. He also called his father a son-of-a-bitch that day.

11. Wes really struggled after we moved to Wichita. Even though Wes had been drinking a lot while we lived in Leavenworth – there were times I had to pick him up drunk from bars – his life began to fall apart, and fast. He started hanging around with people he knew before he went to prison, including his ex-wife. They were bad influences on him.

12. Wes started to have what I thought were flashbacks. One time Wes took the TV out of the TV stand and crawled into the open space where the TV had been. He stayed in there for a long time saying over and over, "Mommy, don't hurt me."

13. Another time I found Wes in the corner of the boys' bedroom on one of their beds rocking back and forth. He was saying, "please don't hurt me, please don't hurt me". He stayed like that for a couple of hours. His voice sounded like a child's. I wasn't sure what was happening. I didn't want to touch Wes or surprise him, so I left him alone. Eventually he came out of it. He didn't seem to remember that he had been that way.

Page **3** of **5**

_____ (Initial)

14. Wes started to get real paranoid around this time, too. He became convinced that he was being watched and followed. There were nights he took me and the boys to motels because he thought he was being watched. It was always the FBI, or someone working for them. It got really crazy towards the end. For two weeks he kept me and my kids in our trailer. We weren't allowed to leave. Wes believed that people were pumping poison in the air around the trailer. He made my oldest son crawl under the entire trailer looking for where the poison was coming from. Wes tore out all the insulation, too.

15. Wes was using drugs. I am not sure exactly when he started to, but he was addicted. He disappeared for days at a time. When he came home it was just to get his work clothes. He was also taking my boys' Ritalin prescription and shooting it in his arm. At that time I didn't know how to handle it. I was so scared and worried for him, and me, and my boys. He was behaving so bizarrely. I started slipping rat poison into Wes's food. I didn't want to hurt him, but I thought that giving him a little of the poison would make him sick and then he would have to go to the hospital and finally get help.

16. When Wes was arrested for the murder of the Bales lady, I was arrested, too. They thought I was an accomplice, but I wasn't. I lost everything after that, including our house, truck, and all our money. The few things that were left in the house my parents burned. I literally had nothing. I also couldn't find a job because of my last name at the time, Purkey.

17. Following Wes's arrest in Kansas City, Kansas, I didn't speak with his attorneys on that case. I was being represented by my own lawyer at the time. When Wes confessed to the murder of the young girl, I did talk to his lawyers in that case. They were assholes. His

Page 4 of 5

_____ (Initial)

000992

lawyer, Fred Duchardt, was just a mean person. He kept saying over and over that I was lying to him. He wouldn't stop saying it.

18. The investigator was even worse. His name was Mickey Armstrong. He was disrespectful and real aggressive with me and my oldest son. Whenever he came to my house he didn't knock or ring the doorbell. He kicked the door until someone answered. During our conversations he continually sucked on Tootsie Pops. It was disgusting. I never felt comfortable around him.

19. To this day I still feel very mixed towards Wes. I loved him so much, but he caused a lot of pain for me and my boys.

20. At this point, I just want Wes's case resolved. Even though Fred Duchardt and Mickey Armstrong were so aggressive and disrespectful towards me and my family, I would have been willing to share this information with them had they asked, but they never did. All they ever asked about was the poisoning, but nothing else about Wes and his life. I likely would have been able to share even more back then than I am now because so many years have passed and I try to forget about that time in my life and focus on the present.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on this 5 day of December. 2017.

Jeanette Louise Broyles

Page 5 of 5

_____ (Initial)

**000993**