R. Buford Sr., P.M.A., summarized self-inflicted multiple lacerations to Mr. Purkey's back on the right side, left arm, and to his right arm, and abdomen on January 13, 1979. Buford reported a 4" laceration on the defendant's left forearm that was approximately ½ to ¼ inches deep. In all, 13 sutures were used to close his wounds. Mr. Purkey told Buford the wounds were self-inflicted "because I got another year on my board and other things" [43, pp. 769 and 799].

Mr. Buford summarized multiple lacerations self-inflicted on January 22, 1979. Mr. Purkey sustained a 5" laceration to the right side of his back approximately 1/8" deep. Buford reported 5 lacerations to the defendant's abdomen, 4 superficial approximately 2" to 5" in length. One laceration to his abdomen 1½ to 2 inches long was approximately ¼" deep. Mr. Purkey inflicted 2 lacerations to his right arm and elbow approximately ½ to ¾" deep. He had one laceration to his left arm and elbow approximately ½ to ¾" deep. Mr. Purkey told Mr. Buford he inflicted these wounds "because I wanted to do myself in. I wish I hadn't come around then maybe it would have happened" [43, p. 768].

On March 29, 1979, Mr. Purkey received medical attention for self-inflicted laceration to his right wrist approximately 3 inches long and ¼ inches deep. He gave no comment to Mr. Buford as to why he inflicted this wound [43, p. 778].

Mr. Buford reported medical attention was given to the defendant on May 3, 1979, for self-inflicted lacerations to his left forearm and wrist. He received no explanation why Mr. Purkey inflicted these lacerations. Approximately 8 sutures were necessary to close his wounds [43, pp. 740 and 742].

Charles R. Huddleston, M.D., authored a March 23, 1981, medical summary report regarding his examination of Mr. Purkey. Mr. Purkey advised Dr. Huddleston that he was stabbed in the back on July 4, 1980, causing a puncture wound to his lung. He said he was hospitalized and "received an exploratory thoracotomy on the left." Mr. Purkey received his physical examination at KSP in February of 1981, and it was unremarkable. Dr. Huddleston reported Mr. Purkey's contacts with sick call complaining of back pain. X-rays showed first degree spondylolisthesis at the L5-S1 level and a bilateral pars defect at L5. An appointment with an orthopedic surgeon was scheduled. Dr. Huddleston considered Mr. Purkey to be an essentially healthy male who "has a history of alcohol and drug abuse" [41, 3928].

001045

Dr. Huddleston reported the results of an unremarkable physical examination of Mr. Purkey on May 5, 1981.  Dr. Huddleston reported the medical history of Mr. Purkey which included an admission to Allen County Hospital at an undisclosed date for an overdose of heroin.  On a May 18, 1981, medical summary report, Dr. Huddleston stated the heroin overdose was treated at the Wesley Medical Center.  Mr. Purkey was reported to be essentially healthy [41, pp. 716-720, 3996].

Kansas State Reception and Diagnostic Center progress notes indicate on September 3, 1981, Dr. Targownik prescribed Sinequan 25 mg BID & 50 mg HS for Mr. Purkey.  On September 4, 1981, it was noted "says he didn't want meds changed.  Sinequan 'doesn't agree' with inmate asked me to call Dr. T. to resume previous Chloral hydrate order."  On September 4, 1981, Mr. Purkey was continued on chloral hydrate [41, p. 657].

On July 28, 1982, Mr. Purkey received a physical examination that was unremarkable [41, pp. 652, 653, 666].  Attached to his examination documents was an undated Department of Corrections, Reception and Treatment Center, Phoenix, Arizona document.  The form was entitled Continuity of Nursing Care.  Medication taken by Mr. Purkey was noted as "Zomax 100 mg every 4 hours for H.A. & low back pain."  The nursing care summary stated [41, pp. 654-655]

> This patient has past history of numerous somatic complaints.  Will invariably approach medical staff about headache relief only codeine; valium; etc.. Numerous tests ran in past month (since 1981 – x-rays, blood work – etc.) with no specific findings.

Kansas State Industrial Reformatory progress notes dated August 12, 1982, indicate Mr. Purkey had a normal skull X-ray on August 10, 1982.  The X-ray report noted no definitive abnormalities, however, "slightly prominent occipital protuberance is noted posteriorly.  This finding is of questionable (if any) clinical significance" [42, pp. 665 and 668].

