commitment issued on April 9; Kidnapping and Attempted Rape on June 29 – no disposition listed; and First Degree Burglary – conviction on October 12 [63, p. 562].

On December 15, 1972 Mr. Purkey pled guilty to Joyriding and was sentenced to 30 days and fined $50 [33, p. 1199].

Mr. Purkey's parole was revoked in March of 1973, and he was returned to institution and paroled in January of 1974. On July 2, 1974, the defendant was sentenced following conviction of one count of Burglary and one count of Theft. He received a controlling term of 1 to 10 years, however, his total controlling sentence was 10 to 21 years as his parole was revoked on a prior offense of Burglary [64, p. 975].

Mr. Purkey was paroled in December of 1975. On September 27, 1976, the defendant was sentenced with a controlling term of 1 to 20 years. He had pled guilty to charges of Robbery and Theft and parole violations. He received a parole release from the Kansas State Penitentiary on July 15, 1980 [64, 975].

On August 3, 1980, Mr. Purkey was arrested in Wichita, Kansas and charged with Aggravated Robbery; Unlawful Possession of a Firearm; Kidnapping; Aggravated Robbery; Aggravated Battery; Robbery; and Unlawful Possession of a Firearm. These charges resulted from three separate incidents. On July 21, 1980, Mr. Purkey entered the home of Valarie Scroggins, robbed her, and stole a shotgun, handgun, and other possessions. He also admitted to threatening Scroggins with bodily harm and pled guilty to this crime [65, pp. 3915-3916]. Mr. Purkey pled guilty to entering the home of Dennis Whiterock on August 3, 1980, taking his stereo, microwave, and monies, while using a handgun [65, pp. 3919 and 3920]. On August 3, 1980, Mr. Purkey while armed assisted his partner in the kidnapping and robbery of Gregg Carlberg. Mr. Carlberg was taken to a wooded area and shot at least two times but survived [65, pp. 3923-3924]. Mr. Purkey told the court that most of the week of August 3, 1980, he had been shooting drugs [65, p. 3922]. Mr. Purkey was sentenced in the spring of 1981 to a total controlling term of 15 years to Life [64, p. 975].

Mr. Purkey was paroled from prison in March of 1997 [66, p.1].

Kansas City Kansas Police Department records indicate Mr. Purkey was arrested on October 30, 1998, in Leavenworth, Kansas. On October 31, 1998, Mr. Purkey admitted to police interviewers killing Mary Bales

58

001051

[53, p. 15].  Purkey pled guilty and was sentenced to a life prison term for the first-degree murder of Mary Bales [54, pp. 1-2].

On October 10, 2001, Mr. Purkey was indicted for the kidnapping and murder of Jennifer Long.  A grand jury indicted him with a single count of interstate kidnapping resulting in death [62, p. 1] .

## Murder of Mary Ruth Bales

Affiant Lieutenant John Cosgrove, Kansas City Kansas Police Department, completed a warrant application, October 29, 1998, alleging Mr. Purkey committed First Degree Murder in the death of Mary Ruth Bales.  On October 28, 1998, police found 80-year-old Mary Ruth Bales laying on the floor of her bedroom, bludgeoned to death. The affidavit stated that her head had been repeatedly struck with a blunt object and her skull was broken in several places with profuse bleeding from her head.  Neighbors and a mail carrier reported seeing a "Reddi Rooter" van at the victim's home on October 28, 1998.  Mary Bales' niece reported a discussion with her aunt about repairs needed to fix her kitchen sink [51, p. 1].

Police investigation determined a cab was dispatched to Bales' residence on the evening of October 28, 1998, and a women carrying men's clothing was observed entering the residence.  The defendant's wife later admitted entering Mary Bales residence at the request of her husband, Wesley Purkey.  Mr. Purkey admitted murdering Mary Bales to his wife.  On the day of the homicide, Mr. Purkey told his wife, he was with a prostitute, had sex with her, and had smoked crack with the prostitute.  The prostitute was at Mary Bales residence and starting "freaking out" because she saw blood and Wesley with a weapon.  Investigation located the prostitute, and she confirmed Mrs. Purkey's information.  With the cooperation of Mrs. Purkey, police were able to locate a dumpster containing the defendant's bloody cloths, shoes, Mrs. Bales' mail, and the hammer used to bludgeon Mary Bales. Police also located the "Reddi Rooter" van abandoned by Mr. Purkey, who had "ransacked it to make it look stolen."  Inside the van was a work order for Mary Bales initial plumbing work order [51, p. 2].

