- On August 3, 1980, Mr. Purkey was arrested in Wichita, Kansas and charged with Aggravated Robbery; Unlawful Possession of a Firearm; Kidnapping; Aggravated Robbery; Aggravated Battery; Robbery; and Unlawful Possession of a Firearm.  These charges resulted from three separate incidents.  On July 21, 1980, Mr. Purkey entered the home of Valarie Scroggins, robbed her, and stole a shotgun, a handgun, and other possessions.  He also admitted to threatening Scroggins with bodily harm and pled guilty to this crime [65, pp. 3915-3916].  Mr. Purkey pled guilty to entering the home of Dennis Whiterock on August 3, 1980, taking his stereo, microwave, and monies, while using a handgun [65, pp. 3919 and 3920].  On August 3, 1980, Mr. Purkey while armed assisted his partner in the kidnapping and robbery of Gregg Carlberg.  Mr. Carlberg was taken to a wooded area and shot at least two times but survived [65, pp. 3923-3924].  Mr. Purkey told the court that most of the week of August 3, 1980, he had been shooting drugs [65, p. 3922].  Mr. Purkey was sentenced in the spring of 1981 to a total controlling term of 15 years to Life [64, p. 975].

- Kansas City Kansas Police Department records indicate Mr. Purkey was arrested on October 30, 1998, in Leavenworth, Kansas.  On October 31, 1998, Mr. Purkey admitted to police interviewers killing Mary Bales [53, p. 15].  Purkey pled guilty and was sentenced to a life prison term for the first-degree murder of Mary Bales [54, pp. 1-2].

- On October 10, 2001, Mr. Purkey was indicted for the kidnapping and murder of Jennifer Long.  A grand jury indicted him with a single count of interstate kidnapping resulting in death [62, p. 1].

(2)  Criterion A2:  Frequently deceitful and manipulative in order to gain personal profit or pleasure (e.g. to obtain money, sex, or power):

- On November 16, 1976, the evaluation team at the Kansas State Reception and Diagnostic Center (KRDC) noted that "although Mr. Purkey claims that he has earned some academic credits through the Hutchinson Junior College; the record shows that he withdrew from all the courses" [11, p. 521].

- Sayed S. Jehan, M.D., on September 24, 1980, wrote a report to the Sedgwick County District Court in which he noted that Mr.

001069

Purkey claimed he was severely handicapped by his emotional problems but "tries to use this as a defense for his antisocial behavior." According to Dr. Jehan's report, there was no indication of any hallucination, but "Mr. Purkey claims to be seeing people that are not there" [21, pp. 4118, 4119].

- Mr. Purkey described having dentists extract his teeth at Arizona Correctional Facility at Florence to obtain narcotics:

  I stole a lot of weed to supplement my income. Had a bunch of teeth pulled to supplement my drugs. Because for every tooth you had pulled you got sixteen Tylenol 4's and I was strung right out on that methadone and the guy I was getting methadone from died and left me hanging. So I ended up getting like eight teeth pulled. [Dietz exam, p. 127.]

- Robert Huerter's March 16, 1999, report concluded that Mr. Purkey "made an attempt to feign rather severe psychiatric symptoms on personality testing." Mr. Huerter noted that Mr. Purkey

  . . . exaggerated a degree of psychopathology to such a degree so as to render both personality tests as invalid. Ironically as much as the patient made efforts to make himself appear high emotionally distressed on testing, he does not present as an individual who, in the opinion of his examiner, does present as being emotionally distraught. [33, pp. 1200-1201.]

- A May 18, 2000, Evaluation and Classification Report noted that Purkey "tends to downplay his actions and displace the blame to his substance abuse." It was noted that he will likely try to manipulate the system to get what he wants and be manipulative of others [34, pp. 503-506].

(3) Criterion A3: Pattern of impulsivity may be manifested by a failure to plan ahead:

- A record from St. Francis Hospital dated 11/5/69 noted:

  Pt and friend entered a house trying to rape a girl. Police miscond of joyriding. Stole a chicken from a

001070

counter having money in his pocket. Behavior changed after car accident. Periods of amnesia, impulsive, immature. Does things very careless as if want to be apprehended. [3, p. 287.]

November 1969 progress notes include references to impulsivity [3, pp. 311-314]:

12-5-69     knowing about coming hearing that he might be sent to penitentiary. Still gets anxious. Afraid to leave hosp. doesn't feel too confident in handling his impulses. He wants to try this weekend to test his controls. Handling structure fairly well. Will try him on home visit again.

1-10-70     Patient adjusted fairly well to hosp, several acting out episodes where he got drunk while on trial visit but handled restrictions well. Showed good motivation but poor impulse control, easily suggested by others. Diagnosis noted adolescent personality disorder antisocial.

- On 5/15/81, Dr. Karl K. Targownik reported Mr. Purkey's recounting of his then-recent offense:

I think that it was just something that came up. It wasn't planned. Of the kidnapping, I didn't know that it had happened. I didn't have any illustration of doing any harm to the man. But when we were in the woods I did shoot him; didn't kill him though; that's how loaded I was. But as to what led to it I don't know. Never seen the man before. It was a senseless stupid crime; there wasn't hardly any gain to it; I think I was shooting myself at the same time that I was shooting the man. I had been out of Lansing for a couple of weeks; I was broke; I jumped my parole; so my parole officer wouldn't help me; I didn't want to go back to Lansing . . . [22, p. 4002.]

001071

Dr. Targownik characterized the defendant's judgment as aimed at immediate satisfaction of his needs with an inability to learn from past experiences and the handling of his everyday affairs without common sense [22, p. 4002].

