



NE KANSAS MENTAL HEALTH &

# GUIDANCE CENTER

818 N. SEVENTH STREET · LEAVENWORTH, KS 66048 · 913-682-5118 · (AFTER HOURS) 1-334-3547

## REFERRAL FORM

Client's Name: **Purkey, Wesley I.**    Date: **3/12/97**

Full Address: **16875 Michals Rd. Leavenworth, Ks**    Phone: **682-9102**

Sex: **Male**    Age: ~~01/06/52~~ **45**    DOB: ▓▓▓▓▓▓▓

Referred By: (Name/Agency): Michael S. Gibbons  PO.I  MA.  Ks.  STATE PAROLE

Address: LANSING KANSAS STATE PAROLE OFFICE    Phone:(913) 727-1402

PO. BOX 194  STATE HOUSE #5  LANSING, Ks. 66043

Reason for Referral: (Please include a brief statement of current problems, precipitating factors, and how our services could benefit the client.)

**Please send this packet to →**

_____

_____

NE KANSAS MENTAL HEALTH
&
GUIDANCE CENTER

**RUSSELL SHOWALTER**
Case Manager

If requesting evaluation or psychological te~~st~~    Community Support Services
would you like answered?    2301 10th Ave. · P.O. Box 805
    913-682-6953    Leavenworth, KS 66048    800-383-3676

_____

_____

Check One:

_✓_ Client has been instructed to call Center & schedule appointment.

____ Appointment has already been scheduled.

If you have records which might help us, please enclose them.

THANK YOU FOR YOUR REFERRAL!!

:RF/9/92

A
COMPREHENSIVE COMMUNITY
MENTAL HEALTH CENTER
SERVING ATCHISON, JEFFERSON
& LEAVENWORTH COUNTIES IN KANSAS

001081



CONTINUED CHRONO: INFORMATION PROVIDED BY THE OFFENDER IS AS FOLLOWS:
EDUCATIONAL BACKGROUND: HIGHEST GRADE ACHIEVED; 3yrs COLLEGE ST. MARY'S WHILE IN LCF. AS DEGREE IN BUSINESS. ADDITIONALLY TRAINING: WELDING, PLUMBING IN LCF.
CRIMINAL HISTORY AS REPORTED BY THE OFFENDER: FIRST ARREST AGE (15yrs. old) FOR AUTO THEFT IN WICHITA,KS. PROBATION; COMPLETED; 71 BURGLARY SENTENCED TO 24MONTHS. PAROLED OUT, PV IN 76. 76 ROBBERY IN WICHITA SENTENCED TO 4yrs. CURRENT OFFENSES. TWICE PAROLED OUT TWICE RECEIVED PAROLE REVOCATIONS.
DRUG/ALCOHOL HISTORY AS REPORTED BY THE OFFENDER: DRUG OF CHOICE: HEROIN & ALCOHOL. DRUG/ALCOHOL TREATMENT RECEIVED: WHERE & WHEN; COMPLETED 3 TREATMENTS IN THE KS. PRISONS.;   MENTAL HEALTH TREATMENT HISTORY: 3 CYCLES OF MH IN KS. PRISONS. THE OFFENDER REPORTS THAT HE IS INVOLVED WITH NE. GUIDANCE CENTER COUNSELOR RUSSELL SHOWALTERS. MR. SHOWALTERS ORIGINAL WAS ASSIGNED TO WIFE TO ADDRESS HER PAST PROBLEMS/ISSUES ON PARENTING & PAST HISTORY OF DRUG USAGE. HE WANTED TO BE A PART OF THE COUNSELING AS WELL. I TOLD HIM THAT I WOULD CONTACT RUSSELL SHOWALTERS & INFORM HIM. THE OFFENDER SAID HE ALREADY KNOWS. I TOLD THE OFFENDER THAT I AM GLAD THAT HE IS WILLING TO ACCEPT COUNSELING ESPECIALLY DEALING WITH FAMILY MATTERS. I TOLD HIM THAT MY CONCERN FOR HIM IS ADAPTING TO SOCIETY, INSTANT FULL-TIME HUSBAND/DAD & THE PRESSURES OF JUST LIVING IN THE COMMUNITY. THE OFFENDER SEEMED TO BE INVESTED IN ADDRESSING THESE ISSUES BECAUSE HE HAD EXPRESSED THE SAME CONCERNS FOR HIMSELF. AT LEAST HE IS AWARE OF SOME OF THE PROBLEMS/ISSUES & HAS TAKEN THE INITIATIVE TO ADDRESS THEM THROUGH COUNSELING.
PHYSICAL/MEDICAL HISTORY: NONE. COMPLETED INITIAL R/N: SCORED OUT AT CLOSE; (25;). MAILED R/N FORM INTO THE KCKs. PAROLE OFFICE\SECRETARY'S AREA TO BE PROCESSED & ACTIVATE ONTO MY CASELOAD. COMPLETED SUPERVISION PLAN & COPY GIVEN TO THE OFFENDER: (SEE FILE).
COMPLETED THE BI PROFILE PLUS OFFENDER ENROLLMENT FORM BUT THE OFFENDER WILL BE ON

001082



| | | |
|---|---|---|
| | | OFFENDER REPORTED THAT IS TRYING TO RELAX MORE WITH HIS FAMILY & IS WORKING HIS ISUUES/ADJUSTMENTS IN SOCIETY OUT WITH THE COUNSELOR. ALSO HE WANTED TO WORK SIDE JOBS THAT HIS FATHER INLAW CAN GET HIM IN TOWN WORKING ON VARIOUS PLACES. I TOLD HIM TO **MAINTAIN HIS 40 HRS. & BRING IN ALL HIS CHECK STUBS FOR ANY OTHER JOBS HE MIGHT DO ON THE SIDE. I TOLD HIM THAT HE WOULD HAD TOO INCLUDE THEM IN HIS TAXES. HE UNDERSTOOD & HAD NO PROBLEM WITH THAT. HE JUST WANTED TO BE UP FRONT WITH ME.** ATTAINED UA SPECIMEN FOR THE TESTING OF:THC,COC, AMPS,BARBS,BENZOS,OPIATES,PCP & ALCOHOL. SECURED UA & COMPLETED DOCUMENTATION FOR AIRBORNE PICKUP. AWAITING RESULTS FROM PHARCHEM; THE OFFENDER DENIED USAGE OF ANY ILLEGAL DRUGS/ALCOHOL. **SET NEXT APP'T FOR: EV ON 05/09/97 AT 7:00AM.** MG. |
| 05/09/97 | EV PC CC | I WENT TO THE OFFENDER'S PLACE OF EMPLOYMENT AT C&J PLUMBING ON A SCHEDULED EV. I SPOKE WITH THE OFFENDER'S SUPERVISOR CARL JENKINS. HE WAS INFORMED ABOUT THE OFFENDER'S CRIMINAL HISTORY. HE WAS AWARE OF THE OFFENDER'S CRIMINAL HISTORY AS REPORTED BY THE OFFENDER & SAID HE DID NOT CARE AS A LONG AS THE OFFENDER COMES TO WORK & KNOWS WHAT HE IS DOING SO IT DOES NOT COST HIM MONEY. I SPOKE WITH THE OFFENDER WHO REPORTS NO CHANGES, NO LEO CONTACT & NO DRUG/ALCOHOL USAGE. HE WAS A LITTLE SURPRISED THAT I WAS SEEING HIM WITHIN TWO DAYS OF OUR LAST VISIT. I TOLD HIM THAT I HAD TO CHECK OUT HIS JOB. HE JUST WANTED TO MAKE SURE HE WAS DOING RIGHT. **SET NEXT APP'T FOR HV 06/20/97 AT 6:30AM; OV FOR 06/26/97 AT 6:15AM.** |
| 05/16/97 | CC | RECEIVED FROM PHARCHEM (VIA FAX) THE RESULTS OF UA TESTING ON **05/09/97. THE LABORATORY REPORT INDICATES NEGATIVE ON ALL DRUGS TESTED. MG** |
| 05/21/97 | CC | I WENT TO THE NE. GUIDANCE CENTER FOR AN GENERAL STAFF MEETING WITH THEIR STAFF. I SPOKE WITH RUSSELL.. HE REPORTS THAT THE FAMILY HAS COME ALONG WAY WITH THEIR ISSUES BUT HE IS SEEING WHERE THE OFFENDER IS HAVING SOME REAL ADJUSTMENT ISSUES BECOMING AN |

001083



| | | |
|---|---|---|
| | | INSTANT LIVE-IN DAD. BUT HE FEELS THAT HE OFFENDER IS TRYING & HIS WIFE IS SUPPORTING HIM. SHE PUTS UP WITH SOME OF HIS INSTITUTIONAL BAGGAGE BUT IS WORKING IT OUT WITH HIM. SHE IS SEMI-TOUGH WITH HER FEELINGS. |
| 05/26/97 | TC CC | RECEIVED A TELEPHONE CALL FROM THE OFFENDER'S WIFE JEANETTE. SHE WAS CALLING CONCERNED ABOUT HOW LONG IT WOULD TAKE HIM TO ADJUST BACK INTO SOCIETY. I TOLD HIM THAT SHE HAD TO REALIZE WHERE HE CAME FROM & HOW IT WAS A WAY OF LIFE FOR HIM. SHE SAYS HE SHUTS HER OUT ALOT. I TOLD HER TO BRING UP THESE ISSUES WITH THE COUNSLEOR. I WOULD TALK WITH THE OFFENDER ABOUT HOW HE WAS DOING WITH BEING OUT PROBABLY THROUGHOUT HIS SUPERVISION PERIOD. SHE IS GLAD IS HE AT HOME BUT JUST WANTS TO HELP HIM. |
| 06/13/97 | CC | I RECEIVED A LETTER COPY OF A COURT FILING BY THE OFFENDER. I WAS ON ANNUAL VACATION FORM 06/01-06/17. |
| 06/20/97 | HV CC | I WENT TO THE OFFENDER'S HOME ON A SCHEDULED HV. THE OFFENDER WAS PRESENT ALONG WITH HIS WIFE. I GAVE HIM THE ORIGINAL COPY OF HIS COURT FILING & PUT ONE IN THE FILE. HE SAID HE WAS NOT PURSUING IT ANY LONGER. HE REPORTS NO CHANGES, NO LEO CONTACT, NO DRUG/ALCOHOL USAGE. THE OFFENDER REPORTS THAT THE COUNSELING IS GOING WELL & HIS WIFE CONFIRMED THE SAME. THEY ARE WANTING TO GET HER SON OUT OF KAW VALLEY SO THEY ARE WORKING HARD TO PROVE THEIR ABILITY TO HANDLE HIM WITH HIS ADD ISSUES. HIS WIFE'S CASE WORKER IN THIS MATTER IS SRS WORKER CONNIE MORRISON. SHE REPRESENTS HER SON ERIC WITH ADA & THEIR OTHER TWO SONS JOHN & TERRY WHO ARE LIVING WITH THEM. JEANETTE IS SEEKING CUSTODY BACK FROM SRS ON HER TWO SONS IN WHICH THE COURT DATE IS SET FOR 06/24/97. |
| 06/26/97 | OV CC | THE OFFENDER REPORTED IN ON TIME: **REVIEWED REPORT FORM: THE OFFENDER REPORT FORM REFLECTS: NO CHANGES, NO LEO CONTACT & NO DRUG/ALCOHOL USAGE.** EMPLOYMENT: PAYSTUBS REFLECT HRS. WORKED 40. **RESTITUTION: PAID OFF THE OFFENDER BROUGHT IN VERIFICATION OF THEIR RESIDENCE. (PHONE BILL)** SUPERVISION FEE: THE OFFENDER HAD BROUGHT IN THEIR MONTHLY |



| | | |
|---|---|---|
| | | & A GO GETTER. THE OFFENDER DOES GET FRUSTRATED WHEN THERE IS NOT ALOT OF WORK BUT HE UNDERSTANDS THAT HE IS WORKING ON THE SIDE. THE OFFENDER IS STILL LEARNING THE BUSINESS BUT DOES KNOW ALOT OF IT. I SPOKE WITH THE OFFENDER WHO REPORTS NO CHANGES, NO LEO CONTACT & NO DRUG/ALCOHOL USAGE. HE BELIEVES THAT THEY HAVE FOUND A PLACE TO LIVE IN LEAVENWORTH. HIS WIFE IS CHECKING INTO TODAY. THEY WOULD BE GOING TO SEE THE RENTAL AFTER WORK TODAY. HE WILL CALL ME IF THEY ARE GOING TO RENT IT & WHEN THEY ARE MOVING INTO IT. I ASKED HIM IF HE HAS TALKED WITH NE. GUIDANCE CENTER ABOUT THE MARRIAGE COUNSELING. THEY DID CONTACT THEM & WOULD LOOKING INTO GOING IN FOR A COST AMOUNT PER SESSION THIS MONTH. **SET NEXT APP'T FOR OV ON 08/07/97 AT 7:00AM.** |
| 07/30/97 | CC | I SPOKE WITH NE. GUIDANCE CENTER COUNSELOR RUSSELL WHILE I WAS DROPPING OFF SOME REFERRALS. HE REPORTS THAT THE COUPLE WAS ADJUSTING WELL BUT THEY NEEDED TO WORK ON HOW THEY WERE GOING TO HANDLE THE BOYS FULL TIME LIVING THERE. HE WAS IN HOPES THAT THEY WOULD RETURN BACK FOR COUNSELING. |
| 08/04/97 | TC CC | RECEIVED A TELEPHONE CALL FROM JEANETTE. SHE REPORTS THAT THEY HAVE PUT DOWN A DEPOSIT ON A RENTAL HOUSE AT **2345 OTTAWA LEAVENWORTH,KS.** I TOLD HER NO PROBLEM JUST HAVE THE OFFENDER COME IN ON HIS SCHEDULED APP'T. |
| 08/07/97 | OV CC | THE OFFENDER REPORTED IN ON TIME:**REVIEWED REPORT FORM: THE OFFENDER REPORT FORM REFLECTS: CHANGES TO A NEW PLACE; AT 2345 OTTAWA LVCO,KS. PHONE NO.#682-9715. HE REPORTS NO LEO CONTACT & NO DRUG/ALCOHOL USAGE.** EMPLOYMENT: FORGOT PAYSTUBS BUT REPORTS HRS. WORKED 40. OFFENDER REPORTS STILL WORKING SOME SIDE JOBS IN TOWN. **RESTITUTION: PAID OFF. THE OFFENDER BROUGHT IN VERIFICATION OF THEIR RESIDENCE.(RENT RECEIPT)** SUPERVISION FEE: THE OFFENDER REPORTS NOT HAVING HIS BI FEE BUT WILL BRING IT IN BY 08/12/97. **SPECIAL CONDITION: COMPLETED. HE DOES REPORT BEGINNING HIS MARRIAGE COUNSELING ON 08/11/97 WITH DIANA DUBES AT NE. GUIDANCE CENTER. RUSSELL IS NOW DOING HOME CONTACTS FOR THE AGENCY.** LEISURE |

**001085**

COPY

## IN THE DISTRICT COURT OF KANSAS
## EIGHTEENTH JUDICIAL DISTRICT
## SEDGWICK COUNTY, CRIMINAL DEPARTMENT

THE STATE OF KANSAS
              *Plaintiff,*

vs.

ANGELA C. PURKEY,

MATTHEW L. EATON,
B/M, DOB:
              *Defendant.*

Case No. **98 CR 176**

**98 CR 177**

### COMPLAINT/INFORMATION
### COUNT ONE

COMES NOW KIM T. PARKER, a duly appointed, qualified and acting Assistant District Attorney of the 18th Judicial District of the State of Kansas, and for and on behalf of said State gives the court to understand and be informed that in the County of Sedgwick, and State of Kansas, and on or about the 9th day of March, 1997, A.D., one ANGELA C. PURKEY, and MATTHEW L. EATON, did then and there unlawfully, take property, to-wit: approximately $25.00 in U. S. Currency, from the person or presence of another, to-wit: Dustin W. Reed by force or threat of bodily harm to a person, to-wit: Dustin W. Reed, while ANGELA C. PURKEY and MATTHEW L. EATON, were armed with a dangerous weapon, to-wit: handguns,

*Contrary to Kansas Statutes Annotated 21-3427, Aggravated Robbery, Severity Level 3, Person Felony, Count One.*

WP010926

**001086**

98 CR 176

## COUNT TWO

and on or about the 9th day of March, 1997, A. D., in the County of Sedgwick, State of Kansas, one ANGELA C. PURKEY and MATTHEW L. EATON, did then and there unlawfully take property, to-wit: television, video cassette recorder, a clock, a blanket and approximately 35 compact discs, from the person or presence of another, to-wit: Jeff Kennedy, by force or threat of bodily harm to a person, to-wit: Jeff Kennedy, while ANGELA C. PURKEY and MATTHEW L. EATON, were armed with a dangerous weapon, to-wit: handguns;

## COUNT THREE

and on or about the 9th day of March, 1997, A. D., in the County of Sedgwick, State of Kansas, one ANGELA C. PURKEY and MATTHEW L. EATON, did then and there unlawfully, take property, to-wit: video cassette recorder, compact disc/stereo, approximately $345.00, U. S. Currency, from the person or presence of another, to-wit: Jason D. Murphy, by force or threat of bodily harm to a person, to-wit: Jason D. Murphy, while ANGELA C. PURKEY, and MATTHEW L. EATON, were armed with a dangerous weapon, to-wit: handguns;

*Contrary to Kansas Statutes Annotated 21-3427, Aggravated Robbery, Severity Level 3, Person Felony, Count Two*

*Contrary to Kansas Statutes Annotated 21-3427, Aggravated Robbery, Severity Level 3, Person Felony, Count Three*

001087

**UNIVERSITY OF KANSAS HOSPITAL**
3901 Rainbow Blvd.
Kansas City, Kansas 66160-7280

| | | | |
|---|---|---|---|
| PATIENT NAME: | PURKEY, WESS | MR#/PT#: | 9818908/█████ |
| ADMITTED: | 09/13/98 | DISCHARGED: | 09/14/98 |
| ATTENDING STAFF PHYSICIAN: | David Meyers, M.D. | ROOM #: | -- |
| RESIDENT: | Joseph Santiago, M.D. | | |

**REASON FOR ADMISSION:** This is a 46-year-old white male with a history of IV drug abuse, polysubstance abuse, and multiple tattoos who after shooting intravenously crushed Ritalin and an unknown amphetamine experienced approximately 2 to 2.5 hr of left upper chest pressure with tingling in the left arm accompanied by anxiety and dyspnea.

**PHYSICAL EXAMINATION:** Significant findings on presentation and physical exam were vital signs of afebrile and examination was essentially within normal limits with the exception of tender, warm, erythematous areas in bilateral antecubital IV drug injection sites. There were multiple firm indurated areas in the antecubital fossae with warm, well-demarcated, erythematous, warm areas that were tender to touch over both forearms immediately distal from the antecubital fossae bilaterally.

**LABORATORY AND X-RAY:** Chest x-ray was unremarkable. EKG was also unremarkable as well. Urine drug screen was remarkably negative. Labs were essentially within normal limits.

**HOSPITAL COURSE:** The patient was evaluated for rule out myocardial infarction and placed on heparin and nitroglycerin patch, and 12.5 mg of metoprolol, and was started on Ancef 1 gm IV q.8h. after blood cultures times two were drawn. Blood cultures were still negative at time of discharge. The patient was essentially afebrile with only a low-grade temp to 38.7 the night of admission. He remained chest pain-free with no abnormalities on telemetry. The morning following an exercise stress treadmill test was performed which was completely within normal limits. The patient was subsequently discharged in good condition. He was started on Keflex p.o. for his cellulitis. A Psychiatry consult was obtained per the patient's request regarding his polysubstance abuse. Recommendations were made to the patient on inpatient on a voluntary inpatient drug rehab program in Wyandotte County, which the patient was pleased with and stated he would look into for assistance in resolving his drug addictions.

| | |
|---|---|
| **FINAL DIAGNOSIS:** | Rule out myocardial infarction. |
| | Atypical chest pain, likely secondary to drug-induced anxiety. |
| | Cellulitis of bilateral forearms. |

**OPERATIONS AND PROCEDURES:**
None dictated.

**INSTRUCTIONS AND DISPOSITION:** Physical activity and diet are to be ad lib. Patient is counseled on drug cessation and healthy living including exercise and proper diet. Medications on discharge are Keflex 500 mg one p.o. q.i.d. for ten days for his skin infection secondary to IV drug

Page 1

CHART COPY

CASE SUMMARY

001088

WP_PC00009401

UNIVERSITY OF KANSAS HOSPITAL
3901 Rainbow Blvd.
Kansas City, Kansas 66160-7280

PATIENT NAME:          PURKEY, WESS

MEDICAL RECORD NUMBER:      9818908


abuse.  For followup care, he will be following up with the General Medicine Clinic in two weeks for re-evaluation of improvement of his cellulitis.


David Meyers, M.D.
Attending Staff/Physician

(This report will become an official part of the medical record when reviewed and AUTHENTICATED by the attending physician.)

Joseph Santiago, M.D. / 01081
D:  09/15/98    07:23
T:  09/16/98    03:53
5120/P

cc: Joseph Santiago, M.D.

CHART COPY

CASE SUMMARY

001089

WP_PC00009402

```
 PT CARE DOCUMENTATION                                          Page   1
 PURKEY ,WESS              M   46    46  / 461901  MCA          Pt#:     22863179
 Atn Dr: MEYERS DAVID
                  Assessment Date: 09/13/98  Time: 23:47      MR#: 9818908
---------------------------------------------------------------------------
 Patient Allergies:     NKDA
```

```
---------------------------------------------------------------------------
 DSCH MEDS
    Medicines                                                  AG0166
      Name              Dose  Freq Route Next Source
      (Include OTC Drugs)                Dose
      Keflex            500mg  qid  po
================================================================
 DIET INSTRU                                   RESPONSIBLE PARTY
    Feed instr                                     AG0166
      As tolerated
================================================================
 ACTIVITYREST                                  RESPONSIBLE PARTY
    Instructions                                   AG0166
      As tolerated
================================================================
 RETURN APPT.
    Clinic/MD                                                  AG0166
      F/U general med clin    588-3928


================================================================
 VALUABLES                                     RESPONSIBLE PARTY
    Comments                                       NS0193
      jeans and shoes only- left with patient
================================================================
 DISCHARGE                                     RESPONSIBLE PARTY
    Date            091498                         AG0166
    Time            1600                           AG0166
    Type            Home                           AG0166
    Transp/mode     Ambulate                       AG0166
    Transport       Car                            AG0166
    ActiveNsgDx                                    AG0166
      High risk for injury secondary to diagnosis.
    Comment                                        AG0166
      All lines DC, all discharge teach complet
```

```
============================END OF REPORT================================
       The above information has been reviewed with me and I received a copy.
```

_____
Patient Signature

DISCHARGE INSTRUCTIONS
16:03 09/14/98 FROM C228,ZNPATGFD

S4616666

001090

73-778

| The University of Kansas Medical Center<br>3901 Rainbow Blvd.<br>Kansas City, KS 66160-7231<br>Phone Number: 588-5000<br>Physician's Order Form | TAKE HOME MEDICATION FORM | Addressograph |
|---|---|---|

**Physicians:**

1. **PRINT** Patient Information, Patient Diagnosis, and Physician's Name

2. **CIRCLE** Number of Prescriptions

3. **SIGNATURE REQUIRED** for Each Prescription

4. **INSERT DEA #** if Needed

Prescription Invalid Without This Information

**Nursing:**

For Prescriptions to be Filled at KUMC Outpatient Pharmacy:

1. **SIGN** <u>Full</u> Name of Nurse Faxing Form

2. **INDICATE** When Prescriptions Should be Ready for the Patient

3. **FAX** <u>Completed</u> Form to Ext. 2385

4. **SEND** <u>Original</u> to Pharmacy With Patient

309186
PURKEY, WESS
U    1/M
P

22863179
46Y    01051952
NON-MEDICARE

Patient Room #/ Unit: _____

Please Have Prescriptions Ready By:
Date/Time _____

Nurse Faxing: _____

| Print PATIENT'S Name | Patient Address | Age | Weight |
|---|---|---|---|
| PURKEY, WESS | | 46 | |

| Print Diagnosis | Print PHYSICIAN'S Name | Circle # of Prescriptions | Date |
|---|---|---|---|
| CELLULITIS, R/O MI | SANTIAGO | 1  2  3  4  5  6  7 | 9/14/98 |

| # | Medication | Strength | Quantity | DEA |
|---|---|---|---|---|
| 1 | KEFLEX | 500 mg | QS x 10 DAYS | Number_____ |
|   | **Instructions** i po QID x 10 DAYS | **Signature** *[signature]* | | **Refills** Ø   Dispense by Non-Proprietary name unless checked here ☐ |
| 2 | Medication | Strength | Quantity | DEA Number_____ |
|   | Instructions | Signature | | Refills   Dispense by Non-Proprietary name unless checked here ☐ |
| 3 | Medication | Strength | Quantity | DEA Number_____ |
|   | Instructions | Signature | | Refills   Dispense by Non-Proprietary name unless checked here ☐ |
| 4 | Medication | Strength | Quantity | DEA Number_____ |
|   | Instructions | Signature | | Refills   Dispense by Non-Proprietary name unless checked here ☐ |
| 5 | Medication | Strength | Quantity | DEA Number_____ |
|   | Instructions | Signature | | Refills   Dispense by Non-Proprietary name unless checked here ☐ |
| 6 | Medication | Strength | Quantity | DEA Number: _____ |
|   | Instructions | Signature | | Refills   Dispense by Non-Proprietary name unless checked here ☐ |
| 7 | Medication | Strength | Quantity | DEA Number_____ |
|   | Instructions | Signature | | Refills   Dispense by Non-Proprietary name unless checked here ☐ |

**ORIGINAL** MUST BE PRESENTED TO PHARMACY **BEFORE** PRESCRIPTIONS WILL BE GIVEN TO PATIENT

TAKE HOME MEDICATION FORM

001091

WP_PC00009404

73-779

| | | | | |
|---|---|---|---|---|
| University of Kansas Hospital<br>3901 Rainbow Boulevard<br>Kansas City, Kansas 66160<br>PHYSICIAN'S ORDER FORM | | | **ADDRESSOGRAPH** | |

**MEDICATION SCHEDULE**

| | | | |
|---|---|---|---|
| BID 09-17 | Q2Hr ODD or EVEN Hrs | Q12Hr 09-21 | |
| TID 09-15-21 | Q6Hr 09-15-21-03 | QDAY 09-or 21 | |
| TID ac 07-11-17 | or | QHS 2100 | |
| TID pc 09-13-19 | 00-06-12-18 | 1 & 3 Hr 09-11-13-15 | |
| | Q8Hr 09-17-01 | pc & HS 18-20-21 | |
| | TID 08-12-18 w/meals | | |

SE1ESOC    S2863175
PURKEY , WESS
Room # P

All orders must be written in the metric system & include date, time, and physician's signature.

| DATE & TIME | c m p # | DISCHARGE PHYSICIAN ORDERS | RPh Init |
|---|---|---|---|
| 9/14/98 | | | |
| | | 1.  Discharge Patient  WESS PURKEY | |
| | | a) Date:  9/14/98 | |
| | | b) Destination:  HOME | |
| | | 2.  Discharging Staff Physician:  D MYERS | |
| | | 3.  Discharging House Staff:  JP SANTIAGO | |
| | | 4.  Summary Dictation By:  JP SANTIAGO | |
| | | 5.  Instructions to the Patient: | |
| | | a) Follow-up:  Ti wks c̄ GEN. MEDICINE CLINIC  CF(v CELLULITIS) | |
| | | b) Activity  AD LIB | |
| | | c) Diet:  AD LIB | |
| | | 6.  Medications: (Take Home Medication Form)  see form.  _Santiago_ | |

ABOVE ORDERS REVIEWED AND APPROVED: _____    ATTENTING STAFF

**001092**

WP_PC00009405

DATE:                    **PHYSICIAN'S ORDER FORM**

Query    Reports    Utilities    Help    Log Out

CLOSED

# U.S. District Court
## Western District of Missouri (Kansas City)
### CRIMINAL DOCKET FOR CASE #: 4:01-cr-00308-FJG All Defendants

Case title: USA v. Purkey, et al          Date Filed: 10/10/2001

Assigned to: Chief District Judge Fernando J. Gaitan, Jr

### Defendant (1)

**Wesley Ira Purkey**
*TERMINATED:* ████████

represented by    **Frederick A Duchardt , Jr.**
P O Box 216
Trimble, MO 64492
(816) 213-0782
Fax: (816) 635-5155
Email: fduchardt@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Gary E. Brotherton**
Legal Writes, LLC
503 E Nifong Blvd.
#377
Columbia, MO 65201
(573) 303-5150
Fax: 573-303-5151
Email: gebrotherton@legalwritesllc.com
*TERMINATED: 07/29/2019*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Laura E. O'Sullivan**
University of Missouri Kansas City
500 E. 52nd Street
D39 Law School
Kansas City, MO 64110
816-633-2353
Email: laura.o'sullivan@mspd.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

