UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY IRA PURKEY,                          )
                                            )
                  Petitioner,               )
                                            )
      v.                                    )     No. 2:19-cv-00414-JPH-DLP
                                            )
UNITED STATES OF AMERICA, et al.            )
                                            )
                  Respondents.              )

**ORDER**

On September 13, 2019, the Court received a one-page document prepared by Petitioner

Wesley Purkey styled, "Motion to Rescind Petitioner's Pro Se Motion to Withdraw Petition(s)."

The Court does not accept this document for filing because Mr. Purkey is represented by counsel.

*See United States v. Patterson*, 576 F.3d 431, 436–37 (7th Cir. 2009) (stating in the criminal

context that there is no right to "hybrid" representation and that such arrangements are disfavored).

The document will be forwarded to Mr. Purkey's counsel who, consistent with counsel's

professional obligations, shall review the document and decide what action, if any, should be taken

regarding the issues raised therein.  The clerk is **directed** to send a copy of the above referenced

document by United States Mail to Mr. Purkey's counsel.

**SO ORDERED.**

Date: 9/16/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Brian Patrick Casey
U.S. ATTORNEY'S OFFICE
brian.casey@usdoj.gov

Michelle M. Law
FEDERAL DEFENDER -- WESTERN DISTRICT OF MISSOURI
michelle_law@fd.org

Kathleen D. Mahoney
UNITED STATES ATTORNEY'S OFFICE
kate.mahoney@usdoj.gov

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov

Jeffrey E. Valenti
UNITED STATES ATTORNEY'S OFFICE
jeff.valenti@usdoj.gov

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
1263 W. 72nd Ter.
Kansas City, MO 64114