**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| **WESLEY IRA PURKEY**, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Cause No. 2:19-cv-00414-JPH-DLP |
| ) | |
| **WARDEN OF USP TERRE HAUTE**, ) | |
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Respondents. ) | |

## GOVERNMENT'S APPENDIX INDEX

Photo of Jennifer Long ...................................................................................Exh. 1

Photo of Mary Ruth Bales ............................................................................Exh. 2

Photo of Wesley I. Purkey............................................................................Exh. 3

Photo of Wesley I. Purkey............................................................................Exh. 4

Penalty Phase Jury Instructions Given .......................................................Exh. 5

Motion Under 28 U.S.C. § 2255...................................................................Exh. 6

Memorandum of Law in Support of § 2255.................................................Exh. 7

District Court Order Denying § 2255 ..........................................................Exh. 8

Motion to Alter or Amend Judgment ..........................................................Exh. 9

District Court Order Denying Motion to Alter or Amend Judgment .........Exh. 10

Application for Certificate of Appealability (District Court)......................Exh. 11

District Court Order Denying Certificate of Appealability........................Exh. 12

Application for Certificate of Appealability (Eighth Circuit)....................Exh. 13

Eighth Circuit Order Granting in Part/Denying in Part
Certificate of Appealability .........................................................................................Exh. 14

Eighth Circuit Petition for Panel Rehearing ...........................................................Exh. 15

Eighth Circuit Order Denying Panel Rehearing .......................................................Exh. 16

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:     /s/ *Brian P. Casey*
KATHLEEN D. MAHONEY
BRIAN P. CASEY
Special Assistant United States Attorneys

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri    64106
Telephone:   (816) 426-3122
Fax:  (816) 426-3126
E-mail:  Kate.Mahoney@usdoj.gov
Brian.Casey@usdoj.gov

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 27, 2019, to the CM-ECF system of the United States District Court for the Southern District of Indiana for electronic delivery to all counsel of record.

Rebecca E. Woodman
6155 Oak Street, Suite C
Kansas City, Missouri    64113

Michelle M. Law, Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri    65806


　　　　　　　　　　　　　　/s/ *Brian P. Casey*
　　　　　　　　　　　　　　Brian P. Casey
　　　　　　　　　　　　　　Special Assistant United States Attorney