# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **WESLEY IRA PURKEY,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No.: 2:19-cv-414-JPH-DLP |
| **WARDEN OF USP TERRE HAUTE,** | ) | |
| **UNITED STATES OF AMERICA,** | ) | DEATH PENALTY CASE |
| | ) | EXECUTION SCHEDULED |
| | ) | FOR DECEMBER 13, 2019 |
| Respondents. | ) | |

## Order Granting Motion to Appoint Counsel

The Court has determined that Petitioner is financially unable to obtain adequate representation in the above-styled case and that the interests of justice require appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.  Accordingly, Petitioner's motion to appoint counsel, dkt. [19] is **granted**.  The Court appoints Michelle M. Law, Assistant Federal Public Defender, as counsel to represent Petitioner for all proceedings in this matter.  Such appointment shall be deemed effective as of the date this action was filed, August 27, 2019.

**SO ORDERED.**

Date: 10/1/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF