# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **WESLEY IRA PURKEY,** )<br><br>    Petitioner,      )<br><br>vs.       )<br><br>**WARDEN OF USP TERRE HAUTE,** )<br>**UNITED STATES OF AMERICA,** )<br><br>    Respondents.    )<br> | CIVIL ACTION<br><br>Case No.: 2:19-cv-414-JPH-DLP<br><br>DEATH PENALTY CASE<br>EXECUTION SCHEDULED<br>FOR DECEMBER 13, 2019 |

_____

## NOTICE OF APPEARANCE
_____

NOW COMES, Michelle M. Law, and enters her appearance on behalf of

Wesley Ira Purkey in the above captioned matter.

Respectfully submitted,

*/s/ Michelle M. Law*
Michelle M. Law, MO Bar 45487
Assistant Federal Public Defender
Western District of Missouri
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Email:  michelle_law@fd.org

October 4, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ Michelle M. Law*
Counsel for Petitioner