UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY IRA PURKEY,                        )
                                          )
                    Petitioner,           )
                                          )
        v.                                )        No. 2:19-cv-00414-JPH-DLP
                                          )
UNITED STATES OF AMERICA,                 )
WARDEN USP Terre Haute,                   )
                                          )
                    Respondents.          )

## ORDER

This matter comes before the Court on the United States of America's Motion to Maintain Documents Under Seal (Dkt. 47). The Court, having fully reviewed the matter, hereby **GRANTS** said Motion. The suppression hearing, trial, and sentencing heating transcripts (Dkt. Nos. 25 through 46) will be maintained under seal but be available to the parties and this Court.

So ORDERED.

Date: 10/11/2019

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record.