UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00414-JPH-DLP |
| | ) | |
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**Order Directing Supplemental Response to Petitioner's Pro Se Filing
and Writ of Mandamus**

On October 21, 2019, the Court instructed Petitioner Wesley Purkey's counsel to

"respond[] to the allegations in Mr. Purkey's 'Motion to Withdraw Petition for Habeas Corpus'

and his writ of mandamus filed with the Seventh Circuit." Dkt. 54 at 1-2. Mr. Purkey's counsel

filed a response on October 25, 2019. The response raises several issues, but does not "respond[]

to the allegations" in Mr. Purkey's filings.

Mr. Purkey's counsel shall file a supplemental response no later than **October 30, 2019**.

The supplemental response must respond to the following factual allegations in Mr. Purkey's

filings:

- "Purkey did not give his permission to either Rebecca E. Woodman or Michelle M. Law (attorneys) for filing either of the Petitions filed on August 27th, 2019." Dkt. 21 at 1.

- "Purkey's capital habeas attorneys in deceiving him then []rewrote the petition and filed it with the Court despite Purkey's being adamant that such issues were not to be sought via the petition being filed before the Court." *Purkey v. Hanlon*, No. 19-3047 (7th Cir. Oct. 17, 2019), Dkt. 1-1 at 2.

- "Purkey's counsel was prohibited from filing with the district court the very petition that they did after Purkey repeatedly and adamantly told them not to file." *Id.*

Additionally, the supplemental response must indicate whether an engagement letter between Mr. Purkey and his counsel exists, and if so, attach it to the supplemental response. The supplemental response may be filed ex parte if deemed necessary by counsel to preserve client confidences and attorney-client privileged communications.

**SO ORDERED.**

Date: 10/28/2019

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Brian Patrick Casey
U.S. ATTORNEY'S OFFICE
brian.casey@usdoj.gov

Michelle M. Law
FEDERAL DEFENDER -- WESTERN DISTRICT OF MISSOURI
michelle_law@fd.org

Kathleen D. Mahoney
UNITED STATES ATTORNEY'S OFFICE
kate.mahoney@usdoj.gov

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov

Jeffrey E. Valenti
UNITED STATES ATTORNEY'S OFFICE
jeff.valenti@usdoj.gov

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com