## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **WESLEY IRA PURKEY**, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No.: 2:19-cv-414 |
| **WARDEN OF USP TERRE HAUTE**, ) | |
| **UNITED STATES OF AMERICA** ) | DEATH PENALTY CASE |
| ) | EXECUTION SCHEDULED |
| ) | FOR DECEMBER 13, 2019 |
| Respondents. ) | |

---

## MOTION TO CORRECT CLERICAL ERROR

---

Petitioner, by and through undersigned counsel, respectfully moves the Court for leave to correct his as-filed Reply to Government's Response to Petition for Writ of Habeas Corpus and Motion for Stay of Execution ("Reply"), Dkt. 58, filed in this case on October 28, 2019. In support, Petitioner states the following:

1. Petitioner timely filed his Reply with the Court on October 28, 2019. *See* Dkt. 8.

2. After filing the Reply, undersigned counsel discovered that footnote 1 of the Reply ends in mid-sentence. *See* Dkt. 58 at 9. This omission was inadvertent and due to a clerical/formatting error when the brief was prepared for filing. The full text of the footnote is attached as an Appendix to this Motion.

3. Petitioner requests that the Court to order the full text of the footnote be incorporated into footnote 1 of his reply, or to permit Petitioner to replace the as-filed Reply with the corrected version.

Respectfully submitted,

/s/Rebecca E. Woodman
Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone:  (785) 979-3672
Email: rewlaw@outlook.com

/s/Michelle M. Law
Michelle M. Law
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Facsimile:  (417) 873-9038
Email: michelle_law@fd.org

*Counsel for Petitioner*

Dated: November 5, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, the foregoing Motion to Correct Clerical Error in Reply to Government's Response to Petition for Writ of Habeas Corpus and Motion for Stay of Execution was filed electronically with the Clerk of the Court via CM/ECF to be served on the parties authorized to be noticed.

/s/Rebecca E. Woodman
Counsel for Petitioner