# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 15, 2020

**Before**

DIANE P. WOOD, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 19-3318 | |
| WESLEY IRA PURKEY,<br>    *Petitioner-Appellant*, | Appeal from the United States District Court for the Southern District of Indiana, Terre Haute Division. |
| *v.* | |
| UNITED STATES OF AMERICA, *et al.*,<br>    *Respondents-Appellees*. | No. 2:19-cv-00414-JPH-DLP<br><br>James P. Hanlon,<br>*Judge*. |

**O R D E R**

Upon consideration of the **APPELLANT'S EMERGENCY MOTION TO STAY EXECUTION PENDING DISPOSITION OF PETITION FOR WRIT OF CERTIORARI**, filed on July 15, 2020, by counsel,

**IT IS ORDERED** that the motion is **DENIED**.