Bernard Fallon, M.D., authored a letter, May 12, 1983, to Mr. Crispus Nix, Warden, State Penitentiary, Fort Madison, Iowa, regarding Mr. Purkey.  Dr. Fallon reported his evaluation of Mr. Purkey for left flank discomfort.  Mr. Purkey believed he had kidney stones, but urinalysis was normal, and a KUB demonstrated no evidence of any stones.  Dr. Fallon noted "it was felt it might be related to his weight lifting."  Mr. Purkey was prescribed Naprosyn 250 mg b.i.d. [47, p. 672].

Iowa State Penitentiary progress notes indicate Mr. Purkey complained on June 9, 1983, of headaches that "continue to recur.  They start in the neck and migrate up my neck ultimately they feel like a constant band around head" [47, p. 680].

Iowa State Penitentiary progress notes Mr. Purkey spent periods of time between February 2 and February 24, 1984, seeking relief for back problem.  It was noted that he complains of cold sores, headaches, and sinusitis [47, p. 698].

Throughout Mr. Purkey's stay at the Oregon State Penitentiary, he routinely sought medical attention for sprained ankles, lower back pain, headaches, colds, and attention to chronic problems with his left great toe.  On May 7, 1988, Mr. Purkey complained of breathing difficulties, saying, "they sprayed my cell with bug repellant." Apparently, cells were being sprayed because of "crabs."  According to progress notes, no respiratory distress was observed and no treatment was necessary [48, pp. 1059-1067].

As reported above, sometime after May 7, 1988, but before July 15, 1988 (incident date is not discernable), Mr. Purkey reported to the medical staff for a "possible overdose."  He was received in an agitated state and told the staff he "injected something 3 days ago and is getting a rush." His blood pressure was recorded as 132/70 and his pulse 130-134.  Dr. Shelton was notified [48, p. 1068].

A log entry in the progress notes for July 15, 1988, indicates Captain Barth, Watch Commander, requested the assistance of medical personnel to evaluate inmate Purkey who was "acting strange."  His blood pressure was recorded as 120/80, and his pulse 74.  Purkey advised the medical staff that he injected "crank" three days ago.  He said other inmates at SI were spraying him with poison spray.  Officers reported Mr. Purkey engaged in bizarre behavior, "throwing water into the shower on tier in front of cell; reportedly to keep poison out so I can breathe."  Mr. Purkey was admitted for observation and given Haldol [48, p. 1069].

On December 12, 1988, Watch Commander requested assistance regarding Mr. Purkey.  Reports indicate he stated "someone gave me bad shit . . . they going to die."  His pupils were reported equal and not dilated, and some sweating was noted on his forehead.  His blood pressure was recorded at 160/100 and his pulse 100.  The log

001047

indicates Dr. Shelton was called but no new orders were given [48, p. 1070].

On or about August 21, 1989, progress notes indicate Mr. Purkey was stabbed by an inmate on the yard. He stated he was stabbed in the neck and a wound to the left lateral neck was observed. Another stab wound to the right interior aspect of his right elbow was noted. Also an incised laceration (superficial) was observed by medical staff across his chest to the base of his sternum. Approximately 5 sutures were used to close the neck wound and 3 sutures to close the elbow wound. Dr. Shelton authorized Motrin 800 mg and Vistaril 50 mg be provided to the defendant [48, p. 1079].

On August 24, 1989, Purkey reported for follow-up and said the left neck felt much better. It was noted that he had been prescribed Keflex. No evidence of infection was noted [48, p. 1073].

Mr. Purkey reported to the medical staff on October 22, 1990 complaining of bleach being thrown on his chest and up into his eyes. Redness was reported on his chest and both eyes remained red and irritated [43, p. 2149].

From October of 1990 to December of 1997, Mr. Purkey had numerous contacts with the medical staff for a variety of complaints, such as colds, back pain, chronic sinus problems, bronchitis, diarrhea, ankle and knee sprains, constipation, and chest pains. All of his complaints were addressed without any remarkable observations reported by the medical staff [43, pp. 1030-1048 and 2103-2150].

As reported above, David Meyers, M.D., attended to Mr. Purkey on September 13, 1998, after his admission to the University of Kansas Hospital for complaints of upper chest pressure with tingling in the left arm accompanied by anxiety and dyspnea. It was noted that Mr. Purkey's complaint resulted from "shooting intravenously crushed Ritalin and an unknown amphetamine" [49, p. 7]. Dr. Meyers noted that Mr. Purkey's vital signs were within normal limits. Chest X-ray was reported to be unremarkable. Mr. Purkey was evaluated to rule out myocardial infarction and was placed on heparin, nitroglycerin patch, and 12.5 mg of metoprolol. After blood cultures were drawn, he was also started on Ancef 1 gm IV q. 8 h. The morning after, Mr. Purkey completed an exercise stress treadmill test that was within normal limits [49, p. 7].