Kansas City Kansas Police Department records indicate Mr. Purkey was arrested on October 30, 1998, in Leavenworth, Kansas.  On October 31, 1998, Mr. Purkey admitted to police interviewers killing Mary Bales.  Prior to arriving at the home of Mary Bales, Mr. Purkey stated he picked up a prostitute, purchased 3 "rocks" of crack, and went to the Relax Inn with the prostitute.  According to Mr. Purkey, upon

leaving the motel, they had smoked all the crack cocaine.  The defendant told interviewers after leaving the Relax Inn, he went to the residence of Mary Bales.  He had arranged from the previous day to repair her kitchen faucet on October 28, 1998.  With the prostitute still in the "Reddi Root'r" van, Mr. Purkey met briefly with Mary Bales inside her residence to obtain $50 to purchase a new kitchen faucet.  The defendant left with Bales' money and purchased 5 more "rocks" [53, pp. 5-13].

Mr. Purkey claimed to investigators that an hour passed between his first and second contacts with Mary Bales on October 28, 1998.  He stated that on his second contact, he asked to use the bathroom, and "I broke out a big time rock, smoked a big time rock right there, I was so damn high."  Within a short period after being in the bathroom, Mr. Purkey admitted murdering Mary Bales.  He did not give specific details about the murder during his October 31, 1998, interview [53, pp. 14-15].

Mr. Purkey admitted soliciting the assistance of his wife as indicated previously.  He also admitted disposing of his bloody clothing and the murder weapon (hammer).  He stated his wife and ex-wife both advised him to turn himself in, but this was not done [53, pp. 24-26].

Purkey was sentenced to a life prison term for the first-degree murder of Mary Bales.  At the sentencing hearing, Mr. Purkey was reported to have said that "he was high on crack cocaine when he killed her and had been trying unsuccessfully for months to get into a treatment program" [54, pp. 1-2].

### Murder of Jennifer Long

On December 16, 1998, Detective William Howard, Jr., Kansas City Kansas Police Department received a note from Mr. Purkey saying [55, pp. 1258-1259].

> F.B.I
>
> In Re:  Kidnapping & Homicide
> Date:  Around January –Feb
>     -  Date can be verified when needed
> Victim – Female – 17-19 she said –
>         Name Provided later
> Kidnapped in Mo. East of the Pasco
>         Off on Truman Ave –

Brought back to Kansas – Murder
Body Never Found –
Probably listed as Missing –

At the time this note was sent to Detective Howard, Mr. Purkey was in Wyandotte County Jail on charges resulting from the October 28, 1998, murder of Mary Bales. Detective Howard and Dirk D. Tarpley, Special Agent, Federal Bureau of Investigation, met with Mr. Purkey on December 16, 1998, to discuss his note. Mr. Purkey told the investigators that he was going to plead guilty to the murder of Mary Bales and "feared spending the rest of his life in the Kansas Department of Corrections." It was reported that "he was willing to confess to the kidnapping, rape, and murder of a Missouri woman, if the state would allow him to spend his jail sentence in the Federal Penitentiary" [56, p. 1156].

Mr. Purkey stated that in January or February he filled out an employment application at the Roto Rooter located on West 18th Street, Kansas City, Missouri. He left Roto Rooter at approximately 8:45 a.m., in a Ford Ranger pick-up truck, and was heading east on Turman. He stopped at a grocery store to pick up some orange juice and gin to drink before heading home to Lansing, Kansas. He made contact with a 17 to 19-year-old female named Jennifer whom Mr. Purkey contended was a prostitute. He said she got into his truck without any threats, and after purchasing some gin, they drove around Kansas City, Missouri. Jennifer told Mr. Purkey that she had been in school that morning and had an argument with some black females at school [56, pp. 1157-1158].

Mr. Purkey told investigators he indicated to Jennifer that he needed to "run home for a few minutes to get something." According to Purkey, she did not want to go to Kansas, at which time Mr. Purkey pulled a "boning knife" from his truck's glove compartment and placed it under his right thigh. The defendant stated he pulled off one of the side roads along K-9 north and raped Jennifer in the front seat of his truck. After the rape, Mr. Purkey told investigators, he stabbed and killed her. After driving along back roads he saw a large wooden box situated just off the road. He cut the front seat cover and wrapped the victim's body up in the cover. He placed her inside the box and placed debris on top of her body for concealment [56, p. 1158].