- On 9/16/98, Glen D. Georger, M.D., met with Mr. Purkey who presented himself for drug rehabilitation.  The defendant advised Dr. Georger of his admission to the University of Kansas Hospital for chest pain after "something of an overdose."  Dr. Georger noted that Mr. Purkey was seen by the Menninger patient assessment team; however, "while the patient assessment advocate was working out placement issues, the patient left against medical advice without signing out or receiving discharge instructions" [50, pp. 100 and 101].

- During interview, Mr. Purkey was asked what his main reasons were for raping and killing Jennifer Long.  He answered "impulsiveness.  Uncontrollable impulsiveness.  The murder was a . . . when it started it couldn't quit" [Dietz exam, p. 270].

(4)  Criterion A4:  Tend to be irritable and aggressive and may repeatedly get into physical fights or commit acts of physical assault (including spouse beating or child beating):

- Mr. Purkey described a fighting incident that occurred while he was in the eighth grade.  He said:

> I got into a fight with a Cuban there on the school yard and I can't even remember if I started it.  I think it was over a girl and I ended up getting my ass kicked, nose broke, but I wasn't even drinking then.  [Dietz exam, p. 35.]

- On 11/17/68, Mr. Purkey was admitted to St. Joseph Hospital at the request of his aunt because of a disturbance described as "drinking and fighting" [3, p. 370].

- On 5/30/76, Mr. Purkey received medical attention at St. Joseph Hospital after stating the left side of his face was in pain.  Mr. Purkey reported he was involved in a fight and was struck in the face on May 26, 1976 [3, p. 269].

- Mr. Purkey reported to Kansas State Penitentiary Hospital on

**001072**

12/3/78, after being stabbed in his left arm and abdomen [44, pp. 788-798].

- On 3/23/81, Mr. Purkey advised Charles R. Huddleston, M.D., that he was stabbed in the back on July 4, 1980 [41, 3928].

- A Kansas State Industrial Reformatory report of 11/11/82 reported that Mr. Purkey struck hitting inmate Sylvester Jackson on the left side of his head with an iron pipe. Mr. Purkey also struck out against a Correctional Officer with the pipe. According to the report, Mr. Purkey stated "I'm gonna kill that black son-of-a-bitch." Records indicate Mr. Purkey was found guilty of Aggravated Battery; and Attempted 2nd Degree Murder [64, pp. 534-535].

- On or about 8/21/89, medical progress notes indicate Mr. Purkey was stabbed by an inmate on the yard. He stated he was stabbed in the neck, and another stab wound to the right interior aspect of his right elbow was noted. An incised wound was observed by medical staff across his chest to the base of his sternum [48, p. 1079].

- John Dunn, M.A., on 3/18/92 noted that Mr. Purkey had "recently accrued two disciplinary reports for aggressive and rebellious conduct" [28, p. 2376].

- An incident report dated 5/12/00 noted that "Inmate Purkey assaulted Inmate Coleman by hitting him in the mouth hard enough to knock him to the floor" [64, pp. A1-7].

(5) Criterion A5: Display a reckless disregard for the safety of themselves or others:

- During my interview, Mr. Purkey described participating in "gang bangs" involving "one or two girls and six, seven, eight guys and we're all sitting around having sex." When asked if the girls were drunk, he replied, "sometimes they were, and sometimes they weren't. Sometimes we were just skipping school." Mr. Purkey said he was 12 or 13 when he participated in this sexual activity [Dietz exam, p. 54].

- Mr. Purkey was admitted to the Wesley Medical Center on February 25, 1976, with a tentative diagnosis of "overdose." He

004073

was unable to give any history prior to admission. His wife thought her husband had overdosed. R.D. Murray, M.D., reported that Mr. Purkey was known to have taken some unknown amount of alcohol, 5 tablets of Tranzene, and an unknown amount of Tylenol #3. According to Dr. Murray's report, "it took approximately 18 hours for the patient to wake up" [45, pp. 129-130].

- An 11/16/76 assessment by the evaluation team at the Kansas State Reception and Diagnostic Center (KRDC) indicated Mr. Purkey said he had "overdosed about five or six times but with no conscious thought of committing suicide" [11, p. 523].

- Mr. Purkey required medical attention on four separate occasions for treatment of what was described as self-inflicted injuries during the first six months of 1979. The dates of these injuries were 1/13/79, 1/22/79, 3/29/79, and 5/3/79. During his medical intake 1/13/79, Mr. Purkey said he injured himself "because I got another year on my board and other things" [12, p. 769]. On 1/22/97 he said he injured himself "because I wanted to do myself in. I wish I hadn't come around then maybe it would have happened" [13, p. 768]. He gave no motive for the other two incidents [12, 13, 14, and 15].

- On 5/19/79, Mr. Purkey gave R. Hemaya, M.D., three reasons for cutting himself: "getting attention, experiencing bitterness and harming or killing self" [16, p. 733].

- In November 1987, Mr. Purkey admitted hitting Inmate Hatfield "two or three times in the face" with his fist. His said he struck Inmate Hatfield to stop him from telling "the officers that he (Inmate Purkey) had raped him." Mr. Purkey stated he engaged in anal intercourse with Inmate Hatfield but said "it was a mutual thing." He denied using a knife against Inmate Hatfield but admitted to drinking "three quarts of pruno" during the evening of the incident [71, pp. 978-930].

- With respect to the murder of Mary Ruth Bales, Mr. Purkey explained in several interviews with Dr. Fernando's staff at Larned State Security Hospital in a "that he purchased and smoked crack cocaine in the hours just prior to going to the home of the victim." After arriving at Bales' home, he admitted to smoking crack cocaine in her bathroom. Mr. Purkey later admitted to and pled guilty to killing Mary Bales with a hammer

001074