18:1201.F KIDNAPPING

### Disposition

The defendant was found guilty on Count 1

001093

(1s)

of the Superseding Indictment on November 5, 2003. IMPRISONMENT: The defendant is hereby committed to the custody of the Attorney General for the United States to be imprisoned for a total term of DEATH. The defendant is committed to the custody of the Attorney General of the United States until the exhaustion of procedures for appeal and review of this sentence, and thereafter to the custody of the United States Marshal for the implementation of the death penalty. CRIMINAL MONETARY PENALTIES: MSA due immediately.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1201.F KIDNAPPING (1) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Miscellaneous**

**CJA Clerk**

**interested party**

| **Kansas Department of Corrections** | represented by | **Lisa A Mendoza** |
| --- | --- | --- |
| | | Kansas Department of Corrections |
| | | 900 SW Jackson |
| | | 401N |
| | | Topeka, KS 66612 |
| | | 785-296-4508 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**interested party**

| **Steven Gillespie** | represented by | **Lisa A Mendoza** |
| --- | --- | --- |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

001094

**interested party**

**Corrections Corporation of America**          represented by          **Michael P Crow**
Crow & Associates
302 Shawnee Street
P.O. Box 707
Leavenworth, KS 66048
(913) 682-0166
Fax: 913-682-2130
Email: mikecrow@crowlegal.com
*ATTORNEY TO BE NOTICED*

**interested party**

**Missouri Division of Family Services**          represented by          **John Robert Mollenkamp**
Missouri Department of Revenue
301 W. High St., Room 670
P.O. Box 311
Jefferson City, MO 65105-311
(573) 751-2992
Email: john.mollenkamp@dor.mo.gov

**Plaintiff**

**USA**          represented by          **Kathleen D Mahoney**
United States Attorney's Office-KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
(816) 426-3122
Fax: (816) 426-4328
Email: kate.mahoney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matt Jeffrey Whitworth**
United States Attorney's Office
400 E. 9th Street
5th Floor
Kansas City, MO 64106
(816)426-4122
Fax: (816)426-4210
Email: gene.porter@usdoj.gov
*TERMINATED: 02/10/2010*
*LEAD ATTORNEY*

**David M Ketchmark**
United States Attorney's Office-KCMO
400 E 9th Street
Suite 5510

**001095**

Kansas City, MO 64106
816-426-4102
Fax: 816-426-7080
Email: david.ketchmark@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2001 | 1 | INDICTMENT assigned to Judge Fernando J. Gaitan Jr. Counts filed against Wesley Ira Purkey (1) count(s) 1 (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. (Entered: 10/11/2001) |
| 10/10/2001 | 2 | ORDER for writ of habeas corpus ad prosequendum by Magistrate Sarah W. Hays issued and delivered to U.S. Marshal (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/11/2001) |
| 10/24/2001 | 3 | MINUTE ENTRY as to defendant Wesley Ira Purkey Magistrate Sarah W. Hays presiding first appearance of Wesley Ira Purkey , here on writ, custody assumed, dft is not eligible for bond at this time. When an attorney enters into the case and request for a hearing is needed court will set hearing Court Reporter: JoRita Gicinto (Michelle Kendall) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/25/2001) |
| 10/24/2001 | 4 | AFFIDAVIT of financial status by defendant Wesley Ira Purkey (Michelle Kendall) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/25/2001) |
| 10/24/2001 | 5 | ORDER by Judge Fernando J. Gaitan Jr. referring motions to Magistrate Sarah W. Hays (Michelle Kendall) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/25/2001) |
| 10/26/2001 | 6 | CJA Form 30 (CR Appointment of Counsel-Death Penalty) as to defendant Wesley Ira Purkey appointing Frederick A. Duchardt Jr. (Michelle Kendall) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 11/02/2001) |
| 11/09/2001 | 7 | NOTICE of pretrial conference as to defendant Wesley Ira Purkey . Pretrial conference set for 5:40 11/27/01 for Wesley Ira Purkey as ordered by Magistrate Sarah W. Hays (Michelle Kendall) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 11/09/2001) |
| 11/09/2001 | 8 | OMNIBUS hearing report for defendant Wesley Ira Purkey (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in |

**001096**

| | | |
|---|---|---|
| | | paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 11/13/2001) |
| 11/09/2001 | 9 | MINUTE ENTRY as to defendant Wesley Ira Purkey Magistrate Sarah W. Hays presiding dft Wesley Ira Purkey arraigned; Atty Fred Duchardt present; Dft ordered committed back to custody of USM; Court Reporter: Bonnie Rowland (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 11/13/2001) |
| 11/19/2001 | 11 | CJA Form 30 (CR Appointment of Counsel-Death Penalty) as to defendant Wesley Ira Purkey appointing Laura E. O'Sullivan (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 11/30/2001) |
| 11/28/2001 | 10 | MOTION by Wesley Ira Purkey to continue trial (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 11/29/2001) |
| 12/06/2001 | 12 | ORDER by Judge Fernando J. Gaitan Jr. granting motion to continue trial [10-1] accelerated docket 1/7/02 as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 12/06/2001) |
| 12/06/2001 | 13 | NOTICE of pretrial conference as to defendant Wesley Ira Purkey . Pretrial conference set for 3:40 12/18/01 for Wesley Ira Purkey as ordered by Magistrate Sarah W. Hays (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 12/07/2001) |
| 12/18/2001 | 14 | MOTION by Wesley Ira Purkey for billing procedures, for setting of compensation limits and for authorization to make interim payments for appointed counsel (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 12/20/2001) |
| 12/18/2001 | 15 | MOTION by Wesley Ira Purkey to continue trial (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 12/20/2001) |
| 12/18/2001 | 16 | MINUTE ENTRY of status conference as to defendant Wesley Ira Purkey Magistrate Sarah W. Hays presiding Court Reporter: B. Rowland (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 12/20/2001) |
| 01/02/2002 | 17 | MOTION by Wesley Ira Purkey for order correcting unreasonable adverse conditions of pretrial detention (Sealed Case User) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has |

**001097**

| | | |
|---|---|---|
| | | been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/02/2002) |
| 01/02/2002 | 18 | MOTION by Wesley Ira Purkey to allow the dft to marry (Sealed Case User) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/02/2002) |
| 01/02/2002 | 19 | MOTION by Wesley Ira Purkey to suppress statements to FBI agents and Police, due to lack of knowing, voluntary and intelligent waiver of rights, in light of inducement of false promises evoking siad statements, with suggestions in support thereof (Sealed Case User) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/02/2002) |
| 01/02/2002 | 20 | MOTION by Wesley Ira Purkey for notice of intention to use evidence subject to motion made (Sealed Case User) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/02/2002) |
| 01/02/2002 | 21 | ORDER by Judge Fernando J. Gaitan Jr. granting motion to continue trial [15-1] accelerated docket to be set as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/03/2002) |
| 01/02/2002 | 23 | MOTION by Wesley Ira Purkey for order to file under seal dft's ex parte request #1 made 12/21/01 (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/07/2002) |
| 01/02/2002 | 31 | MOTION by Wesley Ira Purkey for live to file, under seal, dft's appendix related to Motion to Supress (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/24/2002) |
| 01/03/2002 | 22 | ORDER by Magistrate Sarah W. Hays granting motion to allow the dft to marry [18-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/04/2002) |
| 01/03/2002 | 24 | ORDER by Magistrate Sarah W. Hays granting motion for order to file under seal dft's ex parte request #1 made 12/21/01 [23-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/07/2002) |
| 01/07/2002 | 25 | ORDER by Judge Fernando J. Gaitan Jr. granting motion for billing procedures, for setting of compensation limits and for authorization to make interim payments for appointed counsel [14-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra |

**001098**

| | | |
|---|---|---|
| | | Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/08/2002) |
| 01/15/2002 | 26 | MINUTE ENTRY of Request Order Correcting Unreasonable Adverse Conditions of Pretrial Detention as to defendant Wesley Ira Purkey Magistrate Sarah W. Hays presiding Court Reporter: J. Gicinto (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/17/2002) |
| 01/16/2002 | 27 | RESPONSE by plaintiff USA as to defendant Wesley Ira Purkey motion for notice of intention to use evidence subject to motion made [20-1] (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/17/2002) |
| 01/16/2002 | 28 | RESPONSE by plaintiff USA as to defendant Wesley Ira Purkey Motion for request to Marry (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/17/2002) |
| 01/18/2002 | 29 | RESPONSE by plaintiff USA as to defendant Wesley Ira Purkey motion to suppress statements to FBI agents and Police, due to lack of knowing, voluntary and intelligent waiver of rights, in light of inducement of false promises evoking siad statements, with suggestions in support thereof [19-1] (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/18/2002) |
| 01/22/2002 | 30 | TRANSCRIPT of status conference held on 01/15/02 before Magistrate Sarah W. Hays as to defendant Wesley Ira Purkey (Michelle Kendall) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 2/11/15. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 01/23/2002) |
| 01/23/2002 | 32 | ORDER by Magistrate Sarah W. Hays granting motion for live to file, under seal, dft's appendix related to Motion to Supress [31-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Entered: 01/24/2002) |
| 01/25/2002 | 33 | ORDER placing under seal dft's Second Appendix of Material related to his Motion to Supress by Magistrate Sarah W. Hays as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Entered: 01/28/2002) |
| 01/25/2002 | 34 | MOTION by Wesley Ira Purkey for leave to file under seal, dft's second appendix related to Motion to supress (Cassaundra Honeycutt) Modified on 01/28/2002 (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/28/2002) |
| 01/25/2002 | 35 | MOTION by Wesley Ira Purkey for funds to hire investigator, and for approval to exced 21 U.S.C. 848(g)(10)(B) funding limits (Cassaundra Honeycutt) Modified on 6/6/2003 (Gicinto, JoRita). TERMED MOTION - ruled by sealed order filed 4/4/02 (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in |

**001099**

| | | | |
|---|---|---|---|
| | | | paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/28/2002) |
| 01/25/2002 | 36 | | SUGGESTION by defendant Wesley Ira Purkey in support motion for order correcting unreasonable adverse conditions of pretrial detention [17-1] (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/28/2002) |
| 01/25/2002 | 37 | | SUGGESTION by defendant Wesley Ira Purkey in support motion for order correcting unreasonable adverse conditions of pretrial detention [17-1] - failure to respond to grievances (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/28/2002) |
| 01/25/2002 | 38 | | Supplement by defendant Wesley Ira Purkey to motion to suppress statements to FBI agents and Police, due to lack of knowing, voluntary and intelligent waiver of rights, in light of inducement of false promises evoking siad statements, with suggestions in support thereof [19-1], response [29-1] (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 01/28/2002) |
| 01/29/2002 | 39 | | MOTION by Wesley Ira Purkey for funds to obtain dna/luminol blood testing expert assistance for development of evidence regarding issues pertaining to first phase of trial (Cassaundra Honeycutt) Modified on 6/6/2003 (Gicinto, JoRita). TERMED MOTION - ruled by sealed order filed 2/21/02 (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/04/2002) |
| 01/29/2002 | 40 | | MOTION by Wesley Ira Purkey for funds to obtain chemical testing of hair and blood samples (Cassaundra Honeycutt) Modified on 6/6/2003 (Gicinto, JoRita). TERMED MOTION - ruled by a seal order filed 2/21/02 (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/04/2002) |
| 01/29/2002 | 62 | | MOTION by Wesley Ira Purkey for order to file Under SEAL, dft's ex parte request #2, made 1/29/02 (Cassaundra Honeycutt) Modified on 12/3/2002 (Gicinto, JoRita).This motion was termed as of 4/4/02 relates to Order (doc # 63) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 04/08/2002) |
| 02/01/2002 | 41 | | MINUTE ENTRY of continuation of hearing to request Order correcting unreasonable adverse conditions of pretrial detention as to defendant Wesley Ira Purkey Magistrate Sarah W. Hays presiding Court Reporter: B. Rowland (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/05/2002) |
| 02/06/2002 | 42 | | SUPPLEMENTAL SUGGESTION by defendant Wesley Ira Purkey in support motion for order correcting unreasonable adverse conditions of pretrial detention [17-1] (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main |

**001100**

| | | |
|---|---|---|
| | | document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/08/2002) |
| 02/06/2002 | 43 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to the records custodian of the wyandotte county, kansas Sherriff's dpt, and for payment of witness fees and expenses, with suggestions in support (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/08/2002) |
| 02/06/2002 | 44 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecum to the records custodian of the wyandotte county, kansas Sherriff's dpt, and for payment of witness fees and expenses, with suggestions in support [43-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/08/2002) |
| 02/06/2002 | 45 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to the property room custodian of the wyandotte county, KS sheriff's dept and for payment of witness fees and expenses, with suggestions in support (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/08/2002) |
| 02/06/2002 | 46 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecum to the property room custodian of the wyandotte county, KS sheriff's dept and for payment of witness fees and expenses, with suggestions in support [45-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/08/2002) |
| 02/06/2002 | 47 | MOTION by Wesley Ira Purkey for issuance of subpoena and for subpoena duces tecum to Gary Fuller, Attorney working on behalf of the corrections corporation of America facility, Leavenworth, KS and for payment of witness fees and expenses, with suggestions in support (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/08/2002) |
| 02/06/2002 | 48 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to the records custodian of the corrections corporation of America facility at Leavenworth, KS and for payment of witness fees and expenses, with suggestions in support (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/08/2002) |
| 02/07/2002 | 49 | TRANSCRIPT of hearing on adverse conditions of incarceration held on 2/1/02 before Magistrate Sarah W. Hays as to defendant Wesley Ira Purkey (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 2/11/15. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 02/11/2002) |
| 02/08/2002 | 50 | MEMORANDUM and Brief in response by plaintiff USA to [40-1], to [39-1], to [35-1] |

001101

| | | |
|---|---|---|
| | | to requests to the Court of dft in criminal proceeding (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/11/2002) |
| 02/08/2002 | 51 | MOTION by USA to quash subpoean duces tecum requested by dft on 2/4/02 against assistant warden Roger Moore, Records Custodian, CCA, Leavenworht detention center as to Wesley Ira Purkey (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/11/2002) |
| 02/11/2002 | 52 | SUGGESTION by defendant Wesley Ira Purkey in support motion for order correcting unreasonable adverse conditions of pretrial detention [17-1] (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/11/2002) |
| 02/11/2002 | 53 | MINUTE ENTRY of continuation of Hearing on Request Order correcting Unreasonable adverse conditions of pretrial detention as to defendant Wesley Ira Purkey Magistrate Sarah W. Hays presiding Court Reporter: J. Gicinto (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/12/2002) |
| 02/12/2002 | 54 | ORDER by Magistrate Sarah W. Hays psychiatric examination ordered for Wesley Ira Purkey , as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 02/13/2002) |
| 02/19/2002 | 55 | TRANSCRIPT of status hearing held on 2/11/02 before Magistrate Sarah W. Hays as to defendant Wesley Ira Purkey (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 2/11/15. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 02/20/2002) |
| 02/21/2002 | 56 | ORDER FILED UNDER SEAL by Magistrate Sarah W. Hays as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Entered: 02/26/2002) |
| 02/21/2002 | 57 | ORDER FILED UNDER SEAL by Magistrate Sarah W. Hays as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Entered: 02/26/2002) |
| 02/21/2002 | 58 | ORDER FILED UNDER SEAL by Magistrate Sarah W. Hays as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Entered: 02/26/2002) |
| 02/27/2002 | 60 | MINUTE ENTRY for telephone conference as to defendant Wesley Ira Purkey Magistrate Sarah W. Hays presiding. Court advised parties that dft was in Springfield per the court order regarding issues raised about medical conditions and medication. Court advised that the facility where dft is at raised the question if a competency exam was to be given. By agreement of parties the Court will modify order or issue additional order asking that dft have a competency exam. Court Reporter: JoRita Gicinto (Michelle Kendall) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 03/01/2002) |

**001102**

| 02/28/2002 | 59 | ORDER by Magistrate Sarah W. Hays as to Wesley Ira Purkey re psychological examination (cc:all counsel) (Susan Larson) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 03/01/2002) |
| 03/05/2002 | 61 | RETURN OF SERVICE as to defendant Wesley Ira Purkey of dft to MCI, Springfield, MOf (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 03/06/2002) |
| 04/04/2002 | 63 | ORDER filed under seal for request #2 for funds be filed and considered ex parte under seal by Magistrate Sarah W. Hays as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Entered: 04/09/2002) |
| 04/18/2002 | 64 | MOTION by Wesley Ira Purkey for order correcting unreasonably adverse condtions of pretrial detention (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 04/19/2002) |
| 04/25/2002 | 65 | MINUTE ENTRY of second request for order correcting unreasonably adverse conditions of pretiral detention as to defendant Wesley Ira Purkey Magistrate Sarah W. Hays presiding Court Reporter: J. Gicinto (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 04/26/2002) |
| 05/03/2002 | 66 | ORDER by Magistrate Sarah W. Hays psychiatric examination ordered for Wesley Ira Purkey , as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 05/06/2002) |
| 05/08/2002 | 67 | MOTION by Wesley Ira Purkey for order for issuance of subpoena duces tecum to the records custodian of the KS department of corrections, Hutchinson, KS and for payment of witness fees and expenses, with suggestions in support (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 05/09/2002) |
| 05/23/2002 | 68 | RETURN OF SERVICE as to defendant Wesley Ira Purkey of delivery to FMC Rochester, MN on 5/16/02 by USM (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 05/29/2002) |
| 07/02/2002 | 69 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to the Records Custodian of St. John's Hospital, Leavenworth, KS and for payment of witness fees and expenses w/suggs in support (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/03/2002) |
| 07/02/2002 | 70 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to the Records |

**001103**

| | | |
|---|---|---|
| | | Custodian of Oregon Dept of Corrections and for pymt of witness fees and expenses w/suggs in support (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/03/2002) |
| 07/02/2002 | 71 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecm to the Records Custodian of the Anamosa State Penitentiary and for pymt of witness fees and expenses w/suggs in support (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/03/2002) |
| 07/02/2002 | 72 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to the Records Custodian of St. Francis Hospital and for pymt of witness fees and expenses w/suggs in support (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/03/2002) |
| 07/02/2002 | 73 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to the Records Custodian of the Kansas Dept of Corrections and for witness fees and expenses w/suggs in support (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/03/2002) |
| 07/02/2002 | 74 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to the Records Custodian of the Arizona Dept of Corrections and for pymt of witness fees and expenses w/suggs in support (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/03/2002) |
| 07/15/2002 | 75 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecum to the Records Custodian of St. John's Hospital, Leavenworth, KS and for payment of witness fees and expenses [69-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/16/2002) |
| 07/15/2002 | 76 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecum to the Records Custodian of Oregon Dept of Corrections and for pymt of witness fees and expenses [70-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/16/2002) |
| 07/15/2002 | 77 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecm to the Records Custodian of the Anamosa State Penitentiary and for pymt of witness fees and expenses [71-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/16/2002) |

**001104**

| 07/15/2002 | 78 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecum to the Records Custodian of St. Francis Hospital and for pymt of witness fees and expenses [72-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/16/2002) |
| --- | --- | --- |
| 07/15/2002 | 79 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecum to the Records Custodian of the Kansas Dept of Corrections and for witness fees and expenses [73-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/16/2002) |
| 07/15/2002 | 80 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecum to the Records Custodian of the Arizona Dept of Corrections and for pymt of witness fees and expenses [74-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/16/2002) |
| 07/17/2002 | 81 | ORDER by Judge Fernando J. Gaitan Jr. accelerated docket set for 1/21/03 as to Wesley Ira Purkey (cc:all counsel) (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 07/18/2002) |
| 07/31/2002 | 82 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to the records custodian of St. Joseph Hospital, Wichita, KS and for payment of witness fees and expenses, with suggestions in support (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 08/07/2002) |
| 08/05/2002 | 83 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecum to the records custodian of St. Joseph Hospital, Wichita, KS and for payment of witness fees and expenses, with suggestions in support [82-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 08/07/2002) |
| 08/21/2002 | 84 | MOTION by Wesley Ira Purkey to dismiss case due to destruction of defense evidence by detention staff at CCA Leavenworth (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 08/21/2002) |
| 08/21/2002 | 85 | NOTICE of hearing by Magistrate Sarah W. Hays as to defendant Wesley Ira Purkey pretrial conference set for 12/17/02 accelerated docket set for 1/13/03 (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry |

**001105**

| | | |
|---|---|---|
| | | on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 08/22/2002) |
| 08/21/2002 | 86 | ORDER by Magistrate Sarah W. Hays for issuance of subpoena duces tecum to Records Custodian for St. John's Hospital and for payment of witness fees as to Wesley Ira Purkey (cc:all counsel) (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 08/23/2002) |
| 08/21/2002 | 87 | ORDER by Magistrate Sarah W. Hays for issuance of supboena duces tecum for Records Custodian for the Kansas Dept of Corr and for payment of witness fees as to Wesley Ira Purkey (cc:all counsel) (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 08/23/2002) |
| 08/21/2002 | 88 | ORDER by Magistrate Sarah W. Hays for issuance of subpoena duces tecum to the Records Custodian for the Arizona Sate Prison Complex and for payment of witness fees as to Wesley Ira Purkey (cc:all counsel) (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 08/23/2002) |
| 08/21/2002 | 89 | ORDER by Magistrate Sarah W. Hays for issuance of subpoena duces tecum to Records Custodian for Anamosa State Penitentiary and for payment of witness fees as to Wesley Ira Purkey (cc:all counsel) (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 08/23/2002) |
| 08/21/2002 | 90 | ORDER by Magistrate Sarah W. Hays for issuance of subpoena duces tecum to Records Custodian for the Oregon Dept of Corrections and for payment of witness fees as to Wesley Ira Purkey (cc:all counsel) (Georgia Kee) (Crespo, Wil). Modified on 2/18/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/18/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 08/23/2002) |
| 08/21/2002 | 91 | MOTION by Wesley Ira Purkey to dismiss case (Melanie Beard) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 08/23/2002) |
| 08/21/2002 | 92 | MOTION by Wesley Ira Purkey to withdraw attorney (Melanie Beard) Modified on 09/18/2002 (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 08/23/2002) |
| 09/03/2002 | 93 | MOTION by Wesley Ira Purkey for order correcting unreasonably adverse conditions of pretrial detention (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/04/2002) |
| 09/04/2002 | 94 | ORDER by Magistrate Sarah W. Hays denying motion to dismiss case [91-1] as to Wesley Ira Purkey (cc:all counsel) (Michelle Kendall) (Crespo, Wil). Modified on |

**001106**

| | | |
|---|---|---|
| | | 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/05/2002) |
| 09/06/2002 | 95 | MINUTE ENTRY as to defendant Wesley Ira Purkey Magistrate Sarah W. Hays presiding Hearing for motion to suppress is set for 10/17/02 Court Reporter: JoRita Gicinto (Michelle Kendall) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/09/2002) |
| 09/12/2002 | 96 | RESPONSE by plaintiff USA as to defendant Wesley Ira Purkey motion to dismiss case due to destruction of defense evidence by detention staff at CCA Leavenworth [84-1] (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/16/2002) |
| 09/13/2002 | 97 | TRANSCRIPT of Motion hearing held on 9/6/02 before Magistrate Sarah W. Hays as to defendant Wesley Ira Purkey (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 2/11/15. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 09/16/2002) |
| 09/13/2002 | 98 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to the records custodian of the corrections corporation of amrica facility at Leavenworth, KS and for payment of witness fees and expenses, with suggestions in support (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/16/2002) |
| 09/13/2002 | 99 | REPLY by defendant Wesley Ira Purkey re [84-1] (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/16/2002) |
| 09/13/2002 | 100 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecum to the records custodian of the corrections corporation of amrica facility at Leavenworth, KS and for payment of witness fees and expenses, with suggestions in support [98-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/16/2002) |
| 09/16/2002 | 101 | RESPONSE by plaintiff USA as to defendant Wesley Ira Purkey motion for order correcting unreasonably adverse conditions of pretrial detention [93-1] (Michelle Kendall) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/18/2002) |
| 09/17/2002 | 102 | REPLY by defendant Wesley Ira Purkey re [93-1] to gov't response to purkey's 3rd request for order correcting unreasonably adverse conditions of pretrial detention (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and |

**001107**

| | | |
|---|---|---|
| | | attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/18/2002) |
| 09/17/2002 | 103 | NOTICE OF FILING subpoena in a Criminal Case to Barbara Schneider, Records Custodian, KDC (Michelle Kendall) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/19/2002) |
| 09/17/2002 | 104 | JUDGMENT and Commitment returned executed as to defendant Wesley Ira Purkey 9/3/02 delivered to FCI Greenville, IL (Michelle Kendall) (Entered: 09/19/2002) |
| 09/17/2002 | 105 | MINUTE ENTRY of continuation of competency hearing and hearing on motions as to defendant Wesley Ira Purkey Magistrate Sarah W. Hays presiding Court Reporter: J. Gicinto (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/19/2002) |
| 09/17/2002 | 106 | EXHIBIT INDEX by plaintiff USA (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/19/2002) |
| 09/20/2002 | 108 | MOTION by Wesley Ira Purkey for autorization to travel out-of-state #1 made exparte (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/25/2002) |
| 09/23/2002 | 107 | TRANSCRIPT of motion hearing held on 9/17/02 before Magistrate Sarah W. Hays as to defendant Wesley Ira Purkey (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 2/11/15. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 09/24/2002) |
| 09/25/2002 | 109 | ORDER by Magistrate Sarah W. Hays granting motion for autorization to travel out-of-state #1 made exparte [108-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/25/2002) |
| 09/27/2002 | 110 | MOTION by Wesley Ira Purkey for disclosure (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/30/2002) |
| 09/27/2002 | 111 | MOTION by Wesley Ira Purkey for pretrial disclosure, and preliminary hearing upon admissibility, of coconspirator statements which will be offered by the gov't at trial pursuant to FRE 801(d)(2)(E), with suggestions in support (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/30/2002) |
| 09/27/2002 | 112 | MOTION by Wesley Ira Purkey for pretrial disclosure, and preliminary hearing upon admissibility of evidence to be offered by the gov't at trial pursuant to FRE 404(b) and |

**001108**

| | | |
|---|---|---|
| | | 807 (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/30/2002) |
| 09/27/2002 | 113 | MOTION by Wesley Ira Purkey for disclosure of exculpatory evidence (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/30/2002) |
| 09/27/2002 | 114 | MOTION by Wesley Ira Purkey for witness list, with suggestions in support thereof (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/30/2002) |
| 09/27/2002 | 115 | MOTION by Wesley Ira Purkey for witness statements pursuant to 18 USC 3500 (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 09/30/2002) |
| 10/11/2002 | 116 | MOTION by Wesley Ira Purkey for issuance of subpoena to witness Marteto Willingham regarding allegations contained in Purkey's motion to dismiss, and for payment of witness fees and expenses (Cassaundra Honeycutt) Modified on 12/3/2002 (Gicinto, JoRita). The motion termed as of 10/11/02 per Order (doc #123). (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/11/2002) |
| 10/11/2002 | 117 | MOTION by Wesley Ira Purkey for issuance of subopena duces tecum to the records custodian of the corrections corporation of america facility at Leavenworth, KS and for payment of witness fees and expenses, with suggestions in support (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/11/2002) |
| 10/11/2002 | 118 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to witness Dr. Kent Nowlin for hearing upon issues of conditions of Pretrial confienment, and for payment of witness fees and expenses (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/11/2002) |
| 10/11/2002 | 119 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to witness Dr. Linda McCandles for hearing upon issues condtions of pretiral confinement, and for payment of witness fees and expenses (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/11/2002) |
| 10/11/2002 | 120 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subopena duces tecum to the records custodian of the corrections corporation of america facility at Leavenworth, KS and for payment of witness fees and expenses, with suggestions in support [117-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, |