55

During his interview with Dr. Meyers, Mr. Purkey claimed he'd been off drugs for 10 years but used drugs three times in the past 6 months. He told Dr. Meyers he used Ritalin, which he called "speed." Dr. Meyers noted that "he states he uses 120-130 mg/20 hours . . . the binges usually last n/day [night and day] . . . his use is all IV shared needles" [49, p. 29].

Dr. Meyers final diagnosis was rule out myocardial infarction; atypical chest pain, likely secondary to drug-induced anxiety; and cellulites of bilateral forearm. On discharge, Mr. Purkey was prescribed Keflex 500 mg one p.o. q.i.d for 10 days for his skin irritation secondary to IV drug abuse [49, p. 7].

On September 16, 1998, Glen D. Georger, M.D., met with Mr. Purkey who presented himself for drug rehabilitation. The defendant advised Dr. Georger of his admission to the University of Kansas Hospital for chest pain after "something of an overdose." Dr. Georger noted that Mr. Purkey was seen by the Menninger patient assessment team; however, "while the patient assessment advocate was working out placement issues, the patient left against medical advice without signing out or receiving discharge instructions" [50, pp. 100 and 101].

On May 12, 2000, Mr. Purkey reported to the emergency health services after fighting with another inmate. Records indicate he refused to have his vitals taken. On observation, the medical staff reported no injuries and noted that Mr. Purkey said "I'm fine" [43, pp. 992-993].

As noted previously, the medical staff was called to Segregation on August 1, 2000, to address Mr. Purkey's chest pain. He reportedly told medical personnel he was not suffering from chest pain rather "they have been spraying chemicals in his cell." He said his "heart is going to pound out of his chest." Mr. Purkey reported headache, stomach cramps, and "every time I close my eyes I feel like I'm trippin." According to medical records, Mr. Purkey was given 50 mg Vistiral and a urine sample was received for drug screen analysis. Results of the drug screen were not provided [43, pp. 977-978].

Since reporting to Segregation on August 1, 2000, and throughout the month of August, Mr. Purkey complained of stomach cramping and constipation. He was prescribed Colace 100 mg [43, pp. 971-976].

Medical records indicate that on December 23, 2000, Mr. Purkey was seen in clinic. He stated to medical staff, "they're poisoning me (gang

001049

members @LCF) . . . I'm getting sicker each day." He denied hearing voices, being suicidal, but voiced thoughts to harm others. It was noted that "he displays a paranoid delusional process today – no history to know if any of this is true." Mr. Purkey received Haldrol 5 mg [43, p. 965].

Physician's records indicate Dr. Bowlin authorized Mr. Purkey to receive BuSpar 15 mg and Tegretol 200 mg on March 27, 2002 [43, p. 3477].

Dr. McCandless authorized on April 4, 2002, a "clarification order: Tegretol/200mg PO BID and @ HS; BuSpar 15 mg PO ITD; and Naproxen 550 mg PO BID" [43, p. 3476].

The medication regimen as clarified by Dr. McCandless was continued on June 20, 2002, and July 10, 2002, by Dr. Scott E. Bowlin [43, pp. 3472-3473].

Health clinic notes regarding a June 29, 2002, contact with Mr. Purkey indicate he said he was in segregation for "filing lawsuits and grievances." He reported his recent return from Rochester where he saw a psychologist. He also advised of his taking Tegretol and BuSpar, which has decreased his anger and mood swings. However, he stated he believed an increase in the medication would be helpful. He advised the medical staff that he wanted to see Dr. McCandless in May, but when he got there he remained in handcuffs and was being taped. He believed that was "discriminatory." Mr. Purkey requested to see Dr. McCandless again to get his Tegretol and BuSpar increased [43, p. 3483].

On September 15, 2003, Mr. Purkey stated that his medication regimen included "1.5 points of Klonopin and 100 milligrams of Tegretol" during the day. At night he is prescribed, "1.5 of Klonopin, 50 or more milligrams of Tegretol, and I take 100 milligrams of Zoloft" [Dietz exam, pp. 20-21].

## CRIMINAL HISTORY

Mr. Purkey's first recorded arrest occurred on August 12, 1969. He was charged with Burglary and Attempted Rape. His FBI fingerprint records did not list a disposition for this arrest [63, p. 562].

During 1970, Mr. Purkey was charged with Burglary and Larceny on March 2 – case dismissed; Burglary and Attempted Rape –

001050