Leaving the body behind, Mr. Purkey drove to Leavenworth, Kansas, and went to Snoopy's Bar, where he stayed from approximately 11:00 a.m. to 1:00 p.m., before driving to his residence. His wife arrived

home from work at 5:00 p.m.  He told investigators after waiting a couple of days, he returned to the body disposal area.  He then "proceeded to an unknown location to dispose of her body.  At this point, Mr. Purkey refused to continue until he received assurances that the case would be prosecuted in Federal Court [56, p. 1159].

Assistant United States Attorney Kurt J. Shernuk told investigators his office would be willing to prosecute the case.  Mr. Shernuk was interested in Mr. Purkey's cooperation in locating the victim's remains and the murder weapon.  Mr. Purkey was placed in a transportation vehicle to be driven to the disposal location when he stated "no physical remains would be found."  He indicated he took extraordinary care to dispose of Jennifer's remains.  He told investigators, "what I'm about to tell you is probably the most hideous thing that you guys have ever heard" [56, pp. 1159-1160].

Two or three days after the murder, Mr. Purkey said, he purchased a Sears chain saw.  He dismembered Jennifer with the saw and placed her body parts in large black trash bags.  He told investigators he washed down his basement and the chain saw with bleach and water.  Over the course of two or three weeks, he purchased cords of wood and burned the victim's remains, bag by bag, at his residence [56, p. 1160].

After burning the victim, he swept the fireplace, placing the ashes and bones in plastic bags.  According to Mr. Purkey, these bags were then dumped in a pond located on leased property near Clearwater, Kansas [56, p. 1160].

Mr. Purkey was again interviewed by FBI Agent Tarpley and Detective Howard on December 17, 1998.  At this time he provided a signed sworn statement to the investigators recounting the information provided the day before with certain exceptions.  In the second interview he did not mention raping, killing, and disposing of Jennifer on a side road off K-9.  According to Mr. Purkey, they came straight to his residence, where he raped and killed the victim in a back room in his basement.  He said he wrapped her body in a seat cover and placed her in a plastic tool box.  Two or three days later he picked up a large plywood box, which he placed along the north-front side of his back yard.  After dismembering the body, he placed the bags in this box.  He reiterated burning the body parts but said he threw away a plastic bag containing a bra, panties, and socks at the curb on Michaels Road [57, pp. 1162-1164].

001055

Purkey told investigators that he "realized he needed to get rid of the victim." It is reported that he did not want to return to prison and knew that if he let the victim go free, he would be arrested. He said that while the victim was in the cab of his truck, he stabbed her in the chest, just below the breast bone, and "held it there for several minutes" [56, p. 1166].

Mr. Purkey said he used diesel fuel to start the fire in his fireplace and to keep it hot enough to burn the bags. According to the report of interview, the bones did not completely burn, and Mr. Purkey said they became brittle and were crushed. In addition to the victim's clothing, Mr. Purkey also disposed of the victim's jawbone and several teeth on Michaels Road in Leavenworth, Kansas [56, pp. 1167-1168].

Mr. Purkey agreed to be interviewed by FBI Agent Tarpley and Detective Howard on December 21, 1998. He discussed the details of the kidnapping, rape, and murder of Jennifer. Mr. Purkey said that prior to completing an application with Roto Rooter on January 22, 1998, he smoked a joint in the parking lot. Upon exiting Roto Rooter at approximately 8:45 a.m., he stopped in the parking lot near their offices and smoked a one half rock of crack cocaine. Once Jennifer was in his truck and they were driving around, Mr. Purkey told investigators, he smoked more crack cocaine. He said Jennifer would have nothing to do with it. After showing the knife, Mr. Purkey said, Jennifer wanted to know what the knife was for. Later, she reportedly said, "So you're going to make me go down there" [57, pp. 1169-1172].

During this interview, Mr. Purkey told investigators he took the floor mats out of his truck and washed them with bleach and water. He also washed the entire inside of his truck with bleach and water. After backing the truck out of his garage, he washed the floor of the garage with bleach [57, p. 1172].

On January 5, 1999, FBI Agent Tarpley and Detective Howard presented a photo lineup consisting of 6 females to Mr. Purkey. According to investigators, Mr. Purkey identified Jennifer Long from the photo line-up as the female he kidnapped, raped, and murdered on or about January 22, 1998.

Investigation confirmed that Mr. Purkey purchased a Sears chainsaw on January 22, 1998, at 14:46 hours [59, 1187].

001056