**001109**

| | | |
|---|---|---|
| | | Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/15/2002) |
| 10/11/2002 | 121 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecum to witness Dr. Kent Nowlin for hearing upon issues of conditions of Pretrial confinement, and for payment of witness fees and expenses [118-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/11/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/15/2002) |
| 10/11/2002 | 122 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecum to witness Dr. Linda McCandles for hearing upon issues condtions of pretiral confinement, and for payment of witness fees and expenses [119-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/15/2002) |
| 10/11/2002 | 123 | ORDER by Magistrate Sarah W. Hays granting motion for issuance of subpoena duces tecum to the records custodian of the corrections corporation of America facility at Leavenworth, KS and for payment of witness fees and expenses, with suggestions in support [48-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) Modified on 12/20/2002 Changed document number from 3082301 to 123(AOTTSD, ). (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/15/2002) |
| 10/11/2002 | 126 | MOTION by Wesley Ira Purkey for order to file, under seal, dft's ex parte request # 3, made 4/11/02 (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/16/2002) |
| 10/15/2002 | 125 | MOTION by Wesley Ira Purkey for issuance of subpoena to CCA witnesses regarding allegations contained in Purkey's Motion to Dismiss, and for payment of witness fees and expenses (Cassaundra Honeycutt) Modified on 10/15/2002 (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/15/2002) |
| 10/15/2002 | 127 | ORDER by Magistrate Sarah W. Hays granting motion for order to file, under seal, dft's ex parte request # 3, made 4/11/02 [126-1] as to Wesley Ira Purkey; Request #3 for funds is attached and sealed with this Order (cc:all counsel) (Cassaundra Honeycutt) (Entered: 10/16/2002) |
| 10/16/2002 | 128 | ORDER #2 by Magistrate Sarah W. Hays granting motion for issuance of subpoena to CCA witnesses regarding allegations contained in Purkey's Motion to Dismiss, and for payment of witness fees and expenses [125-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/17/2002) |
| 10/17/2002 | 129 | MINUTE ENTRY of suppression hearing as to defendant Wesley Ira Purkey; Hearing continued to 10/23/02 @ 9:30 Magistrate Sarah W. Hays presiding Court Reporter: J. |

**001110**

| | | |
|---|---|---|
| | | Gicinto (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/18/2002) |
| 10/17/2002 | 130 | EXHIBIT INDEX by plaintiff USA (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/18/2002) |
| 10/17/2002 | 131 | EXHIBIT INDEX by defendant Wesley Ira Purkey (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/18/2002) |
| 10/23/2002 | 132 | MOTION by Wesley Ira Purkey for issuance of Writ of Habeas Corpus Ad Testificandum to witness Michael Speakman (Robin Jones) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/23/2002) |
| 10/23/2002 | 133 | MINUTE ENTRY of suppression hearing as to defendant Wesley Ira Purkey Magistrate Sarah W. Hays presiding Court Reporter: D. Cavallo (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/25/2002) |
| 10/23/2002 | 134 | EXHIBIT INDEX by defendant Wesley Ira Purkey (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/25/2002) |
| 10/23/2002 | 135 | EXHIBIT INDEX by plaintiff USA (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/25/2002) |
| 10/25/2002 | 136 | TRANSCRIPT of of Hearing on Motion to Suppress held on 10/17/02 before Magistrate Sarah W. Hays as to defendant Wesley Ira Purkey (Georgia Kee) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 2/11/15. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 10/28/2002) |
| 10/25/2002 | 137 | MINUTE ENTRY as to defendant Wesley Ira Purkey Magistrate Sarah W. Hays presiding Telephone scheduling conference held; Dft not present per his request; Possible dates for jury questionnaire, etc. as discussed; Counsel have prepared a tentative schedule and will bring it to chambers Court Reporter: Bonnie J. Rowland (Robin Jones) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 10/28/2002) |
| 10/25/2002 | 138 | Final PROPOSED Voir Dire by defendant Wesley Ira Purkey (Cassaundra Honeycutt) (Entered: 10/29/2002) |
| 10/28/2002 | 139 | Sealed document ORDER by Magistrate Sarah W. Hays as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Entered: 10/29/2002) |
| 10/30/2002 | 140 | Continuation of TRANSCRIPT of hearing on Motion to Supress held on 10/25/02 before |

001111

| | | |
|---|---|---|
| | | Magistrate Sarah W. Hays as to defendant Wesley Ira Purkey (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 2/11/15. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 10/31/2002) |
| 10/31/2002 | 141 | MOTION by Wesley Ira Purkey for issuance of subpoena duces tecum to Steven Gillespie, REcords Custodian of the Intelligence and Investigations Divison of the KS Department of Corrections, and for payment of witness fees and expenses, with suggestions in support. (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 11/02/2002) |
| 10/31/2002 | 142 | ORDER by Magistrate Robert E. Larsen granting motion for issuance of subpoena duces tecum to Steven Gillespie, REcords Custodian of the Intelligence and Investigations Divison of the KS Department of Corrections, and for payment of witness fees and expenses, with suggestions in support. [141-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 11/02/2002) |
| 10/31/2002 | 143 | MOTION by Wesley Ira Purkey for leave to file, under seal, dft's request for authorization to travel out of state #2 (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. There is no document to this filing being kept in the Clerk's Office. (Entered: 11/02/2002) |
| 10/31/2002 | 144 | ORDER by Magistrate Sarah W. Hays granting motion for leave to file, under seal, dft's request for authorization to travel out of state #2 [143-1] as to Wesley Ira Purkey (cc:all counsel) (Cassaundra Honeycutt) (Entered: 11/02/2002) |
| 11/07/2002 | 145 | SUPERSEDING indictment Wesley Ira Purkey (1) count(s) 1s (Cassaundra Honeycutt) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 2/12/15. (Entered: 11/07/2002) |
| 11/08/2002 | 147 | MOTION to continue trial to 2/24/02 by Wesley Ira Purkey. Suggestions in opposition/response due by 11/25/2002 (Honeycutt, Cassaundra) (Entered: 11/13/2002) |
| 11/12/2002 | 146 | MOTION to quash subpoena or in the alternative for In Camera inspection of Condifential KDOC records pertaining to Wesley Purkey by Steven Gillespie, Kansas Department of Corrections as to Wesley Ira Purkey. Suggestions in opposition/response due by 11/27/2002 (Honeycutt, Cassaundra) (Entered: 11/13/2002) |
| 11/15/2002 | 148 | Minute Entry for proceedings held before Judge Sarah W. Hays :Arraignment as to Wesley Ira Purkey (1) Count 1s held on 11/15/2002. (Court Reporter Dorothy Cavallo.) (Gicinto, JoRita) (Entered: 11/15/2002) |
| 11/15/2002 | 149 | Minute Entry for proceedings held before Judge Sarah W. Hays :Continuation of SUPPRESSION HEARING as to Wesley Ira Purkey held on 11/15/2002 SUPPRESSION Hearing continued to 12/17/2002 09:30 AM in Courtroom 6E, Kansas City (SWH) before Sarah Hays. (Court Reporter Dorothy Cavallo.) (Gicinto, JoRita) (Entered: 11/15/2002) |
| 11/15/2002 | 151 | Defendant's EXHIBIT INDEX (Kee, Georgia) (Entered: 11/22/2002) |
| 11/21/2002 | 150 | NOTICE *of Intent to Seek the Death Penalty* by USA as to Wesley Ira Purkey (Miller, Mark) (Entered: 11/21/2002) |

<span style="color:red">001112</span>

| | | |
|---|---|---|
| 11/21/2002 | 152 | TRANSCRIPT of Motion to Suppress Hearing as to Wesley Ira Purkey held on November 15, 2002 before Judge Sarah W. Hays. Court Reporter: Dorothy Cavallo. (Beard, Melanie) (Additional attachment(s) added on 2/11/2015: # 1 Main document) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 2/11/15. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 11/23/2002) |
| 11/24/2002 | 153 | MOTION to produce *Records* by Wesley Ira Purkey. Suggestions in opposition/response due by 12/9/2002 (Duchardt, Frederick) (Entered: 11/24/2002) |
| 11/24/2002 | 154 | MOTION to produce *Records Via Christi* by Wesley Ira Purkey. Suggestions in opposition/response due by 12/9/2002 (Duchardt, Frederick) (Entered: 11/24/2002) |
| 11/26/2002 | 155 | ORDER granting 147 motion to continue as to Wesley Ira Purkey (1) Jury Trial continued from date of 1/21/2003 and is now set for 2/24/2003 08:30 AM before Fernando Gaitan.. Signed by Judge Fernando J. Gaitan Jr. on 11/26/2002. (McIlvain, Kelly) (Entered: 11/26/2002) |
| 12/03/2002 | 156 | ORDER finding as moot 110 Wesley Ira Purkey's Disclosure Request Pursuant to F.R.Cr.P 16 (1); finding as moot 111 Wesley Ira Purkey's Request for Pretrial Disclosure, and Preliminary Hearing Upon Admissiblity, of Coconspirator Statements Which Will be Offered by the Government at Trial Pursuant to F.R.E. 801(d)(E) (1); finding as moot 112 Wesley Ira Purkey's Request for Pretrial Disclosure, and Preliminary Hearing Upon Admissibilty, of Evidence to Be Offered by the Government at Trial Pursuant to F.R.E. 404(b) and 807 (1); finding as moot 113 Wesley Ira Purkey's Request for Witness List (1); finding as moot 114 Wesley Ira Purkey's Request for Witness Statement Pursuant to 18 U.S.C. 3500 (1); finding as moot 115 . Signed by Judge Sarah W. Hays on December 3, 2002. (Gicinto, JoRita) (Entered: 12/03/2002) |
| 12/03/2002 | 157 | ORDER 153 motion to produce as to Wesley Ira Purkey (1)Ordered that Larry Vernon, Chief Legal Counsel for the Kansas Department of Social and Rehabilitative Services, produce to this Court, on or before December 13, 2002, verified copies of records pertaining to Wesley Purkey and Velma Purkey. Signed by Judge Sarah W. Hays on December 3, 2002. (Gicinto, JoRita) (Entered: 12/03/2002) |
| 12/03/2002 | 158 | ORDER 154 motion to produce as to Wesley Ira Purkey (1) oRDERED that Julie Bignell, Information Management Director for the Via Christi Regional Medical Center, Wichita, Kansas, produce to this Court on or before December 13, 2002, verified copies of records pertaining to the hospitalization of Velma Purkey, admission date May 31, 1980.Signed by Judge Sarah W. Hays on December 3, 2002. (Gicinto, JoRita) (Entered: 12/03/2002) |
| 12/06/2002 | 159 | MOTION to continue by Wesley Ira Purkey. Suggestions in opposition/response due by 12/23/2002 (Duchardt, Frederick) (Entered: 12/06/2002) |
| 12/09/2002 | 160 | MOTION Subpoenas for CCA Witnesses by Wesley Ira Purkey. Suggestions in opposition/response due by 12/24/2002 (Duchardt, Frederick) (Entered: 12/09/2002) |
| 12/09/2002 | 161 | APPLICATION FOR WRIT of Habeas Corpus ad Testificandum *for Xavier Lightfoot* by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 12/09/2002) |
| 12/09/2002 | 162 | APPLICATION FOR WRIT of Habeas Corpus ad Testificandum *for Cornelius Peoples* by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 12/09/2002) |
| 12/09/2002 | 163 | MOTION Subpoena for Witness Bell by Wesley Ira Purkey. Suggestions in opposition/response due by 12/24/2002 (Duchardt, Frederick) (Entered: 12/09/2002) |
| 12/10/2002 | 164 | MOTION to quash by Corrections Corporation of America as to Wesley Ira Purkey. Suggestions in opposition/response due by 12/26/2002 (Crow, Michael) (Entered: 12/10/2002) |

**001113**

| 12/11/2002 | 167 | MOTION to File, Under seal Defendant's Ex Parte Request # 3 for Authorization to Travel, Made December 10, 2002 by Wesley Ira Purkey. Suggestions in opposition/response due by 12/26/2002 (Beard, Melanie). (Entered: 12/16/2002) |
|---|---|---|
| 12/11/2002 | 168 | ORDER granting 167 motion to seal document as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 12/11/02. (Beard, Melanie) (Entered: 12/16/2002) |
| 12/12/2002 | 165 | ORDER granting in part and denying in part 160 Request as to Wesley Ira Purkey, Pursuant to F.R.Cr.P. 17(a), for Issuance of Subpoena to CCA Witnesses Regarding Allegations Contained in Purkey's Motion to Dismiss and for Payment of Witness Fees and Expenses - The Request is granted with respect to the issuance of subpoena directing Clayton Spears to appear before this Court on Decmber 17, 2002 at 9:30 a.m. The remainder of the Request is denied. ORDERED that the Government, through the United States Marshal's Service, pay the costs, including all necessary travel and expenses, attendant to securing the presence of Clayton Spears.ORDERED that the Request by Wesley Purkey, Pursuant to 28 U.S.C. 2241 and F.R.Cr.P. 17(a), for Issuance of Writ of Habeas Corpus ad Testificandum to Witness Xavier Lightfoot (doc #161) is granted. ORDERED that the Request by Wesley Purkey, Pursuant to 28 U.S.C. 2241 and F.R.Cr.P. 17(a)and (b), for Issuance of Writ of Habeas Corpus ad Testificandum to Witness Cornelius Peoples (doc #162) is deemed withdrawn. ORDERED 163 Requestby Wesley Purkey, Pursuant to F.R.Cr.P. 17(a) and (b), for Issuance of Subpoena to CCA Witness Nydia Bell Regarding Allegations Contained in Purkey's Motion to Dismiss, and for Payment of Witness Fees and Expenses is denied. (1). Signed by Judge Sarah W. Hays on December 12, 2002. (Gicinto, JoRita) (Entered: 12/12/2002) |
| 12/12/2002 | 166 | WRIT of Habeas Corpus ad Testificandum issued by Judge Sarah W. Hays as to Xavier Lightfoot for December 17, 2002 at 9:30 am in case as to Wesley Ira Purkey (Gicinto, JoRita) (Entered: 12/12/2002) |
| 12/16/2002 | 169 | MOTION Request to Reconsider Denial of CCA Subpoenas by Wesley Ira Purkey. Suggestions in opposition/response due by 12/31/2002 (Duchardt, Frederick) (Entered: 12/16/2002) |
| 12/16/2002 | 170 | MOTION Request for Order to Show Cause to CCA Warden Frederick Lawrence by Wesley Ira Purkey. Suggestions in opposition/response due by 12/31/2002 (Duchardt, Frederick) (Entered: 12/16/2002) |
| 12/16/2002 | 171 | MOTION Fourth Request to Relieve Adverse Conditions of Confinement by Wesley Ira Purkey. Suggestions in opposition/response due by 12/31/2002 (Duchardt, Frederick) (Entered: 12/16/2002) |
| 12/17/2002 | 172 | SUGGESTIONS IN SUPPORT OF MOTION to dismiss case re 84 *Grievance Policy Issues* by Wesley Ira Purkey. (Duchardt, Frederick) Modified on 12/17/2002 to correct event title and attach Notice Regarding Exhibit Attachment, previously filed as document #173 (Jones, Robin). Modified on 12/18/2002 to reflect receipt of exhibits in Clerk's Office (Jones, Robin). (Additional attachment(s) added on 2/12/2015: # 2 Exhibit A thru G part 1, # 3 Exhibit A thru G part 2) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The exhibits, which were originally referred to in the Notice of Exhibit Attachment, were scanned and attached to the filing on 2/12/15. There are no exhibits to this filing being kept in the Clerk's Office. (Entered: 12/17/2002) |
| 12/17/2002 | | The document originally filed as document #173, MOTION to dismiss case *Notice of Filing Appendix re Grievance Procedures*, has been deleted. The Notice Regarding Exhibit Attachment has been attached to document #172 to which it is an attachment. Modified on 12/17/2002 (Jones, Robin). (Entered: 12/17/2002) |
| 12/17/2002 | 173 | ORDER granting in part and denying in part 164 motion to quash as to Wesley Ira Purkey |

001114

| | | |
|---|---|---|
| | | (1). The Motion is granted to the extent that, but for a two page document entitled CCA Employee Problem Solving Notice dated July 11, 2002, Officer Willingham's personnel file need not be produced. The remainder of the Motion is denied. Signed by Judge Sarah W. Hays on December 17, 2002. (Gicinto, JoRita) Modified on 12/20/2002 changed document number from 3082302 to 173 (AOTTSD, ). (Entered: 12/17/2002) |
| 12/17/2002 | 174 | Defendant's EXHIBIT INDEX (Kee, Georgia) (Entered: 12/30/2002) |
| 12/27/2002 | 175 | TRANSCRIPT of Continuation of Hearing on Motion to Suppress and Motion to Dismiss proceedings as to Wesley Ira Purkey held on 12/17/02 before Judge Sarah W. Hays. (Kee, Georgia) (Additional attachment(s) added on 2/11/2015: # 1 Main document) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 2/11/15. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 12/31/2002) |
| 01/03/2003 | 176 | ORDER granting 159 motion to continue as to Wesley Ira Purkey (1). Signed by Judge Fernando J. Gaitan Jr. on 1/3/2003. This trial shall be reset after further consultation between the parties and the Court. (McIlvain, Kelly) (Entered: 01/03/2003) |
| 01/03/2003 | 177 | RESPONSE to motion by Corrections Corporation of America as to Wesley Ira Purkey re 170 MOTION Request for Order to Show Cause to CCA Warden Frederick Lawrence (Crow, Michael) (Entered: 01/03/2003) |
| 01/03/2003 | 178 | RESPONSE to motion by USA as to Wesley Ira Purkey re 171 MOTION Fourth Request to Relieve Adverse Conditions of Confinement (Attachments: # 1 Affidavit# 2 Transcript)(Whitworth, Matt) (Entered: 01/03/2003) |
| 01/30/2003 | | ***Remark as to Wesley Ira Purkey : Parties are to file respnses by February 14, 2003. (Gicinto, JoRita) (Entered: 01/30/2003) |
| 02/03/2003 | 181 | MOTION to produce *documents to Independence Police Department* by Wesley Ira Purkey. Suggestions in opposition/response due by 2/18/2003 (O'Sullivan, Laura) (Entered: 02/03/2003) |
| 02/03/2003 | 182 | MOTION to produce *documents to records custodian for Juvenile Court* by Wesley Ira Purkey. Suggestions in opposition/response due by 2/18/2003 (O'Sullivan, Laura) (Entered: 02/03/2003) |
| 02/03/2003 | 183 | MOTION to produce *documents to Records Custodian for Kansas City Board of Education* by Wesley Ira Purkey. Suggestions in opposition/response due by 2/18/2003 (O'Sullivan, Laura) (Entered: 02/03/2003) |
| 02/03/2003 | 184 | MOTION to produce *documents to Records Custodian of Kansas City Police Department* by Wesley Ira Purkey. Suggestions in opposition/response due by 2/18/2003 (O'Sullivan, Laura) (Entered: 02/03/2003) |
| 02/03/2003 | 185 | MOTION to produce *documents to Records Custodian for Wichita Police Department* by Wesley Ira Purkey. Suggestions in opposition/response due by 2/18/2003 (O'Sullivan, Laura) (Entered: 02/03/2003) |
| 02/13/2003 | | ***Remark as to Wesley Ira Purkey : Telephone Conference has been scheduled for Friday, February 21, 2003 at 2:30 before Judge Sarah W. Hays. (Gicinto, JoRita) (Entered: 02/13/2003) |
| 02/13/2003 | 186 | ORDER granting 185 motion to produce all records, reports, memoranda, letters or any other documents pertaining to Wesley Ira Purkey (1). In addition, the U.S. Marshal, Western District of Missouri, is ORDERED, pursuant to 28 U.S.C. Section 19159c) and Rules 17(b) and(e)(1), Fed.R.Crim.p. to pay witness fees in accordance with 28 U.S.C. |

**001115**

| | | |
|---|---|---|
| | | Sections 1821 and 1825.Signed by Judge Sarah W. Hays on February 13, 2003. (Gicinto, JoRita) (Entered: 02/13/2003) |
| 02/13/2003 | 187 | SUGGESTIONS in support by Wesley Ira Purkey re 170 MOTION Request for Order to Show Cause to CCA Warden Frederick Lawrence *Reply to CCA Suggestions (177)* (Duchardt, Frederick) (Entered: 02/13/2003) |
| 02/18/2003 | 188 | RESPONSE to motion by USA as to Wesley Ira Purkey re 84 Motion to Dismiss Case *Due to Destruction of Evidence by Detention Staff at CCA-Leavenworth* (Attachments: # 1 Exhibit statement# 2 Exhibit letter)(Whitworth, Matt) (Entered: 02/18/2003) |
| 02/18/2003 | 189 | SUGGESTIONS in opposition by USA as to Wesley Ira Purkey re 19 Motion to Suppress *Statements to FBI Agents and Police* Reply Suggestions due by 3/5/2003. (Whitworth, Matt) Additional attachment(s) added on 2/19/2003 (Honeycutt, Cassaundra). Modified on 2/19/2003 to reflect exhibits received in Clerks Office(Honeycutt, Cassaundra). (Additional attachment(s) added on 2/12/2015: # 2 Exhibit A thru O) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The exhibits, which were originally referred to in the Notice of Exhibit Attachment, were scanned and attached to the filing on 2/12/15. There are no exhibits to this filing being kept in the Clerk's Office. (Entered: 02/18/2003) |
| 02/18/2003 | | THIS DOCUMENT HAS BEEN REMOVED AND ATTACHED TO DOCUMENT #189: NOTICE *Regarding Attachments* by USA as to Wesley Ira Purkey (Whitworth, Matt) Modified on 2/19/2003 (Honeycutt, Cassaundra). (Entered: 02/18/2003) |
| 02/21/2003 | 190 | Minute Entry for proceedings held before Judge Sarah W. Hays :TELEPHONE CONFERENCE/Status Conference as to Wesley Ira Purkey held on 2/21/2003, discussions were held as to when this case may be ready for trial and pending motions. (Court Reporter Dorothy Cavallo.) (Cavallo, Dorothy) Modified on 2/21/2003 to correct spelling (Cavallo, Dorothy). (Entered: 02/21/2003) |
| 02/24/2003 | 191 | SUGGESTIONS in support by Wesley Ira Purkey re 19 Motion to Suppress *Post Hearing Suggestions* (Duchardt, Frederick) (Entered: 02/24/2003) |
| 02/24/2003 | 192 | MOTION Subpoena Duces Tecum for Medical Records and Procedure Manual CCA by Wesley Ira Purkey. Suggestions in opposition/response due by 3/11/2003 (Duchardt, Frederick) (Entered: 02/24/2003) |
| 02/24/2003 | 193 | SUGGESTIONS in support by Wesley Ira Purkey re 91 Motion to Dismiss Case (Duchardt, Frederick) (Entered: 02/24/2003) |
| 02/24/2003 | 194 | SUGGESTIONS in support by Wesley Ira Purkey re 171 MOTION Fourth Request to Relieve Adverse Conditions of Confinement *Reply to Government Suggestions 178* (Duchardt, Frederick) (Entered: 02/24/2003) |
| 02/24/2003 | 195 | MOTION to appoint expert *Dr. Joseph Evans, DDS* by Wesley Ira Purkey. Suggestions in opposition/response due by 3/11/2003 (Duchardt, Frederick) (Entered: 02/24/2003) |
| 02/25/2003 | 196 | ORDER granting 192 motion as to Wesley Ira Purkey (1). ORDERED, pursuant to Rules 17(a), (b) and (c), Fed. R. Crim. P., to issue a subpoena duces tecum to Warden Frederick Lawrence, Records Custodian, CCA, Leavenworth, Kansas to appear before this Court on or before 3/10/03 at 9:00 a.m., and produce all medical and dental records maintained by CCA pertaining to Purkey and the policy and procedures manual for CCA, particularly including, but not limited to Chapter 5, and any other portion where in there is a reference to preservation of videotapes. The USM is ORDERED to pay witness fees and ORDERED to serve the subpoena duces tecum upon Fredrick Lawrence. Signed by Judge Sarah W. Hays on 2/25/03. (O'Connor, Stacy) (Entered: 02/25/2003) |
| 02/25/2003 | 197 | REPLY SUGGESTIONS to motion by Corrections Corporation of America as to Wesley Ira Purkey re 170 MOTION Request for Order to Show Cause to CCA Warden Frederick |

001116

| | | |
|---|---|---|
| | | Lawrence (Crow, Michael) (Entered: 02/25/2003) |
| 02/28/2003 | [198](#) | REPLY SUGGESTIONS in support by Wesley Ira Purkey re [170](#) MOTION Request for Order to Show Cause to CCA Warden Frederick Lawrence *Response to Second Suggestions by Warden Lawrence [197](#)* (Duchardt, Frederick) Modified on 3/3/2003 (Honeycutt, Cassaundra). (Entered: 02/28/2003) |
| 03/02/2003 | [199](#) | MOTION to travel *for Investigator* by Wesley Ira Purkey. Suggestions in opposition/response due by 3/17/2003 (Duchardt, Frederick) (Entered: 03/02/2003) |
| 03/03/2003 | [200](#) | ORDER granting [199](#) motion to travel as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on March 3, 2003. (Gicinto, JoRita) (Entered: 03/03/2003) |
| 03/10/2003 | [201](#) | Minute Entry for proceedings held before Judge Sarah W. Hays :STATUS CONFERENCE/Subpoena Return as to Wesley Ira Purkey held on 3/10/2003; items submitted, video tape of 4/15/02, medical records, and procedures manual. (Court Reporter Dorothy Cavallo.) (Cavallo, Dorothy) (Entered: 03/10/2003) |
| 04/03/2003 | [202](#) | MOTION for order to file under seal, dft's ex parte motion request #5 for authorization to travel, made 4/2/03 by Wesley Ira Purkey. Suggestions in opposition/response due by 4/18/2003 (Kee, Georgia) (Entered: 04/04/2003) |
| 04/03/2003 | [203](#) | MOTION for order to file, under seal, dft's ex parte request #6 for authorization to travel, made 4/2/03 by Wesley Ira Purkey. Suggestions in opposition/response due by 4/18/2003 (Kee, Georgia) (Entered: 04/04/2003) |
| 04/03/2003 | [204](#) | ORDER granting [202](#) dft's motion for order as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 4/3/03. (Kee, Georgia) (Entered: 04/04/2003) |
| 04/03/2003 | [205](#) | ORDER granting [203](#) dft's motion for order as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 4/3/03. (Kee, Georgia) (Entered: 04/04/2003) |
| 05/02/2003 | [206](#) | MOTION Subpoena Duces Tecum to Fredrick Lawrence, CCA by Wesley Ira Purkey. Suggestions in opposition/response due by 5/19/2003 (Duchardt, Frederick) (Entered: 05/02/2003) |
| 05/09/2003 | [207](#) | ORDER granting [206](#) motion Issue Subpoena Duces Tecum to Fredrick Lawrence, Custodian of Records,CCA as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 5/9/03. (Cavallo, Dorothy) (Entered: 05/09/2003) |
| 05/09/2003 | [208](#) | MOTION to quash *parts of Defendant Purkey's Subpoena Duces Tecum* by Corrections Corporation of America as to Wesley Ira Purkey. Suggestions in opposition/response due by 5/27/2003 (Crow, Michael) (Entered: 05/09/2003) |
| 05/15/2003 | [209](#) | REPLY SUGGESTIONS to motion by Wesley Ira Purkey re [206](#) MOTION Subpoena Duces Tecum to Fredrick Lawrence, CCA, [208](#) MOTION to quash *parts of Defendant Purkey's Subpoena Duces Tecum* (Duchardt, Frederick) (Entered: 05/15/2003) |
| 05/19/2003 | [210](#) | Minute Entry for proceedings held before Judge Sarah W. Hays :MOTION HEARING as to Wesley Ira Purkey held on 5/19/2003 re [206](#) MOTION Subpoena Duces Tecum to Fredrick Lawrence, CCA filed by Wesley Ira Purkey, [208](#) MOTION to quash *parts of Defendant Purkey's Subpoena Duces Tecum* filed by Corrections Corporation of America; defendant's counsel called to the stand: Warden Lawrence and Chief of Security A. Ford. Exhibits A519 and B519 wee admitted for purposes of this hearing. At the close of testimony the parties agreed that the Court needs to rule on items #1 and #1. The Court took the matter under advisement. (Court Reporter 5/19/03.) (Cavallo, Dorothy) (Entered: 05/19/2003) |
| 05/21/2003 | [211](#) | MOTION Issuance of Subpoena *for Velma Purkey's records from Wichita Police* |

**001117**

| | | |
|---|---|---|
| | | *Department* by Wesley Ira Purkey. Suggestions in opposition/response due by 6/5/2003 (O'Sullivan, Laura) (Entered: 05/21/2003) |
| 05/21/2003 | 212 | MOTION Subpoena Duces Tecum *to Wichita Police Department for Wesley Purkey's records* by Wesley Ira Purkey. Suggestions in opposition/response due by 6/5/2003 (O'Sullivan, Laura) (Entered: 05/21/2003) |
| 05/21/2003 | 213 | MOTION Subpoena Duces Tecum *to Wyandotte County Jail* by Wesley Ira Purkey. Suggestions in opposition/response due by 6/5/2003 (O'Sullivan, Laura) (Entered: 05/21/2003) |
| 05/22/2003 | 214 | TRANSCRIPT of Motion to Quash Subpoena as to Wesley Ira Purkey held on 5/19/03 before Judge Hays. Court Reporter: Dorothy Cavallo. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 2/11/15. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 05/22/2003) |
| 05/29/2003 | 215 | ORDER granting 211 motion as to Wesley Ira Purkey for Issuance of Subpoenea Duec Tecum to the Records Custodian of the Whichita, Kansas Police Department, 455 N. Main, Wichita, Kansas and for Payment of Witness Fees and Expenses with Suggestions in Support. (1) Signed by Judge Sarah W. Hays on May 29, 2003. (Gicinto, JoRita) (Entered: 05/29/2003) |
| 05/29/2003 | 216 | ORDER granting 212 motion as to Wesley Ira Purkey (1) for Issuance of Subpoena Duces Tecum to the Records Custodian of the Wichita, Kansas Police Department and for Payment of Witness Fees and Expenses with Suggesions in Support. Signed by Judge Sarah W. Hays on May 29, 2003. (Gicinto, JoRita) (Entered: 05/29/2003) |
| 05/29/2003 | 217 | ORDER granting 213 motion as to Wesley Ira Purkey (1) for Issuance of Subpoena Duces Tecum to the Records Custodian of the Wyandotte County Jail, 710 N. 7th Street, Kansas City, Kansas and for Payment of Witness and Expenses, with Suggestions in Support. Signed by Judge Sarah W. Hays on May 29, 2003. (Gicinto, JoRita) (Entered: 05/29/2003) |
| 06/05/2003 | 218 | ORDER finding as moot 17 motion as to Wesley Ira Purkey requesting for order correcting unreasonably adverse conditions of pretrial detention (1); finding as moot 47 motion as to Wesley Ira Purkey, pursuant to F.R.Cr.P. 17(a) and (c), for issuance of subpoena and for subpoena duces tecum to Gary Fuller (1); finding as moot 64 motion for order as to Wesley Ira Purkey second request for order correcting unreasonably adverse conditions of pretrial detention (1); finding as moot 93 motion for order as to Wesley Ira Purkey third request for order correction unreasonably adverse conditions of pretrial detention (1); finding as moot 171 motion as to Wesley Ira Purkey fourth request for order correcting unreasonably adverse conditions of pretrial detention (1); finding as moot 195 motion to appoint expert as to Wesley Ira Purkey ex parte for funds to obtain dental expert assistance for development of evidence (1). Signed by Judge Sarah W. Hays on June 5, 2003. (Gicinto, JoRita) (Entered: 06/05/2003) |
| 06/06/2003 | 219 | REPORT AND RECOMMENDATIONS ON COMPETENCY as to Wesley Ira Purkey. RECOMMEND that the Court, after making an independent review of the record and applicable law, enter an order finding that defendant Wesley I. Purkey is competent. Objections to R&R due by 6/16/2003. Signed by Judge Sarah W. Hays on June 6, 2003. (Gicinto, JoRita) (Entered: 06/06/2003) |
| 06/18/2003 | 220 | ORDER as to Wesley Ira Purkey re 213 MOTION Subpoena Duces Tecum *to Wyandotte County Jail* filed by Wesley Ira Purkey. Signed by Judge Sarah W. Hays on June 18, |

**001118**

| | | 2003. (Gicinto, JoRita) (Entered: 06/18/2003) |
|---|---|---|
| 07/09/2003 | 221 | ORDER finding as moot 20 Request for Notice of Intention to Use Evidence Subject to Motion Made Pursuant to F.R.Cr.P 12(d)(2) as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on July 9, 2003. (Gicinto, JoRita) (Entered: 07/09/2003) |
| 07/09/2003 | 222 | ORDER denying 169 Request that the Court Reconsider Its Denial of Request for Subpoenas as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on July 9, 2003. (Gicinto, JoRita) (Entered: 07/09/2003) |
| 07/09/2003 | 223 | ORDER finding as moot 132 Request by Wesley Ira Purkey(1), Pursuant to 28 U.S.C 2241 and F.R.Cr.P 17(a) and (b), for Issuance of Writ of Habeas Corpus ad Restificandum to Witness MIchael Speakman. Signed by Judge Sarah W. Hays on July 9, 2003. (Gicinto, JoRita) (Entered: 07/09/2003) |
| 07/09/2003 | 224 | ORDER denying 170 Request by Wesley Ira Purkey (1), Pursuant to F.R.Cr.P. 17(c) and (g), That Court Issue Order to Frederick Lawrence, Warden and Records Custodian for the Corrections Corportation of America Facility at Leavenworth, Kansas, to Show Cause Why He Should Not be Held in Contempt of Court for Failure to Comply with Subpoena Duces Tecum. Signed by Judge Sarah W. Hays on July 9, 2003. (Gicinto, JoRita) (Entered: 07/09/2003) |
| 07/09/2003 | 225 | SCHEDULING AND TRIAL ORDER as to Wesley Ira Purkey Pretrial Conference set for 10/01/03 at 9:30 a.m. before Sarah Hays. FINAL Pretrial Conference set for 10/20/2003 09:30 AM before Fernando Gaitan. Special Setting- Jury Trial set for 10/27/2003 09:00 AM before Fernando Gaitan.Pretrial motions shall be filed on or before July 25, 2003. Suggestions in opposition shall be filed on or before August 15, 2003. See Order for details. Signed by Judge Sarah W. Hays on July 9, 2003. (Gicinto, JoRita) (Entered: 07/09/2003) |
| 07/10/2003 | 226 | ORDER finding as moot 67 Request by Wesley Ira Purkey (1), Pursuant to F.R.Cr.P 17(c), for Issuance of Subpoena Duces Tecum to the Records Custodian of the Kansas Department of Corrections, Hutchinson, Kansas, and for Payment of Witness Fees and Expenses. Signed by Judge Sarah W. Hays on July 10, 2003. (Gicinto, JoRita) (Entered: 07/10/2003) |
| 07/10/2003 | 227 | ORDER finding as moot 51 Motion to QuashSubpoena Duces Tecum Requested By Defendant on February 4, 2002, Against Assistant Warden Roger Moore, Records Custodian, Corrections Corportation of America, Leavenworth Detention Center as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on July 10, 2003. (Gicinto, JoRita) (Entered: 07/10/2003) |
| 07/10/2003 | 228 | ORDER granting in part and denying in part 146 Motion to Quash Subpoena or in the Alternative for in Camera Inspection of Confidential KDOC Records Pertaining as to Wesley Ira Purkey (1) -ORDERED the prtion of the motion which requests that the Court quash the subpoena is denied. The portion of the motion which seeks an in camera inspection of the records is granted. It is further ORDERED that by providing copies of all records for in camera inspection, any obligation for movant Steven Gillespie to personally appear with the requested records is moot and the subpoena duces tecum is deemed satisfied. Signed by Judge Sarah W. Hays on July 10, 2003. (Gicinto, JoRita) (Entered: 07/10/2003) |
| 07/10/2003 | 229 | ORDER denying in part 208 Corrections Corporation of America's Motion to Quash Parts of Defendant Purkey's Subpoena Duces Tecum, File Date Unknown, Hearing Set for May 16, 2003 and Certain Parts of Subsequent Requests of Defendant Purkey in Regard Thereto. The portion of the motion which requests that the Court quash the subpoena for the videotapes and written logging sheest is denied. The remanider of the |

**001119**

| | | |
|---|---|---|
| | | motion is moot. It is further ORDERED that Corrections Corportation of America shall either review all the videotapes recorded in Pod A between April 15, 2002 and April 30, 2003 and all of the written logging sheets prepared with respect to these videotapes for instances where defendant Purkey is either pictured or his voice is heard on the tapes and report the results of the review to defense counsel by August 8, 2003, or give defense counsel access to the videotapes recorded in Pod A between Apri 15, 2002 and April 30, 2003 and all written logging sheets prepared with respect to these videotapes on or before August 8, 2003.. Signed by Judge Sarah W. Hays on July 10, 2003. (Gicinto, JoRita) (Entered: 07/10/2003) |
| 07/11/2003 | 230 | REPORT AND RECOMMENDATIONS as to Wesley Ira Purkey Objections to R&R due by 7/24/200; it is Recommended that the Court enter an Order denying Defendant's Purkey's Motion to Dismiss Due to Destruction of Defense Evidence by DetentionStaff at CCA Leavenworth (Doc.#84).. Signed by Judge Sarah W. Hays on 7/11/03. (Cavallo, Dorothy) (Entered: 07/11/2003) |
| 07/11/2003 | 231 | REPORT AND RECOMMENDATIONS as to Wesley Ira Purkey Objections to R&R due by 7/24/2003; It is recommended that the Court enter an Order denying defendant's Purkey's Motion to Suppress Statements to FBI Agents and Police, Due to Lack of Knowing, Voluntary and Intelligent Waiver of Rights, in Light of Inducement of False promises Evoking Said Statements (doc. #19).. Signed by Judge Sarah W. Hays on 7/11/03. (Cavallo, Dorothy) (Entered: 07/11/2003) |
| 07/23/2003 | 232 | MOTION Use of Jury Questionnaire by Wesley Ira Purkey. Suggestions in opposition/response due by 8/7/2003 (Duchardt, Frederick) (Entered: 07/23/2003) |
| 07/24/2003 | 235 | OBJECTION TO REPORT AND RECOMMENDATIONS 230 regarding motion to dismiss by Wesley Ira Purkey. (Beard, Melanie) (Entered: 07/29/2003) |
| 07/24/2003 | 236 | OBJECTION TO REPORT AND RECOMMENDATIONS 231 regarding motion to suppress by Wesley Ira Purkey (Beard, Melanie) (Entered: 07/29/2003) |
| 07/24/2003 | | ***Remark as to Wesley Ira Purkey : DELETED DOCUMENTS 233(Objections to Report and Recommendations filed as a motion) and 234( Objections to Report and Recommendations filed as a motion) are deleted and have been filed as documents#235 and #236 by the Clerk's Office. This case will no longer have a document #233 and #234. (Beard, Melanie) (Entered: 07/29/2003) |
| 07/29/2003 | 237 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for 219 Report and Recommendations. Signed by Judge Fernando J. Gaitan Jr. on 7/29/03. (Beard, Melanie) (Entered: 07/29/2003) |
| 07/30/2003 | 238 | MOTION Issuance of Subpoena Duces Tecum *to SBC, Inc.* by Wesley Ira Purkey. Suggestions in opposition/response due by 8/14/2003 (O'Sullivan, Laura) (Entered: 07/30/2003) |
| 07/30/2003 | 239 | MOTION Issuance of Subpoena Duces Tecum *to Kansas State Historical Society* by Wesley Ira Purkey. Suggestions in opposition/response due by 8/14/2003 (O'Sullivan, Laura) (Entered: 07/30/2003) |
| 07/31/2003 | 240 | MOTION Issuance of Subpoena Duces Tecum *to Boeing* by Wesley Ira Purkey. Suggestions in opposition/response due by 8/15/2003 (O'Sullivan, Laura) (Entered: 07/31/2003) |
| 08/01/2003 | 241 | NOTICE *of Intent to Rely upon Mental Defense* by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 08/01/2003) |
| 08/01/2003 | 242 | MOTION Prohibit Seeking Death Penalty *in Light of Government Representations* by Wesley Ira Purkey. Suggestions in opposition/response due by 8/18/2003 (Duchardt, |

001120

| | | Frederick) (Entered: 08/01/2003) |
|---|---|---|
| 08/01/2003 | 243 | ORDER granting 238 motion for issuance of Subpoena Duces Tecum as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on August 1, 2003. (Gicinto, JoRita) (Entered: 08/01/2003) |
| 08/01/2003 | 244 | ORDER granting 239 motion for issuance of subponea as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on August 1, 2003. (Gicinto, JoRita) (Entered: 08/01/2003) |
| 08/01/2003 | 245 | ORDER granting 240 motion for issuance of subponea as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on August 1, 2003. (Gicinto, JoRita) (Entered: 08/01/2003) |
| 08/08/2003 | 246 | AMENDED ORDER as to Wesley Ira Purkey re 243 Order on Motion for Miscellaneous Relief, 238 MOTION Issuance of Subpoena Duces Tecum *to SBC, Inc.* filed by Wesley Ira Purkey. Signed by Judge Sarah W. Hays on August 8, 2003. (Gicinto, JoRita) (Entered: 08/08/2003) |
| 08/08/2003 | 247 | AMENDED ORDER as to Wesley Ira Purkey re 244 Order on Motion for Miscellaneous Relief, 239 MOTION Issuance of Subpoena Duces Tecum *to Kansas State Historical Society* filed by Wesley Ira Purkey. Signed by Judge Sarah W. Hays on August 8, 2003. (Gicinto, JoRita) (Entered: 08/08/2003) |
| 08/08/2003 | 248 | AMENDED ORDER as to Wesley Ira Purkey re 240 MOTION Issuance of Subpoena Duces Tecum *to Boeing* filed by Wesley Ira Purkey, 245 Order on Motion for Miscellaneous Relief. Signed by Judge Sarah W. Hays on August 8, 2003. (Gicinto, JoRita) (Entered: 08/08/2003) |
| 08/11/2003 | 249 | MOTION Prohibit Seeking Death Penalty, FDPA Unconstitutional by Wesley Ira Purkey. Suggestions in opposition/response due by 8/26/2003 (Duchardt, Frederick) (Entered: 08/11/2003) |
| 08/11/2003 | 250 | MOTION Strike Duplicative Aggravating Factors by Wesley Ira Purkey. Suggestions in opposition/response due by 8/26/2003 (Duchardt, Frederick) (Entered: 08/11/2003) |
| 08/16/2003 | 251 | Second MOTION to appoint expert *Regarding Blood Testing (Doc. 39)* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/2/2003 (Duchardt, Frederick) (Entered: 08/16/2003) |
| 08/16/2003 | 252 | MOTION Declare FDPA Unconstitutional Due to Risk of Execution of the Innocent by Wesley Ira Purkey. Suggestions in opposition/response due by 9/2/2003 (Duchardt, Frederick) (Entered: 08/16/2003) |
| 08/20/2003 | 253 | NOTICE *of Expert Witnesses* by USA as to Wesley Ira Purkey (Attachments: # 1 Notice of Exhibit Attachment)(Whitworth, Matt) Modified on 8/25/2003 to reflect exhibits received in Clerk's Office.(Honeycutt, Cassandra). (Additional attachment(s) added on 2/12/2015: # 2 Exhibit 1 thru 19) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The exhibits, which were originally referred to in the Notice of Exhibit Attachment, were scanned and attached to the filing on 2/12/15. There are no exhibits to this filing being kept in the Clerk's Office. (Entered: 08/20/2003) |
| 08/20/2003 | 257 | MOTION for leave to file, under seal, Mr. Purkey's Motion #1 to Strike Aggrvating circumstance allegation by Wesley Ira Purkey. (Honeycutt, Cassaundra) (Entered: 08/26/2003) |
| 08/20/2003 | 258 | ORDER granting 257 motion for leave to file, under seal, MR. Purkey's Motion #1 to strike aggravating circumstance allegation as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 8/20/03. (Honeycutt, Cassaundra) (Entered: 08/26/2003) |

**001121**

| | | |
|---|---|---|
| 08/20/2003 | 259 | MOTION for leave to file, under seal, Mr. Purkey's Motion #2 to strike Aggravating circumstance allegation by Wesley Ira Purkey. (Honeycutt, Cassaundra) (Entered: 08/26/2003) |
| 08/20/2003 | 260 | ORDER granting 259 motion for leave to file, under seal, MR. Purkey's Motion #2 to strike aggravating circumstance allegation as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 8/20/03. (Honeycutt, Cassaundra) (Entered: 08/26/2003) |
| 08/20/2003 | 261 | MOTION for leave to file, under seal, Mr. Purkey's Motion #3 to strike aggravating circumstance allegation by Wesley Ira Purkey. (Honeycutt, Cassaundra) (Entered: 08/26/2003) |
| 08/20/2003 | 262 | ORDER granting 261 motion for leave to file, under seal, Mr. Purkey's Motion #3 to Strike Aggravating Factor Allegation as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 8/20/03. (Honeycutt, Cassaundra) (Entered: 08/26/2003) |
| 08/20/2003 | 263 | MOTION for leave to file, under seal, MR. PUrkey's Motion to supplement funds for investigator by Wesley Ira Purkey. (Honeycutt, Cassaundra) (Entered: 08/26/2003) |
| 08/20/2003 | 264 | ORDER granting 263 motion for leave to file, under seal, to supplement funds for investigator as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 8/20/03. (Honeycutt, Cassaundra) (Entered: 08/26/2003) |
| 08/20/2003 | 265 | MOTION for leave to file, under seal, Mr. Purkey's Motion to supplement previous request #1 by Wesley Ira Purkey. (Honeycutt, Cassaundra) (Entered: 08/26/2003) |
| 08/20/2003 | 266 | ORDER granting 265 motion for leave to file as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 8/20/03. (Honeycutt, Cassaundra) (Entered: 08/26/2003) |
| 08/22/2003 | 254 | MOTION Request for Disclosure of and Limitation on Victim Impact Evidence by Wesley Ira Purkey. Suggestions in opposition/response due by 9/8/2003 (Duchardt, Frederick) (Entered: 08/22/2003) |
| 08/26/2003 | 255 | MOTION to appoint expert *for Hair Analysis Issues* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/10/2003 (Duchardt, Frederick) (Entered: 08/26/2003) |
| 08/26/2003 | 256 | MOTION to appoint expert *for Tool Mark Analysis Issues* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/10/2003 (Duchardt, Frederick) (Entered: 08/26/2003) |
| 08/26/2003 | 267 | ORDER denying 181 motion to produce as to Wesley Ira Purkey (1); denying 182 motion to produce as to Wesley Ira Purkey (1); denying 183 motion to produce as to Wesley Ira Purkey (1); denying 184 motion to produce as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on August 26, 2003. (Gicinto, JoRita) (Entered: 08/26/2003) |
| 08/27/2003 | 268 | RESPONSE to motion by USA as to Wesley Ira Purkey re 250 MOTION Strike Duplicative Aggravating Factors (Whitworth, Matt) (Entered: 08/27/2003) |
| 08/28/2003 | 269 | MOTION to Issue Subpoenas Duces Tecum to Witnesses Jeanette Purkey, Donna Wiley and Edward Wiley by Wesley Ira Purkey. Suggestions in opposition/response due by 9/12/2003 (Duchardt, Frederick) Modified on 9/2/2003 (Gicinto, JoRita).Termed motion - document 273 (Entered: 08/28/2003) |
| 08/28/2003 | 270 | RESPONSE to motion by USA as to Wesley Ira Purkey re 242 MOTION Prohibit Seeking Death Penalty *in Light of Government Representations* (Whitworth, Matt) (Entered: 08/28/2003) |
| 08/28/2003 | 271 | MOTION Issuance of Subpoena Duces Tecum *to Records Custodian of St. John Hospital* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/12/2003 (O'Sullivan, |

**001122**

| | | Laura) Modified on 9/2/2003 (Gicinto, JoRita).Untermed this motion as it has not been ruled (Entered: 08/28/2003) |
|---|---|---|
| 08/28/2003 | 272 | MOTION Issuance of Subpoena Duces Tecum *to Records Custodian of Wyandotte County Jail* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/12/2003 (O'Sullivan, Laura) (Entered: 08/28/2003) |
| 08/28/2003 | 273 | ORDER granting 269 motion for issuance of subpoena as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on August 28, 2003. (Gicinto, JoRita) Modified on 9/2/2003 (Gicinto, JoRita).Corrected the motion related to this order. (Entered: 08/28/2003) |
| 08/28/2003 | 274 | RESPONSE to motion by USA as to Wesley Ira Purkey re 252 MOTION Declare FDPA Unconstitutional Due to Risk of Execution of the Innocent (Whitworth, Matt) (Entered: 08/28/2003) |
| 08/28/2003 | 280 | MOTION to file under seal, Mr. Purkey's Motion #4 to strike aggravating FActor allegation by Wesley Ira Purkey. Suggestions in opposition/response due by 9/12/2003 (Honeycutt, Cassaundra) (Entered: 09/03/2003) |
| 08/28/2003 | 281 | SEALED ORDER granting 280 motion to strike as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 8/28/03. (Honeycutt, Cassaundra) (Entered: 09/03/2003) |
| 08/28/2003 | 282 | MOTION to file under seal, Mr. Purkey's Motion in Liminie pertaining to closing argument by Wesley Ira Purkey. Suggestions in opposition/response due by 9/12/2003 (Honeycutt, Cassaundra) (Entered: 09/03/2003) |
| 08/28/2003 | 283 | SEALED ORDER granting 282 motion for order as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 8/28/03. (Honeycutt, Cassaundra) (Entered: 09/03/2003) |
| 08/29/2003 | 275 | NOTICE *of Rebuttal Expert Witnesses Relating to Defendant's Alleged Mental Condition* by USA as to Wesley Ira Purkey (Attachments: # 1 Notice of Exhibit Attachment) (Whitworth, Matt) Modified on 9/3/2003 to reflect exhibits received in Clerk's Office. (Honeycutt, Cassaundra). (Additional attachment(s) added on 2/12/2015: # 2 Exhibit 1 thru 5) (Crespo, Wil). Modified on 2/12/2015 (Crespo, Wil). The exhibits, which were originally referred to in the Notice of Exhibit Attachment, were scanned and attached to the filing on 2/12/15. There are no exhibits to this filing being kept in the Clerk's Office. (Entered: 08/29/2003) |
| 09/02/2003 | 276 | RESPONSE to motion by USA as to Wesley Ira Purkey re 254 MOTION Request for Disclosure of and Limitation on Victim Impact Evidence (Whitworth, Matt) (Entered: 09/02/2003) |
| 09/02/2003 | 277 | RESPONSE to motion by USA as to Wesley Ira Purkey re 249 MOTION Prohibit Seeking Death Penalty, FDPA Unconstitutional (Attachments: # 1 Notice of Intent to Seek the Death Penalty)(Whitworth, Matt) (Entered: 09/02/2003) |
| 09/02/2003 | 278 | ORDER granting 271 motion for issuance of subpoena as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on September 2, 2003. (Gicinto, JoRita) (Entered: 09/02/2003) |
| 09/02/2003 | 284 | MOTION to seal document by USA as to Wesley Ira Purkey. Suggestions in opposition/response due by 9/17/2003 (Honeycutt, Cassaundra) (Entered: 09/04/2003) |
| 09/02/2003 | 285 | ORDER granting 284 motion to seal document as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 9/2/03. (Honeycutt, Cassaundra) (Entered: 09/04/2003) |
| 09/03/2003 | 279 | Amended MOTION Issuance of Subpoena Duces Tecum *to Custodian of Records for Wyandotte County Jail* by Wesley Ira Purkey. Suggestions in opposition/response due by |

**001123**

| | | |
|---|---|---|
| | | 9/18/2003 (O'Sullivan, Laura) (Entered: 09/03/2003) |
| 09/04/2003 | 286 | ORDER denying [#19] defendant's motion to suppress as to Wesley Ira Purkey (1) and adopting Report and Recommendations re 231 Report and Recommendations as to Wesley Ira Purkey (1) (Enss, Rhonda). (Entered: 09/04/2003) |
| 09/04/2003 | 287 | ORDER denying [#84] defendant's motion to dismiss case as to Wesley Ira Purkey (1) and adopting Report and Recommendation [#230]. (Enss, Rhonda) (Entered: 09/04/2003) |
| 09/04/2003 | 288 | NOTICE *of Expert Witness Relating to Aggravating Factor of Future Dangerousness* by USA as to Wesley Ira Purkey (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3)(Whitworth, Matt) (Entered: 09/04/2003) |
| 09/05/2003 | 299 | MOTION to seal document(Gov't Response to Dft's Motion No. 1 to Strike Agravating Factor Allegation and Motion in Liminie) by USA as to Wesley Ira Purkey. Suggestions in opposition/response due by 9/22/2003 (Honeycutt, Cassaundra) (Entered: 09/10/2003) |
| 09/08/2003 | 289 | MOTION in limine *Prohibit Testimony by Expert Witness Cadigan on Daubert Grounds* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/23/2003 (Duchardt, Frederick) (Entered: 09/08/2003) |
| 09/08/2003 | 290 | MOTION in limine *Prohibit Testimony by Expert Witness Callahan on Daubert Grounds* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/23/2003 (Duchardt, Frederick) (Entered: 09/08/2003) |
| 09/08/2003 | 291 | MOTION in limine *Prohibit Testimony and Evidence Regarding Bone Fragments, and Testimony by Expert Witness Finnigan, on Daubert Grounds* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/23/2003 (Duchardt, Frederick) (Entered: 09/08/2003) |
| 09/08/2003 | 292 | MOTION in limine *Prohibit Testimony by Expert Witness Fram on Daubert Grounds* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/23/2003 (Duchardt, Frederick) (Entered: 09/08/2003) |
| 09/08/2003 | 293 | MOTION in limine *Prohibit Testimony by Expert Witness Isenberg on Daubert Grounds* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/23/2003 (Duchardt, Frederick) (Entered: 09/08/2003) |
| 09/08/2003 | 294 | MOTION in limine *Prohibit Expert Testimony from Witnesses Melton and Nelson on Daubert Grounds* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/23/2003 (Duchardt, Frederick) (Entered: 09/08/2003) |
| 09/08/2003 | 295 | MOTION in limine *Prohibit Expert Testimony from Witness Netzel on Daubert Grounds* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/23/2003 (Duchardt, Frederick) (Entered: 09/08/2003) |
| 09/08/2003 | 296 | MOTION in limine *Prohibit Expert Testimony from Witness Ubelaker on Daubert Grounds* by Wesley Ira Purkey. Suggestions in opposition/response due by 9/23/2003 (Duchardt, Frederick) (Entered: 09/08/2003) |
| 09/08/2003 | 300 | ORDER granting 299 motion to seal document as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 9/8/03. (Honeycutt, Cassaundra) (Entered: 09/10/2003) |
| 09/08/2003 | 301 | SEALED RESPONSE to motion by USA as to Wesley Ira Purkey re 257 MOTION No. 1 to Strike Aggravating Factor Allegation and Motion in Liminie. (Honeycutt, Cassaundra) (Entered: 09/10/2003) |
| 09/08/2003 | 302 | MOTION to seal document (Motion No. 2 to Strike aggravating Circumstance Allegation) by USA as to Wesley Ira Purkey. Suggestions in opposition/response due by 9/23/2003 (Honeycutt, Cassaundra) (Entered: 09/10/2003) |

**001124**

| 09/08/2003 | 304 | RESPONSE to motion by USA as to Wesley Ira Purkey re 259 MOTION No. 2 to Strike Aggravating Circumstance Allegation. (Honeycutt, Cassaundra) (Entered: 09/10/2003) |
| --- | --- | --- |
| 09/09/2003 | 297 | MOTION that Defense Counsel be Permitted to be Present During Government Mental Health Examination of Defendant by Wesley Ira Purkey. Suggestions in opposition/response due by 9/24/2003 (Duchardt, Frederick) (Entered: 09/09/2003) |
| 09/09/2003 | 305 | MOTION to seal document (Motion No. 3 to STrike Aggravating Circumstance Allegation) by USA as to Wesley Ira Purkey. Suggestions in opposition/response due by 9/24/2003 (Honeycutt, Cassaundra) (Entered: 09/10/2003) |
| 09/09/2003 | 306 | ORDER granting 305 motion to seal document as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 9/9/03. (Honeycutt, Cassaundra) (Entered: 09/10/2003) |
| 09/09/2003 | 307 | RESPONSE to motion by USA as to Wesley Ira Purkey re 261 MOTION No 3 to Strike Aggravating Circumstance Allegation.(Honeycutt, Cassaundra) (Entered: 09/10/2003) |
| 09/09/2003 | 308 | MOTION to seal document - (Gov't response to dft's motion in limine to prevent prosecution argument referring to infamous other persons)by USA as to Wesley Ira Purkey. (Travers, Phyllis) (Entered: 09/11/2003) |
| 09/09/2003 | 309 | ORDER granting 308 motion to seal document as to Wesley Ira Purkey (1) of Gov't response to dft's motion in limine to prevent prosecution argument referring to infamous other person. Signed by Judge Sarah W. Hays on September 9, 2003. (Travers, Phyllis) (Entered: 09/11/2003) |
| 09/09/2003 | 310 | SEALED DOCUMENT (Gov't Response to dft's motion in limine to prevent prosecution argument referring to infamous other persons) FILED UNDER SEAL & SHALL NOT BE OPENED EXCEPT ON THE FURTHER ORDER OF THE COURT. (Travers, Phyllis) (Entered: 09/11/2003) |
| 09/10/2003 | 298 | RESPONSE to motion by USA as to Wesley Ira Purkey re 297 MOTION that Defense Counsel be Permitted to be Present During Government Mental Health Examination of Defendant (Whitworth, Matt) (Entered: 09/10/2003) |
| 09/10/2003 | 303 | ORDER granting 302 motion to seal document as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 9/8/03. (Honeycutt, Cassaundra) (Entered: 09/10/2003) |
| 09/10/2003 | 311 | MOTION to seal document (Gov't response to motion No. 4 to strike aggravating factor allegation)by USA as to Wesley Ira Purkey. (Travers, Phyllis) (Entered: 09/11/2003) |
| 09/10/2003 | 312 | ORDER granting 311 motion to seal document as to Wesley Ira Purkey (1) (Gov't respone of to dft motion no. 4 to strike aggravating factor allegation). Signed by Judge Sarah W. Hays on September 10, 2003. (Travers, Phyllis) (Entered: 09/11/2003) |
| 09/10/2003 | 313 | SEALED DOCUMENT (Gov't response to dft motion no. 4 to strike aggravating factor allegation) FILED UNDER SEAL & SHALL NOT BE OPENED EXCEPT ON THE FURTHER ORDER OF THE COURT. (Travers, Phyllis) (Entered: 09/11/2003) |
| 09/12/2003 | 314 | Minute Entry for proceedings held before Judge Sarah W. Hays :EVIDENTIARY HEARING as to Wesley Ira Purkey held on 9/12/2003: Government counsel present in person; defendant present in person in custody with counsel ready to proceed on hearing regarding subpoena issued on August 28, 2003. Defense counsel calls three witnesses: Jeanette Purkey, Donna Wiley and Ed Wiley. Direct examination conducted. No further explanation or evidence as to why the items subpoenaed were not returned is presented. The Court holds a short discussion regarding defendant's document #241 for clarification purposes. (Court Reporter B. Rowland.) (Rowland, Bonnie) (Entered: 09/12/2003) |
| 09/12/2003 | 317 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.:MOTION |

001125

| | | |
|---|---|---|
| | | HEARING as to Wesley Ira Purkey held on 9/12/2003 orally ruling [#297] MOTION that Defense Counsel be Permitted to be Present During Government Mental Health Examination of Defendant filed by Wesley Ira Purkey, ***Motions terminated as to Wesley Ira Purkey : 297 MOTION that Defense Counsel be Permitted to be Present During Government Mental Health Examination of Defendant filed by Wesley Ira Purkey. (Court Reporter John Bowen.) (Enss, Rhonda) Modified on 9/17/2003 to reflect correct date of hearing of 9/12/03 (Enss, Rhonda). (Entered: 09/15/2003) |
| 09/15/2003 | 315 | PROPOSED WITNESS LIST by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 09/15/2003) |
| 09/15/2003 | 316 | PROPOSED EXHIBIT LIST by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 09/15/2003) |
| 09/15/2003 | 318 | PROPOSED WITNESS LIST by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 09/15/2003) |
| 09/15/2003 | 319 | NOTICE *of Intent to Rely Upon Defense of Mental Disease or Defect, Amended* by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 09/15/2003) |
| 09/17/2003 | 320 | ORDER SETTING PRETRIAL CONFERENCE as to Wesley Ira Purkey Initial pretrial conference set for 10/1/2003 09:30 AM in Courtroom 6E, Kansas City (SWH) before Sarah Hays. Signed by Judge Sarah W. Hays on September 17, 2003. (Gicinto, JoRita) (Entered: 09/17/2003) |
| 09/17/2003 | 321 | ORDER granting 279 amended motion for issuance of subpoena duces tecum to the Records Custodian of Wyandotte County Jail, Kansas City, Kansas as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on September 17, 2003. (Gicinto, JoRita) Additional attachment(s) added on 9/17/2003 (Gicinto, JoRita). (Entered: 09/17/2003) |
| 09/18/2003 | 322 | AMENDED ORDER Pursusant to F.R.Cr.P. 17(c), for Issuance of Subpoena Duces Tecum to Jeanette Purkey, Donna Wiley and Edward Wiley, and for Payment of Witness Fees as to Wesley Ira Purkey. Signed by Judge Sarah W. Hays on September 18, 2003. (Gicinto, JoRita) (Entered: 09/18/2003) |
| 09/19/2003 | 323 | RESPONSE to motion by USA as to Wesley Ira Purkey re 291 MOTION in limine *Prohibit Testimony and Evidence Regarding Bone Fragments, and Testimony by Expert Witness Finnigan, on Daubert Grounds* (Whitworth, Matt) (Entered: 09/19/2003) |
| 09/19/2003 | 324 | RESPONSE to motion by USA as to Wesley Ira Purkey re 290 MOTION in limine *Prohibit Testimony by Expert Witness Callahan on Daubert Grounds* (Whitworth, Matt) (Entered: 09/19/2003) |
| 09/19/2003 | 325 | RESPONSE to motion by USA as to Wesley Ira Purkey re 294 MOTION in limine *Prohibit Expert Testimony from Witnesses Melton and Nelson on Daubert Grounds* (Whitworth, Matt) (Entered: 09/19/2003) |
| 09/19/2003 | 326 | RESPONSE to motion by USA as to Wesley Ira Purkey re 295 MOTION in limine *Prohibit Expert Testimony from Witness Netzel on Daubert Grounds* (Whitworth, Matt) (Entered: 09/19/2003) |
| 09/19/2003 | 327 | RESPONSE to motion by USA as to Wesley Ira Purkey re 289 MOTION in limine *Prohibit Testimony by Expert Witness Cadigan on Daubert Grounds* (Whitworth, Matt) (Entered: 09/19/2003) |
| 09/19/2003 | 328 | RESPONSE to motion by USA as to Wesley Ira Purkey re 292 MOTION in limine *Prohibit Testimony by Expert Witness Fram on Daubert Grounds* (Whitworth, Matt) (Entered: 09/19/2003) |

**001126**

| 09/23/2003 | 329 | MOTION Issuance of Subpoena Duces Tecum *to Custodian of Records of Corrections Corporation of America* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/8/2003 (O'Sullivan, Laura) (Entered: 09/23/2003) |
|---|---|---|
| 09/23/2003 | 330 | MOTION Issuance of Subpoena Duces Tecum *to Records Custodian of th Office of the Secretary of Corrections* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/8/2003 (O'Sullivan, Laura) (Entered: 09/23/2003) |
| 09/24/2003 | 331 | REPLY SUGGESTIONS to motion by Wesley Ira Purkey re 289 MOTION in limine *Prohibit Testimony by Expert Witness Cadigan on Daubert Grounds Reply to Government Response (327)* (Duchardt, Frederick) (Entered: 09/24/2003) |
| 09/24/2003 | 332 | SUGGESTIONS in support by Wesley Ira Purkey re 290 MOTION in limine *Prohibit Testimony by Expert Witness Callahan on Daubert Grounds Reply to Government Response (324)* (Duchardt, Frederick) (Entered: 09/24/2003) |
| 09/24/2003 | 333 | SUGGESTIONS in support by Wesley Ira Purkey re 295 MOTION in limine *Prohibit Expert Testimony from Witness Netzel on Daubert Grounds Reply to Government's Response (326)* (Duchardt, Frederick) (Entered: 09/24/2003) |
| 09/24/2003 | 334 | SUGGESTIONS in support by Wesley Ira Purkey re 292 MOTION in limine *Prohibit Testimony by Expert Witness Fram on Daubert Grounds Reply to Government's Response (328)* (Duchardt, Frederick) (Entered: 09/24/2003) |
| 09/24/2003 | 335 | SUGGESTIONS in support by Wesley Ira Purkey re 294 MOTION in limine *Prohibit Expert Testimony from Witnesses Melton and Nelson on Daubert Grounds Reply to government's response (325)* (Duchardt, Frederick) (Entered: 09/24/2003) |
| 09/25/2003 | 336 | PROPOSED VOIR DIRE by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 09/25/2003) |
| 09/25/2003 | 337 | MOTION in limine *to Prohibit Defendant from Eliciting Testimony from Defense Psychiatrist Regarding Defendant's Self-Serving Hearsay Statements* by USA as to Wesley Ira Purkey. Suggestions in opposition/response due by 10/10/2003 (Whitworth, Matt) Modified on 1/22/2004 to reflect motion termed on 10/27/03 per #440 (Enss, Rhonda). (Entered: 09/25/2003) |
| 09/26/2003 | 338 | ORDER granting 329 Motion for Issuance of Subopena Duces Tecum to the Records Custodian of the Corrections Corporation of America, Leavenworth, KS and for payment of witness fees and expenses. as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on September 26, 2003. (Gicinto, JoRita) (Entered: 09/26/2003) |
| 09/26/2003 | 339 | ORDER granting 330 Motion for Issuance of Subpoena Duces Tecum to the Records Custodian to the Office of the Secretary of Corrections, Topeka, Kansas, and for payment of witness fees and expenses as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on September 26, 2003. (Gicinto, JoRita) (Entered: 09/26/2003) |
| 09/27/2003 | 340 | SUGGESTIONS in support by Wesley Ira Purkey re 291 MOTION in limine *Prohibit Testimony and Evidence Regarding Bone Fragments, and Testimony by Expert Witness Finnigan, on Daubert Grounds Reply Regarding Government Response 323* (Duchardt, Frederick) (Entered: 09/27/2003) |
| 09/29/2003 | 341 | MOTION for Order Directing Marshal to Arrange and Deliver Purkey for MRI and PET Testing by Wesley Ira Purkey. Suggestions in opposition/response due by 10/14/2003 (Duchardt, Frederick) (Entered: 09/29/2003) |
| 09/29/2003 | 342 | SUGGESTIONS in support by Wesley Ira Purkey re 252 MOTION Declare FDPA Unconstitutional Due to Risk of Execution of the Innocent *Reply to Government Response 274* (Duchardt, Frederick) (Entered: 09/29/2003) |

**001127**

| | | |
|---|---|---|
| 09/29/2003 | 343 | SUGGESTIONS in support by Wesley Ira Purkey re 249 MOTION Prohibit Seeking Death Penalty, FDPA Unconstitutional *Reply to Government Response 277* (Duchardt, Frederick) (Entered: 09/29/2003) |
| 09/30/2003 | 344 | ORDER granting 341 motion as to Wesley Ira Purkey (1); ORDERED that the United States Marshal's Office for the Western District of Missouri is directed to arrange for defendant Wesley Purkey to undergo MRI and PET Scan testing at the University of Kansas and further arrange for the defendant to betransported to the University of Kansas Medical Center, 3900Rainbow Blvd., Kansas City, Kansas so that Mr. Purkey may undergothese procedures. It is furtherORDERED that the United States Marshal's Office makeappropriate arrangements so that said testing can be completed onor before October 15, 2003.. Signed by Judge Sarah W. Hays on 9/30/03. (Cavallo, Dorothy) (Entered: 09/30/2003) |
| 09/30/2003 | 345 | MOTION Issuance of Subpoena Duces Tecum *to Records Custodian of Hilton Airport* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/15/2003 (O'Sullivan, Laura) (Entered: 09/30/2003) |
| 09/30/2003 | 346 | MOTION Issuance of Subpoena Duces Tecum *to Records Custodian of Larned State Hospital* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/15/2003 (O'Sullivan, Laura) (Entered: 09/30/2003) |
| 09/30/2003 | 347 | MOTION Issuance of Subpoena Duces Tecum *to Records Custodian of Shawnee County Sheriff's Department* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/15/2003 (O'Sullivan, Laura) (Entered: 09/30/2003) |
| 10/01/2003 | 348 | SUGGESTIONS in support by Wesley Ira Purkey re 292 MOTION in limine *Prohibit Testimony by Expert Witness Fram on Daubert Grounds Supplemental Grounds and Suggestions in Support* (Duchardt, Frederick) (Entered: 10/01/2003) |
| 10/01/2003 | 349 | SUGGESTIONS in support by Wesley Ira Purkey re 291 MOTION in limine *Prohibit Testimony and Evidence Regarding Bone Fragments, and Testimony by Expert Witness Finnigan, on Daubert Grounds Supplemental Grounds and Suggestions in Support* (Duchardt, Frederick) (Entered: 10/01/2003) |
| 10/01/2003 | 350 | REPORT AND RECOMMENDATIONS as to Wesley Ira Purkey re 249 MOTION Prohibit Seeking Death Penalty, FDPA Unconstitutional; It is RECOMMENDED that the Court,after making an independent review of the record and applicable law, enter an order DENYING Defendant Purkey's Motion to Prohibit the Government From Seeking the Death Penalty Due to Unconstitutionality of Provisions of the Federal Death Penalty Act. Objections to R&R due by 10/15/2003. Signed by Judge Sarah W. Hays on 10/1/03. (Cavallo, Dorothy) (Entered: 10/01/2003) |
| 10/01/2003 | 351 | REPORT AND RECOMMENDATIONS as to Wesley Ira Purkey re 252 MOTION Declare FDPA Unconstitutional Due to Risk of Execution of the Innocent; it is RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order denying Defendant Purkey's Motion for Order Declaring Federal Death Penalty Act Unconstitutional Due to Risk of Execution of Innocent. Objections to R&R due by 10/15/2003. Signed by Judge Sarah W. Hays on 10/1/03. (Cavallo, Dorothy) (Entered: 10/01/2003) |
| 10/01/2003 | 352 | REPORT AND RECOMMENDATIONS as to Wesley Ira Purkey re 242 MOTION Prohibit Seeking Death Penalty *in Light of Government Representations*; it is Recommended that the Court, after making an independent review of the record and applicable law, enter an order denying Defendant Purkey's Motion to Prohibit the Government from Seeking the Death Penalty, in Light of Representations made by Government Agents Evoking Statements from Purkey. Objections to R&R due by |

001128

10/15/2003. Signed by Judge Sarah W. Hays on 10/1/03. (Cavallo, Dorothy) (Entered: 10/01/2003)

| 10/01/2003 | 353 | Minute Entry for proceedings held before Judge Sarah W. Hays :PRETRIAL CONFERENCE as to Wesley Ira Purkey held on 10/1/2003. Government counsel present in person; defendant present in person in custody with counsel. Pretrial conference held. Defense counsel is given additional time until Monday, October 6, 2003 to respond to government's latest motions in limine and reply suggestions to government's objections. Discussion is held regarding the hearings that are set before Judge Gaitan on Oct. 16th and 21st. Counsel are to get together and come up with an agenda for the hearings to aid in scheduling of expert testimony if needed. Defense counsel requests that the Court consider entering an order that the defendant need not appear in person for some of the upcoming hearings. The Court advises that a discussion with Judge Gaitan on that subject was held prior to this hearing. Judge Gaitan will make time today to rule on this issue. (Court Reporter B. Rowland.) (Rowland, Bonnie) (Entered: 10/01/2003) |
| --- | --- | --- |
| 10/02/2003 | 354 | ORDER finding as moot 232 Wesley Ira Purkey 's Request for Court to Accet and Use Purkey's Final Proposed Jury Questionnarie (1). Signed by Judge Sarah W. Hays on Ocotber 2, 2003. (Gicinto, JoRita) (Entered: 10/02/2003) |
| 10/02/2003 | 355 | MOTION for leave to file, under seal, Mr. Purkey's Request #5 for Funds by Wesley Ira Purkey. Suggestions in opposition/response due by 10/17/2003 (Honeycutt, Cassaundra) (Entered: 10/02/2003) |
| 10/02/2003 | 356 | ORDER granting 355 motion for leave to file as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 10/2/03. (Honeycutt, Cassaundra) (Entered: 10/02/2003) |
| 10/02/2003 | 357 | MOTION for leave to file under seal, Mr. Purkey's Motion to Supplement Request for Funds #3 by Wesley Ira Purkey. Suggestions in opposition/response due by 10/17/2003 (Honeycutt, Cassaundra) (Entered: 10/02/2003) |
| 10/02/2003 | 358 | ORDER granting 357 motion for leave to file as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 10/2/03. (Honeycutt, Cassaundra) (Entered: 10/02/2003) |
| 10/02/2003 | 359 | EX Parte MOTION to supplement request filed under seal by Wesley Ira Purkey. (Honeycutt, Cassaundra) (Entered: 10/02/2003) |
| 10/02/2003 | 360 | MOTION to Supplement request Ex Parte and Under Seal #5 by Wesley Ira Purkey. Suggestions in opposition/response due by 10/17/2003 (Honeycutt, Cassaundra) (Entered: 10/02/2003) |
| 10/02/2003 | 361 | Sealed ORDER granting 251 motion to appoint expert as to Wesley Ira Purkey (1); granting 255 motion to appoint expert as to Wesley Ira Purkey (1); granting 256 motion to appoint expert as to Wesley Ira Purkey (1); granting 359 motion for order as to Wesley Ira Purkey (1); granting 360 motion for order as to Wesley Ira Purkey (1) and relating to Doc #264 and #266.. Signed by Judge Sarah W. Hays on 10/2/03. (Honeycutt, Cassaundra) Modified on 10/9/2003 (Honeycutt, Cassaundra). (Entered: 10/02/2003) |
| 10/03/2003 | 362 | ORDER granting 345 motion for issuance of subponea as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on Ocotober 3, 2003. (Gicinto, JoRita) (Entered: 10/03/2003) |
| 10/03/2003 | 363 | ORDER granting 346 motion for issuance of subponea as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on October 3, 2003. (Gicinto, JoRita) (Entered: 10/03/2003) |
| 10/03/2003 | 364 | ORDER granting 347 motion for issuance of subpoena as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on October 3, 2003. (Gicinto, JoRita) (Entered: 10/03/2003) |

**001129**

| 10/04/2003 | 365 | PROPOSED VOIR DIRE by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 10/04/2003) |
|---|---|---|
| 10/04/2003 | 366 | MOTION Proposed Format and Procedures for Small Group Voir Dire Examination by Wesley Ira Purkey. Suggestions in opposition/response due by 10/20/2003 (Duchardt, Frederick) (Entered: 10/04/2003) |
| 10/04/2003 | 367 | Objections to Government's Proposed Voir Dire 336 by Wesley Ira Purkey. Suggestions in opposition/response due by 10/20/2003 (Duchardt, Frederick) Modified on 10/9/2003 to correct document type. (Honeycutt, Cassaundra). (Entered: 10/04/2003) |
| 10/06/2003 | 368 | RESPONSE to motion by USA as to Wesley Ira Purkey re 291 MOTION in limine *Prohibit Testimony and Evidence Regarding Bone Fragments, and Testimony by Expert Witness Finnigan, on Daubert Grounds* (Attachments: # 1 Exhibit A# 2 Exhibit B) (Whitworth, Matt) (Entered: 10/06/2003) |
| 10/07/2003 | 369 | NOTICE of execution of order by USM on 10/3/03 re 344 Order on Motion for Miscellaneous Relief,, (Honeycutt, Cassaundra) (Entered: 10/08/2003) |
| 10/10/2003 | 370 | MOTION Summary of Challenges for Cause By Parties by Wesley Ira Purkey. Suggestions in opposition/response due by 10/27/2003 (Duchardt, Frederick) (Entered: 10/10/2003) |
| 10/10/2003 | 371 | MOTION for Court to Sustain Challenges for Cause, over Government Objections, Against Certain Venirepersons *with Suggestions in Support* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/27/2003 (Duchardt, Frederick) (Entered: 10/10/2003) |
| 10/10/2003 | 372 | MOTION to Reject Certain Government Challenges for Cause based on Questionnaire *with Suggestions in Support* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/27/2003 (Duchardt, Frederick) (Entered: 10/10/2003) |
| 10/11/2003 | 373 | PROPOSED WITNESS LIST by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 10/11/2003) |
| 10/13/2003 | 374 | MOTION for Order to Jeanette Purkey to Show Cause why she should not be Held in Contempt of Court *with Suggestions in Support* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/28/2003 (Duchardt, Frederick) (Entered: 10/13/2003) |
| 10/14/2003 | 375 | MOTION Issuance of Subpoena Duces Tecum *to Records Custodian of Time Warner* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/29/2003 (O'Sullivan, Laura) (Entered: 10/14/2003) |
| 10/14/2003 | 376 | MOTION Issuance of Subpoena Duces Tecum *to Records Custodian of Leavenworth County Jail* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/29/2003 (O'Sullivan, Laura) (Entered: 10/14/2003) |
| 10/14/2003 | 377 | MOTION Issuance of Subpoena Duces Tecum *to Records Custodian of Iowa State Penitentiary* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/29/2003 (O'Sullivan, Laura) (Entered: 10/14/2003) |
| 10/14/2003 | 378 | MOTION Issuance of Subpoena Duces Tecum *to Records Custodian of Corrections Corporation of America Regarding Michael Speakman* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/29/2003 (O'Sullivan, Laura) (Entered: 10/14/2003) |
| 10/14/2003 | 379 | MOTION Issuance of Subpoena Duces Tecum *to Records Custodian of Corrections Corporation of America Regarding Grievances* by Wesley Ira Purkey. Suggestions in opposition/response due by 10/29/2003 (O'Sullivan, Laura) (Entered: 10/14/2003) |

001130

| 10/14/2003 | 380 | RESPONSE to motion by USA as to Wesley Ira Purkey re 292 MOTION in limine *Prohibit Testimony by Expert Witness Fram on Daubert Grounds* (Attachments: # 1 Fram Report)(Whitworth, Matt) (Entered: 10/14/2003) |
| --- | --- | --- |
| 10/14/2003 | 381 | TRANSCRIPT of on Subpoena Returns as to Wesley Ira Purkey held on 09/12/03 before Judge Sarah W. Hays. Court Reporter: Bonnie Rowland. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Kendall, Shelly) (Crespo, Wil). Modified on 2/11/2015 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 2/11/15. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 10/14/2003) |
| 10/14/2003 | 382 | RESPONSE to motion by USA as to Wesley Ira Purkey re 371 MOTION for Court to Sustain Challenges for Cause, over Government Objections, Against Certain Venirepersons *with Suggestions in Support* (Whitworth, Matt) (Entered: 10/14/2003) |
| 10/14/2003 | 383 | RESPONSE to motion by USA as to Wesley Ira Purkey re 374 MOTION for Order to Jeanette Purkey to Show Cause why she should not be Held in Contempt of Court *with Suggestions in Support* (Whitworth, Matt) (Entered: 10/14/2003) |
| 10/14/2003 | 384 | RESPONSE to motion by USA as to Wesley Ira Purkey re 372 MOTION to Reject Certain Government Challenges for Cause based on Questionnaire *with Suggestions in Support* (Whitworth, Matt) (Entered: 10/14/2003) |
| 10/14/2003 | 385 | OBJECTION TO REPORT AND RECOMMENDATIONS 350 by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 10/14/2003) |
| 10/14/2003 | 386 | OBJECTION TO REPORT AND RECOMMENDATIONS 352 by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 10/14/2003) |
| 10/14/2003 | 387 | OBJECTION TO REPORT AND RECOMMENDATIONS 351 by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 10/14/2003) |
| 10/15/2003 | 388 | SUGGESTIONS in support by Wesley Ira Purkey re 374 MOTION for Order to Jeanette Purkey to Show Cause why she should not be Held in Contempt of Court *with Suggestions in Support Reply to Government Response 383* (Duchardt, Frederick) (Entered: 10/15/2003) |
| 10/15/2003 | 389 | ORDER granting 375 motion as to Wesley Ira Purkey (1)-Issuance of Subpoena Duces Tecum to Records Custodian Kolete Rife, Time Warner Cable, KCMO. Signed by Judge Sarah W. Hays on October 15, 2003. (Gicinto, JoRita) (Entered: 10/15/2003) |
| 10/15/2003 | 390 | ORDER granting 376 motion as to Wesley Ira Purkey (1) -Issuance of Subpoena Duces Tecum to Records Custodian Lula Johnson, Leavenworth County Jail, Leavenworth, Kansas. Signed by Judge Sarah W. Hays on Octobr 15, 2003. (Gicinto, JoRita) (Entered: 10/15/2003) |
| 10/15/2003 | 391 | ORDER granting 377 motion as to Wesley Ira Purkey (1) -Issuance of Subpoena Duces Tecum to Records Custodian Warden John Mathes, Records Custodian of Iowa State Penitentiary, Fort Madison, Iowa. Signed by Judge Sarah W. Hays on October 15, 2003. (Gicinto, JoRita) (Entered: 10/15/2003) |
| 10/15/2003 | 392 | ORDER granting 378 motion as to Wesley Ira Purkey (1)-Issuance of Subpoena Duces Tecum to Records Custodian Warden Frederick Lawrence, Corrections Corporation of America, Levenworth, Kansas pertaining to Michael Speakman. Signed by Judge Sarah W. Hays on October 15, 2003. (Gicinto, JoRita) (Entered: 10/15/2003) |
| 10/15/2003 | 393 | ORDER granting 379 motion as to Wesley Ira Purkey (1) -Issuance of Subpoena Duces Tecum to Records Custodian Warden Frederick Lawrence, Corrections Corporation of |

001131

| | | America, Leavenwoth, Kansas regarding grievances. Signed by Judge Sarah W. Hays on October 15, 2003. (Gicinto, JoRita) (Entered: 10/15/2003) |
|---|---|---|
| 10/15/2003 | 541 | SEALED DOCUMENT-Sealed Exparte Motion to Issue Subpoena Decus Tecum (Beard, Melanie) (Entered: 07/26/2004) |
| 10/15/2003 | 542 | SEALED Order Granting Motion to Issue Subpoena Decus Tecum (# 541). Signed by Judge Sarah Hays on October 15, 2003 (Beard, Melanie) Modified on 7/26/2004 to add judge information (Beard, Melanie). (Entered: 07/26/2004) |
| 10/15/2003 | 546 | SEALED DOCUMENT: Motion to File, Under Seal, Ex Parte Motion to Issue Subpoena Duces Tecum. (Beard, Melanie) (Entered: 07/26/2004) |
| 10/15/2003 | 547 | SEALED Order Granting Motion to Issue Subpoena Duces Tecum (#546). Signed by Judge Sarah Hays on October 15, 2003. (Beard, Melanie) (Entered: 07/26/2004) |
| 10/15/2003 | 550 | SEALED Motion to Issue Subpoena Decus Tecum. (Beard, Melanie) (Entered: 07/26/2004) |
| 10/15/2003 | 551 | SEALED Order Granting Sealed motion to Issue Subpoena Decus Tecum (#549). By Judge Sarah Hays on 10/15/03. (Beard, Melanie) (Entered: 07/26/2004) |
| 10/15/2003 | 554 | SEALED Motion to Issue Subpoena Decus Tecum. (Beard, Melanie) (Entered: 07/26/2004) |
| 10/15/2003 | 555 | SEALED Order Granting Motion to Issue Subpoena Decus Tecum (#554). Signed by Judge Sarah Hays on 10/15/03. (Beard, Melanie) (Entered: 07/26/2004) |
| 10/15/2003 | 558 | SEALED Motion to Issue Subpoena Decus Tecum. (Beard, Melanie) (Entered: 07/26/2004) |
| 10/15/2003 | 559 | SEALED Order Granting Sealed Motion to Issue Subpoena Decus Tecum (#558). Signed by Judge Sarah Hays on 10/15/03. (Beard, Melanie) (Entered: 07/26/2004) |
| 10/16/2003 | 394 | ORDER pertaining to various motions filed under seal and not under seal. Defendant's motion in limine No. 1 is denied. Defendant's motion in limine No. 2 is denied. Defendant's motion in limine No. 3 is denied. Defendant's motion in limine No. 4 is denied. (Docs. 280, 281) Defendant's motion in limine is sustained. (Docs. 282, 283) Government's motion in limine under seal is provisionally denied, subject to the defendant submitting to the Court in camera an offer of proof showing that the alleged activity took place at or near the time of the crime charged. The defendant shall submit his offer of proof to the Court at least one day before the evidence is offered. (Docs. 284, 285) Defendant's motion to strike aggravating circumstances as unconstitutionally duplicative is denied. 250 Defendant's request for detailed disclosure of proposed victim impact evidence, for pretrial hearing regarding admissibility of said evidence, and for implementation of certain safeguards pertaining to presentation of such evidence is denied. Plaintiff shall submit to the Court at least eight days before the penalty phase commences, proposed questions and anticipated responses of each victimm impact witness. 254 Signed by Judge Fernando J. Gaitan, Jr. on 10/16/03. (Duer, Tina) (Entered: 10/16/2003) |
| 10/16/2003 | 395 | ORDER provisionally denying 289 motion in limine as to Wesley Ira Purkey - testimony of James Cadigan; provisionally denying 290 motion in limine as to Wesley Ira Purkey - testimony of Thomas Callaghan; provisionally denying 291 motion in limine as to Wesley Ira Purkey - testimony of Michael Finnigan; provisionally denying 292 motion in limine as to Wesley Ira Purkey - testimony of Robert Fram; provisionally denying 293 motion in limine as to Wesley Ira Purkey - testimony of Alice Isenberg; provisionally denying 294 motion in limine as to Wesley Ira Purkey - testimony of Terry Melton and Kimberly Nelson; provisionally denying 295 motion in limine as to Wesley Ira Purkey - |

**001132**

| | | |
|---|---|---|
| | | testimony of Linda Netzel; provisionally denying 296 motion in limine as to Wesley Ira Purkey - testimony of Douglas Ubelaker. The Court reserves ruling on the admissibility of the evidence until the testimony is offered at trial. Signed by Judge Fernando J. Gaitan, Jr. on 10/16/03. (Duer, Tina) (Entered: 10/16/2003) |
| 10/16/2003 | 396 | ORDER denying 374 defendant's motion pursuant to Fed.R.Cr.P. 17(c) and (g) that the Court issue order to Jeanette Purkey to show cause why she should not be held in contempt of court for failure to comply with subpoena duces tecum. Signed by Judge Fernando J. Gaitan, Jr. on 10/16/03. (Duer, Tina) (Entered: 10/16/2003) |
| 10/16/2003 | 397 | ORDER regarding the challenges for cause to the venire based upon responses to the questionnaires. [See order for details.] Signed by Judge Fernando J. Gaitan, Jr. on 10/16/03. (Duer, Tina) (Entered: 10/16/2003) |
| 10/16/2003 | 398 | ORDER denying 249 defendant's motion to prohibit the government from seeking the death penalty due to unconstitutionality of provisions of the federal death penalty act; adopting Report and Recommendation 350 as to Wesley Ira Purkey. Signed by Judge Fernando J. Gaitan, Jr. on 10/16/03. (Duer, Tina) (Entered: 10/16/2003) |
| 10/16/2003 | 399 | ORDER denying 242 defendant's motion to prohibit the government from seeking the death penalty, in light of representations made by government agents evoking statements from Purkey; adopting Report and Recommendation re 352 as to Wesley Ira Purkey. Signed by Judge Fernando J. Gaitan, Jr. on 10/16/03. (Duer, Tina) (Entered: 10/16/2003) |
| 10/16/2003 | 400 | ORDER denying 252 defendant's motion for order declaring federal death penalty act unconstitutional due to risk of execution of innocent; adopting Report and Recommendation as to Wesley Ira Purkey. Signed by Judge Fernando J. Gaitan, Jr. on 10/16/03. (Duer, Tina) (Entered: 10/16/2003) |
| 10/16/2003 | 401 | STIPULATION *Regarding Audio and Video Recordings* by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 10/16/2003) |
| 10/16/2003 | 402 | STIPULATION *Regarding Chain of Custody* by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 10/16/2003) |
| 10/16/2003 | 403 | STIPULATION *Concerning Business Records* by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 10/16/2003) |
| 10/16/2003 | 417 | MOTION for leave to file, under seal, Mr. Purkey's reply to government's motion in limine (doc #285) by Wesley Ira Purkey. Suggestions in opposition/response due by 10/31/2003 (Honeycutt, Cassaundra) (Entered: 10/23/2003) |
| 10/16/2003 | 418 | MOTION for leave to file, under seal, Mr. Purkey's Suggestions in Support of his moiton #1 (doc 257) to strike aggravating factor allegation by Wesley Ira Purkey. Suggestions in opposition/response due by 10/31/2003 (Honeycutt, Cassaundra) (Entered: 10/23/2003) |
| 10/16/2003 | 419 | ORDER granting 417 motion for leave to file as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 10/16/03. (Honeycutt, Cassaundra) (Entered: 10/23/2003) |
| 10/16/2003 | 420 | ORDER granting 418 motion for leave to file as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 10/16/03. (Honeycutt, Cassaundra) (Entered: 10/23/2003) |
| 10/16/2003 | 421 | ORDER as to Wesley Ira Purkey regarding request #5. Signed by Judge Sarah W. Hays on 10/16/03. (Honeycutt, Cassaundra) (Entered: 10/23/2003) |
| 10/16/2003 | 444 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.: HEARING as to Wesley Ira Purkey held on 10/16/2003 regarding challenges for cause and voir dire process. (Court Reporter Donna Turner.) (Enss, Rhonda) (Entered: 11/03/2003) |
| 10/17/2003 | 404 | LETTER as to Wesley Ira Purkey - Case is set on the joint criminal jury trial docket for |

001133

| | | Tuesday, October 28, 2003 before Judge Gaitan. (Gicinto, JoRita) (Entered: 10/17/2003) |
|---|---|---|
| 10/20/2003 | 405 | MOTION for Order to Take Deposition of Marguerite Hotchkiss to Preserve Testimony with suggestions by Wesley Ira Purkey. Suggestions in opposition/response due by 11/4/2003 (Duchardt, Frederick) Modified on 1/22/2004 to reflect motion termed as ruled by Magistrate Hays (Enss, Rhonda). (Entered: 10/20/2003) |
| 10/20/2003 | 406 | MOTION for Issuance of Trial Subpoenas Without Service by Marshal by Wesley Ira Purkey. Suggestions in opposition/response due by 11/4/2003 (Duchardt, Frederick) (Entered: 10/20/2003) |
| 10/20/2003 | 407 | MOTION for Issuance of Trial Subpoenas with Service by Marshal by Wesley Ira Purkey. Suggestions in opposition/response due by 11/4/2003 (Duchardt, Frederick) (Entered: 10/20/2003) |
| 10/21/2003 | 408 | MOTION Supplementary Request for Subpoenas by Wesley Ira Purkey. Suggestions in opposition/response due by 11/5/2003 (Duchardt, Frederick) (Entered: 10/21/2003) |
| 10/22/2003 | 409 | SUGGESTIONS in support by Wesley Ira Purkey re 406 MOTION for Issuance of Trial Subpoenas Without Service by Marshal, 408 MOTION Supplementary Request for Subpoenas (Duchardt, Frederick) (Entered: 10/22/2003) |
| 10/22/2003 | 410 | SUGGESTIONS in support by Wesley Ira Purkey re 407 MOTION for Issuance of Trial Subpoenas with Service by Marshal (Duchardt, Frederick) (Entered: 10/22/2003) |
| 10/22/2003 | 411 | PROPOSED JURY INSTRUCTIONS by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 10/22/2003) |
| 10/22/2003 | 412 | MOTION to quash *parts of defendant Purkey's two subpoena duces tecums dated 10/15/03* by Corrections Corporation of America as to Wesley Ira Purkey. Suggestions in opposition/response due by 11/6/2003 (Crow, Michael) Modified on 1/22/2004 to reflect motion termed as ruled by Magistrate Hays (Enss, Rhonda). (Entered: 10/22/2003) |
| 10/22/2003 | 413 | NOTICE *of Filing Suggestions of United States in Opposition to Defendant's Proposed Voir Dire Questions and Memorandum of Regarding Jury Selection in Capital Litigation* by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 10/22/2003) |
| 10/22/2003 | 414 | MOTION to quash *subpoena to Charlotte Ketchum, custodian of records,* by Missouri Division of Family Services as to Wesley Ira Purkey. Suggestions in opposition/response due by 11/6/2003 (Attachments: # 1 Exhibit A--Computer printouts)(Mollenkamp, John) Modified on 1/23/2004 toreflect motion termed as ruled by Magistrate Hays (Enss, Rhonda). (Entered: 10/22/2003) |
| 10/22/2003 | 415 | ORDER granting 407 motion as to Wesley Ira Purkey (1)for issuace of subpoenas for service of process by the USM Service, and for payment of witness fees. Signed by Judge Sarah W. Hays on October 22, 2003. (Gicinto, JoRita) Additional attachment(s) added on 10/22/2003 (Gicinto, JoRita). (Entered: 10/22/2003) |
| 10/22/2003 | 416 | ORDER granting 406 motion as to Wesley Ira Purkey (1); granting 408 motion as to Wesley Ira Purkey (1) for issuance of subpoenas and for payment witness fees. Signed by Judge Sarah W. Hays on October 22, 2003. (Gicinto, JoRita) Additional attachment(s) added on 10/22/2003 (Gicinto, JoRita). (Entered: 10/22/2003) |
| 10/23/2003 | 445 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.:CONFERENCE as to Wesley Ira Purkey held on 10/23/2003 (Court Reporter Donna Turner.) (Enss, Rhonda) (Entered: 11/03/2003) |
| 10/24/2003 | 422 | REPLY SUGGESTIONS TO MOTION for Acceptance of Proposed Voir Dire 365 Suggestions in Support by Wesley Ira Purkey. (Duchardt, Frederick) Modified on |

**001134**

| | | |
|---|---|---|
| | | 10/27/2003 to correct document type and terminate pending motion deadline.(Honeycutt, Cassandra). (Entered: 10/24/2003) |
| 10/24/2003 | 423 | Government's Proposed Supplemental VOIR DIRE by USA as to Wesley Ira Purkey (Whitworth, Matt) Modified on 10/24/2003 to correct document title information (Beard, Melanie). (Entered: 10/24/2003) |
| 10/24/2003 | 424 | Objections to Government's Supplemental Voir Dire Questions 423 by Wesley Ira Purkey. (Duchardt, Frederick) Modified on 10/27/2003 to correct document type.(Honeycutt, Cassandra). (Entered: 10/24/2003) |
| 10/24/2003 | 437 | MOTION to seal trial briefby USA as to Wesley Ira Purkey. Suggestions in opposition/response due by 11/10/2003 (Honeycutt, Cassandra) (Entered: 10/31/2003) |
| 10/24/2003 | 438 | ORDER granting 437 motion to seal document as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 10-24-03. (Honeycutt, Cassandra) (Entered: 10/31/2003) |
| 10/26/2003 | 425 | PROPOSED JURY INSTRUCTIONS by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 10/26/2003) |
| 10/27/2003 | 426 | NOTICE *of Government's Proposed Victim Impact Questions* by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 10/27/2003) |
| 10/27/2003 | 427 | ORDER ruling (#413) USA's opposition to defendant's proposed voir dire questions; [#366] defendant's motion re proposed procedure for attorney-conducted small group voir dire upon penalty-phase issues; and [#424] defendant's objections to govnerment's proposed supplemental voir dire. (Enss, Rhonda) (Entered: 10/27/2003) |
| 10/27/2003 | 428 | PROPOSED EXHIBIT LIST by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 10/27/2003) |
| 10/27/2003 | 429 | PROPOSED WITNESS LIST by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 10/27/2003) |
| 10/27/2003 | 430 | PROPOSED JURY INSTRUCTIONS by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 10/27/2003) |
| 10/27/2003 | 440 | SEALED ORDER regarding docs #337, 348, 349, 284 & 285 as to Wesley Ira Purkey. Signed by Judge Fernando J. Gaitan Jr. on 10/27/03. (Honeycutt, Cassandra) (Entered: 11/03/2003) |
| 10/27/2003 | 441 | MOTION to seal Government's Response to Dft's Offer of Proof, Under Seal, Regarding Issue ofPoisoning Committed Against Him by Jeanette Purkey and Othersby USA as to Wesley Ira Purkey. Suggestions in opposition/response due by 11/12/2003 (Honeycutt, Cassandra) (Entered: 11/03/2003) |
| 10/27/2003 | 442 | ORDER granting 441 motion for order as to Wesley Ira Purkey (1). Signed by Judge Sarah W. Hays on 10/27/03. (Honeycutt, Cassandra) (Entered: 11/03/2003) |
| 10/28/2003 | 433 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.:JURY TRIAL as to Wesley Ira Purkey held on 10/28/2003, VOIR DIRE begun on 10/28/2003. Wesley Ira Purkey (1) on Count 1,1s (Court Reporter Donna Turner.) (Honeycutt, Cassandra) Additional attachment(s) added on 11/26/2003 (Honeycutt, Cassandra). (Entered: 10/31/2003) |
| 10/28/2003 | 451 | JURY LIST as to Wesley Ira Purkey for 10/28 and 10/29. (Honeycutt, Cassandra) (Entered: 11/05/2003) |
| 10/29/2003 | 434 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.:JURY SELECTION as to Wesley Ira Purkey held on 10/29/2003, JURY TRIAL as to Wesley Ira |

001135

| | | |
|---|---|---|
| | | Purkey held on 10/29/2003 (Court Reporter Donna Turner.) (Honeycutt, Cassaundra) (Entered: 10/31/2003) |
| 10/30/2003 | 431 | PROPOSED EXHIBIT LIST by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 10/30/2003) |
| 10/30/2003 | 435 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.:3rd day of JURY TRIAL as to Wesley Ira Purkey held on 10/30/2003 (Court Reporter Donna Turner.) (Honeycutt, Cassaundra) (Entered: 10/31/2003) |
| 10/31/2003 | 432 | MOTION for Subpoena Service upon witness Mortensen by Wesley Ira Purkey. Suggestions in opposition/response due by 11/17/2003 (Duchardt, Frederick) (Entered: 10/31/2003) |
| 10/31/2003 | 436 | ORDER granting 432 motion as to Wesley Ira Purkey (1) - for issuance of subpoena for service of process by the USM service and for payment of witness fees. Signed by Judge Sarah W. Hays on October 31, 2003. (Gicinto, JoRita) (Entered: 10/31/2003) |
| 10/31/2003 | 443 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.:JURY TRIAL - Day 4 as to Wesley Ira Purkey held on 10/31/2003 (Court Reporter Fonns Turner.) (Honeycutt, Cassaundra) (Entered: 11/03/2003) |
| 11/03/2003 | 439 | MOTION to Permit Testimony of Dr. David Preston during First Phase of Trial, with Suggestions by Wesley Ira Purkey. Suggestions in opposition/response due by 11/18/2003 (Duchardt, Frederick) (Entered: 11/03/2003) |
| 11/03/2003 | 446 | ORDER denying [#439] defendant's motion as to Wesley Ira Purkey (1) to utilize the testimony of Dr. David Preston. (Enss, Rhonda) (Entered: 11/03/2003) |
| 11/03/2003 | 449 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.: 5th day of JURY TRIAL as to Wesley Ira Purkey held on 11/3/2003 (Court Reporter Donna Turner.) (Honeycutt, Cassaundra) (Entered: 11/05/2003) |
| 11/04/2003 | 447 | MOTION to Reconsider Disallowance of Preston Testimony and Further Offer of Proof *with suggestions* by Wesley Ira Purkey. Suggestions in opposition/response due by 11/19/2003 (Duchardt, Frederick) Modified on 1/22/2004 to reflect motion termed as it was ruled on record (Enss, Rhonda). (Entered: 11/04/2003) |
| 11/04/2003 | 450 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.:6th day of JURY TRIAL as to Wesley Ira Purkey held on 11/4/2003 (Court Reporter Donna Turner.) (Honeycutt, Cassaundra) (Entered: 11/05/2003) |
| 11/04/2003 | 457 | JURY INSTRUCTIONS refused. (Honeycutt, Cassaundra) (Entered: 11/07/2003) |
| 11/05/2003 | 448 | MOTION for Judgment of Acquittal at the Close of all of the Evidence by Wesley Ira Purkey. Suggestions in opposition/response due by 11/20/2003 (Duchardt, Frederick) Modified on 12/2/2003 - termed as defendant was found guilty 11/5/03 (Enss, Rhonda). (Entered: 11/05/2003) |
| 11/05/2003 | 458 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.: 7th Day of JURY TRIAL as to Wesley Ira Purkey held on 11/5/2003 (Court Reporter Donna Turner.) (Honeycutt, Cassaundra) (Entered: 11/07/2003) |
| 11/05/2003 | 459 | JURY INSTRUCTIONS given. (Honeycutt, Cassaundra) (Entered: 11/07/2003) |
| 11/05/2003 | 460 | JURY NOTES as to Wesley Ira Purkey (Honeycutt, Cassaundra) (Entered: 11/07/2003) |
| 11/05/2003 | 461 | JURY VERDICT as to Wesley Ira Purkey (1) Guilty on Count 1s. (Honeycutt, Cassaundra) (Entered: 11/07/2003) |
| 11/07/2003 | 452 | MOTION for Subpoena for Witness Dennis Messoline by Wesley Ira Purkey. |

001136

| | | |
|---|---|---|
| | | Suggestions in opposition/response due by 11/24/2003 (Duchardt, Frederick) (Entered: 11/07/2003) |
| 11/07/2003 | 453 | ORDER granting 452 motion as to Wesley Ira Purkey (1) -for issuance of subopena to witness Dennis Messoline and or payment of witness fees. Signed by Judge Sarah W. Hays on November 7, 2003. (Gicinto, JoRita) (Entered: 11/07/2003) |
| 11/07/2003 | 454 | Second PROPOSED JURY INSTRUCTIONS by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 11/07/2003) |
| 11/07/2003 | 456 | Amended PROPOSED EXHIBIT LIST by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 11/07/2003) |
| 11/09/2003 | 462 | APPLICATION FOR WRIT of Habeas Corpus ad Testificandum *for Witness Robert E. Lopez* by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 11/09/2003) |
| 11/10/2003 | 463 | TRIAL BRIEF by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 11/10/2003) |
| 11/10/2003 | 464 | MOTION Providing Initial List of Mitigating Factors to be Relied upon at Trial by Wesley Ira Purkey. Suggestions in opposition/response due by 11/25/2003 (Duchardt, Frederick) Modified on 12/2/2003 to reflect document moot - should not have been filed as a motion (Enss, Rhonda). (Entered: 11/10/2003) |
| 11/10/2003 | 465 | Amended PROPOSED EXHIBIT LIST by USA as to Wesley Ira Purkey (Whitworth, Matt) (Entered: 11/10/2003) |
| 11/10/2003 | 469 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.: 8th day of JURY TRIAL as to Wesley Ira Purkey held on 11/10/2003 (Court Reporter Donna Turner.) (Honeycutt, Cassaundra) (Entered: 11/12/2003) |
| 11/10/2003 | 470 | ORDER granting issuance of writ of Habeas corpus as to Wesley Ira Purkey. Signed by Judge Sarah W. Hays on 11/10/03. Writ delivered to USM on 11/10/03 (Honeycutt, Cassaundra) (Entered: 11/12/2003) |
| 11/12/2003 | 466 | Third PROPOSED WITNESS LIST by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 11/12/2003) |
| 11/12/2003 | 467 | MOTION for Authorization to Travel by Dr. Mark Cunningham, Ph.D. by Wesley Ira Purkey. Suggestions in opposition/response due by 11/28/2003 (Duchardt, Frederick) (Entered: 11/12/2003) |
| 11/12/2003 | 468 | ORDER granting 467 request for authorization to travel for defense expert, Dr. Mark Cunningham, Ph.D. Signed by Judge Sarah W. Hays on 11/12/03. (O'Connor, Stacy) (Entered: 11/12/2003) |
| 11/12/2003 | 474 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.: 9th day ofJURY TRIAL as to Wesley Ira Purkey held on 11/12/2003 (Court Reporter Donna Turner.) (Honeycutt, Cassaundra) (Entered: 11/13/2003) |
| 11/13/2003 | 471 | MOTION for Amended Order Regarding Appearance of Witnesses by Wesley Ira Purkey. Suggestions in opposition/response due by 11/28/2003 (Duchardt, Frederick) (Entered: 11/13/2003) |
| 11/13/2003 | 473 | AMENDED ORDER granting 471 amended motion as to Wesley Ira Purkey (1) - Regarding appearance of witnessess and payment of witness fees. Signed by Judge Sarah W. Hays on November 13, 2003. (Gicinto, JoRita) (Entered: 11/13/2003) |
| 11/13/2003 | 481 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.: 10th day of JURY TRIAL as to Wesley Ira Purkey held on 11/13/2003 (Court Reporter Donna Turner.) (Honeycutt, Cassaundra) (Entered: 11/19/2003) |

001137

| | | |
|---|---|---|
| 11/14/2003 | 475 | MOTION Allocution by Defendant in the Presence of the Jury by Wesley Ira Purkey. Suggestions in opposition/response due by 12/1/2003 (O'Sullivan, Laura) Modified on 12/3/2003 to reflect motion terminated (Enss, Rhonda). (Entered: 11/14/2003) |
| 11/14/2003 | 477 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.: 11th day of JURY TRIAL as to Wesley Ira Purkey held on 11/14/2003 (Court Reporter Donna Turner.) (Honeycutt, Cassaundra) (Entered: 11/17/2003) |
| 11/17/2003 | 476 | Third PROPOSED JURY INSTRUCTIONS by Wesley Ira Purkey (Duchardt, Frederick) (Entered: 11/17/2003) |
| 11/17/2003 | 479 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.: 12th day of JURY TRIAL as to Wesley Ira Purkey held on 11/17/2003 (Court Reporter Donna Turner.) (Honeycutt, Cassaundra) (Entered: 11/18/2003) |
| 11/18/2003 | 478 | Offer of Proof of Dr. Mark Cunningham Testimony Regarding Fetal Alcohol Exposure by Wesley Ira Purkey. Suggestions in opposition/response due by 12/3/2003 (Duchardt, Frederick) Modified on 11/19/2003 to correct document type.(Honeycutt, Cassaundra). (Entered: 11/18/2003) |
| 11/18/2003 | 480 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.: 13th day of JURY TRIAL as to Wesley Ira Purkey held on 11/18/2003 (Court Reporter Donna Turner.) (Honeycutt, Cassaundra) (Entered: 11/19/2003) |
| 11/19/2003 | 482 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.: 14th day of JURY TRIAL as to Wesley Ira Purkey held on 11/19/2003 (Court Reporter Donna Turner.) (Honeycutt, Cassaundra) (Entered: 11/20/2003) |
| 11/19/2003 | 483 | JURY INSTRUCTIONS refused - penalty phase. (Honeycutt, Cassaundra) (Entered: 11/20/2003) |
| 11/19/2003 | 484 | JURY INSTRUCTIONS given - penalty phase. (Honeycutt, Cassaundra) (Entered: 11/20/2003) |
| 11/19/2003 | 485 | EXHIBIT INDEX by USA. (Honeycutt, Cassaundra) (Entered: 11/20/2003) |
| 11/19/2003 | 486 | EXHIBIT INDEX of Defendant (Honeycutt, Cassaundra) (Entered: 11/20/2003) |
| 11/19/2003 | 487 | SPECIAL VERDICT FORM: Death Sentence imposed. (Honeycutt, Cassaundra) (Entered: 11/20/2003) |
| 11/25/2003 | 488 | MOTION for extension of time to file *Motion for New Trial* by Wesley Ira Purkey. Suggestions in opposition/response due by 12/10/2003 (Duchardt, Frederick) (Entered: 11/25/2003) |
| 11/25/2003 | 489 | ORDER granting [#488] defendant's motion for extension of time to file motion for new trial until 12/12/03 as to Wesley Ira Purkey (1) (Enss, Rhonda). (Entered: 11/25/2003) |
| 12/12/2003 | 490 | MOTION for new trial by Wesley Ira Purkey. Suggestions in opposition/response due by 12/29/2003 (Duchardt, Frederick) (Entered: 12/12/2003) |
| 12/12/2003 | 491 | WRIT of Habeas Corpus ad Testificandum returned executed for Robert E. Lopez on 11/18/03. in case as to Wesley Ira Purkey (Honeycutt, Cassaundra) (Entered: 12/22/2003) |
| 12/29/2003 | 492 | MOTION for extension of time to file response/reply as to 490 MOTION for new trial *Government's Request for Extension of Time to Reply to Defendant's Motion for New Trial* by USA as to Wesley Ira Purkey. Suggestions in opposition/response due by 1/13/2004 (Whitworth, Matt) (Entered: 12/29/2003) |
| 12/31/2003 | 493 | Supplemental MOTION for new trial by Wesley Ira Purkey. Suggestions in opposition/response due by 1/15/2004 (Duchardt, Frederick) (Entered: 12/31/2003) |

001138

| 01/09/2004 | 494 | ORDER granting [#492] plaintiff's motion for extension of time to file response as to Wesley Ira Purkey (1) to defendant's motion for new trial. (Enss, Rhonda) (Entered: 01/09/2004) |
| 01/12/2004 | 495 | MOTION for extension of time to file response/reply as to 490 MOTION for new trial, 493 Supplemental MOTION for new trial *Government's Second Request for Extension of Time to Reply to Defendant's Motion for New Trial and Supplemental Motion for New Trial* by USA as to Wesley Ira Purkey. Suggestions in opposition/response due by 1/27/2004 (Whitworth, Matt) (Entered: 01/12/2004) |
| 01/13/2004 | 496 | ORDER granting [#495] plaintiff's second motion for extension of time to file response to defendant's motion for new trial and supplemental motion for new trial until 1/15/04. (Enss, Rhonda) (Entered: 01/13/2004) |
| 01/14/2004 | 497 | RESPONSE to motion by USA as to Wesley Ira Purkey re 493 Supplemental MOTION for new trial *Response of the United States to Defendant Wesley Purkey's Supplemental Motion for New Trial* (Whitworth, Matt) (Entered: 01/14/2004) |
| 01/15/2004 | 498 | RESPONSE to motion by USA as to Wesley Ira Purkey re 490 MOTION for new trial *Response of United States to Defendant's Motion for New Trial* (Whitworth, Matt) (Entered: 01/15/2004) |
| 01/20/2004 | 499 | SUGGESTIONS in support by Wesley Ira Purkey re 490 MOTION for new trial *Reply to Government Response (Doc. 498)* (Duchardt, Frederick) (Entered: 01/20/2004) |
| 01/21/2004 | 500 | SUGGESTIONS in support by Wesley Ira Purkey re 493 Supplemental MOTION for new trial *Reply to Government's Response (Doc. 497)* (Duchardt, Frederick) (Entered: 01/21/2004) |
| 01/21/2004 | 501 | MOTION for new trial *Second Supplementary* by Wesley Ira Purkey. Suggestions in opposition/response due by 2/5/2004 (Duchardt, Frederick) (Entered: 01/21/2004) |
| 01/22/2004 | 502 | MOTION for Order that Purkey be Returned to State of Kansas after Sentencing in this Case by Wesley Ira Purkey. Suggestions in opposition/response due by 2/6/2004 (Duchardt, Frederick) (Entered: 01/22/2004) |
| 01/22/2004 | 503 | ORDER denying [#490] defendant's motion for new trial; denying [#493] defendant's supplemental motion for new trial; and denying [#501] defendant's second supplemental motion for new trial (Enss, Rhonda). (Entered: 01/22/2004) |
| 01/22/2004 | 504 | RESPONSE to motion by USA as to Wesley Ira Purkey re 502 MOTION for Order that Purkey be Returned to State of Kansas after Sentencing in this Case *Response of the United States to Defendant Purkey's Request for Order to Marshal Directing that Purkey be Returned to Kansas Per Terms of Writ of Habeas Corpus Ad Prosequendum* (Whitworth, Matt) (Entered: 01/22/2004) |
| 01/23/2004 | 505 | Minute Entry for proceedings held before Judge Fernando J. Gaitan Jr.:SENTENCING held on 1/23/2004 for Wesley Ira Purkey (1). The defendant was found guilty on Count 1 of the Superseding Indictment on November 5, 2003. IMPRISONMENT: The defendant is hereby committed to the custody of the Attorney General for the United States to be imprisoned for a total term of DEATH. The defendant is committed to the custody of the Attorney General of the United States until the exhaustion of procedures for appeal and review of this sentence, and thereafter to the custody of the United States Marshal for the implementation of the death penalty. CRIMINAL MONETARY PENALTIES: MSA $100 due immediately. (Court Reporter Donna Turner.) (Jones, Robin) (Entered: 01/26/2004) |
| 01/26/2004 | 506 | JUDGMENT and COMMITMENT as to Wesley Ira Purkey (1). The defendant was |

001139

| | | |
|---|---|---|
| | | found guilty on Count 1 of the Superseding Indictment on November 5, 2003. Date of imposition of sentence was January 23, 2004. IMPRISONMENT: The defendant is hereby committed to the custody of the Attorney General for the United States to be imprisoned for a total term of DEATH. The defendant is committed to the custody of the Attorney General of the United States until the exhaustion of procedures for appeal and review of this sentence, and thereafter to the custody of the United States Marshal for the implementation of the death penalty. CRIMINAL MONETARY PENALTIES: MSA $100 due immediately. Signed by Judge Fernando J. Gaitan Jr. on January 26, 2004. (Jones, Robin) (Entered: 01/26/2004) |
| 01/27/2004 | 507 | MOTION to dismiss count(s) by USA as to Wesley Ira Purkey. Suggestions in opposition/response due by 2/11/2004 (Whitworth, Matt) (Entered: 01/27/2004) |
| 01/30/2004 | 508 | MOTION for Leave to appeal in forma pauperis by Wesley Ira Purkey. Suggestions in opposition/response due by 2/17/2004 (Duchardt, Frederick) (Entered: 01/30/2004) |
| 01/30/2004 | 509 | ORDER granting [#508] defendant's motion for leave to appeal in forma pauperis as to Wesley Ira Purkey (1). (Enss, Rhonda) (Entered: 01/30/2004) |
| 02/02/2004 | | ***Motions terminated as to Wesley Ira Purkey : granting [#507] government's MOTION to dismiss Indictment filed 10/10/01. (Enss, Rhonda) (Entered: 02/02/2004) |
| 02/02/2004 | 510 | ORDER granting motion to dismiss count(s) as to Wesley Ira Purkey. Plaintiff's motion to dismiss, filed January 27, 2004, is sustained. It is hereby ordered that the Indictment filed October 10, 2001, is dismissed. Signed by Judge Fernando J. Gaitan Jr. on February 2, 2004. (Jones, Robin) (Entered: 02/02/2004) |
| 02/02/2004 | 511 | NOTICE OF APPEAL by Wesley Ira Purkey Filing fee $ 255. (Duchardt, Frederick) (Entered: 02/02/2004) |
| 02/03/2004 | | Electronic notification of Notice of Appeal and docket sheet as to Wesley Ira Purkey to US Court of Appeals re 511 Notice of Appeal - Final Judgment (Brogan, Shannon) (Entered: 02/04/2004) |
| 02/04/2004 | 512 | AMENDED NOTICE OF APPEAL (amended to improve legibility only) by Wesley Ira Purkey re 506 Judgment and commitment Filing fee $ 0.00, receipt number CJA. (Brogan, Shannon) (Entered: 02/04/2004) |
| 02/04/2004 | | Transmission of AMENDED Notice of Appeal as to Wesley Ira Purkey to US Court of Appeals re 512 AMENDED Notice of Appeal - Final Judgment (Brogan, Shannon) (Entered: 02/04/2004) |
| 02/09/2004 | 513 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Wesley Ira Purkey (Brogan, Shannon) (Entered: 02/09/2004) |
| 02/12/2004 | | USCA Case Number as to Wesley Ira Purkey 8TH CIRCUIT CASE NUMBER 04-1337 for 511 Notice of Appeal - Final Judgment filed by Wesley Ira Purkey, 512 Notice of Appeal - Final Judgment filed by Wesley Ira Purkey. Appeal Record due by 3/15/2004. Transcript due by 3/15/2004. (Brogan, Shannon) (Entered: 02/12/2004) |
| 02/17/2004 | 514 | JUDGMENT RETURNED executed as to Wesley Ira Purkey on 2/9/04 to Terre Haute, IN. This is a text entry only - the document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Honeycutt, Cassaundra) (Entered: 02/18/2004) |
| 03/15/2004 | 515 | Certified and transmitted record on Appeal w/three copies presentence report (sealed), 11 volumes transcripts and one red folder of exhibits as to Wesley Ira Purkey to US Court of Appeals re 511 Notice of Appeal - Final Judgment, 512 Notice of Appeal - Final Judgment (Brogan, Shannon) (Entered: 03/15/2004) |

| 03/16/2004 | 517 | TRANSCRIPT of Trial as to Wesley Ira Purkey held on 10/28/03, Vol I before Judge Fernando J Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| --- | --- | --- |
| 03/16/2004 | 524 | TRANSCRIPT of Trial, Vol III as to Wesley Ira Purkey held on 11/5/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/16/2004 | 525 | TRANSCRIPT of Trial, Vol IX as to Wesley Ira Purkey held on 11/10/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 516 | ORDER as to Wesley Ira Purkey - Clerk to forward all sealed documents to Court of Appeals. Documents shall remain sealed for all other intents and purposes and shall not be further released. (Enss, Rhonda) (Entered: 03/17/2004) |
| 03/17/2004 | 518 | TRANSCRIPT of Trial, Vol II as to Wesley Ira Purkey held on 10/28/03 before Judge Fernando J Gaitan. Court Reporter: Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 519 | TRANSCRIPT of trial, Vol III as to Wesley Ira Purkey held on 10/29/03 before Judge Fernando J Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 520 | TRANSCRIPT of Trial, Vol IV as to Wesley Ira Purkey held on 10/30/03 before Judge Fernando J Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 521 | TRANSCRIPT of Trial, Vol V as to Wesley Ira Purkey held on 10/31/04 before Judge Fernando J. Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in |

001141

| | | |
|---|---|---|
| | | the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 522 | TRANSCRIPT of Trial, Vol VI as to Wesley Ira Purkey held on 11/3/03 before Judge Fernando J Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 523 | TRANSCRIPT of Trial, Vol VII as to Wesley Ira Purkey held on 11/4/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 526 | TRANSCRIPT of Trial, Vol X as to Wesley Ira Purkey held on 11/10/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 527 | TRANSCRIPT of Trial, Vol XI as to Wesley Ira Purkey held on 11/12/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 528 | TRANSCRIPT of Trial, Vol XII as to Wesley Ira Purkey held on 11/12/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 529 | TRANSCRIPT of Vol XVI as to Wesley Ira Purkey held on 11/14/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 530 | TRANSCRIPT of Trial, Vol XV as to Wesley Ira Purkey held on 11/14/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the |

001142

| | | docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
|---|---|---|
| 03/17/2004 | 531 | TRANSCRIPT of Trial, Vol XIV as to Wesley Ira Purkey held on 11/13/2003 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 532 | TRANSCRIPT of Trial, Vol XIII as to Wesley Ira Purkey held on 11/13/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 533 | TRANSCRIPT of Teleconference as to Wesley Ira Purkey held on 10/23/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 534 | TRANSCRIPT of teleconference as to Wesley Ira Purkey held on 10/21/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 535 | TRANSCRIPT of Sentencing Hearing as to Wesley Ira Purkey held on 1/23/04 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 536 | TRANSCRIPT of Trial, Vol XVIII as to Wesley Ira Purkey held on 11/18&19/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004) |
| 03/17/2004 | 537 | TRANSCRIPT of Trial, Vol XVII as to Wesley Ira Purkey held on 11/17/03 before Judge Fernando Gaitan. Court Reporter: Donna Turner. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Honeycutt, Cassaundra) (Crespo, Wil). Modified on 12/29/2014 (Crespo, Wil). The transcript, which was originally referred to in the |

**001143**

docket entry, was scanned and attached to the filing on 12/29/14. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/17/2004)

| 03/18/2004 | | Transmitted record on Appeal as to Wesley Ira Purkey to US Court of Appeals re 511 Notice of Appeal - Final Judgment, 512 Notice of Appeal - Final Judgment: Twenty volumes transcripts on appeal, Documents #s 517 - 537. (Brogan, Shannon) (Entered: 03/18/2004) |
| --- | --- | --- |
| 03/22/2004 | 538 | Transmitted record on Appeal containing sealed documents as to Wesley Ira Purkey to US Court of Appeals re 511 Notice of Appeal - Final Judgment, 512 Notice of Appeal - Final Judgment (McDowell, Shelly) (Entered: 03/22/2004) |
| 08/04/2004 | 560 | CJA 30 Authorization to Pay Frederick A. Duchardt, Jr. in death penalty proceedings as to Wesley Ira Purkey. Amount: $26,280.16, Voucher # 02MOW093. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on March 18, 2002. (Jones, Robin) Modified on 8/6/2004 to correct event title and to include date signed by judge (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 561 | CJA 30 Authorization to Pay Frederick A. Duchardt, Jr. in death penalty proceedings as to Wesley Ira Purkey. Amount: $11,369.17, Voucher # 02MOW308. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on August 19, 2002. (Jones, Robin) Modified on 8/6/2004 to correct event title and date filed (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 562 | CJA 30 Authorization to Pay Frederick A. Duchardt, Jr. in death penalty proceedings as to Wesley Ira Purkey. Amount: $23,825.18, Voucher #03MOW015. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on October 8, 2002. (Jones, Robin) Modified on 8/6/2004 to correct event title (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 563 | CJA 30 Authorization to Pay Frederick A. Duchardt, Jr. in death penalty proceedings as to Wesley Ira Purkey. Amount: $53,771.71, Voucher #03MOW164. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on February 17, 2003. (Jones, Robin) Modified on 8/6/2004 to correct event title (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 564 | CJA 30 Authorization to Pay Frederick A. Duchardt, Jr. in death penalty proceedings as to Wesley Ira Purkey. Amount: $18,516.39, Voucher #03MOW328. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on May 3, 2002. (Jones, Robin) Modified on 8/6/2004 to correct event title (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 565 | CJA 30 Authorization to Pay Frederick A. Duchardt, Jr. in death penalty proceedings as to Wesley Ira Purkey. Amount: $13,769.66, Voucher #03MOW433. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on July 17, 2003. (Jones, Robin) Modified on 8/6/2004 to correct event title (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 566 | CJA 30 Authorization to Pay Frederick A. Duchardt, Jr. in death penalty proceedings as to Wesley Ira Purkey. Amount: $38,569.97, Voucher #03MOW526. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on September 15, 2003. (Jones, Robin) Modified on 8/6/2004 to correct event title (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 567 | CJA 30 Authorization to Pay Frederick A. Duchardt, Jr. in death penalty proceedings as to Wesley Ira Purkey. Amount: $26,009.89, Voucher #04MOW103. This is a text entry only - the document is being maintained in the finance office at the court. Signed by |

001144

| | | |
|---|---|---|
| | | Judge Fernando J. Gaitan Jr. on December 3, 2003. (Jones, Robin) Modified on 8/6/2004 to correct event type (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 568 | CJA 30 Authorization to Pay Frederick A. Duchardt, Jr. in death penalty proceedings as to Wesley Ira Purkey. Amount: $52,150.92, Voucher #04MOW104. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on December 3, 2003. (Jones, Robin) Modified on 8/6/2004 to correct event title (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 569 | CJA 30 Authorization to Pay Frederick A. Duchardt, Jr. in death penalty proceedings as to Wesley Ira Purkey. Amount: $141,836.58, Voucher #04MOW212. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on February 13, 2004. (Jones, Robin) Modified on 8/6/2004 to correct event title (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 570 | CJA 30 Authorization to Pay Laura E. O'Sullivan in death penalty proceedings as to Wesley Ira Purkey. Amount: $2,638.14, Voucher #02MOW149. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on May 5, 2002. (Jones, Robin) Modified on 8/6/2004 to correct event type (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 571 | CJA 30 Authorization to Pay Laura E. O'Sullivan in death penalty proceedings as to Wesley Ira Purkey. Amount: $3,363.86, Voucher #03MOW092. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on December 13, 2002. (Jones, Robin) Modified on 8/6/2004 to correct event type (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 572 | CJA 30 Authorization to Pay Laura E. O'Sullivan in death penalty proceedings as to Wesley Ira Purkey. Amount: $10,042.97, Voucher # 03MOW174. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on February 21, 2002. (Jones, Robin) Modified on 8/6/2004 to correct event type (Jones, Robin). (Entered: 08/06/2004) |
| 08/04/2004 | 573 | CJA 30: Authorization to Pay Laura E. O'Sullivan in death penalty proceedings as to Wesley Ira Purkey. Amount: $7,797.80, Voucher #03MOW379. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on June 4, 2003. (Jones, Robin) (Entered: 08/06/2004) |
| 08/04/2004 | 574 | CJA 30: Authorization to Pay Laura E. O'Sullivan in death penalty proceedings as to Wesley Ira Purkey. Amount: $15,306.16, Voucher #03MOW547. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on September 26, 2003. (Jones, Robin) (Entered: 08/06/2004) |
| 08/04/2004 | 575 | CJA 30: Authorization to Pay Laura E. O'Sullivan in death penalty proceedings as to Wesley Ira Purkey. Amount: $22,156.16, Voucher #04MOW264. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on March 12, 2004. (Jones, Robin) (Entered: 08/06/2004) |
| 08/04/2004 | 576 | CJA 30: Authorization to Pay Laura E. O'Sullivan in death penalty proceedings as to Wesley Ira Purkey. Amount: $23,228.50, Voucher #04MOW270. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on March 12, 2004. (Jones, Robin) (Entered: 08/06/2004) |
| 08/04/2004 | 577 | CJA 30: Authorization to Pay Laura E. O'Sullivan in death penalty proceedings as to Wesley Ira Purkey. Amount: $19,554.03, Voucher #04MOW271. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on March 12, 2004. (Jones, Robin) (Entered: 08/06/2004) |

**001145**

| 08/04/2004 | 578 | CJA 31: Authorization to Pay Michael Armstrong in death penalty proceedings as to Wesley Ira Purkey. Amount: $2,852.00 for Expert Services, Voucher #02MOW309. This is a text entry only - the document is being maintained in the finance office at the court.. Signed by Judge Fernando J. Gaitan Jr. on August 19, 2002. (Jones, Robin) (Entered: 08/06/2004) |
|---|---|---|
| 08/04/2004 | 579 | CJA 31: Authorization to Pay Michael Armstrong in death penalty proceedings as to Wesley Ira Purkey. Amount: $3,703.85 for Expert Services, Voucher #03MOW075. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on November 6, 2002. (Jones, Robin) (Entered: 08/06/2004) |
| 08/04/2004 | 580 | CJA 31: Authorization to Pay Michael Armstrong in death penalty proceedings as to Wesley Ira Purkey. Amount: $6,804.19 for Expert Services, Voucher #03MOW356. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on April 25, 2003. (Jones, Robin) (Entered: 08/06/2004) |
| 08/04/2004 | 581 | CJA 31: Authorization to Pay Michael Armstrong in death penalty proceedings as to Wesley Ira Purkey. Amount: $4,085.08 for Expert Services, Voucher #03MOW450. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on July 31, 2003. (Jones, Robin) (Entered: 08/06/2004) |
| 08/04/2004 | 582 | CJA 31: Authorization to Pay Michael Armstrong in death penalty proceedings as to Wesley Ira Purkey. Amount: $3,329.32 for Expert Services, Voucher #04MOW008. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on September 22, 2003. (Jones, Robin) (Entered: 08/06/2004) |
| 08/04/2004 | 583 | CJA 31: Authorization to Pay Michael Armstrong in death penalty proceedings as to Wesley Ira Purkey. Amount: $7,823.57 for Expert Services, Voucher #04MOW108. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on December 3, 2003. (Jones, Robin) (Entered: 08/06/2004) |
| 08/04/2004 | 584 | CJA 31: Authorization to Pay Michael Armstrong in death penalty proceedings as to Wesley Ira Purkey. Amount: $4,046.58 for Expert Services, Voucher #04MOW174. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on January 6, 2004. (Jones, Robin) (Entered: 08/06/2004) |
| 08/04/2004 | 585 | CJA 31: Authorization to Pay Michael Armstrong in death penalty proceedings as to Wesley Ira Purkey. Amount: $482.83 for Expert Services, Voucher #04MOW298. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on March 29, 2004. (Jones, Robin) (Entered: 08/06/2004) |
| 08/04/2004 | 586 | CJA 31: Authorization to Pay Stephen Peterson, MD in death penalty proceedings as to Wesley Ira Purkey. Amount: $950.50 for Expert Services, Voucher #02MOW239. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on July 17, 2002. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 587 | CJA 31: Authorization to Pay Stephen Peterson, MD in death penalty proceedings as to Wesley Ira Purkey. Amount: $4,945.50 for Expert Services, Voucher #03MOW462. This is a text entry only - the document is being maintained in the finance office at the court. |

001146

| | | Signed by Judge Fernando J. Gaitan Jr. on August 1, 2003. (Jones, Robin) (Entered: 08/09/2004) |
|---|---|---|
| 08/04/2004 | 588 | CJA 31: Authorization to Pay Stephen Peterson, MD in death penalty proceedings as to Wesley Ira Purkey. Amount: $787.50 for Expert Services, Voucher #03MOW538. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on August 21, 2003. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 589 | CJA 31: Authorization to Pay Stephen Peterson, MD in death penalty proceedings as to Wesley Ira Purkey. Amount: $720.00 for Expert Services, Voucher #04MOW105. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on December 3, 2003. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 590 | CJA 31: Authorization to Pay Stephen Peterson, MD in death penalty proceedings as to Wesley Ira Purkey. Amount: $5,850.50 for Expert Services, Voucher #04MOW106. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on December 3, 2003. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 591 | CJA 31: Authorization to Pay Mark D. Cunningham, PhD in death penalty proceedings as to Wesley Ira Purkey. Amount: $11,040.00 for Expert Services, Voucher #03MOW208. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on February 17, 2003. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 592 | CJA 31: Authorization to Pay Mark D. Cunningham, PhD in death penalty proceedings as to Wesley Ira Purkey. Amount: $2,898.75 for Expert Services, Voucher #03MOW311. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on April 11, 2003. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 593 | CJA 31: Authorization to Pay Mark D. Cunningham, PhD in death penalty proceedings as to Wesley Ira Purkey. Amount: $2,459.45 for Expert Services, Voucher #03MOW369. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on May 14, 2003. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 595 | CJA 31: Authorization to Pay Mark D. Cunningham, PhD in death penalty proceedings as to Wesley Ira Purkey. Amount: $8,785.28 for Expert Services, Voucher #04MOW318. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on March 29, 2004. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 596 | CJA 31: Authorization to Pay David F. Preston, MD in death penalty proceedings as to Wesley Ira Purkey. Amount: $1,400.00 for Expert Services, Voucher #04MOW184. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on January 27, 2004. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 597 | CJA 31: Authorization to Pay David F. Preston, MD in death penalty proceedings as to Wesley Ira Purkey. Amount: $2,200.00 for Expert Services, Voucher #04MOW185. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on January 27, 2004. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 598 | CJA 31: Authorization to Pay Bruce A. Leeson, PhD in death penalty proceedings as to |

001147

| | | |
|---|---|---|
| | | Wesley Ira Purkey. Amount: $5,000.00 for Expert Services, Voucher #04MOW109. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on December 3, 2003. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 599 | CJA 31: Authorization to Pay Bruce Leeson, PhD in death penalty proceedings as to Wesley Ira Purkey. Amount: $3,000.00 for Expert Services, Voucher #04MOW344. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on April 12, 2004. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 600 | CJA 31: Authorization to Pay Bruce Leeson, PhD in death penalty proceedings as to Wesley Ira Purkey. Amount: $300.00 for Expert Services, Voucher #04MOW354. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on April 12, 2004. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 601 | CJA 31: Authorization to Pay Walter F. Rowe in death penalty proceedings as to Wesley Ira Purkey. Amount: $1,000.00 for Expert Services, Voucher #04MOW107. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on December 3, 2003. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 602 | CJA 31: Authorization to Pay University of Kansas Hospital in death penalty proceedings as to Wesley Ira Purkey. Amount: $5,819.40 for Expert Services, Voucher #04MOW280. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on March 12, 2004. (Jones, Robin) (Entered: 08/09/2004) |
| 08/04/2004 | 603 | CJA 31: Authorization to Pay David J. Lamagna in death penalty proceedings as to Wesley Ira Purkey. Amount: $1,125.00 for Expert Services, Voucher #04MOW279. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on March 12, 2004. (Jones, Robin) (Entered: 08/09/2004) |
| 08/09/2004 | 594 | CJA 31: Authorization to Pay Mark D. Cunningham, PhD in death penalty proceedings as to Wesley Ira Purkey. Amount: $8,995.41 for Expert Services, Voucher #04MOW317. This is a text entry only - the document is being maintained in the finance office at the court. Signed by Judge Fernando J. Gaitan Jr. on December 9, 2003. (Jones, Robin) (Entered: 08/09/2004) |
| 01/03/2005 | 604 | CJA 31: Authorization to Pay Anthony Falsetti, Ph.D in death penalty proceedings as to Wesley Ira Purkey. Amount: $4500.00 for Expert Services approved by Judge Fernando J. Gaitan Jr on 10/22/04, amount reduced to $4000.00 on 11/26/04 by Chief Judge of the Eight Circuit Court of Appeals James B. Loken. Voucher # 05MOW073. This is a text entry only - the document is being maintained in the finance office at the court. (Sullivan, Tanya) (Entered: 01/06/2005) |
| 02/01/2006 | 605 | USCA JUDGMENT AND MANDATE as to 511 Notice of Appeal - Final Judgment filed by Wesley Ira Purkey,, 512 Notice of Appeal - Final Judgment filed by Wesley Ira Purkey, with mandate issued on January 24, 2006. The judgment of the district court in this cause is affirmed. (Attachments: # 1 Opinion)(Jones, Robin) (Entered: 02/01/2006) |
| 02/01/2006 | 606 | LETTER from Clerk of Court to United States Marshal as to Wesley Ira Purkey. (Jones, Robin) (Entered: 02/01/2006) |
| 02/10/2006 | | ***Appeal Remark as to Wesley Ira Purkey: Received today from the 8th Circuit Court of Appeals the following transcripts #30, 49, 55, 97, 107, 136, 140, 152, 175, 214, 381, and 517-537. (Crespo, Wil) (Entered: 02/10/2006) |

**001148**

| 07/06/2006 | | WRIT OF CERTIORARI FILED by US Supreme Court as to Wesley Ira Purkey re 512 Notice of Appeal - Final Judgment U.S. Supreme Court Case Number 05-11528, filed on 6/15/06. (Crespo, Wil) (Entered: 07/06/2006) |
|---|---|---|
| 11/07/2006 | | WRIT OF CERTIORARI DENIED by US Supreme Court as to Wesley Ira Purkey re 511 Notice of Appeal - Final Judgment, 512 Notice of Appeal - Final Judgment U. S. Supreme Court Case Number 05-11528 (Crespo, Wil) (Entered: 11/07/2006) |
| 11/25/2006 | | The document originally filed as Document #607, MOTION to appoint counsel *for 2255 proceedings, with suggestions* has been deleted. The document has been refiled as the initiating document in Case No. 06-8001-CV-W-FJG. Modified on 12/12/2006 (Jones, Robin). (Entered: 11/25/2006) |
| 12/12/2006 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on November 25, 2006 as Document No. 607, MOTION to appoint counsel *for 2255 proceedings, with suggestions.* The document has been refiled as the initiating document in case no. 06-8001-CV-W-FJG. This is a text entry only - no document is attached. (Jones, Robin) (Entered: 12/12/2006) |
| 09/29/2009 | 607 | ORDER DENYING movant's Motion to Vacate, Set Aside or Correct His Sentence Pursuant to 28 U.S.C. § 2255 47 in Civil Case No. 06-8001; DENYING the Motion to Strike the Statement of Frederick A. Duchardt, Jr. 83 ; DENYING the Motion to Set Matter for an Evidentiary Hearing 84 ; and DENYING AS MOOT the Motion for Leave to File Late Response to Motion to Strike Statement of Frederick A. Duchardt Jr. 87 .Signed by Chief District Judge Fernando J. Gaitan, Jr. on 9/29/09.(Enss, Rhonda) (Entered: 09/29/2009) |
| 11/13/2009 | 608 | NOTICE OF ATTORNEY APPEARANCE Kathleen D Mahoney appearing for USA. (Mahoney, Kathleen) (Entered: 11/13/2009) |
| 11/13/2009 | 609 | NOTICE OF ATTORNEY APPEARANCE David M Ketchmark appearing for USA. (Ketchmark, David) (Entered: 11/13/2009) |
| 01/27/2010 | 610 | MOTION to withdraw as attorney by Matt J. Whitworth. by USA as to Wesley Ira Purkey. Suggestions in opposition/response due by 2/16/2010 unless otherwise directed by the court. (Porter, Phillip) (Entered: 01/27/2010) |
| 02/10/2010 | 611 | ORDER granting 610 motion to withdraw as attorney. Matt Jeffrey Whitworth withdrawn from case as to Wesley Ira Purkey (1). Signed on 2/10/10 by Chief District Judge Fernando J. Gaitan, Jr. This is a TEXT ONLY ENTRY. No document is attached.(Enss, Rhonda) (Entered: 02/10/2010) |
| 07/25/2019 | 615 | LETTER from U.S. Department of Justice advising that date of execution has been set for December 13, 2019 as to Wesley Ira Purkey. (Anderson, Christy) (Entered: 07/25/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/21/2019 13:53:01 | | | |
| **PACER Login:** | pd0045 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:01-cr-00308-FJG |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**001149**

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA

-vs-                                                  01-00308-01-CR-W-FJG

**WESLEY IRA PURKEY**

Frederick A. Duchardt and Laura E. O'Sullivan, CJA
P.O. Box 349, 110 East Sixth Street
Kearney, MO 64060

---

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant was found guilty on Count 1 on 11/05/03 of the Superseding Indictment. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 1201(a),(g), & 3559(d) | Kidnapping for the Purpose of Rape, Resulting in Death to the Victim | January 22, 1998 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.
Defendant's Date of Birth:
Deft's U.S. Marshal No.:

Date of Imposition of Sentence:
January 23, 2004

Defendant's Mailing Address:
USP Leavenworth Special Housing Unit, 1300 Metropolitan
Leavenworth, KS 66048

Defendant's Residence Address:
Kansas Department of Corrections, 900 S.W. Jackson
Topeka, KS 66612

*ECF*
*DOCUMENT*

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the Western District of Missouri.

Date Filed _1-26-04_

P.L. BRUNE, CLERK

By: _____ , Deputy Clerk

/s/ FERNANDO J. GAITAN, JR.
FERNANDO J. GAITAN, JR.
UNITED STATES DISTRICT JUDGE

January __26____,2004

AO 245D (Rev. 3/01) Judgment in a Criminal Case

**001150**

WP_PC000016112

WESLEY IRA PURKEY
01-00308-01-CR-W-FJG

## IMPRISONMENT

The defendant is hereby committed to the custody of the Attorney General for the United States to be imprisoned for a total term of **Death.**

The defendant is committed to the custody of the Attorney General of the United States until the exhaustion of procedures for appeal and review of this sentence, and thereafter to the custody of the United States Marshal for the implementation of the death penalty.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By:_____
Deputy U.S. Marshal


AO 245D (Rev. 3/01) Judgment in a Criminal Case

**001151**

WESLEY IRA PURKEY
01-00308-01-CR-W-FJG

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 due immediately | $ | $ |

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245D (Rev. 3/01) Judgment in a Criminal Case

**001152**

Case 2:19-cv-00414-JPH-DLP   Document 28-35   Filed 09/12/19   Page 73 of 85 PageID #: 4593

# The Guardian

# Death row: the lawyer who keeps losing

A single attorney has had more clients sentenced to death in federal court than any other defence lawyer in America. He's part of a deeply flawed system that is about to get worse

by David Rose

Main image: Nick Veasey / Getty Photograph: Nick Veasey / Getty

Thu 24 Nov 2016 01.00 EST

On the evening of 19 November 1998, the body of a Colombian man, Julian Colon, was found in the boot of an abandoned car in Kansas City, Missouri. His hands, feet and eyes had been bound with duct tape, and he had been shot in the head. Cartel drug lords, who were importing cocaine, via Mexico, into Texas and distributing it onwards from Kansas City, were convinced that Colon had stolen $300,000 from them, and had him executed.

Ten days later, a Colombian immigrant, said to be an enforcer for the cartels, German Sinisterra, was arrested. Under interrogation, he confessed, saying that he had been told by the traffickers to fly to Kansas City from his home in Dallas, and to undertake a job for a fee of $1,000. He was afraid to say no: most of his family was in Colombia, vulnerable to reprisals. Sinisterra described how Colon was lured to a meeting by two cartel associates, where he was bound and beaten, before Sinisterra was ordered to shoot him.

Sinisterra went on trial for first degree murder in Kansas City in December 2000. His case was not heard in the local state court, but in the separate federal system, run by the Department of Justice – the forum for some of the most serious cases, many involving organised crime or terrorism. The prosecution asked the court to sentence him to death.

Leading his defence was Frederick Duchardt, a Kansas City attorney appointed by the judge. American death penalty trials consist of two successive phases. In the first – the "guilt phase" – the jury decides whether the prosecution has proven its case beyond reasonable doubt. Then, in the "penalty phase", the same lawyer presents the case, and the same jurors determine whether the prisoner should be sentenced to death or life imprisonment.

As Sinisterra's guilt was not disputed, what sentence he would receive was crucial. Duchardt's plea for Sinisterra in the second, penalty stage focused on evidence that he was a caring husband and father, beloved by his family in Texas, and his relatives still in Colombia. Duchardt revealed that Sinisterra was raised in poverty in the port city of Buenaventura, had emigrated in his late teens and worked in construction. His wife, a nurse named Michelle Rankin, told the court he was "loving and caring". They had two small children, and he also took care of his daughter from a

001153

previous relationship. His mother-in-law testified that all her family adored him. Videotapes in Spanish recorded by family members in Colombia spoke of his generosity. His nine-year-old said that her father played with her, took her to school, and had bought her a Bible story book.

None of this made much impact. The jury deliberated for less than a day before sentencing Sinisterra to death.

Since Sinisterra's sentencing, three more of Duchardt's clients have been condemned to death: Wes Purkey, Lisa Montgomery, and, most recently, in 2014, Charles Hall. Out of seven federal death trials, four of Duchardt's clients have received the death penalty, two have been handed life sentences and one has been acquitted after an appeal and a retrial. This tally means that Duchardt has had more clients sentenced to death in federal court than any other defence lawyer in America.

The lawyers appealing against the death sentences of Sinisterra, Purkey and Montgomery have all separately argued that their sentences should be quashed because Duchardt's performance was "deficient", and that his failure to present critical mitigating evidence amounted to what US law terms "ineffective assistance of counsel". (Hall's appeals have not yet started.)

Duchardt finds these allegations preposterous. A tall, softly spoken figure of 64, he has wispy, greying hair and a droopy moustache. Not for him the lawyer's uniform of white shirt and dark suit: both times we met, he wore jeans and an old sweater. I got the impression he wanted to be liked, generously suggesting we set aside at least two hours for our meeting on my first day in Kansas City.

When it came to specific claims about his own conduct, he stiffened and, palpably defensive, declined to go into details. The reason his clients got the death penalty, he said, had nothing to do with his performance, but related only to the seriousness of their crimes: "If you've read the facts of these cases, you'll know they were ugly, ugly." He didn't mind criticism if it was fair, but all too often, it was not. "Some allegations of ineffectiveness which are made in post-conviction cases are frivolous, simply not comporting with the facts and/or the law."

Blaming trial defence counsel for death sentences, he pointed out, was merely a legal ploy: "Frankly, unless you've got fresh evidence, it's the only way you can get relief, because you have to raise issues that haven't been raised before. The question is, are you going to be bound by the facts, or make stuff up? You show me where I screwed up, and I'll admit it."

He acknowledged that he was a maverick, but he insisted that his methods were appropriate.

Professor Sean O'Brien of the University of Missouri law school, a veteran defence lawyer who has fought numerous capital trials and appeals – and who has known Duchardt for many years – disagreed. He believes Duchardt's work has been so poor that it helps to explain a surprising fact: that federal courts in Missouri are far more likely to pass death sentences than those in any other state.

"Meeting the proper, nationally agreed standards of capital defence is demanding, and complying with them is expensive," O'Brien said. "One reason why Missouri's federal courts crank out so many death sentences is that they repeatedly appoint a lawyer – Duchardt – who has rejected these standards."

001154

Missouri has become a federal death penalty hotspot. Of the 62 prisoners on federal death row, nine were convicted in Missouri, 14.5% of the national total, though the state's population of six million amounts to just 1.9% of the US as a whole. Since the 1990s, the chances of being sentenced to death in a federal court in Missouri have been many times higher than anywhere else.

To Duchardt, the explanation is simply that Missouri has more heinous murderers, more homicides with "egregious facts". Again, O'Brien disagreed. "When the prosecution seeks the death penalty, it commits skilled lawyers with unlimited resources to get the job done. For an indigent defendant, getting a skilled lawyer who will demand the resources to make it a fair fight is like winning the lottery – you will probably live. Many defendants lose that lottery, and they get a lawyer more worried more about pleasing the court and the prosecutor than about fighting for the client. Those are the ones who die. When one lawyer produces nearly half the federal death sentences in a state, there's a problem."



Kansas City attorney Frederick Duchardt at the Clay County courthouse in Liberty, Missouri. Photograph: Christopher Smith/The Guardian

I t has long been recognised that in state courts, the quality of capital defence lawyers is sometimes appalling. In Texas, which as of October 2016 had executed 538 men and women since 1982 – far more than any other state – at least three prisoners have been sentenced to death, despite the fact their attorneys spent parts of their trials asleep. At an appeal for one of them, prosecutors argued that this did not matter, because the man's attorney only missed unimportant parts of the testimony. One Texas lawyer, Jerry Guerinot, has had 21 clients sentenced to death in state courts, including a British woman, Linda Carty. When I interviewed him in 2007, he said he was "an extremely aggressive lawyer" unlike those who "just sit in their chair and let the state run over them". However, he admitted he spent barely an hour with her before her trial started, and failed to speak to crucial witnesses who would have supported her claim of innocence.

It is not easy to be a capital defence lawyer. By definition, most cases in which prosecutors seek the death penalty will be horrifying. Jurors will be questioned before they are sworn in, and those who admit they are opposed to capital punishment are excluded – creating an inherent, pro-death bias. The system is not always good at deciding which defendants really are the "worst of the worst", and in 1994, Stephen Bright, founder of the Southern Centre for Human Rights in Atlanta, argued in a seminal paper that death sentences were generally imposed "not for the worst crimes, but the worst lawyers."

001155

Case 2:19-cv-00414-JPH-DLP Document 28-35 Filed 09/12/19 Page 76 of 85 PageID #: 4596

By contrast, federal courts are supposed to be a paragon of American justice. Federal judges are appointed by the president, and prosecutors work for the Department of Justice in Washington. The US attorney general has to approve every federal case in which prosecutors seek the death penalty. As for the defence, public funding is generous: defence costs in a federal capital trial will usually be about $2m (in the Missouri state system, the average defence cost of a capital murder trial is $127,000).

Yet there is evidence that the federal death penalty is applied unevenly, disproportionately affecting minorities and the marginalised. African American people make up 12% of the population of the US, but almost half of federal death row's inmates. Sinisterra was convicted of drug trafficking and murder, and sentenced to death under a law devised for drug trade "kingpins", although, as a cartel courier and hitman, he was pretty low down the hierarchy.

Sinisterra's main challenge against the death sentence – known in the trade as a "2255 motion", after the relevant section of the US penal code – was handled by a team led by Tim Gabrielsen, a death penalty specialist from Arizona. When he started work in 2004, he formed the view that Duchardt's conduct of the penalty phase of the trial ignored long-established practice. In many capital cases where prisoners' lives have been spared, it is because their lawyers have been able to show that their childhoods were grotesquely abusive, that they were mentally ill, or intellectually disabled. In such circumstances, the US supreme court has set binding precedents, determining that prisoners who are not so much evil as deeply damaged should be shown mercy.

"Digging deep into the defendant's background is at the core of mounting a defence: you have to persuade the jurors the defendant is not a monster, but a fellow human being," said Professor O'Brien. "It isn't enough to present testimony from mental health experts. You have to connect the jury with their life story. Some might say that's touchy-feely. But it's the way to save lives."

For decades, the accepted way to get at this evidence has been to engage a "mitigation specialist": an investigator skilled at persuading an offender's friends and family to reveal painful secrets, and at finding the medical, psychiatric and other records that may support such disclosures. In 1998, America's National Judicial Conference endorsed a report by a senior judge stating that all capital defence teams should include a mitigation specialist: this, it said, was nothing less than a "minimum standard of care". The American Bar Association followed this with supposedly binding guidelines in 2003, saying lawyers "must" employ such experts.

However, when Duchardt was preparing for Sinisterra's trial case, he chose not to do so. In advance of the appeal, Gabrielsen employed an experienced mitigation specialist of dual US-Colombian citizenship, who carried out a painstaking investigation in Colombia to see whether there was anything Duchardt had missed.

Talking to Sinisterra's friends and family, the specialist discovered that from an early age, Sinisterra had been beaten by both his parents. His father used his fists, but sometimes his mother would lash him with a horsewhip, or submerge his head in a bucket of water.

When Sinisterra was seven, two men raped him at knifepoint, an attack so traumatic he ran away from home and lived on the streets. There, he was assaulted again. His attacker smashed his head against a lamppost so hard he was unconscious for two days. When he did finally go home, he was raped repeatedly by a friend of his mother who was a known paedophile, and by an elder brother who was high on drugs. While he was in his teens, two of his other brothers were murdered, one of them in front of him.

001156

Case 2:19-cv-00414-JPH-DLP Document 23-35 Filed 09/12/19 Page 77 of 85 PageID #: 4597

Gabrielsen also had Sinisterra assessed by a forensic neuropsychologist, Professor Antolin Llorente of the University of Maryland, who found that Sinisterra had an IQ of 68, below the threshold of what American law then called "mental retardation". His head injuries had left him with permanent "organic brain damage". This impaired his cognitive abilities, and he was unable to read or write.

It became clear that the view the original trial jury had of Sinisterra was far from complete. But almost as troubling as the details of his childhood were the reasons why Duchardt had failed to uncover them.

It turned out that Duchardt had left the preparation of the penalty phase to his junior co-counsel, Jennifer Herndon, who filed an affidavit describing her role for the appeal. In this she said that before the trial opened, she had also been getting ready for an unrelated capital case in St Louis, and was extremely busy. She said she had urged Duchardt to ask to have the trial postponed, to give them more time. He declined. She also said she had begged him to employ a mitigation specialist. In 10 years' experience of capital trials, she said, she had never known a defence team without one.

Finally, just four weeks before the trial began, Herndon had travelled alone to Sinisterra's home town, Buenaventura, and interviewed some of his family via an interpreter, but these were only "get acquainted" interviews, designed to establish "rapport and trust with the family". They contained nothing revealing about his early life.



The 'death chamber' at the Texas Department of Criminal Justice Huntsville. As of October 2016, the state had executed 538 men and women since 1982. Photograph: Paul Buck/EPA

It is true, as Duchardt said, that it is common to claim "ineffective assistance of counsel" in challenges against sentence. Otherwise, a court will usually refuse to consider evidence that could have been heard at the trial. On the other hand, it is very hard to win such claims: the judge not only must be persuaded that the trial lawyer did a poor job, but that there is a "reasonable probability" that the unheard testimony would have produced a different outcome – a very high bar.

In April 1998, seven months before Sinisterra's trial began, the supreme court reviewed a case with a direct bearing on his – the death sentence imposed on Terry Williams, a murderer tried in a state court in Virginia. Like Sinisterra, Williams had endured an appalling childhood, marked by frequent and extreme sexual and physical abuse, and had grave intellectual disabilities. None of this emerged until after he was sentenced.

001157

The court decided that the mitigating evidence the jury never heard was compelling enough to save Williams's life, and that his lawyer's failure to produce it amounted to ineffective assistance. Had he cited this, and uncovered the evidence that made it relevant, this binding precedent should have been a great help to Duchardt's defence. But he did not.

In 2002, the Supreme Court also issued a general ban on executing anyone who was "mentally retarded", deeming this "the purposeless and needless imposition of pain and suffering".

When I contacted Duchardt, he readily agreed to be interviewed, stipulating that we should meet in his favourite restaurant, Arthur Bryant's Barbecue, in the Kansas City jazz district – a multiracial neighbourhood that once nurtured musicians such as Charlie Parker. Duchardt was proud of that heritage and proud of the restaurant, whose walls are decorated with photos of famous customers such as Jimmy Carter and Bill Clinton, Barack Obama, Steven Spielberg and Jack Nicholson. Duchardt insisted he would be paying, and after we met a second time in another traditional restaurant closer to his home, he told me to put my wallet away, saying I could pay when we met in England, which he hoped would be soon.

He hadn't a bad word to say about anyone. The prosecutors he faced in court might be trying to kill his clients, but they were, he said, "in my experience, some of the best of the best of the local bar, who also take their duties to uphold the law very seriously. To call these folks worthy opponents against defence attorneys like me would be to say the least."

Duchardt said that although the people he defended had committed horrifying crimes, "very few are any different to you or me. Some are among the nicest people I've met. It's a classic case of 'there but for the grace of God go I'. No matter what the facts of the case, most of us in the capital defence bar believe we should save every client's life, and experience bitter, personal disappointment over a death penalty verdict."

In the mid-1990s, Duchardt tried to prevent African-Americans charged with capital murder being tried by all-white juries in the Missouri state system. However, he admitted that when it came to death penalty defence, he had learned "on the job" – without any of the specialised training that has since become standard for "death-qualified" attorneys.

Fresh out of law school in 1980, he spent 15 years at the Missouri state public defender's office. "Thirty years ago, none of that specialisation existed," he said. "I was hired as an assistant public defender in the office in Clay County, a suburban portion of the Kansas City area. A year later, I was running that office." Four years into his career, he successfully argued that a double murderer and rapist named William Wirth should not be executed. That led to his being appointed in a further five state capital trials.

Duchardt said he left the public defender system in 1995 after a row with a new boss. Since then, he has worked from his home in a Kansas City suburb as a sole practitioner. Most of the cases he has taken on in that time have been in the federal system, where fees are higher – although, as he pointed out, he was still making less than he would in commercial branches of the law.

Here too he has had some success. His first federal capital client, Dennis Moore, was sentenced to life, as was the triple killer Demetrius Hargrove in 2005. Another, an alleged murderer and drug dealer named John P Street, was sentenced to death, but Duchardt managed to have his conviction overturned by challenging the forensic evidence. Duchardt appears to have been more

**001158**

Case 2:19-cv-00414-JPH-DLP   Document 23-35   Filed 09/12/19   Page 79 of 85 PageID #: 4599

successful with good old-fashioned forensics. His critics accept that in this instance, he did a good job. For the past 20 years, Duchardt said, he has defended "in most of the federal capital cases in the Western District of Missouri" – half the entire state.

Duchardt has no lack of confidence in his abilities. He was, he added, proud to be "old-school", a term he used several times. He also said that his critics, with their faddish modern theories, knew much less than he did about how to impress juries – especially when it came to the penalty phase of trials. There, he said, he was proud to be a maverick. The American Bar Association could insist all it liked that capital defence teams must include a mitigation specialist, but in his view, they were usually of little value. "I do not follow orthodoxy," he said. His voice became a sneer: such specialists focused on mere "social work type issues", and he considered these irrelevant.

"As a lawyer, you have to understand your audience. Social work perspectives are accepted by a lot of well-educated, liberal people," he said. "But there are a lot of people on juries who don't have that education." The problem with lawyers who tried to impose this approach was that they did not realise that often, it just didn't work. "There's a saying in American football: when your opponents can stop the plays, you need to find a new one."

In the UK, it is axiomatic that a judge who has tried a case will never be appointed to hear its appeal. In America, however, one of the system's peculiarities is that the judge who originally tried a capital case – and appointed the defence lawyer – will often be asked to decide whether that trial was fair. Few judges will relish admitting they got such matters of life and death wrong. Another peculiarity of the system is that in order to save his former client from execution, the lawyer must admit he made mistakes – which is something not many lawyers are keen to do.

Duchardt was appointed to all his federal capital cases by two judges, Gary Fenner and Fernando Gaitan. They were, he said, known for being tough, but "I've known both of them for years, and if you wanted to pick two guys to sit down and have a beer with, you'd pick those two. Fernando Gaitan has a dry sense of humour; Gary Fenner is just a very nice guy."

Later, he amplified his comments in an email. "I believe both of those men are well-educated, well-experienced, and smart lawyers, and at the same time are very fine persons … whenever I have a case assigned to either of those two judges, I always rest assured that my client will get a fair hearing on the fact and the law."

It was Fenner who presided over Sinisterra's trial in 2000, and Fenner who dealt with his appeal. After the appeal lawyer Gabrielsen filed it, Duchardt set out an affidavit about his conduct of the trial, in which he insisted that he had always been "aware of all the information" about his client's background, but had chosen not to use it for unspecified "strategic" reasons. He admitted that he had not known about Sinisterra's cognitive disabilities.

In December 2007, Judge Fenner rejected the appeal, quoting extensively from Duchardt's affidavit in his ruling. He concluded that far from providing ineffective assistance, the "strategic decisions of Mr Duchardt were well reasoned, as reflected by the record and the oversight of the court".

But the case wasn't over. Sinisterra appealed to the 8th circuit court of appeals, one of the 12 federal appeals courts, the last rung in the ladder below the US supreme court. This "remanded" it back to Judge Fenner, ordering him to conduct a hearing, in which the witnesses to Sinisterra's childhood abuse gave evidence.

001159

Duchardt also testified in person. Contradicting his earlier affidavit, he now admitted that before the trial, he had known nothing about the abuse Sinisterra had endured in childhood. But he blamed Herndon for this gap in his knowledge, saying he believed that when she went to Colombia, she would "exhaust all leads". Gabrielsen commented: "He threw her under the bus."

Sinisterra's appeal lawyers were hopeful that after this hearing, the death sentence might be quashed. They never got a chance to find out. In March 2013, Sinisterra died from a heart attack in prison. Fenner had given no indication which way he was likely to rule, and the legal saga was over.

Gabrielsen still regards the case with bitterness. "Fred said in his affidavit that he knew all about Sinisterra's background, and decided not to use it. Yet he didn't even go to Colombia. And Judge Fenner simply believed everything Fred said." As for Duchardt, he said he could not comment on the details of this or any of his cases beyond what was in the legal record.

In 1998, a 16-year-old named Jennifer Long, who lived on the Missouri side of Kansas City disappeared. All efforts to find her proved futile. The following year, while a habitual criminal named Wes Purkey was in a Kansas state jail awaiting trial for murdering an 80-year-old woman, he said that he had picked Long up in his car, kidnapped and murdered her. This was a crime that involved the crossing of the Kansas-Missouri state line, which bisects Kansas City. That meant that Purkey was tried in federal court. He explained the absence of Long's body by saying that, having raped her and stabbed her to death, he had dismembered her remains and burned them in his fireplace.

Duchardt was appointed by Judge Gaitan to represent Purkey. To use Duchardt's term, the facts of murder cases do not get much "uglier" than this. The prosecution decided to seek the death penalty, and it was clear that given Purkey's confession, the best chance of saving his life would come during the second, penalty phase.

A mitigation specialist might have found plenty of material to make a case. Purkey, who was raised in Wichita, Kansas, had endured an almost unimaginably awful childhood. He was just six years old when his alcoholic mother began to abuse him sexually, the start of years of frequent, escalating abuse. On numerous occasions, Purkey witnessed his mother having sex with strangers. His father was also an alcoholic, and beat Purkey, telling him that only through violence could he show his worth as a man. Purkey was also seriously injured in a car crash, in which he suffered permanent brain damage.

Purkey's lifelong friend Peggy Noe recalled in a later affidavit that when they were teenagers, he told her his mother was sexually abusing him. When she asked for details, "he would start stuttering really bad, to the point he couldn't even talk". Once Purkey brought Noe to his family home. It was afternoon, but "when we went in, his mother was in the bed in her nightgown, either drunk or hungover ... Wes was ashamed of the abuse and ashamed that his home life was so horrible." When they were in their 20s, they shared a motel room on a road trip, and she discovered he was still wetting his bed.

Purkey drifted into alcoholism and drugs, and spent time in prison: first for minor offences, and then, in 1980, for attempted murder. In 1987, by then 35, he was seen by a prison psychologist, Dr Rex Newton. Purkey asked him for therapy to deal with his childhood trauma and to help him turn his life around.

001160

Newton, the prison psychologist, wrote that Purkey "displayed behaviours and characteristics common among many men in prison who started life being sexually abused by family members. The sexual abuse made Mr Purkey feel dirty and unworthy inside ... those feelings turned to anger and rage in his adolescence when he became mature enough to understand how he was victimised." He concluded: "Horrific things were done to Wesley Purkey throughout his childhood that sent him on a life path so filled with rage it practically guaranteed his ending up in prison."

As he prepared for Purkey's trial in November 2002, Duchardt decided once again not to employ a mitigation specialist. Instead, he relied on Mic Armstrong, a guilt-phase investigator and friend from his time with the state defender's office. Duchardt told me that Armstrong, who died in 2015, was an "exceptional" investigator.

Duchardt did give the jury some information about Purkey's childhood history of abuse. But he and Armstrong had failed to speak to Dr Rex Newton, so there was no corroboration. Without it, the prosecution was able to turn it against Purkey, thanks to testimony from Dr Park Dietz, a forensic psychologist. According to Dietz, Purkey's claim to have endured physical and sexual abuse in childhood was a pack of lies, dreamed up to save him from lethal injection: the sort of thing criminals said when "facing capital murder charges and have people looking for bad things in childhood to help in mitigation". The prosecutor called Purkey's story the "abuse excuse", claiming it was a "fairytale".

Purkey was sentenced to death. It was only when his new legal team began to prepare his 2255 appeal, which was heard in 2008, that the evidence that might have produced a different outcome started to emerge. Purkey's brother, Gary, had not only witnessed their mother's abuse of Purkey, but had also been sexually assaulted by her on multiple occasions. His story, properly researched by a skilled mitigation specialist, might have done much to add credibility to Purkey's own account. But the prospects of the jury hearing it had been sharply reduced by the fact that when Duchardt showed up at Gary's house in order to interview him, he brought along his teenage son. This, Gary explained to Purkey's appeal lawyers, made it impossible for him to make painful, personal disclosures.

Wes Purkey had a daughter, Angie: she could also have told the jury important things about her father and his dysfunctional background. She did take the stand at the trial, but examining her as a witness, Duchardt seemed to have had little idea of what she might say. The reason was that Duchardt and Armstrong had introduced themselves to Angie by arriving unannounced at her wedding, where, amid the celebrations, they sought to interview her about her father's pending murder trial.

In 2003, the year after Purkey's trial, a supreme court judgment overturned the death sentence imposed on convicted murderer Kevin Wiggins on the grounds he had been severely abused as a child. This case seemed to have considerable implications for Purkey's appeal. In its judgment, the supreme court reiterated that the American Bar Association guidelines requiring mitigation specialists and the fullest possible investigation must be followed – and failure to do so would usually amount to ineffective assistance of counsel.

Duchardt knew about the Wiggins case when he came to submit an affidavit, justifying his conduct of Purkey's trial, to Judge Gaitan. But in the course of an astonishing, self-justifying account that ran to 117 pages, he argued that this case had no relevance to Purkey and criticised

001161

his client's appeals lawyers. "Despite the invective tone of the arguments advanced by counsel for Purkey, there is no factual or legal support for the arguments themselves," he wrote.

Much of the affidavit consisted of detailed explanations as to why Duchardt had decided not to call particular witnesses, and it made assertions that had never been tested in court.

He admitted that he failed to tell the jury that Gary, like his brother, had been sexually abused by their mother, because he did not know about it. He claimed he had spoken to Dr Newton – although Newton said he had not.

Duchardt's affidavit shocked the legal establishment. Purkey's current lawyer, Rebecca Woodman, said: "He went way beyond what would have been acceptable, not only revealing confidential information, covered by attorney-client privilege, but actually accusing Purkey's new counsel of lying."

The appeals process presents the original defence lawyer with an awkward choice: admitting error might help save the client's life, but at cost to the lawyer's reputation. According to Professor Sean O'Brien of the University of Missouri law school, having once defended Purkey, Duchardt had "switched sides against his client". O'Brien added: "The most troubling sections are when he claimed that witnesses weren't called for 'strategic' reasons, even though those witnesses were never interviewed. You can't possibly know what you have never bothered to learn. That's not strategy, it's a failure to prepare."

"This argumentative response … did not seek to protect Purkey's interests," wrote Professor Tigran W Eldred in the Hofstra Law Review. "Rather, it was a full-throttled defence by Purkey's trial lawyer of his own conduct." In Eldred's view, this was unethical. Lawyers had continuing obligations to their clients, especially those whose lives were at stake, and even if they were "motivated to protect their own self-interests", they must not "rationalise their own misbehaviour".

Judge Gaitan rejected Purkey's appeal. Purkey appealed to the 8th circuit, and then the supreme court, again without success. He has now exhausted his appeals.

**D**uchardt's next client to be sentenced to death was accused of a crime even more dreadful, if possible, than Purkey's. The prosecution claimed that having met the heavily pregnant Bobbie Jo Stinnett in an online chatroom, Lisa Montgomery arranged to visit her in December 2004. Then, it was alleged, she strangled her, cut her unborn baby from her womb and took the infant home to care for her.

Duchardt was assigned to the case by Judge Fenner at the end of April 2006, but until the end of that year, he was getting ready for the imminent appeal and retrial of John P Street and was too busy to do much preparation, so he only visited Montgomery three times. Montgomery, it seemed, did not trust men, and in an effort to develop a rapport with her, Duchardt sent his wife, Ryland, to visit her in prison 16 times. Ryland had no experience of investigating death penalty cases. Her recent expertise was in horse therapy for autistic children.

As the trial date approached in October 2007, Duchardt was focused on the guilt phase, convinced he could secure a not-guilty verdict through two contradictory strategies. The first was to suggest that Stinnett was killed not by Montgomery but by Montgomery's brother, Tommy, who had then

given his sister the baby. But shortly before the trial it emerged that Tommy had an alibi: at the time of the murder, he had been with his probation officer.



Lisa Montgomery was sentenced to death for murdering Bobbie Jo Stinnett and then stealing her unborn baby. Photograph: AP

Duchardt was forced to abandon this line of defence just a week before the trial began, and it had a disastrous consequence. The rest of Montgomery's family, who might have been able to give the "life story" mitigation evidence that could save her from death row, believing she had tried to blame her brother, withdrew their cooperation. Duchardt's second strategy was to admit that although Montgomery was the killer, she was not guilty by reason of insanity – because, he believed, she had been suffering from a phantom pregnancy, or pseudocyesis.

The pseudocyesis theory did not stand up. Before the trial started, the prosecution managed to have the diagnosis offered by Duchardt's main expert excluded from the case altogether, on the grounds it had no scientific basis. Lisa Montgomery was convicted of murder and sentenced to death. Her appeals team, led by Kelley Henry from an office in Nashville, dug deep into her background, swiftly learning there were very good reasons why she did not trust men. Of all Duchardt's clients, the physical and sexual abuse she had suffered as a child and young woman was the most extreme and relentless.

001163



The house in Missouri where Bobbie Jo Stinnett was murdered.
Photograph: Larry W. Smith/Getty Images

Her stepfather raped her over many years. When she turned 13, he built a special room in his trailer where he could attack her in privacy. He also stored liquor there, which she would drink in order to block out her horrifying reality. The following year, her mother burst in as she was being attacked. There followed what her appeal filing describes as "the most terrifying night of her life", as her mother held a gun against her daughter's head.

Montgomery tried to escape her chaotic home by marrying when she was just 18. The couple had four children. But both this and a subsequent marriage were marked by further violence and abuse. The experts who examined Montgomery post-conviction found that unknown to her trial jury, her upbringing had left her suffering from florid psychosis, bipolar disorder and post-traumatic stress disorder. She was often disassociated from reality, and as a result of her many beatings, had suffered permanent brain damage.

But before her trial, neither the prosecution nor the defence had investigated the relationship between Montgomery's many symptoms and her appalling history. She had seemed to the jury impassive and unemotional, as if she bore no remorse. In fact, this was the result of powerful antipsychotic medication. About the only relevant condition she had not suffered from was pseudocyesis. The evidence that Lisa Montgomery was a victim as much as a perpetrator should have been overwhelming.

Just as he had in the Purkey case, Duchardt responded to Montgomery's appeal with an affidavit of more than 100 pages defending his conduct, insisting that "none of the issues raised" by her appeal lawyers "has merit". He added: "I have tried and prepared more than a dozen capital cases, and I have addressed complex mental health issues in many … My guess is that my credentials stack up as well as any capital case attorney or 'mitigation specialist' to be found. I know that my credentials are as good or better than those who have been relied upon as experts by Current Counsel for Ms Montgomery."

In fact, Duchardt concluded, his former client's appeal lawyers were nothing more than "spoiled, selfish prima donnas". This time, Judge Fenner did not accept Duchardt's word, but held a hearing. Duchardt testified over two days in November 2016. On the first, he sported a Kansas City Chiefs football team tie. On the second, he replaced it with one bearing the stars and stripes.

With the prosecutors, his demeanour was friendly: he even inquired after the health of the "lovely wife" of the lawyer cross-examining him. His attitude while being questioned by Montgomery's appellate defence was more hostile. Repeatedly, he interrupted one of her lawyers,

001164

Amy Harwell, telling her patronisingly there was a "problem with the way you're asking the questions, Ms Harwell".

When it was put to him that he "didn't like mitigation specialists", he denied this, saying: "I don't know where this comes from." He refused to accept that pursuing the pseudocyesis line had been an error. As for the evidence of Montgomery's appalling background, in Duchardt's view, much of the research into this by other lawyers was "garbage".

It was clear that Duchardt was not going to admit he had made mistakes, even though it would have helped his former client if he did so. Montgomery's defence lawyers declined to comment for this article. Fenner's decision whether to quash her sentence is expected by the end of the year.

According to Professor O'Brien, by defending himself so fiercely, once again, Duchardt seems to be trying to impress the judges who appoint him. But, he added: "The court is not the client."

The election of Donald Trump has set the clock ticking. The Obama administration has not sought to execute anyone on federal death row, although there are several inmates who have exhausted their appeals. Trump has been an outspoken supporter of capital punishment for 30 years, as is Jeff Sessions, whom Trump has announced he will nominate as US attorney general. "Death penalty, it's going to happen," Trump said in one campaign speech. "I expect use of the death penalty to be ramped up really quickly," said Rebecca Woodman. "Defending capital clients is going to be much harder."

    · Follow the Long Read on Twitter at @gdnlongread, or sign up to the long read weekly email here.

Topics
- The long read
- US justice system
- US crime
- features

001165